| | | |
|---|---|---|
| Lisa Sylvester, Bill Tabb, Nell Tarto, Ormal Taylor, Margaret Taylor, Ada Tellis, Shirley Terry, Geraldine Terry, Barbara Tetlow, Veda Thomas, Laura Thomas, Eddy Louise Thomas, Wanda Thompson, Corrinne Thompson, Betty Thompson, Finous Erskine Thorne, Nancy Todd, Tammy Toups, Juanita Travasos, Gloria Travis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1282 |
| Fannie Watson, Wanda Weimer, Winona Wheat, Irene Wheat, Pamela Wheeler, Kay Whitaker, Donna Lynn White, Bettie Wilkins, Desiree Williams, Carolyn Williamson, Rose Willis, Alice Wilson, Vickie Winnes, Charles Winston, Jaclyn Wood-Foster, Joann Woolwine, Donna Wright, Donna Wylie, Myra Yearby, Lola Young-McEwen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1283 |
| Dana Truxillo, Lucille Tuesno, Norra Louise Tully, Virginia Turner, Josiephine Tutton, Joni Tyler, Glenda Tyler, Marie Tyson-Bullock, Patricia Valega, Camela Vaughan, Hattie Venable, Gloria Venable, Cheryl Vidrine, Julie Vining, Ruth Waguespack, Annie Walker, Kelly Walton-Green, Marilyn Warr, Connie Watkins, Susan Watkinson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1284 |
| Carmen Bennett, Rebecca Bennett, Millie Brown, Michael Butler, Margaret Costigan, Sanra DePhilippo, Tammy Donahue, Wesley Donnellan, Mary Eaton, Bertha Faircloth, Lori Faulkner, Nancy Furrow, Nancy Ginn, Jeanne Goodness, Arlene Gould, Leigh Guildford; Wendy Hayman, Terry Hill, Carol Hodge, Debra Holmes v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1285 |

Dorothy Ausevich, Douglas Iwanicki, Jerry Bujarski, Rosemary          Middlesex Superior Court          2004-1286
Ardagna, Vicki Sack, Eleanor Lovette, Debra Osgood, Cheryl
Martella, Geraldine O'Brien, Lisa McAdams, Thomas McGauley,
Karol Destefano, Barbara Fagan, Jean Horton, Donald Chartrand,
Elaine Morriss, Claudia Velloso-Potts, John Vogel, John Marriner,
Jacqueline Sasso v. Indevus Pharmaceuticals, Inc., F/K/A
Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American
Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A
Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American
Home Products Corporation; and Boehringer Ingelheim
Pharmaceuticals Inc.

Francise Walker, Jacqueline Walker, Michelle Waller, Brigail          Middlesex Superior Court          2004-1287
Watson, J. Douglas Welborn, Sherry West, Orine White, Vivian
Whiten, Jacqueline Williams, Sandra Wood, Linda Wyman v.
Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals
Inc., Wyeth, Inc. F/K/A American Home Products Corporation;
Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst
Pharmaceuticals, Inc., A Division of American Home Products
Corporation; and Boehringer Ingelheim Pharmaceuticals Inc.

Nicky Antoniou, Janis Barnhart, Tammy Barrett, Penny Cook, Faye       Middlesex Superior Court          2004-1288
Elliott, Jeen Fraley, Gail Gardner, Betty James, Janet Marlett,
Carolyn Ray, Judy Roach, Tammie Scott, Janet Spence, Shirley
Taylor v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron
Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products
Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst
Pharmaceuticals, Inc., A Division of American Home Products
Corporation; and Boehringer Ingelheim Pharmaceuticals Inc.

Darrell M. Stewart v. Indevus Pharmaceuticals, Inc., F/K/A            Middlesex Superior Court          2004-1289
Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American
Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A
Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American
Home Products Corporation; and Boehringer Ingelheim
Pharmaceuticals Inc.

Joann Pardue v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron      Middlesex Superior Court          2004-1290
Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products
Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst
Pharmaceuticals, Inc., A Division of American Home Products
Corporation; and Boehringer Ingelheim Pharmaceuticals Inc.

Jody Rome, Consuela Rucker, Janice Savoy, Estelle Selders,            Middlesex Superior Court          2004-1291
Tammara Simmoneaux, Anita Smith, Mary Katherine Smith,
Beatrice Stines, William Toombs, Susan Ussery v. Indevus
Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc.,
Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth
Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc.,
A Division of American Home Products Corporation; and
Boehringer Ingelheim Pharmaceuticals Inc.

| | | |
|---|---|---|
| Patsy Morris, Sandra Munster, Wendy Naquin, Joyce Paige, Linda Pellegrin, Gloria Pitello, Glenda Price, Leslie Price, Dorothy Rainey, George Reid v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1292 |
| Pauline Gilmore, Lilly Gisclair, Garnet Granier, Nancy Hebert, Lorene Johnson, Catherine Jones, Sue LaRose, Joyce Milby, Bessie Montgomery, Jake Morreale v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1293 |
| Pauline Badeaux, Glenda Britton, Kimbra Callahan, Lynda Cervenka, Elnora Chappell, George Dooley, Wilma Dooley, Wayland Durr, Robin Fanguy, Jerry Fornea v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1294 |
| Sophia Wirkkala, as Adminstratrix of the Estate of Robert H. Haas, and Christopher Manner, as Administrator of the Estate of Francis Manner v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1295 |
| Sharon J. Baker, Elizabeth Calp, Diane Dillamon, Nettie Edwards, Kristen Kruse, Donna Morgan, Linda Nelson, Paul Rowden, William Rowland, Connie Rumfelt, Kenneth Sarver, Sue Shout, Katherine Mary Spiers, Annie Stadtmueller, Louise Stivers, Jeanette Thanupakorn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1297 |
| Waneta Reital, Donna Thompson, Judy Waggoner, Terrie Westfahl-Meier, Pauline Whipple, Janeth Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1298 |

19

| | | |
|---|---|---|
| Cherie Beznaiguia, Paula Eborn, MaryLynn Gilbert, Terri Headrick (Davidson), Allan Hinman, Trudy Holman, Bonnie Jones, Donna Kelley, Debra Klein, Linda Lange, Nancy Larson, Madellan McConnell, Merrijane Morgheim, Shirley Parker, Janet Perry, Tyliese Schlitt, LaVonne Schultz, Debra Stricker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1299 |
| Sylvia Bowman, Nellene Bracewell, Jennifer Bright, Jeanne Burke, Frances Crum, Sharon Erban, Ellen Foshay, Pamela Glover, Ocie M. Hudson, Rodney Hurst v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1300 |
| Luvoise Hill, Elaine Hutto, Martha Pedigo, Rosa Scott, Dawn Smith, Deborah Taylor, Carol Tucker, Dorothy Utz, Dorothy Wallace, Waunda Witt, Brenda Zobkiw v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1301 |
| Karen Cockrell, Lorilee Cohoon, Stephanie Cole, Emma Cole, Diane Coleman, Letitia Conliffe, Gussie Conner, Lucy Carol Cook, Nancy Courtney, Jan Covington, Nancy Crawford, Donald Crawford, Rita Creel, Jacqueline Creer, June Cristiano, Etta Crocker, Clara Crockett, Nicolee Croteau, Leonora Crump, Ethel Curtis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1313 |
| Larry Ford, Regina Foxx, Deborah Freyder, Mary Fulbright, Genevieve Fullington, Ruby Gaines, Linda Gantt-Horinek, Nancy Garner, Mona Gaspard, Carrie Gautreau, Betty Gillespie, Queen Gilmore, Ruby Givens, Kathy Gobble, Mary Godwin, Pearlie Goodman, June Graham, Satny Grant, Ella Grant, Donna Grassman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1314 |

| | | |
|---|---|---|
| Hope Duffy, Jacquelynn Duvall, Patricia Earls, Madeline Easterling, Kim Echols, Robert Edwards, Billy Joe Edwards, Charlette Elbert, Dorothy Elder, Earline Elisar, Carol Elliott, Janice Elrod, Patricia Evans, Patricia Fazzio, Debra Fish, Sherman Fisher, Richard Fleming, Julia Fleshman, Georgiana Fontenot, Betty Fontenot v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1315 |
| Evangela Henry, Katherine Herring, Deborah Hicks, Richard Highfill, Marcella Hill, Susan Hinderer-Hall, Mary Holliday, Lewanna Holmes, Evie Honea, Bobby Hooker, Jane Hoover, Georgia Hopson, Melba Horn, Sylvia Hoth, Susan Howell, Sherilyn Hudson, LeAnn Hughes, Linda Humphrey, Ona Ann Hurd, Tina Hurley v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1316 |
| Audrey Green, Veronica Griffith, Sharon Griffith, Billie Gros, Doris Guelle, Mona Guitrau, Geraldine Hagan, Michael Haire, Paula Hale, Deloris Thomas Hall, Christina Hall, Cheryl Hamilton-Smith, Victory Hampton, Dianne Hampton, Cherylyn Hans, Suzanne Smith Henderson, Robyn Henderson, Ramona Henderson, Linda Heno, Dolores Henriksen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1317 |
| Callie Knott, Michelle LaCombe, Sandra Ladner, Mary A. Landry, Linda Lathan, Rita Lawrence, Frances Lawson, Olga (Cathi) Ledbetter, Patricia Lee, Debra Lemmon, Albertine Lewis, Milton Lindsey, Bessie Littleton, Terri Livingston, Doris London, Patsy Long, Joann Lovito, Sharon Lowry, Shirley Lugo, Michael Malecki v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1319 |

| | | |
|---|---|---|
| Patricia Ann Irving, Joy Irving-Thompson, Mary Jack, O'Dornia Jackson, Joan Jackson, Joyce Jasmin, Yvette Javius, Lisa Jefferson, Carol Jenkins, Linda Johnson-Skipper, Katie Jones, Allison Jones, Deborah Jones-DeLibertis Lillis, Linda Joseph, Guindella Joseph, Dorothy Justice, Mary Kappell, Mattie Keller, Gloria King, Joy Kirk v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1320 |
| Eileen Mikel, Jeffery Miles, Victoria Misko, Sam Mitchell, Katherine Monk, Janice Monson, Katherine Moore, Joanna Moore, Lori Moran, Steve Mortillaro, Beverly Moss, Wayne Mueller, Rhonda Munoz-Wilbur, William Murray, Paula Murray, Linda Murray, Francene Myhra, Yvonne Napolitano, Faith Neddermeyer, Mary Neff v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1321 |
| James Malone, Esther Mark, Selby Martello, Wendellyn Martin, Karen Martin, Alice Martin, Sandra Matherne, Mellissa Matney, Earl Mayer, Susan McAllister, Sonjia McCoy, Muriel McCullough, Rachel McGarity, Karyl McGraw, Sara McKee, Patricia McKee, Connie McNabb, James McTursh, Jr., Betty Meadows, Dorothy Metcalf v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1322 |
| Elsa Perschall, Jacqulin Petty, Donna Pickett, Beryl Pitre, Lloyd Plaisance, Susan Pool, Mossie Poole, Christine Porter, Paul Powell, Bobbye Prewitt, Lois Price, Belinda Price, Debra Pruitt, James Racki, Sandra Rademacher, Albert Rahaim, Treva Reed, Suzanne Reeves, Emma Reid, Thomas Reynolds v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1323 |
| Joyce Anderson, Betty Pollard, Diane Sturgill, Keith Wainwright, Virginia Wells v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1325 |

| | | |
|---|---|---|
| Diane Simmons, Connie Skidmore, Susan Smits, Diane Sneed, Mary Stangle, Laurel Starr, Darlene Stevens, Donna Stevens, Suzan Stitchick, Roa Sumler, Dale Thompson, Delores Thompson, Mildred Thompson, Barry Truman, Frances Diane Trussell, Sandra Tuck, Alice Turner, Clementine Tyson, Susan Uzelac, Tonya Osborne Van Dyke v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1329 |
| Christina L. Mileo, Halvina Kay Miracle, Janice Morgan, Limmie L. Murphy, Hattie Myles, Ada Nelson, Charles Nelson, Irma Nelson, Sylvia O'Neill, Janine Paciarelli, Rosalie Paige, Janet Parham, Rebecca Parsons, Patricia Patrick, Evelyn Patterson, Elmer Patzkowski, Cynthia Perlson, Connie Perron, Minnie Perry, Nancy Peterson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1330 |
| Jennie Jones, Potenciana Juliano, Betty Keaveny, Betty Keller, Tammy Kerver, Ellen Kjos, Karen Klauber, Debbie LaBarba, Helen Layaou, Josephine Lotrionte, Judith Manns, Lehman "Thomas" Massey, Eydie May, Linda McCain, Di Di McConnell, Janifer McDonald, Felicia McKay, Nancy McKiernan, Nina McLemore, Kirsten McMurtry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1331 |
| Patricia Garvin, Louvon Gearey, Kayle Girvin, Thomas Graves, Claudia Grogan, Amanda Gully, Melissa Harrison, Gilbert Hess III, Dorothy Holcomb, Carolyn Hopson, Yong Horton, Cherie House, Gertha Howard, Sheila Isaac, Gary Jackson, Shirley Jackson, Cindy Jacquet, Elizabeth Jenkins, Geneva Johnson, Lois Jones v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1332 |

| | | |
|---|---|---|
| Elizabeth Clark, Carol Clem, Linda Conover, Gloria Coronado, Glyn Cotton, Nona Crawford-Robinson, Melinda Currie, Adalina Delos Reyes, Maurna Devane, Grace Dillon, Betty Donovan, Ruth A. Edelen, Calton Edwards, Vickie Efferson, Dorothy Emery, Mary Farmer, Marjorie Feaster, Lisa Forbes, Sharon Fountain, Patricia Freeman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1333 |
| Joseph Russell, Myrtie Schneider, Vicki Schopmyer, Shirley Seaward, Bennes Kay Seydel, Deborah Shavies, Margaret Sisk, Andrea L. Smedley-Hasty, Narcissus Smith, Paul Smith, Raymond J. Smith, Robert Smith, Saralee Smith, William Sosebee, Lisa Sperow, Cheryl Spurlock, Carolyn Stanley, Martha Staples, Caryl Stephens, Velma Stephens v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1334 |
| Paul J. Wellington, Vickie L. West, Courtney Whorton, Debbie Williams, Irene Williams, Sherry Williams, Natasha Wilson, Frances Wood, Susan Woods, Lorna Wooten, Sharon Wunder, Betty Youngs, Aida Ziadeh, Ann Renee Miller, Linda Latino, Glenda Sue Hines, Karen Dunaway, Timothy McNully, Barbara Abelmann, Gail Alix (Hardin) v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1335 |
| George Calkins, Tara Cantwell, Patricia Chester, Ruthie Crim, Karen Daley, Mary Downing, LeAnn Eley, Cheryl Enochs, Robert Flippin, Sharon Gorbett, Patricia Guthrie, Erma Heine, Deborah Hill, Geraldine Hill, Oscar Hinton, Mooneen Holt, Joan Horton, Georgia Hunt, Donna Hurst, Jeanette Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1336 |

| | | |
|---|---|---|
| Doris Lane, Mary Lewis, Donna Love, Tonya Lynn, Laura Makenna, Donna McClellan, Bonnie McLaughlin, Margaret Miller, Clara Monroe, Russell Monroe, Rosann Mussa, Brett Neill, Annie Nelson, Jason Norado, David Norfleet, Susan Nowell, Brenda Parker, Cassandra Patterson, Shirley Phillips, Patricia Riggs v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1337 |
| Lori Franklin, Margie Garrett, Pamela Gill, Carolyn Grant, Leslie Hail, Cindy Hampton, Julia Hannon, Kimberly Harrington, Mamie Harris, Shirley Hearn, Bobbie Henderson, Diana Herbert, Jimmy Hightower, Mary Hill, Brenda Hord, Bufford Hottle, Joe Jennings, Elizabeth Johnson, William Johnson, Sherry Keller v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1338 |
| Lisette Brown, Douglas Cain, Michael Campbell, Doria Carson, Bob Clowers, Dolores Colmenero, Jose Cordero, Nancy Cromwell, Sandra Crosby, Dan Darden, Geraldine Desautels, Karen Drew, Lou Dubose, Rickie Dufour, Sandra Edlund, Rosemary Escalante, Yolanda Flores, Yvonne Fluellen, Denise Ford, Mary Fox v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1339 |
| Martin Alvarado, Mary Aubert, Janet Aud, Wanda Bacher, Ronald Bell, Jerri Brown, Kimberly Luther, Donna Malone, Vivian Moss, Louise Plasek, Rebecca Schneider, Ruby Scudder, Patsy Sims, Julia Smith, Ramona Vaughn, Maria Villarreal, Patricia Wendell, Chantz Williams, Beverly Woodard, Patricia Woolen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1340 |
| Betty Bennett, Margaret Blow, Connie Byrne, Ladeana Cook, Sue Dilley, Donna Doiron, Joan Duff, Barbara Duffy, Angela Duncan, Brenda Freeman, Gail Fricker, Elizabeth Huffer, Sadie Ivory, Robbie Jones, Barbara Kline, Sylvia Wilson Nancy Wise, Jacqueline Withrow, Mattie Witt, Toni Wright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1341 |

| | | |
|---|---|---|
| Vivian Ross, Sandra Shanor, Robert Shelly, Shirley Shipman, Barbara Smith, Debra Smith, Janet Smith, Lula Stansell, Brenda Stuart, Sheri Swift, Camellia Taylor, Judy Thomason, Beverly Thompson, Glenda Turner, Jamison Ward, Chestene Weeks, Frankie Westbrooks, Kimberly Wilie, Angela Williams, Carol Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1342 |
| Cheryl Horton, Shelly Jones, Stephanie Lanham, Edith Littlefield, Sharon Lugdon, Barbara McAvoy, Maria Moore, Cheryl Murchison, April Peavey, Janet Perkins, Karen Reed, Gail Sargent, Carol Smith, Shirlee Smith, Lillian Sparrow, Mary Stone, Gail Tamboro, Patricia Williams, Tina York v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1343 |
| Colleen Barlow, Carlos Barrena, Sheron Christensen, Donna Clanton, Tefini Fonua, Marilyn Garner, Satny Grant, Opal Hardy, Shawnna Harmon, Carolyn Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1344 |
| Mary Collins, Esther Colon, Patricia Cooper-Potter, Lucille Corprew, Janice Crissman, Cheryl Currid, Barbara Dalley, Alma Daniels, Edna Daves, Shirley Davidson, Lorelei Davies, Robin Davis, Robert H. Doktor, Dawn Drews, Curtis Drexler, Sara Drossart, Milton Dunaway, Jeffrey Durgin, Betty Edwards, Janet Erickson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1345 |
| Mary Boomhower, Phyllis Borski, Deborah Braga, Margie Breidel, Carolyn Brown, Kevin Brubaker, Sandra Buck, Ella Calhoun, Marsha Callan, Cathy Carman-Hastings, Rebecca Carrow, Pamela Carver, Diane Causey, Connie Chartier, Ginger Chennault, Catherine Clark, Alisa Cliett, Lena Cloe, Katheryn Coleman, Valerie Collier v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1346 |

| | | |
|---|---|---|
| Connie (Roberson) Althen, Verla Aders, Donalyn Ahlberg, Edna Albers, Denise Andress, Ashley Anello, Erma Irene Aurand, Jacqueline Baker, bearden Bakerink, Nancy Barendt, Pamela D. Bates, Ava Batiste, Marie Bell, Paula Gaye Benbrook, Rodger Benz, Linda Binney, Victoria Blackburn, Betty Blake, Jean Blythe, Judith Boie v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1347 |
| Jerry Vermillion, Vivian Wade, Jane Walden, Lucile Wardell, Lark Wartenberg, Sharon Watkins, Sarah Watson, Debby White, Carolyn Whitehouse, Winnie Wilkes, Shalndra Shonice Williams, Sharon Williams-Acton, Jerline Wilson, Pamela Winrow-Islam, Marilyn Withey, Patricia Witters, Teddy Young, Vernon Young,Judith Ziegert, Debra K. Landrum v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1348 |
| Joann Adeleke, Lesa Adkins, Sandra Allen, Virginia Anderson, Shelby Antley, Helen R. Austin, Penny Ball, Barbara Baumgarner, Lee Ann Belleti, Jessie A. Best, Vanessa Brannan, Susan Brooks, Gail Brumfield, Glena Brundage, Sonia Burgest, Marion Byrd, Rice Eileen Canjar, Julie Lee Caputo, Tonya Cardozo, Alysia Carter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1349 |
| Joan Reed, Cynthia Reeves, LeRoy Remme, Teresa Rich, Cindy Rife, Marilyn Roach, Donald Roberson, Cheryl Roberts, K. Roche, Linda Russell, Rosie Sanders, Robynn Schinkewitz, Glenn Scholz, Paul Schuelke, Barbara Schultz, Timothy Seese, Brenda Sersha, Roberta Sherer, Deborah Shifflett, William Sierer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1350 |

| | | |
|---|---|---|
| James Medlock, Sharon Meekins, Lois Meidl, James Meleen, Patricia Meyer, Judy Milham, Barbara Miller, Leola Mitchell, Robin Mitchell, Elaine Morgan, Virgie Moton, John Moxley, Alexis Murphy, Cheryl Murray-Lee, Gail A. Nolan, Linda Norris, William Nussbaum, Donna Nutter, Ellen O'Boyle, Sue O'Hara v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1351 |
| Linda Kramer, Gloria Lecato, Esther LeGron, Carris Lewis, Wendy Long, Emma M. Love, Alice Luethmers, Arlene Lynch, Cindy Mack, Mary Malosh, Eileen Malvagno, Deborah Mason, Deborah Masters, Vicki L. Mauk, Gina McCone, Mary McDonald, Donna McGee, Beverly McKain, Lucille McKay, Carla McKinzie v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1352 |
| Mary Jeffries, Davey Jimison, Deborah Johnson, Donna Johnson, Ruth Johnson, Tonia Johnson, Karen Johnston, Cheryl Jones, Shirley Jones, Elizabeth Jonovic, Judy Kaebisch, Ronald Kelley, Kathleen Kemp, Laura Kent, Angelia Khan, John King, Patricia Kirk, Shirley Kitzman, Linda Bunch Koiner, Martha Kologinczak v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1353 |
| Dana Gulledge-Smith, Barbara Haley, Leisa Hall, Mary Hatcher, Tracy Hathcock, Roberta Hawkins, Shirley Hawkins, Phyllis Hazel, Rita Hehrer, Jean Henderson, Carmello Hickman, Julia Hicks, Daniel J. Himmelfarb, Margaret Hoelscher, Gail Hogan, Gregory Holdridge, Susan Horton, Delores Huff, Brenda Hughes, April Ivy v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1354 |
| Mary Farnsworth, Michael Feliciotti, Joyce Felts, James Flanigan, Emma Flowers, Lorine Forrest, Sharilyn Franzman, Elsie Freds, Melissa Gaines, Vivian Gibbs, Pauline Gibson, Milton Gilliland, Eunice Golfis, Freda Goode, Richard Gray, Sylvia Gray, Maria Green, Sheri Green, Allison Greene, Connie Grissom v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1355 |

| | | |
|---|---|---|
| Ijoma Omenebelle, Lillie Francis Parker, Melba Parkinson, Phyliss Passalacqua, Christy Perkins, Karen Perkins, Joan Petrak, Rhonda Phillips, Roy Piazza, Patricia Pickell, Pamela Pidgeon, Dianne Pol, Hilda Porter, Thomas Poss, Carla Powell, Lee Powers, Lesley Price, Betty Purviance, Ava Nell Quinn, Maryann Quinn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1356 |
| Earline Simoneaux, Vera Sims, Carolyn Gwenett Sims, Barbara Singleton, Charlotte Skelton, Patricia Smith, Ingrid Smith, Diana Smith, Norma Smith-Cushenberry, Ella Socha, Lorraine Solomon, Fred Spain, Jr., Victor Spano, Dee Spear, Charles Spencer, Mary Beth Spiker, Linda Splettstosser, Evelyn Stafford, Henry Stevens, Susan Michelle Stringer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1357 |
| Connie Netherland, Clara Newton, Christine Nichols, Madelyn Normand, Della Norris, Opal Paulette Nuckolls, Darline Nunez, Julia Nunley, Doriene Oliver, Rita O'Neal, Melanie Ory, Cheryl Ory, Robin Palmer, Carl Paolucci, Suzanne Pareti, Tynel Parfait, Beatrice Parker, Lee Alma Patrick, Jessie Pearson, Fran Pearson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1358 |
| Judy Phipps, Cynthia Poeggel, Marietta Poindexter, Doris Pollard-Samuel, Betty Powell, Esther Powell, Sheila Price, Vernice Pridgeon, Norma Puch, Cynthia Rahali, Judith Ann Rawlinson, Donald Reid, Linda Reynolds, Dena Rhodes, Judith C. Ries, Rita Robertson, Jeanetta Roland, Connie Ross, Robert Ruedrich, Nancy Russ v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1359 |

| | | |
|---|---|---|
| Lola Stubbs, Elli Tatarsky, Rhonda Thompson, Citronella Todd, Stephanie Toy, Virginia Treague, Patricia Tyree, Nina Van Cleave, Erica A. Vela, Victoria Veney, Patricia Vicknair, Theresa Wall, Beverly Walters, Dorothy B. Walton, Virginia Ware, Comelia Warren, Linda Warren, Janet Webb, Debra Weber, Carolyn J. Weedon v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1360 |
| Thelda Adams, Judy Adams, Brunetta Adams, Anthony Alise, Jr., Essie Ashford, Jeanette Aucoin, Cynthia Austin-Lyon, Phyllis Ayers, Terry Babin, Doris Bagby, Kimberly Banks, Rosalind Barrow, Nancy Baute, Connie Beard, Marilyn Beck, Mary Becnel, Jackie Bell, Murline Bellard, Bonnie Bertrand, Linda Blanchard v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1361 |
| Deanna Burton, Deana Burton, Gloria Butler, John Cado, Nathan Cain, Anthony Calderone, Connie Caldwell, Margaret Callender, Joan Candella, Edith Carlin, Mary Jane Caro, Greg Carruth, Sondra Catalinotto, Arthur Causey, Karen Chadwick, Tracy Chapa, Brenda Charles, Nellie Chauffe, Anna Chenault, Agnes Cheramine v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1362 |
| Ellis Blankenship, Ann Bobinger, Shawna Bond, Carolyn Booker, Victoria Bovia, Margaret Bowen, Mona Bowman, Janice Boyd, Donna Boyd, Katherine Bozeman, Martha Bradford, Edna Brewer, Tracy Brown, Ruth Brown, Robert Brown, Lillie Brown, Samuel Broyles, Leona Brumfield, Michael Bryant, Willy Bunton v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1363 |
| Carl Daigle, Ann Dardenne, Cassandra Dargin, Patricia Davis, Letha Davis, Carolyn Davis, Ed Dees, Faith Dent, Debra DeVare, Dorothy Dickens, LaWese Dillon, Elizabeth Anne Dilworth, Gerald Divincenti, Doris Jones Dixon, Ruby Dizon, Patsy Domingue, Anlatears Dorsey, Maureen Douglas, Denise Drago, Beverly Dry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1364 |

| | | |
|---|---|---|
| Becky Barry, Jackie Bradford-Thomas, Rhonda Crass, Patricia Duval, Carol Gillaspia, Ernestine Gray, Peggy Grimes, Diane Hudgins, Lorene Jackson, Nicholas Kurusis, Freddie Marcelous, Donald Martin, Daniela Marton, Denise McCormick, Pat McEntire, Paula Milardo, Cecilia Nelson, Effie Page, Lida Paller, Dorothy Thompson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1365 |
| Frances Hoffman, Beth Hollis, Susan Juul, Diane Kauffman, Louis Lacariere, Sheryl Martin, Marilyn McEvoy, Susan Mikesell, Jack Monzon, Kim Morris, Kathleen Morrow, Jennifer Myrick, Venice Newling, Mattie Norman, Suzanne Papcun, Delores Pearson, Peggy Poe, Loni Redman, Lori Romine, Karen Tharp v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1366 |
| Zebra Akehurst, Murphy Anthony, Pamela Bailey, Janet Baine, Betty Baker, Teresa Billingsley, Terry Boyce, Joyce Campbell, Denise Dillard, Danny Drotts, Deborah Estrem, Kathy Fazekas, Janice Pilcher, Kathryn Pulsifer, Gertrude Rowlands, Dana Shaw, Suzanne Shelly, Caroline Smith, Mary Vanmatre, Brinda Wood v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1367 |
| Jana Allen, Guy Ames III, Irma Anderson, Peggy Anderson, Annie Baker, Helen Baker, Shirley Barnes, Estele Barrau, Charles Barrett, Helen Blish, Cheryl Brooks, Linda Brooks, Charlene Brown, JoAnn Guthrie, Karol Kowalski, Marjorie Minor, Barbara Reichert, Barbara Sitzman, Joann Smith, Elizabeth Stille v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1368 |
| Daryl Valine Campbell, Bernice Ellzey, Mary Kennedy, Kay Lee, Cheryl Libbert, Charli Manross, JoAnn Parks, Linda Phillips, Kathryn Roberts, Eddie Sanders, David Saunders, Donna Simpson, Anita Skinner, Margaret Snell, Wanda Suttle, Sarah Taylor, Janice Washington, Candace Wiley, Lorri Yanez, Carol Yarman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1369 |

31

| | | |
|---|---|---|
| Tony Jones, Carol Lawson, James Lee, Michelle Lee Mincey, Sandra Livanec, Thomas Locke, Ned Long, Rebecca Nzeocha, Anna Oliver, Carl Parks, Priscilla Pritt, Joanne Redd, Karen Roach, Billy Rogers, Theodore Rotto, Mary Safieh, Barbara Shrock, Rosemary Terrazas, Evelyn Van, Leslie Vernon v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1370 |
| Hebert Kim, Johnson Daphne, Jones Janice, Ledet Elner, Schexnayder Shirley, Stepter Monica R., Theriot Charmaine, Lena Emelio, Ruby Pepitone, Jimmie Robertson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1371 |
| Frances Soignet, Pamela Tucker, Kim Beaulieu, Patsy Sheridan, Rhonda Adams, Joan Gaspard, Regina Guedry, Tammy Johnson, Nancy McQuiddy, Clinton Williams v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1372 |
| Gordon Amidon, Elise Badon, Gloria Bester, Dessa Borders, Deanna Carbo, Nora Louise Cooper, Marva Dominick, Judy Farmer, Maureen Foster, Antoinette Jackson-Mitchell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1373 |
| Vivian Cosey, Mary Cotton, Betty Creacy, Tracie Crozat, Patsy Culp, Letha Dauterive, Laverne Dennis, Brenda Douglas, Maudine Douglas, Barbara Edwards v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1374 |

| | | |
|---|---|---|
| Barbara Bourgeois, William Bouvay, James Brodtmann, Martha Gray, Rhonda Brown, Dale Callegan, Sondra Catalinotto, Beatrice Coleman, Liz Comeaux, Melinda Corkern v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1375 |
| Judith Fiore, Maurleen Florent, Lillie Francis, Betty Frederick, Bethany Granger, Mildred Graves, Regina Guillory, Javed Haider, Pamela Holt, David Jackson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1376 |
| Mamie Jefferson, Curtis Johnson, Vernessa Johnson, Constance Lara, Barbara Larkins, Michelle Lenard, Thomas Marckese, Glenda Marshall, Mary McLeod, Joseph McMillan v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1377 |
| Jerry Rhudy, Dawn Sabec, Maria (Elaine) Tanner, Diann Underwood, Shirley Von Dorn, Phyllis Wallace, Tina Walrath, Kim Warren, Sue Weippert, Larry White v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1378 |
| Michelle Aroca, Marlene Ausmus, Alan Bohnenkamp, Ann Brandt, Ellen Cravens, Linda Crocker, Liz Diener, Dorothy Downs, Pamela Gill, Gloria Hofer, Janice Kemper, Rochelle Lambert, Eva Lowe, Roxanne Martin, Pam Mizeur, Esther Rogers, Valerie Rogers v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1379 |

| | | |
|---|---|---|
| Pat Brandenburg, Joan Farnsworth, Patricia Genuit, Dena Gray, Janice Henderson, Mary Herren, Bobby Hornsby, Janel Johnson, Joan Laaker, Paulette Marchant, Andrew Martinez, Meredith Peterson, Neomi Pierce, Debbie Schelske, Tammy Spader, Todd Trickle, Ona Welch v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1380 |
| Joy Banfield, Lynda Griffin, John Lewis, Hazel Mensah, Sheila Merriweather, Annie Mosley, Paulette Nelms, Kathy Postell, Laurie Stoner v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1381 |
| Helen Munster, Karen Poirrier, Diane Rulf, Patricia Shephard, Henry Anders, Annette Athmann, Evelyn Aucoin, Diane Beaulieu, Lillie Bell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1382 |
| Cynthia Williams, Linda Williams, Wingate Williams, Tammy Winders, Donna Zachary v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1384 |
| Annamarie Tyson, Shirley A. Mayon, Linda F. Lacour, Peggy J. Streetman, Lillie H. Anderson, Sandy Jo Bernard, Grace Cardwell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1385 |
| Zina Jones, Peggy Knicley, Pamela Lucero, Helen Nelson, Angela Odom, Mary Pointer, Teresa Richter, Roberta Riggins, Ann Stringham, Gina Taylor, Linda Thomas, Genevieve Trigger, Thecla Wilson, Sheila Young, John Zoch v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1386 |

| | | |
|---|---|---|
| Kathy Anderson, Alice Arnold, Sharon Barnett, Monica Baxter, Annete Beck, Pam Beck, Myra Bickham, Jeffrie Blaze, Claire Damon, Patti Day, Tyise Dunnaway, Ramona Guidry, Sandra Horn, Martha Leach, Gary Lind, Dolores Lumello, Cynthia Martin, Christelle Nunery v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1387 |
| Terrie Campbell, Arthur Chamness, Rollie Clark, Lura Ellis, Shirley Gilliam, Eleamor Graves, Michelle Green, Suzie Hake, Madelyn Hamblin, Linda Hamilton, Earlaine Hansen, Melody Hanson, Hilda Harmon, Linda Harris, Jet Hert, Doris Hodges, Glenda Johnston, Yvonne Spradling, Donna Wenger v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1388 |
| Sara K. Anderberg, Amy Bernstein, Sarah E. Brown, Stephanie L. Brown, Maria E. Carrieri, Nancy Carter, Mary A. Coleman, Cleo M. Daniel, Peter Digilio, Toni Duffy, Polly J. Hineman, Lucille Liggon, Monica G. Lomax, Betty Lundy, April F. Martin, Juanita Mathis, Vickie Merritt, Lois A. Miller, Robert P. Mollenhauer, Mary Padula, Jane Roberts, Lydia K, Tupuola, Melitta S. Valnion, Betty A. Vaughn, Carmen R. Wood v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1406 |

# EXHIBIT 1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OCT 15 2003

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

In re Fen-Phen Litigation | CIVIL ACTION
| NO. 1:03-MD-1-RLV

O R D E R

These are product liability cases arising from the plaintiffs's ingestion and use of the diet drugs fenfluramine, dexfenfluramine, and phentermine (commonly referred to as "Fen-Phen"). Each of the 168 cases[1] was originally filed in the Superior Court of Fulton County, Georgia, but were subsequently removed to this court. Pending before the court are the plaintiffs' motions to remand [Doc. Nos. 10, 15, 16, 17, 18, and 21], the motions of Wyeth, Inc., and Wyeth Pharmaceuticals, Inc., {hereinafter "Wyeth"] (1) to stay proceedings pending transfer to the United States District Court for the Eastern District of Pennsylvania, which is the transferee court in the Fen-Phen multidistrict litigation [Doc. No. 20], (2) to exceed page limitations [Doc. No. 25], and (3) to sever and transfer venue [Doc. No. 23].

_____

[1] There are approximately 14,600 plaintiffs, and each is a member of the settlement class certified by the United States District Court for the Eastern District of Pennsylvania for purposes of approval of a $3.75 billion Nationwide Class Action Settlement Agreement. *See* Brown v. American Home Products Corp. (In re Diet Drugs), MDL 1203, 2000 WL 1222042 (E.D. Pa. August 28, 2000).

The motion to exceed page limitations is GRANTED.   In its motion to stay, Wyeth asks this court to stay these proceedings so that the transferee court could rule on the pending motions to remand.   Because this court has determined that the interests of judicial economy dictate that this court rule on the remand motions, the motion to stay is DENIED.

In seeking to have these cases remanded to the Superior Court of Fulton County, the plaintiffs contend that in each case there is not complete diversity of citizenship, as required by Strawbridge v. Curtiss, 7 U.S. 267 (1806).  The plaintiffs accomplish this non-complete diversity feat by naming at least one plaintiff (among, in some cases, several hundred plaintiffs) who is not diverse from at least one defendant.  In some cases, the plaintiffs include a New Jersey citizen, who would not be diverse from Wyeth, Inc., which has its principal place of business in that state; in other cases, the plaintiffs include a Pennsylvania citizen, who would not be diverse from Wyeth Pharmaceuticals, which has its principal place of business in that state; in still other cases, the plaintiffs include a Georgia citizen, who would not be diverse from certain employees of Wyeth, who are also Georgia citizens; additionally, there are some cases in which the plaintiff is a citizen of the same state as Celltech Pharmaceuticals, Inc., the successor in interest to Medeva Pharmaceuticals, Inc., which manufactured the drug phentermine.

2

In arguing that the cases should not be remanded, Wyeth contends that the plaintiffs have engaged in the practice of fraudulent joinder (of either a plaintiff or a defendant) in order to defeat diversity jurisdiction. Although mere misjoinder may provide a sufficient basis for defeating diversity jurisdiction, "improper and fraudulent joinder, bordering on a sham" will not. *See* Tapscott v. MS Dealer Service Corp., 77 F.3d 1353 (11th Cir. 1996).

The undersigned is aware that several judges of this court have remanded other Fen-Phen cases, having found that the parties were properly joined and that there was not complete diversity of citizenship. However, after carefully reviewing those decisions and after thoroughly considering the briefs of the parties, the undersigned is persuaded that the July 30, 2003, decision by Judge Bartle in MDL litigation is the better reasoned. In Pretrial Order No. 2946, Judge Bartle carefully considered the identical arguments made by the plaintiffs in the instant cases. In that Pretrial Order, Judge Bartle denied motions to remand in another group of cases that had been filed in the Superior Court of Fulton County and which had been removed to this court.

The undersigned adopts Judge Bartle's reasoning and analysis in that Pretrial Order and concludes that the plaintiffs in the instant cases have engaged in fraudulent joinder in an attempt to

3

defeat diversity jurisdiction. Consequently, the motions to remand are DENIED.

Those defendants who have not already filed answers or other responsive pleadings will be permitted to do so. Otherwise, proceedings in these cases are hereby STAYED pending a determination by the Panel on Multidistrict Litigation as to whether they will be transferred to the United States District Court for the Eastern District of Pennsylvania.

Wyeth's motion to sever and transfer venue is DENIED. This denial, however, is without prejudice to the right of Wyeth to renew the motion when the cases are transferred back from the MDL court or, if the cases are not transferred, when the Panel denies the transfer.

SO ORDERED, this _14th_ day of October, 2003.

ROBERT L. VINING, JR.
Senior United States District Judge

4

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS     :  MDL DOCKET NO. 1203
(PHENTERMINE, FENFLURAMINE, :
DEXFENFLURAMINE) PRODUCTS  :
LIABILITY LITIGATION    :

THIS DOCUMENT RELATES TO:  :
_____ :
KATIE WEAVER, et al.     :
             :
     v.       :
             :
AMERICAN HOME PRODUCTS   :
CORPORATION, NOW KNOWN AS  :
WYETH CORPORATION, et al.  :  CIVIL ACTION NO. 03-20153
_____ :
WILLIETTE NEASON, et al.   :
             :
     v.       :
             :
AMERICAN HOME PRODUCTS   :
CORPORATION, NOW KNOWN AS  :
WYETH CORPORATION, et al.  :  CIVIL ACTION NO. 03-20154
_____ :
CHARLESE CARTER, et al.   :
             :
     v.       :
             :
AMERICAN HOME PRODUCTS   :
CORPORATION, NOW KNOWN AS  :
WYETH CORPORATION, et al.  :  CIVIL ACTION NO. 03-20158
_____ :
LYNDA PARKER, et al.     :
             :
     v.       :
             :
AMERICAN HOME PRODUCTS   :
CORPORATION, NOW KNOWN AS  :
WYETH CORPORATION, et al.  :  CIVIL ACTION NO. 03-20165
_____ :
SHERRELL COLE, et al.    :
             :
     v.       :
             :
AMERICAN HOME PRODUCTS   :
CORPORATION, NOW KNOWN AS  :
WYETH CORPORATION, et al.  :  CIVIL ACTION NO. 03-20171
_____ :

ZAKARA ROSS, et al.                :
                                   :
               v.                  :
                                   :
AMERICAN HOME PRODUCTS             :
CORPORATION, NOW KNOWN AS          :
WYETH CORPORATION, et al.          :    CIVIL ACTION NO. 03-20173
_____:

PRETRIAL ORDER NO. 2946

AND NOW, this 30th day of July, 2003, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that:

(1)  the motion of plaintiffs in Weaver, et al. v.
American Home Products Corp., et al., Civ. A. No. 03-20153
("Weaver") to remand to the Superior Court of Fulton County,
Georgia is DENIED;

(2)  all claims in Weaver against defendants Rugby
Laboratories, Inc., Anthony D. Adams, Robin W. Jones, Avery T.
Lanius, Robert L. Scott and John A. Molnar are DISMISSED;

(3)  the claims of the New Jersey plaintiff, Jesus
Delgado, against Wyeth in Weaver are DISMISSED without prejudice;

(4)  the claims of the remaining non-Georgia
plaintiffs, Marc Haug, Don Herrly, Paulette Neva, Deborah McCann,
Helen Lang, P. Susan Kollman, Cyndi Zueger, Debra Wold, Carol
McConnell, Edith Sailer, Jill Rarick, Arlene Huff, Merriann
Isaac, Sharlene McDearman, Suzanne Wilson, Ruth Samuels, Kathryn
Perkins, Patricia O'Neil, Jerry Chavez and Carol Galliett,
against Wyeth in Weaver are DISMISSED without prejudice;

-2-

(5)  the motion of plaintiffs in <u>Neason, et al. v.</u>
<u>American Home Products Corp., et al.</u>, Civ. A. No. 03-20154
("<u>Neason</u>") to remand to the Superior Court of Fulton County,
Georgia is DENIED;

(6)  all claims in <u>Neason</u> against defendants Rugby
Laboratories, Inc., Anthony D. Adams, Robin W. Jones, Avery T.
Lanius, Robert L. Scott and John A. Molnar are DISMISSED;

(7)  the claims of the New Jersey plaintiff, Iris
Rodriguez, against Wyeth in <u>Neason</u> are DISMISSED without
prejudice;

(8)  the claims of the remaining non-Georgia
plaintiffs, Candyce Jaramillo, Margaret Duncan, Robert Rohrer,
Kathryn Rasmussen, Leanna Mittleider, Rebecca Hoselton, Sheila
Braunberger, Evelyn Helmer, Teresa Potter, Julie Sailor,
Elizabeth Anderson, Sandra Sommers, Traci Bertsch, Trude
Hendrickson and Brenda Nygard against Wyeth in <u>Neason</u> are
DISMISSED without prejudice;

(9)  the motion of plaintiffs in <u>Carter, et al. v.</u>
<u>American Home Products Corp., et al.</u>, Civ. A. No. 03-20158
("<u>Carter</u>") to remand to the Superior Court of Fulton County,
Georgia is DENIED;

(10)  all claims in <u>Carter</u> against defendants Rugby
Laboratories, Inc., Anthony D. Adams, Robin W. Jones, Avery T.
Lanius, Robert L. Scott and John A. Molnar are DISMISSED;

(11)  the claims of the New Jersey plaintiff, Mary Ann
Panek, against Wyeth in <u>Carter</u> are DISMISSED without prejudice;

-3-

(12)   the claims of the remaining non-Georgia plaintiffs, Lisa Baumler, Deborah Lee, Annamarie Herrly, Pamela Fladeland, Norma Rudel, Ardis Bahr, Jody Nelson, Janet Meyer, Patricia Huff, Gayle Weatherston, Jeffery Huff, Ilene Allen, Daniel Jetty, Alicia Myer, Cheryl Smith, Mary Velasquez, Susan Duncan, Marita Rollins, Merlene Robertson, Brenda Jorgensen and Nanette Orton against Wyeth in <u>Carter</u> are DISMISSED without prejudice;

(13)   the motion of plaintiffs in <u>Parker, et al. v. American Home Products Corp., et al.</u>, Civ. A. No. 03-20165 ("<u>Parker</u>") to remand to the Superior Court of Fulton County, Georgia is DENIED;

(14)   all claims in <u>Parker</u> against defendants Rugby Laboratories, Inc., Anthony D. Adams, Robin W. Jones, Avery T. Lanius, Robert L. Scott and John A. Molnar are DISMISSED;

(15)   the claims of the New Jersey plaintiff, Janet Crews, against Wyeth in <u>Parker</u> are DISMISSED without prejudice;

(16)   the claims of the remaining non-Georgia plaintiffs, Tracy Lee, Lynda Scholin, Jeri Giefer, Mary Rutten, Penny Taylor, Deborah Figarelle, Leah Miller, John Jensen, Geraldine Cottrell, Wayne Stokka, June Hoffman, Paula Martin, Lisa Miller, Dana Stockert, Wendy Fultz, Susan Lindemoen, Luann Larson, Karen Jackson, Pamela Skogen and Mary Hall against Wyeth in <u>Parker</u> are DISMISSED without prejudice;

(17)   the motion of plaintiffs in <u>Cole, et al. v. American Home Products Corp., et al.</u>, Civ. A. No. 03-20171

-4-

("Cole") to remand to the Superior Court of Fulton County, Georgia is DENIED;

(18)  all claims in Cole against defendants Rugby Laboratories, Inc., Anthony D. Adams, Robin W. Jones, Avery T. Lanius, Robert L. Scott and John A. Molnar are DISMISSED;

(19)  the claims of the New Jersey plaintiff, Stefanie Bounassi, against Wyeth in Cole are DISMISSED without prejudice;

(20)  the claims of the remaining non-Georgia plaintiffs, Cheryl Hoban, Geraldine Lies, Olinda McCabe, Carrie Nelson-Hartman, Vicky Ortiz, Lisa Anderson, Mary Bergquist, Wendy Brovold, Gail Davidson, Cheryl Gumke, Chandace Woehlhaff, Kristy Kongslie, Karen Olson, Karen Ramsey, Bonnie Sandeen, Bonnie Simmons, Janice Strande, Dedriene Taylor, Terri Hams, Marilyn Aiken, Battery J. Montgomery, Patricia Bailey-Stuhr and Diane Talbot against Wyeth in Cole are DISMISSED without prejudice;

(21)  the motion of plaintiffs in Ross, et al. v. American Home Products Corp., et al., Civ. A. No. 03-20173 ("Ross") to remand to the Superior Court of Fulton County, Georgia is DENIED;

(22)  all claims in Ross against defendants Rugby Laboratories, Inc., Anthony D. Adams, Robin W. Jones, Avery T. Lanius, Robert L. Scott and John A. Molnar are DISMISSED;

(23)  the claims of the New Jersey plaintiff, Doris Towson, against Wyeth in Ross are DISMISSED without prejudice; and

-5-

(24)  the claims of the remaining non-Georgia plaintiffs, Mary Ehni, Delemma Greywater, Clinton Sauter, Margaret Schwab, Sue Nieland, Becky Meek, Richard Nicklos, Mary Tintes, Susan Olson-Edwardson, Doug Waters, Colleen Bergeron, Sheri Coleman, Holly Anderson, Enid Haslam and Kelly Hoss against Wyeth in Ross are DISMISSED without prejudice.

BY THE COURT:

_Harvey Bartle_ , J.

-6-