# EXHIBIT A

**WYETH/Diet Drug Cases**
Massachusetts Cases filed in Middlesex Superior Court
**\*\*TOTAL OF 41 Plaintiffs in MASS. = 14 cases / TOTAL OF 2387 plaintiffs in all as of 04/29/04**

| Plaintiffs / Case | Plaintiffs | Locations |
|---|---|---|
| Mary Andrus; Eleanor Archambeau; Diane Bonneau; Lertis Caldwell; Priscilla Cote; Theresa DeJoy; Laural Fankhauser; Nancy Kennedy; Barbara Williams; Lucinda Youell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0909 Filed 03/10/04 *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Mary Andrus Eleanor Archambeau Diane Bonneau Lertis Caldwell Priscilla Cote Theresa DeJoy Laural Fankhauser Nancy Kennedy Barbara Williams Lucinda Youell | Idaho Falls, ID Mose Lake, WA Skowhegan, ME Earle, AR Weatherford, OK Pueblo, CO Royal Palm Beach, FL Woodville, MS Memphis, TN New Orleans, LA |
| Kathy Apperson; Maria Contardi; Betty Flores; Marcia Frazier; Dian Hoyt; Sheila D. Jennings; Gloria Larson; Pamela Marshall; Janet Wilson; Pamela Wright-Shaw v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0910 Filed 03/10/04 *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Kathy Apperson Maria Contardi Betty Flores Marcia Frazier | Sale City, GA East Boston, MA Shreveport, LA Idaho Falls, ID |

-2-

| | Name | Location |
|---|---|---|
| Lisa Anderson; Marcia Barnhurst; Lisa Bebo; Alice Manning; Gilbert Matheu; Mary Jo Rhinehardt; Patsy Rogers; Mary Uzoma; Sharon Walls; Linda Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0911<br>Filed 03/10/04<br>**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.** | Dian Hoyt<br>Sheila D. Jennings<br>Gloria Larson<br>Pamela Marshall<br>Janet Wilson<br>Pamela Wright-Shaw | Monroe City, MO<br>Schlater, MS<br>Burns Flat, OK<br>Alexandria, LA<br>South Jordan, UT<br>Kittery, ME |
| Theresa Amadeo; Lucretia Dodson; Vivian Dunn; Sharon Estep; John Justice; Janice McKenzie; Rebecca Price; Patty Varnado; Brenda Wheeler; Tamara Wolters v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0912<br>Filed 03/10/04<br>**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.** | Lisa Anderson<br>Marcia Barnhurst<br>**Lisa Bebo**<br>**Alice Manning**<br>Gilbert Matheu<br>Mary Jo Rhinehardt<br>Patsy Rogers<br>**Mary Uzoma**<br>Sharon Walls<br>Linda Wilson | Powder Springs, GA<br>Elko, NV<br>**Methuen, MA**<br>**Braintree, MA**<br>Milo, ME<br>Tampa, FL<br>Lafayette, LA<br>**Walpole, MA**<br>Baker, LA<br>Longview, WA |
| | Theresa Amadeo<br>Lucretia Dodson<br>Vivian Dunn | Lakewood, VA<br>Tullahoma, TN<br>Fair Play, SC |

-3-

| Case | Plaintiff | Location |
|---|---|---|
| Terry Alexander; Vickie Andreason; Alice Baker; Glythina Batiste; Elisabeth McCartin; Eleanor Petho; Judith Ranney; Jacqueline Sasso; Myra Tart; Stacy Trowbridge v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc. Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0913 Filed 03/10/04 *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Sharon Estep<br>John Justice<br>Janice McKenzie<br>Rebecca Price<br>Patty Varnado<br>Brenda Wheeler<br>Tamara Wolters | Franklin, ME<br>Monore, LA<br>West Columbia, SC<br>Winston-Salem, NC<br>Denham Springs, LA<br>Arco, ID<br>Colorado Springs, CO |
| James Hill Sr., Margaret Jackson; Sangeeta Kochlar; Shirley Lankford; Mary Lee; Marjorie Lightfoot; Joanne Martin; Elnora Michael; Christina Mott; Gary Willer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0924 Filed 03/10/04 *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Terry Alexander<br>Vickie Andreason<br>Alice Baker<br>Glythina Batiste<br>Elisabeth McCartin<br>Eleanor Petho<br>Judith Ranney<br>Jacqueline Sasso<br>Myra Tart<br>Stacy Trowbridge | Calhoun, GA<br>Bennion, UT<br>Whitman, MA<br>La Place, LA<br>Farmington, NH<br>Independence, LA<br>Ellsworth, ME<br>Revere, MA<br>Dunn, NC<br>Louisville, KY |
| | James Hill Sr<br>Margaret Jackson | Dover, DE<br>Bryans Road, MD |

-4-

| | | |
|---|---|---|
| Scott Suber; James Warrington; Linda Winter; Roselyn Ball; Bonnie Brandjes; Carol Ebert-Teahl; Annie Harris; Samantha Nicole Harris; Seletha Hawkins; Rebecca Kottas v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0925<br>Filed 03/10/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Sangeeta Kochlar<br>Shirley Lankford<br>Mary Lee<br>Marjorie Lightfoot<br>Joanne Martin<br>Elnora Michael<br>Christina Mott<br>Gary Willer | North Potomac, MD<br>Midlothian, VA<br>Virginia Beach, VA<br>Richmond, VA<br>Richmond, VA<br>Richmond, VA<br>Anderson, IN<br>Chester, VA |
| | Scott Suber<br>James Warrington<br>Linda Winter<br>Roselyn Ball<br>Bonnie Brandjes<br>Carol Ebert-Teahl<br>Annie Harris<br>Samantha Nicole Harris<br>Seletha Hawkins<br>Rebecca Kottas | Spring Valley, NY<br>Pottstown, PA<br>Jonesboro, AR<br>Eden, MD<br>Abingdon, MD<br>Enola, PA<br>Fieldale, VA<br>Glen Burnie, MD<br>Virginia Beach, VA<br>Hobbsville, NC |
| Barbara Symonds; Arthur Adams; Norma Alderman; Laura Sexton Ambrose; Rachel Chahir; Sandra Forrest; Lee Ann Hillegas; Beverly Brougher; Patsy Cundiff; Shirley Dean v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0926<br>Filed 03/10/04 | Barbara Symonds | Limo, OH |

-5-

| Plaintiffs Attorneys / Case | Plaintiffs | Locations |
|---|---|---|
| *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Arthur Adams<br>Norma Alderman<br>Laura Sexton Ambrose<br>Rachel Chahir<br>Sandra Forrest<br>Lee Ann Hillegas<br>Beverly Brougher<br>Patsy Cundiff<br>Shirley Dean | Baltimore, MD<br>Hillsville, VA<br>Plymouth, NC<br>Brooklyn, NY<br>Philadelphia, PA<br>Gladstone, MO<br>Dallas, PA<br>Rocky Mount, VA<br>Shenandoah, VA |
| Lisa Dumond; Valerie Crain; Pamela Gary-Green; Lucille Kincaid; Mary Pendleton; Gail Shinholster; Janice Cooper; Dolly Bethany; Staci Fowler; Joyce Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0927<br>Filed 03/10/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Lisa Dumond<br>Valerie Crain<br>Pamela Gary-Green<br>Lucille Kincaid<br>Mary Pendleton<br>Gail Shinholster<br>Janice Cooper<br>Dolly Bethany<br>Staci Fowler<br>Joyce Johnson | Springfield, VA<br>Lothian, MD<br>Savannah, GA<br>Washington, DC<br>Winchester, VA<br>Jersey City, NJ<br>Millersville, MD<br>Browns Mills, NJ<br>Virginia Beach, VA<br>Lawrenceville, VA |
| Hattie Spencer; Nancy Cole; Lina Gold; Charles Leatherbury; Janice Monroe; Tamra D. Steward; Douglas Greenfield; Theresa Russell; Nancy Anderson; Laura Bates v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0928 | | |

-6-

| | | |
|---|---|---|
| Filed 03/10/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Hattie Spencer<br>Nancy Cole<br>Lina Gold<br>Charles Leatherbury<br>Janice Monroe<br>Tamra D. Steward<br>Douglas Greenfield<br>Theresa Russell<br>Nancy Anderson<br>Laura Bates | Richmond, VA<br>Chesapeake, VA<br>Brooklyn, NY<br>Wilmington, DE<br>Philadelphia, PA<br>Pioneer, LA<br>Winchester, VA<br>Stephenson, VA<br>Richmond, VA<br>Crestline, CA |
| Josephine Meidinger; Tabitha Trim/Demmings; Linda Volmer; Parniya Whitehead; Sylvia Coleman; Lisa Dignan; Pamela Helmuth; Venita Angela Lane; Joyce Blackshire; Kathy Teal-Simpson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0929<br>Filed 03/10/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Josephine Meidinger<br>Tabitha Trim/Demmings<br>Linda Volmer<br>Parniya Whitehead<br>Sylvia Coleman<br>Lisa Dignan<br>Pamela Helmuth<br>Venita Angela Lane<br>Joyce Blackshire<br>Kathy Teal-Simpson | Miles City, MT<br>Hillside, NJ<br>North Augusta, SC<br>Chesapeake, VA<br>Prince George, VA<br>Riva, MD<br>Kerman, CA<br>Waldorf, MD<br>Milwaukee, WI<br>Las Vegas, NV |

-7-

| | | |
|---|---|---|
| Barbara Kozma; Denise Moss; Mary Parsons; Anthony Pelusi; Peter Rothsching; Kim Steinsultz; Margaret Anne Criswell; Barbara Bookson; Ursula Garnett; Eugenia Jupierre v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc. A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0930<br>Filed 03/10/04<br>*Plaintiffs Attorneys: **Sugarman, Rogers, Barshak & Cohen, P.C.*** | Barbara Kozma<br>Denise Moss<br>Mary Parsons<br>Anthony Pelusi<br>Peter Rothsching<br>Kim Steinsultz<br>Margaret Anne Criswell<br>Barbara Bookson<br>Ursula Garnett<br>Eugenia Jupierre | Monroe, MI<br>Patterson, NJ<br>Jersey City, NJ<br>Norristown, PA<br>Warminster, PA<br>Goreville, IL<br>Tichnor, AR<br>Brooklyn, NY<br>Newark, DE<br>Ossining, NY |
| Carol Beane; Debra Williams; Mary Clark; Mary Cooley; Rozell Harper; Margaret Harris; Virginia Heller; Barbara Humphreys; Shirley Larson; Billy O'Rear v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc. A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0931<br>Filed 03/10/04<br>*Plaintiffs Attorneys: **Sugarman, Rogers, Barshak & Cohen, P.C.*** | Carol Beane<br>Debra Williams<br>Mary Clark<br>Mary Cooley<br>Rozell Harper<br>Margaret Harris<br>Virginia Heller<br>Barbara Humphreys<br>Shirley Larson<br>Billy O'Rear | Toledo, OH<br>Marietta, OH<br>Linwood, MI<br>Jackson, MI<br>Milwaukee, WI<br>Tyner, KY<br>Mt Morris, MI<br>Houston, TX<br>Ladysmith, WI<br>Gustine, GA |

-8-

| | | |
|---|---|---|
| Anna Krishnappa; Rebecca McCormack; Albert Miller; William Moriarty; Diana O'Neill; Allen Owens; Elizabeth Parsons; Wilhemina Paulin; Antonia Peterman-Clark; Jane Phillips v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0932<br>Filed 03/10/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>Antonia Peterman-Clark - possible duplicate plaintiff, see case directly below | Anna Krishnappa<br>Rebecca McCormack<br>Albert Miller<br>William Moriarty<br>Diana O'Neill<br>Allen Owens<br>Elizabeth Parsons<br>Wilhemina Paulin<br>Antonia Peterman-Clark<br>Jane Phillips | Claymont, DE<br>Blackfoot, ID<br>Collingdale, PA<br>Souderton, PA<br>Grand Island, NE<br>New Castle, DE<br>Jersey City, NJ<br>Philadelphia, PA<br>Mt. Pocono, PA<br>Pattonsburg, MO |
| Luise Badger; Karl Baker; Julia Brumfield; Antonia Clark; Mary Crawley; Audrey Decha; Fred Eriamiatoe; Michael Gaito; Angela Hardin; Martin Hymowitz v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0933<br>Filed 03/10/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>Antonia Clark - possible duplicate plaintiff, see case directly above | Luise Badger<br>Karl Baker<br>Julia Brumfield<br>Antonia Clark<br>Mary Crawley<br>Audrey Decha<br>Fred Eriamiatoe<br>Michael Gaito | N. Monroe; UT<br>Glassboro, NJ<br>Yonkers, NY<br>Mount Pocono, PA<br>Reading, PA<br>Platte City, MO<br>Newark, NJ<br>Port Jefferson Station, NY |

-9-

| Case | Plaintiffs | Location |
|---|---|---|
| Barbara A. Rhone; Ruby Barnes-Hauser; Sheila Fisher; Patti Humphrey; Barbara Akers; Alma Bostic; Deloris Bullard; Nancy Guliano; Joyce Harris; Susan Macasevich v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. <br> Middlesex Superior Court 2004-0934 <br> Filed 03/10/04 <br> *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Barbara A. Rhone <br> Ruby Barnes-Hauser <br> Sheila Fisher <br> Patti Humphrey <br> Barbara Akers <br> Alma Bostic <br> Deloris Bullard <br> Nancy Guliano <br> Joyce Harris <br> Susan Macasevich | Monroe, LA <br> Jersey City, NJ <br> Havertown, PA <br> Boothwyn, PA <br> Norfolk, VA <br> Irvington, NJ <br> New York, NY <br> Staten Island, NY <br> Brooklyn, NY <br> Coplay, PA |
| Jamie Roberts; Debra Rozzelle; Veronica Sanders; Sandra Schacter; Lionel Scott; Ronnie Sloan; Sharon Ullman; Edward Warren; Ronald Wood; Elihu Woodson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. <br> Middlesex Superior Court 2004-0935 <br> Filed 03/10/04 <br> *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Angela Hardin <br> Martin Hymowitz <br><br> Jamie Roberts <br> Debra Rozzelle <br> Veronica Sanders <br> Sandra Schacter <br> Lionel Scott <br> Ronnie Sloan <br> Sharon Ullman | Philadelphia, PA <br> Mahwah, NJ <br><br> St. Joseph, MO <br> Philadelphia, PA <br> Bronx, NY <br> Clifton, NJ <br> Metuchen, NJ <br> Topanga, CA <br> New York, NY |

-10-

Ruth Carver; Dianna Clay; Mary Coles; Deborah Cornwell; Kimberly Deans; Pauline "Niki" Durgin; Barbara Friend; Joseph J. Hands; Gwen Harper; Cheril M. Harris v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.
Middlesex Superior Court 2004-0936
Filed 03/10/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

| Plaintiffs | Location |
|---|---|
| Edward Warren | Seaford, DE |
| Ronald Wood | Roselle Park, NJ |
| Elihu Woodson | Trenton, NJ |
| Ruth Carver | Richmond, VA |
| Dianna Clay | Chester, VA |
| Mary Coles | Beaverdam, VA |
| Deborah Cornwell | FrontRoyal, VA |
| Kimberly Deans | Richmond, VA |
| Pauline "Niki" Durgin | Richmond, VA |
| Barbara Friend | Manassas Park, VA |
| Joseph J. Hands | Baltimore, MD |
| Gwen Harper | Damascus, MD |
| Cheril M. Harris | Hopewell, VA |

Patricia Clayton, Paula Clark, Rebecca Cubbage, Joseph Fiscaro, Linda Hebb, Paul Koether, Gregory Krams, Jocelyn LoPuzzo, Katalin Ross, Beverly Schrecongost v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.
Middlesex Superior Court 2004-0937
Filed 03/10/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

| Plaintiffs | Location |
|---|---|
| Patricia Clayton | Gainsville, FL |
| Paula Clark | Charlottesville, VA |
| Rebecca Cubbage | Rileyville, VA |
| Joseph Fiscaro | Folsom, PA |
| Linda Hebb | Frederick, MD |
| Paul Koether | Hopewell, NJ |

LITDOCS:542093.1

| Case | Plaintiffs | Cities |
|---|---|---|
| | Gregory Krams<br>Jocelyn LoPuzzo<br>Katalin Ross<br>Beverly Schrecongost | Laurel, MD<br>New York, NY<br>Lake City, FL<br>Toledo, OH |
| Linda Wright; Gladys Belcher; Sandra Borer; Veronica Holmquist; Jean Laresca: Ginger Omland; Roxanne Robinson; Deborah A. Gorsuch; Linda Luhtala; Kelli Mann v. Indevus Pharmaceuticals, Inc. F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0938<br>Filed 03/10/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Linda Wright<br>Gladys Belcher<br>Sandra Borer<br>Veronica Holmquist<br>Jean Laresca<br>Ginger Omland<br>Roxanne Robinson<br>Deborah A. Gorsuch<br>Linda Luhtala<br>Kelli Mann | Wetumpka, AL<br>North Bay Shore, NY<br>Toledo, OH<br>Anchorage, AK<br>Staten Island, NY<br>Miles City, MT<br>Bellevue, NE<br>Perrysburg, OH<br>Marlborough, NJ<br>Elmore, AL |
| Julee Hansen; Sharon Miller; Lillian Rodriquez; Norma Bozarth; Patricia Dabbs; Frances Dean; Lura Dillard; Linda Dobson; Sha'ron Downing; Alan Dryden v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0939<br>Filed 03/10/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Julee Hansen<br>Sharon Miller<br>Lillian Rodriquez<br>Norma Bozarth<br>Patricia Dabbs | Salt Lake City, UT<br>New York, NY<br>Philadelphia, PA<br>Potomac Falls, VA<br>Columbia, MD |

-12-

| | | |
|---|---|---|
| Lynn Burgess; Kelly Cheney; Tammy Church; Lorenz Fuerst; Faye McCarty; Cloma Padilla; Tamra Redic; Connie Roberts; Donna Schneider; Mary Sims v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-1036 Filed 03/16/04 *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Frances Dean Lura Dillard Linda Dobson Sha'ron Downing Alan Dryden | Cambridge, MD Midlothian, VA Glen Burnie, MD Bristow, VA Grisfield, MD |
| | Lynn Burgess Kelly Cheney Tammy Church Lorenz Fuerst Faye McCarty Cloma Padilla Tamra Redic Connie Roberts Donna Schneider Mary Sims | Streetman; TX De Beque, CO Arvada, CO Putman, IL Lexington, KY Justin, TX Athens, TX Aurora, CO Denton, TX Brookston, TX |
| Judy Sosa, Myrna Crutcher, Roberta Tarozzi, Wendy Farris, Geraldine Hartman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc. Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-1093 03/19/04 *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Judy Sosa Myrna Crutcher Roberta Tarozzi Wendy Farris Geraldine Hartman | Tallapoosa, GA Richmond, KY Broomall, PA Bluefield, VA Virginia Beach, VA |

LITDOCS:542093.1

-13-

| | | |
|---|---|---|
| Gertrude Anderson; Wendy Burkes; Minla Massie; Ella McEllroy; Erika Richardson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1151<br>Filed 03/25/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Gertrude Anderson<br>Wendy Burkes<br>Minla Massie<br>Ella McEllroy<br>Erika Richardson | Memphis, TN<br>Fayetteville, TN<br>Roswell, GA<br>Georgetown, GA<br>Memphis, TN |
| Joseph Perkins; Shawanda Robinson-Woods; Fredrick Walker; Mary Mullen; Dinah Boatwright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1152<br>Filed 03/25/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Joseph Perkins<br>Shawanda Robinson-Woods<br>Fredrick Walker<br>Mary Mullen<br>Dinah Boatwright | Garden Grove, CA<br>Garland, TX<br>Baker, LA<br>Tallulah, LA<br>Panama City, FL |
| Maryann Laird v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1153<br>Filed 03/25/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br>*First Amended Complaint filed 04/16/04* | Maryann Laird | Pensacola, FL |

-14-

| | | |
|---|---|---|
| Mary Walker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1154<br>Filed 03/25/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br>*First Amended Complaint filed 04/16/04* | Mary Walker | Avon Park, FL |
| Janina Jauregui-Ruiz; Debbie Jones; Melinda Joseph; Jamie Madison; Edilia Quiroz; Charles Roberts v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1184<br>Filed 03/29/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Janina Jauregui-Ruiz<br>Debbie Jones<br>Melinda Joseph<br>Jamie Madison<br>Edilia Quiroz<br>Charles Roberts | San Antonio, TX<br>Lubbock, TX<br>Houston, TX<br>Somerville, TX<br>New Braunfels, TX<br>San Antonio, TX |
| Chester Kajkowski; Brenda Killingsworth; Jill Kolberg; Lorene Lindsay; Lucy Long; Lory Lyon; Lillian Malone; Kevin Mazzoni; Connie McLaurin v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1185<br>Filed 03/29/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Chester Kajkowski<br>Brenda Killingsworth<br>Jill Kolberg<br>Lorene Lindsay<br>Lucy Long<br>Lory Lyon | Orlando, FL<br>The Villages, FL<br>Naples, FL<br>Leesburg, FL<br>Winter Park, FL<br>Longwood, FL |

-15-

| | | |
|---|---|---|
| Jane Antuono; Leisa Boutwell; Beverly Brown; Margaret Colosimo; Patricia Crawford; Donna Dryer; Dorothy Ellis; Shirley Garrett; Susan Ginsberg; Alyce Greer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1186<br>Filed 03/24/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Jane Antuono<br>Leisa Boutwell<br>Beverly Brown<br>Margaret Colosimo<br>Patricia Crawford<br>Donna Dryer<br>Dorothy Ellis<br>Shirley Garrett<br>Susan Ginsberg<br>Alyce Greer | West Palm Beach, FL<br>Smiths, AL<br>Macon, GA<br>Beverly Hills, FL<br>Seale, Alabama<br>Savannah, GA<br>Winter Springs, FL<br>Largo, FL<br>Port Charlotte, FL<br>Melbourne Beach, FL |
| Sandra Carothers; Carol Fiorino; Barbara Hachandi; George Heinzinger; Geneva Henderson; Cathy Jones; Connie Munoz; Jeanne Strawbridge; Rubie Wade; Marilyn Wilbert v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1187<br>Filed 03/29/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Sandra Carothers<br>Carol Fiorino<br>Barbara Hachandi<br>George Heinzinger<br>Geneva Henderson<br>Cathy Jones | Austin, TX<br>Clermont, FL<br>North Ft. Myers, FL<br>Melbourne, FL<br>Midland, TX<br>Orlando, FL |

(Top of page, above table rows:)

| | | |
|---|---|---|
| | Lillian Malone<br>Kevin Mazzoni<br>Connie McLaurin | Sanford, FL<br>North Port, FL<br>Eustis, FL |

LITDOCS:542993.1

-16-

| Case | Plaintiffs | Location |
|---|---|---|
| Debbie Daily; Vera Frederick; Gregory Hoover; Clarita Luoma; Thomas Marino; Yvonne Michalkiewicz; Norma Neil; Doris Parrish; Donna Tisdale; Willis Williamson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1188<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Connie Munoz<br>Jeanne Strawbridge<br>Rubie Wade<br>Marilyn Wilbert<br><br>Debbie Daily<br>Vera Frederick<br>Gregory Hoover<br>Clarita Luoma<br>Thomas Marino<br>Yvonne Michalkiewicz<br>Norma Neil<br>Doris Parrish<br>Donna Tisdale<br>Willis Williamson | San Antonio, TX<br>Leesburg, FL<br>Emory, TX<br>North Ft. Myers, FL<br><br>San Antonio, TX<br>Crystal River, FL<br>Richmond Hill, GA<br>Inverness, FL<br>Melbourne, FL<br>Boca Raton, FL<br>Melbourne, FL<br>Langley, SC<br>Daytona Beach, FL<br>Albany, GA |
| Mary Alkire; Patricia Badger; Belinda Barnes; Carol Blair; Marie Boyer; Chris Bracken; Grace Breland; Renee Brewer; Cynthia Bright, Gina Byrd v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1189<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Mary Alkire<br>Patricia Badger<br>Belinda Barnes<br>Carol Blair<br>Marie Boyer | Orlando, FL<br>Deltona, FL<br>Stuart, VA<br>West Palm Beach, FL<br>Lutz, FL |

-17-

| | | |
|---|---|---|
| Kristin Ellis; Marie Emerson; Melba Eubanks; Kimberly Gwaltney; Mary Hardy; William Hayes; Stephanie Howell; Annie Jefferson; Regis Jirsa; Colletta Jones v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1190<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Chris Bracken<br>Grace Breland<br>Renee Brewer<br>Cynthia Bright<br>Gina Byrd<br><br>Kristin Ellis<br>Marie Emerson<br>Melba Eubanks<br>Kimberly Gwaltney<br>Mary Hardy<br>William Hayes<br>**Stephanie Howell**<br>Annie Jefferson<br>Regis Jirsa<br>Colletta Jones | Orlando, FL<br>Kissimmee, FL<br>Edgewater, FL<br>Deltona, FL<br>Grant, FL<br><br>Dunedin, FL<br>Ft. Myers, FL<br>Valdosta, GA<br>Tamarac, FL<br>Daytona Beach, FL<br>Sanford, FL<br>Norwood, MA<br>West Palm Beach, FL<br>Apopka, FL<br>Miami, FL |
| Gloria Cedeno; Denise Clark-Duval; Priscilla Crithfield; Sandi Damico; George Dantos; Donald Darling; Karen Delgado; Noella Dubois; Florence Eckley; John Edmunds v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1191<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Gloria Cedeno<br>Denise Clark-Duval<br>Priscilla Crithfield<br>Sandi Damico | Cape Coral, FL<br>Plant City, FL<br>Palm Harbor, FL<br>Coconut Creek, FL |

LITDOCS:542093.1

-18-

| | | |
|---|---|---|
| Jacqueline Asbelle; Frankie Bell; Rebecca Boyce; Awilda Vega; Gary Walters; Phebe Watson; Ilona Wentzell; Bettie Wesley; Patricia Wright; Sharon Wrigil v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1192<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | George Dantos<br>Donald Darling<br>Karen Delgado<br>Noella Dubois<br>Florence Eckley<br>John Edmunds<br><br><br>Jacqueline Asbelle<br>Frankie Bell<br>Rebecca Boyce<br>Awilda Vega<br>Gary Walters<br>Phebe Watson<br>Ilona Wentzell<br>Bettie Wesley<br>Patricia Wright<br>Sharon Wrigil | Ocala, FL<br>Tallahassee, FL<br>Longwood, FL<br>Port Charlotte, FL<br>Eustis, FL<br>Charleston, SC<br><br><br>Graniteville, SC<br>Opelika, AL<br>Barnwell, SC<br>Pompano, FL<br>Clermont, FL<br>Winter Haven, FL<br>Spring Hill, FL<br>Kissimmee, FL<br>Bartow, FL<br>Jensen Beach, FL |
| Deborah Erick; Ellen Evans; Evelyn Ford; Velma Hale; Bruce Kittle; Christine Montgomery; Wylene Person; Elaine Reynolds; Jenell Roberts; Elizabeth Sheffield v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1193<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Deborah Erick<br>Ellen Evans<br>Evelyn Ford | Hawkinsville, GA<br>Jesup, GA<br>Savannah, GA |

LITDOCS:542093.1

-19-

| | | |
|---|---|---|
| *First Amended Complaint filed 04/16/04* | Velma Hale<br>Bruce Kittle<br>Christine Montgomery<br>Wylene Person<br>Elaine Reynolds<br>Jenell Roberts<br>Elizabeth Sheffield | Savannah, GA<br>Savannah, GA<br>Macon, GA<br>Macon, GA<br>Eastman, GA<br>Milledgeville, GA<br>Gray, GA |
| Lynne Saluzzo; Ruth Schaller; Leah Simpson; Edna Smurthwaite; Judith Southwell; Bernard Sparkman, Edward Sullivan; Diana Sweeney; Evelyn Taylor; Doris Trotter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1194<br>Filed 03/29/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Lynne Saluzzo<br>Ruth Schaller<br>Leah Simpson<br>Edna Smurthwaite<br>Judith Southwell<br>Bernard Sparkman<br>Edward Sullivan<br>Diana Sweeney<br>Evelyn Taylor<br>Doris Trotter | Hudson, FL<br>The Villages, FL<br>Ft. McCoy, FL<br>Palm Bay, FL<br>Lake Alfred, FL<br>Webster, FL<br>Spring Hill, FL<br>Deerfield, FL<br>Lady Lake, FL<br>Leesburg, FL |
| Robin Miller; Margaret Mitchell; Geraldine Moudy; Wanda Nafziger; Nina Peed; Jeffrey Pfister; Theresa Prescott; Crystal Raymos; Pamela Rendsland-Tonello; Paula Resseger v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1195<br>Filed 03/29/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Robin Miller<br>Margaret Mitchell | Ft. Myers, FL<br>St. Petersburg, FL |

LITDOCS:542093.1

-20-

| | | |
|---|---|---|
| *First Amended Complaint filed 04/16/04* | Geraldine Moudy<br>Wanda Nafziger<br>Nina Peed<br>Jeffrey Pfister<br>Theresa Prescott<br>Crystal Raymos<br>Pamela Rendsland-Tonello<br>Paula Resseger | Cape Coral, FL<br>Caitlin, IL<br>Cocoa, FL<br>Tavares, FL<br>Orlando, FL<br>Gainsville, FL<br>Altamonte Springs, FL<br>Ocala, FL |
| Kimberly Britton; Donna Cumberledge; Cheryl Grossman; Mary Richardson; Anniece Smith; Deloris Stone; Carolyn Thorpe-Baker; Deborah Wales; Eva Williams; Grace Wright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1196<br>Filed 03/29/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Kimberly Britton<br>Donna Cumberledge<br>Cheryl Grossman<br>Mary Richardson<br>Anniece Smith<br>Deloris Stone<br>Carolyn Thorpe-Baker<br>Deborah Wales<br>Eva Williams<br>Grace Wright | Austin, TX<br>Austin, TX<br>Killeen, TX<br>Aiken, SC<br>Albany, GA<br>Ridgeland, SC<br>Brunswick, GA<br>Bluffton, SC<br>Savannah, GA<br>Austin, GA |
| Dolores Balistreri; Debra Bradfield; Karen Dickerson; Lois Feiler; Bettye Mossman; Natalie Selman; Earlene Shedrick; Maxine Stansberry; Bonnie Williams; Penelope Winning v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1197<br>Filed 03/29/04 | Dolores Balistreri | Ormand Beach, FL |