-21-

| | | |
|---|---|---|
| *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Debra Bradfield<br>Karen Dickerson<br>Lois Feiler<br>Bettye Mossman<br>Natalie Selman<br>Earlene Shedrick<br>Maxine Stansberry<br>Bonnie Williams<br>Penelope Winning | Deland, FL<br>Debary, FL<br>Sunrise, FL<br>Warner Robins, GA<br>Warner Robins, GA<br>Albany, GA<br>Seguin, TX<br>Oakfield, GA<br>North Ft. Myers, FL |
| Rhoda DaCasta, Eleanor DeBerry; Rhona Defoe; Joyce Hall; James Harris; Sara Lesko; Flora Lott; George Luther; Rose McElroy; Sheila Webb v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1198<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Rhoda DaCasta<br>Eleanor DeBerry<br>Rhona Defoe<br>Joyce Hall<br>James Harris<br>Sara Lesko<br>Flora Lott<br>George Luther<br>Rose McElroy<br>Sheila Webb | Punta Gordo, FL<br>Savannah, GA<br>Deltona, FL<br>Macon, GA<br>Warner Robins, GA<br>Ft. Myers, FL<br>Hilton Head, SC<br>Statesboro, GA<br>Macon, GA<br>Bloomingdale, GA |
| Angie Armstrong; Ellen Gae Daggs; John Forrester; Betty Fowler; Paula Gill; Patricia Herrmann; Sigrid LeGrand; Deborah Morrison; Lynn Smith; Tracy Sugar v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1199 | | |

-22-

| | | |
|---|---|---|
| Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Angie Armstrong<br>Ellen Gae Daggs<br>John Forrester<br>Betty Fowler<br>Paula Gill<br>Patricia Herrmann<br>Sigrid LeGrand<br>Deborah Morrison<br>Lynn Smith<br>Tracy Sugar | Evans, CO<br>Aspen, CO<br>Parker, CO<br>Pueblo, CO<br>Monument, CO<br>Fort Collins, CO<br>Denver, CO<br>Windsor, CO<br>Parker, CO<br>Watkins, CO |
| Connie Aguilar; Glenda Balkwill; Constance Haynes; Theron John; Cheri Jones; Charles Jordy; Shelly Matthews; Anita McDonald; Shirley Nichols; Mary "Cha" Snyder v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1200<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Connie Aguilar<br>Glenda Balkwill<br>Constance Haynes<br>Theron John<br>Cheri Jones<br>Charles Jordy<br>Shelly Matthews<br>Anita McDonald<br>Shirley Nichols<br>Mary 'Cha' Snyder | Centennial, CO<br>Broomfield, CO<br>Littleton, CO<br>Eastlake, CO<br>Lone Tree, CO<br>Denver, CO<br>Alliance, NE<br>Highlands Ranch, CO<br>Northglenn, CO<br>Wheatridge, CO |

-23-

Louise Colerick; Salmo Cook; Richard Dezengremel; Elizabeth Diehl; Joyce Harmon; Denise Pfnister; Walter Robinson; Sanford Sellers; Karen Walters; Karen Wieder v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1209
Filed 03/29/04
**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.**

*First Amended Complaint filed 04/16/04*

| Plaintiff | City |
|---|---|
| Louise Colerick | Bayard, NE |
| Salmo Cook | Kersey, CO |
| Richard Dezengremel | Castle Rock, CO |
| Elizabeth Diehl | Thornton, CO |
| Joyce Harmon | Rocky Ford, CO |
| Denise Pfnister | Layfayette, CO |
| Walter Robinson | Aurora, CO |
| Sanford Sellers | Aurora, CO |
| Karen Walters | Arvada, CO |
| Karen Wieder | Littleton, CO |

Wilma Atherton, Merri Brown; Cheryl Johnson; Elaine Miller; Martha Nesta; Mark Ricken; Joanne Sorenson; Kathleen Spence; Jo Ann Stevenson; Bob Weidler v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1210
Filed 03/29/04
**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.**

*First Amended Complaint filed 04/16/04*

| Plaintiff | City |
|---|---|
| Wilma Atherton | Longmont, CO |
| Merri Brown | Lahaina, HI |
| Cheryl Johnson | Centennial, CO |
| Elaine Miller | Denver, CO |
| Martha Nesta | Littleton, CO |
| Mark Ricken | Flagler, CO |
| Joanne Sorenson | Westminster, CO |
| Kathleen Spence | Lone Tree, CO |
| Jo Ann Stevenson | Henderson, CO |
| Bob Weidler | Westminster, CO |

-24-

| Case | Plaintiffs | Locations |
|---|---|---|
| Gloria Fuller; Lynne Lindstrom; Clara Parker; Caroline Rodriguez v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1211<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Gloria Fuller<br>Lynne Lindstrom<br>Clara Parker<br>Caroline Rodriguez | Erie, CO<br>Boulder, CO<br>Evergreen, CO<br>Arvada, CO |
| Amy Strong; Susan Shipley; Nancy Meyer; Lila Haugland v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1219<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Amy Strong<br>Susan Shipley<br>Nancy Meyer<br>Lila Haugland | Buffalo, MN<br>Chippewa Falls, WI<br>Cottonwood, MN<br>Garrison, ND |
| Marlys Ellingson; Deceased by and through Elroy Ellingson, Personal Representative of the Estate of Marlys Ellingson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1220<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Marlys Ellingson | Jamestown, ND |

-25-

| | | |
|---|---|---|
| Harold Chalkline; Karen Christensen; Robin Fansler; Oliver Graves; Anita Grussing; Kathy Kettwig; Deb Patterson; Renee Reineccius; Rita Richer; Allison Stull v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1221<br>Filed 03/29/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Harold Chalkline<br>Karen Christensen<br>Robin Fansler<br>Oliver Graves<br>Anita Grussing<br>Kathy Kettwig<br>Deb Patterson<br>Renee Reineccius<br>Rita Richer<br>Allison Stull | White Bear Lake, MN<br>Newport, MN<br>Aberdeen, SD<br>Jamestown, ND<br>Minnetonka, MN<br>Owatonna, MN<br>Lonsdale, MN<br>Bloomington, MN<br>Jacksonville, FL<br>Dickinson, ND |
| Debbie Hauk, Shelda Lunsford, Jeanne Plantenbe, Bonnie Richmond, Holly Sharpe, Wayne Sump, Lois Tate, Cathy Reeves Vaughn, David Vohs, Wanda M. Wilson, Robert Ziebell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1230<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Debbie Hauk<br>Shelda Lunsford<br>Jeanne Plantenbe<br>Bonnie Richmond<br>Holly Sharpe<br>Wayne Sump<br>Lois Tate<br>Cathy Reeves Vaughn<br>David Vohs<br>Wanda M. Wilson | Perry, IA<br>Corydon, IA<br>Sioux City, IA<br>Centerville, IA<br>Ames, IA<br>Clarinda, IA<br>Sioux City, IA<br>Poteau, OK<br>Sioux City, IA<br>DeMoines, IA |

-26-

| | Robert Ziebell | Hubbell, IA |
|---|---|---|
| Debra M. Miller, Cathy C. Mendez, Dana C. Ogle, Charles E. Peake, Charlotte A. Pisarich, Nerieda E. Rios, Donna L. Stamper, Michelle M. Whitaker, Felicia E. White, Cammie L. Summers v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1231 Filed 03/30/04 *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* *First Amended Complaint filed 04/16/04* | Debra M. Miller Cathy C. Mendez Dana C. Ogle Charles E. Peake Charlotte A. Pisarich, Nerieda E. Rios Donna L. Stamper Michelle M. Whitaker Felicia E. White Cammie L. Summers | Biloxi, MS Ocean Springs, MS Biloxi, MS Cerita, CA Biloxi, MS Ocean Springs, MS Conehatta, MS Ridgeland, MS Jackson, MS Foxworth, MS |
| Jackie Cole, Lorraine Cook, Dorothy Falk, Anita Farrington, Loretta Fisher, Gwendolyn Hall, Carol Lunt, Wanda Merkins-Radford, Rhonda Rowe, Irene South, Katherine Tigue, Elizabeth Austin, Diana Britton, Lela Caward, Frances Delgado, Patricia Free, Dawn Herrick, Leona Johnstone, Shirley Brown, Sandra Smith v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1232 Filed 03/30/04 *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* *First Amended Complaint filed 04/16/04* | Jackie Cole Lorraine Cook Dorothy Falk Anita Farrington Loretta Fisher Gwendolyn Hall | Tracyton, WA Bremerton, WA Poulsbo, WA Olympia, WA Vancouver, WA Seattle, WA |

LITDOCS:542093.1

-27-

Brenda Hunt, Claudette Jackson, Hattie Johnson, Barbara Long, Pamela Lyons, Richard Matheny, Linda McKinney, Mary Michalak, Ella Molden, Earline Richardson, Sarah Roberts, Karen Sexton, Mary Tarleton, Thomas Tarleton, Lucy Waters, Sharon Willis, Sandra Hensley, Loyce Lovvo, Beverly Sharp, Vivian Lee v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1233

Filed 03/30/04

*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| Name | City |
| --- | --- |
| Carol Lunt | Seattle, WA |
| Wanda Merkins-Radford | Kent, WA |
| Rhonda Rowe | Kirkland, WA |
| Irene South | Spokane, WA |
| Katherine Tigue | Lakewood, WA |
| Elizabeth Austin | Portland, OR |
| Diana Britton | Spokane, WA |
| Lela Caward | Terrebonne, OR |
| Frances Delgado | Clackamas, OR |
| Patricia Free | Salem, OR |
| Dawn Herrick | Newbert, OR |
| Leona Johnstone | Salem, OR |
| Shirley Brown | Smith River, CA |
| Sandra Smith | Lenexa, KS |

| Name | City |
| --- | --- |
| Brenda Hunt | Marion, SC |
| Claudette Jackson | Saint George, SC |
| Hattie Johnson | Clinton, SC |
| Barbara Long | Conway, SC |
| Pamela Lyons | Myrtle Beach, SC |
| Richard Matheny | Ladson, SC |
| Linda McKinney | Greenville, SC |
| Mary Michalak | Summerville, SC |
| Ella Molden | Bennettsville, SC |
| Earline Richardson | Greenville, SC |
| Sarah Roberts | Darlington, SC |

-28-

| Name | Location |
| --- | --- |
| Karen Sexton | Florence, SC |
| Mary Tarleton | Williamston, SC |
| Thomas Tarleton | Williamston, SC |
| Lucy Waters | West Minster, SC |
| Sharon Willis | Myrtle Beach, SC |
| Sandra Hensley | Manchester, KY |
| Loyce Lovvo | Paducah, KY |
| Beverly Sharp | Turners Station, KY |
| Vivian Lee | St. Augustine, FL |

Patricia Adams, Doris Allen, Jimmy Altman, Linda Artino, Jeanette Barwick, Doris Bastain, Dawn Bilsky, Dorothy Blackburn, Renee Chestnut, Rachel Cox, Ivy Davis, Mary Dixon, Mary Evans, Jackie Fallaw, Barbara Gladin, Billy Glenn, Faye Harbin, Beth Hawkins, Lillie Hogg, Marie Hubbard v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1234

Filed 03/30/04

*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| Name | Location |
| --- | --- |
| Patricia Adams | North, SC |
| Doris Allen | Aynor, SC |
| Jimmy Altman | Hemingway, SC |
| Linda Artino | Myrtle Beach, SC |
| Jeanette Barwick | Moncks Corner, SC |
| Doris Bastain | Inman, SC |
| Dawn Bilsky | Latta, SC |
| Dorothy Blackburn | North Charleston, SC |
| Renee Chestnut | Colubmia, SC |
| Rachel Cox | Florence, SC |
| Ivy Davis | Columbia, SC |
| Mary Dixon | Lugoff, SC |
| Mary Evans | Walhalla, SC |
| Jackie Fallaw | West Columbia, SC |
| Barbara Gladin | Greenville, SC |
| Billy Glenn | West Columbia, SC |

-29-

Linda Taylor, Judith Van Putten-Guzman, Vivian Vaughan, Helen Walls, Reba Wilks, Jacqueline Williams, Mary Williams, Monquie Williams, Cynthia Wills, Janice Wilson, Doris Young, Pauline Hills, Nila Martin, Steve Meier, Leah Orr, Gayla Smith, Linda Blair, Shani Dunsil, Ruth Standish, Peggy Jenkins v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1235
Filed 03/30/04
**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.**

*First Amended Complaint filed 04/16/04*

| Name | Location |
|---|---|
| Faye Harbin | Rock Hill, SC |
| Beth Hawkins | Union, SC |
| Lillie Hogg | Williamston, SC |
| Marie Hubbard | Spartanburg, SC |
| Linda Taylor | Williamston, NC |
| Judith Van Putten-Guzman | Jacksonville, NC |
| Vivian Vaughan | Faquay Varina, NC |
| Helen Walls | Reidsville, NC |
| Reba Wilks | Charlotte, NC |
| Jacqueline Williams | Goldsboro, NC |
| Mary Williams | New Bern, NC |
| Monquie Williams | Fayetteville, NC |
| Cynthia Wills | Hubert, NC |
| Janice Wilson | Hallsboro, NC |
| Doris Young | Raleigh, NC |
| Pauline Hills | Bunker Hill, IL |
| Nila Martin | Du Wuoin, IL |
| Steve Meier | Jonesboro, IL |
| Leah Orr | Alton, IL |
| Gayla Smith | Pinckneyville, IL |
| Linda Blair | Louisville, KY |
| Shani Dunsil | Mc Kee, KY |
| Ruth Standish | W. Lafayette, OH |
| Peggy Jenkins | Green Bay, VA |

-30-

Carolyn Jenkins, Debra Koontz, Debra Leach, Dorris Lee, Betty Lemmons, Bobbie Letchworth, Mary Locklear, Auvelene Magee, Ella Matthews, Sharron McConnell, Charles McDonald, Gloria McGee, Mary Neal, Barbara O'Neal, Patricia Plume, Paul Powell, Jameria Riggsbee, Vicki Riley, Gloria Roach, Stephanie Simpson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1237
Filed 03/30/04
**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.**

*First Amended Complaint filed 04/16/04*

| | |
|---|---|
| Carolyn Jenkins | Mount Airy, NC |
| Debra Koontz | Lattimore, NC |
| Debra Leach | Chinagrove, NC |
| Dorris Lee | Littleton, NC |
| Betty Lemmons | Huntersville, NC |
| Bobbie Letchworth | Greenville, SC |
| Mary Locklear | Maxton, NC |
| Auvelene Magee | Cornelius, NC |
| Ella Matthews | Fayetteville, NC |
| Sharron McConnell | Claremont, NC |
| Charles McDonald | Wendell, NC |
| Gloria McGee | Connely, NC |
| Mary Neal | Spring Hope, NC |
| Barbara O'Neal | Wilmington, NC |
| Patricia Plume | Jacksonville, NC |
| Paul Powell | Laurinburg, NC |
| Jameria Riggsbee | Chappell Hill, NC |
| Vicki Riley | Supply, NC |
| Gloria Roach | Williamston, NC |
| Stephanie Simpson | Raleigh, NC |

-31-

Charles Arrowood, Christie Avery, Roy Aycock, Debra Barnett, Rosa Black, Frances Blosser, Gwendolyn Braswell, Francissena Brimmage, Linda Callahan, Helen Campbell, Clyde Chandler, Marie DeMoss, Richard Edwards, Ancala Franks, Nan Frost, Dawn Furr, Linda Greene, Deborah Hallman, Wilma Harris, Martha Jarvis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1238
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| | |
|---|---|
| Charles Arrowood | Mooresboro, NC |
| Christie Avery | Newport, NC |
| Roy Aycock | Gaston, NC |
| Debra Barnett | Mocksville, NC |
| Rosa Black | Rockwell, NC |
| Frances Blosser | Nakina, NC |
| Gwendolyn Braswell | New Bern, NC |
| Francissena Brimmage | New Burn, NC |
| Linda Callahan | Lumberton, NC |
| Helen Campbell | Wasington, NC |
| Clyde Chandler | New London, NC |
| Marie DeMoss | Stoneville, NC |
| Richard Edwards | Durham, NC |
| Ancala Franks | Charlotte, NC |
| Nan Frost | Maggie Valley, NC |
| Dawn Furr | New London, NC |
| Linda Greene | Battleboro, NC |
| Deborah Hallman | Gastonia, NC |
| Wilma Harris | Pikeville, NC |
| Martha Jarvis | Taylorsville, NC |

-32-

Micheal Black, Lucille Cassell, Karen Davis, Deborah Flores, Patricia Freeman, Leta Henderson, Jerry Hudson, Barbara Karnes, Kathryn Kindle-Brockmiller, Ruth Lilly, Nancy Long, Sharron Maul, Shirley Siever, Josephine Viehman, Linda Boyd, Ralph Brunkhorst, Carol Vaughan, Gwendelyn Dixon, Tammy Hoppas, Janice Mayberry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1239
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| | |
|---|---|
| Micheal Black | Bonne Terre, MO |
| Lucille Cassell | Charleston, MO |
| Karen Davis | Saint James, MO |
| Deborah Flores | Belton, MO |
| Patricia Freeman | Nixa, MO |
| Leta Henderson | St. Paul, MO |
| Jerry Hudson | Edgar Springs, MO |
| Barbara Karnes | Saint Louis, MO |
| Kathryn Kindle-Brockmiller | Farmington, MO |
| Ruth Lilly | Rolla, MO |
| Nancy Long | Everton, MO |
| Sharron Maul | Hazelwood, MO |
| Shirley Siever | Lawson, MO |
| Josephine Viehman | De Soto, MO |
| Linda Boyd | Dais Junction, IL |
| Ralph Brunkhorst | Nashville, IL |
| Carol Vaughan | Clinton, AR |
| Gwendelyn Dixon | Kansas City, KS |
| Tammy Hoppas | Erie, KS |
| Janice Mayberry | Overland Park, KS |

LITDOCS:542093.1

-33-

| | | |
|---|---|---|
| Dorothy Ambroz, Valetta Ansley, Jeannette Baker, Rita Barnes, Vince Basile, Palma Bennett, Joan Benson, Illa Mae Dannat, Connie De Sotel, Patti Diehl, Dianna Draper, Oline Forch, Hilda Garcia, Linda Heysinger, Joanne Holmes, Evelyn Humphrey, Walter Knipper, Sharon Kornegay, Edythe Kroon, Cheryl Krzmarzic v Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation: Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1243<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Dorothy Ambroz<br>Valetta Ansley<br>Jeannette Baker<br>Rita Barnes<br>Vince Basile<br>Palma Bennett<br>Joan Benson<br>Illa Mae Dannat<br>Connie De Sotel<br>Patti Diehl<br>Dianna Draper<br>Oline Forch<br>Hilda Garcia<br>Linda Heysinger<br>Joanne Holmes<br>Evelyn Humphrey<br>Walter Knipper<br>Sharon Kornegay<br>Edythe Kroon<br>Cheryl Krzmarzic | Northfolk, NE<br>Lucas, IA<br>N. Henderson, IL<br>Augden, IA<br>West Demoines, IA<br>Carlisle, IA<br>Rogers, AR<br>Boone, IA<br>Cedar Rapids, IA<br>Fort Dodge, IA<br>Bentonville, AR<br>Sioux City, IA<br>West Demoines, IA<br>Long Grove, IA<br>DeMoines, IA<br>Cedar Rapids, IA<br>Dyersville, IA<br>Ankeny, IA<br>Alton, IA<br>Masonm IA |

Gloria M. Ewing, Kellie C. Anderson, Mitzi L. Beaman, Sandy K. Carpenter, Effie Chambliss, Kathleen M. Cuevas, Karen A. Davis, Stephen K. Davis, Jan C. Dickey, Denise F. Dingler, Charlene Eaton, Natalie B. Fournier, Cathy G. Haynsworth, Karey M. Hill, Mary E. Hobson, Iva J. Lewis, Charles K. Little, Janice L. Mabry, Lucita Selmon, Delores L. Shankle v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1244
Filed 03/30/04
***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***

*First Amended Complaint filed 04/16/04*

| | |
|---|---|
| Gloria M. Ewing | Long Beach, MS |
| Kellie C. Anderson | Waveland, MS |
| Mitzi L. Beaman | Brandon, MS |
| Sandy K. Carpenter | Collierville, MS |
| Effie Chambliss | Rancho Dominquez, CA |
| Kathleen M. Cuevas | Gulfport, MS |
| Karen A. Davis | Rock Island, IL |
| Stephen K. Davis | Corpus Christie, TX |
| Jan C. Dickey | Jackson, MS |
| Denise F. Dingler | Vicksburg, MS |
| Charlene Eaton | Saucier, MS |
| Natalie B. Fournier | Brandon, MS |
| Cathy G. Haynsworth | Brashear, TX |
| Karey M. Hill | Carriere, MS |
| Mary E. Hobson | Brandon, MS |
| Iva J. Lewis | Clinton, MS |
| Charles K. Little | Gulfport, MS |
| Janice L. Mabry | Ocean Springs, MS |
| Lucita Selmon | Gulfport, MS |
| Delores L. Shankle | Gulfport, MS |

-35-

| | | |
|---|---|---|
| Jerry Dacus, Frances Dacus, Geneva S. Willis, Barbara Inman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1248<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Jerry Dacus<br>Frances Dacus<br>Geneva S. Willis<br>Barbara Inman | Paragould, AR<br>Paragould, AR<br>Cartersville, GA<br>Bainbridge, GA |
| Talisha Armstrong, Margaret Harris, Sally A. Johnston, Dottie Rozenbeck, David W. Smith v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1251<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Talisha Armstrong<br>Margaret Harris<br>Sally A. Johnston<br>Dottie Rozenbeck<br>David W. Smith | Brunswick, GA<br>Oklahoma City, OK<br>Plainville, GA<br>Richmond Hill, GA<br>Brunswick, GA |
| Patsy Crouch, Roy Smith, Rita Laubner, Jane McGinnis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1255<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Patsy Crouch<br>Roy Smith<br>Rita Laubner<br>Jane McGinnis | Lexington, KY<br>Fairbanks, AK<br>Sutherland, NE<br>Monticello, GA |

-36-

| Case | Plaintiffs | Locations |
|---|---|---|
| Elizabeth Carr, Susan Casados, Sharon Lunsford, Sheila Sjoholm and Theda Stanley v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1256<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Elizabeth Carr<br>Susan Casados<br>Sharon Lunsford<br>Sheila Sjoholm<br>Theda Stanley | Lincoln, NE<br>Alliance, NE<br>Dale, IN<br>Hardy, NE<br>Wilsonville, NE |
| Sandra Alden, Brenda Scarbrough-Killgore, Darlene Seeley, Juanita Weeks and Mildred White v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1257<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Sandra Alden<br>Brenda Scarbrough-Killgore<br>Darlene Seeley<br>Juanita Weeks<br>Mildred White | Gallatin, MO<br>Mountain View, MO<br>Farber, MO<br>Gentry, AR<br>Houston, MO |
| Frances Chance, Jane French, Pamela Hammer, Nellie Hazelwood, Vickie Hunter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1259<br>File 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Frances Chance<br>Jane French<br>Pamela Hammer<br>Nellie Hazelwood | Brunswick, GA<br>Richmond, KY<br>Brunswick, GA<br>Henderson, KY |

LITDOCS:542093.1

-37-

| | Vickie Hunter | Ochlocknee, GA |
|---|---|---|
| Dorine Harrelson, Brenda Hart, Charles Sullivan, Linda Thompson, Helen Wyatt v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1260 Filed 03/30/04 *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* First Amended Complaint filed 04/16/04 | Dorine Harrelson Brenda Hart Charles Sullivan Linda Thompson Helen Wyatt | Clayton, NC Lumberton, NC Upton, KY Forsyth, GA Lafayette, GA |
| Linda Bailey, Darlene Brown, Lora Cook, Dean Dornath, Debbie Goldsberry, Ronnie Grooms, Shirley A. Hampton, Jennifer Kokjohn, Carol Marcus v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1261 Filed 03/30/04 *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* First Amended Complaint filed 04/16/04 | Linda Bailey Darlene Brown Lora Cook Dean Dornath Debbie Goldsberry Ronnie Grooms Shirley A. Hampton Jennifer Kokjohn Carol Marcus | Kearney, NE Omaha, NE Avoca, IA Ft. Dodge, IA Gretna, NE Nebraska City, NE Herman, NE Boone, IA Zwingle, IA |

-38-

| | | |
|---|---|---|
| Jim Luckritz, Wanda Barnett v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1262<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br>*First Amended Complaint filed 04/16/04* | Jim Luckritz<br>Wanda Barnett | Dubuque, IA<br>Wichita, KS |
| Sanda Kline, Neidra Prince v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1264<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br>*First Amended Complaint filed 04/16/04* | Sanda Kline<br>Neidra Prince | Lexington, KY<br>Bryon, GA |
| Sue Anderson, Linda W. Jones, Mildred Mock, Barbara Rash, Judy West v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1266<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br>*First Amended Complaint filed 04/16/04* | Sue Anderson<br>Linda W. Jones<br>Mildred Mock<br>Barbara Rash<br>Judy West | Rocky Face, GA<br>Mt. Olive, NC<br>Jackson, GA<br>Appapulgas, GA<br>Meigs, GA |

LITDOCS:542093.1

-39-

| | | |
|---|---|---|
| Linda Dolliver, Kathryn Gamble, Susan Moore, Genelle Neal, Janna Patterson, Cecilia Sargeant, Katherine Sentell, Alice Taylor, Cora Ann Watkins (Burchill), Martha Wonsewitz v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1267<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Linda Dolliver<br>Kathryn Gamble<br>Susan Moore<br>Genelle Neal<br>Janna Patterson<br>Cecilia Sargeant<br>Katherine Sentell<br>Alice Taylor<br>Cora Ann Watkins<br>(Burchill)<br>Martha Wonsewitz | Columbia, MO<br>Garden City, KS<br>Wichita, KS<br>Wichita, KS<br>St. Joseph, MO<br>Wichita, KS<br>Quin, MO<br>St. Joseph, MO<br>Blackwell, MO<br><br>Fulton, MO |
| Dianna Hitchcock, Ruth Messersmith, Virginia Potts, Linda Upton, Linda Van Natta v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1268<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Dianna Hitchcock<br>Ruth Messersmith<br>Virginia Potts<br>Linda Upton<br>Linda Van Natta | Bellevue, IA<br>Lincoln, NE<br>Dubuque, IA<br>Madill, OK<br>Dubuque, IA |

LITDOCS:542093.1

-40-

| | | |
|---|---|---|
| Lorraine Cline, Rene' Haye, Bonnie Bernard, Donna Fleck, Geraldine Mataras, Sharon Westfall v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1269<br>Filed 03/30/04<br>*Plaintiffs' Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Lorraine Cline<br>Rene' Haye<br>Bonnie Bernard<br>Donna Fleck<br>Geraldine Mataras<br>Sharon Westfall | Clarkston, WA<br>Anchorage, AK<br>Hot Springs, SD<br>N. Platte, NE<br>Beverly Hills, CA<br>Wiotz, IA |
| Russell Arnold, Janet D'Arcy, Rosa Dietiker, Violet Farmer, Susan Fortson, Debbie Ostwinkle, Nina Owens, Gracie Russell, Teresa Sexton, Leneisa Willoughby v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1270<br>Filed 03/30/04<br>*Plaintiffs' Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Russell Arnold<br>Janet D'Arcy<br>Rosa Dietiker<br>Violet Farmer<br>Susan Fortson<br>Debbie Ostwinkle<br>Nina Owens<br>Gracie Russell<br>Teresa Sexton<br>Leneisa Willoughby | Tell City, IN<br>Erwin, NC<br>Columbia, MO<br>Berea, KY<br>Madisonville, KY<br>Hoptinton, IA<br>St. Simons Is., GA<br>Warner Robbins, GA<br>Jefferson City, GA<br>Beaver Dam, KY |

-41-

| Case | Plaintiff | Location |
|---|---|---|
| Elizabeth F. Bischof, Renva Brewer, Dorothy Campbell, Francine Cook, Johnny Cook, Portia Howard, Angela Jones, Mary Latta Lee, Tammy Lovett, Frankie Reager v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1271<br>Filed 03/30/04<br>**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.**<br><br>*First Amended Complaint filed 04/16/04* | Elizabeth F. Bischof<br>Renva Brewer<br>Dorothy Campbell<br>Francine Cook<br>Johnny Cook<br>Portia Howard<br>Angela Jones<br>Mary Latta Lee<br>Tammy Lovett<br>Frankie Reager | Rome, GA<br>Ringgold, GA<br>Savannah, GA<br>Dalton, GA<br>Naylor, GA<br>Radcliffm KY<br>Collins, GA<br>Manchester, KY<br>Henderson, KY<br>Madisonville, KY |
| Barbara Bartholomew, Tricia Brown, Sherry Campbell-Drewery; Janet Flecher, Gloria Gardner, Lauren Garland, Patricia Hedgecock, Bonnie McKelvey, Lular Parker, Judy Parsons, Robert Renix, Laura Walter, Claudia Williams v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1272<br>Filed 03/31/04<br>**Plaintiffs Attorneys: Ianella and Mummolo** | Barbara Bartholomew<br>Tricia Brown<br>Sherry Campbell-Drewery<br>Janet Flecher<br>Gloria Gardner<br>Lauren Garland<br>Patricia Hedgecock<br>Bonnie McKelvey | O'Brieon, OR<br>Topanga, CA<br>Baytown, TX<br>Hesperia, CA<br>Indianapolis, IN<br>Long Beach, CA<br>Camarillo, CA<br>Oklahoma City, OK |

LITDOCS:542093.1

-42-

| | | |
|---|---|---|
| | Lular Parker | Geneva, NY |
| | Judy Parsons | Weatherford, TX |
| | Robert Renix | Memphis, TN |
| | Laura Walter | North Creek, NY |
| | Claudia Williams | Houston, TX |
| Evelyn Becker; Daisy Bell; Rita Bicknell; April Boone, Alida Buckner, Aleta Cox, Ronald Daanen, Martha Duncan, Jo Durham, Jeffory Edwards, Terry Fameree, Deborah Feaster, Daniel Grohn, Anna Gustafson; Catherine Hart, Gail Harvey; Katherine Hendrickson, Sandra Jolin, Kathryn Kieffer, Dorothy King, Jeri Mann, Patricia Mantey, Jennifer Moffitt; Julie Muehlbauer, Paul Price, Sharon Ratz, Cynthia Rittase, Sue Rohde-Perry, Donna Sanicola, Laverne Schoonover, Judy Seibert, E. Shepherd, Jerry Simmons, Mitzie Skiles, Diane Stokes, Patricia Stuckey, Helen Taylor, Jackie Turner, Elizabeth Waukau; Dorothea Weyers, Jeffrey Whiting, Christine Wilczek, Lois York, Angeline Zimmerman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1273<br>Filed 03/31/04<br>*Plaintiffs Attorneys: Ianella and Mummolo* | Evelyn Becker<br>Daisy Bell<br>Rita Bicknell<br>April Boone<br>Alida Buckner<br>Aleta Cox<br>Ronald Daanen<br>Martha Duncan<br>Jo Durham<br>Jeffory Edwards<br>Terry Fameree<br>Deborah Feaster<br>Daniel Grohn<br>Anna Gustafson<br>Catherine Hart | Marshall, WI<br>Paducah, KY<br>Fostoria, OH<br>Evansville, IN<br>Anderson, IN<br>Milwaukee, WI<br>Green Bay, WI<br>Muncie, IN<br>Terra Haute, IN<br>Symsonia, KY<br>New Franken, WI<br>Traverse City, MI<br>Elk Mound, WI<br>Sandstone, MN<br>Calvert City, KY |

LITDOCS:542093.1

-43-

| Name | Location |
|------|----------|
| Gail Harvey | Oxford, NC |
| Katherine Hendrickson | Dassel, MN |
| Sandra Jolin | Lake Tomahawk, WI |
| Kathryn Kieffer | Vincennes, IN |
| Dorothy King | Independence, KY |
| Jeri Mann | Houston, TX |
| Patricia Mantey | Milwaukee, WI |
| Jennifer Moffitt | Oakfield, WI |
| Julie Muehlbauer | Kiel, WI |
| Paul Price | Frankfort, IN |
| Sharon Ratz | Longville, MN |
| Cynthia Rittase | Hartford, MI |
| Sue Rohde-Perry | Milwaukee, WI |
| Donna Samicola | West Milwaukee, WI |
| Laverne Schoonover | Menomonee Falls, WI |
| Judy Seibert | Green Bay, WI |
| E. Shepherd | Lebanon, IN |
| Jerry Simmons | Markleville, IN |
| Mitzie Skiles | Humboldt, TN |
| Diane Stokes | Calvert City, KY |
| Patricia Stuckey | Ligonier, IN |
| Helen Taylor | Clearfield, UT |
| Jackie Turner | Falls City, NE |
| Elizabeth Waukau | Keshena WI |
| Dorothea Weyers | Clavert City, KY |
| Jeffrey Whiting | Suring, WI |
| Christine Wilczek | Lublin, WI |
| Lois York | Elsmere, KY |
| Angeline Zimmerman | Schofield, WI |