-44-

| | | |
|---|---|---|
| Debra Barefoot, Devolion Brown, Nancy M. Jones, James McLaurin, Paige Riley, Joyce Sheroan, William Singletary, Dorothy Skaggs, Mary Steele, Janet Walters v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1274<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Debra Barefoot<br>Devolion Brown<br>Nancy M. Jones<br>James McLaurin<br>Paige Riley<br>Joyce Sheroan<br>William Singletary<br>Dorothy Skaggs<br>Mary Steele<br>Janet Walters | Fayetteville, NC<br>Jacksonville, NC<br>Carthage, NC<br>Hamlet, NC<br>Macon, GA<br>Cecilia, KY<br>Rockingham, NC<br>Berea, KY<br>Brunswick, GA<br>Ravenna, KY |
| Mary Cowell, Suzanne Gibson, Steve Hanson, Sandy Hermann, Theresa Jackson, Sharon Kay Lee, Judith Mullins, Eloise Thrift, Patricia Wilkerson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1275<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Mary Cowell<br>Suzanne Gibson<br>Steve Hanson<br>Sandy Hermann<br>Theresa Jackson<br>Sharon Kay Lee<br>Judith Mullins<br>Eloise Thrift<br>Patricia Wilkerson | Memphis, MO<br>Camden, AR<br>St. Joseph, MO<br>Cape Giradeau, MO<br>Van Buren, MO<br>Ellington, MO<br>Windsor, MO<br>Blackshear, GA<br>Dixon, KY |

-45-

| | |
|---|---|
| Ellen Fletcher, Norma Fuller, Gloria Gerace, Sheryl Irby, Kelli Knippers, Robert Goodman, Kelli Maddux (Knickerbocker) v. Indevus Pharmaceuticals, Inc. F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1276<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Ellen Fletcher<br>Norma Fuller<br>Gloria Gerace<br>Sheryl Irby<br>Kelli Knippers<br>Robert Goodman<br>Kelli Maddux<br>(Knickerbocker)<br><br>Fairbanks, AK<br>Fairbanks, AK<br>Fairchild AFB, WA<br>Omaha, NE<br>Temecula, CA<br>Anchorage, AK<br>Cheney, WA |
| Vickie M. Bishop, Joyce Lyken, Vicky Pamperin, Clara Rouse, Mable Sexton, Debra Wallin v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1277<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Vickie M. Bishop<br>Joyce Lyken<br>Vicky Pamperin<br>Clara Rouse<br>Mable Sexton<br>Debra Wallin<br><br>Rome, GA<br>Anchorage, AK<br>Eagle Grove, IA<br>Jackson Springs, NC<br>Bellevue, NE<br>Clarinda, IA |

-46-

| | | |
|---|---|---|
| Lynnette Ault, Nan Barber, Jeanne Buhl, Susan Clarke, Debra Dinslage, Janice Everitt, Susan Gieschen, Karie Heuer, Betty Hoops, Carol Hunt, Thomas Kutschkau, Jean Muller, Allen Niedbalski, Mary Parker, Nancy Reimers, Angela Smith, Shirley Stauffer, Karen Stepp, Mel Stewart, Karen Swoboda v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1278<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Lynnette Ault<br>Nan Barber<br>Jeanne Buhl<br>Susan Clarke<br>Debra Dinslage<br>Janice Everitt<br>Susan Gieschen<br>Karie Heuer<br>Betty Hoops<br>Carol Hunt<br>Thomas Kutschkau<br>Jean Muller<br>Allen Niedbalski<br>Mary Parker<br>Nancy Reimers<br>Angela Smith<br>Shirley Stauffer<br>Karen Stepp<br>Mel Stewart<br>Karen Swoboda | Omaha, NE<br>Sabetha, KS<br>Lindsey, NE<br>Omaha, NE<br>West Point, NE<br>Strawberry Point, IA<br>Ogallala, NE<br>Columbus, NE<br>Fremont, NE<br>Dekalb, MO<br>Grand Island, NE<br>Ackley, IA<br>Columbus, NE<br>Idabel, OK<br>Fairbanks, AK<br>Topeka, KS<br>Seward, NE<br>Ulysses, KS<br>Edmond, OK<br>Columbus, NE |

-47-

Linda Benton, Joan Carman, Sylvia Clanton, Dorothy Clark, Debra Conger, Sandra Cook, Shirley Cooper, Linda Douglas, Evelyn Dudley, Brenda Embree, Sharon Englert, Debbie Garlin, Deborah Griffin, Eleanor Harrison, Anna Hogan, Trudy Lincks, Cheryll Maubach, Terry McClay, Lester McMullan, Catherine Milburn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1279
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| | |
|---|---|
| Linda Benton | Ochlocknee, GA |
| Joan Carman | Henderson, KY |
| Sylvia Clanton | Valdosta, GA |
| Dorothy Clark | Frankfort, KY |
| Debra Conger | Kahoka, MO |
| Sandra Cook | Livermore, KY |
| Shirley Cooper | Macon, GA |
| Linda Douglas | Blackshear, GA |
| Evelyn Dudley | New Bern, NC |
| Brenda Embree | Richmond, KY |
| Sharon Englert | Mammoth Cave, KY |
| Debbie Garlin | Poplar Bluff, MO |
| Deborah Griffin | Providence, KY |
| Eleanor Harrison | Coffee Springs, AL |
| Anna Hogan | Goldsboro, NC |
| Trudy Lincks | Berea, KY |
| Cheryll Maubach | Shelbina, MO |
| Terry McClay | Forsyth, GA |
| Lester McMullan | El Dorado, AR |
| Catherine Milburn | Eastonton, GA |

-48-

Laura Richard, Joyce Richins, Sally Ridner, Roberta Riggins, Catherine Rish, Susan
Ritvo, Gwendolyn Robertson, Debra Rogers, Laree Rouse, Grover Rowe, Dorene Rymer,
Inez Santangelo, Bobbie Saucier, Ethel Sayers, Joann Schilling, Judith Scott, Nelleen
Seal, Barbara Seek, Kevin Semler v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron
Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth
Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of
American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1281
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| | |
|---|---|
| Laura Richard | Baton Rouge, LA |
| Joyce Richins | Monteview, ID |
| Sally Ridner | Somerset, KY |
| Roberta Riggins | DesAllemands, LA |
| Catherine Rish | Norwood, LA |
| Susan Ritvo | **Brookline, MA** |
| Gwendolyn Robertson | Memphis, TN |
| Debra Rogers | Baton Rouge, LA |
| Laree Rouse | Lucedale, MS |
| Grover Rowe | Woodville, MS |
| Dorene Rymer | Natchez, MS |
| Inez Santangelo | Harahan, LA |
| Bobbie Saucier | Diamondhead, MS |
| Ethel Sayers | Geary, OK |
| Joann Schilling | Kentwood, LA |
| Judith Scott | Zachary, LA |
| Nelleen Seal | Kentwood, LA |
| Barbara Seek | Payallup, WA |
| Kevin Semler | Memphis, TN |

-49-

| | |
|---|---|
| Lisa Sylvester, Bill Tabb, Nell Tarto, Ormal Taylor, Margaret Taylor, Ada Tellis, Shirley Terry, Geraldine Terry, Barbara Tetlow, Veda Thomas, Laura Thomas, Eddy Louise Thomas, Wanda Thompson, Corrinne Thompson, Betty Thompson, Finous Erskine Thorne, Nancy Todd, Tammy Toups, Juanita Travasos, Gloria Travis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1282<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Lisa Sylvester — St. Rose, LA<br>Bill Tabb — Cleveland, MS<br>Nell Tarto — New Orleans, LA<br>Ormal Taylor — Parkersburg, WV<br>**Margaret Taylor** — **Mattapan, MA**<br>Ada Tellis — Portland, OR<br>Shirley Terry — Louisville, KY<br>Geraldine Terry — Jeanerette, LA<br>Barbara Tetlow — Baton Rouge, LA<br>Veda Thomas — Sand Hook, MS<br>Laura Thomas — New Orleans, LA<br>Eddy Louise Thomas — Canton, OH<br>Wanda Thompson — Plaquemine, LA<br>Corrinne Thompson — Swanzey, NH<br>Betty Thompson — Louisville, KY<br>Finous Erskine Thorne — Tishomingo, MS<br>Nancy Todd — Bartlett, TN<br>Tammy Toups — Schriever, LA<br>Juanita Travasos — Port Allen, LA<br>Gloria Travis — New Orleans, LA |

-50-

Fannie Watson, Wanda Weimer, Winona Wheat, Irene Wheat, Pamela Wheeler, Kay Whitaker, Donna Lynn White, Bettie Wilkins, Desiree Williams, Carolyn Williamson, Rose Willis, Alice Wilson, Vickie Winnes, Charles Winston, Jaclyn Wood-Foster, Joann Woolwine, Donna Wright, Donna Wylie, Myra Yearby, Lola Young-McEwen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1283
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| | |
|---|---|
| Fannie Watson | Lumberston, MS |
| Wanda Weimer | Vancleave, MS |
| Winona Wheat | Livingston, LA |
| Irene Wheat | Livingston, LA |
| Pamela Wheeler | Opelika, AL |
| Kay Whitaker | Water Valley, MS |
| Donna Lynn White | Centreville, MS |
| Bettie Wilkins | Sulphur, LA |
| Desiree Williams | Belle Rose, LA |
| Carolyn Williamson | Cleveland, OH |
| Rose Willis | Marrero, LA |
| Alice Wilson | Plano, TX |
| Vickie Winnes | Lake Charles, LA |
| Charles Winston | Paradis, LA |
| Jaclyn Wood-Foster | Winnsboro, LA |
| Joann Woolwine | Summerville, SC |
| Donna Wright | Bogue Chitto, MS |
| Donna Wylie | Columbia, TN |
| Myra Yearby | Natchez, MS |
| Lola Young-McEwen | Okalhoma City, OK |

-51-

| | | |
|---|---|---|
| Dana Truxillo, Lucille Tuesno, Norra Louise Tully, Virginia Turner, Josiephine Tutton, Joni Tyler, Glenda Tyler, Marie Tyson-Bullock, Patricia Valega, Camela Vaughan, Hattie Venable, Gloria Venable, Cheryl Vidrine, Julie Vining, Ruth Waguespack, Annie Walker, Kelly Walton-Green, Marilyn Warr, Connie Watkins, Susan Watkinson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1284 Filed 03/30/04 *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* First Amended Complaint filed 04/16/04 | Dana Truxillo Lucille Tuesno Norra Louise Tully Virginia Turner Josiephine Tutton Joni Tyler Glenda Tyler Marie Tyson-Bullock Patricia Valega Camela Vaughan Hattie Venable Gloria Venable Cheryl Vidrine Julie Vining Ruth Waguespack Annie Walker Kelly Walton-Green Marilyn Warr Connie Watkins Susan Watkinson | Walker, LA Monroe, LA Baton Rouge, LA Plaquemine, LA Memphis, TN Cleveland, MS Oklahoma City, OL Woodville, MS Prairieville, LA Heidelberg, MS Scottsboro, AL Baker, LA Sulphur, LA Deweyville, TX Prairieville, LA Amite, LA Gary, IN Donaldsonville, LA Lake Charles, LA Bremerton, WA |

-52-

Carmen Bennett, Rebecca Bennett, Millie Brown, Michael Butler, Margaret Costigan, Sanra DePhilippo, Tammy Donahue, Wesley Donnellan, Mary Eaton, Bertha Faircloth, Lori Faulkner, Nancy Furrow, Nancy Ginn, Jeanne Goodness, Arlene Gould, Leigh Guildford, Wendy Hayman, Terry Hill, Carol Hodge, Debra Holmes v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1285

Filed 03/30/04

***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***

| | |
|---|---|
| Carmen Bennett | Fryeburg, ME |
| Rebecca Bennett | Waterville, ME |
| Millie Brown | Frankfort, ME |
| Michael Butler | Swansville, ME |
| Margaret Costigan | Milford, ME |
| Sanra DePhilippo | Brewer, ME |
| Tammy Donahue | Baileyville, ME |
| Wesley Donnellan | Hermon, ME |
| Mary Eaton | Little Deer Isle, ME |
| Bertha Faircloth | Erwin, NC |
| Lori Faulkner | Clinton, ME |
| Nancy Furrow | Stonington, ME |
| Nancy Ginn | Winterport, ME |
| Jeanne Goodness | Bangor, ME |
| Arlene Gould | Stetson, ME |
| Leigh Guildford | Ellsworth, ME |
| Wendy Hayman | Brookton, ME |
| Terry Hill | Mt. Chase, ME |
| Carol Hodge | Bangor, ME |
| Debra Holmes | Orono, ME |

-53-

Dorothy Ausevich, Douglas Iwanicki, Jerry Bujarski, Rosemary Ardagna, Vicki Sack, Eleanor Lovette, Debra Osgood, Cheryl Martella, Geraldine O'Brien, Lisa McAdams, Thomas McGauley, Karol Destefano, Barbara Fagan, Jean Horton, Donald Chartrand, Elaine Morriss, Claudia Velloso-Potts, John Vogel, John Marriner, Jacqueline Sasso v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1286
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| | |
|---|---|
| Dorothy Ausevich | Westwood, MA |
| Douglas Iwanicki | Everett, MA |
| Jerry Bujarski | Boston, MA |
| Rosemary Ardagna | Medford, MA |
| Vicki Sack | Newton Centre, MA |
| Eleanor Lovette | Chelmsford, MA |
| Debra Osgood | Roslindale, MA |
| Cheryl Martella | Methuen, MA |
| Geraldine O'Brien | Worcester, MA |
| Lisa McAdams | Mashpee, MA |
| Thomas McGauley | Stoughton, MA |
| Karol Destefano | Townsend, MA |
| Barbara Fagan | Marston Mills, MA |
| Jean Horton | Marshfield, MA |
| Donald Chartrand | Billerica, MA |
| Elaine Morriss | Wrentham, MA |
| Claudia Velloso-Potts | Everett, MA |
| John Vogel | Gardner, MA |
| John Marriner | Pepperell, MA |
| Jacqueline Sasso | Revere, MA |

-54-

| | | |
|---|---|---|
| Francise Walker, Jacqueline Walker, Michelle Waller, Brigail Watson, J. Douglas Welborn, Sherry West, Orine White, Vivian Whiten, Jacqueline Williams, Sandra Wood, Linda Wyman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1287<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Francise Walker<br>Jacqueline Walker<br>Michelle Waller<br>Brigail Watson<br>J. Douglas Welborn<br>Sherry West<br>Orine White<br>Vivian Whiten<br>Jacqueline Williams<br>Sandra Wood<br>Linda Wyman | Hammond, LA<br>Edgard, LA<br>Winnsboro, LA<br>Los Angeles, CA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Baker, LA<br>Baton Rouge, LA<br>Roseland, LA<br>Pearlington, MI |
| Nicky Antoniou, Janis Barnhart, Tammy Barrett, Penny Cook, Faye Elliott, Jeen Fraley, Gail Gardner, Betty James, Janet Marlett, Carolyn Ray, Judy Roach, Tammie Scott, Janet Spence, Shirley Taylor v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1288<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Nicky Antoniou<br>Janis Barnhart<br>Tammy Barrett<br>Penny Cook<br>Faye Elliott<br>Jeen Fraley<br>Gail Gardner<br>Betty James | St. Louis, MO<br>Mayflower, AR<br>Mansfield, MO<br>St. Joseph, MO<br>Pine Bluff, AR<br>Arnold, MO<br>Palestine, AR<br>W. Memphis, AR |

LITDOCS:542093.1

-55-

| Case | Plaintiffs | Locations |
|---|---|---|
| | Janet Marlett<br>Carolyn Ray<br>Judy Roach<br>Tammie Scott<br>Janet Spence<br>Shirley Taylor | Pineville, MO<br>Independence, MO<br>El Dorado, AR<br>Oneida, AR<br>Elkland, MO<br>Freeman, MO |
| Darrell M. Stewart v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1289<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br>First Amended Complaint filed 04/16/04 | Darrell M. Stewart | Cantonement, FL |
| Joann Pardue v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1290<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br>First Amended Complaint filed 04/16/04 | Joann Pardue | Laurel Hill, FL |
| Jody Rome, Consuela Rucker, Janice Savoy, Estelle Selders, Tammara Simmoneaux, Anita Smith, Mary Katherine Smith, Beatrice Stines, William Toombs, Susan Ussery v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1291<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Jody Rome<br>Consuela Rucker<br>Janice Savoy | Luling, LA<br>Baton Rouge, LA<br>Lafayette, LA |

-56-

| Case | Plaintiffs | Location |
|---|---|---|
| *First Amended Complaint filed 04/16/04* | Estelle Selders<br>Tammara Simmoneaux<br>Anita Smith<br>Mary Katherine Smith<br>Beatrice Stines<br>William Toombs<br>Susan Ussery | Baton Rouge, LA<br>Abbeville, LA<br>Baton Rouge, LA<br>Dubach, LA<br>Baton Rouge, LA<br>Westwego, LA<br>Port Allen, LA |
| Patsy Morris, Sandra Munster, Wendy Naquin, Joyce Paige, Linda Pellegrin, Gloria Pitello, Glenda Price, Leslie Price, Dorothy Rainey, George Reid v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1292<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***<br><br>*First Amended Complaint filed 04/16/04* | Patsy Morris<br>Sandra Munster<br>Wendy Naquin<br>Joyce Paige<br>Linda Pellegrin<br>Gloria Pitello<br>Glenda Price<br>Leslie Price<br>Dorothy Rainey<br>George Reid | Shreveport, LA<br>Kenner, LA<br>Houma, LA<br>Baton Rouge, LA<br>Cut Off, LA<br>Abita Springs, LA<br>Long Beach, MI<br>Mandeville, LA<br>Baton Rouge, LA<br>Bay St. Louis, MI |
| Pauline Gilmore, Lilly Gisclair, Garnet Granier, Nancy Hebert, Lorene Johnson, Catherine Jones, Sue LaRose, Joyce Milby, Bessie Montgomery, Jake Morreale v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1293<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Pauline Gilmore<br>Lilly Gisclair | New Orleans, LA<br>Barataria, LA |

-57-

| | | |
|---|---|---|
| *First Amended Complaint filed 04/16/04* | Garnet Granier<br>Nancy Hebert<br>Lorene Johnson<br>Catherine Jones<br>Sue LaRose<br>Joyce Milby<br>Bessie Montgomery<br>Jake Morreale | Thibodaux, LA<br>Pierre Part, LA<br>LaPlace, LA<br>Baker, LA<br>Thibodaux, LA<br>Baton Rouge, LA<br>Clayton, LA<br>Ponchatoula, LA |
| Pauline Badeaux, Glenda Britton, Kimbra Callahan, Lynda Cervenka, Elnora Chappell, George Dooley, Wilma Dooley, Wayland Durr, Robin Fanguy, Jerry Fornea v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1294<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Pauline Badeaux<br>Glenda Britton<br>Kimbra Callahan<br>Lynda Cervenka<br>Elnora Chappell<br>George Dooley<br>Wilma Dooley<br>Wayland Durr<br>Robin Fanguy<br>Jerry Fornea | Des Allemands, LA<br>Shreveport, LA<br>Gulf Port, MI<br>Stillwell, OK<br>Hammond, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Monroe, LA<br>Houma, LA<br>Angie, LA |
| Sophia Wirkkala, as Administratrix of the Estate of Robert H. Haas, and Christopher Manner, as Administrator of the Estate of Francis Manner v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1295<br>Filed 03/30/04 | Sophia Wirkkala | Amanda Park, WA |

LITDOCS:542093.1

-58-

| | Francis Manner | Frankurt, ME |
|---|---|---|
| *Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>Sharon J. Baker, Elizabeth Calp, Diane Dillamon, Nettie Edwards, Kristen Kruse, Donna Morgan, Linda Nelson, Paul Rowden, William Rowland, Connie Rumfelt, Kenneth Sarver, Sue Shout, Katherine Mary Spiers, Annie Stadtmueller, Louise Stivers, Jeanette Thanupakorn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1297<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Sharon J. Baker<br>Elizabeth Calp<br>Diane Dillamon<br>Nettie Edwards<br>Kristen Kruse<br>Donna Morgan<br>Linda Nelson<br>Paul Rowden<br>William Rowland<br>Connie Rumfelt<br>Kenneth Sarver<br>Sue Shout<br>Katherine Mary Spiers<br>Annie Stadtmueller<br>Louise Stivers<br>Jeanette Thanupakorn | Marble Hill, MO<br>Hoisington, KS<br>Las Vegas, NV<br>Wichita, KS<br>Durant, OK<br>Spokane, WA<br>Cedar City, UT<br>Columbia, MO<br>Philpot, KY<br>Eagle River, AK<br>Madisonville, KY<br>Paris, KY<br>Columbia, MO<br>Spokane, WA<br>Eminence, KY<br>Ft. Dodge, IA |
| Waneta Reital, Donna Thompson, Judy Waggoner, Terrie Westfahl-Meier, Pauline Whipple, Janeth Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1298<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Waneta Reital<br>Donna Thompson | St. Joseph, MO<br>Elizabethtown, KY |

LITDOCS:542093.1

-59-

| | | |
|---|---|---|
| *First Amended Complaint filed 04/16/04* | Judy Waggoner<br>Terrie Westfahl-Meier<br>Pauline Whipple<br>Janeth Wilson | Carlisle, KY<br>Haven, KS<br>Elma, WA<br>Crystal Springs, MS |
| Cherie Beznaiguia, Paula Eborn, MaryLynn Gilbert, Terri Headrick (Davidson), Allan Hinman, Trudy Holman, Bonnie Jones, Donna Kelley, Debra Klein, Linda Lange, Nancy Larson, Madellan McConnell, Merrijane Morgheim, Shirley Parker, Janet Perry, Tyliese Schlitt, LaVonne Schultz, Debra Stricker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1299<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Cherie Beznaiguia<br>Paula Eborn<br>MaryLynn Gilbert<br>Terri Headrick (Davidson)<br>Allan Hinman<br>Trudy Holman<br>Bonnie Jones<br>Donna Kelley<br>Debra Klein<br>Linda Lange<br>Nancy Larson<br>Madellan McConnell<br>Merrijane Morgheim<br>Shirley Parker<br>Janet Perry<br>Tyliese Schlitt<br>LaVonne Schultz<br>Debra Stricker | Spokane, WA<br>Pocatello, ID<br>Spokane, WA<br>Cimarron, KS<br>Omaha, NE<br>Fremont, NE<br>Phillips, NE<br>Holmesville, NE<br>Cazad, NE<br>N. Platte, NE<br>Anchorage, AK<br>Arnold, NE<br>Torrington, WY<br>Santa Claus, IN<br>N. Platte, NE<br>Bellevue, NE<br>Columbus, NE<br>Scotts Bluff, NE |

-60-

| | | |
|---|---|---|
| Sylvia Bowman, Nellene Bracewell, Jennifer Bright, Jeanne Burke, Frances Crum, Sharon Erban, Ellen Foshay, Pamela Glover, Ocie M. Hudson, Rodney Hurst v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1300<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Sylvia Bowman<br>Nellene Bracewell<br>Jennifer Bright<br>Jeanne Burke<br>Frances Crum<br>Sharon Erban<br>Ellen Foshay<br>Pamela Glover<br>Ocie M. Hudson<br>Rodney Hurst | Hutchinson, KS<br>Dexter, GA<br>Brunswick, GA<br>Bonaire, GA<br>Brunswick, GA<br>Spokane, WA<br>Fulton, MO<br>Ringgold, GA<br>Menlo, GA<br>St. Joseph, MO |
| Luvoise Hill, Elaine Hutto, Martha Pedigo, Rosa Scott, Dawn Smith, Deborah Taylor, Carol Tucker, Dorothy Utz, Dorothy Wallace, Waunda Witt, Brenda Zobkiw v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1301<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*<br><br>*First Amended Complaint filed 04/16/04* | Luvoise Hill<br>Elaine Hutto<br>Martha Pedigo<br>Rosa Scott<br>Dawn Smith<br>Deborah Taylor<br>Carol Tucker<br>Dorothy Utz<br>Dorothy Wallace<br>Waunda Witt | La Grange, NC<br>Climax, GA<br>Valdosta, GA<br>Bainbridge, GA<br>Brunswick, GA<br>St. Simons Is., GA<br>Macon, GA<br>Brunswick, GA<br>Otis Orchards, WA<br>Liberty, KY |

LITDOCS:542093.1

-61-

Karen Cockrell, Lorilee Cohoon, Stephanie Cole, Emma Cole, Diane Coleman, Letitia Conliffe, Gussie Conner, Lucy Carol Cook, Nancy Courtney, Jan Covington, Nancy Crawford, Donald Crawford, Rita Creel, Jacqueline Creer, June Cristiano, Etta Crocker, Clara Crockett, Nicolee Croteau, Leonora Crump, Ethel Curtis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1313

Filed 03/30/04

**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.**

*First Amended Complaint filed 04/16/04*

| Brenda Zobkiw | Wichita, KS |
|---|---|
| Karen Cockrell | Haynesville, LA |
| Lorilee Cohoon | Beavercreek, OH |
| Stephanie Cole | Bridge City, TX |
| Emma Cole | Memphis, TN |
| Diane Coleman | Cleveland, MS |
| Letitia Conliffe | Dallas, TX |
| Gussie Conner | Sumerall, MS |
| Lucy Carol Cook | Kentwood, LA |
| Nancy Courtney | Springfield, LA |
| Jan Covington | Denham Springs, LA |
| Nancy Crawford | Boyle, MS |
| Donald Crawford | Slaughter, LA |
| Rita Creel | Escatawpa, MS |
| Jacqueline Creer | Port Allen, LA |
| June Cristiano | Winthrop, MA |
| Etta Crocker | Charleston, SC |
| Clara Crockett | New Orleans, LA |
| Nicolee Croteau | Gardner, MA |
| Leonora Crump | Millersburg, KY |
| Ethel Curtis | French Camp, MS |

-62-

Larry Ford, Regina Foxx, Deborah Freyder, Mary Fulbright, Genevieve Fullington, Ruby Gaines, Linda Gantt-Horinek, Nancy Garner, Mona Gaspard, Carrie Gautreau, Betty Gillespie, Queen Gilmore, Ruby Givens, Kathy Gobble, Mary Godwin, Pearlie Goodman, June Graham, Satny Grant, Ella Grant, Donna Grassman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1314
Filed 03/30/04
**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.**

*First Amended Complaint filed 04/16/04*

| Name | Location |
| --- | --- |
| Larry Ford | Alexandria, LA |
| Regina Foxx | Allen, TX |
| Deborah Freyder | Prairieville, LA |
| Mary Fulbright | Brownsville, TN |
| Genevieve Fullington | Lake Charles, LA |
| Ruby Gaines | Baton Rouge, LA |
| Linda Gantt-Horinek | Lorain, OH |
| Nancy Garner | Hammond, LA |
| Mona Gaspard | Baton Rouge, LA |
| Carrie Gautreau | Natchez, MS |
| Betty Gillespie | Houma, LA |
| Queen Gilmore | Waynesboro, MS |
| Ruby Givens | St. Francisville, LA |
| Kathy Gobble | Gonzales, LA |
| Mary Godwin | North Charleston, SC |
| Pearlie Goodman | Flossmoor, IL |
| June Graham | Zachary, LA |
| Satny Grant | West Bloomfield, MI |
| Ella Grant | Zachary, LA |
| Donna Grassman | Louisville, KY |

LITDOCS:542093.1

-63-

Hope Duffy, Jacquelynn Duvall, Patricia Earls, Madeline Easterling, Kim Echols, Robert Edwards, Billy Joe Edwards, Charlette Elbert, Dorothy Elder, Earline Elisar, Carol Elliott, Janice Elrod, Patricia Evans, Patricia Fazzio, Debra Fish, Sherman Fisher, Richard Fleming, Julia Fleshman, Georgiana Fontenot, Betty Fontenot v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1315
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| Name | Location |
| --- | --- |
| Hope Duffy | Livingston, LA |
| Jacquelynn Duvall | Holly Springs, MS |
| Patricia Earls | Houma, LA |
| Madeline Easterling | Lucedale, MS |
| Kim Echols | Baton Rouge, LA |
| Robert Edwards | Memphis, TN |
| Billy Joe Edwards | Blountville, TN |
| Charlette Elbert | New Orleans, LA |
| Dorothy Elder | Darrow, LA |
| Earline Elisar | Geismar, LA |
| Carol Elliott | Graham, WA |
| Janice Elrod | Hoover, AL |
| Patricia Evans | Ashville, OH |
| Patricia Fazzio | Chalmette, LA |
| Debra Fish | Barataria, LA |
| Sherman Fisher | Lake Charles, LA |
| Richard Fleming | West Roxbury, MA |
| Julia Fleshman | Queen City, TX |
| Georgiana Fontenot | Baton Rouge, LA |
| Betty Fontenot | Layfayette, LA |

-64-

Evangela Henry, Katherine Herring, Deborah Hicks, Richard Highfill, Marcella Hill, Susan Hinderer-Hall, Mary Holliday, Lewanna Holmes, Evie Honea, Bobby Hooker, Jane Hoover, Georgia Hopson, Melba Horn, Sylvia Hoth, Susan Howell, Sherilyn Hudson, LeAnn Hughes, Linda Humphrey, Ona Ann Hurd, Tina Hurley v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1316
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| Name | Location |
| --- | --- |
| Evangela Henry | Roseland, LA |
| Katherine Herring | Baton Rouge, LA |
| Deborah Hicks | Rockwood, TN |
| Richard Highfill | Aurora, OR |
| Marcella Hill | Irwin, ID |
| Susan Hinderer-Hall | Mobile, AL |
| Mary Holliday | Baton Rouge, LA |
| Lewanna Holmes | New Orleans, LA |
| Evie Honea | Derrider, LA |
| Bobby Hooker | Baton Rouge, LA |
| Jane Hoover | Natchez, MS |
| Georgia Hopson | Burkeville, TX |
| Melba Horn | Nevada, TX |
| Sylvia Hoth | Eight Mile, AL |
| Susan Howell | Walker, LA |
| Sherilyn Hudson | Hughes Springs, TX |
| LeAnn Hughes | Meadville, MS |
| Linda Humphrey | Louisville, KY |
| Ona Ann Hurd | Boonesville, MS |
| Tina Hurley | Simon, WV |

-65-

Audrey Green, Veronica Griffith, Sharon Griffith, Billie Gros, Doris Guelle, Mona Guitrau, Geraldine Hagan, Michael Haire, Paula Hale, Deloris Thomas Hall, Christina Hall, Cheryl Hamilton-Smith, Victory Hampton, Dianne Hampton, Cherylyn Hans, Suzanne Smith Henderson, Robyn Henderson, Ramona Henderson, Linda Heno, Dolores Henriksen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1317
Filed 03/30/04
**Plaintiffs Attorneys: *Sugarman, Rogers, Barshak & Cohen, P.C.***

*First Amended Complaint filed 04/16/04*

| Name | City |
|---|---|
| Audrey Green | Baton Rouge, LA |
| Veronica Griffith | Baton Rouge, LA |
| Sharon Griffith | Denham Springs, LA |
| Billie Gros | Labadieville, LA |
| Doris Guelle | Donaldsonville, LA |
| Mona Guitrau | Lake Charles, LA |
| Geraldine Hagan | Rineyville, KY |
| Michael Haire | Mandeville, LA |
| Paula Hale | Baton Rouge, LA |
| Deloris Thomas Hall | Natchez, MS |
| Christina Hall | Plano, TX |
| Cheryl Hamilton-Smith | Lafayette, LA |
| Victory Hampton | Independence, LA |
| Dianne Hampton | Oklahoma City, OK |
| Cherylyn Hans | Baker, LA |
| Suzanne Smith Henderson | Baton Rouge, LA |
| Robyn Henderson | Baton Rouge, LA |
| Ramona Henderson | Gretna, LA |
| Linda Heno | Arabia, LA |
| Dolores Henriksen | Wisconsin Rapids, WI |

LITDOCS:542093.1

-66-

Callie Knott, Michelle LaCombe, Sandra Ladner, Mary A. Landry, Linda Lathan, Rita Lawrence, Frances Lawson, Olga (Cathi) Ledbetter, Patricia Lee, Debra Lemmon, Albertine Lewis, Milton Lindsey, Bessie Littleton, Terri Livingston, Doris London, Patsy Long, Joann Lovito, Sharon Lowry, Shirley Lugo, Michael Malecki v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1319

Filed 03/30/04

*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| Name | Location |
| --- | --- |
| Callie Knott | Dexter, KY |
| Michelle LaCombe | Baton Rouge, LA |
| Sandra Ladner | Marrero, LA |
| Mary A. Landry | Houma, LA |
| Linda Lathan | Baton Rouge, LA |
| Rita Lawrence | Indianapolis, IN |
| Frances Lawson | Mundelein, IL |
| Olga (Cathi) Ledbetter | Springfield, LA |
| Patricia Lee | Warren, MO |
| Debra Lemmon | Mason, TN |
| Albertine Lewis | Highland, IN |
| Milton Lindsey | New Orleans, LA |
| Bessie Littleton | New Orleans, LA |
| Terri Livingston | Horn Lake, MS |
| Doris London | Norwood, LA |
| Patsy Long | Baton Rouge, LA |
| **Joann Lovito** | **Franklin, MA** |
| Sharon Lowry | McKinney, TX |
| Shirley Lugo | Ingleside, IL |
| Michael Malecki | Birch Run, MI |

-67-

Patricia Ann Irving, Joy Irving-Thompson, Mary Jack, O'Dornia Jackson, Joan Jackson, Joyce Jasmin, Yvette Javius, Lisa Jefferson, Carol Jenkins, Linda Johnson-Skipper, Katie Jones, Allison Jones, Deborah Jones-DeLibertis Lillis, Linda Joseph, Guindella Joseph, Dorothy Justice, Mary Kappell, Mattie Keller, Gloria King, Joy Kirk v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Filed 03/30/04
**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.**

*First Amended Complaint filed 04/16/04*

| Name | City |
|---|---|
| Patricia Ann Irving | Baton Rouge, LA |
| Joy Irving-Thompson | Columbus, LA |
| Mary Jack | Lake Charles, LA |
| O'Dornia Jackson | Baton Rouge, LA |
| Joan Jackson | Monroe, LA |
| Joyce Jasmin | St. James, LA |
| Yvette Javius | Port Allen, LA |
| Lisa Jefferson | Lake Charles, LA |
| Carol Jenkins | New Orleans, LA |
| Linda Johnson-Skipper | Houston, TX |
| Katie Jones | Oakdale, LA |
| Allison Jones | Baton Rouge, LA |
| Deborah Jones-DeLibertis Lillis | Shubuta, MS |
| Linda Joseph | Jarreau, LA |
| Guindella Joseph | Vacherie, LA |
| Dorothy Justice | Monroe, LA |
| Mary Kappell | Bardstown, KY |
| Mattie Keller | Kenosha, WI |
| Gloria King | Denham Springs, LA |
| Joy Kirk | Ripley, MS |

-68-

Eileen Mikel, Jeffery Miles, Victoria Misko, Sam Mitchell, Katherine Monk, Janice Monson, Katherine Moore, Joanna Moore, Lori Moran, Steve Mortillaro, Beverly Moss, Wayne Mueller, Rhonda Munoz-Wilbur, William Murray, Paula Murray, Linda Murray, Francene Myhra, Yvonne Napolitano, Faith Neddermeyer, Mary Neff v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1321
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

*First Amended Complaint filed 04/16/04*

| Name | Location |
| --- | --- |
| Eileen Mikel | Glencoe, KY |
| Jeffery Miles | Blackfoot, ID |
| Victoria Misko | Biloxi, MS |
| Sam Mitchell | Memphis, TN |
| Katherine Monk | Denham, Springs, LA |
| Janice Monson | Port Allen, LA |
| Katherine Moore | Quitman, MS |
| Joanna Moore | Ellisville, MS |
| Lori Moran | Prairieville, LA |
| Steve Mortillaro | Metairie, LA |
| Beverly Moss | Louisville, KY |
| Wayne Mueller | Sylvan Grove, KS |
| Rhonda Munoz-Wilbur | Kenner, LA |
| William Murray | Baton Rouge, LA |
| Paula Murray | Greensburg, LA |
| Linda Murray | Vacherie, LA |
| Francene Myhra | Pine Springs, MN |
| Yvonne Napolitano | Chalmette, LA |
| Faith Neddermeyer | Maryville, TN |
| Mary Neff | Baton Rouge, LA |

-69-

James Malone, Esther Mark, Selby Martello, Wendellyn Martin, Karen Martin, Alice Martin, Sandra Matherne, Mellissa Matney, Earl Mayer, Susan McAllister, Sonjia McCoy, Muriel McCullough, Rachel McGarity, Karyl McGraw, Sara McKee, Patricia McKee, Connie McNabb, James McTursh, Jr., Betty Meadows, Dorothy Metcalf v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1322
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

| Name | Location |
| --- | --- |
| James Malone | Dallas, TX |
| Esther Mark | Lafayette, LA |
| Selby Martello | Denham Springs, LA |
| Wendellyn Martin | Louisville, KY |
| Karen Martin | Kinder, LA |
| Alice Martin | Baton Rouge, LA |
| Sandra Matherne | Raceland, LA |
| Mellissa Matney | Nolensville, TN |
| Earl Mayer | Chalmetter, LA |
| Susan McAllister | Greenwell Springs, LA |
| Sonjia McCoy | Allardt, TN |
| Muriel McCullough | Lynn, MA |
| Rachel McGarity | Cedarbluff, MS |
| Karyl McGraw | Brookhaven, MS |
| Sara McKee | Cleveland, MS |
| Patricia McKee | Gun Barrel City, TX |
| Connie McNabb | Roseland, LA |
| James McTursh, Jr | E.Boston, MA |
| Betty Meadows | Livingston, LA |
| Dorothy Metcalf | N. Brookfield, MA |

LITDOCS:542093.1

-70-

Elsa Perschall, Jacqulin Petty, Donna Pickett, Beryl Pitre, Lloyd Plaisance, Susan Pool, Mossie Poole, Christine Porter, Paul Powell, Bobbye Prewitt, Lois Price, Belinda Price, Debra Pruitt, James Racki, Sandra Rademacher, Albert Rahaim, Treva Reed, Suzanne Reeves, Emma Reid, Thomas Reynolds v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1323
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

| | |
|---|---|
| Elsa Perschall | New Orleans, LA |
| Jacqulin Petty | Crossville, TN |
| Donna Pickett | Coushatta, LA |
| Beryl Pitre | Raceland, LA |
| Lloyd Plaisance | Cut Off, LA |
| Susan Pool | Tangipahoe, LA |
| Mossie Poole | Southhaven, MS |
| Christine Porter | Dallas, TX |
| Paul Powell | New Orleans, LA |
| Bobbye Prewitt | Shaw, MS |
| Lois Price | Ponca City, OK |
| Belinda Price | Chattanooga, TN |
| Debra Pruitt | Bastrop, LA |
| James Racki | Londonberry, NH |
| Sandra Rademacher | Skaneateles, NY |
| Albert Rahaim | Northboro, MA |
| Treva Reed | Beaumont, TX |
| Suzanne Reeves | Sand Springs, OK |
| Emma Reid | Baton Rouge, LA |
| Thomas Reynolds | Ocean Springs, MS |

LITDOCS:542093.1