| | | |
|---|---|---|
| Joyce Anderson, Betty Pollard, Diane Sturgill, Keith Wainwright, Virginia Wells v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1325<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Joyce Anderson<br>Betty Pollard<br>Diane Sturgill<br>Keith Wainwright<br>Virginia Wells | Hawkins, HI<br>Greenville, NC<br>Oxford, NC<br>Albion, MI<br>Odgen, UT |
| Diane Simmons, Connie Skidmore, Susan Smits, Diane Sneed, Mary Stangle, Laurel Starr, Darlene Stevens, Donna Stevens, Suzan Stitchick, Roa Sumler, Dale Thompson, Delores Thompson, Mildred Thompson, Barry Truman, Frances Diane Trussell, Sandra Tuck, Alice Turner, Clementine Tyson, Susan Uzelac, Tonya Osborne Van Dyke v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1329<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Diane Simmons<br>Connie Skidmore<br>Susan Smits<br>Diane Sneed<br>Mary Stangle<br>Laurel Starr<br>Darlene Stevens<br>Donna Stevens<br>Suzan Stitchick<br>Roa Sumler<br>Dale Thompson<br>Delores Thompson<br>Mildred Thompson<br>Barry Truman | Tuscon, AZ<br>Lake Jackson, TX<br>DePere, WI<br>Ecrue, MS<br>Bruceville, IN<br>Grand Ledge, MI<br>Wolfforth, TX<br>Baltimore, MD<br>Macomb, MI<br>Glendale, AZ<br>Nashville, MI<br>Midolthian, VA<br>Dallas, TC<br>S. Whitley, IN |

| | | |
|---|---|---|
| | Frances Diane Trussell | Sulphum, OK |
| | Sandra Tuck | Durham, NC |
| | Alice Turner | Gore, VA |
| | Clementine Tyson | McComb, MS |
| | Susan Uzelac | Dallas, TX |
| | Tonya Osborne Van Dyke | FenCastle, VA |
| Christina L. Mileo, Halvina Kay Miracle, Janice Morgan, Limmie L. Murphy, Hattie Myles, Ada Nelson, Charles Nelson, Irma Nelson, Sylvia O'Neill, Janine Paciarelli, Rosalie Paige, Janet Parham, Rebecca Parsons, Patricia Patrick, Evelyn Patterson, Elmer Patzkowski, Cynthia Perlson, Connie Perron, Minnie Perry, Nancy Peterson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1330<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Christina L. Mileo<br>Halvina Kay Miracle<br>Janice Morgan<br>Limmie L. Murphy<br>Hattie Myles<br>Ada Nelson<br>Charles Nelson<br>Irma Nelson<br>Sylvia O'Neill<br>Janine Paciarelli<br>Rosalie Paige<br>Janet Parham<br>Rebecca Parsons<br>Patricia Patrick<br>Evelyn Patterson<br>Elmer Patzkowski<br>Cynthia Perlson<br>Connie Perron<br>Minnie Perry | Landover, MD<br>Wadensville, WV<br>Richmond, VA<br>Fort Worth, TX<br>Baton Rouge, LA<br>Santa Barbara, CA<br>La Plata, MD<br>La Plata, MD<br>Denison, TX<br>Hunt Valley, MD<br>Christiansburg, VA<br>Petersburg, VA<br>Fort Worth, TX<br>Newport News, VA<br>Richmond, VA<br>Hawthorne, VA<br>Chapel Hill, NC<br>Newport News, VA<br>Fayetteville, NC |

| | | |
|---|---|---|
| | Nancy Peterson | Marietta, GA |
| Jennie Jones, Potenciana Juliano, Betty Keaveny, Betty Keller, Tammy Kerver, Ellen Kjos, Karen Klauber, Debbie LaBarba, Helen Layaou, Josephine Lotrionte, Judith Manns, Lehman "Thomas" Massey, Eydie May, Linda McCain, Di Di McConnell, Janifer McDonald, Felicia McKay, Nancy McKiernan, Nina McLemore, Kirsten McMurtry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1331<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Jennie Jones<br>Potenciana Juliano<br>Betty Keaveny<br>Betty Keller<br>Tammy Kerver<br>Ellen Kjos<br>Karen Klauber<br>Debbie LaBarba<br>Helen Layaou<br>Josephine Lotrionte<br>Judith Manns<br>Lehman "Thomas" Massey<br>Eydie May<br>Linda McCain<br>Di Di McConnell<br>Janifer McDonald<br>Felicia McKay<br>Nancy McKiernan<br>Nina McLemore<br>Kirsten McMurtry | Wilson, NC<br>Ewa Beach, HI<br>Chesapeake, VA<br>Statesville, NC<br>Landsdale, PA<br>Kailua, HI<br>Rockville, MD<br>Dallas, TX<br>Rockville, MD<br>Bronx, NY<br>Harrison, AR<br>Ayden, NC<br>Graham, NC<br>Washington, DC<br>Haymarket, VA<br>Lumbertson, NC<br>Petersburg, VA<br>Pearl River, NY<br>Dallas, TX<br>Winchester, VA |

| | | |
|---|---|---|
| Patricia Garvin, Louvon Gearey, Kayle Girvin, Thomas Graves, Claudia Grogan, Amanda Gully, Melissa Harrison, Gilbert Hess III, Dorothy Holcomb, Carolyn Hopson, Yong Horton, Cherie House, Gertha Howard, Sheila Isaac, Gary Jackson, Shirley Jackson, Cindy Jacquet, Elizabeth Jenkins, Geneva Johnson, Lois Jones v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1332<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Patricia Garvin | Royce City, TX |
| | Louvon Gearey | Chesapeake, VA |
| | Kayle Girvin | Goleta, CA |
| | Thomas Graves | Springfield, VA |
| | Claudia Grogan | Manassa, VA |
| | Amanda Gully | Coal Grove, OH |
| | Melissa Harrison | Portsmouth, VA |
| | Gilbert Hess III | Josephine, TX |
| | Dorothy Holcomb | Farmville, VA |
| | Carolyn Hopson | Mechanicsville, VA |
| | Yong Horton | Springfield, VA |
| | Cherie House | Nokesville, VA |
| | Gertha Howard | Fort Worth, TX |
| | Sheila Isaac | Wheatley Heights, NY |
| | Gary Jackson | Cache, OK |
| | Shirley Jackson | Natchez, MS |
| | Cindy Jacquet | Millville, NJ |
| | Elizabeth Jenkins | Portsmouth, VA |
| | Geneva Johnson | Richmond, VA |
| | Lois Jones | Chatham, VA |

| | | |
|---|---|---|
| Elizabeth Clark, Carol Clem, Linda Conover, Gloria Coronado, Glyn Cotton, Nona Crawford-Robinson, Melinda Currie, Adalina Delos Reyes, Maurna Devane, Grace Dillon, Betty Donovan, Ruth A. Edelen, Calton Edwards, Vickie Efferson, Dorothy Emery, Mary Farmer, Marjorie Feaster, Lisa Forbes, Sharon Fountain, Patricia Freeman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1333<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Elizabeth Clark<br>Carol Clem<br>Linda Conover<br>Gloria Coronado<br>Glyn Cotton<br>Nona Crawford-Robinson<br>Melinda Currie<br>Adalina Delos Reyes<br>Maurna Devane<br>Grace Dillon<br>Betty Donovan<br>Ruth A. Edelen<br>Calton Edwards<br>Vickie Efferson<br>Dorothy Emery<br>Mary Farmer<br>Marjorie Feaster<br>Lisa Forbes<br>Sharon Fountain<br>Patricia Freeman | Brooklyn, NY<br>Cross Junction, VA<br>Sterling, VA<br>Brownwood, TX<br>Chesterfield, VA<br>San Antonio, TX<br>Ellerbe, NC<br>Kaunakakai, HI<br>Camarillo, CA<br>Natchez, MS<br>Clayton, NC<br>Oceanview, DE<br>Leland, MS<br>Livingston, LA<br>Orlando, FL<br>Ft. Washington, MD<br>Sun City, CA<br>Mufreesboro, NC<br>Silver Spring, MD<br>Omaha, TX |

| Case | Plaintiff | Residence |
|---|---|---|
| Joseph Russell, Myrtie Schneider, Vicki Schopmyer, Shirley Seaward, Bennes Kay Seydel, Deborah Shavies, Margaret Sisk, Andrea L. Smedley-Hasty, Narcissus Smith, Paul Smith, Raymond J. Smith, Robert Smith, Saralee Smith, William Sosebee, Lisa Sperow, Cheryl Spurlock, Carolyn Stanley, Martha Staples, Caryl Stephens, Velma Stephens v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1334<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Joseph Russell | Brooklyn, NY |
| | Myrtie Schneider | Vidalia, LA |
| | Vicki Schopmyer | Fort Worth, TX |
| | Shirley Seaward | LaGrange, NC |
| | Bennes Kay Seydel | Addison, TX |
| | Deborah Shavies | Rialto, CA |
| | Margaret Sisk | Deal Island, MD |
| | Andrea L. Smedley-Hasty | Upper Marlboro, MD |
| | Narcissus Smith | Manchester, NJ |
| | Paul Smith | Penndale, PA |
| | Raymond J. Smith | Waldron, IN |
| | Robert Smith | Glen Allen, VA |
| | Saralee Smith | Annapolis, MD |
| | William Sosebee | Hoffman, NC |
| | Lisa Sperow | Front Royal, VA |
| | Cheryl Spurlock | Haslet, TX |
| | Carolyn Stanley | Orange, VA |
| | Martha Staples | Sutherland, VA |
| | Caryl Stephens | Goleta, GA |
| | Velma Stephens | Petersburg, VA |

| | | |
|---|---|---|
| Paul J. Wellington, Vickie L. West, Courtney Whorton, Debbie Williams, Irene Williams, Sherry Williams, Natasha Wilson, Frances Wood, Susan Woods, Lorna Wooten, Sharon Wunder, Betty Youngs, Aida Ziadeh, Ann Renee Miller, Linda Latino, Glenda Sue Hines, Karen Dunaway, Timothy McNully, Barbara Abelmann, Gail Alix (Hardin) v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1335<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Paul J. Wellington<br>Vickie L. West<br>Courtney Whorton<br>Debbie Williams<br>Irene Williams<br>Sherry Williams<br>Natasha Wilson<br>Frances Wood<br>Susan Woods<br>Lorna Wooten<br>Sharon Wunder<br>Betty Youngs<br>Aida Ziadeh<br>Ann Renee Miller<br>Linda Latino<br>Glenda Sue Hines<br>Karen Dunaway<br>Timothy McNully<br>Barbara Abelmann<br>Gail Alix (Hardin) | Fort Worth, TX<br>Oceanview, HI<br>Virginia Beach, VA<br>Jersey City, NJ<br>Moyick, NC<br>Archdale, NC<br>Mechanicsville, VA<br>Chester, VA<br>Great Falls, VA<br>Harrisburg, PA<br>Linthicum, MD<br>Chesapeake, VA<br>Midlothian, VA<br>Bogalusa, LA<br>Bogalusa, LA<br>Bogalusa, LA<br>Bogalusa, LA<br>Manchester, MD<br>Madison, WI<br>New Orleans, LA |

| Case | Plaintiff | Residence |
|---|---|---|
| George Calkins, Tara Cantwell, Patricia Chester, Ruthie Crim, Karen Daley, Mary Downing, LeAnn Eley, Cheryl Enochs, Robert Flippin, Sharon Gorbett, Patricia Guthrie, Erma Heine, Deborah Hill, Geraldine Hill, Oscar Hinton, Mooneen Holt, Joan Horton, Georgia Hunt, Donna Hurst, Jeanette Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1336<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | George Calkins | Pasadena, TX |
| | Tara Cantwell | Wyoming, IL |
| | Patricia Chester | Fort Worth, TX |
| | Ruthie Crim | Van, TX |
| | Karen Daley | Gillespie, IL |
| | Mary Downing | Marion, TX |
| | LeAnn Eley | Dallas, TX |
| | Cheryl Enochs | Mount Vernon, MO |
| | Robert Flippin | Crystal Beach, TX |
| | Sharon Gorbett | Rochester, IL |
| | Patricia Guthrie | Oklahoma City, OK |
| | Erma Heine | Waxachachie, TX |
| | Deborah Hill | Houston, TX |
| | Geraldine Hill | Houston, TX |
| | Oscar Hinton | Virginia Beach, VA |
| | Mooneen Holt | Rockford, IL |
| | Joan Horton | Granbury, TX |
| | Georgia Hunt | Ardmore, OK |
| | Donna Hurst | Irving, TX |
| | Jeanette Johnson | Skiatook, OK |

| | | |
|---|---|---|
| Doris Lane, Mary Lewis, Donna Love, Tonya Lynn, Laura Makenna, Donna McClellan, Bonnie McLaughlin, Margaret Miller, Clara Monroe, Russell Monroe, Rosann Mussa, Brett Neill, Annie Nelson, Jason Norado, David Norfleet, Susan Nowell, Brenda Parker, Cassandra Patterson, Shirley Phillips, Patricia Riggs v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1337<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Doris Lane<br>Mary Lewis<br>Donna Love<br>Tonya Lynn<br>Laura Makenna<br>Donna McClellan<br>Bonnie McLaughlin<br>Margaret Miller<br>Clara Monroe<br>Russell Monroe<br>Rosann Mussa<br>Brett Neill<br>Annie Nelson<br>Jason Norado<br>David Norfleet<br>Susan Nowell<br>Brenda Parker<br>Cassandra Patterson<br>Shirley Phillips<br>Patricia Riggs | Hondo, TX<br>De Soto, TX<br>Mansfield, TX<br>Garland, TX<br>San Diego, CA<br>Bowie, TX<br>Rowlett, TX<br>Houston, TX<br>Fort Worth, TX<br>Mesquite, TX<br>Pueblo, CO<br>Godley, TX<br>Dallas, TX<br>Flower Mound, TX<br>Crentrahoma, OK<br>Litchfield, IL<br>Fort Worth, TX<br>Arlington, TX<br>West Palm Beach, FL<br>Ramona, CA |

| Case | Plaintiff | Residence |
|---|---|---|
| Lori Franklin, Margie Garrett, Pamela Gill, Carolyn Grant, Leslie Hail, Cindy Hampton, Julia Hannon, Kimberly Harrington, Mamie Harris, Shirley Hearn, Bobbie Henderson, Diana Herbert, Jimmy Hightower, Mary Hill, Brenda Hord, Bufford Hottle, Joe Jennings, Elizabeth Johnson, William Johnson, Sherry Keller v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1338<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Lori Franklin | Arlington, TX |
| | Margie Garrett | Dallas, TX |
| | Pamela Gill | Tyler, TX |
| | Carolyn Grant | Arlington, TX |
| | Leslie Hail | Canyon, TX |
| | Cindy Hampton | Garland, TX |
| | Julia Hannon | Rockwall, TX |
| | Kimberly Harrington | Garland, TX |
| | Mamie Harris | Fort Worth, TX |
| | Shirley Hearn | Moline, IL |
| | Bobbie Henderson | Ennie, TX |
| | Diana Herbert | Argyle, TX |
| | Jimmy Hightower | Mt. Pleasant, TX |
| | Mary Hill | Dallas, TX |
| | Brenda Hord | North Richland Hills, TX |
| | Bufford Hottle | Monmouth, IL |
| | Joe Jennings | Garland, TX |
| | Elizabeth Johnson | Dallas, TX |
| | William Johnson | Burleson, TX |
| | Sherry Keller | Whitney, TX |

| Case | Plaintiff | Location |
|---|---|---|
| Lisette Brown, Douglas Cain, Michael Campbell, Doria Carson, Bob Clowers, Dolores Colmenero, Jose Cordero, Nancy Cromwell, Sandra Crosby, Dan Darden, Geraldine Desautels, Karen Drew, Lou Dubose, Rickie Dufour, Sandra Edlund, Rosemary Escalante, Yolanda Flores, Yvonne Fluellen, Denise Ford, Mary Fox v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1339<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Lisette Brown<br>Douglas Cain<br>Michael Campbell<br>Doria Carson<br>Bob Clowers<br>Dolores Colmenero<br>Jose Cordero<br>Nancy Cromwell<br>Sandra Crosby<br>Dan Darden<br>Geraldine Desautels<br>Karen Drew<br>Lou Dubose<br>Rickie Dufour<br>Sandra Edlund<br>Rosemary Escalante<br>Yolanda Flores<br>Yvonne Fluellen<br>Denise Ford<br>Mary Fox | Fort Worth, TX<br>Pittsburg, OK<br>Milwaukee, WI<br>Arlington, TX<br>Mansfield, TX<br>San Antonio, TX<br>Stratford, CT<br>Overland Park, KS<br>Denton, TX<br>Millsap, TX<br>Excelsior Springs, MO<br>Azle, TX<br>Fort Worth, TX<br>Bush, LA<br>Houston, TX<br>Houston, TX<br>Corpus Christi, TX<br>Garland, TX<br>Whitney, TX<br>New Brounfels, TX |

| Case | Plaintiff | Residence |
| --- | --- | --- |
| Martin Alvarado, Mary Aubert, Janet Aud, Wanda Bacher, Ronald Bell, Jerri Brown, Kimberly Luther, Donna Malone, Vivian Moss, Louise Plasek, Rebecca Schneider, Ruby Scudder, Patsy Sims, Julia Smith, Ramona Vaughn, Maria Villarreal, Patricia Wendell, Chantz Williams, Beverly Woodard, Patricia Woolen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1340<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Martin Alvarado | San Antonio, TX |
| | Mary Aubert | Arlington, TX |
| | Janet Aud | Whitesville, KY |
| | Wanda Bacher | Rowlett, TX |
| | Ronald Bell | San Antonio, TX |
| | Jerri Brown | Spokane, WA |
| | Kimberly Luther | Frisco, TX |
| | Donna Malone | Crosby, TX |
| | Vivian Moss | Grand Saline, TX |
| | Louise Plasek | La Marque, TX |
| | Rebecca Schneider | Ladd, IL |
| | Ruby Scudder | San Antonio, TX |
| | Patsy Sims | Fort Worth, TX |
| | Julia Smith | Prospect, KY |
| | Ramona Vaughn | Scottsbluff, NE |
| | Maria Villarreal | Corpus Christi, TX |
| | Patricia Wendell | Pekin, IL |
| | Chantz Williams | Houston, TX |
| | Beverly Woodard | Oklahoma City, OK |
| | Patricia Woolen | Midwest City, OK |

| | | |
|---|---|---|
| Betty Bennett, Margaret Blow, Connie Byrne, Ladeana Cook, Sue Dilley, Donna Doiron, Joan Duff, Barbara Duffy, Angela Duncan, Brenda Freeman, Gail Fricker, Elizabeth Huffer, Sadie Ivory, Robbie Jones, Barbara Kline, Sylvia Wilson Nancy Wise, Jacqueline Withrow, Mattie Witt, Toni Wright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1341<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Betty Bennett | League City, TX |
| | Margaret Blow | Garland, TX |
| | Connie Byrne | Beaverton, OR |
| | Ladeana Cook | Covington, TX |
| | Sue Dilley | Sequatchie, TN |
| | Donna Doiron | Lumberton, TX |
| | Joan Duff | Aubrey, TX |
| | Barbara Duffy | Shelton, CT |
| | Angela Duncan | Baytown, TX |
| | Brenda Freeman | Houston, TX |
| | Gail Fricker | Double Oaks, TX |
| | Elizabeth Huffer | Livingston, TX |
| | Sadie Ivory | Moline, TX |
| | Robbie Jones | Oklahoma City, OK |
| | Barbara Kline | The Woodlands, TX |
| | Sylvia Wilson | Flower Mound, TX |
| | Nancy Wise | El Reno, OK |
| | Jacqueline Withrow | East Modine, Il |
| | Mattie Witt | Fort Worth, TX |
| | Toni Wright | Shamrock, TX |

| Case | Plaintiff | Residence |
| --- | --- | --- |
| Vivian Ross, Sandra Shanor, Robert Shelly, Shirley Shipman, Barbara Smith, Debra Smith, Janet Smith, Lula Stansell, Brenda Stuart, Sheri Swift, Camellia Taylor, Judy Thomason, Beverly Thompson, Glenda Turner, Jamison Ward, Chestene Weeks, Frankie Westbrooks, Kimberly Wilie, Angela Williams, Carol Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1342<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Vivian Ross<br>Sandra Shanor<br>Robert Shelly<br>Shirley Shipman<br>Barbara Smith<br>Debra Smith<br>Janet Smith<br>Lula Stansell<br>Brenda Stuart<br>Sheri Swift<br>Camellia Taylor<br>Judy Thomason<br>Beverly Thompson<br>Glenda Turner<br>Jamison Ward<br>Chestene Weeks<br>Frankie Westbrooks<br>Kimberly Wilie<br>Angela Williams<br>Carol Wilson | Houston, TX<br>Azle, Tx<br>De Soto, TX<br>Mesquite, TX<br>Garland, TX<br>Colville, TX<br>Arlington, TX<br>Winona, TX<br>Dallas, TX<br>Littleton, CO<br>Carrollton, TX<br>Royse City, TX<br>Fort Worth, TX<br>Grand Prairie, TX<br>Saginaw, TX<br>Las Vegas, LV<br>Preemption, IL<br>Fort Worth, TX<br>Fort Worth, TX<br>Tea, SD |

| | | |
|---|---|---|
| Cheryl Horton, Shelly Jones, Stephanie Lanham, Edith Littlefield, Sharon Lugdon, Barbara McAvoy, Maria Moore, Cheryl Murchison, April Peavey, Janet Perkins, Karen Reed, Gail Sargent, Carol Smith, Shirlee Smith, Lillian Sparrow, Mary Stone, Gail Tamboro, Patricia Williams, Tina York v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1343<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Cheryl Horton<br>Shelly Jones<br>Stephanie Lanham<br>Edith Littlefield<br>Sharon Lugdon<br>Barbara McAvoy<br>Maria Moore<br>Cheryl Murchison<br>April Peavey<br>Janet Perkins<br>Karen Reed<br>Gail Sargent<br>Carol Smith<br>Shirlee Smith<br>Lillian Sparrow<br>Mary Stone<br>Gail Tamboro<br>Patricia Williams<br>Tina York | Hermon, ME<br>Lubec, ME<br>Bangor, ME<br>Freedom, ME<br>Greenbush, ME<br>St. Albans, ME<br>Old Town, ME<br>Presque Isle, ME<br>Patten, ME<br>Holden, ME<br>Glenburn, ME<br>Lamoine, ME<br>Lamine, ME<br>Hampden, ME<br>Portland, ME<br>Bangor, ME<br>Husdon, ME<br>Brewer, ME<br>Bucksport, ME |

| | | |
|---|---|---|
| Colleen Barlow, Carlos Barrena, Sheron Christensen, Donna Clanton, Tefini Fonua, Marilyn Garner, Satny Grant, Opal Hardy, Shawnna Harmon, Carolyn Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1344<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Colleen Barlow<br>Carlos Barrena<br>Sheron Christensen<br>Donna Clanton<br>Tefini Fonua<br>Marilyn Garner<br>Satny Grant<br>Opal Hardy<br>Shawnna Harmon<br>Carolyn Johnson | West Jordan, UT<br>St. Pierce, FL<br>Salt Lake City, UT<br>Fort Walton Beach, FL<br>West Jordan, UT<br>Salt Lake City, UT<br>West Bloomfield, MI<br>Thonotosassa, FL<br>Hoover, AL<br>Nocatee, FL |
| Mary Collins, Esther Colon, Patricia Cooper-Potter, Lucille Corprew, Janice Crissman, Cheryl Currid, Barbara Dalley, Alma Daniels, Edna Daves, Shirley Davidson, Lorelei Davies, Robin Davis, Robert H. Doktor, Dawn Drews, Curtis Drexler, Sara Drossart, Milton Dunaway, Jeffrey Durgin, Betty Edwards, Janet Erickson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1345<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Mary Collins<br>Esther Colon<br>Patricia Cooper-Potter<br>Lucille Corprew<br>Janice Crissman<br>Cheryl Currid<br>Barbara Dalley<br>Alma Daniels | Yale, IL<br>Modesto, CA<br>Madison, WI<br>Paris, TX<br>Durham, MC<br>Houston, TX<br>Maple Grove, MN<br>Fairborn, OH |

| Case | Plaintiff | Location |
|---|---|---|
| | Edna Daves | Oklahoma City, OK |
| | Shirley Davidson | Tchula, MS |
| | Lorelei Davies | Makawao, HI |
| | Robin Davis | Wilson, NC |
| | Robert H. Doktor | Honolulu, HI |
| | Dawn Drews | Appleton, WI |
| | Curtis Drexler | Bingham Lake, MN |
| | Sara Drossart | Green Bay, WI |
| | Milton Dunaway | Barbourville, KY |
| | Jeffrey Durgin | Richmond, VA |
| | Betty Edwards | Raleigh, NC |
| | Janet Erickson | Kihei, HI |
| Mary Boomhower, Phyllis Borski, Deborah Braga, Margie Breidel, Carolyn Brown, Kevin Brubaker, Sandra Buck, Ella Calhoun, Marsha Callan, Cathy Carman-Hastings, Rebecca Carrow, Pamela Carver, Diane Causey, Connie Chartier, Ginger Chennault, Catherine Clark, Alisa Cliett, Lena Cloe, Katheryn Coleman, Valerie Collier v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1346<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Mary Boomhower | Angelton, TX |
| | Phyllis Borski | Whiteland, IN |
| | Deborah Braga | Raleigh, NC |
| | Margie Breidel | LaCrosse, WI |
| | Carolyn Brown | New Vienna, OH |
| | Kevin Brubaker | Clio, MI |
| | Sandra Buck | Rockville, IN |
| | Ella Calhoun | Las Vegas, NY |
| | Marsha Callan | Stevens Point, WI |
| | Cathy Carman-Hastings | Houston, TX |
| | Rebecca Carrow | Black Creek, WI |
| | Pamela Carver | Spring, TX |
| | Diane Causey | Randleman, NC |

| | | |
|---|---|---|
| | Connie Chartier | Toledo, OH |
| | Ginger Chennault | Amarillo, TX |
| | Catherine Clark | Neenah, WI |
| | Alisa Cliett | West Point, MS |
| | Lena Cloe | Tahoka, TX |
| | Katheryn Coleman | Cordova, TN |
| | Valerie Collier | Wardensville, WV |
| Connie (Roberson) Althen, Verla Aders, Donalyn Ahlberg, Edna Albers, Denise Andress, Ashley Anello, Erma Irene Aurand, Jacqueline Baker, bearden Bakerink, Nancy Barendt, Pamela D. Bates, Ava Batiste, Marie Bell, Paula Gaye Benbrook, Rodger Benz, Linda Binney, Victoria Blackburn, Betty Blake, Jean Blythe, Judith Boie v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1347<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Connie (Roberson) Althen | Starkville, MS |
| | Verla Aders | McMinville, OR |
| | Donalyn Ahlberg | St. Paul, MN |
| | Edna Albers | Oconomowac, WI |
| | Denise Andress, | Haskell, TX |
| | Ashley Anello | San Deigo, CA |
| | Erma Irene Aurand | Wayne, OH |
| | Jacqueline Baker | Cle-Elum, EA |
| | bearden Bakerink | Phoenix, AZ |
| | Nancy Barendt | Las Vegas, NV |
| | Pamela D. Bates | Wesson, MS |
| | Ava Batiste | Beaumont, TX |
| | Marie Bell | Hastings, MO |
| | Paula Gaye Benbrook | Piggott, AR |
| | Rodger Benz | Kailau, HI |
| | Linda Binney | Salisburg, MD |
| | Victoria Blackburn | Poplar, MO |
| | Betty Blake | Coral Gables, FL |

| | | |
|---|---|---|
| | Jean Blythe<br>Judith Boie | Panama City, FL<br>Walker, MN |
| Jerry Vermillion, Vivian Wade, Jane Walden, Lucile Wardell, Lark Wartenberg, Sharon Watkins, Sarah Watson, Debby White, Carolyn Whitehouse, Winnie Wilkes, Shalndra Shonice Williams, Sharon Williams-Acton, Jerline Wilson, Pamela Winrow-Islam, Marilyn Withey, Patricia Witters, Teddy Young, Vernon Young,Judith Ziegert, Debra K. Landrum v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1348<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Jerry Vermillion<br>Vivian Wade<br>Jane Walden<br>Lucile Wardell<br>Lark Wartenberg<br>Sharon Watkins<br>Sarah Watson<br>Debby White<br>Carolyn Whitehouse<br>Winnie Wilkes<br>Shalndra Shonice Williams<br>Sharon Williams-Acton<br>Jerline Wilson<br>Pamela Winrow-Islam<br>Marilyn Withey<br>Patricia Witters<br>Teddy Young<br>Vernon Young<br>Judith Ziegert<br>Debra K. Landrum | Georgetown, KY<br>Dallas, TX<br>Amory, MS<br>Morgan, UT<br>Green Bay, WI<br>Austin, TX<br>Pheba, MS<br>Starkville, MS<br>Shawano, MS<br>Charlotte, NC<br>Hattiesburg, MS<br>Sears, MI<br>Big Springs, TX<br>Bridgeton, NJ<br>Otisville, MI<br>Milwaukee, WI<br>Graham, TX<br>Richmond, VA<br>Grennville, WI<br>Las Legas, NV |

| Case | Plaintiff | Residence |
|---|---|---|
| Joann Adeleke, Lesa Adkins, Sandra Allen, Virginia Anderson, Shelby Antley, Helen R. Austin, Penny Ball, Barbara Baumgarner, Lee Ann Belleti, Jessie A. Best, Vanessa Brannan, Susan Brooks, Gail Brumfield, Glena Brundage, Sonia Burgest, Marion Byrd, Rice Eileen Canjar, Julie Lee Caputo, Tonya Cardozo, Alysia Carter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1349<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Joann Adeleke<br>Lesa Adkins<br>Sandra Allen<br>Virginia Anderson<br>Shelby Antley<br>Helen R. Austin<br>Penny Ball<br>Barbara Baumgarner<br>Lee Ann Belleti<br>Jessie A. Best<br>Vanessa Brannan<br>Susan Brooks<br>Gail Brumfield<br>Glena Brundage<br>Sonia Burgest<br>Marion Byrd<br>Rice Eileen Canjar<br>Julie Lee Caputo<br>Tonya Cardozo<br>Alysia Carter | Fairfax, VA<br>Yellville, AR<br>Tylertown, MS<br>Vidalia, LA<br>Fulton, AR<br>Cherokee Village, AR<br>Lucasville, OH<br>Charlotte, NC<br>Annandale, VA<br>Prarieville, LA<br>Vidalia, LA<br>Falls Church, VA<br>McComb, MS<br>Coppell, TX<br>Phildelphia, PA<br>Roselle, NJ<br>Laurel, MD<br>Frederick, MD<br>Las Vegas, NV<br>Oxon Hill, MD |

| | | |
|---|---|---|
| Joan Reed, Cynthia Reeves, LeRoy Remme, Teresa Rich, Cindy Rife, Marilyn Roach, Donald Roberson, Cheryl Roberts, K. Roche, Linda Russell, Rosie Sanders, Robynn Schinkewitz, Glenn Scholz, Paul Schuelke, Barbara Schultz, Timothy Seese, Brenda Sersha, Roberta Sherer, Deborah Shifflett, William Sierer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1350<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Joan Reed<br>Cynthia Reeves<br>LeRoy Remme<br>Teresa Rich<br>Cindy Rife<br>Marilyn Roach<br>Donald Roberson<br>Cheryl Roberts<br>K. Roche<br>Linda Russell<br>Rosie Sanders<br>Robynn Schinkewitz<br>Glenn Scholz<br>Paul Schuelke<br>Barbara Schultz<br>Timothy Seese<br>Brenda Sersha<br>Roberta Sherer<br>Deborah Shifflett<br>William Sierer | Colton, CA<br>Gattman, MS<br>Appleton, WI<br>Snelville, GA<br>Newton, IL<br>Attica, IN<br>Henderson, NC<br>Roanoke, VA<br>Battle Creek, MI<br>Houston, TX<br>Paris, TX<br>Campbell River, BC<br>Waupaca, WI<br>Layfayette, MN<br>White Hall, MD<br>Walnut Grove, MS<br>Aurora, MN<br>Houston, TX<br>Severn, MD<br>Coppell, TX |

| | | |
|---|---|---|
| James Medlock, Sharon Meekins, Lois Meidl, James Meleen, Patricia Meyer, Judy Milham, Barbara Miller, Leola Mitchell, Robin Mitchell, Elaine Morgan, Virgie Moton, John Moxley, Alexis Murphy, Cheryl Murray-Lee, Gail A. Nolan, Linda Norris, William Nussbaum, Donna Nutter, Ellen O'Boyle, Sue O'Hara v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1351<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | James Medlock<br>Sharon Meekins<br>Lois Meidl<br>James Meleen<br>Patricia Meyer<br>Judy Milham<br>Barbara Miller<br>Leola Mitchell<br>Robin Mitchell<br>Elaine Morgan<br>Virgie Moton<br>John Moxley<br>Alexis Murphy<br>Cheryl Murray-Lee<br>Gail A. Nolan<br>Linda Norris<br>William Nussbaum<br>Donna Nutter<br>Ellen O'Boyle<br>Sue O'Hara | Fort Worth, TX<br>Norfolk, VA<br>Valders, WI<br>Onamia, MN<br>Cotton, MN<br>St. Paul, MN<br>Alvin, TX<br>South Bend, IN<br>Dublin VA<br>Grand Rapids, MN<br>Cleveland, MS<br>Sandston, VA<br>Flint, MO<br>Yuen Long N.T., Hong Kong<br>Vienna, VA<br>Anderson, IN<br>Anaheim, CA<br>San Diego, CA<br>Arnold, MD<br>Houston, TX |

| | | |
|---|---|---|
| Linda Kramer, Gloria Lecato, Esther LeGron, Carris Lewis, Wendy Long, Emma M. Love, Alice Luethmers, Arlene Lynch, Cindy Mack, Mary Malosh, Eileen Malvagno, Deborah Mason, Deborah Masters, Vicki L. Mauk, Gina McCone, Mary McDonald, Donna McGee, Beverly McKain, Lucille McKay, Carla McKinzie v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1352<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Linda Kramer<br>Gloria Lecato<br>Carris Lewis<br>Wendy Long<br>Emma M. Love<br>Alice Luethmers<br>Arlene Lynch<br>Cindy Mack<br>Mary Malosh<br>Eileen Malvagno<br>Deborah Mason<br>Deborah Masters<br>Vicki L. Mauk<br>Gina McCone<br>Mary McDonald<br>Donna McGee<br>Beverly McKain<br>Lucille McKay<br>Carla McKinzie | Urdale, TX<br>Lansing, MI<br>Maumee, OH<br>Jackson, MO<br>Fulshear, TX<br>Henderson, NV<br>Medford, NJ<br>Archer, NE<br>Detroit, MI<br>Glendale, NY<br>Suffolk, VA<br>Haslett, MI<br>Palisade, CO<br>Philadelphia, PA<br>Nashport, OH<br>Compton, CA<br>Carlisle, IN<br>Montrose, MO<br>Sheridan, IN |

| | | |
|---|---|---|
| Mary Jeffries, Davey Jimison, Deborah Johnson, Donna Johnson, Ruth Johnson, Tonia Johnson, Karen Johnston, Cheryl Jones, Shirley Jones, Elizabeth Jonovic, Judy Kaebisch, Ronald Kelley, Kathleen Kemp, Laura Kent, Angelia Khan, John King, Patricia Kirk, Shirley Kitzman, Linda Bunch Koiner, Martha Kologinczak v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1353<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Mary Jeffries<br>Davey Jimison<br>Deborah Johnson<br>Donna Johnson<br>Ruth Johnson<br>Tonia Johnson<br>Karen Johnston<br>Cheryl Jones<br>Shirley Jones<br>Elizabeth Jonovic<br>Judy Kaebisch<br>Ronald Kelley<br>Kathleen Kemp<br>Laura Kent<br>Angelia Khan<br>John King<br>Patricia Kirk<br>Shirley Kitzman<br>Linda Bunch Koiner<br>Martha Kologinczak | Albany, OH<br>Port Trevton, PA<br>Oklahoma City, OK<br>High Point, NC<br>Covert, MI<br>Washington, DC<br>Balitmore, MD<br>Yorktown, PA<br>Norfolk, VA<br>Wisconsin Rapids,WI<br>Germantown, WI<br>Culpeper, VA<br>Grand Ledge, MO<br>Katy, TX<br>Durham, NC<br>Richmond, TX<br>Green Valley, AZ<br>Lake Geneva, WI<br>Waynesboro, VA<br>Houston, TX |

| Case | Plaintiff | Location |
|---|---|---|
| Dana Gulledge-Smith, Barbara Haley, Leisa Hall, Mary Hatcher, Tracy Hathcock, Roberta Hawkins, Shirley Hawkins, Phyllis Hazel, Rita Hehrer, Jean Henderson, Carmello Hickman, Julia Hicks, Daniel J. Himmelfarb, Margaret Hoelscher, Gail Hogan, Gregory Holdridge, Susan Horton, Delores Huff, Brenda Hughes, April Ivy v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1354<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Dana Gulledge-Smith<br>Barbara Haley<br>Leisa Hall<br>Mary Hatcher<br>Tracy Hathcock<br>Roberta Hawkins<br>Shirley Hawkins<br>Phyllis Hazel<br>Rita Hehrer<br>Jean Henderson<br>Carmello Hickman<br>Julia Hicks<br>Daniel J. Himmelfarb<br>Margaret Hoelscher<br>Gail Hogan<br>Gregory Holdridge<br>Susan Horton<br>Delores Huff<br>Brenda Hughes<br>April Ivy | Mooresville, NC<br>Flint, MI<br>Blue Mountain, MS<br>Bryan, TX<br>Greenwood, MS<br>Patchogue, NY<br>Anoka, MN<br>Houston, TX<br>Ovid, TX<br>Winona, MN<br>Preston, MS<br>Chesterfield, VA<br>Damascus, MD<br>Fulshear, TX<br>Las Vegas, NY<br>Elliott City, MD<br>Houston, TX<br>Fresno, CA<br>Lima, OH<br>Enterprise, MS |

| | | |
|---|---|---|
| Mary Farnsworth, Michael Feliciotti, Joyce Felts, James Flanigan, Emma Flowers, Lorine Forrest, Sharilyn Franzman, Elsie Freds, Melissa Gaines, Vivian Gibbs, Pauline Gibson, Milton Gilliland, Eunice Golfis, Freda Goode, Richard Gray, Sylvia Gray, Maria Green, Sheri Green, Allison Greene, Connie Grissom v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1355<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Mary Farnsworth<br>Michael Feliciotti<br>Joyce Felts<br>James Flanigan<br>Emma Flowers<br>Lorine Forrest<br>Sharilyn Franzman<br>Elsie Freds<br>Melissa Gaines<br>Vivian Gibbs<br>Pauline Gibson<br>Milton Gilliland<br>Eunice Golfis<br>Freda Goode<br>Richard Gray<br>Sylvia Gray<br>Maria Green<br>Sheri Green<br>Allison Greene<br>Connie Grissom | Idaho Falls, ID<br>College Park, MD<br>Corbin, KY<br>Qulin, MO<br>Bay Springs, MS<br>Far Rockaway, NY<br>Tell City, IN<br>Battle Creek, MI<br>Charles Town, WV<br>Baltimore, MD<br>Reidsville, NC<br>Topeka, KS<br>Maple Grove, MN<br>Indianapolis, IN<br>Houston, TX<br>Pontotoc, MS<br>Bridgeton, NJ<br>Texarkana, AR<br>Columbia, MD<br>Paris, TX |

| Case | Plaintiff | Residence |
|---|---|---|
| Ijoma Omenebelle, Lillie Francis Parker, Melba Parkinson, Phyliss Passalacqua, Christy Perkins, Karen Perkins, Joan Petrak, Rhonda Phillips, Roy Piazza, Patricia Pickell, Pamela Pidgeon, Dianne Pol, Hilda Porter, Thomas Poss, Carla Powell, Lee Powers, Lesley Price, Betty Purviance, Ava Nell Quinn, Maryann Quinn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1356<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Ijoma Omenebelle | Far Rockaway, NY |
| | Lillie Francis Parker | Columbus, MS |
| | Melba Parkinson | Sugar City, ID |
| | Phyliss Passalacqua | Conshohocken, PA |
| | Christy Perkins | Hernando, MS |
| | Karen Perkins | Anderson, IN |
| | Joan Petrak | Galdwin, MO |
| | Rhonda Phillips | Piggott, AR |
| | Roy Piazza | LA |
| | Patricia Pickell | Cement City, MI |
| | Pamela Pidgeon | Ft. Wayne, IN |
| | Dianne Pol | Lawrenceville, GA |
| | Hilda Porter | Myrtle, MS |
| | Thomas Poss | Amory, MS |
| | Carla Powell | Richmond, VA |
| | Lee Powers | Richmond, VA |
| | Lesley Price | Fuguary, NC |
| | Betty Purviance | Modesto, CA |
| | Ava Nell Quinn | Tylertown, MS |
| | Maryann Quinn | Havertown, PA |

| | | |
|---|---|---|
| Earline Simoneaux, Vera Sims, Carolyn Gwenett Sims, Barbara Singleton, Charlotte Skelton, Patricia Smith, Ingrid Smith, Diana Smith, Norma Smith-Cushenberry, Ella Socha, Lorraine Solomon, Fred Spain, Jr., Victor Spano, Dee Spear, Charles Spencer, Mary Beth Spiker, Linda Splettstosser, Evelyn Stafford, Henry Stevens, Susan Michelle Stringer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1357<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Earline Simoneaux | Napoleonville, LA |
| | Vera Sims | New Orleans, LA |
| | Carolyn Gwenett Sims | West Monroe, LA |
| | Barbara Singleton | Baton Rouge, LA |
| | Charlotte Skelton | Cleveland, MS |
| | Patricia Smith | Irvington, KY |
| | Ingrid Smith | Kanas City, KS |
| | Diana Smith | Baton Rouge, LA |
| | Norma Smith-Cushenberry | Plaquemine, LA |
| | Ella Socha | Hattiesburg, MS |
| | Lorraine Solomon | Orange, TX |
| | Fred Spain, Jr. | Cleveland, MS |
| | Victor Spano | Baton Rouge, LA |
| | Dee Spear | Charleston, SC |
| | Charles Spencer | Louisville, KY |
| | Mary Beth Spiker | Middletown, IN |
| | Linda Splettstosser | Pearl River, LA |
| | Evelyn Stafford | Baton Rouge, LA |
| | Henry Stevens | Donaldsonville, LA |
| | Susan Michelle Stringer | Hattiesburg, MS |

| | | |
|---|---|---|
| Connie Netherland, Clara Newton, Christine Nichols, Madelyn Normand, Della Norris, Opal Paulette Nuckolls, Darline Nunez, Julia Nunley, Doriene Oliver, Rita O'Neal, Melanie Ory, Cheryl Ory, Robin Palmer, Carl Paolucci, Suzanne Pareti, Tynel Parfait, Beatrice Parker, Lee Alma Patrick, Jessie Pearson, Fran Pearson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1358<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Connie Netherland<br>Clara Newton<br>Christine Nichols<br>**Madelyn Normand**<br>Della Norris<br>Opal Paulette Nuckolls<br>Darline Nunez<br>Julia Nunley<br>Doriene Oliver<br>Rita O'Neal<br>Melanie Ory<br>Cheryl Ory<br>Robin Palmer<br>**Carl Paolucci**<br>Suzanne Pareti<br>Tynel Parfait<br>Beatrice Parker<br>Lee Alma Patrick<br>Jessie Pearson<br>Fran Pearson | Zachray, LA<br>Baton Rouge, LA<br>Waskom, TX<br>**Malden, MA**<br>Cottonport, LA<br>Bolivar, TN<br>Bogulusa, LA<br>Grayson, KY<br>Boulder City, NV<br>North Veron, IN<br>Covington, LA<br>Baker, LA<br>Arcadia, OK<br>**Weymouth, MA**<br>Metairie, LA<br>Kenner, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Bastrop, LA<br>Port Allen, LA |