-100-

Judy Phipps, Cynthia Poeggel, Marietta Poindexter, Doris Pollard-Samuel, Betty Powell, Esther Powell, Sheila Price, Vernice Pridgeon, Norma Puch, Cynthia Rahali, Judith Ann Rawlinson, Donald Reid, Linda Reynolds, Dena Rhodes, Judith C. Ries, Rita Robertson, Jeanetta Roland, Connie Ross, Robert Ruedrich, Nancy Russ v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1359

Filed 03/30/04

*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

| Name | Location |
| --- | --- |
| Judy Phipps | Deale, MD |
| Cynthia Poeggel | Moon Township, PA |
| Marietta Poindexter | Richmond, VA |
| Doris Pollard-Samuel | Tappahanock, VA |
| Betty Powell | Amelia, VA |
| Esther Powell | Keling, VA |
| Sheila Price | Mechanicsville, VA |
| Vernice Pridgeon | Richmond, VA |
| Norma Puch | Camarillo, CA |
| Cynthia Rahali | Winchester, VA |
| Judith Ann Rawlinson | Cambridge, MD |
| Donald Reid | Centerville, VA |
| Linda Reynolds | Temple, TX |
| Dena Rhodes | Warrenton, VA |
| Judith C. Ries | Saginaw, TX |
| Rita Robertson | Benbrook, TN |
| Jeanetta Roland | Ft. Washington, MD |
| Connie Ross | Dumfries, BA |
| Robert Ruedrich | San Antonio, TX |
| Nancy Russ | Annapolis, MD |

-101-

Lola Stubbs, Elli Tatarsky, Rhonda Thompson, Citronella Todd, Stephanie Toy, Virginia Treague, Patricia Tyree, Nina Van Cleave, Erica A. Vela, Victoria Veney, Patricia Vicknair, Theresa Wall, Beverly Walters, Dorothy B. Walton, Virginia Ware, Comelia Warren, Linda Warren, Janet Webb, Debra Weber, Carolyn J. Weedon v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1360

Filed 03/30/04

**Plaintiffs Attorneys: *Sugarman, Rogers, Barshak & Cohen, P.C.***

| | |
|---|---|
| Lola Stubbs | Keauhou, HI |
| Elli Tatarsky | Havertown, PA |
| Rhonda Thompson | Chattanooga, TN |
| Citronella Todd | Fayetteville, NC |
| Stephanie Toy | Mitchellville, MD |
| Virginia Treague | Manassas, VA |
| Patricia Tyree | Hampton, VA |
| Nina Van Cleave | Baltimore, MD |
| Erica A. Vela | Fort Worth, TX |
| Victoria Veney | Luray, VA |
| Patricia Vicknair | Albany, LA |
| Theresa Wall | Lilburn, GA |
| Beverly Walters | Deal Island, MD |
| Dorothy B. Walton | Elizabeth City, NC |
| Virginia Ware | Harrisburg, PA |
| Comelia Warren | Winston Salem, NC |
| Linda Warren | Meridian, MS |
| Janet Webb | N. Richland Hills, TX |
| Debra Weber | Laurel, MD |
| Carolyn J. Weedon | Mabank, TX |

-102-

Thelda Adams, Judy Adams, Brunetta Adams, Anthony Alise, Jr., Essie Ashford, Jeanette Aucoin, Cynthia Austin-Lyon, Phyllis Ayers, Terry Babin, Doris Bagby, Kimberly Banks, Rosalind Barrow, Nancy Baute, Connie Beard, Marilyn Beck, Mary Becnel, Jackie Bell, Murline Bellard, Bonnie Bertrand, Linda Blanchard v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1361

Filed 03/30/04

**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.**

| | |
|---|---|
| Thelda Adams | Greenwell Springs, LA |
| Judy Adams | Denham Springs, LA |
| Brunetta Adams | Baton Rouge, LA |
| Anthony Alise, Jr. | Gonzales, LA |
| Essie Ashford | Gonzales, LA |
| Jeanette Aucoin | Denham Springs, LA |
| Cynthia Austin-Lyon | Bastrop, LA |
| Phyllis Ayers | Rock Hill, SC |
| Terry Babin | St. Amant, LA |
| Doris Bagby | Greensburg, KY |
| Kimberly Banks | Baton Rouge, LA |
| Rosalind Barrow | Gibson City, IL |
| Nancy Baute | Union, KY |
| Connie Beard | Lecompte, LA |
| Marilyn Beck | McKinney, TX |
| Mary Becnel | Reserve, LA |
| Jackie Bell | Shreveport, LA |
| Murline Bellard | Lake Charles, IA |
| Bonnie Bertrand | Maurepas, LA |
| Linda Blanchard | Pride, LA |

-103-

Deanna Burton, Deana Burton, Gloria Butler, John Cado, Nathan Cain, Anthony
Calderone, Connie Caldwell, Margaret Callender, Joan Candella, Edith Carlin, Mary
Jane Caro, Greg Carruth, Sondra Catalinotto, Arthur Causey, Karen Chadwick, Tracy
Chapa, Brenda Charles, Nellie Chauffe, Anna Chenault, Agnes Cheramine v. Indevus
Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A
American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-
Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and
Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1362
**Filed 03/30/04**
***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***

| | |
|---|---|
| Deanna Burton | Baton Rouge, LA |
| Deana Burton | Ardmore, OK |
| Gloria Butler | New Orleans, LA |
| John Cado | Baton Rouge, LA |
| Nathan Cain | Angola, LA |
| Anthony Calderone | Tickfaw, LA |
| Connie Caldwell | Muncie, IN |
| Margaret Callender | Denham Springs, LA |
| Joan Candella | Gretna, IA |
| Edith Carlin | Iowa, LA |
| Mary Jane Caro | Franklin, LA |
| Greg Carruth | Greensburg, LA |
| Sondra Catalinotto | Metairie, LA |
| Arthur Causey | Cleveland, MS |
| **Karen Chadwick** | **E. Sandwich, MA** |
| Tracy Chapa | Houston, TX |
| **Brenda Charles** | **Upton, MA** |
| Nellie Chauffe | New Orleans, LA |
| Anna Chenault | Muldraugh, KY |
| Agnes Cheramine | Tickfaw, LA |

LITDOCS/542093.1

-104-

| | | |
|---|---|---|
| Ellis Blankenship, Ann Bobinger, Shawna Bond, Carolyn Booker, Victoria Bovia, Margaret Bowen, Mona Bowman, Janice Boyd, Donna Boyd, Katherine Bozeman, Martha Bradford, Edna Brewer, Tracy Brown, Ruth Brown, Robert Brown, Lillie Brown, Samuel Broyles, Leona Brumfield, Michael Bryant, Willy Bunton v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1363<br>Filed 03/30/04<br>**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.** | Ellis Blankenship<br>Ann Bobinger<br>Shawna Bond<br>Carolyn Booker<br>Victoria Bovia<br>Margaret Bowen<br>Mona Bowman<br>Janice Boyd<br>Donna Boyd<br>Katherine Bozeman<br>Martha Bradford<br>Edna Brewer<br>Tracy Brown<br>Ruth Brown<br>Robert Brown<br>Lillie Brown<br>Samuel Broyles<br>Leona Brumfield<br>Michael Bryant<br>Willy Bunton | Sumas, WA<br>Bay St. Louis, MD<br>Saucier, MS<br>Merigold, MS<br>Maurepas, LA<br>Colonial Beach, VA<br>Prairieville, LA<br>Baton Rouge, LA<br>Jayess, MS<br>Walker, LA<br>Riverside, CA<br>Leaksville, MS<br>Zachary, LA<br>Baton Rouge, LA<br>Dallas, TX<br>Magnolia, MS<br>Kentwood, LA<br>Roseland, LA<br>Pewee Valley, KY<br>Monroe, LA |

-105-

Carl Daigle, Ann Dardenne, Cassandra Dargin, Patricia Davis, Letha Davis, Carolyn Davis, Ed Dees, Faith Dent, Debra DeVare, Dorothy Dickens, LaWese Dillon, Elizabeth Anne Dilworth, Gerald Divincenti, Doris Jones Dixon, Ruby Dixon, Patsy Domingue, Anlatears Dorsey, Maureen Douglas, Denise Drago, Beverly Dry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1364
Filed 03/30/04
***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***

| | |
|---|---|
| Carl Daigle | Destrehan, LA |
| Ann Dardenne | Natalbany, LA |
| Cassandra Dargin | Baton Rouge, LA |
| Patricia Davis | Amite, LA |
| Letha Davis | Independence, LA |
| Carolyn Davis | Freeiday, LA |
| Ed Dees | Plano, TX |
| Faith Dent | Baton Rouge, LA |
| Debra DeVare | Geismar, LA |
| Dorothy Dickens | Marrero, LA |
| LaWese Dillon | Irving, TX |
| Elizabeth Anne Dilworth | Cleveland, MS |
| Gerald Divincenti | Clinton, LA |
| Doris Jones Dixon | Livingston, LA |
| Ruby Dixon | Fairfield, CA |
| Patsy Domingue | Paincourtville, LA |
| Anlatears Dorsey | Harvey, LA |
| Maureen Douglas | Kelso, WA |
| Denise Drago | St. Amant, LA |
| Beverly Dry | Rineyville, KY |

LITDOCS:542093.1

-106-

Becky Barry, Jackie Bradford-Thomas, Rhonda Crass, Patricia Duval, Carol Gillaspia, Ernestine Gray, Peggy Grimes, Diane Hudgins, Lorene Jackson, Nicholas Kurusis, Freddie Marcelous, Donald Martin, Daniela Marton, Denise McCormick, Pat McEntire, Paula Milardo, Cecilia Nelson, Effie Page, Lida Paller, Dorothy Thompson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1365

Filed 03/30/04

**Plaintiffs Attorneys: *Sugarman, Rogers, Barshak & Cohen, P.C.***

| Name | Location |
| --- | --- |
| Becky Barry | Oklahoma City, OK |
| Jackie Bradford-Thomas | Lewisville, TX |
| Rhonda Crass | Murray, KY |
| Patricia Duval | Irving, TX |
| Carol Gillaspia | San Antonio, TX |
| Ernestine Gray | Tarrant, TX |
| Peggy Grimes | Mineral Wells, TX |
| Diane Hudgins | Shreveport, LA |
| Lorene Jackson | Burton, TX |
| Nicholas Kurusis | Vero Beach, FL |
| Freddie Marcelous | Houston, TX |
| Donald Martin | Dallas, TX |
| Daniela Marton | Axtell, TX |
| Denise McCormick | Georgetown, IN |
| Pat McEntire | Mabank, TX |
| Paula Milardo | Middletown, CT |
| Cecilia Nelson | Garland, TX |
| Effie Page | Cumming, GA |
| Lida Paller | Moline, IL |
| Dorothy Thompson | Dallas, TX |

-107-

Frances Hoffman, Beth Hollis, Susan Juul, Diane Kauffman, Louis Lacariere, Sheryl Martin, Marilyn McEvoy, Susan Mikesell, Jack Monzon, Kim Morris, Kathleen Morrow, Jennifer Myrick, Venice Newling, Mattie Norman, Suzanne Papcun, Delores Pearson, Peggy Poe, Loni Redman, Lori Romine, Karen Tharp v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1366

Filed 03/30/04

**Plaintiffs Attorneys: *Sugarman, Rogers, Barshak & Cohen, P.C.***

| Name | Location |
| --- | --- |
| Frances Hoffman | Coos Bay, OR |
| Beth Hollis | Auburn, WA |
| Susan Juul | Friday Harbor, WA |
| Diane Kauffman | Issaquah, WA |
| Louis Lacariere | Everson, WA |
| Sheryl Martin | Cheney, WA |
| Marilyn McEvoy | Puyallup, WA |
| Susan Mikesell | Hansville, WA |
| Jack Monzon | Renton, WA |
| Kim Morris | University Place, WA |
| Kathleen Morrow | Auburn, WA |
| Jennifer Myrick | Tenino, WA |
| Venice Newling | Payson, AZ |
| Mattie Norman | Little Rock, AR |
| Suzanne Papcun | Shoreline, WA |
| Delores Pearson | Shelton, WA |
| Peggy Poe | Centralia, WA |
| Loni Redman | Tacoma, WA |
| Lori Romine | Seattle, WA |
| Karen Tharp | La Pine, OR |

LITDOCS:542093.1

-108-

Zebra Akehurst, Murphy Anthony, Pamela Bailey, Janet Baine, Betty Baker, Teresa
Billingsley, Terry Boyce, Joyce Campbell, Denise Dillard, Danny Drotts, Deborah
Estrem, Kathy Fazekas, Janice Pilcher, Kathryn Pulsifer, Gertrude Rowlands, Dana
Shaw, Suzanne Shelly, Caroline Smith, Mary Vanmatre, Brinda Wood v. Indevus
Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A
American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-
Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and
Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1367
Filed 03/30/04
***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.***

| | |
|---|---|
| Zebra Akehurst | St. George, SC |
| Murphy Anthony | Edmonds, WA |
| Pamela Bailey | Shoreline, WA |
| Janet Baine | Centralia, WA |
| Betty Baker | Spokane, WA |
| Teresa Billingsley | Seatac, WA |
| Terry Boyce | Walterboro, SC |
| Joyce Campbell | Seattle, WA |
| Denise Dillard | Phoenix, OR |
| Danny Drotts | Kent, WA |
| Deborah Estrem | Camano Island, WA |
| Kathy Fazekas | Seatac, WA |
| Janice Pilcher | Puyallup, WA |
| Kathryn Pulsifer | Santee, CA |
| Gertrude Rowlands | Olympia, WA |
| Dana Shaw | Athena, OR |
| Suzanne Shelly | Arlington, WA |
| Caroline Smith | Tacoma, WA |
| Mary Vanmatre | Creswell, OR |
| Brinda Wood | Auburn, WA |

LITDOCS:542093.1

-109-

| | |
|---|---|
| Jana Allen, Guy Ames III, Irma Anderson, Peggy Anderson, Annie Baker, Helen Baker, Shirley Barnes, Estele Barrau, Charles Barrett, Helen Blish, Cheryl Brooks, Linda Brooks, Charlene Brown, JoAnn Guthrie, Karol Kowalski, Marjorie Minor, Barbara Reichert, Barbara Sitzman, Joann Smith, Elizabeth Stille v. Indevus Pharmaceuticals, Inc. F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1368<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Jana Allen — Lake Worth, TX<br>Guy Ames III — Oklahoma City, OK<br>Irma Anderson — Dallas, TX<br>Peggy Anderson — Cumby, TX<br>Annie Baker — Houston, TX<br>Helen Baker — Fort Worth, TX<br>Shirley Barnes — Statesboro, GA<br>Estele Barrau — West Palm Beach, FL<br>Charles Barrett — Flower Mound, TX<br>Helen Blish — Hobart, OK<br>Cheryl Brooks — Dallas, TX<br>Linda Brooks — Dallas, TX<br>Charlene Brown — Forest Park, GA<br>JoAnn Guthrie — Canton, TX<br>Karol Kowalski — Calvert, TX<br>Marjorie Minor — Springfield, IL<br>Barbara Reichert — Moore, OK<br>Barbara Sitzman — La Porte, TX<br>Joann Smith — Blanco, TX<br>Elizabeth Stille — Bloomington, GA |

-110-

Daryl Valine Campbell, Bernice Ellzey, Mary Kennedy, Kay Lee, Cheryl Libbert, Charli Manross, JoAnn Parks, Linda Phillips, Kathryn Roberts, Eddie Sanders, David Saunders, Donna Simpson, Anita Skinner, Margaret Snell, Wanda Suttle, Sarah Taylor, Janice Washington, Candace Wiley, Lorri Yanez, Carol Yarman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1369

Filed 03/30/04

**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.**

| | |
|---|---|
| Daryl Valine Campbell | Colville, WA |
| Bernice Ellzey | Arlington, TX |
| Mary Kennedy | Arlington, TX |
| Kay Lee | Weatherford, TX |
| Cheryl Libbert | Little Elm, TX |
| Charli Manross | Wimberley, TX |
| JoAnn Parks | Houston, TX |
| Linda Phillips | Galesburg, IL |
| Kathryn Roberts | Houston, TX |
| Eddie Sanders | Houston, TX |
| David Saunders | Yorktown, TX |
| Donna Simpson | Fort Worth, TX |
| Anita Skinner | Pearland, TX |
| Margaret Snell | Enid, OK |
| Wanda Suttle | Odessa, TX |
| Sarah Taylor | Aurora, CO |
| Janice Washington | Houston, TX |
| Candace Wiley | Weatherford, TX |
| Lorri Yanez | Houston, TX |
| Carol Yarman | Larkspur, CO |

-111-

Tony Jones, Carol Lawson, James Lee, Michelle Lee Mincey, Sandra Livanec, Thomas Locke, Ned Long, Rebecca Nzeocha, Anna Oliver, Carl Parks, Priscilla Pritt, Joanne Redd, Karen Roach, Billy Rogers, Theodore Rotto, Mary Safieh, Barbara Shrock, Rosemary Terrazas, Evelyn Van, Leslie Vernon v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1370

Filed 03/30/04

*Plaintiff/s Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

| | |
|---|---|
| Tony Jones | Brownwood, TX |
| Carol Lawson | Big Spring, TX |
| James Lee | Mustang, OK |
| Michelle Lee Mincey | Savannah, GA |
| Sandra Livanec | Deer Park, TX |
| Thomas Locke | Calloway, KY |
| Ned Long | Houston, TX |
| Rebecca Nzeocha | Houston, TX |
| Anna Oliver | Aurora, CO |
| Carl Parks | Houston, TX |
| Priscilla Pritt | Savannah, GA |
| Joanne Redd | Houston, TX |
| Karen Roach | Joshua, TX |
| Billy Rogers | Sequin, TX |
| Theodore Rotto | Marana, AZ |
| Mary Safieh | Beaumont, TX |
| Barbara Shrock | De Soto, TX |
| Rosemary Terrazas | San Antonio, TX |
| Evelyn Van | Everman, TX |
| Leslie Vernon | Katy, TX |

-112-

| | | |
|---|---|---|
| Hebert Kim, Johnson Daphne, Jones Janice, Ledet Elner, Schexnayder Shirley, Stepter Monica R., Theriot Charmaine, Lena Emelio, Ruby Pepitone, Jimmie Robertson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1371<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Hebert Kim<br>Johnson Daphne<br>Jones Janice<br>Ledet Elner<br>Schexnayder Shirley<br>Stepter Monica R<br>Theriot Charmaine<br>Lena Emelio<br>Ruby Pepitone<br>Jimmie Robertson | Greenwell Springs, LA<br>Baton Rouge, LA<br>Franklinton, LA<br>Walker, LA<br>Vacherie, LA<br>Baker, LA<br>Theriot Charmaine<br>Lena Emelio<br>Addis, LA<br>Sulphur, LA |
| Frances Soignet, Pamela Tucker, Kim Beaulieu, Patsy Sheridan, Rhonda Adams, Joan Gaspard, Regina Guedry, Tammy Johnson, Nancy McQuiddy, Clinton Williams v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1372<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Frances Soignet<br>Pamela Tucker<br>Kim Beaulieu<br>Patsy Sheridan<br>Rhonda Adams<br>Joan Gaspard<br>Regina Guedry<br>Tammy Johnson<br>Nancy McQuiddy<br>Clinton Williams | Gray, LA<br>Covington, LA<br>New Orleans, LA<br>Pearl River, LA<br>Greenwell Springs, LA<br>Mansura, LA<br>Geismer, LA<br>Poplarville, MS<br>Baton Rouge, LA<br>Walker, LA |

**IT APPEARS THAT THE NAMES OF THE FIRST 8 PLAINTIFFS ARE LISTED WITH THE LAST NAME FIRST**

-113-

| | | |
|---|---|---|
| Gordon Amidon, Elise Badon, Gloria Bester, Dessa Borders, Deanna Carbo, Nora Louise Cooper, Marva Dominick, Judy Farmer, Maureen Foster, Antoinette Jackson-Mitchell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1373<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Gordon Amidon<br>Elise Badon<br>Gloria Bester<br>Dessa Borders<br>Deanna Carbo<br>Nora Louise Cooper<br>Marva Dominick<br>Judy Farmer<br>Maureen Foster<br>Antoinette Jackson-Mitchell | Denham Springs, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Port Allen, LA<br>New Orleans, LA<br>Angie, LA<br>Denham Springs, LA<br>Chicago, IL |
| Vivian Cosey, Mary Cotton, Betty Creacy, Tracie Crozat, Patsy Culp, Letha Dauterive, Laverne Dennis, Brenda Douglas, Maudine Douglas, Barbara Edwards v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1374<br>Filed 03/30/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Vivian Cosey<br>Mary Cotton<br>Betty Creacy<br>Tracie Crozat<br>Patsy Culp<br>Letha Dauterive<br>Laverne Dennis<br>Brenda Douglas<br>Maudine Douglas | Hammond, LA<br>Eros, LA<br>Bay St. Louis, MS<br>Kenner, LA<br>Farmerville, LA<br>New Iberia, LA<br>Donaldsoneville, LA<br>Ventress, LA<br>Monroe, LA |

-114-

| | Barbara Edwards | Livingston, LA |
|---|---|---|
| Barbara Bourgeois, William Bouvay, James Brodtmann, Martha Gray, Rhonda Brown, Dale Callegan, Sondra Catalinotto, Beatrice Coleman, Liz Comeaux, Melinda Corkern v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1375<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Barbara Bourgeois<br>William Bouvay<br>James Brodtmann<br>Martha Gray<br><br>Rhonda Brown<br>Dale Callegan<br>Sondra Catalinotto<br>Beatrice Coleman<br>Liz Comeaux<br>Melinda Corkern | Baton Rouge, LA<br>Plaquemine, LA<br>Chalmette, LA<br>East Baton Rouge Parish, LA<br>Franklinton, LA<br>Labadieville, LA<br>Metairie, LA<br>Maringouin, LA<br>Denham Springs, LA<br>Walker, LA |
| Judith Fiore, Maurleen Florent, Lillie Francis, Betty Frederick, Bethany Granger, Mildred Graves, Regina Guillory, Javed Haider, Pamela Holt, David Jackson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1376<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Judith Fiore<br>Maurleen Florent<br>Lillie Francis<br>Betty Frederick<br>Bethany Granger<br>Mildred Graves<br>Regina Guillory | Baton Rouge, LA<br>LaPlace, LA<br>Baton Rouge, LA<br>Morgan City, LA<br>Bourg, LA<br>Franklinton, LA<br>Hammond, LA |

-115-

| | Javed Haider | Baton Rouge, LA |
| | Pamela Holt | Pearl River, LA |
| | David Jackson | New Orleans, LA |
| Mamie Jefferson, Curtis Johnson, Vernessa Johnson, Constance Lara, Barbara Larkins, Michelle Lenard, Thomas Mareckese, Glenda Marshall, Mary McLeod, Joseph McMillan v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1377<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Mamie Jefferson<br>Curtis Johnson<br>Vernessa Johnson<br>Constance Lara<br>Barbara Larkins<br>Michelle Lenard<br>Thomas Mareckese<br>Glenda Marshall<br>Mary McLeod<br>Joseph McMillan | Baton Rouge, LA<br>New Orleans, LA<br>Baton Rouge, LA<br>New Orleans, LA<br>West Monore, LA<br>Breaux Bridge, LA<br>Baton Rouge, LA<br>Moss Point, MS<br>Zachary, LA |
| Jerry Rhudy, Dawn Sabec, Maria (Elaine) Tanner, Diann Underwood, Shirley Von Dorn, Phyllis Wallace, Tina Walrath, Kim Warren, Sue Weippert, Larry White v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc. Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1378<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Jerry Rhudy<br>Dawn Sabec<br>Maria (Elaine) Tanner<br>Diann Underwood<br>Shirley Von Dorn<br>Phyllis Wallace | Memphis, TN<br>Casper, WY<br>Atlanta, TX<br>Dangerfield, TX<br>Lavista, NE<br>Carson City, NY |

-116-

| | Names | Location |
|---|---|---|
| Michelle Aroca, Marlene Ausmus, Alan Bohnenkamp, Ann Brandt, Ellen Cravens, Linda Crocker, Liz Diener, Dorothy Downs, Pamela Gill, Gloria Hofer, Janice Kemper, Rochelle Lambert, Eva Lowe, Roxanne Martin, Pam Mizeur, Esther Rogers, Valerie Rogers v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1379<br>Filed 03/30/04<br>**Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.** | Tina Walrath<br>Kim Warren<br>Sue Weippert<br>Larry White | Lincoln NE<br>Norman, AR<br>Pahrump, NY<br>New Orleans, LA |
| | Michelle Aroca<br>Marlene Ausmus<br>Alan Bohnenkamp<br>Ann Brandt<br>Ellen Cravens<br>Linda Crocker<br>Liz Diener<br>Dorothy Downs<br>Pamela Gill<br>Gloria Hofer<br>Janice Kemper<br>Rochelle Lambert<br>Eva Lowe<br>Roxanne Martin<br>Pam Mizeur<br>Esther Rogers<br>Valerie Rogers | Pekin, IL<br>Williamsville, IL<br>Ft. Madison, IA<br>Roseville, CA<br>Bartonville, IL<br>Houtson, TX<br>Humboldt, TX<br>Williamsville, IL<br>Pekin, IL<br>Decatur, IL<br>Rockford, IL<br>Kenney, IL<br>Springfield, IL<br>Pekin, IL<br>Rochester, IL<br>Brinfield, IL<br>Ipava, IL |

-117-

| | | |
|---|---|---|
| Pat Brandenburg, Joan Farnsworth, Patricia Genuit, Dena Gray, Janice Henderson, Mary Herren, Bobby Hornsby, Janel Johnson, Joan Laaker, Paulette Marchant, Andrew Martinez, Meredith Peterson, Neomi Pierce, Debbie Schelske, Tammy Spader, Todd Trickle, Ona Welch v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1380<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Pat Brandenburg<br>Joan Farnsworth<br>Patricia Genuit<br>Dena Gray<br>Janice Henderson<br>Mary Herren<br>Bobby Hornsby<br>Janel Johnson<br>Joan Laaker<br>Paulette Marchant<br>Andrew Martinez<br>Meredith Peterson<br>Neomi Pierce<br>Debbie Schelske<br>Tammy Spader<br>Todd Trickle<br>Ona Welch | Mesa, TX<br>Lewisville, TX<br>Carrollton, TX<br>Clinton, MO<br>Maricopa, AZ<br>Garland, TX<br>Phoenix. AZ<br>Rupert, ID<br>Louis, MO<br>Fruit Heights, UT<br>Caldwell, ID<br>McKinney, TX<br>Frisco, TX<br>Scottsdale, AZ<br>Plano, TX<br>Chandler, AZ<br>Springfield, IL |
| Joy Banfield, Lynda Griffin, John Lewis, Hazel Mensah, Sheila Merriweather, Annie Mosley, Paulette Nelms, Kathy Postell, Laurie Stoner v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1381<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Joy Banfield<br>Lynda Griffin | Ball Ground, GA<br>Roswell, GA |

LITDOCS542093.1

-118-

| | | |
|---|---|---|
| Helen Munster, Karen Poirrier, Diane Rulf, Patricia Shephard, Henry Anders, Annette Athmann, Evelyn Aucoin, Diane Beaulieu, Lillie Bell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1882<br>**Filed 03/30/04**<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | John Lewis<br>Hazel Mensah<br>Sheila Merriweather<br>Annie Mosley<br>Paulette Nelms<br>Kathy Postell<br>Laurie Stoner | Ellijay, GA<br>Red Oak, GA<br>Macon, GA<br>Summerville, GA<br>Franklin, GA<br>Jasper, GA<br>Atlanta, GA |
| | Helen Munster<br>Karen Poirrier<br>Diane Rulf<br>Patricia Shephard<br>Henry Anders<br>Annette Athmann<br>Evelyn Aucoin<br>Diane Beaulieu<br>Lillie Bell | LaPlace, LA<br>Lutcher, LA<br>Morgan City, LA<br>Chalmette, LA<br>Morgan City, LA<br>Ponchatoula, LA<br>Morgan City, LA<br>New Orleans, LA<br>Shreveport, LA |
| Cynthia Williams, Linda Williams, Wingate Williams, Tammy Winders, Donna Zachary v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1884<br>**Filed 03/30/04**<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Cynthia Williams<br>Linda Williams<br>Wingate Williams<br>Tammy Winders | Quinlan, TX<br>Weathorford, TX<br>Boyd, TX<br>Humble, TX |

LITDOCS/542093.1

-119-

| | Donna Zachary | The Colony, TX |
|---|---|---|
| Annamarie Tyson, Shirley A. Mayon, Linda F. Lacour, Peggy J. Streetman, Lillie H. Anderson, Sandy Jo Bernard, Grace Cardwell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1385<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Annamarie Tyson<br>Shirley A. Mayon<br>Linda F. Lacour<br>Peggy J. Streetman<br>Lillie H. Anderson<br>Sandy Jo Bernard<br>Grace Cardwell | Leesville, LA<br>Opelousas, LA<br>Alexandria, LA<br>Deville, LA<br>Pineville, LA<br>Alexandria, LA<br>Pineville, LA |
| Zina Jones, Peggy Knicley, Pamela Lucero, Helen Nelson, Angela Odom, Mary Pointer, Teresa Richter, Roberta Riggins, Ann Stringham, Gina Taylor, Linda Thomas, Genevieve Trigger, Thecla Wilson, Sheila Young, John Zoch v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1386<br>Filed 03/30/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Zina Jones<br>Peggy Knicley<br>Pamela Lucero<br>Helen Nelson<br>Angela Odom<br>Mary Pointer<br>Teresa Richter<br>Roberta Riggins<br>Ann Stringham<br>Gina Taylor | Port St. Lucie, FL<br>Fort Walton, FL<br>W. Valley City, UT<br>North Salt Lake City, UT<br>Defuniak Springs, FL<br>Ft. Myers, FL<br>Sandy, UT<br>DesAllemands, LA<br>Murray, UT<br>Cape Coral, FL |

-120-

Kathy Anderson, Alice Arnold, Sharon Barnett, Monica Baxter, Annette Beck, Pam Beck, Myra Bickham, Jeffrie Blaze, Claire Damon, Patti Day, Tyise Dunnaway, Ramona Guidry, Sandra Horn, Martha Leach, Gary Lind, Dolores Lumello, Cynthia Martin, Christelle Nunery v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1387
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

| Name | Location |
| --- | --- |
| Linda Thomas | Lake City, FL |
| Genevieve Trigger | Port Richey, FL |
| Thecla Wilson | Fort Pierce, FL |
| Sheila Young | Draper, UT |
| John Zoch | Port St. Lucie, FL |
| Kathy Anderson | Incline Village, NV |
| Alice Arnold | Dover, AR |
| Sharon Barnett | Valliant, OK |
| Monica Baxter | Casper, WY |
| Annete Beck | Reno, NV |
| Pam Beck | Memphis, TN |
| Myra Bickham | New Orleans, TN |
| Jeffrie Blaze | New Iberia, LA |
| Claire Damon | Las Vegas, NY |
| Patti Day | Las Vegas, NY |
| Tyise Dunnaway | New Orleans, LA |
| Ramona Guidry | Rayne, LA |
| Sandra Horn | Bartlett, TN |
| Martha Leach | Harrison, AR |
| Gary Lind | Bellevue, NE |
| Dolores Lumello | Jean, NV |
| Cynthia Martin | New Orleans, LA |
| Christelle Nunery | Kenner, LA |

-121-

Terrie Campbell, Arthur Chamness, Rollie Clark, Lura Ellis, Shirley Gilliam, Eleanor
Graves, Michelle Green, Suzie Hake, Madelyn Hamblin, Linda Hamilton, Earlaine
Hansen, Melody Hanson, Hilda Harmon, Linda Harris, Jet Hert, Doris Hodges, Glenda
Johnston, Yvonne Spradling, Donna Wenger v. Indevus Pharmaceuticals, Inc., F/K/A
Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products
Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc.,
A Division of American Home Products Corporation; and Boehringer Ingelheim
Pharmaceuticals
Middlesex Superior Court 2004 – 1388
Filed 03/30/04
*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*

**Suzi Hake is listed on caption, not in body of complaint; Wirkkala, Personal
Representative of The Estate of Robert Haas, is listed in body of complaint, not in
caption but she is also a plaintiff in Middlesex Sup. Ct. No. 2004-1295

| | |
|---|---|
| Terrie Campbell | Kent, WA |
| Arthur Chamness | Madras, OR |
| Rollie Clark | Independence, KS |
| Lura Ellis | Port Angeles, WA |
| Shirley Gilliam | Goose Creek, SC |
| Eleamor Graves | Myrtle Beach, SC |
| Michelle Green | Maple Valley, WA |
| **Sophie Wirkkala | Castle Rock, WA |
| | |
| Madelyn Hamblin | Puyallup, WA |
| Linda Hamilton | Silverton, OR |
| Earlaine Hansen | Canby, OR |
| Melody Hanson | Olympia, WA |
| Hilda Harmon | Lakewood, WA |
| Linda Harris | Graham, WA |
| Jet Hert | Auburn, WA |
| Doris Hodges | Kirkland, WA |
| Glenda Johnston | Lynden, WA |
| Yvonne Spradling | Port Angeles, WA |
| Donna Wenger | Federal Way, WA |

-122-

Sara K. Anderberg, Amy Bernstein, Sarah E. Brown, Stephanie L. Brown, Maria E.
Carrieri, Nancy Carter, Mary A. Coleman, Cleo M. Daniel, Peter Digilio, Toni Duffy,
Polly J. Hineman, Lucille Liggon, Monica G. Lomax, Betty Lundy, April F. Martin,
Juanita Mathis, Vickie Merritt, Lois A. Miller, Robert P. Mollenhauer, Mary Padula,
Jane Roberts, Lydia K, Tupuola, Melitta S. Valnion, Betty A. Vaughn, Carmen R. Wood
v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc.
F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A
Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products
Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1406
Filed 03/30/04
***Plaintiffs Attorneys: Brickley, Sears & Sorett, P.A..***

| | |
|---|---|
| Sara K. Anderberg | Brookings, OR |
| Amy Bernstein | South Euclid, OH |
| Sarah E. Brown | Stillwater, OK |
| Stephanie L. Brown | Woodstock, GA |
| Maria E. Carrieri | Lindenhurst, NY |
| Nancy Carter | Saint Louis, MO |
| Mary A. Coleman | Edwardsville, IL |
| Cleo M. Daniel | Montgomery, AL |
| Peter Digilio | Bay Shore, NY |
| Toni Duffy | Dearborne Heights, MI |
| Polly J. Hineman | Peculiar, MO |
| Lucille Liggon | Toledo, OH |
| Monica G. Lomax | Las Vegas, NV |
| Betty Lundy | Theodore, AL |
| April F. Martin | Oklahoma City, OK |
| Juanita Mathis | Bevard, NC |
| Vickie Merritt | Kansas City, MO |
| Lois A. Miller | Oklahoma City, OK |
| Robert P. Mollenhauer | ValleyStream, NY |
| Mary Padula | Atlantic Beach, NY |
| Jane Roberts | Campell Hall, NY |
| Lydia K, Tupuola | Tacoma, WA |
| Melitta S. Valnion | Blair, NE |
| Betty A. Vaughn | Cave In Rock, IL |
| Carmen R. Wood | Columbus, OH |

-123-

| | | |
|---|---|---|
| Patricia Ellis, Cindy Landry, Wendy Lee, Jacqueline Lovelace, Annie Owens, Sabrina Robinson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1643<br>Filed 04/16/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Patricia Ellis<br>Cindy Landry<br>Wendy Lee<br>Jacqueline Lovelace<br>Annie Owens<br>Sabrina Robinson | Arlington, TX<br>Glen Ellyn, IL<br>Yakima, WA<br>Warrensville Hts., OH<br>Fayetteville, GA<br>Union City, GA |
| Carla Cressionnie, Shelia Key, Ella Pedrick, Judy Sabatini, Versie Shackelford, Arthur Shackelford, Teresa Thomas, Cynthia Turner-Phipps, Ray Windham v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1644<br>Filed 04/16/04<br>*Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.* | Carla Cressionnie<br>Shelia Key<br>Ella Pedrick<br>Judy Sabatini<br>Versie Shackelford<br>Arthur Shackelford<br>Teresa Thomas<br>Cynthia Turner-Phipps<br>Ray Windham | Harahan, LA<br>Eaton, GA<br>Pennsville, NJ<br>Fort Pierce, FL<br>Lakeland, FL<br>Lakeland, FL<br>Leesville, LA<br>Roanoke Rapids, NC<br>Cape Coral, FL |

-124-

| | | |
|---|---|---|
| Kenya Datcher, George Kelly, Virginia Garret, and Roy Weatherford v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1645<br>Filed 04/16/04<br>***Plaintiffs Attorneys: Sugarman, Rogers, Barshak & Cohen, P.C.*** | Kenya Datcher<br>George Kelly<br>Virginia Garrett<br>Roy Weatherford | Silas, AL<br>Sebastian, FL<br>Chattanooga, TN<br>Hartsville, SC |

LITDOCS:542093.1