# ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AUG 0 4 2003

LUTHER D. THOMAS, Clerk
By: _____
                    Deputy Clerk

| | | |
|---|---|---|
| Brown, et al., | : | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:03-cv- 2070-JTC |
| Wyeth Pharmaceutical, Inc., et al., | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| Bosque, et al., | : | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:03-cv- 2071-WBH |
| Wyeth Pharmaceutical, Inc., et al., | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| Jones, et al., | : | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:03-cv- 2072-TWT |
| Wyeth Pharmaceutical, Inc., et al., | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| Chernack, et al., | : | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:03-cv- 2073-RWS |
| Wyeth Pharmaceutical, Inc., et al., | : | |
|     Defendants | : | |

AO 72A
(Rev.8/82)

Brounstein, et al.,

    Plaintiffs

v.

Wyeth Pharmaceutical, Inc., et al.,

    Defendants

:
:
:
:
:
:

CIVIL ACTION NO.
1:03-cv- 2074-BBM

---

Cavallo, et al.,

    Plaintiffs

v.

Wyeth Pharmaceutical, Inc., et al.,

    Defendants

:
:
:
:
:
:

CIVIL ACTION NO.
1:03-cv- 2075-RLV

---

Knopf, et al.,

    Plaintiffs

v.

Wyeth Pharmaceutical, Inc., et al.,

    Defendants

:
:
:
:
:
:

CIVIL ACTION NO.
1:03-cv- 2076-CAP

---

Bee-Latty, et al.,

    Plaintiffs

v.

Wyeth Pharmaceutical, Inc., et al.,

    Defendants

:
:
:
:
:
:

CIVIL ACTION NO.
1:03-cv- 2077-CC

2

AO 72A
(Rev.8/82)

Adair, et al.,                                :

       Plaintiffs                       :

v.                                            :        CIVIL ACTION NO.
                                                       1:03-cv- 2080-WBH

Wyeth Pharmaceutical, Inc., et al.,           :

       Defendants                       :

---

Baker, et al.,                                :

       Plaintiffs                       :

v.                                            :        CIVIL ACTION NO.
                                                       1:03-cv- 2081-RWS

Wyeth Pharmaceutical, Inc., et al.,           :

       Defendants                       :

---

Hardy, et al.,                                :

       Plaintiffs                       :

v.                                            :        CIVIL ACTION NO.
                                                       1:03-cv- 2082-CAP

Wyeth Pharmaceutical Inc., et al.,            :

       Defendants                       :

---

Jundt, et al.,                                :

       Plaintiffs                       :

v.                                            :        CIVIL ACTION NO.
                                                       1:03-cv- 2083-WBH

Wyeth Pharmaceutical, Inc., et al.,           :

       Defendants                       :

3

Akers, et al.,                                    :

      Plaintiffs                            :

v.                                                :          CIVIL ACTION NO.
                                                              1:03-cv- 2084-RLV

Wyeth Pharmaceutical, Inc., et al.,               :

      Defendants                           :

---

Allen, et al.,                                    :

      Plaintiffs                            :

v.                                                :          CIVIL ACTION NO.
                                                              1:03-cv- 2085-JTC

Wyeth Pharmaceutical, Inc., et al.,               :

      Defendants                           :

---

Abercrombie, et al.,                              :

      Plaintiffs                            :

v.                                                :          CIVIL ACTION NO.
                                                              1:03-cv- 2086-JOF

Wyeth Pharmaceutical, Inc., et al.,               :

      Defendants                           :

---

Bailey, et al.,                                   :

      Plaintiffs                            :

v.                                                :          CIVIL ACTION NO.
                                                              1:03-cv- 2087-JTC

Wyeth Pharmaceutical, Inc., et al.,               :

      Defendants                           :

4

Alexander, et al.,

         Plaintiffs

                                         CIVIL ACTION NO.

v.                                     1:03-cv- 2088-JEC

Wyeth Pharmaceutical, Inc., et al.,

         Defendants

---

Abegg-Gehring, et al.,

         Plaintiffs

                                         CIVIL ACTION NO.

v.                                     1:03-cv- 2089-CC

Wyeth Pharmaceutical, Inc., et al.,

         Defendants

---

Adams, et al.,

         Plaintiffs

                                         CIVIL ACTION NO.

v.                                     1:03-cv- 2090-WBH

Curlee, et al.,

         Defendants

---

Agnew, et al.,

         Plaintiffs

                                         CIVIL ACTION NO.

v.                                     1:03-cv- 2091-TWT

Wyeth Pharmaceutical, Inc., et al.,

         Defendants

---

AO 72A
(Rev.8/82)

Driggers, et al.,                              :

        Plaintiffs                       :

                                  :          CIVIL ACTION NO.

v.                                             :          1:03-cv- 2092-RWS

Wyeth Pharmaceutical, Inc., et al.,            :

        Defendants                       :

---

Owens, et al.,                                 :

        Plaintiffs                       :

                                  :          CIVIL ACTION NO.

v.                                             :          1:03-cv- 2093-CAP

Wyeth Pharmaceutical, Inc., et al.,            :

        Defendants                       :

---

Gale, et al.,                                  :

        Plaintiffs                       :

                                  :          CIVIL ACTION NO.

v.                                             :          1:03-cv- 2094-BBM

Wyeth Pharmaceutical, Inc., et al.,            :

        Defendants                       : .

---

Albert, et al.,                                :

        Plaintiffs                       :

                                  :          CIVIL ACTION NO.

v.                                             :          1:03-cv- 2101-RLV

Wyeth Pharmaceutical, Inc., et al.,            :

        Defendants                       :

---

6

08/07/2003 14:54 FAX 4048176172          NELSON MULLINS          ☒008/041

Allen, et al.,                            :

      Plaintiffs                      :

                                :                    CIVIL ACTION NO.

v.                                                                 1:03-cv- 2102-JOF

Wyeth Pharmaceutical, Inc., et al.,       :

      Defendants                      :

---

Aycock, et al.,                           :

      Plaintiffs                      :

                                :                    CIVIL ACTION NO.

v.                                                                 1:03-cv- 2103-JTC

Wyeth Pharmaceutical, Inc., et al.,       :

      Defendants                      :

---

Adams, et al.,                            :

      Plaintiffs                      :

                                :                    CIVIL ACTION NO.

v.                                                                 1:03-cv- 2104-JEC

Wyeth Pharmaceutical, Inc., et al.,       :

      Defendants                      :

---

Johnson, et al.,                          :

      Plaintiffs                      :

                                :                    CIVIL ACTION NO.

v.                                                                 1:03-cv- 2105-CC

Wyeth Pharmaceutical, Inc., et al.,       :

      Defendants                      :

---

AO 72A
(Rev.8/82)

Anderson

       Plaintiff                           :

                                           :        CIVIL ACTION NO.

v.                                                                   1:03-cv- 2119-RWS

Wyeth Pharmaceutical, Inc.                   :

       Defendant                         :

---

Luke, et al.,                                          :

       Plaintiffs                          :

v.                                                         :        CIVIL ACTION NO.
                                                                    1:03-cv- 2120-CAP

Wyeth Pharmaceutical, Inc., et al.,        :

       Defendants                       :

---

Adkins, et al.,                                      :

       Plaintiffs                          :

v.                                                         :        CIVIL ACTION NO.
                                                                    1:03-cv- 2121-JOF

Wyeth Pharmaceutical, Inc., et al.,        :

       Defendants                       :

---

Agha, et al.,                                        :

       Plaintiffs                          :

v.                                                         :        CIVIL ACTION NO.
                                                                    1:03-cv- 2122-JEC

Wyeth Pharmaceutical, Inc., et al.,        :

       Defendants                       :

---

AO 72A
(Rev.8/82)

Adams, et al.,

        Plaintiffs

                        :           CIVIL ACTION NO.

v.                            1:03-cv- 2123-CC

Wyeth Pharmaceutical, Inc., et al.,

        Defendants

---

Anderson, et al.,

        Plaintiffs

                        :           CIVIL ACTION NO.

v.                            1:03-cv- 2124-WBH

Wyeth Pharmaceutical, et al.,

        Defendants

---

Carter-Thompson

        Plaintiff

                        :           CIVIL ACTION NO.

v.                            1:03-cv- 2130-RWS

Wyeth Pharmaceutical, Inc.

        Defendant

---

Langston, et al.,

        Plaintiffs

                        :           CIVIL ACTION NO.

v.                            1:03-cv- 2131-CAP

Wyeth Pharmaceutical, Inc., et al.,

        Defendants

---

AO 72A
(Rev.8/82)

Pinkney, et al.,                          :

        Plaintiffs                        :

v.                                        :         CIVIL ACTION NO.
                                      1:03-cv- 2132-BBM

Wyeth Pharmaceutical, Inc., et al.,       :

        Defendants                        :

_____

Kubelka, et al.,                          :

        Plaintiffs                        :

v.                                        :         CIVIL ACTION NO.
                                      1:03-cv- 2133-BBM

Wyeth Pharmaceutical, Inc., et al.,       :

        Defendants                        :

_____

Aiken, et al.,                            :

        Plaintiffs                        :

v.                                        :         CIVIL ACTION NO.
                                      1:03-cv- 2134-JEC

Wyeth Pharmaceutical, Inc., et al.,       :

        Defendants                        :

_____

Lindemann, et al.,                        :

        Plaintiffs                        :

v.                                        :         CIVIL ACTION NO.
                                      1:03-cv- 2135-CC

Wyeth Pharmaceutical, Inc., et al.,       :

        Defendants                        :

_____

AO 72A
(Rev.8/82)

Pietrocarlo, et al.,

        Plaintiffs             :

                          :            CIVIL ACTION NO.

v.                            1:03-cv- 2136-WBH

Wyeth Pharmaceutical, Inc., et al.,     :

        Defendants          :

---

Amussen, et al.,

        Plaintiffs         :

v.                         :           CIVIL ACTION NO.

                          1:03-cv- 2137-TWT

Wyeth Pharmaceutical, Inc., et al.,     :

        Defendants          :

---

Sherod, et al.,

        Plaintiffs         :

v.                         :           CIVIL ACTION NO.

                          1:03-cv- 2138-RWS

Wyeth Pharmaceutical, Inc., et al.,     :

        Defendants          :

---

Fowler, et al.,

        Plaintiffs         :

v.                         :           CIVIL ACTION NO.

                          1:03-cv- 2139-CAP

Wyeth Pharmaceutical, Inc., et al.,     :

        Defendants          :

---

AO 72A
(Rev.8/82)

Butler, et al.,

        Plaintiffs

                                :           CIVIL ACTION NO.

v.                               :           1:03-cv- 2140-BBM

Wyeth Pharmaceutical, Inc., et al.,

        Defendants

---

Bellevue, et al.,

        Plaintiffs

                                :           CIVIL ACTION NO.

v.                               :           1:03-cv- 2141-RLV

Wyeth Pharmaceutical, Inc., et al.,

        Defendants

---

King, et al.,

        Plaintiffs

                                :           CIVIL ACTION NO.

v.                               :           1:03-cv- 2142-RLV

Wyeth Pharmaceutical, Inc., et al.,

        Defendants

---

Phelps-Dorris, et al.,

        Plaintiffs

                                :           CIVIL ACTION NO.

v.                               :           1:03-cv- 2143-BBM

American Home Products, et al.,

        Defendants

---

12

08/07/2003 14:55 FAX 4048176172        NELSON MULLINS                                  ☒014/041

Albrecht, et al.,                                    :

        Plaintiffs                               :

                                      :

v.                                                   :        CIVIL ACTION NO.
                                                              1:03-cv- 2144-JOF

Wyeth Pharmaceutical, Inc., et al.,                  :

        Defendants                               :

_____

Huckeba, et al.,                                     :

        Plaintiffs                               :

                                        :

v.                                                   :        CIVIL ACTION NO.
                                                              1:03-cv- 2145-JTC

Wyeth Pharmaceutical, Inc., et al.,                  :

        Defendants                               :

_____

Atkinson, et al.,                                    :

        Plaintiffs                               :

                                        :

v.                                                   :        CIVIL ACTION NO.
                                                              1:03-cv- 2146-JEC

Wyeth Pharmaceutical, Inc., et al.,                  :

        Defendants                               :

_____

Mauser, et al.,                                      :

        Plaintiffs                               :

                                        :

v.                                                   :        CIVIL ACTION NO.
                                                              1:03-cv- 2147-CC

Wyeth Pharmaceutical, Inc., et al.,                  :

        Defendants                               :

_____

AO 72A
(Rev.8/82)

Givens, et al.,                                 :

      Plaintiffs                           :

v.                                              :          CIVIL ACTION NO.
                                                           1:03-cv- 2148-WBH

Wyeth Pharmaceutical, Inc., et al.,             :

      Defendants                           :

---

Sorrell, et al.,                                :

      Plaintiffs                           :

v.                                              :          CIVIL ACTION NO.
                                                           1:03-cv- 2149-TWT

American Home Products                          :

      Defendant                            :

---

Fuhrman                                         :

      Plaintiff                            :

v.                                              :          CIVIL ACTION NO.
                                                           1:03-cv- 2150-RWS

Wyeth Pharmaceutical, Inc.                      :

      Defendant                            :

---

Joslyn, et al.,                                 :

      Plaintiffs                           :

v.                                              :          CIVIL ACTION NO.
                                                           1:03-cv- 2151-CAP

Wyeth Pharmaceutical, Inc., et al.,             :

      Defendants                           :

---

AO 72A
(Rev.8/82)

Turner

        Plaintiff       :

                         :

v.                        :     CIVIL ACTION NO.
                              1:03-cv- 2152-BBM

American Home Products, et al.,   :

        Defendants    :

---

Geisert, et al.,

        Plaintiffs     :

                         :

v.                        :     CIVIL ACTION NO.
                              1:03-cv- 2153-ODE

American Home Products, et al.,   :

        Defendants    :

---

Beaver

        Plaintiff      :

                         :

v.                        :     CIVIL ACTION NO.
                              1:03-cv- 2154-RLV

Wyeth Pharmaceutical, Inc.

        Defendant     :

---

Arthur

        Plaintiff      :

                         :

v.                        :     CIVIL ACTION NO.
                              1:03-cv- 2155-JOF

Wyeth Pharmaceutical, Inc., et al.,  :

        Defendants    :

---

AO 72A
(Rev.8/82)

Alarcon

        Plaintiff        :

v.                    :     CIVIL ACTION NO.
                        1:03-cv- 2156-JOF

Wyeth Pharmaceutical, Inc., et al.,  :

        Defendants     :

---

Neils

        Plaintiff        :

v.                    :     CIVIL ACTION NO.
                        1:03-cv- 2167-TWT

Wyeth Pharmaceutical, Inc.

        Defendant     :

---

McKinney

        Plaintiff        :

v.                    :     CIVIL ACTION NO.
                        1:03-cv- 2168-RWS

Wyeth Pharmaceutical, Inc.

        Defendant     :

---

Brown

        Plaintiff        :

v.                    :     CIVIL ACTION NO.
                        1:03-cv- 2169-BBM

Wyeth Pharmaceutical, Inc., et al.,  :

        Defendants     :

---

16

AO 72A
(Rev.8/82)

Duncan, et al.,

    Plaintiffs     :

            :   CIVIL ACTION NO.
v.            :   1:03-cv- 2170-RLV

Wyeth Pharmaceutical, Inc., et al., :

    Defendants    :

---

Ellison

    Plaintiff     :

            :   CIVIL ACTION NO.
v.            :   1:03-cv- 2171-JOF

American Home Products, et al., :

    Defendants    :

---

Meyers

    Plaintiff     :

            :   CIVIL ACTION NO.
v.            :   1:03-cv- 2172-JTC

Wyeth Pharmaceutical, Inc.   :

    Defendant    :

---

Asher

    Plaintiff     :

            :   CIVIL ACTION NO.
v.            :   1:03-cv- 2173-CC

American Home Products, et al., :

    Defendants    :

---

17

AO 72A
(Rev.8/82)

Hopper, et al.,                                    :

      Plaintiffs                              :

v.                                                 :        CIVIL ACTION NO.
                                                            1:03-cv- 2174-WBH

Wyeth Pharmaceutical, Inc., et al.,                :

      Defendants                              :

---

Dennis                                             :

      Plaintiff                               :

v.                                                 :        CIVIL ACTION NO.
                                                            1:03-cv- 2175-TWT

Wyeth Pharmaceutical, Inc.                         :

      Defendant                               :

---

Wilkinson-Orvik                                    :

      Plaintiff                               :

v.                                                 :        CIVIL ACTION NO.
                                                            1:03-cv- 2176-RWS

Wyeth Pharmaceutical, Inc.                         :

      Defendant                               :

---

Russell                                            :

      Plaintiff                               :

v.                                                 :        CIVIL ACTION NO.
                                                            1:03-cv- 2177-CAP

American Home Products                             :

      Defendant                               :

---

AO 72A
(Rev.8/82)

Kirkpatrick

        Plaintiff             :

                         :

v.                         :        CIVIL ACTION NO.
                                    1:03-cv- 2178-BBM

Wyeth Pharmaceutical, Inc., et al.,    :

        Defendants        :

---

Pierce

        Plaintiff             :

v.                         :        CIVIL ACTION NO.
                                    1:03-cv- 2179-JOF

Wyeth Pharmaceutical, Inc., et al.,    :

        Defendants        :

---

Crawford

        Plaintiff             :

v.                         :        CIVIL ACTION NO.
                                    1:03-cv- 2180-JTC

Wyeth Pharmaceutical, Inc.        :

        Defendant         :

---

Acree

        Plaintiff             :

v.                         :        CIVIL ACTION NO.
                                    1:03-cv- 2181-CC

Wyeth Pharmaceutical, Inc., et al.,    :

        Defendants        :

---

Shomaker, et al.,

    Plaintiffs              :

                          :       CIVIL ACTION NO.

v.                   :       1:03-cv- 2182-WBH

American Home Products, et al.,   :

    Defendants           :

Lazenberry

    Plaintiff              :

                          :       CIVIL ACTION NO.

v.                   :       1:03-cv- 2183-TWT

Wyeth Pharmaceutical, Inc.     :

    Defendant           :

Brown

    Plaintiff              :

                          :       CIVIL ACTION NO.

v.                   :       1:03-cv- 2184-RWS

Wyeth Pharmaceutical, Inc., et al.,   :

    Defendants           :

Briscoe

    Plaintiff              :

                          :       CIVIL ACTION NO.

v.                   :       1:03-cv- 2185-CAP

Wyeth Pharmaceutical, Inc.     :

    Defendant           :

20

AO 72A
(Rev.8/82)

Brown

       Plaintiff       :

                       :

  v.                 :        CIVIL ACTION NO.
                                 1:03-cv- 2186-BBM

Wyeth Pharmaceutical, Inc., et al.,    :

       Defendants       :

---

Pryor, et al.,

       Plaintiffs       :

                       :

  v.                 :        CIVIL ACTION NO.
                                 1:03-cv- 2187-JOF

Wyeth Pharmaceutical, Inc., et al.,    :

       Defendants       :

---

Babson

       Plaintiff       :

  v.                 :        CIVIL ACTION NO.
                                 1:03-cv- 2188-RLV

Wyeth Pharmaceutical, Inc.        :

       Defendant       :

---

Agee

       Plaintiff       :

  v.                 :        CIVIL ACTION NO.
                                 1:03-cv- 2189-JOF

Wyeth Pharmaceutical, Inc., et al.,    :

       Defendants       :

---

21

Rushing

       Plaintiff            :

                             :

v.                           :        CIVIL ACTION NO.
                                            1:03-cv- 2190-JTC

Wyeth Pharmaceutical, Inc.       :

       Defendant       :

---

Harrison

       Plaintiff            :

v.                             CIVIL ACTION NO.
                                            1:03-cv- 2191-JEC

Wyeth Pharmaceutical, Inc., et al.,  :

       Defendants       :

---

Smith

       Plaintiff            :

v.                           :      CIVIL ACTION NO.
                                            1:03-cv- 2192-CC

Wyeth Pharmaceutical, Inc., et al.,  :

       Defendants       :

---

Moffitt, et al.,

       Plaintiffs          :

v.                           :      CIVIL ACTION NO.
                                            1:03-cv- 2193-WBH

Wyeth Pharmaceutical, Inc., et al.,  :

       Defendants       :

---

22

Adams

      Plaintiff

                                :                              CIVIL ACTION NO.
v.                                      :                              1:03-cv- 2194-TWT

Wyeth Pharmaceutical, Inc.              :

      Defendant                         :

---

Allen

      Plaintiff                         :

                                  :                              CIVIL ACTION NO.
v.                                      :                              1:03-cv- 2195-RWS

Wyeth Pharmaceutical, Inc.              :

      Defendant                         :

---

Davis                                   :

      Plaintiff                         :

v.                                      :                              CIVIL ACTION NO.
                                                                       1:03-cv- 2196-CAP

Wyeth Pharmaceutical, Inc.              :

      Defendant                         :

---

McCreary                                :

      Plaintiff                         :

v.                                      :                              CIVIL ACTION NO.
                                                                       1:03-cv- 2197-BBM

Wyeth Pharmaceutical, Inc., et al.,     :

      Defendants                        :

---

23

AO 72A
(Rev.8/82)

Wood

        Plaintiff              :

v.                          :      CIVIL ACTION NO.
                                     1:03-cv- 2205-RLV

Wyeth Pharmaceutical, Inc.      :

        Defendant         :

---

Yates

        Plaintiff              :

v.                          :      CIVIL ACTION NO.
                                     1:03-cv- 2206-ODE

Wyeth Pharmaceutical, Inc., et al.,  :

        Defendants        :

---

Anderson

        Plaintiff              :

v.                          :      CIVIL ACTION NO.
                                     1:03-cv- 2207-JOF

Wyeth Pharmaceutical, Inc., et al.,  :

        Defendants        :

---

Augarten, et al.,

        Plaintiffs            :

v.                          :      CIVIL ACTION NO.
                                     1:03-cv- 2209-JEC

Wyeth Pharmaceutical, Inc., et al.,  :

        Defendants        :

---

AO 72A
(Rev.8/82)

Hanson, et al.,

   Plaintiffs

v.               CIVIL ACTION NO.
                1:03-cv- 2210-WBH

Wyeth Pharmaceutical, Inc., et al.,

   Defendants

---

Fruen, et al.,

   Plaintiffs

v.               CIVIL ACTION NO.
                1:03-cv- 2211-TWT

Wyeth Pharmaceutical, Inc., et al.,

   Defendants

---

Whitelaw

   Plaintiff

v.               CIVIL ACTION NO.
                1:03-cv- 2214-RWS

Wyeth Pharmaceutical, Inc., et al.,

   Defendants

---

Perry

   Plaintiff

v.               CIVIL ACTION NO.
                1:03-cv- 2215-CAP

Wyeth Pharmaceutical, Inc.

   Defendant

---

AO 72A
(Rev.8/82)

Stafford

   Plaintiff

v.            CIVIL ACTION NO.
             1:03-cv- 2216-BBM

Wyeth Pharmaceutical, Inc., et al.,

   Defendants

---

Walter

   Plaintiff

v.            CIVIL ACTION NO.
             1:03-cv- 2217-RLV

Wyeth Pharmaceutical, Inc.

   Defendant

---

Reddish

   Plaintiff

v.            CIVIL ACTION NO.
             1:03-cv- 2218-ODE

Wyeth Pharmaceutical, Inc.

   Defendant

---

Shor

   Plaintiff

v.            CIVIL ACTION NO.
             1:03-cv- 2219-JOF

Wyeth Pharmaceutical, Inc., et al.,

   Defendants

---

26

AO 72A
(Rev.8/82)

Scott, et al.,

          Plaintiffs

v.

                                         :        CIVIL ACTION NO.
1:03-cv- 2220-JTC

Wyeth Pharmaceutical, Inc.

          Defendant

---

Gossett

          Plaintiff

v.

                                         :        CIVIL ACTION NO.
1:03-cv- 2221-JEC

Wyeth Pharmaceutical, Inc., et al.,

          Defendants

---

Lucero

          Plaintiff

v.

                                         :        CIVIL ACTION NO.
1:03-cv- 2222-CC

Wyeth Pharmaceutical, Inc., et al.,

          Defendants

---

Maxwell, et al.,

          Plaintiffs

v.

                                         :        CIVIL ACTION NO.
1:03-cv- 2223-WBH

Wyeth Pharmaceutical, Inc., et al.,

          Defendants

---

AO 72A
(Rev.8/82)

08/07/2003 14:57 FAX 4048176172          NELSON MULLINS                    ☑029/041

Huggins

          Plaintiff                              :

v.                                               :          CIVIL ACTION NO.
                                                            1:03-cv- 2224-TWT

Wyeth Pharmaceutical, Inc.                       :

          Defendant                              :

_____

Thompson                                         :

          Plaintiff                              :

v.                                               :          CIVIL ACTION NO.
                                                            1:03-cv- 2225-RWS

Wyeth Pharmaceutical, Inc., et al.,              :

          Defendants                             :

_____

Blash                                            :

          Plaintiff                              :

v.                                               :          CIVIL ACTION NO.
                                                            1:03-cv- 2226-CAP

Wyeth Pharmaceutical, Inc.                       :

          Defendant                              :

_____

Snow                                             :

          Plaintiff                              :

v.                                               :          CIVIL ACTION NO.
                                                            1:03-cv- 2227-BBM

Wyeth Pharmaceutical, Inc., et al.,              :

          Defendants                             :

_____

28

AO 72A
(Rev.8/82)

McWhorter                                    :

        Plaintiff                          :

                                                    CIVIL ACTION NO.

v.                                           :          1:03-cv- 2228-RLV

Wyeth Pharmaceutical, Inc.                   :

        Defendant                          :

---

Pinsker                                      :

        Plaintiff                          :

                                                    CIVIL ACTION NO.

v.                                           :          1:03-cv- 2229-ODE

Wyeth Pharmaceutical, Inc.                   :

        Defendant                          :

---

Williams, et al.,                            :

        Plaintiffs                         :

                                                    CIVIL ACTION NO.

v.                                           :          1:03-cv- 2239-JEC

Wyeth Pharmaceutical, Inc., et al.,          :

        Defendants                         :

---

Miller                                       :

        Plaintiff                          :

                                                    CIVIL ACTION NO.

v.                                           :          1:03-cv- 2240-CC

Wyeth Pharmaceutical, Inc., et al.,          :

        Defendants                         :

---

29

AO 72A
(Rev.8/82)

Sanford

        Plaintiff

                            :

v.                        :    CIVIL ACTION NO.
                                1:03-cv- 2241-RWS

Wyeth Pharmaceutical, Inc., et al.,    :

        Defendants         :

Anderson

        Plaintiff              :

v.                        :    CIVIL ACTION NO.
                                1:03-cv- 2242-CAP

Wyeth Pharmaceutical, Inc.        :

        Defendant          :

Mitchell

        Plaintiff              :

v.                        :    CIVIL ACTION NO.
                                1:03-cv- 2243-BBM

Wyeth Pharmaceutical, Inc., et al.,    :

        Defendants         :

McFarland

        Plaintiff              :

v.                        :    CIVIL ACTION NO.
                                1:03-cv- 2244-ODE

Wyeth Pharmaceutical, Inc.        :

         Defendant          :

AO 72A
(Rev.8/82)

Bassi

        Plaintiff

                    :

v.                  :        CIVIL ACTION NO.
                          1:03-cv- 2245-JOF

Wyeth Pharmaceutical, Inc., et al.,

        Defendants

---

Brockmeier

        Plaintiff

                    :

v.                  :        CIVIL ACTION NO.
                          1:03-cv- 2246-JTC

Wyeth Pharmaceutical, Inc.

        Defendant

---

Huse-Wooten-Plenty

        Plaintiff

                    :

v.                  :        CIVIL ACTION NO.
                          1:03-cv- 2247-JEC

Wyeth Pharmaceutical, Inc., et al.,

        Defendants

---

Beck

        Plaintiff

                    :

v.                  :        CIVIL ACTION NO.
                        1:03-cv- 2248-CC

Wyeth Pharmaceutical, Inc., et al.,

        Defendants

---

AO 72A
(Rev.8/82)

Hudson

        Plaintiff                                    :

                              :

v.                                               :       CIVIL ACTION NO.
                                                         1:03-cv- 2249-TWT

Wyeth Pharmaceutical, Inc.

        Defendant                                    :

---

Johnson

        Plaintiff                                    :

                              :

v.                                               :       CIVIL ACTION NO.
                                                         1:03-cv- 2250-RWS

Wyeth Pharmaceutical, Inc., et al.,

        Defendants                                   :

---

Moreland

        Plaintiff                                    :

v.                                               :       CIVIL ACTION NO.
                                                         1:03-cv- 2251-CAP

Wyeth Pharmaceutical, Inc.

        Defendant                                    :

---

Vandewater

        Plaintiff                                    :

v.                                               :       CIVIL ACTION NO.
                                                         1:03-cv- 2252-BBM

Wyeth Pharmaceutical, Inc., et al.,

        Defendants                                   :

---

AO 72A
(Rev.8/82)

Beard

        Plaintiff                                                :

                                      :

v.                                                       :         CIVIL ACTION NO.
                                                                   1:03-cv- 2253-JOF

Wyeth Pharmaceutical, Inc., et al.,                      :

        Defendants                                  :

Fuller

        Plaintiff                                                :

v.                                                       :         CIVIL ACTION NO.
                                                                   1:03-cv- 2254-JTC

Wyeth Pharmaceutical, Inc., et al.,                      :

        Defendants                                  :

Mahan

        Plaintiff                                                :

v.                                                       :         CIVIL ACTION NO.
                                                                   1:03-cv- 2255-JEC

Wyeth Pharmaceutical, Inc., et al.,                      :

        Defendants                                  :

Andreasen

        Plaintiff                                                :

v.                                                       :         CIVIL ACTION NO.
                                                                   1:03-cv- 2256-CC

Wyeth Pharmaceutical, Inc., et al.,                      :

        Defendants                                  :

AO 72A
(Rev.8/82)

Allen, et al.,                          :

     Plaintiffs                        :

v.                                       :          CIVIL ACTION NO.
                                                    1:03-cv- 2257-WBH

Wyeth Pharmaceutical, Inc., et al.,      :

     Defendants                       :

---

Arko                                     :

     Plaintiff                        :

v.                                       :          CIVIL ACTION NO.
                                                    1:03-cv- 2258-TWT

Wyeth Pharmaceutical, Inc.               :

     Defendant                        :

---

Baker, et al.,                           :

     Plaintiffs                        :

v.                                       :          CIVIL ACTION NO.
                                                    1:03-cv- 2259-RWS

Wyeth Pharmaceutical, Inc.               :

     Defendant                        :

---

Sharp                                    :

     Plaintiff                        :

v.                                       :          CIVIL ACTION NO.
                                                    1:03-cv- 2260-CAP

Wyeth Pharmaceutical, Inc.               :

     Defendant                        :

---

AO 72A
(Rev.8/82)

Felder

   Plaintiff

 v.            CIVIL ACTION NO.
             1:03-cv- 2261-BBM

Wyeth Pharmaceutical, Inc., et al.,

   Defendants

---

Pasko

   Plaintiff

 v.            CIVIL ACTION NO.
             1:03-cv- 2262-RLV

Wyeth Pharmaceutical, Inc.

   Defendant

---

Bailey

   Plaintiff

 v.            CIVIL ACTION NO.
             1:03-cv- 2263-ODE

Wyeth Pharmaceutical, Inc.

   Defendant

---

McBride

   Plaintiff

 v.            CIVIL ACTION NO.
             1:03-cv- 2264-JOF

Wyeth Pharmaceutical, Inc., et al.,

   Defendants

---

AO 72A
(Rev.8/82)

Wurdinger

       Plaintiff      :

                       :              CIVIL ACTION NO.

v.                                1:03-cv- 2265-JTC

Wyeth Pharmaceutical, Inc.       :

       Defendant      :

---

Smith

       Plaintiff       :

                       :              CIVIL ACTION NO.

v.                                1:03-cv- 2266-JEC

Wyeth Pharmaceutical, Inc., et al.,

       Defendants     :

---

Albright

       Plaintiff       :

                       :              CIVIL ACTION NO.

v.                                1:03-cv- 2267-CC

Wyeth Pharmaceutical, Inc., et al.,

       Defendants     :

---

Jackson-Bartlett, et al.,

       Plaintiffs      :

                       :              CIVIL ACTION NO.

v.                                1:03-cv- 2268-WBH

Wyeth Pharmaceutical, Inc., et al.,

       Defendants     :

---

36

White

        Plaintiff                            :

                          :

v.                                         CIVIL ACTION NO.
                              1:03-cv- 2269-TWT

Wyeth Pharmaceutical, Inc.                 :

        Defendant                            :

---

Tate, et al.,                              :

        Plaintiffs                           :

v.                                         CIVIL ACTION NO.
                              1:03-cv- 2270-RWS

Wyeth Pharmaceutical, Inc., et al.,

        Defendants                           :

---

Carney                                     :

        Plaintiff                            :

v.                                         CIVIL ACTION NO.
                              1:03-cv- 2271-CAP

Wyeth Pharmaceutical, Inc.                 :

        Defendant                            :

---

Foreman                                    :

        Plaintiff                            :

v.                                         CIVIL ACTION NO.
                              1:03-cv- 2272-BBM

Wyeth Pharmaceutical, Inc., et al.,        :

        Defendants                           :

---

AO 72A
(Rev.8/82)

Beckton, et al.,                          :

       Plaintiffs                   :

                           :          CIVIL ACTION NO.

v.                                        :          1:03-cv- 2273-RLV

Wyeth Pharmaceutical, Inc., et al.,       :

       Defendants                   :

_____

Abegglen                                  :

       Plaintiff                    :

                           :          CIVIL ACTION NO.

v.                                        :          1:03-cv- 2274-ODE

Wyeth Pharmaceutical, Inc.                :

       Defendant                    :

_____

Smith                                     :

       Plaintiff                    :

                           :          CIVIL ACTION NO.

v.                                        :          1:03-cv- 2275-JOF

Wyeth Pharmaceutical, Inc., et al.,       :

       Defendants                   :

_____

Parks, et al.,                            :

       Plaintiffs                   :

                           :          CIVIL ACTION NO.

v.                                        :          1:03-cv- 2276-JTC

Wyeth Pharmaceutical, Inc., et al.,       :

       Defendants                   :

_____

38

Armstrong

      Plaintiff

v.                                                      CIVIL ACTION NO.
                                                        1:03-cv- 2277-JEC

Wyeth Pharmaceutical, Inc., et al.,

      Defendants

---

Ricketts

      Plaintiff

v.                                                      CIVIL ACTION NO.
                                                        1:03-cv- 2278-CC

Wyeth Pharmaceutical, Inc., et al.,

      Defendants

---

Nall-Tillman, et al.,

      Plaintiffs

v.                                                      CIVIL ACTION NO.
                                                        1:03-cv- 2279-WBH

Wyeth Pharmaceutical, Inc., et al.,

      Defendants

---

Hudgins

      Plaintiff

v.                                                      CIVIL ACTION NO.
                                                        1:03-cv- 2280-TWT

Wyeth Pharmaceutical, Inc.

      Defendant

---

AO 72A
(Rev.8/82)

Baxter                                         :

      Plaintiff                                 :

                                              CIVIL ACTION NO.

v.                                             :          1:03-cv- 2281-RWS

Wyeth Pharmaceutical, Inc., et al.,            :

      Defendants                              :

---

### ORDER

It appearing that the above-styled cases are related or similar, that management of the cases by one judge would be most efficient and in the interest of justice, and that U.S. District Judge Robert L. Vining, Jr., has agreed to the assignment of all cases, IT IS ORDERED that the above cases are hereby transferred to U. S. District Judge Robert L. Vining, Jr., and the Clerk is directed to reassign same.

SO ORDERED, this ___4___ day of August, 2003.

ORINDA D. EVANS, Chief United States District Judge

AO 72A
(Rev.8/82)