BINGHAM McCUTCHEN

Catherine A. Deyo
Direct Phone: (617) 951-8449
Direct Fax:    (617) 951-8736
catherine.deyo@bingham.com

May 13, 2004

**BY HAND**

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

Civil Clerk
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02110

Re:   **Mary Andrus, et al. v. Indevus Pharmaceuticals, Inc., et al.
      CA # 04-10911 GAO
      Removed from Middlesex Superior Court May 7, 2004**

Dear Sir/Madam:

Enclosed for filing please find certified copies of all of the pleadings filed in Middlesex Superior Court, as well as a certified copy of the Middlesex Superior Court docket, with the Notice of Filing the Notice of Removal docketed.

The filing of these certified copies completes the removal of this case from Middlesex Superior Court to this United States District Court.

Thank you for your attention to this matter.

Very truly yours,

*Catherine A. Deyo*

Catherine A. Deyo
Legal Assistant

Enclosures as indicated
cc:   William A. McCormack, Esq., w/o. enc.
      Janice W. Howe, Esq., w/o. enc.
      David Yamin, Esq., w/o. enc.