**WYETH/Diet Drug Cases**

Massachusetts/Rhode Island Cases filed in Middlesex Superior Court

*TOTAL OF 43 Plaintiffs in MA, 1 Plaintiffs in Rhode Island / TOTAL OF 2624 plaintiffs in all as of 05/12/04*

195 cases filed

* Service Notification by Sugarman

*Cases 04-1383 and 04-1389: WYETH IS NOT A DEFENDANT*

| Case Name | Plaintiff | State Plaintiff Resides |
|---|---|---|
| *Mary Andrus; Eleanor Archambeau; Diane Bonneau; Lertis Caldwell; Priscilla Cote; Theresa DeJoy; Laural Fankhauser; Nancy Kennedy; Barbara Williams; Lucinda Youell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Filed 03/10/04<br>Middlesex Superior Court 2004-0909<br>*Plaintiff's Attorney - see separate list*<br>*served May 7, 2004<br>Removed to Federal Court 05/07/04  Case No. 04 – 10911GAO | Mary Andrus<br>Eleanor Archambeau<br>Diane Bonneau<br>Lertis Caldwell<br>Priscilla Cote<br>Theresa DeJoy<br>Laural Fankhauser<br>Nancy Kennedy<br>Barbara Williams<br>Lucinda Youell | Idaho Falls, ID<br>Mose Lake, WA<br>Skowhegan, ME<br>Earle, AR<br>Weatherford, OK<br>Pueblo, CO<br>Royal Palm Beach, FL<br>Woodville, MS<br>Memphis, TN<br>New Orleans, LA |
| *Kathy Apperson; Maria Contardi; Betty Flores; Marcia Frazier; Dian Hoyt; Sheila D. Jennings; Gloria Larson; Pamela Marshall; Janet Wilson; Pamela Wright-Shaw v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Filed 03/10/04<br>Middlesex Superior Court 2004-0910 | Kathy Apperson | Sale City, GA |

-2-

| | | |
|---|---|---|
| *Plaintiff's Attorney - see separate list<br><br>*served May 7, 2004 | Maria Contardi<br>Betty Flores<br>Marcia Frazier<br>Dian Hoyt<br>Sheila D. Jennings<br>Gloria Larson<br>Pamela Marshall<br>Janet Wilson<br>Pamela Wright-Shaw | East Boston, MA<br>Shreveport, LA<br>Idaho Falls, ID<br>Monroe City, MO<br>Schlater, MS<br>Burns Flat, OK<br>Alexandria, LA<br>South Jordan, UT<br>Kittery, ME |
| *Lisa Anderson; Marcia Barnhurst; Lisa Bebo; Alice Manning; Gilbert Matheu; Mary Jo Rhinehardt; Patsy Rogers; Mary Uzoma; Sharon Walls; Linda Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0911<br>Filed 03/10/04<br><br>*Plaintiff's Attorney - see separate list<br><br>*served May 7, 2004 | Lisa Anderson<br>Marcia Barnhurst<br>**Lisa Bebo**<br>**Alice Manning**<br>Mary Jo Rhinehardt<br>Patsy Rogers<br>**Mary Uzoma**<br>Sharon Walls<br>Linda Wilson | Powder Springs, GA<br>Elko, NV<br>**Methuen, MA**<br>**Braintree, MA**<br>Milo, ME<br>Tampa, FL<br>Lafayette, LA<br>**Walpole, MA**<br>Baker, LA<br>Longview, WA |
| *Theresa Amadeo; Lucretia Dodson; Vivian Dunn; Sharon Estep; John Justice; Janice McKenzie; Rebecca Price; Patty Varnado; Brenda Wheeler; Tamara Wolters v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0912 | | |

| | | |
|---|---|---|
| Filed 03/10/04<br>*served May 7, 2004<br>*Plaintiff's Attorney - see separate list* | Theresa Amadeo<br>Lucretia Dodson<br>Vivian Dunn<br>Sharon Estep<br>John Justice<br>Janice McKenzie<br>Rebecca Price<br>Patty Varnado<br>Brenda Wheeler<br>Tamara Wolters | Lakewood, VA<br>Tullahoma, TN<br>Fair Play, SC<br>Franklin, ME<br>Monore, LA<br>West Columbia, SC<br>Winston-Salem, NC<br>Denham Springs, LA<br>Arco, ID<br>Colorado Springs, CO |
| *Terry Alexander; Vickie Andreason; Alice Baker; Glythina Batiste; Elisabeth McCartin; Eleanor Petho; Judith Ranney; Jacqueline Sasso; Myra Tart; Stacy Trowbridge v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Filed 03/10/04<br>Middlesex Superior Court 2004-0913<br>*served May 7, 2004<br>*Plaintiff's Attorney - see separate list* | Terry Alexander<br>Vickie Andreason<br>**Alice Baker**<br>Glythina Batiste<br>Elisabeth McCartin<br>Eleanor Petho<br>Judith Ranney<br>**Jacqueline Sasso**<br>Myra Tart<br>Stacy Trowbridge | Calhoun, GA<br>Bennion, UT<br>**Whitman, MA**<br>La Place, LA<br>Farmington, NH<br>Independence, LA<br>Ellsworth, ME<br>**Revere, MA**<br>Dunn, NC<br>Louisville, KY |

-3-

-4-

| | | |
|---|---|---|
| James Hill Sr., Margaret Jackson; Sangeeta Kochlar; Shirley Lankford; Mary Lee; Marjorie Lightfoot; Joanne Martin; Elnora Michael; Christina Mott; Gary Willer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0924<br>Filed 03/10/04<br>*Plaintiff's Attorney - see separate list* | James Hill Sr<br>Margaret Jackson<br>Sangeeta Kochlar<br>Shirley Lankford<br>Mary Lee<br>Marjorie Lightfoot<br>Joanne Martin<br>Elnora Michael<br>Christina Mott<br>Gary Willer | Dover, DE<br>Bryans Road, MD<br>North Potomac, MD<br>Midlothian, VA<br>Virginia Beach, VA<br>Richmond, VA<br>Richmond, VA<br>Richmond, VA<br>Anderson, IN<br>Chester, VA |
| Scott Suber; James Warrington; Linda Winter; Roselyn Ball; Bonnie BrandJes; Carol Ebert-Teahl; Annie Harris; Samantha Nicole Harris; Seletha Hawkins; Rebecca Kottas v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0925<br>Filed 03/10/04<br>*Plaintiff's Attorney - see separate list* | Scott Suber<br>James Warrington<br>Linda Winter<br>Roselyn Ball<br>Bonnie BrandJes<br>Carol Ebert-Teahl<br>Annie Harris<br>Samantha Nicole Harris<br>Seletha Hawkins<br>Rebecca Kottas | Spring Valley, NY<br>Pottstown, PA<br>Jonesboro, AR<br>Eden, MD<br>Abingdon, MD<br>Enola, PA<br>Fieldale, VA<br>Glen Burnie, MD<br>Virginia Beach, VA<br>Hobbsville, NC |

LITDOCS:542093.1

| | | |
|---|---|---|
| Barbara Symonds; Arthur Adams; Norma Alderman; Laura Sexton Ambrose; Rachel Chahir; Sandra Forrest; Lee Ann Hillegas; Beverly Brougher; Patsy Cundiff; Shirley Dean v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0926<br>Filed 03/10/04<br>*Plaintiff's Attorney - see separate list* | Barbara Symonds<br>Arthur Adams<br>Norma Alderman<br>Laura Sexton Ambrose<br>Rachel Chahir<br>Sandra Forrest<br>Lee Ann Hillegas<br>Beverly Brougher<br>Patsy Cundiff<br>Shirley Dean | Limo, OH<br>Baltimore, MD<br>Hillsville, VA<br>Plymouth, NC<br>Brooklyn, NY<br>Philadelphia, PA<br>Gladstone, MO<br>Dallas, PA<br>Rocky Mount, VA<br>Shenandoah, VA |
| Lisa Dumond; Valerie Crain; Pamela Gary-Green; Lucille Kincaid; Mary Pendleton; Gail Shinholster; Janice Cooper; Dolly Bethany; Staci Fowler; Joyce Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0927<br>Filed 03/10/04<br>*Plaintiff's Attorney - see separate list* | Lisa Dumond<br>Valerie Crain<br>Pamela Gary-Green<br>Lucille Kincaid<br>Mary Pendleton<br>Gail Shinholster<br>Janice Cooper<br>Dolly Bethany<br>Staci Fowler | Springfield, VA<br>Lothian, MD<br>Savannah, GA<br>Washington, DC<br>Winchester, VA<br>Jersey City, NJ<br>Millersville, MD<br>Browns Mills, NJ<br>Virginia Beach, VA |

-5-

LITDOCS:542093.1

| | | |
|---|---|---|
| | Joyce Johnson | Lawrenceville, VA |
| Hattie Spencer; Nancy Cole; Lina Gold; Charles Leatherbury; Janice Monroe; Tamra D. Steward; Douglas Greenfield; Theresa Russell; Nancy Anderson; Laura Bates v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0928 Filed 03/10/04 *Plaintiff's Attorney - see separate list* | Hattie Spencer<br>Nancy Cole<br>Lina Gold<br>Charles Leatherbury<br>Janice Monroe<br>Tamra D. Steward<br>Douglas Greenfield<br>Theresa Russell<br>Nancy Anderson<br>Laura Bates | Richmond, VA<br>Chesapeake, VA<br>Brooklyn, NY<br>Wilmington, DE<br>Philadelphia, PA<br>Pioneer, LA<br>Winchester, VA<br>Stephenson, VA<br>Richmond, VA<br>Crestline, CA |
| Josephine Meidinger; Tabitha Trim/Demmings; Linda Volmer; Parniya Whitehead; Sylvia Coleman; Lisa Dignan; Pamela Helmuth; Venita Angela Lane; Joyce Blackshire; Kathy Teal-Simpson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0929 Filed 03/10/04 *Plaintiff's Attorney - see separate list* | Josephine Meidinger<br>Tabitha Trim/Demmings<br>Linda Volmer<br>Parniya Whitehead<br>Sylvia Coleman<br>Lisa Dignan<br>Pamela Helmuth<br>Venita Angela Lane | Miles City, MT<br>Hillside, NJ<br>North Augusta, SC<br>Chesapeake, VA<br>Prince George, VA<br>Riva, MD<br>Kerman, CA<br>Waldorf, MD |

-6-

LITDOCS:542093.1

| | | |
|---|---|---|
| Barbara Kozma; Denise Moss; Mary Parsons; Anthony Pelusi; Peter Rothsching; Kim Steinsultz; Margaret Anne Criswell; Barbara Bookson; Ursula Garnett; Eugenia Jupierre v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. <br> Filed 03/10/04 <br> Middlesex Superior Court 2004-0930 <br> *Plaintiff's Attorney - see separate list* | Barbara Kozma <br> Denise Moss <br> Mary Parsons <br> Anthony Pelusi <br> Peter Rothsching <br> Kim Steinsultz <br> Margaret Anne Criswell <br> Barbara Bookson <br> Ursula Garnett <br> Eugenia Jupierre | Monroe, MI <br> Patterson, NJ <br> Jersey City, NJ <br> Norristown, PA <br> Warminster, PA <br> Goreville, IL <br> Tichnor, AR <br> Brooklyn, NY <br> Newark, DE <br> Ossining, NY |
| Carol Beane; Debra Williams; Mary Clark; Mary Cooley; Rozell Harper; Margaret Harris; Virginia Heller; Barbara Humphreys; Shirley Larson; Billy O'Rear v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. <br> Filed 03/10/04 <br> Middlesex Superior Court 2004-0931 <br> *Plaintiff's Attorney - see separate list* | Carol Beane <br> Debra Williams <br> Mary Clark <br> Mary Cooley <br> Rozell Harper <br> Margaret Harris <br> Virginia Heller | Toledo, OH <br> Marietta, OH <br> Linwood, MI <br> Jackson, MI <br> Milwaukee, WI <br> Tyner, KY <br> Mt Morris, MI |
| | Joyce Blackshire <br> Kathy Teal-Simpson | Milwaukee, WI <br> Las Vegas, NV |

-7-

LITDOCS:542093.1

| | | |
|---|---|---|
| Anna Krishnappa; Rebecca McCormack; Albert Miller; William Moriarty; Diana O'Neill; Allen Owens; Elizabeth Parsons; Wilhemina Paulin; Antonia Peterman-Clark; Jane Phillips v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. <br><br> Filed 03/10/04 <br> ***Plaintiff's Attorney - see separate list*** <br> Middlesex Superior Court 2004-0932 | Anna Krishnappa <br> Rebecca McCormack <br> Albert Miller <br> William Moriarty <br> Diana O'Neill <br> Allen Owens <br> Elizabeth Parsons <br> Wilhemina Paulin <br> Antonia Peterman-Clark <br> Jane Phillips | Claymont, DE <br> Blackfoot, ID <br> Collingdale, PA <br> Souderton, PA <br> Grand Island, NE <br> New Castle, DE <br> Jersey City, NJ <br> Philadelphia, PA <br> Mt. Pocono, PA <br> Pattonsburg, MO |
| Antonia Peterman-Clark - possible duplicate plaintiff, see case directly below | | |
| Luise Badger; Karl Baker; Julia Brumfield; Antonia Clark; Mary Crawley; Audrey Decha; Fred Eriamiatoe; Michael Gaito; Angela Hardin; Martin Hymowitz v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. <br><br> Filed 03/10/04 <br> ***Plaintiff's Attorney - see separate list*** <br> Middlesex Superior Court 2004-0933 | Luise Badger <br> Karl Baker <br> Julia Brumfield <br> Antonia Clark <br> Mary Crawley <br> Audrey Decha | N. Monroe; UT <br> Glassboro, NJ <br> Yonkers, NY <br> Mount Pocono, PA <br> Reading, PA <br> Platte City, MO |
| Antonia Clark - possible duplicate plaintiff, see case directly above | | |
| | Barbara Humphreys <br> Shirley Larson <br> Billy O'Rear | Houston, TX <br> Ladysmith, WI <br> Gustine, GA |

-8-

LITDOCS:542093.1

| | | |
|---|---|---|
| Barbara A. Rhone; Ruby Barnes-Hauser; Sheila Fisher; Patti Humphrey; Barbara Akers; Alma Bostic; Deloris Bullard; Nancy Guliano; Joyce Harris; Susan Macasevich v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0934 Filed 03/10/04 *Plaintiff's Attorney - see separate list* | Barbara A. Rhone Ruby Barnes-Hauser Sheila Fisher Patti Humphrey Barbara Akers Alma Bostic Deloris Bullard Nancy Guliano Joyce Harris Susan Macasevich | Monroe, LA Jersey City, NJ Havertown, PA Boothwyn, PA Norfolk, VA Irvington, NJ New York, NY Staten Island, NY Brooklyn, NY Coplay, PA |
| Jamie Roberts; Debra Rozzelle; Veronica Sanders; Sandra Schacter; Lionel Scott; Ronnie Sloan; Sharon Ullman; Edward Warren; Ronald Wood; Elihu Woodson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0935 Filed 03/10/04 *Plaintiff's Attorney - see separate list* | Jamie Roberts Debra Rozzelle Veronica Sanders Sandra Schacter | St. Joseph, MO Philadelphia, PA Bronx, NY Clifton, NJ |
| | Fred Eriamiatoe Michael Gaito Angela Hardin Martin Hymowitz | Newark, NJ Port Jefferson Station, NY Philadelphia, PA Mahwah, NJ |

-9-

LITDOCS:542093.1

| | | |
|---|---|---|
| | Lionel Scott | Metuchen, NJ |
| | Ronnie Sloan | Topanga, CA |
| | Sharon Ullman | New York, NY |
| | Edward Warren | Seaford, DE |
| | Ronald Wood | Roselle Park, NJ |
| | Elihu Woodson | Trenton, NJ |
| Ruth Carver; Dianna Clay; Mary Coles; Deborah Cornwell; Kimberly Deans; Pauline "Niki" Durgin; Barbara Friend; Joseph J. Hands; Gwen Harper; Cheril M. Harris v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0936 Filed 03/10/04 *Plaintiff's Attorney - see separate list* | Ruth Carver | Richmond, VA |
| | Dianna Clay | Chester, VA |
| | Mary Coles | Beaverdam, VA |
| | Deborah Cornwell | FrontRoyal, VA |
| | Kimberly Deans | Richmond, VA |
| | Pauline "Niki" Durgin | Richmond, VA |
| | Barbara Friend | Manassas Park, VA |
| | Joseph J. Hands | Baltimore, MD |
| | Gwen Harper | Damascus, MD |
| | Cheril M. Harris | Hopewell, VA |
| Patricia Clayton, Paula Clark, Rebecca Cubbage, Joseph Fiscaro, Linda Hebb, Paul Koether, Gregory Krams, Jocelyn LoPuzzo, Katalin Ross, Beverly Schrecongost v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0937 Filed 03/10/04 *Plaintiff's Attorney - see separate list* | Patricia Clayton | Gainsville, FL |
| | Paula Clark | Charlottesville, VA |
| | Rebecca Cubbage | Rileyville, VA |

| | | |
|---|---|---|
| Linda Wright; Gladys Belcher; Sandra Borer; Veronica Holmquist; Jean Laresca; Ginger Omland; Roxanne Robinson; Deborah A. Gorsuch; Linda Luhtala; Kelli Mann v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0938<br>Filed 03/10/04<br>*Plaintiff's Attorney - see separate list* | Joseph Fiscaro<br>Linda Hebb<br>Paul Koether<br>Gregory Krams<br>Jocelyn LoPuzzo<br>Katalin Ross<br>Beverly Schrecongost<br><br>Linda Wright<br>Gladys Belcher<br>Sandra Borer<br>Veronica Holmquist<br>Jean Laresca<br>Ginger Omland<br>Roxanne Robinson<br>Deborah A. Gorsuch<br>Linda Luhtala<br>Kelli Mann | Folsom, PA<br>Frederick, MD<br>Hopewell, NJ<br>Laurel, MD<br>New York, NY<br>Lake City, FL<br>Toledo, OH<br><br>Wetumpka, AL<br>North Bay Shore, NY<br>Toledo, OH<br>Anchorage, AK<br>Staten Island, NY<br>Miles City, MT<br>Bellevue, NE<br>Perrysburg, OH<br>Marlborough, NJ<br>Elmore, AL |
| Julee Hansen; Sharon Miller; Lillian Rodriquez; Norma Bozarth; Patricia Dabbs; Frances Dean; Lura Dillard; Linda Dobson; Sha'ron Downing; Alan Dryden v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br>Middlesex Superior Court 2004-0939<br>Filed 03/10/04<br>*Plaintiff's Attorney - see separate list* | Julee Hansen<br>Sharon Miller | Salt Lake City, UT<br>New York, NY |

-11-

LITDOCS:542093.1

| | | |
|---|---|---|
| Lynn Burgess; Kelly Cheney; Tammy Church; Lorenz Fuerst; Faye McCarty; Cloma Padilla; Tamra Redic; Connie Roberts; Donna Schneider; Mary Sims v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br><br>Middlesex Superior Court 2004-1036<br>Filed 03/16/04<br>***Plaintiff's Attorney - see separate list*** | Lillian Rodriquez<br>Norma Bozarth<br>Patricia Dabbs<br>Frances Dean<br>Lura Dillard<br>Linda Dobson<br>Sha'ron Downing<br>Alan Dryden<br><br>Lynn Burgess<br>Kelly Cheney<br>Tammy Church<br>Lorenz Fuerst<br>Faye McCarty<br>Cloma Padilla<br>Tamra Redic<br>Connie Roberts<br>Donna Schneider<br>Mary Sims | Philadelphia, PA<br>Potomac Falls, VA<br>Columbia, MD<br>Cambridge, MD<br>Midlothian, VA<br>Glen Burnie, MD<br>Bristow, VA<br>Grisfield, MD<br><br>Streetman, TX<br>De Beque, CO<br>Arvada, CO<br>Putman, IL<br>Lexington, KY<br>Justin, TX<br>Athens, TX<br>Aurora, CO<br>Denton, TX<br>Brookston, TX |
| Judy Sosa, Myrna Crutcher, Roberta Tarozzi, Wendy Farris, Geraldine Hartman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.<br><br>Middlesex Superior Court 2004-1093<br>03/19/04<br>***Plaintiff's Attorney - see separate list*** | Judy Sosa<br>Myrna Crutcher | Tallapoosa, GA<br>Richmond, KY |

-12-

LITDOCS:542093.1

| | | |
|---|---|---|
| Gertrude Anderson; Wendy Burkes; Minla Massie; Ella McElroy; Erika Richardson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1151<br>Filed 03/25/04<br>*Plaintiff's Attorney - see separate list* | Gertrude Anderson<br>Wendy Burkes<br>Minla Massie<br>Ella McElroy<br>Erika Richardson | Memphis, TN<br>Fayetteville, TN<br>Roswell, GA<br>Georgetown, GA<br>Memphis, TN |
| Joseph Perkins; Shawanda Robinson-Woods; Fredrick Walker; Mary Mullen; Dinah Boatwright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1152<br>Filed 03/25/04<br>*Plaintiff's Attorney - see separate list*<br>*First Amended Complaint filed 04/16/04* | Joseph Perkins<br>Shawanda Robinson-Woods<br>Fredrick Walker<br>Mary Mullen<br>Dinah Boatwright | Garden Grove, CA<br>Garland, TX<br>Baker, LA<br>Tallulah, LA<br>Panama City, FL |
| Maryann Laird v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1153<br>Filed 03/25/04<br>*Plaintiff's Attorney - see separate list* | Maryann Laird | Pensacola, FL |

(continued from previous) Roberta Tarozzi / Wendy Farris / Geraldine Hartman — Broomall, PA / Bluefield, VA / Virginia Beach, VA

LITDOCS:542093.1