-14-

| | | |
|---|---|---|
| Mary Walker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1154<br>Filed 03/25/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Mary Walker | Avon Park, FL |
| Janina Jauregui-Ruiz; Debbie Jones; Melinda Joseph; Jamie Madison; Edilia Quiroz; Charles Roberts v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1184<br>Filed 03/29/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended complaint filed 04/16/04* | Janina Jauregui-Ruiz<br>Debbie Jones<br>Melinda Joseph<br>Jamie Madison<br>Edilia Quiroz<br>Charles Roberts | San Antonio, TX<br>Lubbock, TX<br>Houston, TX<br>Somerville, TX<br>New Braunfels, TX<br>San Antonio, TX |
| Chester Kajkowski; Brenda Killingsworth; Jill Kolberg; Lorene Lindsay; Lucy Long; Lory Lyon; Lillian Malone; Kevin Mazzoni; Connie McLaurin v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1185<br>Filed 03/29/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Chester Kajkowski<br>Brenda Killingsworth<br>Jill Kolberg<br>Lorene Lindsay | Orlando, FL<br>The Villages, FL<br>Naples, FL<br>Leesburg, FL |

LITDOCS:542093.1

| | | |
|---|---|---|
| Jane Antuono; Leisa Boutwell; Beverly Brown; Margaret Colosimo; Patricia Crawford; Donna Dryer; Dorothy Ellis; Shirley Garrett; Susan Ginsberg; Alyce Greer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1186 Filed 03/24/04 *Plaintiff's Attorney - see separate list* *First Amended Complaint filed 04/16/04* | Jane Antuono Leisa Boutwell Beverly Brown Margaret Colosimo Patricia Crawford Donna Dryer Dorothy Ellis Shirley Garrett Susan Ginsberg Alyce Greer | West Palm Beach, FL Smiths, AL Macon, GA Beverly Hills, FL Seale, Alabama Savannah, GA Winter Springs, FL Largo, FL Port Charlotte, FL Melbourne Beach, FL |
| Sandra Carothers; Carol Fiorino; Barbara Hachandi; George Heinzinger; Geneva Henderson; Cathy Jones; Connie Munoz; Jeanne Strawbridge; Rubie Wade; Marilyn Wilbert v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1187 Filed 03/29/04 *Plaintiff's Attorney - see separate list* *First Amended Complaint filed 04/16/04* | Sandra Carothers Carol Fiorino Barbara Hachandi George Heinzinger | Austin, TX Clermont, FL North Ft. Myers, FL Melbourne, FL |

Previous row (continued above table, right column additions):
Lucy Long - Winter Park, FL
Lory Lyon - Longwood, FL
Lillian Malone - Sanford, FL
Kevin Mazzoni - North Port, FL
Connie McLaurin - Eustis, FL

-15-

LITDOCS:542093.1

| | | |
|---|---|---|
| Debbie Daily; Vera Frederick; Gregory Hoover; Clarita Luoma; Thomas Marino; Yvonne Michalkiewicz; Norma Neil; Doris Parrish; Donna Tisdale; Willis Williamson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1188<br>Filed 03/29/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Debbie Daily<br>Vera Frederick<br>Gregory Hoover<br>Clarita Luoma<br>Thomas Marino<br>Yvonne Michalkiewicz<br>Norma Neil<br>Doris Parrish<br>Donna Tisdale<br>Willis Williamson | Geneva Henderson<br>Cathy Jones<br>Connie Munoz<br>Jeanne Strawbridge<br>Rubie Wade<br>Marilyn Wilbert<br><br>San Antonio, TX<br>Crystal River, FL<br>Richmond Hill, GA<br>Inverness, FL<br>Melbourne, FL<br>Boca Raton, FL<br>Melbourne, FL<br>Langley, SC<br>Daytona Beach, FL<br>Albany, GA<br><br>Midland, TX<br>Orlando, FL<br>San Antonio, TX<br>Leesburg, FL<br>Emory, TX<br>North Ft. Myers, FL |
| Mary Alkire; Patricia Badger; Belinda Barnes; Grace Breland; Renee Brewer; Cynthia Bright, Gina Byrd v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1189<br>Filed 03/29/04<br>***Plaintiff's Attorney - see separate list*** | Mary Alkire<br>Patricia Badger<br>Belinda Barnes | Orlando, FL<br>Deltona, FL<br>Stuart, VA |

-16-

LITDOCS:542093.1

| | | |
|---|---|---|
| *First Amended Complaint filed 04/16/04* | Carol Blair | West Palm Beach, FL |
| | Marie Boyer | Lutz, FL |
| | Chris Bracken | Orlando, FL |
| | Grace Breland | Kissimmee, FL |
| | Renee Brewer | Edgewater, FL |
| | Cynthia Bright | Deltona, FL |
| | Gina Byrd | Grant, FL |
| Kristin Ellis; Marie Emerson; Melba Eubanks; Kimberly Gwaltney; Mary Hardy; William Hayes; Stephanie Howell; Annie Jefferson; Regis Jirsa; Colletta Jones v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1190<br>Filed 03/29/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Kristin Ellis<br>Marie Emerson<br>Melba Eubanks<br>Kimberly Gwaltney<br>Mary Hardy<br>William Hayes<br>**Stephanie Howell**<br>Annie Jefferson<br>Regis Jirsa<br>Colletta Jones | Dunedin, FL<br>Ft. Myers, FL<br>Valdosta, GA<br>Tamarac, FL<br>Daytona Beach, FL<br>Sanford, FL<br>**Norwood, MA**<br>West Palm Beach, FL<br>Apopka, FL<br>Miami, FL |
| Gloria Cedeno; Denise Clark-Duval; Priscilla Crithfield, Sandi Damico; George Dantos; Donald Darling; Karen Delgado; Noella Dubois; Florence Eckley; John Edmunds v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1191<br>Filed 03/29/04<br>***Plaintiff's Attorney - see separate list*** | Gloria Cedeno<br>Denise Clark-Duval | Cape Coral, FL<br>Plant City, FL |

-17-

LITDOCS:542093.1

| | | |
|---|---|---|
| *First Amended Complaint filed 04/16/04* | Priscilla Crithfield<br>Sandi Damico<br>George Dantos<br>Donald Darling<br>Karen Delgado<br>Noella Dubois<br>Florence Eckley<br>John Edmunds | Palm Harbor, FL<br>Coconut Creek, FL<br>Ocala, FL<br>Tallahassee, FL<br>Longwood, FL<br>Port Charlotte, FL<br>Eustis, FL<br>Charleston, SC |
| Jacqueline Asbelle; Frankie Bell; Rebecca Boyce; Awilda Vega; Gary Walters; Phebe Watson; Ilona Wentzell; Bettie Wesley; Patricia Wright; Sharon Wrigil v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1192<br>Filed 03/29/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Jacqueline Asbelle<br>Frankie Bell<br>Rebecca Boyce<br>Awilda Vega<br>Gary Walters<br>Phebe Watson<br>Ilona Wentzell<br>Bettie Wesley<br>Patricia Wright<br>Sharon Wrigil | Graniteville, SC<br>Opelika, AL<br>Barnwell, SC<br>Pompano, FL<br>Clermont, FL<br>Winter Haven, FL<br>Spring Hill, FL<br>Kissimmee, FL<br>Bartow, FL<br>Jensen Beach, FL |
| Deborah Erick; Ellen Evans; Evelyn Ford; Velma Hale; Bruce Kittle; Christine Montgomery; Wylene Person; Elaine Reynolds; Jenell Roberts; Elizabeth Sheffield v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1193<br>Filed 03/29/04 | Deborah Erick | Hawkinsville, GA |

-18-

| Plaintiff's Attorney - see separate list<br><br>First Amended Complaint filed 04/16/04 | | Ellen Evans<br>Evelyn Ford<br>Velma Hale<br>Bruce Kittle<br>Christine Montgomery<br>Wylene Person<br>Elaine Reynolds<br>Jenell Roberts<br>Elizabeth Sheffield | Jesup, GA<br>Savannah, GA<br>Savannah, GA<br>Savannah, GA<br>Macon, GA<br>Macon, GA<br>Eastman, GA<br>Milledgville, GA<br>Gray, GA |
|---|---|---|---|
| Plaintiff's Attorney - see separate list<br>Filed 03/29/04<br>Middlesex Superior Court 2004 – 1194<br><br>Lynne Saluzzo; Ruth Schaller; Leah Simpson; Edna Smurthwaite; Judith Southwell; Bernard Sparkman, Edward Sullivan; Diana Sweeney; Evelyn Taylor; Doris Trotter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | First Amended Complaint filed 04/16/04 | Lynne Saluzzo<br>Ruth Schaller<br>Leah Simpson<br>Edna Smurthwaite<br>Judith Southwell<br>Bernard Sparkman<br>Edward Sullivan<br>Diana Sweeney<br>Evelyn Taylor<br>Doris Trotter | Hudson, FL<br>The Villages, FL<br>Ft. McCoy, FL<br>Palm Bay, FL<br>Lake Alfred, FL<br>Webster, FL<br>Spring Hill, FL<br>Deerfield, FL<br>Lady Lake, FL<br>Leesburg, FL |
| Robin Miller; Margaret Mitchell; Geraldine Moudy; Wanda Nafziger; Nina Peed; Jeffrey Pfister; Theresa Prescott; Crystal Raymos; Pamela Rendsland-Tonello; Paula Resseger v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1195 | | | |

-19-

-20-

| | | |
|---|---|---|
| Filed 03/29/04<br>*Plaintiff's Attorney - see separate list*<br><br>*First Amended Complaint filed 04/16/04* | Pamela Rendsland-Tonello<br>Paula Resseger | Robin Miller<br>Margaret Mitchell<br>Geraldine Moudy<br>Wanda Nafziger<br>Nina Peed<br>Jeffrey Pfister<br>Theresa Prescott<br>Crystal Raymos | Ft. Myers, FL<br>St. Petersburg, FL<br>Cape Coral, FL<br>Caitlin, IL<br>Cocoa, FL<br>Tavares, FL<br>Orlando, FL<br>Gainsville, FL<br>Altamonte Springs, FL<br>Ocala, FL |
| Kimberly Britton; Donna Cumberledge; Cheryl Grossman; Mary Richardson; Anniece Smith; Deloris Stone; Carolyn Thorpe-Baker; Deborah Wales; Eva Williams; Grace Wright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1196<br>Filed 03/29/04<br>*Plaintiff's Attorney - see separate list*<br><br>*First Amended Complaint filed 04/16/04* | Kimberly Britton<br>Donna Cumberledge<br>Cheryl Grossman<br>Mary Richardson<br>Anniece Smith<br>Deloris Stone<br>Carolyn Thorpe-Baker<br>Deborah Wales<br>Eva Williams<br>Grace Wright | Austin, TX<br>Austin, TX<br>Killeen, TX<br>Aiken, SC<br>Albany, GA<br>Ridgeland, SC<br>Brunswick, GA<br>Bluffton, SC<br>Savannah, GA<br>Austin, GA |

-21-

| | | |
|---|---|---|
| Dolores Balistreri; Debra Bradfield; Karen Dickerson; Lois Feiler; Bettye Mossman; Natalie Selman; Earlene Shedrick; Maxine Stansberry; Bonnie Williams; Penelope Winning v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1197 Filed 03/29/04 ***Plaintiff's Attorney - see separate list*** *First Amended Complaint filed 04/16/04* | Dolores Balistreri Debra Bradfield Karen Dickerson Lois Feiler Bettye Mossman Natalie Selman Earlene Shedrick Maxine Stansberry Bonnie Williams Penelope Winning | Ormand Beach, FL Deland, FL Debary, FL Sunrise, FL Warner Robins, GA Warner Robins, GA Albany, GA Seguin, TX Oakfield, GA North Ft. Myers, FL |
| Rhoda DaCasta; Eleanor DeBerry; Rhona Defoe; Joyce Hall; James Harris; Sara Lesko; Flora Lott; George Luther; Rose McElroy; Sheila Webb v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1198 Filed 03/29/04 ***Plaintiff's Attorney - see separate list*** *First Amended Complaint filed 04/16/04* | Rhoda DaCasta Eleanor DeBerry Rhona Defoe Joyce Hall James Harris Sara Lesko Flora Lott George Luther Rose McElroy Sheila Webb | Punta Gordo, FL Savannah, GA Deltona, FL Macon, GA Warner Robins, GA Ft. Myers, FL Hilton Head, SC Statesboro, GA Macon, GA Bloomingdale, GA |

-22-

| | | |
|---|---|---|
| Angie Armstrong; Ellen Gae Daggs; John Forrester; Betty Fowler; Paula Gill; Patricia Herrmann; Sigrid LeGrand; Deborah Morrison; Lynn Smith; Tracy Sugar v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1199<br>Filed 03/29/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Angie Armstrong<br>Ellen Gae Daggs<br>John Forrester<br>Betty Fowler<br>Paula Gill<br>Patricia Herrmann<br>Sigrid LeGrand<br>Deborah Morrison<br>Lynn Smith<br>Tracy Sugar | Evans, CO<br>Aspen, CO<br>Parker, CO<br>Pueblo, CO<br>Monument, CO<br>Fort Collins, CO<br>Denver, CO<br>Windsor, CO<br>Parker, CO<br>Watkins, CO |
| Connie Aguilar; Glenda Balkwill; Constance Haynes; Theron John; Cheri Jones, Charles Jordy; Shelly Matthews; Anita McDonald, Shirley Nichols; Mary "Cha" Snyder v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1200<br>Filed 03/29/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Connie Aguilar<br>Glenda Balkwill<br>Constance Haynes<br>Theron John<br>Cheri Jones<br>Charles Jordy<br>Shelly Matthews<br>Anita McDonald<br>Shirley Nichols | Centennial, CO<br>Broomfield, CO<br>Littleton, CO<br>Eastlake, CO<br>Lone Tree, CO<br>Denver, CO<br>Alliance, NE<br>Highlands Ranch, CO<br>Northglenn, CO |

LITDOCS:542093.1

| | | |
|---|---|---|
| Louise Colerick; Salmo Cook; Richard Dezengremel; Elizabeth Diehl; Joyce Harmon; Denise Pfister; Walter Robinson; Sanford Sellers; Karen Walters; Karen Wieder v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1209<br>Filed 03/29/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Louise Colerick<br>Salmo Cook<br>Richard Dezengremel<br>Elizabeth Diehl<br>Joyce Harmon<br>Denise Pfister<br>Walter Robinson<br>Sanford Sellers<br>Karen Walters<br>Karen Wieder | Bayard, NE<br>Kersey, CO<br>Castle Rock, CO<br>Thornton, CO<br>Rocky Ford, CO<br>Layfayette, CO<br>Aurora, CO<br>Aurora, CO<br>Arvada, CO<br>Littleton, CO |
| Wilma Atherton, Merri Brown; Cheryl Johnson; Elaine Miller; Martha Nesta; Mark Ricken; Joanne Sorenson; Kathleen Spence; Jo Ann Stevenson; Bob Weidler v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1210<br>Filed 03/29/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Wilma Atherton<br>Merri Brown<br>Cheryl Johnson<br>Elaine Miller<br>Martha Nesta<br>Mark Ricken<br>Joanne Sorenson<br>Kathleen Spence | Longmont, CO<br>Lahaina, HI<br>Centennial, CO<br>Denver, CO<br>Littleton, CO<br>Flagler, CO<br>Westminster, CO<br>Lone Tree, CO |
| | Mary "Cha" Snyder | Wheatridge, CO |

-23-

LITDOCS:542093.1

-24-

| | | |
|---|---|---|
| Gloria Fuller; Lynne Lindstrom; Clara Parker; Caroline Rodriguez v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1211 Filed 03/29/04 *Plaintiff's Attorney - see separate list* *First Amended Complaint filed 04/16/04* | Gloria Fuller Lynne Lindstrom Clara Parker Caroline Rodriguez | Erie, CO Boulder, CO Evergreen, CO Arvada, CO |
| Amy Strong; Susan Shipley; Nancy Meyer; Lila Haugland v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1219 Filed 03/29/04 *Plaintiff's Attorney - see separate list* *First Amended Complaint filed 04/16/04* | Amy Strong Susan Shipley Nancy Meyer Lila Haugland | Buffalo, MN Chippewa Falls, WI Cottonwood, MN Garrison, ND |
| Marlys Ellingson; Deceased by and through Elroy Ellingson, Personal Representative of the Estate of Marlys Ellingson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1220 Filed 03/29/04 *Plaintiff's Attorney - see separate list* | Marlys Ellingson | Jamestown, ND |

-25-

| | | |
|---|---|---|
| Harold Chalkline; Karen Christensen; Robin Fansler; Oliver Graves; Anita Grussing; Kathy Kettwig; Deb Patterson; Renee Reineccius; Rita Richer; Allison Stull v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br/>Middlesex Superior Court 2004 – 1221<br/>Filed 03/29/04<br/>***Plaintiff's Attorney*** - see separate list<br/>*First Amended Complaint filed 04/16/04* | Harold Chalkline<br/>Karen Christensen<br/>Robin Fansler<br/>Oliver Graves<br/>Anita Grussing<br/>Kathy Kettwig<br/>Deb Patterson<br/>Renee Reineccius<br/>Rita Richer<br/>Allison Stull | White Bear Lake, MN<br/>Newport, MN<br/>Jamestown, ND<br/>Aberdeen, SD<br/>Minnetonka, MN<br/>Owatonna, MN<br/>Lonsdale, MN<br/>Bloomington, MN<br/>Jacksonville, FL<br/>Dickinson, ND |
| Debbie Hauk, Shelda Lunsford, Jeanne Plantenbe, Bonnie Richmond, Holly Sharpe, Wayne Sump, Lois Tate, Cathy Reeves Vaughn, David Vohs, Wanda M. Wilson, Robert Ziebell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br/>Middlesex Superior Court 2004 – 1230<br/>Filed 03/30/04<br/>***Plaintiff's Attorney*** - see separate list<br/>*First Amended Complaint filed 04/16/04* | Debbie Hauk<br/>Shelda Lunsford<br/>Jeanne Plantenbe<br/>Bonnie Richmond<br/>Holly Sharpe<br/>Wayne Sump<br/>Lois Tate<br/>Cathy Reeves Vaughn<br/>David Vohs<br/>Wanda M. Wilson | Perry, IA<br/>Corydon, IA<br/>Sioux City, IA<br/>Centerville, IA<br/>Ames, IA<br/>Clarinda, IA<br/>Sioux City, IA<br/>Poteau, OK<br/>Sioux City, IA<br/>DeMoines, IA |

| | | |
|---|---|---|
| Debra M. Miller, Cathy C. Mendez, Dana C. Ogle, Charles E. Peake, Charlotte A. Pisarich, Nerieda E. Rios, Donna L. Stamper, Michelle M. Whitaker, Felicia E. White, Cammie L. Summers v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1231<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list*<br><br>*First Amended Complaint filed 04/16/04* | Debra M. Miller<br>Cathy C. Mendez<br>Dana C. Ogle<br>Charles E. Peake<br>Charlotte A. Pisarich,<br>Nerieda E. Rios<br>Donna L. Stamper<br>Michelle M. Whitaker<br>Felicia E. White<br>Cammie L. Summers | Biloxi, MS<br>Ocean Springs, MS<br>Biloxi, MS<br>Cerita, CA<br>Biloxi, MS<br>Ocean Springs, MS<br>Conehatta, MS<br>Ridgeland, MS<br>Jackson, MS<br>Foxworth, MS |
| Jackie Cole, Lorraine Cook, Dorothy Falk, Anita Farrington, Loretta Fisher, Gwendolyn Hall, Carol Lunt, Wanda Merkins-Radford, Rhonda Rowe, Irene South, Katherine Tigue, Elizabeth Austin, Diana Britton, Lela Caward, Frances Delgado, Patricia Free, Dawn Herrick, Leona Johnstone, Shirley Brown, Sandra Smith v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1232<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list*<br><br>*First Amended Complaint filed 04/16/04* | Jackie Cole<br>Lorraine Cook<br>Dorothy Falk<br>Anita Farrington<br>Loretta Fisher<br>Gwendolyn Hall | Tracyton, WA<br>Bremerton, WA<br>Poulsbo, WA<br>Olympia, WA<br>Vancouver, WA<br>Seattle, WA |

Robert Ziebell        Hubbell, IA

-26-

-27-

| | | |
|---|---|---|
| Brenda Hunt, Claudette Jackson, Hattie Johnson, Barbara Long, Pamela Lyons, Richard Matheny, Linda McKinney, Mary Michalak, Ella Molden, Earline Richardson, Sarah Roberts, Karen Sexton, Mary Tarleton, Thomas Tarleton, Lucy Waters, Sharon Willis, Sandra Hensley, Loyce Lovvo, Beverly Sharp, Vivian Lee v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1233<br><br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list*<br><br>*First Amended Complaint filed 04/16/04* | Carol Lunt<br>Wanda Merkins-Radford<br>Rhonda Rowe<br>Irene South<br>Katherine Tigue<br>Elizabeth Austin<br>Diana Britton<br>Lela Caward<br>Frances Delgado<br>Patricia Free<br>Dawn Herrick<br>Leona Johnstone<br>Shirley Brown<br>Sandra Smith<br><br>Brenda Hunt<br>Claudette Jackson<br>Hattie Johnson<br>Barbara Long<br>Pamela Lyons<br>Richard Matheny<br>Linda McKinney<br>Mary Michalak<br>Ella Molden<br>Earline Richardson<br>Sarah Roberts | Seattle, WA<br>Kent, WA<br>Kirkland, WA<br>Spokane, WA<br>Lakewood, WA<br>Portland, OR<br>Spokane, WA<br>Terrebonne, OR<br>Clackamas, OR<br>Salem, OR<br>Newbert, OR<br>Salem, OR<br>Smith River, CA<br>Lenexa, KS<br><br>Marion, SC<br>Saint George, SC<br>Clinton, SC<br>Conway, SC<br>Myrtle Beach, SC<br>Ladson, SC<br>Greenville, SC<br>Summerville, SC<br>Bennettsville, SC<br>Greenville, SC<br>Darlington, SC |

LITDOCS:542093.1

Patricia Adams, Doris Allen, Jimmy Altman, Linda Artino, Jeanette Barwick, Doris Bastain, Dawn Bilsky, Dorothy Blackburn, Renee Chestnut, Rachel Cox, Ivy Davis, Mary Dixon, Mary Evans, Jackie Fallaw, Barbara Gladin, Billy Glenn, Faye Harbin, Beth Hawkins, Lillie Hogg, Marie Hubbard v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1234
Filed 03/30/04
***Plaintiff's Attorney - see separate list***

*First Amended Complaint filed 04/16/04*

| | | |
|---|---|---|
| Karen Sexton | Florence, SC |
| Mary Tarleton | Williamston, SC |
| Thomas Tarleton | Williamston, SC |
| Lucy Waters | West Minster, SC |
| Sharon Willis | Myrtle Beach, SC |
| Sandra Hensley | Manchester, KY |
| Loyce Lovvo | Paducah, KY |
| Beverly Sharp | Turners Station, KY |
| Vivian Lee | St. Augustine, FL |
| Patricia Adams | North, SC |
| Doris Allen | Aynor, SC |
| Jimmy Altman | Hemingway, SC |
| Linda Artino | Myrtle Beach, SC |
| Jeanette Barwick | Moncks Corner, SC |
| Doris Bastain | Inman, SC |
| Dawn Bilsky | Latta, SC |
| Dorothy Blackburn | North Charleston, SC |
| Renee Chestnut | Columbia, SC |
| Rachel Cox | Florence, SC |
| Ivy Davis | Columbia, SC |
| Mary Dixon | Lugoff, SC |
| Mary Evans | Walhalla, SC |
| Jackie Fallaw | West Columbia, SC |
| Barbara Gladin | Greenville, SC |
| Billy Glenn | West Columbia, SC |

-28-

LITDOCS:542093.1

| | | |
|---|---|---|
| Linda Taylor, Judith Van Putten-Guzman, Vivian Vaughan, Helen Walls, Reba Wilks, Jacqueline Williams, Mary Williams, Monquie Williams, Cynthia Wills, Janice Wilson, Doris Young, Pauline Hills, Nila Martin, Steve Meier, Leah Orr, Gayla Smith, Linda Blair, Shani Dunsil, Ruth Standish, Peggy Jenkins v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1235<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Faye Harbin<br>Beth Hawkins<br>Lillie Hogg<br>Marie Hubbard<br><br>Linda Taylor<br>Judith Van Putten-Guzman<br>Vivian Vaughan<br>Helen Walls<br>Reba Wilks<br>Jacqueline Williams<br>Mary Williams<br>Monquie Williams<br>Cynthia Wills<br>Janice Wilson<br>Doris Young<br>Pauline Hills<br>Nila Martin<br>Steve Meier<br>Leah Orr<br>Gayla Smith<br>Linda Blair<br>Shani Dunsil<br>Ruth Standish<br>Peggy Jenkins | Rock Hill, SC<br>Union, SC<br>Williamston, SC<br>Spartanburg, SC<br><br>Williamston, NC<br>Jacksonville, NC<br><br>Faquay Varina, NC<br>Reidsville, NC<br>Charlotte, NC<br>Goldsboro, NC<br>New Bern, NC<br>Fayetteville, NC<br>Hubert, NC<br>Hallsboro, NC<br>Raleigh, NC<br>Bunker Hill, IL<br>Du Wuoin, IL<br>Jonesboro, IL<br>Alton, IL<br>Pinckneyville, IL<br>Lousisville, KY<br>Mc Kee, KY<br>W. Lafayette, OH<br>Green Bay, VA |

-29-

| Carolyn Jenkins, Debra Koontz, Debra Leach, Dorris Lee, Betty Lemmons, Bobbie Letchworth, Mary Locklear, Auvelene Magee, Ella Matthews, Sharron McConnell, Charles McDonald, Gloria McGee, Mary Neal, Barbara O'Neal, Patricia Plume, Paul Powell, Jameria Riggsbee, Vicki Riley, Gloria Roach, Stephanie Simpson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1237<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Carolyn Jenkins<br>Debra Koontz<br>Debra Leach<br>Dorris Lee<br>Betty Lemmons<br>Bobbie Letchworth<br>Mary Locklear<br>Auvelene Magee<br>Ella Matthews<br>Sharron McConnell<br>Charles McDonald<br>Gloria McGee<br>Mary Neal<br>Barbara O'Neal<br>Patricia Plume<br>Paul Powell<br>Jameria Riggsbee<br>Vicki Riley<br>Gloria Roach<br>Stephanie Simpson | Mount Airy, NC<br>Lattimore, NC<br>Chinagrove, NC<br>Littleton, NC<br>Huntersville, NC<br>Greenville, SC<br>Maxton, NC<br>Cornelius, NC<br>Fayetteville, NC<br>Claremont, NC<br>Wendell, NC<br>Connely, NC<br>Spring Hope, NC<br>Wilmington, NC<br>Jacksonville, NC<br>Laurinburg, NC<br>Chappell Hill, NC<br>Supply, NC<br>Williamston, NC<br>Raleigh, NC |

-30-