-31-

| | | |
|---|---|---|
| Charles Arrowood, Christie Avery, Roy Aycock, Debra Barnett, Rosa Black, Frances Blosser, Gwendolyn Braswell, Francissena Brimmage, Linda Callahan, Helen Campbell, Clyde Chandler, Marie DeMoss, Richard Edwards, Ancala Franks, Nan Frost, Dawn Furr, Linda Greene, Deborah Hallman, Wilma Harris, Martha Jarvis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1238<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Charles Arrowood<br>Christie Avery<br>Roy Aycock<br>Debra Barnett<br>Rosa Black<br>Frances Blosser<br>Gwendolyn Braswell<br>Francissena Brimmage<br>Linda Callahan<br>Helen Campbell<br>Clyde Chandler<br>Marie DeMoss<br>Richard Edwards<br>Ancala Franks<br>Nan Frost<br>Dawn Furr<br>Linda Greene<br>Deborah Hallman<br>Wilma Harris<br>Martha Jarvis | Mooresboro, NC<br>Newport, NC<br>Gaston, NC<br>Mocksville, NC<br>Rockwell, NC<br>Nakina, NC<br>New Bern, NC<br>New Burn, NC<br>Lumberton, NC<br>Wasington, NC<br>New London, NC<br>Stoneville, NC<br>Durham, NC<br>Charlotte, NC<br>Maggie Valley, NC<br>New London, NC<br>Battleboro, NC<br>Gastonia, NC<br>Pikeville, NC<br>Taylorsville, NC |

-32-

| | | |
|---|---|---|
| Micheal Black, Lucille Cassell, Karen Davis, Deborah Flores, Patricia Freeman, Leta Henderson, Jerry Hudson, Barbara Karnes, Kathryn Kindle-Brockmiller, Ruth Lilly, Nancy Long, Sharron Maul, Shirley Siever, Josephine Viehman, Linda Boyd, Ralph Brunkhorst, Carol Vaughan, Gwendelyn Dixon, Tammy Hoppas, Janice Mayberry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1239<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list*<br><br>*First Amended Complaint filed 04/16/04* | Micheal Black<br>Lucille Cassell<br>Karen Davis<br>Deborah Flores<br>Patricia Freeman<br>Leta Henderson<br>Jerry Hudson<br>Barbara Karnes<br>Kathryn Kindle-Brockmiller<br>Ruth Lilly<br>Nancy Long<br>Sharron Maul<br>Shirley Siever<br>Josephine Viehman<br>Linda Boyd<br>Ralph Brunkhorst<br>Carol Vaughan<br>Gwendelyn Dixon<br>Tammy Hoppas<br>Janice Mayberry | Bonne Terre, MO<br>Charleston, MO<br>Saint James, MO<br>Belton, MO<br>Nixa, MO<br>St. Paul, MO<br>Edgar Springs, MO<br>Saint Louis, MO<br>Farmington, MO<br><br>Rolla, MO<br>Everton, MO<br>Hazelwood, MO<br>Lawson, MO<br>De Soto, MO<br>Dais Junction, IL<br>Nashville, IL<br>Clinton, AR<br>Kansas City, KS<br>Erie, KS<br>Overland Park, KS |

-33-

| | | |
|---|---|---|
| Dorothy Ambroz, Valetta Ansley, Jeannette Baker, Rita Barnes, Vince Basile, Palma Bennett, Joan Benson, Illa Mae Dannat, Connie De Sotel, Patti Diehl, Dianna Draper, Oline Forch, Hilda Garcia, Linda Heysinger, Joanne Holmes, Evelyn Humphrey, Walter Knipper, Sharon Kornegay, Edythe Kroon, Cheryl Krzmarzic v Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1243<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Dorothy Ambroz<br>Valetta Ansley<br>Jeannette Baker<br>Rita Barnes<br>Vince Basile<br>Palma Bennett<br>Joan Benson<br>Illa Mae Dannat<br>Connie De Sotel<br>Patti Diehl<br>Dianna Draper<br>Oline Forch<br>Hilda Garcia<br>Linda Heysinger<br>Joanne Holmes<br>Evelyn Humphrey<br>Walter Knipper<br>Sharon Kornegay<br>Edythe Kroon<br>Cheryl Krzmarzic | Northfolk, NE<br>Lucas, IA<br>N. Henderson, IL<br>Augden, IA<br>West Demoines, IA<br>Carlisle, IA<br>Rogers, AR<br>Boone, IA<br>Cedar Rapids, IA<br>Fort Dodge, IA<br>Bentonville, AR<br>Sioux City, IA<br>West Demoines, IA<br>Long Grove, IA<br>DeMoines, IA<br>Cedar Rapids, IA<br>Dyersville, IA<br>Ankeny, IA<br>Alton, IA<br>Masonm IA |

-34-

| | | |
|---|---|---|
| Gloria M. Ewing, Kellie C. Anderson, Mitzi L. Beaman, Sandy K. Carpenter, Effie Chambliss, Kathleen M. Cuevas, Karen A. Davis, Stephen K. Davis, Jan C. Dickey, Denise F. Dingler, Charlene Eaton, Natalie B. Fournier, Cathy G. Haynsworth, Karey M. Hill, Mary E. Hobson, Iva J. Lewis, Charles K. Little, Janice L. Mabry, Lucita Selmon, Delores L. Shankle v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1244<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Gloria M. Ewing<br>Kellie C. Anderson<br>Mitzi L. Beaman<br>Sandy K. Carpenter<br>Effie Chambliss<br>Kathleen M. Cuevas<br>Karen A. Davis<br>Stephen K. Davis<br>Jan C. Dickey<br>Denise F. Dingler<br>Charlene Eaton<br>Natalie B. Fournier<br>Cathy G. Haynsworth<br>Karey M. Hill<br>Mary E. Hobson<br>Iva J. Lewis<br>Charles K. Little<br>Janice L. Mabry<br>Lucita Selmon<br>Delores L. Shankle | Long Beach, MS<br>Waveland, MS<br>Brandon, MS<br>Collierville, MS<br>Rancho Dominquez, CA<br>Gulfport, MS<br>Rock Island, IL<br>Corpus Christie, TX<br>Jackson, MS<br>Vicksburg, MS<br>Saucier, MS<br>Brandon, MS<br>Brashear, TX<br>Carriere, MS<br>Brandon, MS<br>Clinton, MS<br>Gulfport, MS<br>Ocean Springs, MS<br>Gulfport, MS<br>Gulfport, MS |

-35-

| | | |
|---|---|---|
| Jerry Dacus, Frances Dacus, Geneva S. Willis, Barbara Inman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1248<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Jerry Dacus<br>Frances Dacus<br>Geneva S. Willis<br>Barbara Inman | Paragould, AR<br>Paragould, AR<br>Cartersville, GA<br>Bainbridge, GA |
| Talisha Armstrong, Margaret Harris, Sally A. Johnston, Dottie Rozenbeck, David W. Smith v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1251<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Talisha Armstrong<br>Margaret Harris<br>Sally A. Johnston<br>Dottie Rozenbeck<br>David W. Smith | Brunswick, GA<br>Oklahoma City, OK<br>Plainville, GA<br>Richmond Hill, GA<br>Brunswick, GA |
| Patsy Crouch, Roy Smith, Rita Laubner, Jane McGinnis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1255<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Patsy Crouch<br>Roy Smith<br>Rita Laubner<br>Jane McGinnis | Lexington, KY<br>Fairbanks, AK<br>Sutherland, NE<br>Monticello, GA |

-36-

| | | |
|---|---|---|
| Elizabeth Carr, Susan Casados, Sharon Lunsford, Sheila Sjoholm and Theda Stanley v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1256<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Elizabeth Carr<br>Susan Casados<br>Sharon Lunsford<br>Sheila Sjoholm<br>Theda Stanley | Lincoln, NE<br>Alliance, NE<br>Dale, IN<br>Hardy, NE<br>Wilsonville, NE |
| Sandra Alden, Brenda Scarbrough-Killgore, Darlene Seeley, Juanita Weeks and Mildred White v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1257<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Sandra Alden<br>Brenda Scarbrough-Killgore<br>Darlene Seeley<br>Juanita Weeks<br>Mildred White | Gallatin, MO<br>Mountain View, MO<br>Farber, MO<br>Gentry, AR<br>Houston, MO |
| Frances Chance, Jane French, Pamela Hammer, Nellie Hazelwood, Vickie Hunter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1259<br>File 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Frances Chance<br>Jane French<br>Pamela Hammer<br>Nellie Hazelwood | Brunswick, GA<br>Richmond, KY<br>Brunswick, GA<br>Henderson, KY |

-37-

| | | |
|---|---|---|
| Dorine Harrelson, Brenda Hart, Charles Sullivan, Linda Thompson, Helen Wyatt v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1260<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Vickie Hunter<br><br>Dorine Harrelson<br>Brenda Hart<br>Charles Sullivan<br>Linda Thompson<br>Helen Wyatt | Ochlocknee, GA<br><br>Clayton, NC<br>Lumberton, NC<br>Upton, KY<br>Forsyth, GA<br>Lafayette, GA |
| Linda Bailey, Darlene Brown, Lora Cook, Dean Dornath, Debbie Goldsberry, Ronnie Grooms, Shirley A. Hampton, Jennifer Kokjohn, Carol Marcus v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1261<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Linda Bailey<br>Darlene Brown<br>Lora Cook<br>Dean Dornath<br>Debbie Goldsberry<br>Ronnie Grooms<br>Shirley A. Hampton<br>Jennifer Kokjohn<br>Carol Marcus | Kearney, NE<br>Omaha, NE<br>Avoca, IA<br>Ft. Dodge, IA<br>Gretna, NE<br>Nebraska City, NE<br>Herman, NE<br>Boone, IA<br>Zwingle, IA |

-38-

| | | |
|---|---|---|
| Jim Luckritz, Wanda Barnett v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1262<br>Filed 03/30/04<br>**Plaintiff's Attorney - see separate list**<br>*First Amended Complaint filed 04/16/04* | Jim Luckritz<br>Wanda Barnett | Dubuque, IA<br>Wichita, KS |
| Sanda Kline, Neidra Prince v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1264<br>Filed 03/30/04<br>**Plaintiff's Attorney - see separate list**<br>*First Amended Complaint filed 04/16/04* | Sanda Kline<br>Neidra Prince | Lexington, KY<br>Bryon, GA |
| Sue Anderson, Linda W. Jones, Mildred Mock, Barbara Rash, Judy West v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1266<br>Filed 03/30/04<br>**Plaintiff's Attorney - see separate list**<br>*First Amended Complaint filed 04/16/04* | Sue Anderson<br>Linda W. Jones<br>Mildred Mock<br>Barbara Rash<br>Judy West | Rocky Face, GA<br>Mt. Olive, NC<br>Jackson, GA<br>Appapulgas, GA<br>Meigs, GA |

-39-

| Case | Plaintiffs | Location |
|---|---|---|
| Linda Dolliver, Kathryn Gamble, Susan Moore, Genelle Neal, Janna Patterson, Cecilia Sargeant, Katherine Sentell, Alice Taylor, Cora Ann Watkins (Burchill), Martha Wonsewitz v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1267<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Linda Dolliver<br>Kathryn Gamble<br>Susan Moore<br>Genelle Neal<br>Janna Patterson<br>Cecilia Sargeant<br>Katherine Sentell<br>Alice Taylor<br>Cora Ann Watkins (Burchill)<br>Martha Wonsewitz | Columbia, MO<br>Garden City, KS<br>Wichita, KS<br>Wichita, KS<br>St. Joseph, MO<br>Wichita, KS<br>Qulin, MO<br>St. Joseph, MO<br>Blackwell, MO<br>Fulton, MO |
| Dianna Hitchcock, Ruth Messersmith, Virginia Potts, Linda Upton, Linda Van Natta v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1268<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Dianna Hitchcock<br>Ruth Messersmith<br>Virginia Potts<br>Linda Upton<br>Linda Van Natta | Bellevue, IA<br>Lincoln, NE<br>Dubuque, IA<br>Madill, OK<br>Dubuque, IA |

-40-

| | | |
|---|---|---|
| Lorraine Cline, Rene' Haye, Bonnie Bernard, Donna Fleck, Geraldine Mataras, Sharon Westfall v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1269<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Lorraine Cline<br>Rene' Haye<br>Bonnie Bernard<br>Donna Fleck<br>Geraldine Mataras<br>Sharon Westfall | Clarkston, WA<br>Anchorage, AK<br>Hot Springs, SD<br>N. Platte, NE<br>Beverly Hills, CA<br>Wiotz, IA |
| Russell Arnold, Janet D'Arcy, Rosa Dietiker, Violet Farmer, Susan Fortson, Debbie Ostwinkle, Nina Owens, Gracie Russell, Teresa Sexton, Leneisa Willoughby v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1270<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Russell Arnold<br>Janet D'Arcy<br>Rosa Dietiker<br>Violet Farmer<br>Susan Fortson<br>Debbie Ostwinkle<br>Nina Owens<br>Gracie Russell<br>Teresa Sexton<br>Leneisa Willoughby | Tell City, IN<br>Erwin, NC<br>Columbia, MO<br>Berea, KY<br>Madisonville, KY<br>Hoptinton, IA<br>St. Simons Is., GA<br>Warner Robbins, GA<br>Jefferson City, GA<br>Beaver Dam, KY |

-41-

| | | |
|---|---|---|
| Elizabeth F. Bischof, Renva Brewer, Dorothy Campbell, Francine Cook, Johnny Cook, Portia Howard, Angela Jones, Mary Latta Lee, Tammy Lovett, Frankie Reager v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1271<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Elizabeth F. Bischof<br>Renva Brewer<br>Dorothy Campbell<br>Francine Cook<br>Johnny Cook<br>Portia Howard<br>Angela Jones<br>Mary Latta Lee<br>Tammy Lovett<br>Frankie Reager | Rome, GA<br>Ringgold, GA<br>Savannah, GA<br>Dalton, GA<br>Naylor, GA<br>Radcliffm KY<br>Collins, GA<br>Manchester, KY<br>Henderson, KY<br>Madisonville, KY |
| Barbara Bartholomew, Tricia Brown, Sherry Campbell-Drewery; Janet Flecher, Gloria Gardner, Lauren Garland, Patricia Hedgecock, Bonnie McKelvey, Lular Parker, Judy Parsons, Robert Renix, Laura Walter, Claudia Williams v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1272<br>Filed 03/31/04<br>***Plaintiffs Attorneys: Ianella and Mummolo*** | Barbara Bartholomew<br>Tricia Brown<br>Sherry Campbell-Drewery<br>Janet Flecher<br>Gloria Gardner<br>Lauren Garland<br>Patricia Hedgecock<br>Bonnie McKelvey | O'Brioen, OR<br>Topanga, CA<br>Baytown, TX<br><br>Hesperia, CA<br>Indianapolis, IN<br>Long Beach, CA<br>Camarillo, CA<br>Oklahoma City, OK |

| | | | |
|---|---|---|---|
| Evelyn Becker; Daisy Bell; Rita Bicknell, April Boone, Alida Buckner, Aleta Cox, Ronald Daanen, Martha Duncan, Jo Durham, Jeffory Edwards, Terry Fameree, Deborah Feaster, Daniel Grohn, Anna Gustafson; Catherine Hart, Gail Harvey; Katherine Hendrickson, Sandra Jolin, Kathryn Kieffer, Dorothy King, Jeri Mann, Patricia Mantey, Jennifer Moffitt; Julie Muehlbauer, Paul Price, Sharon Ratz, Cynthia Rittase, Sue Rohde-Perry, Donna Sanicola, Laverne Schoonover, Judy Seibert, E. Shepherd, Jerry Simmons, Mitzie Skiles, Diane Stokes, Patricia Stuckey, Helen Taylor, Jackie Turner, Elizabeth Waukau; Dorothea Weyers, Jeffrey Whiting, Christine Wilczek, Lois York, Angeline Zimmerman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1273<br>Filed 03/31/04<br>***Plaintiff's Attorneys: Ianella and Mummolo*** | Lular Parker<br>Judy Parsons<br>Robert Renix<br>Laura Walter<br>Claudia Williams | | Geneva, NY<br>Weatherford, TX<br>Memphis, TN<br>North Creek, NY<br>Houston, TX |
| | Evelyn Becker<br>Daisy Bell<br>Rita Bicknell<br>April Boone<br>Alida Buckner<br>Aleta Cox<br>Ronald Daanen<br>Martha Duncan<br>Jo Durham<br>Jeffory Edwards<br>Terry Fameree<br>Deborah Feaster<br>Daniel Grohn<br>Anna Gustafson<br>Catherine Hart | | Marshall, WI<br>Padurah, KY<br>Fostoria, OH<br>Evansville, IN<br>Anderson, IN<br>Milwaukee, WI<br>Green Bay, WI<br>Muncie, IN<br>Terra Haute, IN<br>Symsonia, KY<br>New Franken, WI<br>Traverse City, MI<br>Elk Mound, WI<br>Sandstone, MN<br>Calvert City, KY |

LITDOCS:542093.1

| | |
|---|---|
| Gail Harvey | Oxford, NC |
| Katherine Hendrickson | Dassel, MN |
| Sandra Jolin | Lake Tomahawk, WI |
| Kathryn Kieffer | Vincennes, IN |
| Dorothy King | Independence, KY |
| Jeri Mann | Houston, TX |
| Patricia Mantey | Milwaukee, WI |
| Jennifer Moffitt | Oakfield, WI |
| Julie Muehlbauer | Kiel, WI |
| Paul Price | Frankfort, IN |
| Sharon Ratz | Longville, MN |
| Cynthia Rittase | Hartford, MI |
| Sue Rohde-Perry | Milwaukee, WI |
| Donna Sanicola | West Milwaukee, WI |
| Laverne Schoonover | Menomonee Falls, WI |
| Judy Seibert | Green Bay, WI |
| E. Shepherd | Lebanon, IN |
| Jerry Simmons | Markleville, IN |
| Mitzie Skiles | Humboldt, TN |
| Diane Stokes | Calvert City, KY |
| Patricia Stuckey | Ligonier, IN |
| Helen Taylor | Clearfield, UT |
| Jackie Turner | Falls City, NE |
| Elizabeth Waukau | Keshena WI |
| Dorothea Weyers | Clavert City, KY |
| Jeffrey Whiting | Suring, WI |
| Christine Wilczek | Lublin, WI |
| Lois York | Elsmere, KY |
| Angeline Zimmerman | Schofield, WI |

-43-

-44-

| Case | Plaintiffs | Locations |
|---|---|---|
| Debra Barefoot, Devolion Brown, Nancy M. Jones, James McLaurin, Paige Riley, Joyce Sheroan, William Singletary, Dorothy Skaggs, Mary Steele, Janet Walters v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1274<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Debra Barefoot<br>Devolion Brown<br>Nancy M. Jones<br>James McLaurin<br>Paige Riley<br>Joyce Sheroan<br>William Singletary<br>Dorothy Skaggs<br>Mary Steele<br>Janet Walters | Fayetteville, NC<br>Jacksonville, NC<br>Carthage, NC<br>Hamlet, NC<br>Macon, GA<br>Cecilia, KY<br>Rockingham, NC<br>Berea, KY<br>Brunswick, GA<br>Ravenna, KY |
| Mary Cowell, Suzanne Gibson, Steve Hanson, Sandy Hermann, Theresa Jackson, Sharon Kay Lee, Judith Mullins, Eloise Thrift, Patricia Wilkerson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1275<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Mary Cowell<br>Suzanne Gibson<br>Steve Hanson<br>Sandy Hermann<br>Theresa Jackson<br>Sharon Kay Lee<br>Judith Mullins<br>Eloise Thrift<br>Patricia Wilkerson | Memphis, MO<br>Camden, AR<br>St. Joseph, MO<br>Cape Giradeau, MO<br>Van Buren, MO<br>Ellington, MO<br>Windsor, MO<br>Blackshear, GA<br>Dixon, KY |

| | | |
|---|---|---|
| Ellen Fletcher, Norma Fuller, Gloria Gerace, Sheryl Irby, Kelli Knippers, Robert Goodman, Kelli Maddux (Knickerbocker) v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1276<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list*<br><br>*First Amended Complaint filed 04/16/04* | Ellen Fletcher<br>Norma Fuller<br>Gloria Gerace<br>Sheryl Irby<br>Kelli Knippers<br>Robert Goodman<br>Kelli Maddux (Knickerbocker) | Fairbanks, AK<br>Fairbanks, AK<br>Fairchild AFB, WA<br>Omaha, NE<br>Temecula, CA<br>Anchorage, AK<br>Cheney, WA |
| Vickie M. Bishop, Joyce Lyken, Vicky Pamperin, Clara Rouse, Mable Sexton, Debra Wallin v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1277<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list*<br><br>*First Amended Complaint filed 04/16/04* | Vickie M. Bishop<br>Joyce Lyken<br>Vicky Pamperin<br>Clara Rouse<br>Mable Sexton<br>Debra Wallin | Rome, GA<br>Anchorage, AK<br>Eagle Grove, IA<br>Jackson Springs, NC<br>Bellevue, NE<br>Clarinda, IA |

-46-

| | | |
|---|---|---|
| Lynnette Ault, Nan Barber, Jeanne Buhl, Susan Clarke, Debra Dinslage, Janice Everitt, Susan Gieschen, Karie Heuer, Betty Hoops, Carol Hunt, Thomas Kutschkau, Jean Muller, Allen Niedbalski, Mary Parker, Nancy Reimers, Angela Smith, Shirley Stauffer, Karen Stepp, Mel Stewart, Karen Swoboda v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1278<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Lynnette Ault<br>Nan Barber<br>Jeanne Buhl<br>Susan Clarke<br>Debra Dinslage<br>Janice Everitt<br>Susan Gieschen<br>Karie Heuer<br>Betty Hoops<br>Carol Hunt<br>Thomas Kutschkau<br>Jean Muller<br>Allen Niedbalski<br>Mary Parker<br>Nancy Reimers<br>Angela Smith<br>Shirley Stauffer<br>Karen Stepp<br>Mel Stewart<br>Karen Swoboda | Omaha, NE<br>Sabetha, KS<br>Lindsey, NE<br>Omaha, NE<br>West Point, NE<br>Strawberry Point, IA<br>Ogallala, NE<br>Columbus, NE<br>Fremont, NE<br>Dekalb, MO<br>Grand Island, NE<br>Ackley, IA<br>Columbus, NE<br>Idabel, OK<br>Fairbanks, AK<br>Topeka, KS<br>Seward, NE<br>Ulysses, KS<br>Edmond, OK<br>Columbus, NE |