| Case | Plaintiff | Residence |
|---|---|---|
| Linda Benton, Joan Carman, Sylvia Clanton, Dorothy Clark, Debra Conger, Sandra Cook, Shirley Cooper, Linda Douglas, Evelyn Dudley, Brenda Embree, Sharon Englert, Debbie Garlin, Deborah Griffin, Eleanor Harrison, Anna Hogan, Trudy Lincks, Cheryll Maubach, Terry McClay, Lester McMullan, Catherine Milburn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1279<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed **04/16/04*** | Linda Benton<br>Joan Carman<br>Sylvia Clanton<br>Dorothy Clark<br>Debra Conger<br>Sandra Cook<br>Shirley Cooper<br>Linda Douglas<br>Evelyn Dudley<br>Brenda Embree<br>Sharon Englert<br>Debbie Garlin<br>Deborah Griffin<br>Eleanor Harrison<br>Anna Hogan<br>Trudy Lincks<br>Cheryll Maubach<br>Terry McClay<br>Lester McMullan<br>Catherine Milburn | Ochlocknee, GA<br>Henderson, KY<br>Valdosta, GA<br>Frankfort, KY<br>Kahoka, MO<br>Livermore, KY<br>Macon, GA<br>Blackshear, GA<br>New Bern, NC<br>Richmond, KY<br>Mammoth Cave, KY<br>Poplar Bluff, MO<br>Providence, KY<br>Coffee Springs, AL<br>Goldsboro, NC<br>Berea, KY<br>Shelbina, MO<br>Forsyth, GA<br>El Dorado, AR<br>Eastonton, GA |

| | | |
|---|---|---|
| Laura Richard, Joyce Richins, Sally Ridner, Roberta Riggins, Catherine Rish, Susan Ritvo, Gwendolyn Robertson, Debra Rogers, Laree Rouse, Grover Rowe, Dorene Rymer, Inez Santangelo, Bobbie Saucier, Ethel Sayers, Joann Schilling, Judith Scott, Nelleen Seal, Barbara Seek, Kevin Semler v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1281<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed **04/16/04*** | Laura Richard<br>Joyce Richins<br>Sally Ridner<br>Roberta Riggins<br>Catherine Rish<br>**Susan Ritvo**<br>Gwendolyn Robertson<br>Debra Rogers<br>Laree Rouse<br>Grover Rowe<br>Dorene Rymer<br>Inez Santangelo<br>Bobbie Saucier<br>Ethel Sayers<br>Joann Schilling<br>Judith Scott<br>Nelleen Seal<br>Barbara Seek<br>Kevin Semler | Baton Rouge, LA<br>Monteview, ID<br>Somerset, KY<br>DesAllemands, LA<br>Norwood, LA<br>**Brookline, MA**<br>Memphis, TN<br>Baton Rouge, LA<br>Lucedale, MS<br>Woodville, MS<br>Natchez, MS<br>Harahan, LA<br>Diamondhead, MS<br>Geary, OK<br>Kentwood, LA<br>Zachary, LA<br>Kentwood, LA<br>Payallup, WA<br>Memphis, TN |

| | | |
|---|---|---|
| Lisa Sylvester, Bill Tabb, Nell Tarto, Ormal Taylor, Margaret Taylor, Ada Tellis, Shirley Terry, Geraldine Terry, Barbara Tetlow, Veda Thomas, Laura Thomas, Eddy Louise Thomas, Wanda Thompson, Corrinne Thompson, Betty Thompson, Finous Erskine Thorne, Nancy Todd, Tammy Toups, Juanita Travasos, Gloria Travis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1282<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Lisa Sylvester<br>Bill Tabb<br>Nell Tarto<br>Ormal Taylor<br>**Margaret Taylor**<br>Ada Tellis<br>Shirley Terry<br>Geraldine Terry<br>Barbara Tetlow<br>Veda Thomas<br>Laura Thomas<br>Eddy Louise Thomas<br>Wanda Thompson<br>Corrinne Thompson<br>Betty Thompson<br>Finous Erskine Thorne<br>Nancy Todd<br>Tammy Toups<br>Juanita Travasos<br>Gloria Travis | St. Rose, LA<br>Cleveland, MS<br>New Orleans, LA<br>Parkersburg, WV<br>**Mattapan, MA**<br>Portland, OR<br>Louisville, KY<br>Jeanerette, LA<br>Baton Rouge, LA<br>Sand Hook, MS<br>New Orleans, LA<br>Canton, OH<br>Plaquemine, LA<br>Swanzey, NH<br>Louisville, KY<br>Tishomingo, MS<br>Bartlett, TN<br>Schriever, LA<br>Port Allen, LA<br>New Orleans, LA |

| | | |
|---|---|---|
| Fannie Watson, Wanda Weimer, Winona Wheat, Irene Wheat, Pamela Wheeler, Kay Whitaker, Donna Lynn White, Bettie Wilkins, Desiree Williams, Carolyn Williamson, Rose Willis, Alice Wilson, Vickie Winnes, Charles Winston, Jaclyn Wood-Foster, Joann Woolwine, Donna Wright, Donna Wylie, Myra Yearby, Lola Young-McEwen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1283<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed **04/16/04*** | Fannie Watson | Lumberston, MS |
| | Wanda Weimer | Vancleave, MS |
| | Winona Wheat | Livingston, LA |
| | Irene Wheat | Livingston, LA |
| | Pamela Wheeler | Opelika, AL |
| | Kay Whitaker | Water Valley, MS |
| | Donna Lynn White | Centreville, MS |
| | Bettie Wilkins | Sulphur, LA |
| | Desiree Williams | Belle Rose, LA |
| | Carolyn Williamson | Cleveland, OH |
| | Rose Willis | Marrero, LA |
| | Alice Wilson | Plano, TX |
| | Vickie Winnes | Lake Charles, LA |
| | Charles Winston | Paradis, LA |
| | Jaclyn Wood-Foster | Winnsboro, LA |
| | Joann Woolwine | Summerville, SC |
| | Donna Wright | Bogue Chitto, MS |
| | Donna Wylie | Columbia, TN |
| | Myra Yearby | Natchez, MS |
| | Lola Young-McEwen | Okalhoma City, OK |

| | | |
|---|---|---|
| Dana Truxillo, Lucille Tuesno, Norra Louise Tully, Virginia Turner, Josiephine Tutton, Joni Tyler, Glenda Tyler, Marie Tyson-Bullock, Patricia Valega, Camela Vaughan, Hattie Venable, Gloria Venable, Cheryl Vidrine, Julie Vining, Ruth Waguespack, Annie Walker, Kelly Walton-Green, Marilyn Warr, Connie Watkins, Susan Watkinson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1284<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed* ***04/16/04*** | Dana Truxillo<br>Lucille Tuesno<br>Norra Louise Tully<br>Virginia Turner<br>Josiephine Tutton<br>Joni Tyler<br>Glenda Tyler<br>Marie Tyson-Bullock<br>Patricia Valega<br>Camela Vaughan<br>Hattie Venable<br>Gloria Venable<br>Cheryl Vidrine<br>Julie Vining<br>Ruth Waguespack<br>Annie Walker<br>Kelly Walton-Green<br>Marilyn Warr<br>Connie Watkins<br>Susan Watkinson | Walker, LA<br>Monroe, LA<br>Baton Rouge, LA<br>Plaquemine, LA<br>Memphis, TN<br>Cleveland, MS<br>Oklahoma City, OL<br>Woodville, MS<br>Prairieville, LA<br>Heidelberg, MS<br>Scottsboro, AL<br>Baker, LA<br>Sulphur, LA<br>Deweyville, TX<br>Praireville, LA<br>Amite, LA<br>Gary, IN<br>Donaldsonville, LA<br>Lake Charles, LA<br>Bremerton, WA |

| | | |
|---|---|---|
| *Carmen Bennett, Rebecca Bennett, Millie Brown, Michael Butler, Margaret Costigan, Sanra DePhilippo, Tammy Donahue, Wesley Donnellan, Mary Eaton, Bertha Faircloth, Lori Faulkner, Nancy Furrow, Nancy Ginn, Jeanne Goodness, Arlene Gould, Leigh Guildford; Wendy Hayman, Terry Hill, Carol Hodge, Debra Holmes v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1285<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>***served May 7, 2004** | Carmen Bennett | Fryeburg, ME |
| | Rebecca Bennett | Waterville, ME |
| | Millie Brown | Frankfort, ME |
| | Michael Butler | Swansville, ME |
| | Margaret Costigan | Milford, ME |
| | Sanra DePhilippo | Brewer, ME |
| | Tammy Donahue | Baileyville, ME |
| | Wesley Donnellan | Hermon, ME |
| | Mary Eaton | Little Deer Isle, ME |
| | Bertha Faircloth | Erwin, NC |
| | Lori Faulkner | Clinton, ME |
| | Nancy Furrow | Stonington, ME |
| | Nancy Ginn | Winterport, ME |
| | Jeanne Goodness | Bangor, ME |
| | Arlene Gould | Stetson, ME |
| | Leigh Guildford | Ellsworth, ME |
| | Wendy Hayman | Brookton, ME |
| | Terry Hill | Mt. Chase, ME |
| | Carol Hodge | Bangor, ME |
| | Debra Holmes | Orono, ME |

| | | |
|---|---|---|
| *Dorothy Ausevich, Douglas Iwanicki, Jerry Bujarski, Rosemary Ardagna, Vicki Sack, Eleanor Lovette, Debra Osgood, Cheryl Martella, Geraldine O'Brien, Lisa McAdams, Thomas McGauley, Karol Destefano, Barbara Fagan, Jean Horton, Donald Chartrand, Elaine Morriss, Claudia Velloso-Potts, John Vogel, John Marriner, Jacqueline Sasso v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1286<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed* ***04/16/04***<br><br>***served May 7, 2004** | **Dorothy Ausevich<br>Douglas Iwanicki<br>Jerry Bujarski<br>Rosemary Ardagna<br>Vicki Sack<br>Eleanor Lovette<br>Debra Osgood<br>Cheryl Martella<br>Geraldine O'Brien<br>Lisa McAdams<br>Thomas McGauley<br>Karol Destefano<br>Barbara Fagan<br>Jean Horton<br>Donald Chartrand<br>Elaine Morriss<br>Claudia Velloso-Potts<br>John Vogel<br>John Marriner<br>Jacqueline Sasso** | **Westwood, MA<br>Everett, MA<br>Boston, MA<br>Medford, MA<br>Newton Centre, MA<br>Chelmsford, MA<br>Roslindale, MA<br>Methuen, MA<br>Worcester, MA<br>Mashpee, MA<br>Stoughton, MA<br>Townsend, MA<br>Marston Mills, MA<br>Marshfield, MA<br>Billerica, MA<br>Wrentham, MA<br>Everett, MA<br>Gardner, MA<br>Pepperell, MA<br>Revere, MA** |

| | | |
|---|---|---|
| Francise Walker, Jacqueline Walker, Michelle Waller, Brigail Watson, J. Douglas Welborn, Sherry West, Orine White, Vivian Whiten, Jacqueline Williams, Sandra Wood, Linda Wyman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1287<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed **04/16/04*** | Francise Walker<br>Jacqueline Walker<br>Michelle Waller<br>Brigail Watson<br>J. Douglas Welborn<br>Sherry West<br>Orine White<br>Vivian Whiten<br>Jacqueline Williams<br>Sandra Wood<br>Linda Wyman | Hammond, LA<br>Edgard, LA<br>Winnsboro, LA<br>Los Angeles, CA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Baker, LA<br>Baton Rouge, LA<br>Roseland, LA<br>Pearlington, MI |
| Nicky Antoniou, Janis Barnhart, Tammy Barrett, Penny Cook, Faye Elliott, Jeen Fraley, Gail Gardner, Betty James, Janet Marlett, Carolyn Ray, Judy Roach, Tammie Scott, Janet Spence, Shirley Taylor v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1288<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed **04/16/04*** | Nicky Antoniou<br>Janis Barnhart<br>Tammy Barrett<br>Penny Cook<br>Faye Elliott<br>Jeen Fraley<br>Gail Gardner<br>Betty James | St. Louis, MO<br>Mayflower, AR<br>Mansfield, MO<br>St. Joseph, MO<br>Pine Bluff, AR<br>Arnold, MO<br>Palestine, AR<br>W. Memphis, AR |

| | | |
|---|---|---|
| | Janet Marlett<br>Carolyn Ray<br>Judy Roach<br>Tammie Scott<br>Janet Spence<br>Shirley Taylor | Pineville, MO<br>Independence, MO<br>El Dorado, AR<br>Oneida, AR<br>Elkland, MO<br>Freeman, MO |
| Darrell M. Stewart v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1289<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Darrell M. Stewart | Cantonement, FL |
| Joann Pardue v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1290<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Joann Pardue | Laurel Hill, FL |
| Jody Rome, Consuela Rucker, Janice Savoy, Estelle Selders, Tammara Simmoneaux, Anita Smith, Mary Katherine Smith, Beatrice Stines, William Toombs, Susan Ussery v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1291<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list*** | Jody Rome<br>Consuela Rucker<br>Janice Savoy | Luling, LA<br>Baton Rouge, LA<br>Lafayette, LA |

| | | |
|---|---|---|
| *First Amended Complaint filed **04/16/04*** | Estelle Selders<br>Tammara Simmoneaux<br>Anita Smith<br>Mary Katherine Smith<br>Beatrice Stines<br>William Toombs<br>Susan Ussery | Baton Rouge, LA<br>Abbeville, LA<br>Baton Rouge, LA<br>Dubach, LA<br>Baton Rouge, LA<br>Westwego, LA<br>Port Allen, LA |
| Patsy Morris, Sandra Munster, Wendy Naquin, Joyce Paige, Linda Pellegrin, Gloria Pitello, Glenda Price, Leslie Price, Dorothy Rainey, George Reid v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1292<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed **04/16/04*** | Patsy Morris<br>Sandra Munster<br>Wendy Naquin<br>Joyce Paige<br>Linda Pellegrin<br>Gloria Pitello<br>Glenda Price<br>Leslie Price<br>Dorothy Rainey<br>George Reid | Shreveport, LA<br>Kenner, LA<br>Houma, LA<br>Baton Rouge, LA<br>Cut Off, LA<br>Abita Springs, LA<br>Long Beach, MI<br>Mandeville, LA<br>Baton Rouge, LA<br>Bay St. Louis, MI |
| Pauline Gilmore, Lilly Gisclair, Garnet Granier, Nancy Hebert, Lorene Johnson, Catherine Jones, Sue LaRose, Joyce Milby, Bessie Montgomery, Jake Morreale v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1293<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list*** | Pauline Gilmore<br>Lilly Gisclair | New Orleans, LA<br>Barataria, LA |

| | | |
|---|---|---|
| *First Amended Complaint filed **04/16/04*** | Garnet Granier<br>Nancy Hebert<br>Lorene Johnson<br>Catherine Jones<br>Sue LaRose<br>Joyce Milby<br>Bessie Montgomery<br>Jake Morreale | Thibodaux, LA<br>Pierre Part, LA<br>LaPlace, LA<br>Baker, LA<br>Thibodaux, lA<br>Baton Rouge, LA<br>Clayton, LA<br>Ponchatoula, LA |
| Pauline Badeaux, Glenda Britton, Kimbra Callahan, Lynda Cervenka, Elnora Chappell, George Dooley, Wilma Dooley, Wayland Durr, Robin Fanguy, Jerry Fornea v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1294<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed **04/16/04*** | Pauline Badeaux<br>Glenda Britton<br>Kimbra Callahan<br>Lynda Cervenka<br>Elnora Chappell<br>George Dooley<br>Wilma Dooley<br>Wayland Durr<br>Robin Fanguy<br>Jerry Fornea | Des Allemands, LA<br>Shreveport, LA<br>Gulf Port, MI<br>Stillwell, OK<br>Hammond, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Monroe, LA<br>Houma, LA<br>Angie, LA |
| Sophia Wirkkala, as Adminstratrix of the Estate of Robert H. Haas, and Christopher Manner, as Administrator of the Estate of Francis Manner v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1295<br>Filed 03/30/04 | Sophia Wirkkala | Amanda Park, WA |

| | | |
|---|---|---|
| ***Plaintiff's Attorney - see separate list*** | Francis Manner | Frankurt, ME |
| Sharon J. Baker, Elizabeth Calp, Diane Dillamon, Nettie Edwards, Kristen Kruse, Donna Morgan, Linda Nelson, Paul Rowden, William Rowland, Connie Rumfelt, Kenneth Sarver, Sue Shout, Katherine Mary Spiers, Annie Stadtmueller, Louise Stivers, Jeanette Thanupakorn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1297<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed **04/16/04*** | Sharon J. Baker<br>Elizabeth Calp<br>Diane Dillamon<br>Nettie Edwards<br>Kristen Kruse<br>Donna Morgan<br>Linda Nelson<br>Paul Rowden<br>William Rowland<br>Connie Rumfelt<br>Kenneth Sarver<br>Sue Shout<br>Katherine Mary Spiers<br>Annie Stadtmueller<br>Louise Stivers<br>Jeanette Thanupakorn | Marble Hill, MO<br>Hoisington, KS<br>Las Vegas, NV<br>Durant, OK<br>Wichita, KS<br>Spokane, WA<br>Cedar City,UT<br>Columbia, MO<br>Philpot, KY<br>Eagle River, AK<br>Madisonville, KY<br>Paris, KY<br>Columbia, MO<br>Spokane, WA<br>Eminence, KY<br>Ft. Dodge, IA |
| Waneta Reital, Donna Thompson, Judy Waggoner, Terrie Westfahl-Meier, Pauline Whipple, Janeth Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1298<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list*** | Waneta Reital<br>Donna Thompson | St. Joseph, MO<br>Elizabethtown, KY |

| | | |
|---|---|---|
| *First Amended Complaint filed **04/16/04*** | Judy Waggoner<br>Terrie Westfahl-Meier<br>Pauline Whipple<br>Janeth Wilson | Carlisle, KY<br>Haven, KS<br>Elma, WA<br>Crystal Springs, MS |
| Cherie Beznaiguia, Paula Eborn, MaryLynn Gilbert, Terri Headrick (Davidson), Allan Hinman, Trudy Holman, Bonnie Jones, Donna Kelley, Debra Klein, Linda Lange, Nancy Larson, Madellan McConnell, Merrijane Morgheim, Shirley Parker, Janet Perry, Tyliese Schlitt, LaVonne Schultz, Debra Stricker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1299<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed **04/16/04*** | Cherie Beznaiguia<br>Paula Eborn<br>MaryLynn Gilbert<br>Terri Headrick<br>(Davidson)<br>Allan Hinman<br>Trudy Holman<br>Bonnie Jones<br>Donna Kelley<br>Debra Klein<br>Linda Lange<br>Nancy Larson<br>Madellan McConnell<br>Merrijane Morgheim<br>Shirley Parker<br>Janet Perry<br>Tyliese Schlitt<br>LaVonne Schultz<br>Debra Stricker | Spokane, WA<br>Pocatello, ID<br>Spokane, WA<br>Cimarron, KS<br><br>Omaha, NE<br>Fremont, NE<br>Phillips, NE<br>Holmesville, NE<br>Cazad, NE<br>N. Platte, NE<br>Anchorage, AK<br>Arnold, NE<br>Torrington, WY<br>Santa Claus, IN<br>N. Platte, NE<br>Bellevue, NE<br>Columbus, NE<br>Scotts Bluff, NE |

| Case | Plaintiff | Residence |
|---|---|---|
| Sylvia Bowman, Nellene Bracewell, Jennifer Bright, Jeanne Burke, Frances Crum, Sharon Erban, Ellen Foshay, Pamela Glover, Ocie M. Hudson, Rodney Hurst v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1300<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed* ***04/16/04*** | Sylvia Bowman<br>Nellene Bracewell<br>Jennifer Bright<br>Jeanne Burke<br>Frances Crum<br>Sharon Erban<br>Ellen Foshay<br>Pamela Glover<br>Ocie M. Hudson<br>Rodney Hurst | Hutchinson, KS<br>Dexter, GA<br>Brunswick, GA<br>Bonaire, GA<br>Brunswick, GA<br>Spokane, WA<br>Fulton, MO<br>Ringgold, GA<br>Menlo, GA<br>St. Joseph, MO |
| Luvoise Hill, Elaine Hutto, Martha Pedigo, Rosa Scott, Dawn Smith, Deborah Taylor, Carol Tucker, Dorothy Utz, Dorothy Wallace, Waunda Witt, Brenda Zobkiw v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1301<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed* ***04/16/04*** | Luvoise Hill<br>Elaine Hutto<br>Martha Pedigo<br>Rosa Scott<br>Dawn Smith<br>Deborah Taylor<br>Carol Tucker<br>Dorothy Utz<br>Dorothy Wallace<br>Waunda Witt | La Grange, NC<br>Climax, GA<br>Valdosta, GA<br>Bainbridge, GA<br>Brunswick, GA<br>St. Simons Is., GA<br>Macon, GA<br>Brunswick, GA<br>Otis Orchards, WA<br>Liberty, KY |

| | Brenda Zobkiw | Wichitia, KS |
|---|---|---|
| Karen Cockrell, Lorilee Cohoon, Stephanie Cole, Emma Cole, Diane Coleman, Letitia Conliffe, Gussie Conner, Lucy Carol Cook, Nancy Courtney, Jan Covington, Nancy Crawford, Donald Crawford, Rita Creel, Jacqueline Creer, June Cristiano, Etta Crocker, Clara Crockett, Nicolee Croteau, Leonora Crump, Ethel Curtis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1313<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Karen Cockrell<br>Lorilee Cohoon<br>Stephanie Cole<br>Emma Cole<br>Diane Coleman<br>Letitia Conliffe<br>Gussie Conner<br>Lucy Carol Cook<br>Nancy Courtney<br>Jan Covington<br>Nancy Crawford<br>Donald Crawford<br>Rita Creel<br>Jacqueline Creer<br>**June Cristiano**<br>Etta Crocker<br>Clara Crockett<br>**Nicolee Croteau**<br>Leonora Crump<br>Ethel Curtis | Haynesville, LA<br>Beavercreek, OH<br>Bridge City, TX<br>Memphis, TN<br>Cleveland, MS<br>Dallas, TX<br>Sumerall, MS<br>Kentwood, LA<br>Springfield, LA<br>Denham Springs, LA<br>Boyle, MS<br>Slaughter, LA<br>Escatawpa, MS<br>Port Allen, LA<br>**Winthrop, MA**<br>Charleston, SC<br>New Orleans, LA<br>**Gardner, MA**<br>Millersburg, KY<br>French Camp, MS |

| Case | Plaintiff | Residence |
|---|---|---|
| Larry Ford, Regina Foxx, Deborah Freyder, Mary Fulbright, Genevieve Fullington, Ruby Gaines, Linda Gantt-Horinek, Nancy Garner, Mona Gaspard, Carrie Gautreau, Betty Gillespie, Queen Gilmore, Ruby Givens, Kathy Gobble, Mary Godwin, Pearlie Goodman, June Graham, Satny Grant, Ella Grant, Donna Grassman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1314<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed **04/16/04*** | Larry Ford<br>Regina Foxx<br>Deborah Freyder<br>Mary Fulbright<br>Genevieve Fullington<br>Ruby Gaines<br>Linda Gantt-Horinek<br>Nancy Garner<br>Mona Gaspard<br>Carrie Gautreau<br>Betty Gillespie<br>Queen Gilmore<br>Ruby Givens<br>Kathy Gobble<br>Mary Godwin<br>Pearlie Goodman<br>June Graham<br>Satny Grant<br>Ella Grant<br>Donna Grassman | Alexandria, LA<br>Allen, TX<br>Prairieville, LA<br>Brownsville, TN<br>Lake Charles, LA<br>Baton Rouge, LA<br>Lorain, OH<br>Hammond, LA<br>Baton Rouge, LA<br>Natchez, MS<br>Houma, LA<br>Waynesboro, MS<br>St. Francisville, LA<br>Gonzales, LA<br>North Charleston, SC<br>Flossmoor, IL<br>Zachary, LA<br>West Bloomfield, MI<br>Zachary, LA<br>Louisville, KY |

| | | |
|---|---|---|
| Hope Duffy, Jacquelynn Duvall, Patricia Earls, Madeline Easterling, Kim Echols, Robert Edwards, Billy Joe Edwards, Charlette Elbert, Dorothy Elder, Earline Elisar, Carol Elliott, Janice Elrod, Patricia Evans, Patricia Fazzio, Debra Fish, Sherman Fisher, Richard Fleming, Julia Fleshman, Georgiana Fontenot, Betty Fontenot v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1315<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed **04/16/04*** | Hope Duffy | Livingston, LA |
| | Jacquelynn Duvall | Holly Springs, MS |
| | Patricia Earls | Houma, LA |
| | Madeline Easterling | Lucedale, MS |
| | Kim Echols | Baton Rouge, LA |
| | Robert Edwards | Memphis, TN |
| | Billy Joe Edwards | Blountville, TN |
| | Charlette Elbert | New Orleans, LA |
| | Dorothy Elder | Darrow, LA |
| | Earline Elisar | Geismar, LA |
| | Carol Elliott | Graham, WA |
| | Janice Elrod | Hoover, AL |
| | Patricia Evans | Ashville, OH |
| | Patricia Fazzio | Chalmette, LA |
| | Debra Fish | Barataria, LA |
| | Sherman Fisher | Lake Charles, LA |
| | **Richard Fleming** | **West Roxbury, MA** |
| | Julia Fleshman | Queen City, TX |
| | Georgiana Fontenot | Baton Rouge, LA |
| | Betty Fontenot | Layfayette, LA |