-64-

Evangela Henry, Katherine Herring, Deborah Hicks, Richard Highfill, Marcella Hill, Susan Hinderer-Hall, Mary Holliday, Lewanna Holmes, Evie Honea, Bobby Hooker, Jane Hoover, Georgia Hopson, Melba Horn, Sylvia Hoth, Susan Howell, Sherilyn Hudson, LeAnn Hughes, Linda Humphrey, Ona Ann Hurd, Tina Hurley v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1316
Filed 03/30/04
*Plaintiff's Attorney - see separate list*
*First Amended Complaint filed 04/16/04*

| | |
|---|---|
| Evangela Henry | Roseland, LA |
| Katherine Herring | Baton Rouge, LA |
| Deborah Hicks | Rockwood, TN |
| Richard Highfill | Aurora, OR |
| Marcella Hill | Irwin, ID |
| Susan Hinderer-Hall | Mobile, AL |
| Mary Holliday | Baton Rouge, LA |
| Lewanna Holmes | New Orleans, LA |
| Evie Honea | Deridder, LA |
| Bobby Hooker | Baton Rouge, LA |
| Jane Hoover | Natchez, MS |
| Georgia Hopson | Burkeville, TX |
| Melba Horn | Nevada, TX |
| Sylvia Hoth | Eight Mile, AL |
| Susan Howell | Walker, LA |
| Sherilyn Hudson | Hughes Springs, TX |
| LeAnn Hughes | Meadville, MS |
| Linda Humphrey | Louisville, KY |
| Ona Ann Hurd | Boonesville, MS |
| Tina Hurley | Simon, WV |

LITDOCS:542093.1

Audrey Green, Veronica Griffith, Sharon Griffith, Billie Gros, Doris Guelle, Mona Guitrau, Geraldine Hagan, Michael Haire, Paula Hale, Deloris Thomas Hall, Christina Hall, Cheryl Hamilton-Smith, Victory Hampton, Dianne Hampton, Cherylyn Hans, Suzanne Smith Henderson, Robyn Henderson, Ramona Henderson, Linda Heno, Dolores Henriksen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1317
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

*First Amended Complaint filed 04/16/04*

| | |
|---|---|
| Audrey Green | Baton Rouge, LA |
| Veronica Griffith | Baton Rouge, LA |
| Sharon Griffith | Denham Springs, LA |
| Billie Gros | Labadieville, LA |
| Doris Guelle | Donaldsonville, LA |
| Mona Guitrau | Lake Charles, LA |
| Geraldine Hagan | Rineyville, KY |
| Michael Haire | Mandeville, LA |
| Paula Hale | Baton Rouge, LA |
| Deloris Thomas Hall | Natchez, MS |
| Christina Hall | Plano, TX |
| Cheryl Hamilton-Smith | Lafayette, LA |
| Victory Hampton | Independence, LA |
| Dianne Hampton | Oklahoma City, OK |
| Cherylyn Hans | Baker, LA |
| Suzanne Smith Henderson | Baton Rouge, LA |
| Robyn Henderson | Baton Rouge, LA |
| Ramona Henderson | Gretna, LA |
| Linda Heno | Arabia, LA |
| Dolores Henriksen | Wisconsin Rapids, WI |

-65-

LITDOCS:542093.1

| | | |
|---|---|---|
| Callie Knott, Michelle LaCombe, Sandra Ladner, Mary A. Landry, Linda Lathan, Rita Lawrence, Frances Lawson, Olga (Cathi) Ledbetter, Patricia Lee, Debra Lemmon, Albertine Lewis, Milton Lindsey, Bessie Littleton, Terri Livingston, Doris London, Patsy Long, Joann Lovito, Sharon Lowry, Shirley Lugo, Michael Malecki v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1319<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br><br>*First Amended Complaint filed 04/16/04* | Callie Knott<br>Michelle LaCombe<br>Sandra Ladner<br>Mary A. Landry<br>Linda Lathan<br>Rita Lawrence<br>Frances Lawson<br>Olga (Cathi) Ledbetter<br>Patricia Lee<br>Debra Lemmon<br>Albertine Lewis<br>Milton Lindsey<br>Bessie Littleton<br>Terri Livingston<br>Doris London<br>Patsy Long<br>**Joann Lovito**<br>Sharon Lowry<br>Shirley Lugo<br>Michael Malecki | Dexter, KY<br>Baton Rouge, LA<br>Marrero, LA<br>Houma, LA<br>Baton Rouge, LA<br>Indianapolis, IN<br>Mundelein, IL<br>Springfield, LA<br>Warren, MO<br>Mason, TN<br>Highland, IN<br>New Orleans, LA<br>New Orleans, LA<br>Horn Lake, MS<br>Norwood, LA<br>Baton Rouge, LA<br>**Franklin, MA**<br>McKinney, TX<br>Ingleside, IL<br>Birch Run, MI |

-66-

LITDOCS:542093.1

Patricia Ann Irving, Joy Irving-Thompson, Mary Jack, O'Dornia Jackson, Joan Jackson, Joyce Jasmin, Yvette Javius, Lisa Jefferson, Carol Jenkins, Linda Johnson-Skipper, Katie Jones, Allison Jones, Deborah Jones-DeLibertis Lillis, Linda Joseph, Guindella Joseph, Dorothy Justice, Mary Kappell, Mattie Keller, Gloria King, Joy Kirk v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1320
Filed 03/30/04
*Plaintiff's Attorney - see separate list*
*First Amended Complaint filed 04/16/04*

| | |
|---|---|
| Patricia Ann Irving | Baton Rouge, LA |
| Joy Irving-Thompson | Columbus, LA |
| Mary Jack | Lake Charles, LA |
| O'Dornia Jackson | Baton Rouge, LA |
| Joan Jackson | Monroe, LA |
| Joyce Jasmin | St. James, LA |
| Yvette Javius | Port Allen, LA |
| Lisa Jefferson | Lake Charles, LA |
| Carol Jenkins | New Orleans, LA |
| Linda Johnson-Skipper | Houston, TX |
| Katie Jones | Oakdale, LA |
| Allison Jones | Baton Rouge, LA |
| Deborah Jones-DeLibertis Lillis | Shubuta, MS |
| Linda Joseph | Jarreau, LA |
| Guindella Joseph | Vacherie, LA |
| Dorothy Justice | Monroe, LA |
| Mary Kappell | Bardstown, KY |
| Mattie Keller | Kenosha, WI |
| Gloria King | Denham Springs, LA |
| Joy Kirk | Ripley, MS |

-67-

LITDOCS:542093.1

| | | |
|---|---|---|
| Eileen Mikel, Jeffery Miles, Victoria Misko, Sam Mitchell, Katherine Monk, Janice Monson, Katherine Moore, Joanna Moore, Lori Moran, Steve Mortillaro, Beverly Moss, Wayne Mueller, Rhonda Munoz-Wilbur, William Murray, Paula Murray, Linda Murray, Francene Myhra, Yvonne Napolitano, Faith Neddermeyer, Mary Neff v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1321<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list***<br>*First Amended Complaint filed 04/16/04* | Eileen Mikel<br>Jeffery Miles<br>Victoria Misko<br>Sam Mitchell<br>Katherine Monk<br>Janice Monson<br>Katherine Moore<br>Joanna Moore<br>Lori Moran<br>Steve Mortillaro<br>Beverly Moss<br>Wayne Mueller<br>Rhonda Munoz-Wilbur<br>William Murray<br>Paula Murray<br>Linda Murray<br>Francene Myhra<br>Yvonne Napolitano<br>Faith Neddermeyer<br>Mary Neff | Glencoe, KY<br>Blackfoot, ID<br>Memphis, TN<br>Denham Springs, LA<br>Port Allen, LA<br>Quitman, MS<br>Ellisville, MS<br>Prairieville, LA<br>Metairie, LA<br>Louisville, KY<br>Sylvan Grove, KS<br>Kenner, LA<br>Baton Rouge, LA<br>Greensburg, LA<br>Vacherie, LA<br>Pine Springs, MN<br>Chalmette, LA<br>Maryville, TN<br>Baton Rouge, LA |

-68-

James Malone, Esther Mark, Selby Martello, Wendellyn Martin, Karen Martin, Alice Martin, Sandra Matherne, Mellissa Matney, Earl Mayer, Susan McAllister, Sonjia McCoy, Muriel McCullough, Rachel McGarity, Karyl McGraw, Sara McKee, Patricia McKee, Connie McNabb, James McTursh, Jr., Betty Meadows, Dorothy Metcalf v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1322
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| James Malone | Dallas, TX |
| Esther Mark | Lafayette, LA |
| Selby Martello | Denham Springs, LA |
| Wendellyn Martin | Louisville, KY |
| Karen Martin | Kinder, LA |
| Alice Martin | Baton Rouge, LA |
| Sandra Matherne | Raceland, LA |
| Mellissa Matney | Nolensville, TN |
| Earl Mayer | Chalmetter, LA |
| Susan McAllister | Greenwell Springs, LA |
| Sonjia McCoy | Allardt, TN |
| **Muriel McCullough** | **Lynn, MA** |
| Rachel McGarity | Cedarbluff, MS |
| Karyl McGraw | Brookhaven, MS |
| Sara McKee | Cleveland, MS |
| Patricia McKee | Gun Barrel City, TX |
| Connie McNabb | Roseland, LA |
| **James McTursh, Jr** | **E.Boston, MA** |
| Betty Meadows | Livingston, LA |
| **Dorothy Metcalf** | **N. Brookfield, MA** |

-69-

LITDOCS:542093.1

-70-

Elsa Perschall, Jacqulin Petty, Donna Pickett, Beryl Pitre, Lloyd Plaisance, Susan Pool, Mossie Poole, Christine Porter, Paul Powell, Bobbye Prewitt, Lois Price, Belinda Price, Debra Pruitt, James Racki, Sandra Rademacher, Albert Rahaim, Treva Reed, Suzanne Reeves, Emma Reid, Thomas Reynolds v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1323
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | | |
|---|---|---|
| | Elsa Perschall | New Orleans, LA |
| | Jacqulin Petty | Crossville, TN |
| | Donna Pickett | Coushatta, LA |
| | Beryl Pitre | Raceland, LA |
| | Lloyd Plaisance | Cut Off, LA |
| | Susan Pool | Tangipahoe, LA |
| | Mossie Poole | Southhaven, MS |
| | Christine Porter | Dallas, TX |
| | Paul Powell | New Orleans, LA |
| | Bobbye Prewitt | Shaw, MS |
| | Lois Price | Ponca City, OK |
| | Belinda Price | Chattanooga, TN |
| | Debra Pruitt | Bastrop, LA |
| | James Racki | Londonberry, NH |
| | Sandra Rademacher | Skaneateles, NY |
| | **Albert Rahaim** | **Northboro, MA** |
| | Treva Reed | Beaumont, TX |
| | Suzanne Reeves | Sand Springs, OK |
| | Emma Reid | Baton Rouge, LA |
| | Thomas Reynolds | Ocean Springs, MS |

| | | |
|---|---|---|
| Joyce Anderson, Betty Pollard, Diane Sturgill, Keith Wainwright, Virginia Wells v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1325<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Joyce Anderson<br>Betty Pollard<br>Diane Sturgill<br>Keith Wainwright<br>Virginia Wells | Hawkins, HI<br>Greenville, NC<br>Oxford, NC<br>Albion, MI<br>Odgen, UT |
| Diane Simmons, Connie Skidmore, Susan Smits, Diane Sneed, Mary Stangle, Laurel Starr, Darlene Stevens, Donna Stevens, Suzan Stitchick, Roa Sumler, Dale Thompson, Delores Thompson, Mildred Thompson, Barry Truman, Frances Diane Trussell, Sandra Tuck, Alice Turner, Clementine Tyson, Susan Uzelac, Tonya Osborne Van Dyke v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1329<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Diane Simmons<br>Connie Skidmore<br>Susan Smits<br>Diane Sneed<br>Mary Stangle<br>Laurel Starr<br>Darlene Stevens<br>Donna Stevens<br>Suzan Stitchick<br>Roa Sumler<br>Dale Thompson<br>Delores Thompson<br>Mildred Thompson<br>Barry Truman | Tuscon, AZ<br>Lake Jackson, TX<br>DePere, WI<br>Ecrue, MS<br>Bruceville, IN<br>Grand Ledge, MI<br>Wolfforth, TX<br>Baltimore, MD<br>Macomb, MI<br>Glendale, AZ<br>Nashville, MI<br>Midolthian, VA<br>Dallas, TC<br>S. Whitley, IN |

-71-

Christina L. Mileo, Halvina Kay Miracle, Janice Morgan, Limmie L. Murphy, Hattie Myles, Ada Nelson, Charles Nelson, Irma Nelson, Sylvia O'Neill, Janine Paciarelli, Rosalie Paige, Janet Parham, Rebecca Parsons, Patricia Patrick, Evelyn Patterson, Elmer Patzkowski, Cynthia Perlson, Connie Perron, Minnie Perry, Nancy Peterson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1330
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Frances Diane Trussell | Sulphum, OK |
| Sandra Tuck | Durham, NC |
| Alice Turner | Gore, VA |
| Clementine Tyson | McComb, MS |
| Susan Uzelac | Dallas, TX |
| Tonya Osborne Van Dyke | FenCastle, VA |
| | |
| Christina L. Mileo | Landover, MD |
| Halvina Kay Miracle | Wadensville, WV |
| Janice Morgan | Richmond, VA |
| Limmie L. Murphy | Fort Worth, TX |
| Hattie Myles | Baton Rouge, LA |
| Ada Nelson | Santa Barbara, CA |
| Charles Nelson | La Plata, MD |
| Irma Nelson | La Plata, MD |
| Sylvia O'Neill | Denison, TX |
| Janine Paciarelli | Hunt Valley, MD |
| Rosalie Paige | Christiansburg, VA |
| Janet Parham | Petersburg, VA |
| Rebecca Parsons | Fort Worth, TX |
| Patricia Patrick | Newport News, VA |
| Evelyn Patterson | Richmond, VA |
| Elmer Patzkowski | Hawthorne, VA |
| Cynthia Perlson | Chapel Hill, NC |
| Connie Perron | Newport News, VA |
| Minnie Perry | Fayetteville, NC |

-72-

LITDOCS:542093.1

| | Nancy Peterson | Marietta, GA |
|---|---|---|
| Jennie Jones, Potenciana Juliano, Betty Keaveny, Betty Keller, Tammy Kerver, Ellen Kjos, Karen Klauber, Debbie LaBarba, Helen Layaou, Josephine Lotrionte, Judith Manns, Lehman "Thomas" Massey, Eydie May, Linda McCain, Di Di McConnell, Janifer McDonald, Felicia McKay, Nancy McKiernan, Nina McLemore, Kirsten McMurtry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1331<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Jennie Jones<br>Potenciana Juliano<br>Betty Keaveny<br>Betty Keller<br>Tammy Kerver<br>Ellen Kjos<br>Karen Klauber<br>Debbie LaBarba<br>Helen Layaou<br>Josephine Lotrionte<br>Judith Manns<br>Lehman "Thomas" Massey<br>Eydie May<br>Linda McCain<br>Di Di McConnell<br>Janifer McDonald<br>Felicia McKay<br>Nancy McKiernan<br>Nina McLemore<br>Kirsten McMurtry | Wilson, NC<br>Ewa Beach, HI<br>Chesapeake, VA<br>Statesville, NC<br>Landsdale, PA<br>Kailua, HI<br>Rockville, MD<br>Dallas, TX<br>Rockville, MD<br>Bronx, NY<br>Harrison, AR<br>Ayden, NC<br>Graham, NC<br>Washington, DC<br>Haymarket, VA<br>Lumbertson, NC<br>Petersburg, VA<br>Pearl River, NY<br>Dallas, TX<br>Winchester, VA |

-73-

-74-

| | | |
|---|---|---|
| Patricia Garvin, Louvon Gearey, Kayle Girvin, Thomas Graves, Claudia Grogan, Amanda Gully, Melissa Harrison, Gilbert Hess III, Dorothy Holcomb, Carolyn Hopson, Yong Horton, Cherie House, Gertha Howard, Sheila Isaac, Gary Jackson, Shirley Jackson, Cindy Jacquet, Elizabeth Jenkins, Geneva Johnson, Lois Jones v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1332<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list*** | Patricia Garvin<br>Louvon Gearey<br>Kayle Girvin<br>Thomas Graves<br>Claudia Grogan<br>Amanda Gully<br>Melissa Harrison<br>Gilbert Hess III<br>Dorothy Holcomb<br>Carolyn Hopson<br>Yong Horton<br>Cherie House<br>Gertha Howard<br>Sheila Isaac<br>Gary Jackson<br>Shirley Jackson<br>Cindy Jacquet<br>Elizabeth Jenkins<br>Geneva Johnson<br>Lois Jones | Royce City, TX<br>Chesapeake, VA<br>Goleta, CA<br>Springfield, VA<br>Manassa, VA<br>Coal Grove, OH<br>Portsmouth, VA<br>Josephine, TX<br>Farmville, VA<br>Mechanicsville, VA<br>Springfield, VA<br>Nokesville, VA<br>Fort Worth, TX<br>Wheatley Heights, NY<br>Cache, OK<br>Natchez, MS<br>Millville, NJ<br>Portsmouth, VA<br>Richmond, VA<br>Chatham, VA |

-75-

| | | |
|---|---|---|
| Elizabeth Clark, Carol Clem, Linda Conover, Gloria Coronado, Glyn Cotton, Nona Crawford-Robinson, Melinda Currie, Adalina Delos Reyes, Maurna Devane, Grace Dillon, Betty Donovan, Ruth A. Edelen, Calton Edwards, Vickie Efferson, Dorothy Emery, Mary Farmer, Marjorie Feaster, Lisa Forbes, Sharon Fountain, Patricia Freeman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1333<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Elizabeth Clark<br>Carol Clem<br>Linda Conover<br>Gloria Coronado<br>Glyn Cotton<br>Nona Crawford-Robinson<br>Melinda Currie<br>Adalina Delos Reyes<br>Maurna Devane<br>Grace Dillon<br>Betty Donovan<br>Ruth A. Edelen<br>Calton Edwards<br>Vickie Efferson<br>Dorothy Emery<br>Mary Farmer<br>Marjorie Feaster<br>Lisa Forbes<br>Sharon Fountain<br>Patricia Freeman | Brooklyn, NY<br>Cross Junction, VA<br>Sterling, VA<br>Brownwood, TX<br>Chesterfield, VA<br>San Antonio, TX<br>Ellerbe, NC<br>Kaunakakai, HI<br>Camarillo, CA<br>Natchez, MS<br>Clayton, NC<br>Oceanview, DE<br>Leland, MS<br>Livingston, LA<br>Orlando, FL<br>Ft. Washington, MD<br>Sun City, CA<br>Mufreesboro, NC<br>Silver Spring, MD<br>Omaha, TX |

Stephens v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1334
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| Joseph Russell, Myrtie Schneider, Vicki Schopmyer, Shirley Seaward, Bennes Kay Seydel, Deborah Shavies, Margaret Sisk, Andrea L. Smedley-Hasty, Narcissus Smith, Paul Smith, Raymond J. Smith, Robert Smith, Saralee Smith, William Sosebee, Lisa Sperow, Cheryl Spurlock, Carolyn Stanley, Martha Staples, Caryl Stephens, Velma | Joseph Russell<br>Myrtie Schneider<br>Vicki Schopmyer<br>Shirley Seaward<br>Bennes Kay Seydel<br>Deborah Shavies<br>Margaret Sisk<br>Andrea L. Smedley-Hasty<br>Narcissus Smith<br>Paul Smith<br>Raymond J. Smith<br>Robert Smith<br>Saralee Smith<br>William Sosebee<br>Lisa Sperow<br>Cheryl Spurlock<br>Carolyn Stanley<br>Martha Staples<br>Caryl Stephens<br>Velma Stephens | Brooklyn, NY<br>Vidalia, LA<br>Fort Worth, TX<br>LaGrange, NC<br>Addison, TX<br>Rialto, CA<br>Deal Island, MD<br>Upper Marlboro, MD<br>Manchester, NJ<br>Penndale, PA<br>Waldron, IN<br>Glen Allen, VA<br>Annapolis, MD<br>Hoffman, NC<br>Front Royal, VA<br>Haslet, TX<br>Orange, VA<br>Sutherland, VA<br>Goleta, GA<br>Petersburg, VA |

-76-

LITDOCS:542093.1

-77-

Paul J. Wellington, Vickie L. West, Courtney Whorton, Debbie Williams, Irene Williams, Sherry Williams, Natasha Wilson, Frances Wood, Susan Woods, Lorna Wooten, Sharon Wunder, Betty Youngs, Aida Ziadeh, Ann Renee Miller, Linda Latino, Glenda Sue Hines, Karen Dunaway, Timothy McNully, Barbara Abelmann, Gail Alix (Hardin) v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1335
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Paul J. Wellington | Fort Worth, TX |
| Vickie L. West | Oceanview, HI |
| Courtney Whorton | Virginia Beach, VA |
| Debbie Williams | Jersey City, NJ |
| Irene Williams | Moyick, NC |
| Sherry Williams | Archdale, NC |
| Natasha Wilson | Mechanicsville, VA |
| Frances Wood | Chester, VA |
| Susan Woods | Great Falls, VA |
| Lorna Wooten | Harrisburg, PA |
| Sharon Wunder | Linthicum, MD |
| Betty Youngs | Chesapeake, VA |
| Aida Ziadeh | Midlothian, VA |
| Ann Renee Miller | Bogalusa, LA |
| Linda Latino | Bogalusa, LA |
| Glenda Sue Hines | Bogalusa, LA |
| Karen Dunaway | Bogalusa, LA |
| Timothy McNully | Manchester, MD |
| Barbara Abelmann | Madison, WI |
| Gail Alix (Hardin) | New Orleans, LA |

LITDOCS:542093.1

George Calkins, Tara Cantwell, Patricia Chester, Ruthie Crim, Karen Daley, Mary Downing, LeAnn Eley, Cheryl Enochs, Robert Flippin, Sharon Gorbett, Patricia Guthrie, Erma Heine, Deborah Hill, Geraldine Hill, Oscar Hinton, Mooneen Holt, Joan Horton, Georgia Hunt, Donna Hurst, Jeanette Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc. A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1336
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | | |
|---|---|---|
| | George Calkins | Pasadena, TX |
| | Tara Cantwell | Wyoming, IL |
| | Patricia Chester | Fort Worth, TX |
| | Ruthie Crim | Van, TX |
| | Karen Daley | Gillespie, IL |
| | Mary Downing | Marion, TX |
| | LeAnn Eley | Dallas, TX |
| | Cheryl Enochs | Mount Vernon, MO |
| | Robert Flippin | Crystal Beach, TX |
| | Sharon Gorbett | Rochester, IL |
| | Patricia Guthrie | Oklahoma City, OK |
| | Erma Heine | Waxahachie, TX |
| | Deborah Hill | Houston, TX |
| | Geraldine Hill | Houston, TX |
| | Oscar Hinton | Virginia Beach, VA |
| | Mooneen Holt | Rockford, IL |
| | Joan Horton | Granbury, TX |
| | Georgia Hunt | Ardmore, OK |
| | Donna Hurst | Irving, TX |
| | Jeanette Johnson | Skiatook, OK |

-78-

LITDOCS:542093.1

-79-

Doris Lane, Mary Lewis, Donna Love, Tonya Lynn, Laura Makenna, Donna McClellan, Bonnie McLaughlin, Margaret Miller, Clara Monroe, Russell Monroe, Rosann Mussa, Brett Neill, Annie Nelson, Jason Norado, David Norfleet, Susan Nowell, Brenda Parker, Cassandra Patterson, Shirley Phillips, Patricia Riggs v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1337
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | | |
|---|---|---|
| | Doris Lane | Hondo, TX |
| | Mary Lewis | De Soto, TX |
| | Donna Love | Mansfield, TX |
| | Tonya Lynn | Garland, TX |
| | Laura Makenna | San Diego, CA |
| | Donna McClellan | Bowie, TX |
| | Bonnie McLaughlin | Rowlett, TX |
| | Margaret Miller | Houston, TX |
| | Clara Monroe | Fort Worth, TX |
| | Russell Monroe | Mesquite, TX |
| | Rosann Mussa | Pueblo, CO |
| | Brett Neill | Godley, TX |
| | Annie Nelson | Dallas, TX |
| | Jason Norado | Flower Mound, TX |
| | David Norfleet | Crentrahoma, OK |
| | Susan Nowell | Litchfield, IL |
| | Brenda Parker | Fort Worth, TX |
| | Cassandra Patterson | Arlington, TX |
| | Shirley Phillips | West Palm Beach, FL |
| | Patricia Riggs | Ramona, CA |

LITDOCS:542093.1

-80-

Lori Franklin, Margie Garrett, Pamela Gill, Carolyn Grant, Leslie Hail, Cindy Hampton, Julia Hannon, Kimberly Harrington, Mamie Harris, Shirley Hearn, Bobbie Henderson, Diana Herbert, Jimmy Hightower, Mary Hill, Brenda Hord, Bufford Hottle, Joe Jennings, Elizabeth Johnson, William Johnson, Sherry Keller v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1338
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| Plaintiff | City |
|---|---|
| Lori Franklin | Arlington, TX |
| Margie Garrett | Dallas, TX |
| Pamela Gill | Tyler, TX |
| Carolyn Grant | Arlington, TX |
| Leslie Hail | Canyon, TX |
| Cindy Hampton | Garland, TX |
| Julia Hannon | Rockwall, TX |
| Kimberly Harrington | Garland, TX |
| Mamie Harris | Fort Worth, TX |
| Shirley Hearn | Moline, IL |
| Bobbie Henderson | Ennie, TX |
| Diana Herbert | Argyle, TX |
| Jimmy Hightower | Mt. Pleasant, TX |
| Mary Hill | Dallas, TX |
| Brenda Hord | North Richland Hills, TX |
| Bufford Hottle | Monmouth, IL |
| Joe Jennings | Garland, TX |
| Elizabeth Johnson | Dallas, TX |
| William Johnson | Burleson, TX |
| Sherry Keller | Whitney, TX |

LITDOCS:542093.1

-81-

Lisette Brown, Douglas Cain, Michael Campbell, Doria Carson, Bob Clowers, Dolores Colmenero, Jose Cordero, Nancy Cromwell, Sandra Crosby, Dan Darden, Geraldine Desautels, Karen Drew, Lou Dubose, Rickie Dufour, Sandra Edlund, Rosemary Escalante, Yolanda Flores, Yvonne Fluellen, Denise Ford, Mary Fox v. Indevus Pharmaceuticals, Inc. F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc. A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1339
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | | |
|---|---|---|
| | Lisette Brown | Fort Worth, TX |
| | Douglas Cain | Pittsburg, OK |
| | Michael Campbell | Milwaukee, WI |
| | Doria Carson | Arlington, TX |
| | Bob Clowers | Mansfield, TX |
| | Dolores Colmenero | San Antonio, TX |
| | Jose Cordero | Stratford, CT |
| | Nancy Cromwell | Overland Park, KS |
| | Sandra Crosby | Denton, TX |
| | Dan Darden | Millsap, TX |
| | Geraldine Desautels | Excelsior Springs, MO |
| | Karen Drew | Azle, TX |
| | Lou Dubose | Fort Worth, TX |
| | Rickie Dufour | Bush, LA |
| | Sandra Edlund | Houston, TX |
| | Rosemary Escalante | Houston, TX |
| | Yolanda Flores | Corpus Christi, TX |
| | Yvonne Fluellen | Garland, TX |
| | Denise Ford | Whitney, TX |
| | Mary Fox | New Braunfels, TX |

LITDOCS:542093.1

Martin Alvarado, Mary Aubert, Janet Aud, Wanda Bacher, Ronald Bell, Jerri Brown, Kimberly Luther, Donna Malone, Vivian Moss, Louise Plasek, Rebecca Schneider, Ruby Scudder, Patsy Sims, Julia Smith, Ramona Vaughn, Maria Villarreal, Patricia Wendell, Chantz Williams, Beverly Woodard, Patricia Woolen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1340
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | | |
|---|---|---|
| | Martin Alvarado | San Antonio, TX |
| | Mary Aubert | Arlington, TX |
| | Janet Aud | Whitesville, KY |
| | Wanda Bacher | Rowlett, TX |
| | Ronald Bell | San Antonio, TX |
| | Jerri Brown | Spokane, WA |
| | Kimberly Luther | Frisco, TX |
| | Donna Malone | Crosby, TX |
| | Vivian Moss | Grand Saline, TX |
| | Louise Plasek | La Marque, TX |
| | Rebecca Schneider | Ladd, IL |
| | Ruby Scudder | San Antonio, TX |
| | Patsy Sims | Fort Worth, TX |
| | Julia Smith | Prospect, KY |
| | Ramona Vaughn | Scottsbluff, NE |
| | Maria Villarreal | Corpus Christi, TX |
| | Patricia Wendell | Pekin, IL |
| | Chantz Williams | Houston, TX |
| | Beverly Woodard | Oklahoma City, OK |
| | Patricia Woolen | Midwest City, OK |

-82-

LITDOCS:542093.1

-83-

| | | |
|---|---|---|
| Betty Bennett, Margaret Blow, Connie Byrne, Ladeana Cook, Sue Dilley, Donna Doiron, Joan Duff, Barbara Duffy, Angela Duncan, Brenda Freeman, Gail Fricker, Elizabeth Huffer, Sadie Ivory, Robbie Jones, Barbara Kline, Sylvia Wilson Nancy Wise, Jacqueline Withrow, Mattie Witt, Toni Wright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Filed 03/30/04<br>Middlesex Superior Court 2004 – 1341<br>*Plaintiff's Attorney - see separate list* | Betty Bennett<br>Margaret Blow<br>Connie Byrne<br>Ladeana Cook<br>Sue Dilley<br>Donna Doiron<br>Joan Duff<br>Barbara Duffy<br>Angela Duncan<br>Brenda Freeman<br>Gail Fricker<br>Elizabeth Huffer<br>Sadie Ivory<br>Robbie Jones<br>Barbara Kline<br>Sylvia Wilson<br>Nancy Wise<br>Jacqueline Withrow<br>Mattie Witt<br>Toni Wright | League City, TX<br>Garland, TX<br>Beaverton, OR<br>Covington, TX<br>Sequatchie, TN<br>Lumberton, TX<br>Aubrey, TX<br>Shelton, CT<br>Baytown, TX<br>Houston, TX<br>Double Oaks, TX<br>Livingston, TX<br>Moline, TX<br>Oklahoma City, OK<br>The Woodlands, TX<br>Flower Mound, TX<br>El Reno, OK<br>East Modine, Il<br>Fort Worth, TX<br>Shamrock, TX |