-84-

Vivian Ross, Sandra Shanor, Robert Shelly, Shirley Shipman, Barbara Smith, Debra Smith, Janet Smith, Lula Stansell, Brenda Stuart, Sheri Swift, Camellia Taylor, Judy Thomason, Beverly Thompson, Glenda Turner, Jamison Ward, Chestene Weeks, Frankie Westbrooks, Kimberly Wilie, Angela Williams, Carol Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1342
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Vivian Ross | Houston, TX |
| Sandra Shanor | Azle, Tx |
| Robert Shelly | De Soto, TX |
| Shirley Shipman | Mesquite, TX |
| Barbara Smith | Garland, TX |
| Debra Smith | Colville, TX |
| Janet Smith | Arlington, TX |
| Lula Stansell | Winona, TX |
| Brenda Stuart | Dallas, TX |
| Sheri Swift | Littleton, CO |
| Camellia Taylor | Carrollton, TX |
| Judy Thomason | Royse City, TX |
| Beverly Thompson | Fort Worth, TX |
| Glenda Turner | Grand Prairie, TX |
| Jamison Ward | Saginaw, TX |
| Chestene Weeks | Las Vegas, LV |
| Frankie Westbrooks | Preemption, IL |
| Kimberly Wilie | Fort Worth, TX |
| Angela Williams | Fort Worth, TX |
| Carol Wilson | Fort Worth, TX |
| | Tea, SD |

LITDOCS:542093.1

-85-

Cheryl Horton, Shelly Jones, Stephanie Lanham, Edith Littlefield, Sharon Lugdon, Barbara McAvoy, Maria Moore, Cheryl Murchison, April Peavey, Janet Perkins, Karen Reed, Gail Sargent, Carol Smith, Shirlee Smith, Lillian Sparrow, Mary Stone, Gail Tamboro, Patricia Williams, Tina York v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1343
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| Plaintiff | Location |
|---|---|
| Cheryl Horton | Hermon, ME |
| Shelly Jones | Lubec, ME |
| Stephanie Lanham | Bangor, ME |
| Edith Littlefield | Freedom, ME |
| Sharon Lugdon | Greenbush, ME |
| Barbara McAvoy | St. Albans, ME |
| Maria Moore | Old Town, ME |
| Cheryl Murchison | Presque Isle, ME |
| April Peavey | Patten, ME |
| Janet Perkins | Holden, ME |
| Karen Reed | Glenburn, ME |
| Gail Sargent | Lamoine, ME |
| Carol Smith | Lamine, ME |
| Shirlee Smith | Hampden, ME |
| Lillian Sparrow | Portland, ME |
| Mary Stone | Bangor, ME |
| Gail Tamboro | Husdon, ME |
| Patricia Williams | Brewer, ME |
| Tina York | Bucksport, ME |

| | | |
|---|---|---|
| Colleen Barlow, Carlos Barrena, Sheron Christensen, Donna Clanton, Tefini Fonua, Marilyn Garner, Satny Grant, Opal Hardy, Shawnna Harmon, Carolyn Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1344<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Colleen Barlow<br>Carlos Barrena<br>Sheron Christensen<br>Donna Clanton<br>Tefini Fonua<br>Marilyn Garner<br>Satny Grant<br>Opal Hardy<br>Shawnna Harmon<br>Carolyn Johnson | West Jordan, UT<br>St. Pierce, FL<br>Salt Lake City, UT<br>Fort Walton Beach, FL<br>West Jordan, UT<br>Salt Lake City, UT<br>West Bloomfield, MI<br>Thonotosassa, FL<br>Hoover, AL<br>Nocatee, FL |
| Mary Collins, Esther Colon, Patricia Cooper-Potter, Lucille Corprew, Janice Crissman, Cheryl Currid, Barbara Dalley, Alma Daniels, Edna Daves, Shirley Davidson, Lorelei Davies, Robin Davis, Robert H. Doktor, Dawn Drews, Curtis Drexler, Sara Drossart, Milton Dunaway, Jeffrey Durgin, Betty Edwards, Janet Erickson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1345<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Mary Collins<br>Esther Colon<br>Patricia Cooper-Potter<br>Lucille Corprew<br>Janice Crissman<br>Cheryl Currid<br>Barbara Dalley<br>Alma Daniels | Yale, IL<br>Modesto, CA<br>Madison, WI<br>Paris, TX<br>Durham, MC<br>Houston, TX<br>Maple Grove, MN<br>Fairborn, OH |

-86-

LITDOCS:542093.1

Mary Boomhower, Phyllis Borski, Deborah Braga, Margie Breidel, Carolyn Brown, Kevin Brubaker, Sandra Buck, Ella Calhoun, Marsha Callan, Cathy Carman-Hastings, Rebecca Carrow, Pamela Carver, Diane Causey, Connie Chartier, Ginger Chennault, Catherine Clark, Alisa Cliett, Lena Cloe, Katheryn Coleman, Valerie Collier v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1346
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | | |
|---|---|---|
| | Edna Daves | Oklahoma City, OK |
| | Shirley Davidson | Tchula, MS |
| | Lorelei Davies | Makawao, HI |
| | Robin Davis | Wilson, NC |
| | Robert H. Doktor | Honolulu, HI |
| | Dawn Drews | Appleton, WI |
| | Curtis Drexler | Bingham Lake, MN |
| | Sara Drossart | Green Bay, WI |
| | Milton Dunaway | Barbourville, KY |
| | Jeffrey Durgin | Richmond, VA |
| | Betty Edwards | Raleigh, NC |
| | Janet Erickson | Kihei, HI |
| | Mary Boomhower | Angelton, TX |
| | Phyllis Borski | Whiteland, IN |
| | Deborah Braga | Raleigh, NC |
| | Margie Breidel | LaCrosse, WI |
| | Carolyn Brown | New Vienna, OH |
| | Kevin Brubaker | Clio, MI |
| | Sandra Buck | Rockville, IN |
| | Ella Calhoun | Las Vegas, NY |
| | Marsha Callan | Stevens Point, WI |
| | Cathy Carman-Hastings | Houston, TX |
| | Rebecca Carrow | Black Creek, WI |
| | Pamela Carver | Spring, TX |
| | Diane Causey | Randleman, NC |

-87-

LITDOCS:542093.1

Connie (Roberson) Althen, Verla Aders, Donalyn Ahlberg, Edna Albers, Denise Andress, Ashley Anello, Erma Irene Aurand, Jacqueline Baker, bearden Bakerink, Nancy Barendt, Pamela D. Bates, Ava Batiste, Marie Bell, Paula Gaye Benbrook, Rodger Benz, Linda Binney, Victoria Blackburn, Betty Blake, Jean Blythe, Judith Boie v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1347
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Connie Chartier | Toledo, OH |
| Ginger Chennault | Amarillo, TX |
| Catherine Clark | Neenah, WI |
| Alisa Cliett | West Point, MS |
| Lena Cloe | Tahoka, TX |
| Katheryn Coleman | Cordova, TN |
| Valerie Collier | Wardensville, WV |
| | |
| Connie (Roberson) Althen | Starkville, MS |
| Verla Aders | McMinville, OR |
| Donalyn Ahlberg | St. Paul, MN |
| Edna Albers | Oconomowac, WI |
| Denise Andress, | Haskell, TX |
| Ashley Anello | San Deigo, CA |
| Erma Irene Aurand | Wayne, OH |
| Jacqueline Baker | Cle-Elum, EA |
| bearden Bakerink | Phoenix, AZ |
| Nancy Barendt | Las Vegas, NV |
| Pamela D. Bates | Wesson, MS |
| Ava Batiste | Beaumont, TX |
| Marie Bell | Hastings, MO |
| Paula Gaye Benbrook | Piggott, AR |
| Rodger Benz | Kailau, HI |
| Linda Binney | Salisburg, MD |
| Victoria Blackburn | Poplar, MO |
| Betty Blake | Coral Gables, FL |

| | | |
|---|---|---|
| Jerry Vermillion, Vivian Wade, Jane Walden, Lucile Wardell, Lark Wartenberg, Sharon Watkins, Sarah Watson, Debby White, Carolyn Whitehouse, Winnie Wilkes, Shalndra Shonice Williams, Sharon Williams-Acton, Jerline Wilson, Pamela Winrow-Islam, Marilyn Withey, Patricia Witters, Teddy Young, Vernon Young, Judith Ziegert, Debra K. Landrum v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1348<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list*** | Jean Blythe<br>Judith Boie | Panama City, FL<br>Walker, MN |
| | Jerry Vermillion<br>Vivian Wade<br>Jane Walden<br>Lucile Wardell<br>Lark Wartenberg<br>Sharon Watkins<br>Sarah Watson<br>Debby White<br>Carolyn Whitehouse<br>Winnie Wilkes<br>Shalndra Shonice Williams<br>Sharon Williams-Acton<br>Jerline Wilson<br>Pamela Winrow-Islam<br>Marilyn Withey<br>Patricia Witters<br>Teddy Young<br>Vernon Young<br>Judith Ziegert<br>Debra K. Landrum | Georgetown, KY<br>Dallas, TX<br>Amory, MS<br>Morgan, UT<br>Green Bay, WI<br>Austin, TX<br>Pheba, MS<br>Starkville, MS<br>Shawano, MS<br>Charlotte, NC<br>Hattiesburg, MS<br>Sears, MI<br>Big Springs, TX<br>Bridgeton, NJ<br>Otisville, MI<br>Milwaukee, WI<br>Graham, TX<br>Richmond, VA<br>Grennville, WI<br>Las Legas, NV |

-89-

LITDOCS:542093.1

-90-

| | | |
|---|---|---|
| Joann Adeleke, Lesa Adkins, Sandra Allen, Virginia Anderson, Shelby Antley, Helen R. Austin, Penny Ball, Barbara Baumgarner, Lee Ann Belleti, Jessie A. Best, Vanessa Brannan, Susan Brooks, Gail Brumfield, Glena Brundage, Sonia Burgest, Marion Byrd, Rice Eileen Canjar, Julie Lee Caputo, Tonya Cardozo, Alysia Carter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1349<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Joann Adeleke<br>Lesa Adkins<br>Sandra Allen<br>Virginia Anderson<br>Shelby Antley<br>Helen R. Austin<br>Penny Ball<br>Barbara Baumgarner<br>Lee Ann Belleti<br>Jessie A. Best<br>Vanessa Brannan<br>Susan Brooks<br>Gail Brumfield<br>Glena Brundage<br>Sonia Burgest<br>Marion Byrd<br>Rice Eileen Canjar<br>Julie Lee Caputo<br>Tonya Cardozo<br>Alysia Carter | Fairfax, VA<br>Yellville, AR<br>Tylertown, MS<br>Vidalia, LA<br>Fulton, AR<br>Cherokee Village, AR<br>Lucasville, OH<br>Charlotte, NC<br>Annandale, VA
Prarieville, LA<br>Vidalia, LA<br>Falls Church, VA<br>McComb, MS<br>Coppell, TX<br>Phildelphia, PA<br>Roselle, NJ<br>Laurel, MD<br>Frederick, MD<br>Las Vegas, NV<br>Oxon Hill, MD |

LITDOCS:542093.1

-91-

Joan Reed, Cynthia Reeves, LeRoy Remme, Teresa Rich, Cindy Rife, Marilyn Roach, Donald Roberson, Cheryl Roberts, K. Roche, Linda Russell, Rosie Sanders, Robynn Schinkewitz, Glenn Scholz, Paul Schuelke, Barbara Schultz, Timothy Seese, Brenda Sersha, Roberta Sherer, Deborah Shifflett, William Sierer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., F/K/A Wyeth Pharmaceuticals, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1350
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Joan Reed | Colton, CA |
| Cynthia Reeves | Gattman, MS |
| LeRoy Remme | Appleton, WI |
| Teresa Rich | Snelville, GA |
| Cindy Rife | Newton, IL |
| Marilyn Roach | Attica, IN |
| Donald Roberson | Henderson, NC |
| Cheryl Roberts | Roanoke, VA |
| K. Roche | Battle Creek, MI |
| Linda Russell | Houston, TX |
| Rosie Sanders | Paris, TX |
| Robynn Schinkewitz | Campbell River, BC |
| Glenn Scholz | Waupaca, WI |
| Paul Schuelke | Layfayette, MN |
| Barbara Schultz | White Hall, MD |
| Timothy Seese | Walnut Grove, MS |
| Brenda Sersha | Aurora, MN |
| Roberta Sherer | Houston, TX |
| Deborah Shifflett | Severn, MD |
| William Sierer | Coppell, TX |

| | | |
|---|---|---|
| James Medlock, Sharon Meekins, Lois Meidl, James Meleen, Patricia Meyer, Judy Milham, Barbara Miller, Leola Mitchell, Robin Mitchell, Elaine Morgan, Virgie Moton, John Moxley, Alexis Murphy, Cheryl Murray-Lee, Gail A. Nolan, Linda Norris, William Nussbaum, Donna Nutter, Ellen O'Boyle, Sue O'Hara v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1351<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list*** | James Medlock<br>Sharon Meekins<br>Lois Meidl<br>James Meleen<br>Patricia Meyer<br>Judy Milham<br>Barbara Miller<br>Leola Mitchell<br>Robin Mitchell<br>Elaine Morgan<br>Virgie Moton<br>John Moxley<br>Alexis Murphy<br>Cheryl Murray-Lee<br>Gail A. Nolan<br>Linda Norris<br>William Nussbaum<br>Donna Nutter<br>Ellen O'Boyle<br>Sue O'Hara | Fort Worth, TX<br>Norfolk, VA<br>Valders, WI<br>Onamia, MN<br>Cotton, MN<br>St. Paul, MN<br>Alvin, TX<br>South Bend, IN<br>Dublin VA<br>Grand Rapids, MN<br>Cleveland, MS<br>Sandston, VA<br>Flint, MO<br>Yuen Long N.T., Hong Kong<br>Vienna, VA<br>Anderson, IN<br>Anaheim, CA<br>San Diego, CA<br>Arnold, MD<br>Houston, TX |

-92-

LITDOCS:542093.1

-93-

Linda Kramer, Gloria Lecato, Esther LeGron, Carris Lewis, Wendy Long, Emma M. Love, Alice Luethmers, Arlene Lynch, Cindy Mack, Mary Malosh, Eileen Malvagno, Deborah Mason, Deborah Masters, Vicki L. Mauk, Gina McCone, Mary McDonald, Donna McGee, Beverly McKain, Lucille McKay, Carla McKinzie v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1352
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Linda Kramer | Urdale, TX |
| Gloria Lecato | Lansing, MI |
| Carris Lewis | Maumee, OH |
| Wendy Long | Jackson, MO |
| Emma M. Love | Fulshear, TX |
| Alice Luethmers | Henderson, NV |
| Arlene Lynch | Medford, NJ |
| Cindy Mack | Archer, NE |
| Mary Malosh | Detroit, MI |
| Eileen Malvagno | Glendale, NY |
| Deborah Mason | Suffolk, VA |
| Deborah Masters | Haslett, MI |
| Vicki L. Mauk | Palisade, CO |
| Gina McCone | Philadelphia, PA |
| Mary McDonald | Nashport, OH |
| Donna McGee | Compton, CA |
| Beverly McKain | Carlisle, IN |
| Lucille McKay | Montrose, MO |
| Carla McKinzie | Sheridan, IN |

LITDOCS:542093.1

| | | |
|---|---|---|
| Mary Jeffries, Davey Jimison, Deborah Johnson, Donna Johnson, Ruth Johnson, Tonia Johnson, Karen Johnston, Cheryl Jones, Shirley Jones, Elizabeth Jonovic, Judy Kaebisch, Ronald Kelley, Kathleen Kemp, Laura Kent, Angelia Khan, John King, Patricia Kirk, Shirley Kitzman, Linda Bunch Koiner, Martha Kologinczak v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1353<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Mary Jeffries<br>Davey Jimison<br>Deborah Johnson<br>Donna Johnson<br>Ruth Johnson<br>Tonia Johnson<br>Karen Johnston<br>Cheryl Jones<br>Shirley Jones<br>Elizabeth Jonovic<br>Judy Kaebisch<br>Ronald Kelley<br>Kathleen Kemp<br>Laura Kent<br>Angelia Khan<br>John King<br>Patricia Kirk<br>Shirley Kitzman<br>Linda Bunch Koiner<br>Martha Kologinczak | Albany, OH<br>Port Treyton, PA<br>Oklahoma City, OK<br>High Point, NC<br>Covert, MI<br>Washington, DC<br>Baltimore, MD<br>Yorktown, PA<br>Norfolk, VA<br>Wisconsin Rapids, WI<br>Germantown, WI<br>Culpeper, VA<br>Grand Ledge, MO<br>Katy, TX<br>Durham, NC<br>Richmond, TX<br>Green Valley, AZ<br>Lake Geneva, WI<br>Waynesboro, VA<br>Houston, TX |

-94-

-95-

| | | |
|---|---|---|
| Dana Gulledge-Smith, Barbara Haley, Leisa Hall, Mary Hatcher, Tracy Hathcock, Roberta Hawkins, Shirley Hawkins, Phyllis Hazel, Rita Hehrer, Jean Henderson, Carmello Hickman, Julia Hicks, Daniel J. Himmelfarb, Margaret Hoelscher, Gail Hogan, Gregory Holdridge, Susan Horton, Delores Huff, Brenda Hughes, April Ivy v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1354<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Dana Gulledge-Smith<br>Barbara Haley<br>Leisa Hall<br>Mary Hatcher<br>Tracy Hathcock<br>Roberta Hawkins<br>Shirley Hawkins<br>Phyllis Hazel<br>Rita Hehrer<br>Jean Henderson<br>Carmello Hickman<br>Julia Hicks<br>Daniel J. Himmelfarb<br>Margaret Hoelscher<br>Gail Hogan<br>Gregory Holdridge<br>Susan Horton<br>Delores Huff<br>Brenda Hughes<br>April Ivy | Mooresville, NC<br>Flint, MI<br>Blue Mountain, MS<br>Bryan, TX<br>Greenwood, MS<br>Patchogue, NY<br>Anoka, MN<br>Houston, TX<br>Ovid, TX<br>Winona, MN<br>Preston, MS<br>Chesterfield, VA<br>Damascus, MD<br>Fulshear, TX<br>Las Vegas, NY<br>Elliott City, MD<br>Houston, TX<br>Fresno, CA<br>Lima, OH<br>Enterprise, MS |

LITDOCS:542093.1

| | | |
|---|---|---|
| Mary Farnsworth, Michael Feliciotti, Joyce Felts, James Flanigan, Emma Flowers, Lorine Forrest, Sharilyn Franzman, Elsie Freds, Melissa Gaines, Vivian Gibbs, Pauline Gibson, Milton Gilliland, Eunice Golfis, Freda Goode, Richard Gray, Sylvia Gray, Maria Green, Sheri Green, Allison Greene, Connie Grissom v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1355<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list*** | Mary Farnsworth<br>Michael Feliciotti<br>Joyce Felts<br>James Flanigan<br>Emma Flowers<br>Lorine Forrest<br>Sharilyn Franzman<br>Elsie Freds<br>Melissa Gaines<br>Vivian Gibbs<br>Pauline Gibson<br>Milton Gilliland<br>Eunice Golfis<br>Freda Goode<br>Richard Gray<br>Sylvia Gray<br>Maria Green<br>Sheri Green<br>Allison Greene<br>Connie Grissom | Idaho Falls, ID<br>College Park, MD<br>Corbin, KY<br>Qulin, MO<br>Bay Springs, MS<br>Far Rockaway, NY<br>Tell City, IN<br>Battle Creek, MI<br>Charles Town, WV<br>Baltimore, MD<br>Reidsville, NC<br>Topeka, KS<br>Maple Grove, MN<br>Indianapolis, IN<br>Houston, TX<br>Pontotoc, MS<br>Bridgeton, NJ<br>Texarkana, AR<br>Columbia, MD<br>Paris, TX |

-96-

| | | |
|---|---|---|
| Ijoma Omenebelle, Lillie Francis Parker, Melba Parkinson, Phyliss Passalacqua, Christy Perkins, Karen Perkins, Joan Petrak, Rhonda Phillips, Roy Piazza, Patricia Pickell, Pamela Pidgeon, Dianne Pol, Hilda Porter, Thomas Poss, Carla Powell, Lee Powers, Lesley Price, Betty Purviance, Ava Nell Quinn, Maryann Quinn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1356<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Ijoma Omenebelle<br>Lillie Francis Parker<br>Melba Parkinson<br>Phyliss Passalacqua<br>Christy Perkins<br>Karen Perkins<br>Joan Petrak<br>Rhonda Phillips<br>Roy Piazza<br>Patricia Pickell<br>Pamela Pidgeon<br>Dianne Pol<br>Hilda Porter<br>Thomas Poss<br>Carla Powell<br>Lee Powers<br>Lesley Price<br>Betty Purviance<br>Ava Nell Quinn<br>Maryann Quinn | Far Rockaway, NY<br>Columbus, MS<br>Sugar City, ID<br>Conshohocken, PA<br>Hernando, MS<br>Anderson, IN<br>Galdwin, MO<br>Piggott, AR<br>LA<br>Cement City, MI<br>Ft. Wayne, IN<br>Lawrenceville, GA<br>Myrtle, MS<br>Amory, MS<br>Richmond, VA<br>Richmond, NC<br>Fuguary, NC<br>Modesto, CA<br>Tylertown, MS<br>Havertown, PA |

-97-

Earline Simoneaux, Vera Sims, Carolyn Gwenett Sims, Barbara Singleton, Charlotte Skelton, Patricia Smith, Ingrid Smith, Diana Smith, Norma Smith-Cushenberry, Ella Socha, Lorraine Solomon, Fred Spain, Jr., Victor Spano, Dee Spear, Charles Spencer, Mary Beth Spiker, Linda Splettstosser, Evelyn Stafford, Henry Stevens, Susan Michelle Stringer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1357
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Earline Simoneaux | Napoleonville, LA |
| Vera Sims | New Orleans, LA |
| Carolyn Gwenett Sims | West Monroe, LA |
| Barbara Singleton | Baton Rouge, LA |
| Charlotte Skelton | Cleveland, MS |
| Patricia Smith | Irvington, KY |
| Ingrid Smith | Kanas City, KS |
| Diana Smith | Baton Rouge, LA |
| Norma Smith-Cushenberry | Plaquemine, LA |
| Ella Socha | Hattiesburg, MS |
| Lorraine Solomon | Orange, TX |
| Fred Spain, Jr. | Cleveland, MS |
| Victor Spano | Baton Rouge, LA |
| Dee Spear | Charleston, SC |
| Charles Spencer | Louisville, KY |
| Mary Beth Spiker | Middletown, IN |
| Linda Splettstosser | Pearl River, LA |
| Evelyn Stafford | Baton Rouge, LA |
| Henry Stevens | Donaldsonville, LA |
| Susan Michelle Stringer | Hattiesburg, MS |

-98-

-99-

| | | |
|---|---|---|
| Connie Netherland, Clara Newton, Christine Nichols, Madelyn Normand, Della Norris, Opal Paulette Nuckolls, Darline Nunez, Julia Nunley, Doriene Oliver, Rita O'Neal, Melanie Ory, Cheryl Ory, Robin Palmer, Carl Paolucci, Suzanne Pareti, Tynel Parfait, Beatrice Parker, Lee Alma Patrick, Jessie Pearson, Fran Pearson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1358<br>Filed 03/30/04<br>***Plaintiff's Attorney - see separate list*** | Connie Netherland<br>Clara Newton<br>Christine Nichols<br>**Madelyn Normand**<br>Della Norris<br>Opal Paulette Nuckolls<br>Darline Nunez<br>Julia Nunley<br>Doriene Oliver<br>Rita O'Neal<br>Melanie Ory<br>Cheryl Ory<br>Robin Palmer<br>**Carl Paolucci**<br>Suzanne Pareti<br>Tynel Parfait<br>Beatrice Parker<br>Lee Alma Patrick<br>Jessie Pearson<br>Fran Pearson | Zachray, LA<br>Baton Rouge, LA<br>Waskom, TX<br>**Malden, MA**<br>Cottonport, LA<br>Bolivar, TN<br>Bogulusa, LA<br>Grayson, KY<br>Boulder City, NV<br>North Veron, IN<br>Covington, LA<br>Baker, LA<br>Arcadia, OK<br>**Weymouth, MA**<br>Metairie, LA<br>Kenner, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Bastrop, LA<br>Port Allen, LA |

-100-

Judy Phipps, Cynthia Poeggel, Marietta Poindexter, Doris Pollard-Samuel, Betty Powell, Esther Powell, Sheila Price, Vernice Pridgeon, Norma Puch, Cynthia Rahali, Judith Ann Rawlinson, Donald Reid, Linda Reynolds, Dena Rhodes, Judith C. Ries, Rita Robertson, Jeanetta Roland, Connie Ross, Robert Ruedrich, Nancy Russ v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1359
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Judy Phipps | Deale, MD |
| Cynthia Poeggel | Moon Township, PA |
| Marietta Poindexter | Richmond, VA |
| Doris Pollard-Samuel | Tappahanock, VA |
| Betty Powell | Amelia, VA |
| Esther Powell | Keling, VA |
| Sheila Price | Mechanicsville, VA |
| Vernice Pridgeon | Richmond, VA |
| Norma Puch | Camarillo, CA |
| Cynthia Rahali | Winchester, VA |
| Judith Ann Rawlinson | Cambridge, MD |
| Donald Reid | Centerville, VA |
| Linda Reynolds | Temple, TX |
| Dena Rhodes | Warrenton, VA |
| Judith C. Ries | Saginaw, TX |
| Rita Robertson | Benbrook, TN |
| Jeanetta Roland | Ft. Washington, MD |
| Connie Ross | Dumfries, MD |
| Robert Ruedrich | San Antonio, BA |
| Nancy Russ | Annapolis, MD |

LITDOCS:542093.1

| Plaintiffs | | |
|---|---|---|
| Lola Stubbs, Elli Tatarsky, Rhonda Thompson, Citronella Todd, Stephanie Toy, Virginia Treague, Patricia Tyree, Nina Van Cleave, Erica A. Vela, Victoria Veney, Patricia Vicknair, Theresa Wall, Beverly Walters, Dorothy B. Walton, Virginia Ware, Cornelia Warren, Linda Warren, Janet Webb, Debra Weber, Carolyn J. Weedon v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1360<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Lola Stubbs<br>Elli Tatarsky<br>Rhonda Thompson<br>Citronella Todd<br>Stephanie Toy<br>Virginia Treague<br>Patricia Tyree<br>Nina Van Cleave<br>Erica A. Vela<br>Victoria Veney<br>Patricia Vicknair<br>Theresa Wall<br>Beverly Walters<br>Dorothy B. Walton<br>Virginia Ware<br>Cornelia Warren<br>Linda Warren<br>Janet Webb<br>Debra Weber<br>Carolyn J. Weedon | Keauhou, HI<br>Havertown, PA<br>Chattanooga, TN<br>Fayetteville, NC<br>Mitchellville, MD<br>Manassas, VA<br>Hampton, VA<br>Baltimore, MD<br>Fort Worth, TX<br>Luray, VA<br>Albany, LA<br>Lilburn, GA<br>Deal Island, MD<br>Elizabeth City, NC<br>Harrisburg, PA<br>Winston Salem, NC<br>Meridian, MS<br>N. Richland Hills, TX<br>Laurel, MD<br>Mabank, TX |

-101-

Thelda Adams, Judy Adams, Brunetta Adams, Anthony Alise, Jr., Essie Ashford, Jeanette Aucoin, Cynthia Austin-Lyon, Phyllis Ayers, Terry Babin, Doris Bagby, Kimberly Banks, Rosalind Barrow, Nancy Baute, Connie Beard, Marilyn Beck, Mary Becnel, Jackie Bell, Murline Bellard, Bonnie Bertrand, Linda Blanchard v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1361
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Thelda Adams | Greenwell Springs, LA |
| Judy Adams | Denham Springs, LA |
| Brunetta Adams | Baton Rouge, LA |
| Anthony Alise, Jr. | Gonzales, LA |
| Essie Ashford | Gonzales, LA |
| Jeanette Aucoin | Denham Springs, LA |
| Cynthia Austin-Lyon | Bastrop, LA |
| Phyllis Ayers | Rock Hill, SC |
| Terry Babin | St. Amant, LA |
| Doris Bagby | Greensburg, KY |
| Kimberly Banks | Baton Rouge, LA |
| Rosalind Barrow | Gibson City, IL |
| Nancy Baute | Union, KY |
| Connie Beard | Lecompte, LA |
| Marilyn Beck | McKinney, TX |
| Mary Becnel | Reserve, LA |
| Jackie Bell | Shreveport, LA |
| Murline Bellard | Lake Charles, LA |
| Bonnie Bertrand | Maurepas, LA |
| Linda Blanchard | Pride, LA |

-102-

LITDOCS:542093.1