LITDOCS:542093.1

Deanna Burton, Deanna Burton, Gloria Butler, John Cado, Nathan Cain, Anthony Calderone, Connie Caldwell, Margaret Callender, Joan Candella, Edith Carlin, Mary Jane Caro, Greg Carruth, Sondra Catalinotto, Arthur Causey, Karen Chadwick, Tracy Chapa, Brenda Charles, Nellie Chauffe, Anna Chenault, Agnes Cheramine v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1362
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| Name | Location |
| --- | --- |
| Deanna Burton | Baton Rouge, LA |
| Deanna Burton | Ardmore, OK |
| Gloria Butler | New Orleans, LA |
| John Cado | Baton Rouge, LA |
| Nathan Cain | Angola, LA |
| Anthony Calderone | Tickfaw, LA |
| Connie Caldwell | Muncie, IN |
| Margaret Callender | Denham Springs, LA |
| Joan Candella | Gretna, IA |
| Edith Carlin | Iowa, LA |
| Mary Jane Caro | Franklin, LA |
| Greg Carruth | Greensburg, LA |
| Sondra Catalinotto | Metairie, LA |
| Arthur Causey | Cleveland, MS |
| **Karen Chadwick** | **E. Sandwich, MA** |
| Tracy Chapa | Houston, TX |
| **Brenda Charles** | **Upton, MA** |
| Nellie Chauffe | New Orleans, LA |
| Anna Chenault | Muldraugh, KY |
| Agnes Cheramine | Tickfaw, LA |

-104-

Ellis Blankenship, Ann Bobinger, Shawna Bond, Carolyn Booker, Victoria Bovia, Margaret Bowen, Mona Bowman, Janice Boyd, Donna Boyd, Katherine Bozeman, Martha Bradford, Edna Brewer, Tracy Brown, Ruth Brown, Robert Brown, Lillie Brown, Samuel Broyles, Leona Brunfield, Michael Bryant, Willy Bunton v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1363
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | | |
|---|---|---|
| Ellis Blankenship | Sumas, WA |
| Ann Bobinger | Bay St. Louis, MD |
| Shawna Bond | Saucier, MS |
| Carolyn Booker | Merigold, MS |
| Victoria Bovia | Maurepas, LA |
| Margaret Bowen | Colonial Beach, VA |
| Mona Bowman | Prairieville, LA |
| Janice Boyd | Baton Rouge, LA |
| Donna Boyd | Jayess, MS |
| Katherine Bozeman | Walker, LA |
| Martha Bradford | Riverside, CA |
| Edna Brewer | Leaksville, MS |
| Tracy Brown | Zachary, LA |
| Ruth Brown | Baton Rouge, LA |
| Robert Brown | Dallas, TX |
| Lillie Brown | Magnolia, MS |
| Samuel Broyles | Kentwood, LA |
| Leona Brunfield | Roseland, LA |
| Michael Bryant | Pewee Valley, KY |
| Willy Bunton | Monroe, LA |

LITDOCS:542093.1

LITDOCS:542093.1

Carl Daigle, Ann Dardenne, Cassandra Dargin, Patricia Davis, Letha Davis, Carolyn Davis, Ed Dees, Faith Dent, Debra DeVare, Dorothy Dickens, LaWese Dillon, Elizabeth Anne Dilworth, Gerald Divincenti, Doris Jones Dixon, Ruby Dizon, Patsy Domingue, Anlateara Dorsey, Maureen Douglas, Denise Drago, Beverly Dry v. Inderus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1364
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| Name | Location |
| --- | --- |
| Carl Daigle | Destrehan, LA |
| Ann Dardenne | Natalbany, LA |
| Cassandra Dargin | Baton Rouge, LA |
| Patricia Davis | Amite, LA |
| Letha Davis | Independence, LA |
| Carolyn Davis | Freeiday, LA |
| Ed Dees | Plano, TX |
| Faith Dent | Baton Rouge, LA |
| Debra DeVare | Geismar, LA |
| Dorothy Dickens | Marrero, LA |
| LaWese Dillon | Irving, TX |
| Elizabeth Anne Dilworth | Cleveland, MS |
| Gerald Divincenti | Clinton, LA |
| Doris Jones Dixon | Livingston, LA |
| Ruby Dizon | Fairfield, CA |
| Patsy Domingue | Paincourtville, LA |
| Anlateara Dorsey | Harvey, LA |
| Maureen Douglas | Kelso, WA |
| Denise Drago | St. Amant, LA |
| Beverly Dry | Rineyville, KY |

-106-

Becky Barry, Jackie Bradford-Thomas, Rhonda Crass, Patricia Duval, Carol Gillaspia, Ernestine Gray, Peggy Grimes, Diane Hudgins, Lorene Jackson, Nicholas Kurusis, Freddie Marcelous, Donald Martin, Daniela Marton, Denise McCormick, Pat McEntire, Paula Milardo, Cecilia Nelson, Effie Page, Lida Paller, Dorothy Thompson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1365

Filed 03/30/04

*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Becky Barry | Oklahoma City, OK |
| Jackie Bradford-Thomas | Lewisville, TX |
| Rhonda Crass | Murray, KY |
| Patricia Duval | Irving, TX |
| Carol Gillaspia | San Antonio, TX |
| Ernestine Gray | Tarrant, TX |
| Peggy Grimes | Mineral Wells, TX |
| Diane Hudgins | Shreveport, LA |
| Lorene Jackson | Burton, TX |
| Nicholas Kurusis | Vero Beach, FL |
| Freddie Marcelous | Houston, TX |
| Donald Martin | Dallas, TX |
| Daniela Marton | Axtell, TX |
| Denise McCormick | Georgetown, IN |
| Pat McEntire | Mabank, TX |
| Paula Milardo | Middletown, CT |
| Cecilia Nelson | Garland, TX |
| Effie Page | Cumming, GA |
| Lida Paller | Moline, IL |
| Dorothy Thompson | Dallas, TX |

LITDOCS:542093.1

-107-

LITDOCS:542093.1

Frances Hoffman, Beth Hollis, Susan Juul, Diane Kauffman, Louis Lacariere, Sheryl
Martin, Marilyn McEvoy, Susan Mikesell, Jack Monzon, Kim Morris, Kathleen Morrow,
Jennifer Myrick, Venice Newling, Mattie Norman, Suzanne Papcun, Delores Pearson,
Peggy Poe, Loni Redman, Lori Romine, Karen Tharp v. Indevus Pharmaceuticals, Inc.,
F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products
Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc.,
A Division of American Home Products Corporation; and Boehringer Ingelheim
Pharmaceuticals

Middlesex Superior Court 2004 – 1366

Filed 03/30/04

*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Frances Hoffman | Coos Bay, OR |
| Beth Hollis | Auburn, WA |
| Susan Juul | Friday Harbor, WA |
| Diane Kauffman | Issaquah, WA |
| Louis Lacariere | Everson, WA |
| Sheryl Martin | Cheney, WA |
| Marilyn McEvoy | Puyallup, WA |
| Susan Mikesell | Hansville, WA |
| Jack Monzon | Renton, WA |
| Kim Morris | University Place, WA |
| Kathleen Morrow | Auburn, WA |
| Jennifer Myrick | Tenino, WA |
| Venice Newling | Payson, AZ |
| Mattie Norman | Little Rock, AR |
| Suzanne Papcun | Shoreline, WA |
| Delores Pearson | Shelton, WA |
| Peggy Poe | Centralia, WA |
| Loni Redman | Tacoma, WA |
| Lori Romine | Seattle, WA |
| Karen Tharp | La Pine, OR |

LITDOCS:542093.1

Zebra Akehurst, Murphy Anthony, Pamela Bailey, Janet Baine, Betty Baker, Teresa Billingsley, Terry Boyce, Joyce Campbell, Denise Dillard, Danny Drotts, Deborah Estrem, Kathy Fazekas, Janice Pilcher, Kathryn Pulsifer, Gertrude Rowlands, Dana Shaw, Suzanne Shelly, Caroline Smith, Mary Vannatre, Brinda Wood v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1367

Filed 03/30/04

*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Zebra Akehurst | St. George, SC |
| Murphy Anthony | Edmonds, WA |
| Pamela Bailey | Shoreline, WA |
| Janet Baine | Centralia, WA |
| Betty Baker | Spokane, WA |
| Teresa Billingsley | Seatac, WA |
| Terry Boyce | Walterboro, SC |
| Joyce Campbell | Seattle, WA |
| Denise Dillard | Phoenix, OR |
| Danny Drotts | Kent, WA |
| Deborah Estrem | Camano Island, WA |
| Kathy Fazekas | Seatac, WA |
| Janice Pilcher | Puyallup, WA |
| Kathryn Pulsifer | Santee, CA |
| Gertrude Rowlands | Olympia, WA |
| Dana Shaw | Athena, OR |
| Suzanne Shelly | Arlington, WA |
| Caroline Smith | Tacoma, WA |
| Mary Vannatre | Creswell, OR |
| Brinda Wood | Auburn, WA |

-109-

Jana Allen, Guy Ames III, Irma Anderson, Peggy Anderson, Annie Baker, Helen Baker, Shirley Barnes, Estele Barrau, Charles Barrett, Helen Blish, Cheryl Brooks, Linda Brooks, Charlene Brown, JoAnn Guthrie, Karol Kowalski, Marjorie Minor, Barbara Reichert, Barbara Sitzman, Joann Smith, Elizabeth Stille v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1368

Filed 03/30/04

***Plaintiff's Attorney - see separate list***

| | | |
|---|---|---|
| Jana Allen | Lake Worth, TX |
| Guy Ames III | Oklahoma City, OK |
| Irma Anderson | Dallas, TX |
| Peggy Anderson | Cumby, TX |
| Annie Baker | Houston, TX |
| Helen Baker | Fort Worth, TX |
| Shirley Barnes | Statesboro, GA |
| Estele Barrau | West Palm Beach, FL |
| Charles Barrett | Flower Mound, TX |
| Helen Blish | Hobart, OK |
| Cheryl Brooks | Dallas, TX |
| Linda Brooks | Dallas, TX |
| Charlene Brown | Forest Park, GA |
| JoAnn Guthrie | Canton, TX |
| Karol Kowalski | Calvert, TX |
| Marjorie Minor | Springfield, IL |
| Barbara Reichert | Moore, OK |
| Barbara Sitzman | La Porte, TX |
| Joann Smith | Blanco, TX |
| Elizabeth Stille | Bloomington, GA |

LITDOCS:542093.1

-110-

LITDOCS/542093.1

Daryl Valine Campbell, Bernice Ellzey, Mary Kennedy, Kay Lee, Cheryl Libbert, Charli Manross, JoAnn Parks, Linda Phillips, Kathryn Roberts, Eddie Sanders, David Saunders, Donna Simpson, Anita Skinner, Margaret Snell, Wanda Suttle, Sarah Taylor, Janice Washington, Candace Wiley, Lorri Yanez, Carol Yarman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1369

Filed 03/30/04

**Plaintiff's Attorney - see separate list**

| | |
|---|---|
| Daryl Valine Campbell | Colville, WA |
| Bernice Ellzey | Arlington, TX |
| Mary Kennedy | Arlington, TX |
| Kay Lee | Weatherford, TX |
| Cheryl Libbert | Little Elm, TX |
| Charli Manross | Wimberley, TX |
| JoAnn Parks | Houston, TX |
| Linda Phillips | Galesburg, IL |
| Kathryn Roberts | Houston, TX |
| Eddie Sanders | Houston, TX |
| David Saunders | Yorktown, TX |
| Donna Simpson | Fort Worth, TX |
| Anita Skinner | Pearland, TX |
| Margaret Snell | Enid, OK |
| Wanda Suttle | Odessa, TX |
| Sarah Taylor | Aurora, CO |
| Janice Washington | Houston, TX |
| Candace Wiley | Weatherford, TX |
| Lorri Yanez | Houston, TX |
| Carol Yarman | Larkspur, CO |

-111-

Tony Jones, Carol Lawson, James Lee, Michelle Lee Mincey, Sandra Livanec, Thomas Locke, Ned Long, Rebecca Nzeocha, Anna Oliver, Carl Parks, Priscilla Pritt, Joanne Redd, Karen Roach, Billy Rogers, Theodore Rotto, Mary Safieh, Barbara Shrock, Rosemary Terrazas, Evelyn Van, Leslie Vernon v. Inderus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1370
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Tony Jones | Brownwood, TX |
| Carol Lawson | Big Spring, TX |
| James Lee | Mustang, OK |
| Michelle Lee Mincey | Savannah, GA |
| Sandra Livanec | Deer Park, TX |
| Thomas Locke | Calloway, KY |
| Ned Long | Houston, TX |
| Rebecca Nzeocha | Houston, TX |
| Anna Oliver | Aurora, CO |
| Carl Parks | Houston, TX |
| Priscilla Pritt | Savannah, GA |
| Joanne Redd | Houston, TX |
| Karen Roach | Sequin, TX |
| Billy Rogers | Joshua, TX |
| Theodore Rotto | Marana, AZ |
| Mary Safieh | Beaumont, TX |
| Barbara Shrock | De Soto, TX |
| Rosemary Terrazas | San Antonio, TX |
| Evelyn Van | Everman, TX |
| Leslie Vernon | Katy, TX |

LITDOCS/542093.1

Hebert Kim, Johnson Daphne, Jones Janice, Ledet Elner, Schexnayder Shirley, Stepter Monica R., Theriot Charmaine, Lena Emelio, Ruby Pepitone, Jimmie Robertson v. Indervus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation: Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation: and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1371
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

## IT APPEARS THAT THE NAMES OF THE FIRST 8 PLAINTIFFS ARE LISTED WITH THE LAST NAME FIRST

| | |
|---|---|
| Hebert Kim | Greenwell Springs, LA |
| Johnson Daphne | Baton Rouge, LA |
| Jones Janice | Franklinton, LA |
| Ledet Elner | Walker, LA |
| Schexnayder Shirley | Vacherie, LA |
| Stepter Monica R | Baker, LA |
| Theriot Charmaine | Theriot Charmaine |
| Lena Emelio | Lena Emelio |
| Ruby Pepitone | Addis, LA |
| Jimmie Robertson | Sulphur, LA |

Frances Soignet, Pamela Tucker, Kim Beaulieu, Patsy Sheridan, Rhonda Adams, Joan Gaspard, Regina Guedry, Tammy Johnson, Nancy McQuiddy, Clinton Williams v. Indervus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation: Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation: and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1372
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Frances Soignet | Gray, LA |
| Pamela Tucker | Covington, LA |
| Kim Beaulieu | New Orleans, LA |
| Patsy Sheridan | Pearl River, LA |
| Rhonda Adams | Greenwell Springs, LA |
| Joan Gaspard | Mansura, LA |
| Regina Guedry | Geismer, LA |
| Tammy Johnson | Poplarville, MS |
| Nancy McQuiddy | Baton Rouge, LA |
| Clinton Williams | Walker, LA |

-113-

| | | |
|---|---|---|
| Gordon Amidon, Elise Badon, Gloria Bester, Dessa Borders, Deanna Carbo, Nora Louise Cooper, Marva Dominick, Judy Farmer, Maureen Foster, Antoinette Jackson-Mitchell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1373<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Gordon Amidon<br>Elise Badon<br>Gloria Bester<br>Dessa Borders<br>Deanna Carbo<br>Nora Louise Cooper<br>Marva Dominick<br>Judy Farmer<br>Maureen Foster<br>Antoinette Jackson-Mitchell | Denham Springs, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Baton Rouge, LA<br>Port Allen, LA<br>New Orleans, LA<br>Angie, LA<br>Denham Springs, LA<br>Chicago, IL |
| Vivian Cosey, Mary Cotton, Betty Creacy, Tracie Crozat, Patsy Culp, Letha Dauterive, Laverne Dennis, Brenda Douglas, Maudine Douglas, Barbara Edwards v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1374<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Vivian Cosey<br>Mary Cotton<br>Betty Creacy<br>Tracie Crozat<br>Patsy Culp<br>Letha Dauterive<br>Laverne Dennis<br>Brenda Douglas<br>Maudine Douglas | Hammond, LA<br>Eros, LA<br>Bay St. Louis, MS<br>Kenner, LA<br>Farmerville, LA<br>New Iberia, LA<br>Donaldsoneville, LA<br>Ventress, LA<br>Monroe, LA |

LITDOCS:542093.1

LITDOCS:542093.1

| | Barbara Edwards | Livingston, LA |
|---|---|---|
| Barbara Bourgeois, William Bouvay, James Brodtmann, Martha Gray, Rhonda Brown, Dale Callegan, Sondra Catalinotto, Beatrice Coleman, Liz Comeaux, Melinda Corkern v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation, and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1375<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Barbara Bourgeois<br>William Bouvay<br>James Brodtmann<br>Martha Gray<br>Rhonda Brown<br>Dale Callegan<br>Sondra Catalinotto<br>Beatrice Coleman<br>Liz Comeaux<br>Melinda Corkern | Baton Rouge, LA<br>Plaquemine, LA<br>Chalmette, LA<br>East Baton Rouge Parish, LA<br>Franklinton, LA<br>Labadieville, LA<br>Metairie, LA<br>Maringouin, LA<br>Denham Springs, LA<br>Walker, LA |
| Judith Fiore, Maurleen Florent, Lillie Francis, Betty Frederick, Bethany Granger, Mildred Graves, Regina Guillory, Javed Haider, Pamela Holt, David Jackson v. Indevus Pharmaceuticals, Inc. F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1376<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Judith Fiore<br>Maurleen Florent<br>Lillie Francis<br>Betty Frederick<br>Bethany Granger<br>Mildred Graves<br>Regina Guillory | Baton Rouge, LA<br>LaPlace, LA<br>Baton Rouge, LA<br>Morgan City, LA<br>Bourg, LA<br>Franklinton, LA<br>Hammond, LA |

-115-

| | | |
|---|---|---|
| | Javed Haider | Baton Rouge, LA |
| | Pamela Holt | Pearl River, LA |
| | David Jackson | New Orleans, LA |
| Mamie Jefferson, Curtis Johnson, Vernessa Johnson, Constance Lara, Barbara Larkins, Michelle Lenard, Thomas Marckese, Glenda Marshall, Mary McLeod, Joseph McMillan v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1377<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Mamie Jefferson<br>Curtis Johnson<br>Vernessa Johnson<br>Constance Lara<br>Barbara Larkins<br>Michelle Lenard<br>Thomas Marckese<br>Glenda Marshall<br>Mary McLeod<br>Joseph McMillan | Baton Rouge, LA<br>New Orleans, LA<br>New Orleans, LA<br>Baton Rouge, LA<br>New Orleans, LA<br>West Monore, LA<br>Breaux Bridge, LA<br>Baton Rouge, LA<br>Moss Point, MS<br>Zachary, LA |
| Jerry Rhudy, Dawn Sabec, Maria (Elaine) Tanner, Diann Underwood, Shirley Von Dorn, Phyllis Wallace, Tina Walrath, Kim Warren, Sue Weippert, Larry White v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1378<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Jerry Rhudy<br>Dawn Sabec<br>Maria (Elaine) Tanner<br>Diann Underwood<br>Shirley Von Dorn<br>Phyllis Wallace | Memphis, TN<br>Casper, WY<br>Atlanta, TX<br>Dangerfield, TX<br>Lavista, NE<br>Carson City, NY |

LITDOCS:542093.1

-116-

| | | |
|---|---|---|
| Michele Aroca, Marlene Ausmus, Alan Bohnenkamp, Ann Brandt, Ellen Cravens, Linda Crocker, Liz Diener, Dorothy Downs, Pamela Gill, Gloria Hofer, Janice Kemper, Rochelle Lambert, Eva Lowe, Roxanne Martin, Pam Mizeur, Esther Rogers, Valerie Rogers v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1379<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Tina Walrath<br>Kim Warren<br>Sue Weippert<br>Larry White | Lincoln NE<br>Norman, AR<br>Pahrump, NY<br>New Orleans, LA |
| | Michelle Aroca<br>Marlene Ausmus<br>Alan Bohnenkamp<br>Ann Brandt<br>Ellen Cravens<br>Linda Crocker<br>Liz Diener<br>Dorothy Downs<br>Pamela Gill<br>Gloria Hofer<br>Janice Kemper<br>Rochelle Lambert<br>Eva Lowe<br>Roxanne Martin<br>Pam Mizeur<br>Esther Rogers<br>Valerie Rogers | Pekin, IL<br>Williamsville, IL<br>Ft. Madison, IA<br>Roseville, CA<br>Bartonville, IL<br>Houston, TX<br>Humboldt, TX<br>Williamsville, IL<br>Pekin, IL<br>Decatur, IL<br>Rockford, IL<br>Kenney, IL<br>Springfield, IL<br>Pekin, IL<br>Rochester, IL<br>Brinfield, IL<br>Ipava, IL |

-117-

Pat Brandenburg, Joan Farnsworth, Patricia Genuit, Dena Gray, Janice Henderson, Mary Herren, Bobby Hornsby, Janel Johnson, Joan Laaker, Paulette Marchant, Andrew Martinez, Meredith Peterson, Neomi Pierce, Debbie Schelske, Tammy Spader, Todd Trickle, Ona Welch v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1380
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | | |
|---|---|---|
| Pat Brandenburg | Mesa, TX |
| Joan Farnsworth | Lewisville, TX |
| Patricia Genuit | Carrollton, TX |
| Dena Gray | Clinton, MO |
| Janice Henderson | Maricopa, AZ |
| Mary Herren | Garland, TX |
| Bobby Hornsby | Phoenix, AZ |
| Janel Johnson | Rupert, ID |
| Joan Laaker | Louis, MO |
| Paulette Marchant | Fruit Heights, UT |
| Andrew Martinez | Caldwell, ID |
| Meredith Peterson | McKinney, TX |
| Neomi Pierce | Frisco, TX |
| Debbie Schelske | Scottsdale, AZ |
| Tammy Spader | Plano, TX |
| Todd Trickle | Chandler, AZ |
| Ona Welch | Springfield, IL |

Joy Banfield, Lynda Griffin, John Lewis, Hazel Mensah, Sheila Merriweather, Annie Mosley, Paulette Nelms, Kathy Postell, Laurie Stoner v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1381
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Joy Banfield | Ball Ground, GA |
| Lynda Griffin | Roswell, GA |

LITDOCS:542093.1

LITDOCS:542093.1

|  | | |
|---|---|---|
|  | John Lewis | Ellijay, GA |
|  | Hazel Mensah | Red Oak, GA |
|  | Sheila Merriweather | Macon, GA |
|  | Annie Mosley | Summerville, GA |
|  | Paulette Nelms | Franklin, GA |
|  | Kathy Postell | Jasper, GA |
|  | Laurie Stoner | Atlanta, GA |
| Helen Munster, Karen Poirier, Diane Rulf, Patricia Shephard, Henry Anders, Annette Athmann, Evelyn Aucoin, Diane Beaulieu, Lillie Bell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1382<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Helen Munster<br>Karen Poirier<br>Diane Rulf<br>Patricia Shephard<br>Henry Anders<br>Annette Athmann<br>Evelyn Aucoin<br>Diane Beaulieu<br>Lillie Bell | LaPlace, LA<br>Lutcher, LA<br>Morgan City, LA<br>Chalmette, LA<br>Morgan City, LA<br>Ponchatoula, LA<br>Morgan City, LA<br>New Orleans, LA<br>Shreveport, LA |
| Cynthia Williams, Linda Williams, Wingate Williams, Tammy Winders, Donna Zachary v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1384<br>Filed 03/30/04<br>*Plaintiff's Attorney - see separate list* | Cynthia Williams<br>Linda Williams<br>Wingate Williams<br>Tammy Winders | Quinlan, TX<br>Weatherford, TX<br>Boyd, TX<br>Humble, TX |

-119-

Annamarie Tyson, Shirley A. Mayon, Linda F. Lacour, Peggy J. Streetman, Lillie H. Anderson, Sandy Jo Bernard, Grace Cardwell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1385
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

| | Donna Zachary | The Colony, TX |
|---|---|---|
| Annamarie Tyson | | Leesville, LA |
| Shirley A. Mayon | | Opelousas, LA |
| Linda F. Lacour | | Alexandria, LA |
| Peggy J. Streetman | | Deville, LA |
| Lillie H. Anderson | | Pineville, LA |
| Sandy Jo Bernard | | Alexandria, LA |
| Grace Cardwell | | Pineville, LA |

*Zina Jones, Peggy Knicley, Pamela Lucero, Helen Nelson, Angela Odom, Mary Pointer, Teresa Richter, Roberta Riggins, Ann Stringham, Gina Taylor, Linda Thomas, Genevieve Trigger, Thecla Wilson, Sheila Young, John Zoch v. Indevus Pharmaceuticals, Inc. F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1386
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

*served May 11, 2004

| | | |
|---|---|---|
| Zina Jones | | Port St. Lucie, FL |
| Peggy Knicley | | Fort Walton, FL |
| Pamela Lucero | | W. Valley City, UT |
| Helen Nelson | | North Salt Lake City, UT |
| Angela Odom | | Defuniak Springs, FL |
| Mary Pointer | | Ft. Myers, FL |
| Teresa Richter | | Sandy, UT |
| Roberta Riggins | | DesAllemands, LA |
| Ann Stringham | | Murray, UT |
| Gina Taylor | | Cape Coral, FL |

-120-

Kathy Anderson, Alice Arnold, Sharon Barnett, Monica Baxter, Annette Beck, Pam Beck, Myra Bickham, Jeffrie Blaze, Claire Damon, Patti Day, Tyise Dunnaway, Ramona Guidry, Sandra Horn, Martha Leach, Gary Lind, Dolores Lumello, Cynthia Martin, Christelle Nunery v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1387

Filed 03/30/04

*Plaintiff's Attorney - see separate list*

| | |
|---|---|
| Kathy Anderson | Incline Village, NV |
| Alice Arnold | Dover, AR |
| Sharon Barnett | Valliant, OK |
| Monica Baxter | Casper, WY |
| Annette Beck | Reno, NV |
| Pam Beck | Memphis, TN |
| Myra Bickham | New Orleans, TN |
| Jeffrie Blaze | New Iberia, LA |
| Claire Damon | Las Vegas, NY |
| Patti Day | Las Vegas, NV |
| Tyise Dunnaway | New Orleans, LA |
| Ramona Guidry | Rayne, LA |
| Sandra Horn | Bartlett, TN |
| Martha Leach | Harrison, AR |
| Gary Lind | Bellevue, NE |
| Dolores Lumello | Jean, NV |
| Cynthia Martin | New Orleans, LA |
| Christelle Nunery | Kenner, LA |

| | |
|---|---|
| Linda Thomas | Lake City, FL |
| Genevieve Trigger | Port Richey, FL |
| Thecla Wilson | Fort Pierce, FL |
| Sheila Young | Draper, UT |
| John Zoch | Port St. Lucie, FL |