Terrie Campbell, Arthur Chamness, Rollie Clark, Lura Ellis, Shirley Gilliam, Eleanor Graves, Michelle Green, Suzie Hake, Madelyn Hamblin, Linda Hamilton, Earlaine Hansen, Melody Hanson, Hilda Harmon, Linda Harris, Jet Hert, Doris Hodges, Glenda Johnston, Yvonne Spradling, Donna Wenger v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals

Middlesex Superior Court 2004 – 1388
Filed 03/30/04
*Plaintiff's Attorney - see separate list*

**Suzi Hake is listed on caption, not in body of complaint; Wirkkala, Personal Representative of The Estate of Robert Haas, is listed in body of complaint, not in caption but she is also a plaintiff in Middlesex Sup. Ct. No. 2004-1295

| | |
|---|---|
| Terrie Campbell | Kent, WA |
| Arthur Chamness | Madras, OR |
| Rollie Clark | Independence, KS |
| Lura Ellis | Port Angeles, WA |
| Shirley Gilliam | Goose Creek, SC |
| Eleanor Graves | Myrtle Beach, SC |
| Michelle Green | Maple Valley, WA |
| **Sophie Wirkkala | Castle Rock, WA |
| Madelyn Hamblin | Puyallup, WA |
| Linda Hamilton | Silverton, OR |
| Earlaine Hansen | Canby, OR |
| Melody Hanson | Olympia, WA |
| Hilda Harmon | Lakewood, WA |
| Linda Harris | Graham, WA |
| Jet Hert | Auburn, WA |
| Doris Hodges | Kirkland, WA |
| Glenda Johnston | Lynden, WA |
| Yvonne Spradling | Port Angeles, WA |
| Donna Wenger | Federal Way, WA |

-121-

LITDOCS:542093.1

Sara K. Anderberg, Amy Bernstein, Sarah E. Brown, Stephanie L. Brown, Maria E. Carrieri, Nancy Carter, Mary A. Coleman, Cleo M. Daniel, Peter Digilio, Toni Duffy, Polly J. Hineman, Lucille Liggon, Monica G. Lomax, Betty Lundy, April F. Martin, Juanita Mathis, Vickie Merritt, Lois A. Miller, Robert P. Mollenhauer, Mary Padula, Jane Roberts, Lydia K. Tupuola, Melitta S. Valnion, Betty A. Vaughn, Carmen R. Wood v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1406
Filed 03/30/04
*Plaintiffs Attorneys: Brickley, Sears & Sorett, P.A.*

| | |
|---|---|
| Sara K. Anderberg | Brookings, OR |
| Amy Bernstein | South Euclid, OH |
| Sarah E. Brown | Stillwater, OK |
| Stephanie L. Brown | Woodstock, GA |
| Maria E. Carrieri | Lindenhurst, NY |
| Nancy Carter | Saint Louis, MO |
| Mary A. Coleman | Edwardsville, IL |
| Cleo M. Daniel | Montgomery, AL |
| Peter Digilio | Bay Shore, NY |
| Toni Duffy | Dearborne Heights, MI |
| Polly J. Hineman | Peculiar, MO |
| Lucille Liggon | Toledo, OH |
| Monica G. Lomax | Las Vegas, NV |
| Betty Lundy | Theodore, AL |
| April F. Martin | Oklahoma City, OK |
| Juanita Mathis | Bevard, NC |
| Vickie Merritt | Kansas City, MO |
| Lois A. Miller | Oklahoma City, OK |
| Robert P. Mollenhauer | ValleyStream, NY |
| Mary Padula | Atlantic Beach, NY |
| Jane Roberts | Campell Hall, NY |
| Lydia K. Tupuola | Tacoma, WA |
| Melitta S. Valnion | Blair, NE |
| Betty A. Vaughn | Cave In Rock, IL |
| Carmen R. Wood | Columbus, OH |

-122-

| | | |
|---|---|---|
| Patricia Ellis, Cindy Landry, Wendy Lee, Jacqueline Lovelace, Annie Owens, Sabrina Robinson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1643 Filed 04/16/04 *Plaintiff's Attorney - see separate list* | Patricia Ellis Cindy Landry Wendy Lee Jacqueline Lovelace Annie Owens Sabrina Robinson | Arlington, TX Glen Ellyn, IL Yakima, WA Warrensville Hts., OH Fayetteville, GA Union City, GA |
| Carla Cressionnie, Shelia Key, Ella Pedrick, Judy Sabatini, Versie Shackelford, Arthur Shackelford, Teresa Thomas, Cynthia Turner-Phipps, Ray Windham v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1644 Filed 04/16/04 *Plaintiff's Attorney - see separate list* | Carla Cressionnie Shelia Key Ella Pedrick Judy Sabatini Versie Shackelford Arthur Shackelford Teresa Thomas Cynthia Turner-Phipps Ray Windham | Harahan, LA Eaton, GA Pennsville, NJ Fort Pierce, FL Lakeland, FL Lakeland, FL Leesville, LA Roanoke Rapids, NC Cape Coral, FL |

-123-

LITDOCS:542093.1

| | | |
|---|---|---|
| Kenya Datcher, George Kelly, Virginia Garrett, and Roy Weatherford v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1645<br>Filed 04/16/04<br>*Plaintiff's Attorney - see separate list* | Kenya Datcher<br>George Kelly<br>Virginia Garrett<br>Roy Weatherford | Silas, AL<br>Sebastian, FL<br>Chattanooga, TN<br>Hartsville, SC |
| Barnell Capers, Mary Grubbs, Libby Head, and Donna Wooten v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1675<br>Filed 04/20/04<br>*Plaintiff's Attorney - see separate list* | Barnell Capers<br>Mary Grubbs<br>Libby Head<br>Donna Wooten | Pennington, AL<br>London, KY<br>Lexington, AL<br>Powder Springs, GA |
| Penny L. Fowler; Julia C. Graham; Lisa G. Gunter; Marilyn D. Haas; Deborah Haeffner; Sharon R. Harwell; Deborah K. Holt; Trudy Howard; Christine M. Kinley; Shirley K. Maples; Shannon McCarty; Madelene Morales; Terri D. Newsom; Diane O'Neil; Vitina Pacello; Lori A. Rider; LaShawna L. Robinson; Rudy B. Sangston; Barbara Shafer; Faye L. Tentou; Kristina R. Traughber; Tina A. VanBuskirk; Alisha G. White; Karen S. Whomble; Mildred (Millie) L. Young v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1699<br>Filed 04/21/04<br>*Plaintiffs Attorneys: Brickley, Sears & Sorett, P.A.* | Penny L. Fowler<br>Julia C. Graham | Moore, OK<br>Oklahoma City, OK |

-124-

-125-

| | | |
|---|---|---|
| Carolyn J. Allen-Dixon; Kim S. Baker; Carolyn S. Barton-Kohler; Betty Brown; Roselyn Cohoon; Debbie A. Flanary; Sheldon Forman; Kelly Frederickson-Patrick; Calvin K. Greer; Patricia L. Howard; Bruce W. Hunter; Judy Liggett; Bernida A. Mastin-Hill; Doris J. Montoya-Wilson; Mary C. Muccio; David G. Nathaniel; Richard R. Parker; Denise E. Robertson; Leslie D. Robinson; Regina R. Sheridan; Kaylan V. Smith; Joyce K. Sparks; Rhonda Todd; Joanne M. Walker; Zetty Walker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1700 | Lisa G. Gunter<br>Marilyn D. Haas<br>Deborah Haeffner<br>Sharon R. Harwell<br>Deborah K. Holt<br>Trudy Howard<br>Christine M. Kinley<br>Shirley K. Maples<br>Shannon McCarty<br>Madelene Morales<br>Terri D. Newsom<br>Diane O'Neil<br>Vitina Pacello<br>Lori A. Rider<br>LaShawna L. Robinson<br>Rudy B. Sangston<br>Barbara Shafer<br>Faye L. Tentou<br>Kristina R. Traughber<br>Tina A. VanBuskirk<br>Alisha G. White<br>Karen S. Whomble<br>Mildred (Millie) L. Young | Binger, OK<br>Oklahoma City, OK<br>St. Louis, MO<br>Meeker, OK<br>Tulsa, OK<br>Chickasha, OK<br>Norman, OK<br>Grove, OK<br>Yorba Linda, CA<br>Newport News, VA<br>Lawton, OK<br>Milton, FL<br>Goodyear, AZ<br>Oklahoma City, OK<br>Tinker AFB, OK<br>Baytown, TX<br>Wakita, OK<br>Blanchard, OK<br>Tarkio, MO<br>Tulsa, OK<br>Fletcher, OK<br>Del City, OK<br>Poteau, OK |

Filed 04/21/04
*Plaintiffs Attorneys: Brickley, Sears & Sorett, P.A.*

| | |
|---|---|
| Carolyn J. Allen-Dixon | Oklahoma City, OK |
| Kim S. Baker | Layton, UT |
| Carolyn S. Barton-Kohler | Panama City Beach, FL |
| Betty Brown | Casselberry, FL |
| Roselyn Cohoon | Excelsior Springs, MO |
| Debbie A. Flanary | Konawa, OK |
| Sheldon Forman | Lake Worth, FL |
| Kelly Frederickson-Patrick | Satsuma, FL |
| Calvin K. Greer | Norman, OK |
| Patricia L. Howard | MWC, OK |
| Bruce W. Hunter | Birmingham, AL |
| Judy Liggett | Theodore, AL |
| Bernida A. Mastin-Hill | Birmingham, AL |
| Doris J. Montoya-Wilson | Yukon, OK |
| Mary C. Muccio | Sarasota, FL |
| David G. Nathaniel | Wheatland, OK |
| Richard R. Parker | Oklahoma City, OK |
| Denise E. Robertson | St. Louis, MO |
| Leslie D. Robinson | Oklahoma City, OK |
| Regina R. Sheridan | St. Joseph, MO |
| Kaylan V. Smith | Mid West City, OK |
| Joyce K. Sparks | Chandler, OK |
| Rhonda Todd | Kansas City, MO |
| Joanne M. Walker | Shawnee, OK |
| Zetty Walker | Detroit, MI |

-126-

LITDOCS:542093.1

Sabrina L. Barber; Beth Bartlett; Carrie R. Boots; Rebecca L. Braun; Marlene J. Brewer; Sandra Brooks; Linda S. Butler; Larry R. Carmin; Glenna J. Chamberlin; Mary J. Claspill; Mary F. Conway; Michael D'Agostino; Laura L. Davidson; Lucy Domenech; Camille Fau; Margaret H. Harris-Arhin; Margo M. Lemonis; Donnie J. Lewis; Stephanie Mitchell; Rexanna H. Murphy; Robert Pettis; Sherry L. Reynolds; Marion Thomas; Zenaida T. Varone; Sondra Vincent v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1701
Filed 04/21/04
*Plaintiffs Attorneys: Brickley, Sears & Sorett, P.A.*

| | |
|---|---|
| Sabrina L. Barber | Ocala, FL |
| Beth Bartlett | Del City, OK |
| Carrie R. Boots | Kansas City, MO |
| Rebecca L. Braun | Centerview, MO |
| Marlene J. Brewer | Miami, OK |
| Sandra Brooks | Madison, AL |
| Linda S. Butler | McLoud, OK |
| Larry R. Carmin | Warr Arces, OK |
| Glenna J. Chamberlin | Tulsa, OK |
| Mary J. Claspill | Greenwood, MO |
| Mary F. Conway | Tuttle, OK |
| Michael D'Agostino | Merritt Island, FL |
| Laura L. Davidson | Lawton, OK |
| Lucy Domenech | Wesley Chapel, FL |
| Camille Fau | Los Angeles, CA |
| Margaret H. Harris-Arhin | Miami, FL |
| Margo M. Lemonis | Birmingham, AL |
| Donnie J. Lewis | Lexington, OK |
| Stephanie Mitchell | Tuskegee, AL |
| Rexanna H. Murphy | Oklahoma City, OK |
| Robert Pettis | Mobile, AL |
| Sherry L. Reynolds | Pembroke Pines, FL |
| Marion Thomas | Tampa, FL |
| Zenaida T. Varone | Walnut Creek, CA |

-127-

LITDOCS:542093.1

LuAnn F. Alderson; Yvonne H. Amos; Harold T. Anderson; Sheila D. Arnold; Bonnie Bailey; Joyce A. Bradley; Karan S. Bruno; Barbara F. Burnett; Lynne Butman; Sandra S. Collum; Kathy L. Dusenbery; Charm L. Fakhrshafaei; Deanna Franklin; Sharon D. Hanna; Sandra Hannam; Barbara J. Hogan; Sharon L. Hoover; Ethel Kelch; Robert-Duane LeGrande; Lauren M. McLeod; Yolanda M. Mosby; Ann E. O'Neill; Merit Vincent; Vicky L. Wilson; William B. Wise v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals
Middlesex Superior Court 2004 – 1702
Filed 04/21/04
*Plaintiffs Attorneys: **Brickley, Sears & Sorett, P.A.***

| | | |
|---|---|---|
| | Sondra Vincent | Smithsville, MO |
| | LuAnn F. Alderson | Lawton, OK |
| | Yvonne H. Amos | Myrtle Beach, SC |
| | Harold T. Anderson | Lawton, OK |
| | Sheila D. Arnold | Oklahoma City, OK |
| | Bonnie Bailey | Riverside, CA |
| | Joyce A. Bradley | Grandview, MO |
| | Karan S. Bruno | Blue Springs, MO |
| | Barbara F. Burnett | Oklahoma, OK |
| | Lynne Butman | Pembroke Pines, FL |
| | Sandra S. Collum | Oklahoma City, OK |
| | Kathy L. Dusenbery | Kansas City, MO |
| | Charm L. Fakhrshafaei | Oklahoma City, OK |
| | Deanna Franklin | Boynton Beach, FL |
| | Sharon D. Hanna | Moore, OK |
| | Sandra Hannam | Vero Beach, FL |
| | Barbara J. Hogan | Kansas City, MO |
| | Sharon L. Hoover | Oklahoma City, OK |
| | Ethel Kelch | Kingsville, MO |
| | Robert-Duane LeGrande | Norman, OK |
| | Lauren M. McLeod | Panorama City, CA |
| | Yolanda M. Mosby | Kansas City, MO |
| | Ann E. O'Neill | Oklahoma City, OK |

-128-

| | | |
|---|---|---|
| Theresa E. Boyd-Taylor; Machell E. Fox; Sharon G. Goodenough; Mark W. Grimm; Judy G. Hallford; Jennifer A. Hensley; Inman L. Jones, Jr.; Kay L. Kotan; Leonard R. Lanzillotti; Thomas F. Moore; Marguerite O'Gara; Donnis L. Payne; Katherine D. Redman; Rochelle M. Rippetoe; Sally M. Sanzone; Melissa A. Seaborn; Deanna M. Smith-Brezny; Janet S. Soulsby; Janette M. Stokes; Carolyn E. Upton; Juliana Wells-Vargas; Rosemarie Wilder; Amie J. Willard; Barbara A. Williams; Kelly M. Word v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1703<br>Filed 04/21/04<br>*Plaintiffs Attorneys: Brickley, Sears & Sorett, P.A.* | Theresa E. Boyd-Taylor<br>Machell E. Fox<br>Sharon G. Goodenough<br>Mark W. Grimm<br>Judy G. Hallford<br>Jennifer A. Hensley<br>Inman L. Jones, Jr.<br>Kay L. Kotan<br>Leonard R. Lanzillotti<br>Thomas F. Moore<br>Marguerite O'Gara<br>Donnis L. Payne<br>Katherine D. Redman<br>Rochelle M. Rippetoe<br>Sally M. Sanzone<br>Melissa A. Seaborn<br>Deanna M. Smith-Brezny<br>Janet S. Soulsby<br>Janette M. Stokes<br>Carolyn E. Upton | Kansas City, MO<br>Oklahoma City, OK<br>Oklahoma City, OK<br>El Reno, OK<br>Wagoner, OK<br>Oklahoma City, OK<br>Yukon, OK<br>Independence, MO<br>Ocklawaha, FL<br>Edmond, OK<br>Gladstone, MO<br>Goltry, OK<br>Dade City, FL<br>Choctaw, OK<br>Edmond, OK<br>Moore, OK<br>Prague, OK<br>Tulsa, OK<br>Streamwood, IL<br>Seminole, OK |
| | Merit Vincent<br>Vicky L. Wilson<br>William B. Wise | Smithsville, MO<br>Wewoka, OK<br>Yale, OK |

-129-

LITDOCS:542093.1

| | | |
|---|---|---|
| Deborah C. Abraham; Dorothy Beach; James R. Benson; Susan Block; Barbara L. Burns; Keta Cassandra; Jeanine Coghlan; Sharron K. Coker; Dina Marie Crum; Linda J. Crump; Jessie Kirksey; Grace D. Lindsay; Helen Linzy; Sally Martin; Nicholette McRae; Patricia L. Miller; Susan G. Miller; Charlene Moore; Teresa L. Mundell; John Neverdowski; Evelyn M. Ogan; Donna K. Sago; Nanci L. Saulsberry; Elizabeth W. Treadway; Darnlen Williams v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1704<br>Filed 04/21/04<br>*Plaintiffs Attorneys: Brickley, Sears & Sorett, P.A.* | Deborah C. Abraham<br>Dorothy Beach<br>James R. Benson<br>Susan Block<br>Barbara L. Burns<br>Keta Cassandra<br>Jeanine Coghlan<br>Sharron K. Coker<br>Dina Marie Crum<br>Linda J. Crump<br>Jessie Kirksey<br>Grace D. Lindsay<br>Helen Linzy<br>Sally Martin<br>Nicholette McRae<br>Patricia L. Miller<br>Susan G. Miller<br>Charlene Moore<br>Teresa L. Mundell | Clarksville, TN<br>Prince George, VA<br>Los Gatos, CA<br>Boca Raton, FL<br>Staunton, VA<br>Spokane, WA<br>Spokane, WA<br>Oklahoma City, OK<br>Hayes, VA<br>Centerville, UT<br>Kansas City, MO<br>Molalla, OR<br>Worden, IL<br>Laplace, LA<br>Lynnwood, WA<br>Pell City, AL<br>Omaha, NE<br>Portland, OR<br>Oklahoma City, OK |
| | Juliana Wells-Vargas<br>Rosemarie Wilder<br>Amie J. Willard<br>Barbara A. Williams<br>Kelly M. Word | Choctaw, OK<br>Oviedo, FL<br>Cordell, OK<br>Muskogee, OK<br>Del City, OK |

-130-

| | | |
|---|---|---|
| Lawrence J. Bouche; Celia M. Brown; Regina R. Browning; Helen C. Davis; Sharon Doggett; Laverne Gillan; Helen Gultia; Melanie A. Jackman; Connie Jackson; Linda Johnson; Karen Jones; Kathryn A. Lemme; Dawn M. Lindsey-Gregory; Tommie G. Morris; Charlotte Nelson; Phylisa G. Palmer; Cyndie W. Rowlett; Cindy K. Smith; Suzanne M. Tibbitts; Mabruka Whitmore v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc. Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br><br>Middlesex Superior Court 2004 – 1705<br>Filed 04/21/04<br>*Plaintiffs Attorneys: Brickley, Sears & Sorett, P.A.* | John Neverdowski<br>Eveln M. Ogan<br>Donna K. Sago<br>Nanci L. Saulsberry<br>Elizabeth W. Treadway<br>Darnlen Williams<br><br>Lawrence J. Bouche<br>Celia M. Brown<br>Regina R. Browning<br>Helen C. Davis<br>Sharon Doggett<br>Laverne Gillan<br>Helen Gultia<br>Melanie A. Jackman<br>Connie Jackson<br>Linda Johnson<br>Karen Jones<br>Kathryn A. Lemme<br>Dawn M. Lindsey-Gregory<br>Tommie G. Morris<br>Charlotte Nelson<br>Phylisa G. Palmer<br>Cyndie W. Rowlett<br>Cindy K. Smith | Monroe, WA<br>Burbank, OK<br>Edmonol, OK<br>Kansas City, MO<br>Oklahoma City, OK<br>Memphis, TN<br><br>Marrero, LA<br>Lakewood, WA<br>Kansas City, MO<br>Dallas, TX<br>Independence, MO<br>Lawton, OK<br>Salinas, CA<br>Tulsa, OK<br>Powder Springs, GA<br>Alta Loma, CA<br>Spokane, WA<br>Festus, MO<br>Deepwater, MO<br>Seminole, OK<br>Boisser City, LA<br>Tulsa, OK<br>Thomasville, AL<br>Oklahoma City, OK |

-131-

Linda Marlene Johnson; Carla S. Alvanchi; Vickie L. Beinlich; Cynthia D. Cargile; Theresa S. Dresher; Terry Robert Gabrich, Sr. and Sharon Gabrich; Robert John Golias; Camille Denice Johnson; Edith A. Guffey; Lisa Henkel; Sherry L. Jackson; Linda S. Kennelly; Janice A. Lukacinsky and Sheryl Van Sice; Sally Jane Minzey and Theordore Dale Minzey; Irma Ochoa and Armando Ochoa; Teresa Shuff and Joe Shuff; Bonnie L. Tacy; and Victoria Vance v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.; Robert R. DeCapua; Justin D. Crum; Bernice J. Menzies, Michelle L. Carner, Larry D. Bayliff, Gerald E. Lubben; Joseph Schrei; Gail S. Rasak; Marlo F. Ponos (a/k/a Marlo F. Tate); Michael D. Zell; Gregory Fountain; Mary Ann Roberts; Lyn A. Adanich; Kathleen A. Welsh; Ronald L. Duemler; Dennis M. Thimm; Lance E. Reno; Cynthia M. Cowgill; Timothy S. Circle; Donell N. Henthorne; Melody Phillips-Williams; Steve Sneider; Richard A. Dilibero; Thomas M. Duggan; Jennifer Hetherington; Joanne M. Izykowski; Zoanne H. Pokriefka; Joseph DiFrancesco; Hope Tileston; Thomas A. Wiehn; Lisa M. Birken (a/k/a Lisa Greenbaum); Shonda S. Shores (a/k/a Shonda S. Kim); Christian K. Miner, Kimberly Ann Owen; Mary M. Bodenhamer; Alicia I. McDougal; Shannon O. Sage; and John Doe

Middlesex Superior Court 2004 – 1706
Filed 04/21/04
*Plaintiffs Attorneys:* ***Thornton & Naumes, LLP***

The following are named in caption but not in description of plaintiffs:
Sharon E. Gabrich; Cheryl Van Sice; Theordore Dale Minzey; Armando Ochoa; Joe Shuff

| | | |
|---|---|---|
| | Suzanne M. Tibbitts | Sebastian, FL |
| | Mabruka Whitmore | Tampa, FL |
| | Linda Marlene Johnson | |
| | Carla S. Alvanchi | Tyler, TX |
| | Vickie L. Beinlich | Garland, TX |
| | Cynthia D. Cargile | Lincolnshire, IL |
| | Theresa S. Dresher | Canton, MI |
| | Terry Robert Gabrich, Sr. | Neosho, MO |
| | Robert John Golias | Gahanna, OH |
| | Camille Denice Johnson | Cleveland, OH |
| | Edith A. Guffey | Muskegon, MI |
| | Lisa Henkel | Solon, OH |
| | Sherry L. Jackson | Terrace Park, OH |
| | **Linda S. Kennelly** | Mineral Wells, WV |
| | | **Chepachet, RI** |

-132-

| | | |
|---|---|---|
| Holly Marie Malzahn and Frederick Charles Malzahn; Kathleen Adele Ailey; Suzanne Ayer; Donna Fay Bische; Jacqueline Brulee; Mary Lou Doeppenschmidt; Fernando I. Dominguez and Mary O. Dominguez; Frederic B. Eisenberg and Patricia Eisenberg; Bert L. Head and Cheryl Head; Connie Klein and Bruce A. Klein; Suzan M. Lamar and Gary Phillip Lamar; Patti J. Luebbert and Dennis C. Luebbert, Sr.; Judith L. Moon and Billy D. Moon; Peggy Moon; Vickie Schultz-Crow and Lester Don Crow; Dorothy Steward; Sylvia B. Thomason; and Theresa A. Waymire v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation;and Boehringer Ingelheim Pharmaceuticals, Inc.; Patti A. Barker; Gary A. Jones; Kenneth E. Jones; John W. Walker; Keith Cunniff; John E. Mitchell; Susan K. Atherton; Keith H. Kraps; M. Gilberto Olivarez; Angela M. Johnson; Rafael Sanchez; Jill M. Hicks; Susan G. Hanover; Joseph Hartnett; James J. Sgroi, Jr.; Todd E. Meredith; Kari Plaschke Scott; Craig S. Englert; Mitchell J. Hanning; Monica T. Gulyas; Robert L. McCann; Timothy S. Smith; Evangelin Zelios; J. Don Preston; Daniel B. Burke; Mindy N. Fey; A. Durwood Neie; Rodney L. Scott; D. Craig McIntyre; Barbara St. George; Madeline Andress; Andrew B. Biaggi; and Franchesca V. Williams<br>Filed 04/21/04<br>Middlesex Superior Court 2004 – 1707<br>***Plaintiffs' Attorneys: Thornton & Naumes, LLP***<br><br>The following are named in caption but not in description of plaintiffs:<br>Frederick Charles Malzahn; Mary O. Dominguez; Patricia Eisenberg; Cheryl Head; Bruce A. Klein; Gary Phillip Lamar; Dennis C. Luebbert, Sr.; Billy D. Moon; Lester Don Crow | **Janice A. Lukacinsky**<br>Sally Jane Minzey<br>Irma Ochoa<br>Teresa A. Shuff<br>Bonnie L. Tacy<br>Victoria Vance<br><br>Holly Marie Malzahn<br>Kathleen Adele Ailey<br>Suzanne Ayer<br>Donna Fay Bische<br>Jacqueline Brulee<br>Mary Lou Doeppenschmidt<br>Fernando I. Dominguez<br>Frederic B. Eisenberg<br>Bert L. Head | Whitman, MA<br>Prescott, MI<br>El Paso, TX<br>Fullerton, CA<br>Bangor, NY<br>Fort Worth, TX<br><br>Corona, CA<br>Ponca City, OK<br>Mt. Royal, NJ<br>Chandler, IN<br>Los Angeles, CA<br>McAllen, TX<br>San Antonio, TX<br>Marcellus, NY<br>Winnsboro, LA |

| | | |
|---|---|---|
| Susan E. Willette; Laura Belles and Jeff Belles; David M. Cohen and Shirley Cohen; Jan Courier; Ricardo Guzman; Debra A. King and Robert E. King; Maria M. Laessig and Robert E. Laessing; Helen Cruz Madla; Maryann McGovran and Harley Duane McGovran; H. Kenneth Roseberry, Jr. and Kristina Roseberry; Jerry E. Smith;Diana Lynn Spector and James R. Spector, II; Yvonne K. Stankey; Ronald A. Waller and Harriet Waller; Susan R. Weiszbrod; Connie L. Weygandt; and Beverly McDuffie Whitaker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.; and James A. Edmondson; Linda L. Gonzales (a/k/a Linda L. McElroy); Arturo I. Gonzalez; Andrew D. Morton; Patricia M. Ulrich; Christine K. Wagner; Mark A. Conrad; Mae O. Hence; Dennis L. Westfall; Elutherio Farias; Virginia F. Riley; Jennifer J. Froelich; Michael Topalian; Donna M. Williams; Lisa Elek; Joseph Potter, III; Karen L. Symon; Don LeCocke; Richard E. Martinez; Alberto Rodriguez, I; Debbie K. Anderes; Michael B. Barks; David P. Cauwels; Thomas Meehan; David R. Mrosko; Patricia M. Tessendore; Michael T. Matanguihan; Charles J. Reinert; Kimberle Karen Maddox; Marjorie T. Rylee; Daniel B. Burke; Dean L. Marusak; A. Durwood Neie; Joseph Boswell; James V. Nash; Lisa Sabbagh; Gina M. Sanders; Gregory Garner; Jennifer L. Koelz; Rodney D. Miller; David E. Anderson; Mark D. Cook; Bruce R. Stewart; Paul D. Bowers; Dwane Lyle Hanson; Shanna Midland; David J. Schade; Anthony J. Cain; and John Doe<br><br>Filed 04/21/04<br>*Plaintiffs Attorneys: Thornton & Naumes, LLP*<br>Middlesex Superior Court 2004 – 1708 | Connie Klein<br>Suzan M. Lamar<br>Patti J. Luebbert<br>Judith L. Moon<br>Peggy Moon<br>Vickie Schultz-Crow<br>Dorothy Steward<br>Sylvia B. Thomason<br>Theresa A. Waymire<br><br><br><br><br><br><br><br><br><br><br><br><br>Susan E. Willette<br>Laura Belles<br>David M. Cohen | Destrehan, LA<br>Port St. Lucie, FL<br>Highlands Ranch, CO<br>Ruston, LA<br>Safford, AZ<br>Amarillo, TX<br>Jacksonville, FL<br>San Antonio, TX<br>Ontario, CA<br><br><br><br><br><br><br><br><br><br><br><br>Bagley, MN<br>El Paso, TX<br>Las Vegas, NV |

-134-

LITDOCS:542093.1

-135-

The following are named in caption but not in description of plaintiffs:
Jeff Belles; Shirley Cohen; Robert E. King; Robert E. Laessing (sic); Harley Duane McGovran; Kristina Roseberry; James R. Spector, II; Harriet Waller

| | | |
|---|---|---|
| | Jan Courier | Raytown, MO |
| | Ricardo Guzman | Kingsville, TX |
| | Debra A. King | Lansing, IL |
| | Maria M. Laessig | Oaklyn, NJ |
| | Helen Cruz Madla | Austin, TX |
| | Maryann McGovran | North Fork, CA |
| | H. Kenneth Roseberry, Jr. | Butler, KY |
| | Jerry E. Smith | Coppell, TX |
| | Diana Lynn Spector | Sunray, TX |
| | Yvonne K. Stankey | Ventura, CA |
| | Ronald A. Waller | Vernon Hills, IL |
| | Susan R. Weiszbrod | Altus, OK |
| | Connie L. Weygandt | Hebo, OR |
| | Beverly McDuffie Whitaker | Colquitt, GA |
| Trinchua Dukes; John Fink; Brenda Mallard; Marilyn McKee; Norma Smith; Larry Poston, as Administrator of the Estate of Sylvia Poston v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1732 Filed 04/22/04 *Plaintiff's Attorney - see separate list* | Trinchua Dukes | Opelika, AL |
| | John Fink | Jackon, NJ |
| | Brenda Mallard | Orlando, FL |
| | Marilyn McKee | Moore, OK |
| | Norma Smith | North East, MD |
| | Sylvia Poston | Erlanger, KY |
| Mary Mullany* v. Wyeth, Inc.; Wyeth Pharmaceuticals, Inc.; Wyeth-Ayerst International, Inc.; and Interneuron Pharmaceuticals, Inc. Middlesex Superior Court 2004 – 1771 Filed 04/26/04 ***Plaintiffs Attorneys: Lopez, Hodes, Restaino, Milman & Skikos*** | **Mary Mullany (Mary Mullaney)** | Melrose, MA |

LITDOCS:542093.1

*Plaintiff's name is spelled "Mary Mullaney" within Complaint – USE THIS

| | | |
|---|---|---|
| Vicki Hampel v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1874<br>Filed 05/03/04<br>*Plaintiff's Attorney - see separate list* | Vicki Hampel | Bow, WA |
| Staci Putman and Michelle Thaxton v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1926<br>Filed 05/06/04<br>*Plaintiff's Attorney - see separate list* | Staci Putman<br>Michelle Thaxton | Florence, AL<br>Muscadine, AL |

-136-