**DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'s
CONSENT TO REMOVAL**

Boehringer Ingelheim Pharmaceuticals, Inc., ("Boehringer") is a defendant in the

cases listed in Appendix A.  Boehringer hereby consents to the removal of the cases listed

in Appendix A to the United States District Court for the District of Massachusetts,

Eastern Division, pursuant to 28 U.S.C. § 1441 et seq.


_____
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
Four Times Square
New York, New York 10036
(212) 735-3000

*Counsel for Defendant,
Boehringer Ingelheim Pharmaceuticals Inc.*

1

# APPENDIX A

| Case Name | Court | Case # |
|---|---|---|
| Mary Andrus; Eleanor Archambeau; Diane Bonneau; Lertis Caldwell; Priscilla Cote; Theresa DeJoy; Laural Fankhauser; Nancy Kennedy; Barbara Williams; Lucinda Youell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0909 |
| Kathy Apperson; Maria Contardi; Betty Flores; Marcia Frazier; Dian Hoyt; Sheila D. Jennings; Gloria Larson; Pamela Marshall; Janet Wilson; Pamela Wright-Shaw v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0910 |
| Lisa Anderson; Marcia Barnhurst; Lisa Bebo; Alice Manning; Gilbert Matheu; Mary Jo Rhinehardt; Patsy Rogers; Mary Uzoma; Sharon Walls; Linda Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0911 |
| Theresa Amadeo; Lucretia Dodson; Vivian Dunn; Sharon Estep; John Justice; Janice McKenzie; Rebecca Price; Patty Varnado; Brenda Wheeler; Tamara Wolters v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0912 |
| Terry Alexander; Vickie Andreason; Alice Baker; Glythina Batiste; Elisabeth McCartin; Eleanor Petho; Judith Ranney; Jacqueline Sasso; Myra Tart; Stacy Trowbridge v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0913 |
| James Hill Sr., Margaret Jackson; Sangeeta Kochlar; Shirley Lankford; Mary Lee; Marjorie Lightfoot; Joanne Martin; Elnora Michael; Christina Mott; Gary Willer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0924 |
| Scott Suber; James Warrington; Linda Winter; Roselyn Ball; Bonnie BrandJes; Carol Ebert-Teahl; Annie Harris; Samantha Nicole Harris; Seletha Hawkins; Rebecca Kottas v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., | Middlesex Superior Court | 2004-0925 |

2

| | | |
|---|---|---|
| Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | | |
| Barbara Symonds; Arthur Adams; Norma Alderman; Laura Sexton Ambrose; Rachel Chahir; Sandra Forrest; Lee Ann Hillegas; Beverly Brougher; Patsy Cundiff; Shirley Dean v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0926 |
| Lisa Dumond; Valerie Crain; Pamela Gary-Green; Lucille Kincaid; Mary Pendleton; Gail Shinholster; Janice Cooper; Dolly Bethany; Staci Fowler; Joyce Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0927 |
| Hattie Spencer; Nancy Cole; Lina Gold; Charles Leatherbury; Janice Monroe; Tamra D. Steward; Douglas Greenfield; Theresa Russell; Nancy Anderson; Laura Bates v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0928 |
| Josephine Meidinger; Tabitha Trim/Demmings; Linda Volmer; Parniya Whitehead; Sylvia Coleman; Lisa Dignan; Pamela Helmuth; Venita Angela Lane; Joyce Blackshire; Kathy Teal-Simpson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0929 |
| Barbara Kozma; Denise Moss; Mary Parsons; Anthony Pelusi; Peter Rothsching; Kim Steinsultz; Margaret Anne Criswell; Barbara Bookson; Ursula Garnett; Eugenia Jupierre v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0930 |
| Carol Beane; Debra Williams; Mary Clark; Mary Cooley; Rozell Harper; Margaret Harris; Virginia Heller; Barbara Humphreys; Shirley Larson; Billy O'Rear v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0931 |
| Anna Krishnappa; Rebecca McCormack; Albert Miller; William Moriarty; Diana O'Neill; Allen Owens; Elizabeth Parsons; Wilhemina Paulin; Antonia Peterman-Clark; Jane Phillips v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals | Middlesex Superior Court | 2004-0932 |

Inc., Wyeth, Inc. F/K/A American Home Products Corporation;
Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst
Pharmaceuticals, Inc., A Division of American Home Products
Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.

| | | |
|---|---|---|
| Luise Badger; Karl Baker; Julia Brumfield; Antonia Clark; Mary Crawley; Audrey Decha; Fred Eriamiatoe; Michael Gaito; Angela Hardin; Martin Hymowitz v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0933 |
| Barbara A. Rhone; Ruby Barnes-Hauser; Sheila Fisher; Patti Humphrey; Barbara Akers; Alma Bostic; Deloris Bullard; Nancy Guliano; Joyce Harris; Susan Macasevich v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0934 |
| Jamie Roberts; Debra Rozzelle; Veronica Sanders; Sandra Schacter; Lionel Scott; Ronnie Sloan; Sharon Ullman; Edward Warren; Ronald Wood; Elihu Woodson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0935 |
| Ruth Carver; Dianna Clay; Mary Coles; Deborah Cornwell; Kimberly Deans; Pauline "Niki" Durgin; Barbara Friend; Joseph J. Hands; Gwen Harper; Cheril M. Harris v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0936 |
| Patricia Clayton, Paula Clark, Rebecca Cubbage, Joseph Fiscaro, Linda Hebb, Paul Koether, Gregory Krams, Jocelyn LoPuzzo, Katalin Ross, Beverly Schrecongost v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0937 |
| Linda Wright; Gladys Belcher; Sandra Borer; Veronica Holmquist; Jean Laresca: Ginger Omland; Roxanne Robinson; Deborah A. Gorsuch; Linda Luhtala; Kelli Mann v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-0938 |
| Julee Hansen; Sharon Miller; Lillian Rodriquez; Norma Bozarth; Patricia Dabbs; Frances Dean; Lura Dillard; Linda Dobson; Sha'ron Downing; Alan Dryden v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American | Middlesex Superior Court | 2004-0939 |

| | | |
|---|---|---|
| Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | | |
| Lynn Burgess; Kelly Cheney; Tammy Church; Lorenz Fuerst; Faye McCarty; Cloma Padilla; Tamra Redic; Connie Roberts; Donna Schneider; Mary Sims v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-1036 |
| Judy Sosa, Myrna Crutcher, Roberta Tarozzi, Wendy Farris, Geraldine Hartman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. | Middlesex Superior Court | 2004-1093 |
| Gertrude Anderson; Wendy Burkes; Minla Massie; Ella McEllroy; Erika Richardson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1151 |
| Joseph Perkins; Shawanda Robinson-Woods; Fredrick Walker; Mary Mullen; Dinah Boatwright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1152 |
| Maryann Laird v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1153 |
| Mary Walker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1154 |
| Janina Jauregui-Ruiz; Debbie Jones; Melinda Joseph; Jamie Madison; Edilia Quiroz; Charles Roberts v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1184 |
| Chester Kajkowski; Brenda Killingsworth; Jill Kolberg; Lorene Lindsay; Lucy Long; Lory Lyon; Lillian Malone; Kevin Mazzoni; Connie McLaurin v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American | Middlesex Superior Court | 2004-1185 |

| | | |
|---|---|---|
| Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Jane Antuono; Leisa Boutwell; Beverly Brown; Margaret Colosimo; Patricia Crawford; Donna Dryer; Dorothy Ellis; Shirley Garrett; Susan Ginsberg; Alyce Greer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1186 |
| Sandra Carothers; Carol Fiorino; Barbara Hachandi; George Heinzinger; Geneva Henderson; Cathy Jones; Connie Munoz; Jeanne Strawbridge; Rubie Wade; Marilyn Wilbert v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1187 |
| Debbie Daily; Vera Frederick; Gregory Hoover; Clarita Luoma; Thomas Marino; Yvonne Michalkiewicz; Norma Neil; Doris Parrish; Donna Tisdale; Willis Williamson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1188 |
| Mary Alkire; Patricia Badger; Belinda Barnes; Carol Blair; Marie Boyer; Chris Bracken; Grace Breland; Renee Brewer; Cynthia Bright, Gina Byrd v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1189 |
| Kristin Ellis; Marie Emerson; Melba Eubanks; Kimberly Gwaltney; Mary Hardy; William Hayes; Stephanie Howell; Annie Jefferson; Regis Jirsa; Colletta Jones v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1190 |
| Gloria Cedeno; Denise Clark-Duval; Priscilla Crithfield; Sandi Damico; George Dantos; Donald Darling; Karen Delgado; Noella Dubois; Florence Eckley; John Edmunds v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1191 |
| Jacqueline Asbelle; Frankie Bell; Rebecca Boyce; Awilda Vega; Gary Walters; Phebe Watson; Ilona Wentzell; Bettie Wesley; Patricia Wright; Sharon Wrigil v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of | Middlesex Superior Court | 2004-1192 |

American Home Products Corporation; and Boehringer Ingelheim
Pharmaceuticals Inc.

| | | |
|---|---|---|
| Deborah Erick; Ellen Evans; Evelyn Ford; Velma Hale; Bruce Kittle; Christine Montgomery; Wylene Person; Elaine Reynolds; Jenell Roberts; Elizabeth Sheffield v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1193 |
| Lynne Saluzzo; Ruth Schaller; Leah Simpson; Edna Smurthwaite; Judith Southwell; Bernard Sparkman, Edward Sullivan; Diana Sweeney; Evelyn Taylor; Doris Trotter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1194 |
| Robin Miller; Margaret Mitchell; Geraldine Moudy; Wanda Nafziger; Nina Peed; Jeffrey Pfister; Theresa Prescott; Crystal Raymos; Pamela Rendsland-Tonello; Paula Resseger v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1195 |
| Kimberly Britton; Donna Cumberledge; Cheryl Grossman; Mary Richardson; Anniece Smith; Deloris Stone; Carolyn Thorpe-Baker; Deborah Wales; Eva Williams; Grace Wright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1196 |
| Dolores Balistreri; Debra Bradfield; Karen Dickerson; Lois Feiler; Bettye Mossman; Natalie Selman; Earlene Shedrick; Maxine Stansberry; Bonnie Williams; Penelope Winning v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1197 |
| Rhoda DaCasta; Eleanor DeBerry; Rhona Defoe; Joyce Hall; James Harris; Sara Lesko; Flora Lott; George Luther; Rose McElroy; Sheila Webb v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1198 |
| Angie Armstrong; Ellen Gae Daggs; John Forrester; Betty Fowler; Paula Gill; Patricia Herrmann; Sigrid LeGrand; Deborah Morrison; Lynn Smith; Tracy Sugar v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim | Middlesex Superior Court | 2004-1199 |

| | | |
|---|---|---|
| Pharmaceuticals Inc. | | |
| Connie Aguilar; Glenda Balkwill; Constance Haynes; Theron John; Cheri Jones, Charles Jordy; Shelly Matthews; Anita McDonald; Shirley Nichols; Mary "Cha" Snyder v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1200 |
| Louise Colerick; Salmo Cook; Richard Dezengremel; Elizabeth Diehl; Joyce Harmon; Denise Pfnister; Walter Robinson; Sanford Sellers; Karen Walters; Karen Wieder v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1209 |
| Wilma Atherton, Merri Brown; Cheryl Johnson; Elaine Miller; Martha Nesta; Mark Ricken; Joanne Sorenson; Kathleen Spence; Jo Ann Stevenson; Bob Weidler v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1210 |
| Gloria Fuller; Lynne Lindstrom; Clara Parker; Caroline Rodriguez v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1211 |
| Amy Strong; Susan Shipley; Nancy Meyer; Lila Haugland v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1219 |
| Marlys Ellingson; Deceased by and through Elroy Ellingson, Personal Representative of the Estate of Marlys Ellingson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1220 |
| Harold Chalkline; Karen Christensen; Robin Fansler; Oliver Graves; Anita Grussing; Kathy Kettwig; Deb Patterson; Renee Reineccius; Rita Richer; Allison Stull v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1221 |
| Debbie Hauk, Shelda Lunsford, Jeanne Plantenbe, Bonnie Richmond, Holly Sharpe, Wayne Sump, Lois Tate, Cathy Reeves Vaughn, David Vohs, Wanda M. Wilson, Robert Ziebell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., | Middlesex Superior Court | 2004-1230 |

| | | |
|---|---|---|
| Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Debra M. Miller, Cathy C. Mendez, Dana C. Ogle, Charles E. Peake, Charlotte A. Pisarich, Nerieda E. Rios, Donna L. Stamper, Michelle M. Whitaker, Felicia E. White, Cammie L. Summers v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1231 |
| Jackie Cole, Lorraine Cook, Dorothy Falk, Anita Farrington, Loretta Fisher, Gwendolyn Hall, Carol Lunt, Wanda Merkins-Radford, Rhonda Rowe, Irene South, Katherine Tigue, Elizabeth Austin, Diana Britton, Lela Caward, Frances Delgado, Patricia Free, Dawn Herrick, Leona Johnstone, Shirley Brown, Sandra Smith v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1232 |
| Brenda Hunt, Claudette Jackson, Hattie Johnson, Barbara Long, Pamela Lyons, Richard Matheny, Linda McKinney, Mary Michalak, Ella Molden, Earline Richardson, Sarah Roberts, Karen Sexton, Mary Tarleton, Thomas Tarleton, Lucy Waters, Sharon Willis, Sandra Hensley, Loyce Lovvo, Beverly Sharp, Vivian Lee v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1233 |
| Patricia Adams, Doris Allen, Jimmy Altman, Linda Artino, Jeanette Barwick, Doris Bastain, Dawn Bilsky, Dorothy Blackburn, Renee Chestnut, Rachel Cox, Ivy Davis, Mary Dixon, Mary Evans, Jackie Fallaw, Barbara Gladin, Billy Glenn, Faye Harbin, Beth Hawkins, Lillie Hogg, Marie Hubbard v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1234 |
| Linda Taylor, Judith Van Putten-Guzman, Vivian Vaughan, Helen Walls, Reba Wilks, Jacqueline Williams, Mary Williams, Monquie Williams, Cynthia Wills, Janice Wilson, Doris Young, Pauline Hills, Nila Martin, Steve Meier, Leah Orr, Gayla Smith, Linda Blair, Shani Dunsil, Ruth Standish, Peggy Jenkins v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1235 |
| Carolyn Jenkins, Debra Koontz, Debra Leach, Dorris Lee, Betty Lemmons, Bobbie Letchworth, Mary Locklear, Auvelene Magee, Ella Matthews, Sharron MCConnell, Charles McDonald, Gloria McGee, Mary Neal, Barbara O'Neal, Patricia Plume, Paul Powell, | Middlesex Superior Court | 2004-1237 |

| | | |
|---|---|---|
| Jameria Riggsbee, Vicki Riley, Gloria Roach, Stephanie Simpson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Charles Arrowood, Christie Avery, Roy Aycock, Debra Barnett, Rosa Black, Frances Blosser, Gwendolyn Braswell, Francissena Brimmage, Linda Callahan, Helen Campbell, Clyde Chandler, Marie DeMoss, Richard Edwards, Ancala Franks, Nan Frost, Dawn Furr, Linda Greene, Deborah Hallman, Wilma Harris, Martha Jarvis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1238 |
| Micheal Black, Lucille Cassell, Karen Davis, Deborah Flores, Patricia Freeman, Leta Henderson, Jerry Hudson, Barbara Karnes, Kathryn Kindle-Brockmiller, Ruth Lilly, Nancy Long, Sharron Maul, Shirley Siever, Josephine Viehman, Linda Boyd, Ralph Brunkhorst, Carol Vaughan, Gwendelyn Dixon, Tammy Hoppas, Janice Mayberry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1239 |
| Dorothy Ambroz, Valetta Ansley, Jeannette Baker, Rita Barnes, Vince Basile, Palma Bennett, Joan Benson, Illa Mae Dannat, Connie De Sotel, Patti Diehl, Dianna Draper, Oline Forch, Hilda Garcia, Linda Heysinger, Joanne Holmes, Evelyn Humphrey, Walter Knipper, Sharon Kornegay, Edythe Kroon, Cheryl Krzmarzic v Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1243 |
| Gloria M. Ewing, Kellie C. Anderson, Mitzi L. Beaman, Sandy K. Carpenter, Effie Chambliss, Kathleen M. Cuevas, Karen A. Davis, Stephen K. Davis, Jan C. Dickey, Denise F. Dingler, Charlene Eaton, Natalie B. Fournier, Cathy G. Haynsworth, Karey M. Hill, Mary E. Hobson, Iva J. Lewis, Charles K. Little, Janice L. Mabry, Lucita Selmon, Delores L. Shankle v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1244 |
| Jerry Dacus, Frances Dacus, Geneva S. Willis, Barbara Inman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1248 |
| Talisha Armstrong, Margaret Harris, Sally A. Johnston, Dottie Rozenbeck, David W. Smith v. Indevus Pharmaceuticals, Inc., | Middlesex Superior Court | 2004-1251 |

F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A
American Home Products Corporation; Wyeth Pharmaceuticals,
Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of
American Home Products Corporation; and Boehringer Ingelheim
Pharmaceuticals Inc.

| | | |
|---|---|---|
| Patsy Crouch, Roy Smith, Rita Laubner, Jane McGinnis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1255 |
| Elizabeth Carr, Susan Casados, Sharon Lunsford, Sheila Sjoholm and Theda Stanley v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1256 |
| Sandra Alden, Brenda Scarbrough-Killgore, Darlene Seeley, Juanita Weeks and Mildred White v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1257 |
| Frances Chance, Jane French, Pamela Hammer, Nellie Hazelwood, Vickie Hunter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1259 |
| Dorine Harrelson, Brenda Hart, Charles Sullivan, Linda Thompson, Helen Wyatt v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1260 |
| Linda Bailey, Darlene Brown, Lora Cook, Dean Dornath, Debbie Goldsberry, Ronnie Grooms, Shirley A. Hampton, Jennifer Kokjohn, Carol Marcus v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1261 |
| Jim Luckritz, Wanda Barnett v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1262 |
| Sanda Kline, Neidra Prince v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim | Middlesex Superior Court | 2004-1264 |

| | | |
|---|---|---|
| Pharmaceuticals Inc. | | |
| Sue Anderson, Linda W. Jones, Mildred Mock, Barbara Rash, Judy West v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1266 |
| Linda Dolliver, Kathryn Gamble, Susan Moore, Genelle Neal, Janna Patterson, Cecilia Sargeant, Katherine Sentell, Alice Taylor, Cora Ann Watkins (Burchill), Martha Wonsewitz v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1267 |
| Dianna Hitchcock, Ruth Messersmith, Virginia Potts, Linda Upton, Linda Van Natta v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1268 |
| Lorraine Cline, Rene' Haye, Bonnie Bernard, Donna Fleck, Geraldine Mataras, Sharon Westfall v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1269 |
| Russell Arnold, Janet D'Arcy, Rosa Dietiker, Violet Farmer, Susan Fortson, Debbie Ostwinkle, Nina Owens, Gracie Russell, Teresa Sexton, Leneisa Willoughby v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1270 |
| Elizabeth F. Bischof, Renva Brewer, Dorothy Campbell, Francine Cook, Johnny Cook, Portia Howard, Angela Jones, Mary Latta Lee, Tammy Lovett, Frankie Reager v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1271 |
| Barbara Bartholomew, Tricia Brown, Sherry Campbell-Drewery; Janet Flecher, Gloria Gardner, Lauren Garland, Patricia Hedgecock, Bonnie McKelvey, Lular Parker, Judy Parsons, Robert Renix, Laura Walter, Claudia Williams v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1272 |
| Evelyn Becker; Daisy Bell; Rita Bicknell, April Boone, Alida Buckner, Aleta Cox, Ronald Daanen, Martha Duncan, Jo Durham, | Middlesex Superior Court | 2004-1273 |

Jeffory Edwards, Terry Fameree, Deborah Feaster, Daniel Grohn, Anna Gustafson; Catherine Hart, Gail Harvey; Katherine Hendrickson, Sandra Jolin, Kathryn Kieffer, Dorothy King, Jeri Mann, Patricia Mantey, Jennifer Moffitt; Julie Muehlbauer, Paul Price, Sharon Ratz, Cynthia Rittase, Sue Rohde-Perry, Donna Sanicola, Laverne Schoonover, Judy Seibert, E. Shepherd, Jerry Simmons, Mitzie Skiles, Diane Stokes, Patricia Stuckey, Helen Taylor, Jackie Turner, Elizabeth Waukau; Dorothea Weyers, Jeffrey Whiting, Christine Wilczek, Lois York, Angeline Zimmerman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc.

| | | |
|---|---|---|
| Debra Barefoot, Devolion Brown, Nancy M. Jones, James McLaurin, Paige Riley, Joyce Sheroan, William Singletary, Dorothy Skaggs, Mary Steele, Janet Walters v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1274 |
| Mary Cowell, Suzanne Gibson, Steve Hanson, Sandy Hermann, Theresa Jackson, Sharon Kay Lee, Judith Mullins, Eloise Thrift, Patricia Wilkerson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1275 |
| Ellen Fletcher, Norma Fuller, Gloria Gerace, Sheryl Irby, Kelli Knippers, Robert Goodman, Kelli Maddux (Knickerbocker) v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1276 |
| Vickie M. Bishop, Joyce Lyken, Vicky Pamperin, Clara Rouse, Mable Sexton, Debra Wallin v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1277 |
| Lynnette Ault, Nan Barber, Jeanne Buhl, Susan Clarke, Debra Dinslage, Janice Everitt, Susan Gieschen, Karie Heuer, Betty Hoops, Carol Hunt, Thomas Kutschkau, Jean Muller, Allen Niedbalski, Mary Parker, Nancy Reimers, Angela Smith, Shirley Stauffer, Karen Stepp, Mel Stewart, Karen Swoboda v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1278 |
| Linda Benton, Joan Carman, Sylvia Clanton, Dorothy Clark, Debra Conger, Sandra Cook, Shirley Cooper, Linda Douglas, Evelyn | Middlesex Superior Court | 2004-1279 |

| | | |
|---|---|---|
| Dudley, Brenda Embree, Sharon Englert, Debbie Garlin, Deborah Griffin, Eleanor Harrison, Anna Hogan, Trudy Lincks, Cheryll Maubach, Terry McClay, Lester McMullan, Catherine Milburn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Laura Richard, Joyce Richins, Sally Ridner, Roberta Riggins, Catherine Rish, Susan Ritvo, Gwendolyn Robertson, Debra Rogers, Laree Rouse, Grover Rowe, Dorene Rymer, Inez Santangelo, Bobbie Saucier, Ethel Sayers, Joann Schilling, Judith Scott, Nelleen Seal, Barbara Seek, Kevin Semler v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1281 |
| Lisa Sylvester, Bill Tabb, Nell Tarto, Ormal Taylor, Margaret Taylor, Ada Tellis, Shirley Terry, Geraldine Terry, Barbara Tetlow, Veda Thomas, Laura Thomas, Eddy Louise Thomas, Wanda Thompson, Corrinne Thompson, Betty Thompson, Finous Erskine Thorne, Nancy Todd, Tammy Toups, Juanita Travasos, Gloria Travis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1282 |
| Fannie Watson, Wanda Weimer, Winona Wheat, Irene Wheat, Pamela Wheeler, Kay Whitaker, Donna Lynn White, Bettie Wilkins, Desiree Williams, Carolyn Williamson, Rose Willis, Alice Wilson, Vickie Winnes, Charles Winston, Jaclyn Wood-Foster, Joann Woolwine, Donna Wright, Donna Wylie, Myra Yearby, Lola Young-McEwen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1283 |
| Dana Truxillo, Lucille Tuesno, Norra Louise Tully, Virginia Turner, Josiephine Tutton, Joni Tyler, Glenda Tyler, Marie Tyson-Bullock, Patricia Valega, Camela Vaughan, Hattie Venable, Gloria Venable, Cheryl Vidrine, Julie Vining, Ruth Waguespack, Annie Walker, Kelly Walton-Green, Marilyn Warr, Connie Watkins, Susan Watkinson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1284 |
| Carmen Bennett, Rebecca Bennett, Millie Brown, Michael Butler, Margaret Costigan, Sanra DePhilippo, Tammy Donahue, Wesley Donnellan, Mary Eaton, Bertha Faircloth, Lori Faulkner, Nancy Furrow, Nancy Ginn, Jeanne Goodness, Arlene Gould, Leigh Guildford; Wendy Hayman, Terry Hill, Carol Hodge, Debra Holmes v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron | Middlesex Superior Court | 2004-1285 |

| | | |
|---|---|---|
| Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Dorothy Ausevich, Douglas Iwanicki, Jerry Bujarski, Rosemary Ardagna, Vicki Sack, Eleanor Lovette, Debra Osgood, Cheryl Martella, Geraldine O'Brien, Lisa McAdams, Thomas McGauley, Karol Destefano, Barbara Fagan, Jean Horton, Donald Chartrand, Elaine Morriss, Claudia Velloso-Potts, John Vogel, John Marriner, Jacqueline Sasso v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1286 |
| Francise Walker, Jacqueline Walker, Michelle Waller, Brigail Watson, J. Douglas Welborn, Sherry West, Orine White, Vivian Whiten, Jacqueline Williams, Sandra Wood, Linda Wyman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1287 |
| Nicky Antoniou, Janis Barnhart, Tammy Barrett, Penny Cook, Faye Elliott, Jeen Fraley, Gail Gardner, Betty James, Janet Marlett, Carolyn Ray, Judy Roach, Tammie Scott, Janet Spence, Shirley Taylor v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1288 |
| Darrell M. Stewart v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1289 |
| Joann Pardue v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1290 |
| Jody Rome, Consuela Rucker, Janice Savoy, Estelle Selders, Tammara Simmoneaux, Anita Smith, Mary Katherine Smith, Beatrice Stines, William Toombs, Susan Ussery v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1291 |
| Patsy Morris, Sandra Munster, Wendy Naquin, Joyce Paige, Linda Pellegrin, Gloria Pitello, Glenda Price, Leslie Price, Dorothy Rainey, George Reid v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American | Middlesex Superior Court | 2004-1292 |

Home Products Corporation; and Boehringer Ingelheim
Pharmaceuticals Inc.

| | | |
|---|---|---|
| Pauline Gilmore, Lilly Gisclair, Garnet Granier, Nancy Hebert, Lorene Johnson, Catherine Jones, Sue LaRose, Joyce Milby, Bessie Montgomery, Jake Morreale v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1293 |
| Pauline Badeaux, Glenda Britton, Kimbra Callahan, Lynda Cervenka, Elnora Chappell, George Dooley, Wilma Dooley, Wayland Durr, Robin Fanguy, Jerry Fornea v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1294 |
| Sophia Wirkkala, as Adminstratrix of the Estate of Robert H. Haas, and Christopher Manner, as Administrator of the Estate of Francis Manner v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1295 |
| Sharon J. Baker, Elizabeth Calp, Diane Dillamon, Nettie Edwards, Kristen Kruse, Donna Morgan, Linda Nelson, Paul Rowden, William Rowland, Connie Rumfelt, Kenneth Sarver, Sue Shout, Katherine Mary Spiers, Annie Stadtmueller, Louise Stivers, Jeanette Thanupakorn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1297 |
| Waneta Reital, Donna Thompson, Judy Waggoner, Terrie Westfahl-Meier, Pauline Whipple, Janeth Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1298 |
| Cherie Beznaiguia, Paula Eborn, MaryLynn Gilbert, Terri Headrick (Davidson), Allan Hinman, Trudy Holman, Bonnie Jones, Donna Kelley, Debra Klein, Linda Lange, Nancy Larson, Madellan McConnell, Merrijane Morgheim, Shirley Parker, Janet Perry, Tyliese Schlitt, LaVonne Schultz, Debra Stricker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1299 |
| Sylvia Bowman, Nellene Bracewell, Jennifer Bright, Jeanne Burke, Frances Crum, Sharon Erban, Ellen Foshay, Pamela Glover, Ocie M. Hudson, Rodney Hurst v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American | Middlesex Superior Court | 2004-1300 |

Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A
Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American
Home Products Corporation; and Boehringer Ingelheim
Pharmaceuticals Inc.

| | | |
|---|---|---|
| Luvoise Hill, Elaine Hutto, Martha Pedigo, Rosa Scott, Dawn Smith, Deborah Taylor, Carol Tucker, Dorothy Utz, Dorothy Wallace, Waunda Witt, Brenda Zobkiw v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1301 |
| Karen Cockrell, Lorilee Cohoon, Stephanie Cole, Emma Cole, Diane Coleman, Letitia Conliffe, Gussie Conner, Lucy Carol Cook, Nancy Courtney, Jan Covington, Nancy Crawford, Donald Crawford, Rita Creel, Jacqueline Creer, June Cristiano, Etta Crocker, Clara Crockett, Nicolee Croteau, Leonora Crump, Ethel Curtis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1313 |
| Larry Ford, Regina Foxx, Deborah Freyder, Mary Fulbright, Genevieve Fullington, Ruby Gaines, Linda Gantt-Horinek, Nancy Garner, Mona Gaspard, Carrie Gautreau, Betty Gillespie, Queen Gilmore, Ruby Givens, Kathy Gobble, Mary Godwin, Pearlie Goodman, June Graham, Satny Grant, Ella Grant, Donna Grassman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1314 |
| Hope Duffy, Jacquelynn Duvall, Patricia Earls, Madeline Easterling, Kim Echols, Robert Edwards, Billy Joe Edwards, Charlette Elbert, Dorothy Elder, Earline Elisar, Carol Elliott, Janice Elrod, Patricia Evans, Patricia Fazzio, Debra Fish, Sherman Fisher, Richard Fleming, Julia Fleshman, Georgiana Fontenot, Betty Fontenot v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1315 |
| Evangela Henry, Katherine Herring, Deborah Hicks, Richard Highfill, Marcella Hill, Susan Hinderer-Hall, Mary Holliday, Lewanna Holmes, Evie Honea, Bobby Hooker, Jane Hoover, Georgia Hopson, Melba Horn, Sylvia Hoth, Susan Howell, Sherilyn Hudson, LeAnn Hughes, Linda Humphrey, Ona Ann Hurd, Tina Hurley v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1316 |
| Audrey Green, Veronica Griffith, Sharon Griffith, Billie Gros, Doris Guelle, Mona Guitrau, Geraldine Hagan, Michael Haire, Paula Hale, Deloris Thomas Hall, Christina Hall, Cheryl Hamilton-Smith, Victory Hampton, Dianne Hampton, Cherylyn Hans, | Middlesex Superior Court | 2004-1317 |