| Case | Court | Docket |
|---|---|---|
| Suzanne Smith Henderson, Robyn Henderson, Ramona Henderson, Linda Heno, Dolores Henriksen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Callie Knott, Michelle LaCombe, Sandra Ladner, Mary A. Landry, Linda Lathan, Rita Lawrence, Frances Lawson, Olga (Cathi) Ledbetter, Patricia Lee, Debra Lemmon, Albertine Lewis, Milton Lindsey, Bessie Littleton, Terri Livingston, Doris London, Patsy Long, Joann Lovito, Sharon Lowry, Shirley Lugo, Michael Malecki v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1319 |
| Patricia Ann Irving, Joy Irving-Thompson, Mary Jack, O'Dornia Jackson, Joan Jackson, Joyce Jasmin, Yvette Javius, Lisa Jefferson, Carol Jenkins, Linda Johnson-Skipper, Katie Jones, Allison Jones, Deborah Jones-DeLibertis Lillis, Linda Joseph, Guindella Joseph, Dorothy Justice, Mary Kappell, Mattie Keller, Gloria King, Joy Kirk v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1320 |
| Eileen Mikel, Jeffery Miles, Victoria Misko, Sam Mitchell, Katherine Monk, Janice Monson, Katherine Moore, Joanna Moore, Lori Moran, Steve Mortillaro, Beverly Moss, Wayne Mueller, Rhonda Munoz-Wilbur, William Murray, Paula Murray, Linda Murray, Francene Myhra, Yvonne Napolitano, Faith Neddermeyer, Mary Neff v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1321 |
| James Malone, Esther Mark, Selby Martello, Wendellyn Martin, Karen Martin, Alice Martin, Sandra Matherne, Mellissa Matney, Earl Mayer, Susan McAllister, Sonjia McCoy, Muriel McCullough, Rachel McGarity, Karyl McGraw, Sara McKee, Patricia McKee, Connie McNabb, James McTursh, Jr., Betty Meadows, Dorothy Metcalf v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1322 |
| Elsa Perschall, Jacqulin Petty, Donna Pickett, Beryl Pitre, Lloyd Plaisance, Susan Pool, Mossie Poole, Christine Porter, Paul Powell, Bobbye Prewitt, Lois Price, Belinda Price, Debra Pruitt, James Racki, Sandra Rademacher, Albert Rahaim, Treva Reed, Suzanne Reeves, Emma Reid, Thomas Reynolds v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and | Middlesex Superior Court | 2004-1323 |

| Case | Court | Docket |
|---|---|---|
| Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Joyce Anderson, Betty Pollard, Diane Sturgill, Keith Wainwright, Virginia Wells v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1325 |
| Diane Simmons, Connie Skidmore, Susan Smits, Diane Sneed, Mary Stangle, Laurel Starr, Darlene Stevens, Donna Stevens, Suzan Stitchick, Roa Sumler, Dale Thompson, Delores Thompson, Mildred Thompson, Barry Truman, Frances Diane Trussell, Sandra Tuck, Alice Turner, Clementine Tyson, Susan Uzelac, Tonya Osborne Van Dyke v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1329 |
| Christina L. Mileo, Halvina Kay Miracle, Janice Morgan, Limmie L. Murphy, Hattie Myles, Ada Nelson, Charles Nelson, Irma Nelson, Sylvia O'Neill, Janine Paciarelli, Rosalie Paige, Janet Parham, Rebecca Parsons, Patricia Patrick, Evelyn Patterson, Elmer Patzkowski, Cynthia Perlson, Connie Perron, Minnie Perry, Nancy Peterson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1330 |
| Jennie Jones, Potenciana Juliano, Betty Keaveny, Betty Keller, Tammy Kerver, Ellen Kjos, Karen Klauber, Debbie LaBarba, Helen Layaou, Josephine Lotrionte, Judith Manns, Lehman "Thomas" Massey, Eydie May, Linda McCain, Di Di McConnell, Janifer McDonald, Felicia McKay, Nancy McKiernan, Nina McLemore, Kirsten McMurtry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1331 |
| Patricia Garvin, Louvon Gearey, Kayle Girvin, Thomas Graves, Claudia Grogan, Amanda Gully, Melissa Harrison, Gilbert Hess III, Dorothy Holcomb, Carolyn Hopson, Yong Horton, Cherie House, Gertha Howard, Sheila Isaac, Gary Jackson, Shirley Jackson, Cindy Jacquet, Elizabeth Jenkins, Geneva Johnson, Lois Jones v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1332 |
| Elizabeth Clark, Carol Clem, Linda Conover, Gloria Coronado, Glyn Cotton, Nona Crawford-Robinson, Melinda Currie, Adalina Delos Reyes, Maurna Devane, Grace Dillon, Betty Donovan, Ruth A. Edelen, Calton Edwards, Vickie Efferson, Dorothy Emery, Mary Farmer, Marjorie Feaster, Lisa Forbes, Sharon Fountain, Patricia Freeman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products | Middlesex Superior Court | 2004-1333 |

| | | |
|---|---|---|
| Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Joseph Russell, Myrtie Schneider, Vicki Schopmyer, Shirley Seaward, Bennes Kay Seydel, Deborah Shavies, Margaret Sisk, Andrea L. Smedley-Hasty, Narcissus Smith, Paul Smith, Raymond J. Smith, Robert Smith, Saralee Smith, William Sosebee, Lisa Sperow, Cheryl Spurlock, Carolyn Stanley, Martha Staples, Caryl Stephens, Velma Stephens v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1334 |
| Paul J. Wellington, Vickie L. West, Courtney Whorton, Debbie Williams, Irene Williams, Sherry Williams, Natasha Wilson, Frances Wood, Susan Woods, Lorna Wooten, Sharon Wunder, Betty Youngs, Aida Ziadeh, Ann Renee Miller, Linda Latino, Glenda Sue Hines, Karen Dunaway, Timothy McNully, Barbara Abelmann, Gail Alix (Hardin) v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1335 |
| George Calkins, Tara Cantwell, Patricia Chester, Ruthie Crim, Karen Daley, Mary Downing, LeAnn Eley, Cheryl Enochs, Robert Flippin, Sharon Gorbett, Patricia Guthrie, Erma Heine, Deborah Hill, Geraldine Hill, Oscar Hinton, Mooneen Holt, Joan Horton, Georgia Hunt, Donna Hurst, Jeanette Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1336 |
| Doris Lane, Mary Lewis, Donna Love, Tonya Lynn, Laura Makenna, Donna McClellan, Bonnie McLaughlin, Margaret Miller, Clara Monroe, Russell Monroe, Rosann Mussa, Brett Neill, Annie Nelson, Jason Norado, David Norfleet, Susan Nowell, Brenda Parker, Cassandra Patterson, Shirley Phillips, Patricia Riggs v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1337 |
| Lori Franklin, Margie Garrett, Pamela Gill, Carolyn Grant, Leslie Hail, Cindy Hampton, Julia Hannon, Kimberly Harrington, Mamie Harris, Shirley Hearn, Bobbie Henderson, Diana Herbert, Jimmy Hightower, Mary Hill, Brenda Hord, Bufford Hottle, Joe Jennings, Elizabeth Johnson, William Johnson, Sherry Keller v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1338 |
| Lisette Brown, Douglas Cain, Michael Campbell, Doria Carson, | Middlesex Superior Court | 2004-1339 |

| | | |
|---|---|---|
| Bob Clowers, Dolores Colmenero, Jose Cordero, Nancy Cromwell, Sandra Crosby, Dan Darden, Geraldine Desautels, Karen Drew, Lou Dubose, Rickie Dufour, Sandra Edlund, Rosemary Escalante, Yolanda Flores, Yvonne Fluellen, Denise Ford, Mary Fox v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Martin Alvarado, Mary Aubert, Janet Aud, Wanda Bacher, Ronald Bell, Jerri Brown, Kimberly Luther, Donna Malone, Vivian Moss, Louise Plasek, Rebecca Schneider, Ruby Scudder, Patsy Sims, Julia Smith, Ramona Vaughn, Maria Villarreal, Patricia Wendell, Chantz Williams, Beverly Woodard, Patricia Woolen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1340 |
| Betty Bennett, Margaret Blow, Connie Byrne, Ladeana Cook, Sue Dilley, Donna Doiron, Joan Duff, Barbara Duffy, Angela Duncan, Brenda Freeman, Gail Fricker, Elizabeth Huffer, Sadie Ivory, Robbie Jones, Barbara Kline, Sylvia Wilson Nancy Wise, Jacqueline Withrow, Mattie Witt, Toni Wright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1341 |
| Vivian Ross, Sandra Shanor, Robert Shelly, Shirley Shipman, Barbara Smith, Debra Smith, Janet Smith, Lula Stansell, Brenda Stuart, Sheri Swift, Camellia Taylor, Judy Thomason, Beverly Thompson, Glenda Turner, Jamison Ward, Chestene Weeks, Frankie Westbrooks, Kimberly Wilie, Angela Williams, Carol Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1342 |
| Cheryl Horton, Shelly Jones, Stephanie Lanham, Edith Littlefield, Sharon Lugdon, Barbara McAvoy, Maria Moore, Cheryl Murchison, April Peavey, Janet Perkins, Karen Reed, Gail Sargent, Carol Smith, Shirlee Smith, Lillian Sparrow, Mary Stone, Gail Tamboro, Patricia Williams, Tina York v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1343 |
| Colleen Barlow, Carlos Barrena, Sheron Christensen, Donna Clanton, Tefini Fonua, Marilyn Garner, Satny Grant, Opal Hardy, Shawnna Harmon, Carolyn Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim | Middlesex Superior Court | 2004-1344 |

| | | |
|---|---|---|
| Pharmaceuticals Inc. | | |
| Mary Collins, Esther Colon, Patricia Cooper-Potter, Lucille Corprew, Janice Crissman, Cheryl Currid, Barbara Dalley, Alma Daniels, Edna Daves, Shirley Davidson, Lorelei Davies, Robin Davis, Robert H. Doktor, Dawn Drews, Curtis Drexler, Sara Drossart, Milton Dunaway, Jeffrey Durgin, Betty Edwards, Janet Erickson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1345 |
| Mary Boomhower, Phyllis Borski, Deborah Braga, Margie Breidel, Carolyn Brown, Kevin Brubaker, Sandra Buck, Ella Calhoun, Marsha Callan, Cathy Carman-Hastings, Rebecca Carrow, Pamela Carver, Diane Causey, Connie Chartier, Ginger Chennault, Catherine Clark, Alisa Cliett, Lena Cloe, Katheryn Coleman, Valerie Collier v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1346 |
| Connie (Roberson) Althen, Verla Aders, Donalyn Ahlberg, Edna Albers, Denise Andress, Ashley Anello, Erma Irene Aurand, Jacqueline Baker, bearden Bakerink, Nancy Barendt, Pamela D. Bates, Ava Batiste, Marie Bell, Paula Gaye Benbrook, Rodger Benz, Linda Binney, Victoria Blackburn, Betty Blake, Jean Blythe, Judith Boie v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1347 |
| Jerry Vermillion, Vivian Wade, Jane Walden, Lucile Wardell, Lark Wartenberg, Sharon Watkins, Sarah Watson, Debby White, Carolyn Whitehouse, Winnie Wilkes, Shalndra Shonice Williams, Sharon Williams-Acton, Jerline Wilson, Pamela Winrow-Islam, Marilyn Withey, Patricia Witters, Teddy Young, Vernon Young, Judith Ziegert, Debra K. Landrum v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1348 |
| Joann Adeleke, Lesa Adkins, Sandra Allen, Virginia Anderson, Shelby Antley, Helen R. Austin, Penny Ball, Barbara Baumgarner, Lee Ann Belleti, Jessie A. Best, Vanessa Brannan, Susan Brooks, Gail Brumfield, Glena Brundage, Sonia Burgest, Marion Byrd, Rice Eileen Canjar, Julie Lee Caputo, Tonya Cardozo, Alysia Carter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1349 |
| Joan Reed, Cynthia Reeves, LeRoy Remme, Teresa Rich, Cindy Rife, Marilyn Roach, Donald Roberson, Cheryl Roberts, K. Roche, Linda Russell, Rosie Sanders, Robynn Schinkewitz, Glenn Scholz, Paul Schuelke, Barbara Schultz, Timothy Seese, Brenda Sersha, | Middlesex Superior Court | 2004-1350 |

| Case | Court | Docket |
|---|---|---|
| Roberta Sherer, Deborah Shifflett, William Sierer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| James Medlock, Sharon Meekins, Lois Meidl, James Meleen, Patricia Meyer, Judy Milham, Barbara Miller, Leola Mitchell, Robin Mitchell, Elaine Morgan, Virgie Moton, John Moxley, Alexis Murphy, Cheryl Murray-Lee, Gail A. Nolan, Linda Norris, William Nussbaum, Donna Nutter, Ellen O'Boyle, Sue O'Hara v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1351 |
| Linda Kramer, Gloria Lecato, Esther LeGron, Carris Lewis, Wendy Long, Emma M. Love, Alice Luethmers, Arlene Lynch, Cindy Mack, Mary Malosh, Eileen Malvagno, Deborah Mason, Deborah Masters, Vicki L. Mauk, Gina McCone, Mary McDonald, Donna McGee, Beverly McKain, Lucille McKay, Carla McKinzie v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1352 |
| Mary Jeffries, Davey Jimison, Deborah Johnson, Donna Johnson, Ruth Johnson, Tonia Johnson, Karen Johnston, Cheryl Jones, Shirley Jones, Elizabeth Jonovic, Judy Kaebisch, Ronald Kelley, Kathleen Kemp, Laura Kent, Angelia Khan, John King, Patricia Kirk, Shirley Kitzman, Linda Bunch Koiner, Martha Kologinczak v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1353 |
| Dana Gulledge-Smith, Barbara Haley, Leisa Hall, Mary Hatcher, Tracy Hathcock, Roberta Hawkins, Shirley Hawkins, Phyllis Hazel, Rita Hehrer, Jean Henderson, Carmello Hickman, Julia Hicks, Daniel J. Himmelfarb, Margaret Hoelscher, Gail Hogan, Gregory Holdridge, Susan Horton, Delores Huff, Brenda Hughes, April Ivy v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1354 |
| Mary Farnsworth, Michael Feliciotti, Joyce Felts, James Flanigan, Emma Flowers, Lorine Forrest, Sharilyn Franzman, Elsie Freds, Melissa Gaines, Vivian Gibbs, Pauline Gibson, Milton Gilliland, Eunice Golfis, Freda Goode, Richard Gray, Sylvia Gray, Maria Green, Sheri Green, Allison Greene, Connie Grissom v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1355 |

| Plaintiffs v. Defendants | Court | Docket |
|---|---|---|
| Ijoma Omenebelle, Lillie Francis Parker, Melba Parkinson, Phyliss Passalacqua, Christy Perkins, Karen Perkins, Joan Petrak, Rhonda Phillips, Roy Piazza, Patricia Pickell, Pamela Pidgeon, Dianne Pol, Hilda Porter, Thomas Poss, Carla Powell, Lee Powers, Lesley Price, Betty Purviance, Ava Nell Quinn, Maryann Quinn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1356 |
| Earline Simoneaux, Vera Sims, Carolyn Gwenett Sims, Barbara Singleton, Charlotte Skelton, Patricia Smith, Ingrid Smith, Diana Smith, Norma Smith-Cushenberry, Ella Socha, Lorraine Solomon, Fred Spain, Jr., Victor Spano, Dee Spear, Charles Spencer, Mary Beth Spiker, Linda Splettstosser, Evelyn Stafford, Henry Stevens, Susan Michelle Stringer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1357 |
| Connie Netherland, Clara Newton, Christine Nichols, Madelyn Normand, Della Norris, Opal Paulette Nuckolls, Darline Nunez, Julia Nunley, Doriene Oliver, Rita O'Neal, Melanie Ory, Cheryl Ory, Robin Palmer, Carl Paolucci, Suzanne Pareti, Tynel Parfait, Beatrice Parker, Lee Alma Patrick, Jessie Pearson, Fran Pearson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1358 |
| Judy Phipps, Cynthia Poeggel, Marietta Poindexter, Doris Pollard-Samuel, Betty Powell, Esther Powell, Sheila Price, Vernice Pridgeon, Norma Puch, Cynthia Rahali, Judith Ann Rawlinson, Donald Reid, Linda Reynolds, Dena Rhodes, Judith C. Ries, Rita Robertson, Jeanetta Roland, Connie Ross, Robert Ruedrich, Nancy Russ v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1359 |
| Lola Stubbs, Elli Tatarsky, Rhonda Thompson, Citronella Todd, Stephanie Toy, Virginia Treague, Patricia Tyree, Nina Van Cleave, Erica A. Vela, Victoria Veney, Patricia Vicknair, Theresa Wall, Beverly Walters, Dorothy B. Walton, Virginia Ware, Comelia Warren, Linda Warren, Janet Webb, Debra Weber, Carolyn J. Weedon v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1360 |
| Thelda Adams, Judy Adams, Brunetta Adams, Anthony Alise, Jr., Essie Ashford, Jeanette Aucoin, Cynthia Austin-Lyon, Phyllis Ayers, Terry Babin, Doris Bagby, Kimberly Banks, Rosalind Barrow, Nancy Baute, Connie Beard, Marilyn Beck, Mary Becnel, Jackie Bell, Murline Bellard, Bonnie Bertrand, Linda Blanchard v. | Middlesex Superior Court | 2004-1361 |

| | | |
|---|---|---|
| Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Deanna Burton, Deana Burton, Gloria Butler, John Cado, Nathan Cain, Anthony Calderone, Connie Caldwell, Margaret Callender, Joan Candella, Edith Carlin, Mary Jane Caro, Greg Carruth, Sondra Catalinotto, Arthur Causey, Karen Chadwick, Tracy Chapa, Brenda Charles, Nellie Chauffe, Anna Chenault, Agnes Cheramine v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1362 |
| Ellis Blankenship, Ann Bobinger, Shawna Bond, Carolyn Booker, Victoria Bovia, Margaret Bowen, Mona Bowman, Janice Boyd, Donna Boyd, Katherine Bozeman, Martha Bradford, Edna Brewer, Tracy Brown, Ruth Brown, Robert Brown, Lillie Brown, Samuel Broyles, Leona Brumfield, Michael Bryant, Willy Bunton v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1363 |
| Carl Daigle, Ann Dardenne, Cassandra Dargin, Patricia Davis, Letha Davis, Carolyn Davis, Ed Dees, Faith Dent, Debra DeVare, Dorothy Dickens, LaWese Dillon, Elizabeth Anne Dilworth, Gerald Divincenti, Doris Jones Dixon, Ruby Dizon, Patsy Domingue, Anlatears Dorsey, Maureen Douglas, Denise Drago, Beverly Dry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1364 |
| Becky Barry, Jackie Bradford-Thomas, Rhonda Crass, Patricia Duval, Carol Gillaspia, Ernestine Gray, Peggy Grimes, Diane Hudgins, Lorene Jackson, Nicholas Kurusis, Freddie Marcelous, Donald Martin, Daniela Marton, Denise McCormick, Pat McEntire, Paula Milardo, Cecilia Nelson, Effie Page, Lida Paller, Dorothy Thompson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1365 |
| Frances Hoffman, Beth Hollis, Susan Juul, Diane Kauffman, Louis Lacariere, Sheryl Martin, Marilyn McEvoy, Susan Mikesell, Jack Monzon, Kim Morris, Kathleen Morrow, Jennifer Myrick, Venice Newling, Mattie Norman, Suzanne Papcun, Delores Pearson, Peggy Poe, Loni Redman, Lori Romine, Karen Tharp v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1366 |
| Zebra Akehurst, Murphy Anthony, Pamela Bailey, Janet Baine, | Middlesex Superior Court | 2004-1367 |

| Plaintiffs v. Defendants | Court | Case No. |
|---|---|---|
| Betty Baker, Teresa Billingsley, Terry Boyce, Joyce Campbell, Denise Dillard, Danny Drotts, Deborah Estrem, Kathy Fazekas, Janice Pilcher, Kathryn Pulsifer, Gertrude Rowlands, Dana Shaw, Suzanne Shelly, Caroline Smith, Mary Vanmatre, Brinda Wood v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Jana Allen, Guy Ames III, Irma Anderson, Peggy Anderson, Annie Baker, Helen Baker, Shirley Barnes, Estele Barrau, Charles Barrett, Helen Blish, Cheryl Brooks, Linda Brooks, Charlene Brown, JoAnn Guthrie, Karol Kowalski, Marjorie Minor, Barbara Reichert, Barbara Sitzman, Joann Smith, Elizabeth Stille v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1368 |
| Daryl Valine Campbell, Bernice Ellzey, Mary Kennedy, Kay Lee, Cheryl Libbert, Charli Manross, JoAnn Parks, Linda Phillips, Kathryn Roberts, Eddie Sanders, David Saunders, Donna Simpson, Anita Skinner, Margaret Snell, Wanda Suttle, Sarah Taylor, Janice Washington, Candace Wiley, Lorri Yanez, Carol Yarman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1369 |
| Tony Jones, Carol Lawson, James Lee, Michelle Lee Mincey, Sandra Livanec, Thomas Locke, Ned Long, Rebecca Nzeocha, Anna Oliver, Carl Parks, Priscilla Pritt, Joanne Redd, Karen Roach, Billy Rogers, Theodore Rotto, Mary Safieh, Barbara Shrock, Rosemary Terrazas, Evelyn Van, Leslie Vernon v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1370 |
| Hebert Kim, Johnson Daphne, Jones Janice, Ledet Elner, Schexnayder Shirley, Stepter Monica R., Theriot Charmaine, Lena Emelio, Ruby Pepitone, Jimmie Robertson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1371 |
| Frances Soignet, Pamela Tucker, Kim Beaulieu, Patsy Sheridan, Rhonda Adams, Joan Gaspard, Regina Guedry, Tammy Johnson, Nancy McQuiddy, Clinton Williams v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1372 |
| Gordon Amidon, Elise Badon, Gloria Bester, Dessa Borders, | Middlesex Superior Court | 2004-1373 |

| Case | Court | Docket |
|---|---|---|
| Deanna Carbo, Nora Louise Cooper, Marva Dominick, Judy Farmer, Maureen Foster, Antoinette Jackson-Mitchell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Vivian Cosey, Mary Cotton, Betty Creacy, Tracie Crozat, Patsy Culp, Letha Dauterive, Laverne Dennis, Brenda Douglas, Maudine Douglas, Barbara Edwards v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1374 |
| Barbara Bourgeois, William Bouvay, James Brodtmann, Martha Gray, Rhonda Brown, Dale Callegan, Sondra Catalinotto, Beatrice Coleman, Liz Comeaux, Melinda Corkern v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1375 |
| Judith Fiore, Maurleen Florent, Lillie Francis, Betty Frederick, Bethany Granger, Mildred Graves, Regina Guillory, Javed Haider, Pamela Holt, David Jackson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1376 |
| Mamie Jefferson, Curtis Johnson, Vernessa Johnson, Constance Lara, Barbara Larkins, Michelle Lenard, Thomas Marckese, Glenda Marshall, Mary McLeod, Joseph McMillan v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1377 |
| Jerry Rhudy, Dawn Sabec, Maria (Elaine) Tanner, Diann Underwood, Shirley Von Dorn, Phyllis Wallace, Tina Walrath, Kim Warren, Sue Weippert, Larry White v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1378 |
| Michelle Aroca, Marlene Ausmus, Alan Bohnenkamp, Ann Brandt, Ellen Cravens, Linda Crocker, Liz Diener, Dorothy Downs, Pamela Gill, Gloria Hofer, Janice Kemper, Rochelle Lambert, Eva Lowe, Roxanne Martin, Pam Mizeur, Esther Rogers, Valerie Rogers v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1379 |

| Case | Court | Number |
|---|---|---|
| Pat Brandenburg, Joan Farnsworth, Patricia Genuit, Dena Gray, Janice Henderson, Mary Herren, Bobby Hornsby, Janel Johnson, Joan Laaker, Paulette Marchant, Andrew Martinez, Meredith Peterson, Neomi Pierce, Debbie Schelske, Tammy Spader, Todd Trickle, Ona Welch v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1380 |
| Joy Banfield, Lynda Griffin, John Lewis, Hazel Mensah, Sheila Merriweather, Annie Mosley, Paulette Nelms, Kathy Postell, Laurie Stoner v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1381 |
| Helen Munster, Karen Poirrier, Diane Rulf, Patricia Shephard, Henry Anders, Annette Athmann, Evelyn Aucoin, Diane Beaulieu, Lillie Bell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1382 |
| Josephine Garcia v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1383 |
| Cynthia Williams, Linda Williams, Wingate Williams, Tammy Winders, Donna Zachary v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1384 |
| Annamarie Tyson, Shirley A. Mayon, Linda F. Lacour, Peggy J. Streetman, Lillie H. Anderson, Sandy Jo Bernard, Grace Cardwell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1385 |
| Zina Jones, Peggy Knicley, Pamela Lucero, Helen Nelson, Angela Odom, Mary Pointer, Teresa Richter, Roberta Riggins, Ann Stringham, Gina Taylor, Linda Thomas, Genevieve Trigger, Thecla Wilson, Sheila Young, John Zoch v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1386 |
| Kathy Anderson, Alice Arnold, Sharon Barnett, Monica Baxter, Annete Beck, Pam Beck, Myra Bickham, Jeffrie Blaze, Claire Damon, Patti Day, Tyise Dunnaway, Ramona Guidry, Sandra Horn, | Middlesex Superior Court | 2004-1387 |

| Case | Court | Number |
|---|---|---|
| Martha Leach, Gary Lind, Dolores Lumello, Cynthia Martin, Christelle Nunery v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | | |
| Terrie Campbell, Arthur Chamness, Rollie Clark, Lura Ellis, Shirley Gilliam, Eleamor Graves, Michelle Green, Suzie Hake, Madelyn Hamblin, Linda Hamilton, Earlaine Hansen, Melody Hanson, Hilda Harmon, Linda Harris, Jet Hert, Doris Hodges, Glenda Johnston, Yvonne Spradling, Donna Wenger v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1388 |
| Sara K. Anderberg, Amy Bernstein, Sarah E. Brown, Stephanie L. Brown, Maria E. Carrieri, Nancy Carter, Mary A. Coleman, Cleo M. Daniel, Peter Digilio, Toni Duffy, Polly J. Hineman, Lucille Liggon, Monica G. Lomax, Betty Lundy, April F. Martin, Juanita Mathis, Vickie Merritt, Lois A. Miller, Robert P. Mollenhauer, Mary Padula, Jane Roberts, Lydia K, Tupuola, Melitta S. Valnion, Betty A. Vaughn, Carmen R. Wood v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Inc. | Middlesex Superior Court | 2004-1406 |
| Patricia Ellis, Cindy Landry, Wendy Lee, Jacqueline Lovelace, Annie Owens, Sabrina Robinson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1643 |
| Carla Cressionnie, Shelia Key, Ella Pedrick, Judy Sabatini, Versie Shackelford, Arthur Shackelford, Teresa Thomas, Cynthia Turner-Phipps, Ray Windham v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1644 |
| Kenya Datcher, George Kelly, Virginia Garrett, and Roy Weatherford v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1645 |
| Barnell Capers, Mary Grubbs, Libby Head, and Donna Wooten v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1675 |

| Case Caption | Court | Docket No. |
|---|---|---|
| Penny L. Fowler; Julia C. Graham; Lisa G. Gunter; Marilyn D. Haas; Deborah Haeffner; Sharon R. Harwell; Deborah K. Holt; Trudy Howard; Christine M. Kinley; Shirley K. Maples; Shannon McCarty; Madelene Morales; Terri D. Newsom; Diane O'Neil; Vitina Pacello; Lori A. Rider; LaShawna L. Robinson; Rudy B. Sangston; Barbara Shafer; Faye L. Tentou; Kristina R. Traughber; Tina A. VanBuskirk; Alisha G. White; Karen S. Whomble; Mildred (Millie) L. Young v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1699 |
| Carolyn J. Allen-Dixon; Kim S. Baker; Carolyn S. Barton-Kohler; Betty Brown; Roselyn Cohoon; Debbie A. Flanary; Sheldon Forman; Kelly Frederickson-Patrick; Calvin K. Greer; Patricia L. Howard; Bruce W. Hunter; Judy Liggett; Bernida A. Mastin-Hill; Doris J. Montoya-Wilson; Mary C. Muccio; David G. Nathaniel; Richard R. Parker; Denise E. Robertson; Leslie D. Robinson; Regina R. Sheridan; Kaylan V. Smith; Joyce K. Sparks; Rhonda Todd; Joanne M. Walker; Zetty Walker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1700 |
| Sabrina L. Barber; Beth Bartlett; Carrie R. Boots; Rebecca L. Braun; Marlene J. Brewer; Sandra Brooks; Linda S. Butler; Larry R. Carmin; Glenna J. Chamberlin; Mary J. Claspill; Mary F. Conway; Michael D'Agostino; Laura L. Davidson; Lucy Domenech; Camille Fau; Margaret H. Harris-Arhin; Margo M. Lemonis; Donnie J. Lewis; Stephanie Mitchell; Rexanna H. Murphy; Robert Pettis; Sherry L. Reynolds; Marion Thomas; Zenaida T. Varone; Sondra Vincent v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1701 |
| LuAnn F. Alderson; Yvonne H. Amos; Harold T. Anderson; Sheila D. Arnold; Bonnie Bailey; Joyce A. Bradley; Karan S. Bruno; Barbara F. Burnett; Lynne Butman; Sandra S. Collum; Kathy L. Dusenbery; Charm L. Fakhrshafaei; Deanna Franklin; Sharon D. Hanna; Sandra Hannam; Barbara J. Hogan; Sharon L. Hoover; Ethel Kelch; Robert-Duane LeGrande; Lauren M. McLeod; Yolanda M. Mosby; Ann E. O'Neill; Merit Vincent; Vicky L. Wilson; William B. Wise v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1702 |
| Theresa E. Boyd-Taylor; Machell E. Fox; Sharon G. Goodenough; Mark W. Grimm; Judy G. Hallford; Jennifer A. Hensley; Inman L. Jones, Jr.; Kay L. Kotan; Leonard R. Lanzillotti; Thomas F. Moore; | Middlesex Superior Court | 2004–1703 |

| | | |
|---|---|---|
| Marguerite O'Gara; Donnis L. Payne; Katherine D. Redman; Rochelle M. Rippetoe; Sally M. Sanzone; Melissa A. Seaborn; Deanna M. Smith-Brezny; Janet S. Soulsby; Janette M. Stokes; Carolyn E. Upton; Juliana Wells-Vargas; Rosemarie Wilder; Amie J. Willard; Barbara A. Williams; Kelly M. Word v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | | |
| Deborah C. Abraham; Dorothy Beach; James R. Benson; Susan Block; Barbara L. Burns; Keta Cassandra; Jeanine Coghlan; Sharron K. Coker; Dina Marie Crum; Linda J. Crump; Jessie Kirksey; Grace D. Lindsay; Helen Linzy; Sally Martin; Nicholette McRae; Patricia L. Miller; Susan G. Miller; Charlene Moore; Teresa L. Mundell; John Neverdowski; Evelyn M. Ogan; Donna K. Sago; Nanci L. Saulsberry; Elizabeth W. Treadway; Darnlen Williams v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1704 |
| Lawrence J. Bouche; Celia M. Brown; Regina R. Browning; Helen C. Davis; Sharon Doggett; Laverne Gillan; Helen Gultia; Melanie A. Jackman; Connie Jackson; Linda Johnson; Karen Jones; Kathryn A. Lemme; Dawn M. Lindsey-Gregory; Tommie G. Morris; Charlotte Nelson; Phylisa G. Palmer; Cyndie W. Rowlett; Cindy K. Smith; Suzanne M. Tibbitts; Mabruka Whitmore v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1705 |
| Linda Marlene Johnson; Carla S. Alvanchi; Vickie L. Beinlich; Cynthia D. Cargile; Theresa S. Dresher; Terry Robert Gabrich, Sr. and Sharon Gabrich; Robert John Golias; Camille Denice Johnson; Edith A. Guffey; Lisa Henkel; Sherry L. Jackson; Linda S. Kennelly; Janice A. Lukacinsky and Sheryl Van Sice; Sally Jane Minzey and Theordore Dale Minzey; Irma Ochoa and Armando Ochoa; Teresa Shuff and Joe Shuff; Bonnie L. Tacy; and Victoria Vance v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.; Robert R. DeCapua; Justin D. Crum; Bernice J. Menzies, Michelle L. Carner, Larry D. Bayliff, Gerald E. Lubben; Joseph Schrei; Gail S. Rasak; Marlo F. Ponos (a/k/a Marlo F. Tate); Michael D. Zell; Gregory Fountain; Mary Ann Roberts; Lyn A. Adanich; Kathleen A. Welsh; Ronald L. Duemler; Dennis M. Thimm; Lance E. Reno; Cynthia M. Cowgill; Timothy S. Circle; Donell N. Henthorne; Melody Phillips-Williams; Steve Sneider; Richard A. Dilibero; Thomas M. Duggan; Jennifer Hetherington; Joanne M. Izykowski; Zoanne H. Pokriefka; Joseph DiFrancesco; Hope Tileston; Thomas A. Wiehn; Lisa M. Birken (a/k/a Lisa Greenbaum); Shonda S. Shores (a/k/a Shonda S. Kim); Christian K. Miner; Kimberly Ann | Middlesex Superior Court | 2004–1706 |

31

| | | |
|---|---|---|
| Owen; Mary M. Bodenhamer; Alicia I. McDougal; Shannon O. Sage; and John Doe | | |
| Holly Marie Malzahn and Frederick Charles Malzahn; Kathleen Adele Ailey; Suzanne Ayer; Donna Fay Bische; Jacqueline Brulee; Mary Lou Doeppenschmidt; Fernando I. Dominguez and Mary O. Dominguez; Frederic B. Eisenberg and Patricia Eisenberg; Bert L. Head and Cheryl Head; Connie Klein and Bruce A. Klein; Suzan M. Lamar and Gary Phillip Lamar; Patti J. Luebbert and Dennis C. Luebbert, Sr.; Judith L. Moon and Billy D. Moon; Peggy Moon; Vickie Schultz-Crow and Lester Don Crow; Dorothy Steward; Sylvia B. Thomason; and Theresa A. Waymire v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation;and Boehringer Ingelheim Pharmaceuticals, Inc.; Patti A. Barker; Gary A. Jones; Kenneth E. Jones; John W. Walker; Keith Cunniff; John E. Mtichell; Susan K. Atherton; Keith H. Kraps; M. Gilberto Olivarez; Angela M. Johnson; Rafael Sanchez; Jill M. Hicks; Susan G. Hanover; Joseph Hartnett; James J. Sgroi, Jr.; Todd E. Meredith; Kari Plaschke Scott; Craig S. Englert; Mitchell J. Hanning; Monica T. Gulyas; Robert L. McCann; Timothy S. Smith; Evangelin Zelios; J. Don Preston; Daniel B. Burke; Mindy N. Fey; A. Durwood Neie; Rodney L. Scott; D. Craig McIntyre; Barbara St. George; Madeline Andress; Andrew B. Biaggi; and Franchesca V. Williams | Middlesex Superior Court | 2004–1707 |
| Susan E. Willette; Laura Belles and Jeff Belles; David M. Cohen and Shirley Cohen; Jan Courier; Ricardo Guzman; Debra A. King and Robert E. King; Maria M. Laessig and Robert E. Laessing; Helen Cruz Madla; Maryann McGovran and Harley Duane McGovran; H. Kenneth Roseberry, Jr. and Kristina Roseberry; Jerry E. Smith;Diana Lynn Spector and James R. Spector, II; Yvonne K. Stankey; Ronald A. Waller and Harriet Waller; Susan R. Weiszbrod; Connie L. Weygandt; and Beverly McDuffie Whitaker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.; and James A. Edmondson; Linda L. Gonzales (a/k/a Linda L. McElroy); Arturo I. Gonzalez; Andrew D. Morton; Patricia M. Ulrich; Christine K. Wagner; Mark A. Conrad; Mae O. Hence; Dennis L. Westfall; Elutherio Farias; Virginia F. Riley; Jennifer J. Froelich; Michael Topalian; Donna M. Williams; Lisa Elek; Joseph Potter, III; Karen L. Symon; Don LeCocke; Richard E. Martinez; Alberto Rodriguez, I; Debbie K. Anderes; Michael B. Barks; David P. Cauwels; Thomas Meehan; David R. Mrosko; Patricia M. Tessendore; Michael T. Matanguihan; Charles J. Reinert; Kimberle Karen Maddox; Marjorie T. Rylee; Daniel B. Burke; Dean L. Marusak; A. Durwood Neie; Joseph Boswell; James V. Nash; Lisa Sabbagh; Gina M. Sanders; Gregory Garner; Jennifer L. Koelz; Rodney D. Miller; David E. Anderson; Mark D. Cook; Bruce R. Stewart; Paul D. Bowers; Dwane Lyle Hanson; Shanna Midland; David J. Schade; Anthony J. Cain; and John Doe | Middlesex Superior Court | 2004–1708 |
| Trinchua Dukes; John Fink; Brenda Mallard; Marilyn McKee; Norma Smith; Larry Poston, as Administrator of the Estate of Sylvia Poston v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron | Middlesex Superior Court | 2004–1732 |

32

| | | |
|---|---|---|
| Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | | |
| Mary Mullany* v. Wyeth, Inc.; Wyeth Pharmaceuticals, Inc.; Wyeth-Ayerst International, Inc.; and Interneuron Pharmaceuticals, Inc. | Middlesex Superior Court | 2004–1771 |
| Vicki Hampel v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1874 |
| Staci Putman and Michelle Thaxton v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals | Middlesex Superior Court | 2004–1926 |