# EXHIBIT 3

# Commonwealth of Massachusetts
# MIDDLESEX SUPERIOR COURT
# Case Summary
# Civil Docket

## IN RE: Massachusetts State Court Diet Drug Litigation

Details for Docket: MICV2000-09999

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | MICV2000-09999 | **Caption:** | IN RE: Massachusetts State Court Diet Drug Litigation |
| **Filing Date:** | 04/02/2000 | **Case Status:** | Active |
| **Status Date:** | 01/23/2004 | **Session:** | Cv G (9B Cambridge) |
| **Lead Case:** | NA | **Case Type:** | Standard |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | 10/10/2000 | **Disposition:** | 02/07/2001 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | 01/08/2001 | **Rule 56:** | |
| **Answer Date:** | 12/09/2000 | **Jury Trial:** | NO |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | MICV2000-09999 | **Caption:** | IN RE: Massachusetts State Court Diet Drug Litigation |
| **Filing Date:** | 04/02/2000 | **Case Status:** | Active |
| **Status Date:** | 01/23/2004 | **Session:** | Cv G (9B Cambridge) |
| **Lead Case:** | NA | **Case Type:** | Miscellaneous |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | 10/10/2000 | **Disposition:** | 02/07/2001 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | 01/08/2001 | **Rule 56:** | |
| **Answer Date:** | 12/09/2000 | **Jury Trial:** | NO |

## Parties Involved

1 Parties Involved in Docket: MICV2000-09999

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |

| Last Name: | Massachusetts State Court Diet Drug Litigation | First Name: | |
|---|---|---|---|
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

## Attorneys Involved

No Attorneys found for Docket: MICV2000-09999.

There are currently no attorneys associated with this case.

## Calendar Events

No Calendar Events found for Docket: MICV2000-09999.

There are currently no calendar events associated with this case.

## Full Docket Entries

506 Docket Entries for Docket: MICV2000-09999

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 04/02/2000 | 1 | (CONSOLIDATED DOCKET) Stipulated PreTrial Order #2 |
| 04/18/2000 | 2 | (CONSOLIDATED DOCKET) Responses to Interrogatories from Fedeal MDL |
| 04/18/2000 | 2 | Proceedings |
| 04/24/2000 | 3 | (CONSOLIDATED DOCKET) Pharmaceutical Company Defendants' Master |
| 04/24/2000 | 3 | Interrogatories |
| 04/24/2000 | 4 | (CONSOLIDATED DOCKET) Pharmaceutical Company Defendants' Master |
| 04/24/2000 | 4 | Request for Production |
| 04/24/2000 | 5 | (CONSOLIDATED DOCKET) American Home Products Corporation's List of |
| 04/24/2000 | 5 | Employee Depositions |
| 04/27/2000 | 6 | (CONSOLIDATED DOCKET) Interneuron Pharmaceuticals, Inc.'s |
| 04/27/2000 | 6 | Interrogatory Responses fron Federal MDL Proceedings |
| 05/11/2000 | 7 | (CONSOLIDATED DOCKET) Eon Labs Manufacturing, Inc.'s List of Employee |
| 05/11/2000 | 7 | Depositions |
| 05/19/2000 | 8 | (CONSOLIDATED DOCKET) Fisons Corporation's List of Employee |
| 05/19/2000 | 8 | Depositions |

| Date | # | Description |
|---|---|---|
| 05/19/2000 | 9 | (CONSOLIDATED DOCKET) Medeva Pharmaceuticals, Inc.'s List of Employee Depositions |
| 05/22/2000 | 10 | (CONSOLIDATED DOCKET) Inerneuron Pharmaceuticals, Inc.'s Paragraph XII.A. Identification of Depositions |
| 05/31/2000 | 11 | (MIDDLESEX SUPERIOR COURT # 98-00928) Objections of Plaintiff Jeremiah Sullivan to Pharaceutical Company Defendants' Master Interrogatories |
| 05/31/2000 | 12 | (MIDDLESEX SUPERIOR COURT # 98-00928) Response of Plaintiff Jeremiah Sullivan to Pharmaceutical Company Defendants' Master Requests for Production |
| 05/31/2000 | 13 | (MIDDLESEX SUPERIOR COURT # 98-00928) Objections of Plaintiff Mary C. Doherty to Pharmaceutical Company Defendants' Master interrogatories |
| 05/31/2000 | 14 | (MIDDLESEX SUPERIOR COURT # 98-00928) Response of Plaintiff Mary C. Doherty to Pharmaceutical Company Defendants' Master Requests for Production |
| 06/02/2000 | 15 | (MIDDLESEX SUPERIOR COURT # 98-04674) Plaintiffs' Emergency Motion to Quash of Modify Subpoena |
| 06/23/2000 | 16 | (CONSOLIDATED DOCKET) Fisons Corporation's Standard Affirmative Defenses |
| 06/23/2000 | 17 | (CONSOLIDATED DOCKET) Medeva Pharmaceutical Inc.'s Standard Affirmative Defenses |
| 07/07/2000 | 18 | (SUFFOLK SUPERIOR COURT # 99-4581) Defendant, Eon Labs Manufacturing, Inc.'s Motion to Dismiss Count V of the Plaintiff's Complaint |
| 07/07/2000 | 19 | (SUFFOLK SUPERIOR COURT # 99-4581) Defendant American Home Products Corporation's Motion to Dismiss Count V of the Complaint |
| 07/07/2000 | 20 | (SUFFOLK SUPERIOR COURT # 99-4581) Defendant CVS Pharmacy, Inc.'s Motion for Judgement on the Pleadigs |
| 07/07/2000 | | Motion (P#18) allowed. After review of the papers, the Court takes the same action on this motion as it did on the Motion of American Home Products Corporation. (Raymond J. Brassard, Justice) |
| 07/07/2000 | | Motion (P#19) Allowed. After review of the papers, Allowed, provided that Plaintiff is granted leave to amend count V of her complaint. Any amended complaint shall set forth the alleged fraud with particularity (including the fraudulent statements), and shall be filed no later than August 11, 2000. (Raymond J. Brassard, Justice) |
| 07/07/2000 | | Motion (P#20) Allowed. After review of the paper, and No Opposition having been filed, Allowed. (Raymond J. Brassard, Justice) |
| 07/11/2000 | 21 | (PLYMOUTH SUPERIOR COURT # 99-534) Stipulation of Dismissal |
| 07/12/2000 | 22 | (MIDDLESEX SUPERIOR COURT # 98-5026) Acknowledgement of Service |
| 07/13/2000 | 23 | (PLYMOUTH SUPERIOR COURT # 99-00534) Plaintiff's Motion for Letter Rogatory Re: Medical Economics Company |

| Date | No. | Description |
|---|---|---|
| 07/13/2000 | 24 | (PLYMOUTH SUPERIOR COURT # 99-00534) Order for Letter Rogatory - Medical Economics Company |
| 07/13/2000 | 25 | (CONSOLIDATED DOCKET) American Home Products Corporation's Standard Set of Defenses |
| 07/13/2000 |  | Motion (P#23) Allowed. After review of the papers, No Opposition having been filed, Allowed. (Raymond J. Brassard, Justice) |
| 07/24/2000 | 26 | (CONSOLIDATED DOCKET) Eon Labs Manufacturing, Inc.'s Standard set of Affirmative Defenses. |
| 07/25/2000 | 27 | (MIDDLESEX SUPERIOR COURT # 98-00928) Response of Plaintiff Mary C. Doherty to Pharmaceutical Company Defendants' Master Requests for Production. |
| 07/25/2000 | 28 | (MIDDLESEX SUPERIOR COURT # 98-00928) Response of Plaintiff Jeremiah Sullivan to Pharmaceutical Company Defendants' Master Requests for Production. |
| 07/25/2000 | 29 | (MIDDLESEX SUPERIOR COURT # 98-00928) Response of Plaintiff Mary C. Doherty to Pharmaceutical Company Defendants' Master Interrogatories. |
| 07/25/2000 | 30 | (MIDDLESEX SUPERIOR COURT # 98-00928) Response of Plaintiff Mary C. Doherty to Pharmaceutical Company Defendants' Master Interrogatories. |
| 08/03/2000 | 31 | (MIDDLESEX SUPERIOR COURT # 00-00180) Motion of american Home Products Corporation to Dismiss Count IV of Plaintiffs' Complaint. |
| 08/03/2000 | 32 | (MIDDLESEX SUPERIOR COURT # 00-00180) Memorandum in Support of defendant American Home Products Corporation's Motion to Dismiss Count IV of the Complaint. |
| 08/03/2000 | 33 | (MIDDLESEX SUPERIOR COURT # 00-00180) Affidavit of Compliance with Superior Court Rule 9A. |
| 08/03/2000 | 34 | (MIDDLESEX SUPERIOR COURT # 00-00180) Assented to Motion of Defendant American Home Products Corporation for Letter Rogatory |
| 08/17/2000 | 35 | (MIDDLESEX SUPERIOR COURT # 00-03525) Acknowledgement of Service |
| 08/28/2000 | 36 | (CONSOLIDATED DOCKET) Plaintiffs' Objection to Pharmaceutical Company Defendants' Emergency Motion. |
| 08/31/2000 | 37 | (MIDDLESEX SUPERIOR COURT # 00-03526) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |
| 08/31/2000 | 38 | (MIDDLESEX SUPERIOR COURT # 00-03588) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |
| 08/31/2000 | 39 | (MIDDLESEX SUPERIOR COURT # 00-03627) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |
| 08/31/2000 | 40 | (MIDDLESEX SUPERIOR COURT # 00-03587) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American |

| Date | # | Description |
|---|---|---|
| 08/31/2000 | 40 | Home Products Corporation and A.H. Robins Company, Inc. |
| 08/31/2000 | 41 | (MIDDLESEX SUPERIOR COURT # 00-03528) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |
| 08/31/2000 | 42 | (MIDDLESEX SUPERIOR COURT # 00-03525) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |
| 08/31/2000 | 43 | (CONSOLIDATED DOCKET) Pharmaceutical Company Defendants' Corrected Master Interrogatories. |
| 09/01/2000 | 44 | (CONSOLIDATED DOCKET) Pharmaceutical Company Defendants' Corrected Master Request for Production. |
| 09/05/2000 | 45 | (CONSOLIDATED DOCKET) Pharmaceutical company Defendants' Master Interrogatories |
| 09/05/2000 | 46 | (CONSOLIDATED DOCKET) American Home's Emergency Motion for Order Compelling Execution and Delivery of Agreed-Upon Authorizations for Records within Seven Days. |
| 09/05/2000 | 47 | (CONSOLIDATED DOCKET) Pharmaceutical Company Defendants' Objection to Plaintiffs' Supplemental Standard Interrogatory No. 1. |
| 09/07/2000 | 48 | (CONSOLIDATED DOCKET) American Home's Emergency Motion for Order Compelling Execution and Delivery of Agreed-Upon Authorizations for Records within Seven Days. |
| 09/07/2000 |  | Motion (P#48) After hearing, (1) As to cases filed prior to April 6, 2000, authorizations will be prodided no later than September 18, 2000. (2) As to all other cases, they will be provided when answers to interrogatories are served. (Raymond J. Brassard, Justice). |
| 09/08/2000 | 49 | (CONSOLIDATED DOCKET) Plaintiffs' Objections to Pharmaceutical Company Defendants' Emergency Motion. File in Court (Raymond J. Brassard, Justice) |
| 09/11/2000 | 50 | (MIDDLESEX SUPERIOR COURT # 00-03736) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |
| 09/11/2000 | 51 | (MIDDLESEX SUPERIOR COURT # 00-03706) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |
| 09/11/2000 | 52 | (MIDDLESEX SUPERIOR COURT # 00-03731) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |
| 09/11/2000 | 53 | (MIDDLESEX SUPERIOR COURT # 00-03781) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |
| 09/11/2000 | 54 | (MIDDLESEX SUPERIOR COURT # 00-03780) Answer and Acknowledgement of |

| Date | No. | Description |
|---|---|---|
| 09/11/2000 | 54 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 09/11/2000 | 54 | Home Products Corporation and A.H. Robins Company, Inc. |
| 09/18/2000 | 55 | (MIDDLESEX SUPERIOR COURT # 00-03804) Answer and Acknowledgement of |
| 09/18/2000 | 55 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 09/18/2000 | 55 | Home Products Corporation and A.H. Robins Company, Inc. |
| 09/18/2000 | 56 | (MIDDLESEX SUPERIOR COURT # 00-03805) Answer and Acknowledgement of |
| 09/18/2000 | 56 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 09/18/2000 | 56 | Home Products Corporation and A.H. Robins Company, Inc. |
| 09/18/2000 | 58 | (MIDDLESEX SUPERIOR COURT # 00-00958) Affidavit in Compliance with |
| 09/18/2000 | 58 | Superior Court Rule 9A (Filed in Court, Justice Brassard) |
| 09/18/2000 | 57 | (MIDDLESEX SUPERIOR COURT # 00-00958) Defendant, Econ Labs |
| 09/18/2000 | 57 | Manufacturing, Inc.'s Motion to Disniss Count V of the Plaintiff's |
| 09/18/2000 | 57 | Complaint (Filed in Court, Justice Brassard) |
| 09/21/2000 | 59 | (MIDDLESEX SUPERIOR COURT # 00-03825) Answer and Acknowledgement of |
| 09/21/2000 | 59 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 09/21/2000 | 59 | Home Products Corporation and A.H. Robins Company, Inc. |
| 09/21/2000 | 60 | (MIDDLESEX SUPERIOR COURT # 00-03931) Answer and Acknowledgement of |
| 09/21/2000 | 60 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 09/21/2000 | 60 | Home Products Corporation and A.H. Robins Company, Inc. |
| 09/21/2000 | 61 | (MIDDLESEX SUPERIOR COURT # 00-03902) Answer and Acknowledgement of |
| 09/21/2000 | 61 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 09/21/2000 | 61 | Home Products Corporation and A.H. Robins Company, Inc. |
| 09/21/2000 | 62 | (MIDDLESEX SUPERIOR COURT # 00-03903) Answer and Acknowledgement of |
| 09/21/2000 | 62 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 09/21/2000 | 62 | Home Products Corporation and A.H. Robins Company, Inc. |
| 09/21/2000 | 63 | (MIDDLESEX SUPERIOR COURT # 00-03960) Answer and Acknowledgement of |
| 09/21/2000 | 63 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 09/21/2000 | 63 | Home Products Corporation and A.H. Robins Company, Inc. |
| 09/21/2000 | 64 | (MIDDLESEX SUPERIOR COURT # 00-03876) Answer and Acknowledgement of |
| 09/21/2000 | 64 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 09/21/2000 | 64 | Home Products Corporation and A.H. Robins Company, Inc. |
| 09/21/2000 | 65 | (MIDDLESEX SUPERIOR COURT # 00-03961) Answer and Acknowledgement of |
| 09/21/2000 | 65 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 09/21/2000 | 65 | Home Products Corporation and A.H. Robins Company, Inc. |
| 10/11/2000 | 65 | (MIDDLESEX SUPERIOR COURT # 98-04121) Parties' Joint Supplemental |
| 10/11/2000 | 65 | Submission Concerning Plaintiff Nista's Motion for Speedy Trial. |
| 10/16/2000 | 66 | (MIDDLESEX SUPERIOR COURT # 00-03961) Acknowledgement of Service: |
| 10/16/2000 | 66 | Medeva Pharmaceuticals, Inc. (Defendant) |
| 10/16/2000 | 67 | (MIDDLESEX SUPERIOR COURT # 00-03053) Acknowledgement of Service: |
| 10/16/2000 | 67 | Medeva Pharmaceuticals, Inc. (Defendant) |
| 10/20/2000 | 67 | (MIDDLESEX SUPERIOR COURT # 98-04121) Letter to Justice Brassard |

| Date | # | Description |
|---|---|---|
| 10/20/2000 | 67 | dated 10/20/00. |
| 10/26/2000 | 67 | (CONSOLIDATED DOCKET) Standard Affirmative Defenses of the Defendant, United Research Laboratories, Inc. |
| 10/26/2000 | 67 | (BARNSTABLE SUPERIOR COURT # 00-00416) Answer and Acknowledgement of Service of Defendants United Research Laboratories, Inc. |
| 10/26/2000 | 67 | (BARNSTABLE SUPERIOR COURT # 00-00417) Answer and Acknowledgement of Service of Defendants United Research Laboratories, Inc. |
| 10/26/2000 | 67 | (NORFOLK SUPERIOR COURT # 00-01039) Answer and Acknowledgement of Service of Defendants United Research Laboratories, Inc. |
| 10/26/2000 | 67 | (NORFOLK SUPERIOR COURT # 00-01041) Answer and Acknowledgement of Service of Defendants United Research Laboratories, Inc. |
| 11/07/2000 | 68 | (MIDDLESEX SUPERIOR COURT # 00-03135) Interneuron Pharmaceuticals, Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 11/12/2000 | 69 | (MIDDLESEX SUPERIOR COURT # 98-04675, 98-5254, 98-4818, 98-4673, 98-5255, 98-4674, 98-5262, 98-5243) Memorandum of Decision and Order on Defendant American Home Products Corporation's Motion to Dismiss Count IV and to Strike Count II of Plaintiff's Complaint. |
| 11/12/2000 | 70 | (MIDDLESEX SUPERIOR COURT # 99-04581 and 00-00958) Memorandum of Decision and Order on Defendant American Home Products Corporation's Motion to Dismiss Count V of Plaintiff's Complaint. |
| 11/12/2000 | 71 | (MIDDLESEX SUPERIOR COURT # 98-04121) Memorandum of Decision and Order on Defendant American Home Products Corporation's Motion to Dismiss Certain Counts of Plaintiff's Complaint. |
| 11/13/2000 | 72 | (MIDDLESEX SUPERIOR COURT # 00-03526) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |
| 11/15/2000 | 73 | (MIDDLESEX SUPERIOR COURT # 00-03903) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |
| 11/15/2000 | 74 | (MIDDLESEX SUPERIOR COURT # 00-03804) Answer Affirmative Defenses, and Cross-Claims of Defendant American Home Products (Wyeth-Amerst Laboratories Division) |
| 11/15/2000 | 75 | (MIDDLESEX SUPERIOR COURT # 00-03961) Answer Affirmative Defenses, and Cross-Claims of Defendant American Home Products (Wyeth-Amerst Laboratories Division) |
| 11/15/2000 | 76 | (MIDDLESEX SUPERIOR COURT # 00-03805) Answer Affirmative Defenses, and Cross-Claims of Defendant American Home Products (Wyeth-Amerst Laboratories Division) |
| 11/15/2000 | 77 | (MIDDLESEX SUPERIOR COURT # 00-03960) Answer Affirmative Defenses, and Cross-Claims of Defendant American Home Products (Wyeth-Amerst Laboratories Division) |

| Date | No. | Description |
|---|---|---|
| 11/15/2000 | 78 | (MIDDLESEX SUPERIOR COURT # 00-03876) Answer Affirmative Defenses, and Cross-Claims of Defendant American Home Products (Wyeth-Amerst Laboratories Division) |
| 11/15/2000 | 79 | (MIDDLESEX SUPERIOR COURT # 00-03902) Answer Affirmative Defenses, and Cross-Claims of Defendant American Home Products (Wyeth-Amerst Laboratories Division) |
| 11/15/2000 | 80 | (MIDDLESEX SUPERIOR COURT # 00-03825) Answer Affirmative Defenses, and Cross-Claims of Defendant American Home Products (Wyeth-Amerst Laboratories Division) |
| 11/15/2000 | 81 | (MIDDLESEX SUPERIOR COURT # 00-03931) Answer Affirmative Defenses, and Cross-Claims of Defendant American Home Products (Wyeth-Amerst Laboratories Division) |
| 11/21/2000 | 82 | (BARNSTABLE SUPERIOR COURT00-00416) Acknowledgement of Service: Medeva Pharmaceuticals, Defendant |
| 11/21/2000 | 83 | (BARNSTABLE SUPERIOR COURT00-00416) Acknowledgement of Service: Fisons Corporation, Defendant |
| 11/21/2000 | 84 | (BARNSTABLE SUPERIOR COURT00-00417) Acknowledgement of Service: Medeva Pharmaceuticals, Defendant |
| 11/21/2000 | 85 | (BARNSTABLE SUPERIOR COURT00-00416) Acknowledgement of Service: Fisons Corporation, Defendant |
| 11/21/2000 | 86 | (SUFFOLK SUPERIOR COURT00-03053) Acknowledgement of Service: Fisons Corporation, Defendant |
| 11/22/2000 | 87 | (NORFOLK SUPERIOR COURT 00-01041) Acknowledgement of Service: Fisons Corporation, Defendant |
| 11/22/2000 | 88 | (NORFOLK SUPERIOR COURT 00-01040) Acknowledgement of Service: Fisons Corporation, Defendant |
| 11/22/2000 | 89 | (NORFOLK SUPERIOR COURT 00-01040) Acknowledgement of Service: Medeva Pharmaceuticals Inc., Defendant |
| 11/22/2000 | 90 | (NORFOLK SUPERIOR COURT 00-01039) Acknowledgement of Service: Fisons Corporation, Defendant |
| 11/22/2000 | 91 | (NORFOLK SUPERIOR COURT 00-01039) Acknowledgement of Service: Medeva Pharmaceuticals Inc., Defendant |
| 11/22/2000 | 92 | (MIDDLESEX SUPERIOR COURT # 00-04398) Reply to Defendant's Counterclaim for Setoff |
| 11/22/2000 | 93 | (NORFOLK SUPERIOR COURT 00-01041) Acknowledgement of Service: Medeva Pharmaceuticals Inc., Defendant |
| 11/22/2000 | 94 | (MIDDLESEX SUPERIOR COURT # 98-02174) Harvard's Motion for Reconsideration Concerning the Rules of Professional Conduct |
| 11/22/2000 | 95 | (MIDDLESEX SUPERIOR COURT # 00-03847) Answer and Acknowledgement of Service of Defendants Wyeth-Ayerst Laboratories Division of American Home Products Corporation and A.H. Robins Company, Inc. |

| Date | No. | Description |
|---|---|---|
| 12/06/2000 | 96 | (MIDDLESEX SUPERIOR COURT # 00-03847) Answer Affirmative Defenses, |
| 12/06/2000 | 96 | and Cross-Claims of Defendant Interneuron Pharmaceuticals, Inc. |
| 12/07/2000 | 96 | (MIDDLESEX SUPERIOR COURT # 98-04673) First Amended Complaint |
| 12/07/2000 | 96 | (MIDDLESEX SUPERIOR COURT # 98-05243) Second Amended Complaint |
| 12/07/2000 | 96 | (MIDDLESEX SUPERIOR COURT # 98-04674) First Amended Complaint |
| 12/07/2000 | 96 | (MIDDLESEX SUPERIOR COURT # 98-05255) First Amended Complaint |
| 12/07/2000 | 96 | (MIDDLESEX SUPERIOR COURT # 98-05254) First Amended Complaint |
| 12/07/2000 | 96 | (MIDDLESEX SUPERIOR COURT # 98-04818) First Amended Complaint |
| 12/07/2000 | 96 | (MIDDLESEX SUPERIOR COURT # 98-04675) First Amended Complaint |
| 12/08/2000 | 97 | (MIDDLESEX SUPERIOR COURT # 00-03825) Interneuron Pharmaceuticals, |
| 12/08/2000 | 97 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 12/08/2000 | 98 | (MIDDLESEX SUPERIOR COURT # 00-03903) Interneuron Pharmaceuticals, |
| 12/08/2000 | 98 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 12/08/2000 | 99 | (MIDDLESEX SUPERIOR COURT # 00-03931) Interneuron Pharmaceuticals, |
| 12/08/2000 | 99 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 12/08/2000 | 100 | (MIDDLESEX SUPERIOR COURT # 00-03961) Interneuron Pharmaceuticals, |
| 12/08/2000 | 100 | Inc.'s Answer to the Cross-Claim of American Home Products |
| 12/08/2000 | 100 | Corporation. |
| 12/08/2000 | 101 | (MIDDLESEX SUPERIOR COURT # 00-03876) Interneuron Pharmaceuticals, |
| 12/08/2000 | 101 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 12/08/2000 | 102 | (MIDDLESEX SUPERIOR COURT # 00-03876) Interneuron Pharmaceuticals, |
| 12/08/2000 | 102 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 12/08/2000 | 103 | (MIDDLESEX SUPERIOR COURT # 00-03805) Interneuron Pharmaceuticals, |
| 12/08/2000 | 103 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 12/08/2000 | 104 | (MIDDLESEX SUPERIOR COURT # 00-03960) Interneuron Pharmaceuticals, |
| 12/08/2000 | 104 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 12/08/2000 | 105 | (MIDDLESEX SUPERIOR COURT # 00-03804) Interneuron Pharmaceuticals, |
| 12/08/2000 | 105 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 12/08/2000 | 106 | (MIDDLESEX SUPERIOR COURT # 00-03526) Interneuron Pharmaceuticals, |
| 12/08/2000 | 106 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 12/08/2000 | 107 | (MIDDLESEX SUPERIOR COURT # 00-03962) Answer and Acknowledgement of |
| 12/08/2000 | 107 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 12/08/2000 | 107 | Home Products Corporation and A.H. Robins Company, Inc. |
| 12/11/2000 | 108 | (MIDDLESEX SUPERIOR COURT # 00-03962) Acknowledgement of Service |
| 12/11/2000 | 108 | Fisons Corporation |
| 12/11/2000 | 109 | (MIDDLESEX SUPERIOR COURT # 00-03962) Acknowledgement of Service on |
| 12/11/2000 | 109 | Medeva Pharmaceuticals, Inc. |
| 12/11/2000 | 110 | (MIDDLESEX SUPERIOR COURT # 00-03587) Answer, Affirmative Defense, |
| 12/11/2000 | 110 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/11/2000 | 110 | Inc. to Plaintiffs' Complaint |
| 12/27/2000 | 111 | (MIDDLESEX SUPERIOR COURT # 98-05255) Answer, Affirmative Defense, |

| Date | No. | Description |
|---|---|---|
| 12/27/2000 | 111 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 111 | Inc. to Plaintiffs' First Amended Complaint |
| 12/27/2000 | 112 | (MIDDLESEX SUPERIOR COURT # 98-04674) Answer, Affirmative Defense, |
| 12/27/2000 | 112 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 112 | Inc. to Plaintiffs' First Amended Complaint |
| 12/27/2000 | 113 | (MIDDLESEX SUPERIOR COURT # 98-05243) Answer, Affirmative Defense, |
| 12/27/2000 | 113 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 113 | Inc. to Plaintiffs' First Amended Complaint |
| 12/27/2000 | 114 | (MIDDLESEX SUPERIOR COURT # 98-05254) Answer, Affirmative Defense, |
| 12/27/2000 | 114 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 114 | Inc. to Plaintiffs' First Amended Complaint |
| 12/27/2000 | 115 | (MIDDLESEX SUPERIOR COURT # 00-03902) Answer, Affirmative Defense, |
| 12/27/2000 | 115 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 115 | Inc. |
| 12/27/2000 | 116 | (MIDDLESEX SUPERIOR COURT # 00-03960) Answer, Affirmative Defense, |
| 12/27/2000 | 116 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 116 | Inc. |
| 12/27/2000 | 117 | (MIDDLESEX SUPERIOR COURT # 00-03903) Answer, Affirmative Defense, |
| 12/27/2000 | 117 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 117 | Inc. |
| 12/27/2000 | 118 | (MIDDLESEX SUPERIOR COURT # 00-03825) Answer, Affirmative Defense, |
| 12/27/2000 | 118 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 118 | Inc. |
| 12/27/2000 | 119 | (MIDDLESEX SUPERIOR COURT # 00-03961) Answer, Affirmative Defense, |
| 12/27/2000 | 119 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 119 | Inc. |
| 12/27/2000 | 120 | (MIDDLESEX SUPERIOR COURT # 00-03805) Answer, Affirmative Defense, |
| 12/27/2000 | 120 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 120 | Inc. |
| 12/27/2000 | 121 | (MIDDLESEX SUPERIOR COURT # 00-03931) Answer, Affirmative Defense, |
| 12/27/2000 | 121 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 121 | Inc. |
| 12/27/2000 | 122 | (MIDDLESEX SUPERIOR COURT # 00-03804) Answer, Affirmative Defense, |
| 12/27/2000 | 122 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 122 | Inc. |
| 12/27/2000 | 123 | (MIDDLESEX SUPERIOR COURT # 00-03876) Answer, Affirmative Defense, |
| 12/27/2000 | 123 | Jury Demand and Cross-Claim of Defendant Interneuron Pharmaceuticals, |
| 12/27/2000 | 123 | Inc. |
| 01/02/2001 | 124 | (MIDDLESEX SUPERIOR COURT # 98-04675) Answer and Acknowledgement of |
| 01/02/2001 | 124 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 01/02/2001 | 124 | Home Products Corporation and A.H. Robins Company, Inc. |

| | | |
|---|---|---|
| 01/02/2001 | 125 | (MIDDLESEX SUPERIOR COURT # 98-04818) Answer and Acknowledgement of |
| 01/02/2001 | 125 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 01/02/2001 | 125 | Home Products Corporation and A.H. Robins Company, Inc. |
| 01/02/2001 | 126 | (MIDDLESEX SUPERIOR COURT # 98-05255) Answer and Acknowledgement of |
| 01/02/2001 | 126 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 01/02/2001 | 126 | Home Products Corporation and A.H. Robins Company, Inc. |
| 01/02/2001 | 127 | (MIDDLESEX SUPERIOR COURT # 98-04674) Answer and Acknowledgement of |
| 01/02/2001 | 127 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 01/02/2001 | 127 | Home Products Corporation and A.H. Robins Company, Inc. |
| 01/02/2001 | 128 | (MIDDLESEX SUPERIOR COURT # 98-05243) Answer and Acknowledgement of |
| 01/02/2001 | 128 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 01/02/2001 | 128 | Home Products Corporation and A.H. Robins Company, Inc. |
| 01/02/2001 | 129 | (MIDDLESEX SUPERIOR COURT # 98-05254) Answer and Acknowledgement of |
| 01/02/2001 | 129 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 01/02/2001 | 129 | Home Products Corporation and A.H. Robins Company, Inc. |
| 01/02/2001 | 130 | (MIDDLESEX SUPERIOR COURT # 98-04673) Answer and Acknowledgement of |
| 01/02/2001 | 130 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 01/02/2001 | 130 | Home Products Corporation and A.H. Robins Company, Inc. |
| 01/12/2001 | 131 | (MIDDLESEX SUPERIOR COURT # 98-04675) Answer, Affirmative Defense, |
| 01/12/2001 | 131 | and Cross-Claims of Defendant American Home Products Corporation |
| 01/12/2001 | 131 | (Including Its Wyeth-Ayerst Laboratories Division) |
| 01/12/2001 | 132 | (MIDDLESEX SUPERIOR COURT # 98-04818) Answer, Affirmative Defense, |
| 01/12/2001 | 132 | and Cross-Claims of Defendant American Home Products Corporation |
| 01/12/2001 | 132 | (Including Its Wyeth-Ayerst Laboratories Division) |
| 01/12/2001 | 133 | (MIDDLESEX SUPERIOR COURT # 98-05255) Answer, Affirmative Defense, |
| 01/12/2001 | 133 | and Cross-Claims of Defendant American Home Products Corporation |
| 01/12/2001 | 133 | (Including Its Wyeth-Ayerst Laboratories Division) |
| 01/12/2001 | 134 | (MIDDLESEX SUPERIOR COURT # 98-04674) Answer, Affirmative Defense, |
| 01/12/2001 | 134 | and Cross-Claims of Defendant American Home Products Corporation |
| 01/12/2001 | 134 | (Including Its Wyeth-Ayerst Laboratories Division) |
| 01/12/2001 | 135 | (MIDDLESEX SUPERIOR COURT # 98-05243) Answer, Affirmative Defense, |
| 01/12/2001 | 135 | and Cross-Claims of Defendant American Home Products Corporation |
| 01/12/2001 | 135 | (Including Its Wyeth-Ayerst Laboratories Division) |
| 01/12/2001 | 136 | (MIDDLESEX SUPERIOR COURT # 98-05254) Answer, Affirmative Defense, |
| 01/12/2001 | 136 | and Cross-Claims of Defendant American Home Products Corporation |
| 01/12/2001 | 136 | (Including Its Wyeth-Ayerst Laboratories Division) |
| 01/12/2001 | 137 | (MIDDLESEX SUPERIOR COURT # 98-04673) Answer, Affirmative Defense, |
| 01/12/2001 | 137 | and Cross-Claims of Defendant American Home Products Corporation |
| 01/12/2001 | 137 | (Including Its Wyeth-Ayerst Laboratories Division) |
| 01/12/2001 | 138 | (MIDDLESEX SUPERIOR COURT # 00-03587) Answer, Affirmative Defense, |
| 01/12/2001 | 138 | and Cross-Claims of Defendant American Home Products Corporation |

| | | |
|---|---|---|
| 01/12/2001 | 138 | (Including Its Wyeth-Ayerst Laboratories Division) |
| 01/16/2001 | 139 | (MIDDLESEX SUPERIOR COURT # 00-03847) Interneuron Pharmaceuticals, |
| 01/16/2001 | 139 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 01/22/2001 | 140 | (MIDDLESEX SUPERIOR COURT # 98-05262) Interneuron Pharmaceuticals, |
| 01/22/2001 | 140 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 02/02/2001 | 141 | (MIDDLESEX SUPERIOR COURT # 00-03876) Interneuron Pharmaceuticals, |
| 02/02/2001 | 141 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 02/02/2001 | 142 | (MIDDLESEX SUPERIOR COURT # 98-04674) Interneuron Pharmaceuticals, |
| 02/02/2001 | 142 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 02/02/2001 | 143 | (MIDDLESEX SUPERIOR COURT # 98-05254) Interneuron Pharmaceuticals, |
| 02/02/2001 | 143 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 02/02/2001 | 144 | (MIDDLESEX SUPERIOR COURT # 98-05243) Interneuron Pharmaceuticals, |
| 02/02/2001 | 144 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 02/02/2001 | 145 | (MIDDLESEX SUPERIOR COURT # 98-05255) Interneuron Pharmaceuticals, |
| 02/02/2001 | 145 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 02/02/2001 | 146 | (MIDDLESEX SUPERIOR COURT # 98-04675) Interneuron Pharmaceuticals, |
| 02/02/2001 | 146 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 02/02/2001 | 147 | (MIDDLESEX SUPERIOR COURT # 00-03587) Interneuron Pharmaceuticals, |
| 02/02/2001 | 147 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 02/02/2001 | 148 | (MIDDLESEX SUPERIOR COURT # 98-04818) Interneuron Pharmaceuticals, |
| 02/02/2001 | 148 | Inc.'s Answer to the Cross-Claim of American Home Products Corporation |
| 02/05/2001 | 149 | (MIDDLESEX SUPERIOR COURT # 98-05262) Answer and Acknowledgement of |
| 02/05/2001 | 149 | Service of Defendants Wyeth-Ayerst Laboratories Division of American |
| 02/05/2001 | 149 | Home Products Corporation and A.H. Robins Company, Inc. |
| 02/08/2001 | 150 | (ESSEX SUPERIOR COURT # 00-00958) Notice of Change of Firm Name. |
| 03/07/2001 | 151 | (PLYMOUTH SUPERIOR COURT # 99-00534) Stipulation of Dismissal |
| 05/02/2001 | 152 | (MIDDLESEX SUPERIOR COURT # 00-03627) Stipulation of Dismissal with |
| 05/02/2001 | 152 | Prejudice. |
| 05/02/2001 | 153 | (MIDDLESEX SUPERIOR COURT # 00-03706) Stipulation of Dismissal with |
| 05/02/2001 | 153 | Prejudice. |
| 05/02/2001 | 154 | (MIDDLESEX SUPERIOR COURT # 98-05254) Stipulation of Dismissal with |
| 05/02/2001 | 154 | Prejudice. |
| 05/02/2001 | 155 | (MIDDLESEX SUPERIOR COURT # 98-04675) Stipulation of Dismissal with |
| 05/02/2001 | 155 | Prejudice. |
| 05/02/2001 | 156 | (MIDDLESEX SUPERIOR COURT # 00-03903) Stipulation of Dismissal with |
| 05/02/2001 | 156 | Prejudice. |
| 05/02/2001 | 157 | (MIDDLESEX SUPERIOR COURT # 00-03731) Stipulation of Dismissal with |
| 05/02/2001 | 157 | Prejudice. |
| 05/02/2001 | 158 | (MIDDLESEX SUPERIOR COURT # 00-03628) Stipulation of Dismissal with |
| 05/02/2001 | 158 | Prejudice. |
| 05/02/2001 | 159 | (MIDDLESEX SUPERIOR COURT # 00-03781) Stipulation of Dismissal with |

| Date | No. | Description |
|---|---|---|
| 05/02/2001 | 159 | Prejudice. |
| 05/02/2001 | 160 | (MIDDLESEX SUPERIOR COURT # 00-03931) Stipulation of Dismissal with |
| 05/02/2001 | 160 | Prejudice. |
| 05/02/2001 | 161 | (MIDDLESEX SUPERIOR COURT # 00-03825) Stipulation of Dismissal with |
| 05/02/2001 | 161 | Prejudice. |
| 05/02/2001 | 162 | (MIDDLESEX SUPERIOR COURT # 00-03960) Stipulation of Dismissal with |
| 05/02/2001 | 162 | Prejudice. |
| 05/02/2001 | 163 | (MIDDLESEX SUPERIOR COURT # 00-03804) Stipulation of Dismissal with |
| 05/02/2001 | 163 | Prejudice. |
| 05/02/2001 | 164 | (MIDDLESEX SUPERIOR COURT # 98-05262) Stipulation of Dismissal with |
| 05/02/2001 | 164 | Prejudice. |
| 05/02/2001 | 165 | (MIDDLESEX SUPERIOR COURT # 00-03588) Stipulation of Dismissal with |
| 05/02/2001 | 165 | Prejudice. |
| 05/02/2001 | 166 | (MIDDLESEX SUPERIOR COURT # 00-03847) Stipulation of Dismissal with |
| 05/02/2001 | 166 | Prejudice. |
| 05/08/2001 | 167 | (CONSOLIDATED DOCKET) Stipulated Pre-Trial Order No. #3 (Brassard, J. |
| 05/08/2001 | 167 | dated 5/8/01) |
| 05/25/2001 | 168 | (MIDDLESEX SUPERIOR COURT # 00-03736) Unopposed Motiont to vacate |
| 05/25/2001 | 168 | entry of Default Order and Opposition to Plainiffs' Motion for |
| 05/25/2001 | 168 | Assessment of Damages and Entry of Default Judgement |
| 05/25/2001 |  | Motion (P#168) allowed. As Unopposed. (Leila Kern, Justice) |
| 06/16/2001 | 169 | (MIDDLESEX SUPERIOR COURT # 00-03962) Stipulation of Dismissal with |
| 06/16/2001 | 169 | Prejudice. |
| 06/16/2001 | 170 | (MIDDLESEX SUPERIOR COURT # 00-03525) Stipulation of Dismissal with |
| 06/16/2001 | 170 | Prejudice. |
| 06/16/2001 | 171 | (MIDDLESEX SUPERIOR COURT # 00-03805) Stipulation of Dismissal with |
| 06/16/2001 | 171 | Prejudice. |
| 06/16/2001 | 172 | (MIDDLESEX SUPERIOR COURT # 00-03961) Stipulation of Dismissal with |
| 06/16/2001 | 172 | Prejudice. |
| 06/16/2001 | 173 | (MIDDLESEX SUPERIOR COURT # 00-03902) Stipulation of Dismissal with |
| 06/16/2001 | 173 | Prejudice. |
| 06/16/2001 | 174 | (MIDDLESEX SUPERIOR COURT # 00-03587) Stipulation of Dismissal with |
| 06/16/2001 | 174 | Prejudice. |
| 06/22/2001 | 175 | (MIDDLESEX SUPERIOR COURT # 00-03736) Motion to Stay Proceedings as |
| 06/22/2001 | 175 | to Defendant Interneuron Pharmaceuticals, Inc. |
| 06/22/2001 | 176 | (MIDDLESEX SUPERIOR COURT # 98-05243) Motion to Stay Proceedings as |
| 06/22/2001 | 176 | to Defendant Interneuron Pharmaceuticals, Inc. |
| 06/22/2001 | 177 | (MIDDLESEX SUPERIOR COURT # 98-04673) Motion to Stay Proceedings as |
| 06/22/2001 | 177 | to Defendant Interneuron Pharmaceuticals, Inc. |
| 06/22/2001 | 178 | (MIDDLESEX SUPERIOR COURT # 00-03876) Motion to Stay Proceedings as |
| 06/22/2001 | 178 | to Defendant Interneuron Pharmaceuticals, Inc. |

| Date | No. | Description |
|---|---|---|
| 06/22/2001 | 179 | (MIDDLESEX SUPERIOR COURT # 99-05741) Motion to Stay Proceedings as to Defendant Interneuron Pharmaceuticals, Inc. |
| 06/22/2001 | 180 | (MIDDLESEX SUPERIOR COURT # 98-04818) Motion to Stay Proceedings as to Defendant Interneuron Pharmaceuticals, Inc. |
| 06/22/2001 | 181 | (MIDDLESEX SUPERIOR COURT # 00-03527) Motion to Stay Proceedings as to Defendant Interneuron Pharmaceuticals, Inc. |
| 06/22/2001 | 182 | (MIDDLESEX SUPERIOR COURT # 98-00928) Motion to Stay Proceedings as to Defendant Interneuron Pharmaceuticals, Inc. |
| 06/22/2001 | 183 | (MIDDLESEX SUPERIOR COURT # 00-03526) Motion to Stay Proceedings as to Defendant Interneuron Pharmaceuticals, Inc. |
| 06/22/2001 | 184 | (MIDDLESEX SUPERIOR COURT # 98-04674) Motion to Stay Proceedings as to Defendant Interneuron Pharmaceuticals, Inc. |
| 06/22/2001 | 185 | (MIDDLESEX SUPERIOR COURT # 98-05255) Motion to Stay Proceedings as to Defendant Interneuron Pharmaceuticals, Inc. |
| 06/25/2001 | | Motion (P#175) Allowed. (Leila Kern, Justice) |
| 06/25/2001 | | Motion (P#178) Allowed. (Leila Kern, Justice) |
| 07/06/2001 | 186 | (MIDDLESEX SUPERIOR COURT # 98-04674) Unopposed Motion to Stay Proceedings as to Defendant Interneuron Pharmaceuticals, Inc. |
| 07/06/2001 | 187 | (MIDDLESEX SUPERIOR COURT # 00-03526) Unopposed Motion to Stay Proceedings as to Defendant Interneuron Pharmaceuticals, Inc. |
| 07/11/2001 | 188 | (SUFFOLK SUPERIOR COURT # 00-0592B) Defendant American Home Products Corporation's Motion to Compel Complete Discovery, Memorandum in Support, Plaintiff's Opposition, Affidavit of Counsel. |
| 07/13/2001 | 189 | (SUFFOLK SUPERIOR COURT # 00-0592B) Unopposed Motion to Stay Proceedings as to Defendant Interneuron Pharmaceuticals, Inc. |
| 10/01/2001 | 190 | (MIDDLESEX SUPERIOR COURT # 00-03902) Stipulation of dismissal with prejudice, without costs, all rights of appeal waived. Includes all claims & Crossclaims. |
| 01/23/2004 | 191 | (MIDDLESEX SUPERIOR COURT # 03-05028) Letter from Edward J. Barashak, Esq. |
| 03/01/2004 | 192 | (MIDDLESEX SUPERIOR COURT # 03-05028) Joint MOTION for a Status Conference. |
| 04/13/2004 | 193 | (MIDDLESEX SUPERIOR COURT # 03-05028) Defendant's Unopposed MOTION to Extend the page limit for its Memorandum of Law in Support of its Motion for Summary Judgment to thirty pages, Rule 9A Affidavit. |
| 05/21/2004 | 194 | (MIDDLESEX SUPERIOR COURT # 03-05028) Joint Motion for Order of Summary Judgment Briefing Schedule. |
| 05/26/2004 | 195 | (MIDDLESEX SUPERIOR COURT # 03-05028) Court Received Notice of Service of Karla Sawyer's Supplemental Response to Pharmaceutical Company Defendants' Corrected Master Requests for Production. |