UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERKS OFFICE

2004 JUN -8 P 4: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

Mary Andrus; Eleanor Archambeau; Diane Bonneau; )
Lertis Caldwell; Priscilla Cote; Theresa DeJoy; Laural )
Fankhauser; Nancy Kennedy; Barbara Williams; )
Lucinda Youell, )
)
)
    Plaintiffs, )
) CIVIL ACTION FILE
vs. ) No.   04cv10911-GAO
)
Indevus Pharmaceuticals, Inc., F/K/A Interneuron )
Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American )
Home Products Corporation; Wyeth Pharmaceuticals, )
Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., a )
Division of American Home Products Corporation; and )
Boehringer Ingelheim Pharmaceuticals, Inc. )
)
    Defendants. )

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

**CERTIFICATION OF NEIL D. OVERHOLTZ
PURSUANT TO LOCAL RULE 83.5.3(b)**

I, Neil D. Overholtz am an Associate at Aylstock, Witkin & Sasser, PLC, in Gulf Breeze, Florida. I am attorney for Plaintiffs herein. I hereby certify pursuant to the provisions of Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts that (a) I am a member of the bar in good standing in Florida; (b) I have been admitted to practice before all U.S. District Courts of Florida; (c) I have been admitted to practice as a visiting lawyer in the state courts of Alabama, Mississippi, New Jersey, Pennsylvania, and Massachusetts; in the United States District Court for the Middle District of Georgia; the United States District Court for the Middle District of Alabama; and in the United States District Court for Arizona; (d) I am familiar with the Local Rules of the U.S. District Court for the District of

Massachusetts; and (e) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Dated: June 7, 2004

Neil D. Overholtz, Esq.
Aylstock, Witkin & Sasser, PLC.
55 Baybridge Drive
Gulf Breeze, FL 32561
(850) 916-7450 Phone
E-mail: NOverholtz@AWS-Law.com

STATE OF FLORIDA
COUNTY OF SANTA ROSA

Personally appeared before me the above-named Neil D. Overholtz who made oath that the foregoing Certificate by him subscribed is true and correct to the best of his knowledge and belief.

Angela Blankenship
Notary Public

Angela Blankenship
Commission #DD262640
Expires: Oct 28, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

My commission expires: Oct 28, 2007

2