UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERKS OFFICE

2004 JUN -8 P 4: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

Mary Andrus; Eleanor Archambeau; Diane Bonneau; )
Lertis Caldwell; Priscilla Cote; Theresa DeJoy; Laural )
Fankhauser; Nancy Kennedy; Barbara Williams; )
Lucinda Youell, )
)
)
Plaintiffs, )
)
) CIVIL ACTION FILE
vs. ) No. 04cv10911-GAO
)
Indevus Pharmaceuticals, Inc., F/K/A Interneuron )
Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American )
Home Products Corporation; Wyeth Pharmaceuticals, )
Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., a )
Division of American Home Products Corporation; and )
Boehringer Ingelheim Pharmaceuticals, Inc. )
)
Defendants. )

FILING FEE PAID:
RECEIPT #_____
_____

## CERTIFICATION OF SAMUEL W. LANHAM, JR. PURSUANT TO LOCAL RULE 83.5.3(b)

I, Samuel W. Lanham, Jr, am a shareholder at Cuddy & Lanham, P.A., in Bangor, Maine. I am attorney for Plaintiffs herein. I hereby certify pursuant to the provisions of Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts that (a) I am a member of the bar in good standing in Maine and Colorado; (b) I have been admitted to practice before the U.S. District Court of Maine and U.S. Court of Appeals, First Circuit; (c) I have been admitted to practice as a visiting lawyer in the state courts of Arkansas, Washington, and Wisconsin, in the United States District Court for the Northern District of Florida, Eastern District of Arkansas, Eastern District of Pennsylvania, District of Columbia, and in the United States Court of Appeals for the Eighth Circuit and District of Columbia Circuit; (d) I have been admitted *pro hac vice* to practice

before the United States District Court for the District of Massachusetts, Eastern Division, in other litigation unrelated to this case; (e) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts; and (f) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Dated: June 7, 2004

_____
Samuel W. Lanham, Jr., Esq.
Cuddy & Lanham
470 Evergreen Woods
Bangor ME 04401
207-942-2898
E-mail: Slanham@cuddylanham.com

STATE OF MAINE
PENOBSCOT, ss.

      Personally appeared before me the above-named Samuel W. Lanham, Jr. who made oath that the foregoing Certificate by him subscribed is true and correct to the best of his knowledge and belief.

_____
Notary Public

My commission expires: _____

MARY A. DOYON
Notary Public • Maine
My commission expires May 6, 2010