UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY ANDRUS; ELEANOR ARCHAMBEAU; DIANE BONNEAU; LERTIS CALDWELL; PRISCILLA COTE; THERESA DEJOY; LAURAL FANKHAUSER; NANCY KENNEDY; BARBARA WILLIAMS; LUCINDA YOUELL,<br><br>PLAINTIFFS,<br><br>v.<br><br>INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC; F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC.; A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 04-10911-GAO |

**DEFENDANT WYETH'S MOTION TO STAY THIS CASE AND ALL OTHER
DIET DRUG CASES REMOVED TO THIS COURT PENDING TRANSFER**

Wyeth moves this Court to stay proceedings in this case and all other diet drug cases removed to this Court and listed on attached Exhibit 1, pending transfer of this case and all other cases listed on Exhibit 1 to the MDL Court for diet drug litigation. As reason therefore, Wyeth states as follows.

1. This case is the first of 195 diet drug cases that are being removed from the Massachusetts Superior Court in Middlesex County.

2. Each of the 195 cases is a "tag-along" action to be transferred to MDL 1203, being administered by the Hon. Harvey Bartle III of the United States District Court for the Eastern District of Pennsylvania.

3. Of the 2,624 plaintiffs involved in these cases, only 43 are from Massachusetts. Plaintiffs have filed these cases in Massachusetts Superior Court and fraudulently joined parties in order to avoid federal diversity jurisdiction.

4. Plaintiffs have moved for remand, raising numerous issues requiring interpretation of the Nationwide Class Action Settlement Agreement and prior orders of the MDL Court. Wyeth anticipates that Plaintiffs in the remaining 194 cases will likewise move for remand raising similar issues.

5. Issues of remand, as well as fraudulent joinder, can and should be addressed by the MDL Court, which has exclusive jurisdiction to interpret the Settlement Agreement and is uniquely positioned to address these issues. Moreover, interests of judicial economy, efficiency and consistency will be served by a stay that will allow the MDL Court to decide all of the issues.

WHEREFORE, this Court should stay this case and all other diet drug cases removed to this Court pending transfer to the MDL Court. In further support thereof, Wyeth relies on its supporting memorandum of law.

Respectfully submitted this 18th day of June, 2004.

/s/ Janice W. Howe
William A. McCormack, BBO # 329580
Janice W. Howe, BBO # 242190
David Yamin, BBO # 562216
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Defendant Wyeth's Motion to Stay This Case And All Other Diet Drug Cases Removed to this Court Pending Transfer, and Wyeth's Memorandum in Support thereof, upon all parties to the above-captioned action by hand, by United States First Class Mail, postage prepaid, or by Federal Express to the following:

*Counsel for Plaintiffs in <u>Andrus et al v. Indevus Pharmaceuticals, Inc. et al</u>*

Edward J. Barshak (BBO No. 032040)
Michael S. Appel (BBO No. 543898)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

Samuel W. Lanham, Jr.
Cuddy & Lanham, P.A.
470 Evergreen Woods
Bangor, ME 04401

Neil D. Overholtz
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
PO Box 1147
Gulf Breeze, FL 32562-1147

*Counsel of Record in other Massachusetts State Court Diet Drug Actions filed in Middlesex County*

Russell T. Abney
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX  77002
(713) 225-0500
(713) 225-0566 fax

Donald G. Beebe
William K. Grisham
Donald G. Beebe, P.C.
P.O. Drawer 85029
Mobile, AL  36685-0249

*Counsel for Defendants Indevus Pharmaceuticals, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc. in <u>Andrus et al v. Indevus Pharmaceuticals, Inc. et al</u>*

Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108

T. Bryan Akin, III
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX  77002
(713) 225-0500
(713) 225-0566 fax

Robert J. Binstock (SBN 02328350)
Reich & Binstock, LLP
4265 San Felipe Street, Suite 1000
Houston, TX  77027
(713) 622-7271

| | |
|---|---|
| Riley L. Burnett<br>Johnson, Burnett & Chang, L.L.P.<br>5005 Riverway, Suite 250<br>Houston, TX  77056 | J. Robert Davis<br>Mignon Angelette Gill<br>Law Offices of J. Robert Davis, LLP<br>440 Louisiana, Suite 1930<br>Houston, TX  77002<br>(713) 425-5255 |
| Michael P. Friedman (BBO No. 180200)<br>Brickley, Sears & Sorett, P.A.<br>75 Federal Street<br>Boston, MA  02110<br>(617) 542-0896 | William R. Gray<br>John A. Purvis<br>Patrick T. Murphy<br>Purvis, Gray & Murphy, LLP<br>1050 Walnut Street, Suite 501<br>Boulder, CO  80302 |
| Steven W. Harris<br>Harris Law Firm<br>4407 Parliament Drive<br>Alexandria, LA  71315-3701<br>(318) 487-1978 | J. Christopher Ide<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314 |
| K. Stephen Jackson<br>Joseph L. Tucker<br>K. Stephen Jackson, P.C.<br>2229 First Avenue North<br>Birmingham, AL  35203<br>(205) 252-3535 | Keith M. Jensen<br>Law Offices of Keith M. Jensen, P.C.<br>514 E. Belknap<br>Fort Worth, TX 76102<br>(817) 334-0762 |
| Dana G. Kirk (SBN 11507500)<br>Kirk Law Firm<br>4265 San Felipe Street, Suite 1450<br>Houston, TX  77027<br>(713) 651-0050 | David P. Matthews (Texas Bar No. 13206200)<br>Julie L. Rhoades (Texas Bar No. 16811710)<br>Abraham, Watkins, Nichols,<br>   Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX  77002-1776 |
| Michael A. Lee<br>Stuart V. Kusin<br>Susman Godfrey L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002<br>(713) 651-9366 | J. Michael Moore<br>Guerra & Moore, Ltd., LLP<br>440 Louisiana, Suite 1510<br>Houston, TX  77002<br>(713) 223-4311 |
| Greg McEwen<br>McEwen Law Firm Ltd.<br>5850 Blackshire Path<br>Inver Grove Heights, MN  55076 | Dante G. Mummolo (BBO No. 360980)<br>Iannella and Mummolo<br>One Boston Place, Suite 3615<br>Boston, MA  02108<br>(617) 742-1388<br>(617) 742-1424 fax |

| | |
|---|---|
| John R. Oldham<br>Faddis, Oldham & Smith, P.A.<br>2709 W. Fairbank Avenue, Suite 200<br>Winter Park, FL  32789 | Napoli Kaiser Bern & Associates, LLP<br>3500 Sunrise Highway<br>Suite T-207<br>Great River, NY  11739<br>(631) 224-1133 |
| Adam Pulaski<br>Pulaski & Middleman, L.L.C.<br>1177 West Loop South, Suite 400<br>Houston, TX  77027 | W. Paul Wilkins<br>LeBlanc & Waddell<br>Essen Centre, Suite 420<br>Baton Rouge, LA  70809 |
| Edward A. Williamson<br>Fenton B. Deweese, II<br>Tashia R. Shannon<br>The Edward A. Williamson Law Firm<br>509 Church Avenue<br>Philadelphia, MS  39350<br>(601) 656-5634 | |

/s/ Janice W. Howe\_\_
Janice W. Howe
*Counsel for Defendants Wyeth*
*and Wyeth Pharmaceuticals, Inc.*