# EXHIBIT 1

**WYETH/Diet Drug Cases**

Massachusetts/Rhode Island Cases filed in Middlesex Superior Court

TRACKING OF ANSWER FILINGS FOR INITIAL REMOVALS THRU 06/17/04

| Case Name | REMOVAL DATE | Answer Filed |
|---|---|---|
| *Mary Andrus; Eleanor Archambeau; Diane Bonneau; Lertis Caldwell; Priscilla Cote; Theresa DeJoy; Laural Fankhauser; Nancy Kennedy; Barbara Williams; Lucinda Youell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0909 | 05/07/04 Case No. 04 – 10911 GAO | 5/26/04 |
| *Theresa Amadeo; Lucretia Dodson; Vivian Dunn; Sharon Estep; John Justice; Janice McKenzie; Rebecca Price; Patty Varnado; Brenda Wheeler; Tamara Wolters v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0912 | 06/21/04 Case No. 04 – 11039 GAO | 5/26/04 |
| Carol Beane; Debra Williams; Mary Clark; Mary Cooley; Rozell Harper; Margaret Harris; Virginia Heller; Barbara Humphreys; Shirley Larson; Billy O'Rear v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0931 | 05/21/04 Case No. 04 – 11041 GOA | 05/28/04 |

| | | |
|---|---|---|
| Ruth Carver; Dianna Clay; Mary Coles; Deborah Cornwell; Kimberly Deans; Pauline "Niki" Durgin; Barbara Friend; Joseph J. Hands; Gwen Harper; Cheril M. Harris v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0936 | 05/21/04 Case No. 04 – 11037 GAO | 05/28/04 |
| Gertrude Anderson; Wendy Burkes; Minla Massie; Ella McEllroy; Erika Richardson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1151 | 05/21/04 Case No. 04 – 11038 GAO | 05/28/04 |
| Joseph Perkins; Shawanda Robinson-Woods; Fredrick Walker; Mary Mullen; Dinah Boatwright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1152 | 05/21/04 Case No. 04 – 11035 GAO | 05/28/04 |
| Maryann Laird v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1153 | 05/21/04 Case No. 04 – 11040 GAO | 05/28/04 |
| Mary Walker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1154 | 05/21/04 Case No. 04 – 11034 GAO | 05/28/04 |

-3-

| | | |
|---|---|---|
| Janina Jauregui-Ruiz; Debbie Jones; Melinda Joseph; Jamie Madison; Edilia Quiroz; Charles Roberts v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1184 | 05/21/04<br>Case No. 04 – 11036<br>GAO | 05/28/04 |
| Chester Kajkowski; Brenda Killingsworth; Jill Kolberg; Lorene Lindsay; Lucy Long; Lory Lyon; Lillian Malone; Kevin Mazzoni; Connie McLaurin v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1185 | 05/21/04<br>Case No. 04 – 11042<br>GAO | 05/28/04 |
| Jane Antuono; Leisa Boutwell; Beverly Brown; Margaret Colosimo; Patricia Crawford; Donna Dryer; Dorothy Ellis; Shirley Garrett; Susan Ginsberg; Alyce Greer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1186 | 05/21/04<br>Case No. 04 – 11043<br>GAO | 05/28/04 |
| Sandra Carothers; Carol Fiorino; Barbara Hachandi; George Heinzinger; Geneva Henderson; Cathy Jones; Connie Munoz; Jeanne Strawbridge; Rubie Wade; Marilyn Wilbert v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1187 | 05/24/04<br>Case No. 04 – 11051<br>GAO | 06/01/04 |

-4-

| | | |
|---|---|---|
| Debbie Daily; Vera Frederick; Gregory Hoover; Clarita Luoma; Thomas Marino; Yvonne Michalkiewicz; Norma Neil; Doris Parrish; Donna Tisdale; Willis Williamson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1188 | 05/24/04<br>Case No. 04 – 11052<br>GAO | 06/01/04 |
| Mary Alkire; Patricia Badger; Belinda Barnes; Carol Blair; Marie Boyer; Chris Bracken; Grace Breland; Renee Brewer; Cynthia Bright, Gina Byrd v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1189 | 05/24/04<br>Case No. 04 – 11053<br>GAO | 06/01/04 |
| Kristin Ellis; Marie Emerson; Melba Eubanks; Kimberly Gwaltney; Mary Hardy; William Hayes; Stephanie Howell; Annie Jefferson; Regis Jirsa; Colletta Jones v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1190 | 05/24/04<br>Case No. 04 – 11054<br>GAO | 06/01/04 |
| Gloria Cedeno; Denise Clark-Duval; Priscilla Crithfield; Sandi Damico; George Dantos; Donald Darling; Karen Delgado; Noella Dubois; Florence Eckley; John Edmunds v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1191 | 05/24/04<br>Case No. 04 – 11055<br>GAO | 06/01/04 |

-5-

| | | |
|---|---|---|
| Jacqueline Asbelle; Frankie Bell; Rebecca Boyce; Awilda Vega; Gary Walters; Phebe Watson; Ilona Wentzell; Bettie Wesley; Patricia Wright; Sharon Wrigil v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1192 | 05/24/04<br>Case No. 04 – 11056<br>GAO | 06/01/04 |
| Deborah Erick; Ellen Evans; Evelyn Ford; Velma Hale; Bruce Kittle; Christine Montgomery; Wylene Person; Elaine Reynolds; Jenell Roberts; Elizabeth Sheffield v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1193 | 05/24/04<br>Case No. 04 – 11057<br>GAO | 06/01/04 |
| Lynne Saluzzo; Ruth Schaller; Leah Simpson; Edna Smurthwaite; Judith Southwell; Bernard Sparkman, Edward Sullivan; Diana Sweeney; Evelyn Taylor; Doris Trotter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1194 | 05/24/04<br>Case No. 04 – 11058<br>GAO | 06/01/04 |
| Robin Miller; Margaret Mitchell; Geraldine Moudy; Wanda Nafziger; Nina Peed; Jeffrey Pfister, Theresa Prescott; Crystal Raymos; Pamela Rendsland-Tonello; Paula Resseger v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1195 | 05/24/04<br>Case No. 04 – 11059<br>GAO | 06/01/04 |

-6-

| | | |
|---|---|---|
| Kimberly Britton; Donna Cumberledge; Cheryl Grossman; Mary Richardson; Anniece Smith; Deloris Stone; Carolyn Thorpe-Baker; Deborah Wales; Eva Williams; Grace Wright v. Indevus Pharmaceuticals, Inc. F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1196 | 05/24/04<br>Case No. 04 – 11060<br>GAO | 06/01/04 |
| Dolores Balistreri; Debra Bradfield; Karen Dickerson; Lois Feiler; Bettye Mossman; Natalie Selman; Earlene Shedrick; Maxine Stansberry; Bonnie Williams; Penelope Winning v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1197 | 05/24/04<br>Case No. 04 – 11061<br>GAO | 06/01/04 |
| Rhoda DaCasta; Eleanor DeBerry; Rhona Defoe; Joyce Hall; James Harris; Sara Lesko; Flora Lott; George Luther; Rose McElroy; Sheila Webb v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1198 | 05/24/04<br>Case No. 04 – 11062<br>GAO | 06/01/04 |
| Angie Armstrong; Ellen Gae Daggs; John Forrester; Betty Fowler; Paula Gill; Patricia Herrmann; Sigrid LeGrand; Deborah Morrison; Lynn Smith; Tracy Sugar v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1199 | 05/24/04<br>Case No. 04 – 11063<br>GAO | 06/01/04 |

-7-

| | | |
|---|---|---|
| Connie Aguilar; Glenda Balkwill; Constance Haynes; Theron John; Cheri Jones, Charles Jordy; Shelly Matthews; Anita McDonald; Shirley Nichols; Mary "Cha" Snyder v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc. Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1200 | 05/24/04<br>Case No. 04 – 11064<br>GAO | 06/01/04 |
| Louise Colerick; Salmo Cook; Richard Dezengremel; Elizabeth Diehl; Joyce Harmon; Denise Pfnister; Walter Robinson; Sanford Sellers; Karen Walters; Karen Wieder v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1209 | 05/24/04<br>Case No. 04 – 11065<br>GAO | 06/01/04 |
| Wilma Atherton, Merri Brown; Cheryl Johnson; Elaine Miller; Martha Nesta; Mark Ricken; Joanne Sorenson; Kathleen Spence; Jo Ann Stevenson; Bob Weidler v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1210 | 05/24/04<br>Case No. 04 – 11066<br>GAO | 06/01/04 |
| Gloria Fuller; Lynne Lindstrom; Clara Parker; Caroline Rodriguez v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1211 | 05/24/04<br>Case No. 04 – 11067<br>GAO | 06/01/04 |

-8-

| | | |
|---|---|---|
| Amy Strong; Susan Shipley; Nancy Meyer; Lila Haugland v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1219 | 05/24/04 Case No. 04 – 11068 GAO | 06/01/04 |
| *Kathy Apperson; Maria Contardi; Betty Flores; Marcia Frazier; Dian Hoyt; Shela D. Jennings; Gloria Larson; Pamela Marshall; Janet Wilson; Pamela Wright-Shaw v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0910 | 05/25/04 Case No. 04 – 11078 GAO | 05/26/04 |
| *Lisa Anderson; Marcia Barnhurst; Lisa Bebo; Alice Manning; Gilbert Matheu; Mary-Jo Rhinehardt; Patsy Rogers; Mary Uzoma; Sharon Walls; Linda Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0911 | 05/25/04 Case No. 04 – 11081 GAO | 05/26/04 |
| *Terry Alexander; Vickie Andreason; Alice Baker; Glythina Batiste; Elisabeth McCartin; Eleanor Petho; Judith Ramney; Jacqueline Sasso; Myra Tart; Stacy Trowbridge v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004-0913 | 05/25/04 Case No. 04 – 11082 GAO | 5/26/04 |

-9-

| | | |
|---|---|---|
| Harold Chalkline; Karen Christensen; Robin Fansler; Oliver Graves; Anita Grussing; Kathy Kettwig; Deb Patterson; Renee Reineccius; Rita Richer; Allison Stull v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1221 | 05/25/04<br>Case No. 04 – 11083<br>GAO | 06/01/04 |
| Debbie Hauk, Shelda Lunsford, Jeanne Plantenbe, Bonnie Richmond, Holly Sharpe, Wayne Sump, Lois Tate, Cathy Reeves Vaughn, David Vohs, Wanda M. Wilson, Robert Ziebell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1230 | 05/25/04<br>Case No. 04 – 11084<br>GAO | 06/01/04 |
| Debra M. Miller, Cathy C. Mendez, Dana C. Ogle, Charles E. Peake, Charlotte A. Pisarich, Nerieda E. Rios, Donna L. Stamper, Michelle M. Whitaker, Felicia E. White, Cammie L. Summers v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1231 | 05/25/04<br>Case No. 04 – 11085<br>GAO | 06/01/04 |
| Jackie Cole, Lorraine Cook, Dorothy Falk, Anita Farrington, Loretta Fisher, Gwendolyn Hall, Carol Lunt, Wanda Merkins-Radford, Rhonda Rowe, Irene South, Katherine Tigue, Elizabeth Austin, Diana Britton, Lela Caward, Frances Delgado, Patricia Free, Dawn Herrick, Leona Johnstone, Shirley Brown, Sandra Smith v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1232 | 05/25/04<br>Case No. 04 – 11086<br>GAO | 06/01/04 |

-10-

| Caption | Case No. / Date | Date |
|---|---|---|
| Brenda Hunt, Claudette Jackson, Hattie Johnson, Barbara Long, Pamela Lyons, Richard Matheny, Linda McKinney, Mary Michalak, Ella Molden, Earline Richardson, Sarah Roberts, Karen Sexton, Mary Tarleton, Thomas Tarleton, Lucy Waters, Sharon Willis, Sandra Hensley, Loyce Lovvo, Beverly Sharp, Vivian Lee v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1233 | 05/25/04<br>Case No. 04 – 11087 GAO | 06/01/04 |
| Patricia Adams, Doris Allen, Jimmy Altman, Linda Artino, Jeanette Barwick, Doris Bastain, Dawn Bilsky, Dorothy Blackburn, Renee Chestnut, Rachel Cox, Ivy Davis, Mary Dixon, Mary Evans, Jackie Fallaw, Barbara Gladin, Billy Glenn, Faye Harbin, Beth Hawkins, Lillie Hogg, Marie Hubbard v. Indevus Pharmaceuticals, Inc. F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1234 | 05/25/04<br>Case No. 04 – 11088 GAO | 06/01/04 |
| Linda Taylor, Judith Van Putten-Guzman, Vivian Vaughan, Helen Walls, Reba Wilks, Jacqueline Williams, Mary Williams, Monquie Williams, Cynthia Wills, Janice Wilson, Doris Young, Pauline Hills, Nila Martin, Steve Meier, Leah Orr, Gayla Smith, Linda Blair, Shani Dunsil, Ruth Standish, Peggy Jenkins v. Indevus Pharmaceuticals, Inc. F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1235 | 05/25/04<br>Case No. 04 – 11089 GAO | 06/01/04 |

-11-

| | | |
|---|---|---|
| Carolyn Jenkins, Debra Koontz, Debra Leach, Dorris Lee, Betty Lemmons, Bobbie Letchworth, Mary Locklear, Auvelene Magee, Ella Matthews, Sharron McConnell, Charles McDonald, Gloria McGee, Mary Neal, Barbara O'Neal, Patricia Plume, Paul Powell, Jameria Riggsbee, Vicki Riley, Gloria Roach, Stephanie Simpson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1237 | **05/25/04** Case No. 04 – 11090 GAO | 06/01/04 |
| Charles Arrowood, Christie Avery, Roy Aycock, Debra Barnett, Rosa Black, Frances Blosser, Gwendolyn Braswell, Francissena Brimmage, Linda Callahan, Helen Campbell, Clyde Chandler, Marie DeMoss, Richard Edwards, Ancala Franks, Nan Frost, Dawn Furr, Linda Greene, Deborah Hallman, Wilma Harris, Martha Jarvis v. Indevus Pharmaceuticals, Inc. Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1238 | **05/25/04** Case No. 04 – 11091 GAO | 06/01/04 |
| Micheal Black, Lucille Cassell, Karen Davis, Deborah Flores, Patricia Freeman, Leta Henderson, Jerry Hudson, Barbara Karnes, Kathryn Kindle-Brockmiller, Ruth Lilly, Nancy Long, Sharron Maul, Shirley Siever, Josephine Viehman, Linda Boyd, Ralph Brunkhorst, Carol Vaughan, Gwendelyn Dixon, Tammy Hoppas, Janice Mayberry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc. Wyeth, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1239 | **05/25/04** Case No. 04 – 11092 GAO | 06/01/04 |

-12-

| | | |
|---|---|---|
| Dorothy Ambroz, Valetta Ansley, Jeannette Baker, Rita Barnes, Vince Basile, Palma Bennett, Joan Benson, Illa Mae Dannat, Connie De Sotel, Patti Diehl, Dianna Draper, Oline Forch, Hilda Garcia, Linda Heysinger, Joanne Holmes, Evelyn Humphrey, Walter Knipper, Sharon Kornegay, Edythe Kroon, Cheryl Krzmarzic v Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1243 | 05/25/04<br>Case No. 04 – 11093<br>GAO | 06/01/04 |
| Gloria M. Ewing, Kellie C. Anderson, Mitzi L. Beaman, Sandy K. Carpenter, Effie Chambliss, Kathleen M. Cuevas, Karen A. Davis, Stephen K. Davis, Jan C. Dickey, Denise F. Dingler, Charlene Eaton, Natalie B. Fournier, Cathy G. Haynsworth, Karey M. Hill, Mary E. Hobson, Iva J. Lewis, Charles K. Little, Janice L. Mabry, Lucita Selmon, Delores L. Shankle v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1244 | 05/25/04<br>Case No. 04 – 11094<br>GAO | 06/01/04 |
| Jerry Dacus, Frances Dacus, Geneva S. Willis, Barbara Inman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1248 | 05/25/04<br>Case No. 04 – 11095<br>GAO | 06/01/04 |
| Talisha Armstrong, Margaret Harris, Sally A. Johnston, Dottie Rozenbeck, David W. Smith v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 1251 | 05/25/04<br>Case No. 04 – 11096<br>GAO | 06/01/04 |

-13-

| | | |
|---|---|---|
| Patsy Crouch, Roy Smith, Rita Laubner, Jane McGinnis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1255 | 05/25/04 Case No. 04 – 11097 GAO | 06/01/04 |
| Elizabeth Carr, Susan Casados, Sharon Lunsford, Sheila Sjoholm and Theda Stanley v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1256 | 05/25/04 Case No. 04 – 11098 GAO | 06/01/04 |
| *Zina Jones, Peggy Knicley, Pamela Lucero, Helen Nelson, Angela Odom, Mary Pointer, Teresa Richter, Roberta Riggins, Ann Stringham, Gina Taylor, Linda Thomas, Genevieve Trigger, Thecla Wilson, Sheila Young, John Zoch v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1386 | 05/25/04 Case No. 04 – 11099 GAO | 5/26/04 |
| Marlys Ellingson; Deceased by and through Elroy Ellingson, Personal Representative of the Estate of Marlys Ellingson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1220 | 05/26/04 Case No. 04 – 11104 GAO | 06/02/04 |

-14-

| | | |
|---|---|---|
| *Carmen Bennett, Rebecca Bennett, Millie Brown, Michael Butler, Margaret Costigan, Sanra DePhilippo, Tammy Donahue, Wesley Donnellan, Mary Eaton, Bertha Faircloth, Lori Faulkner, Nancy Furrow, Nancy Ginn, Jeanne Goodness, Arlene Gould, Leigh Guildford; Wendy Hayman, Terry Hill, Carol Hodge, Debra Holmes v. Indervus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1285 | 05/26/04 Case No. 04 – 11105 GAO | 5/26/04 |
| *Dorothy Ausevich, Douglas Iwanicki, Jerry Bujarski, Rosemary Ardagna, Vicki Sack, Eleanor Lovette, Debra Osgood, Cheryl Martella, Geraldine O'Brien, Lisa McAdams, Thomas McGauley, Karol Destefano, Barbara Pagan, Jean Horton, Donald Chartrand, Elaine Morriss, Claudia Velloso-Potts, John Vogel, John Marriner, Jacqueline Sasso v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 1286 | 05/26/04 Case No. 04 – 11106 GAO | 5/26/04 |
| Scott Suber; James Warrington; Linda Winter; Roselyn Ball; Bonnie BrandJes; Carol Ebert-Teahl; Annie Harris; Samantha Nicole Harris; Seletha Hawkins; Rebecca Kottas v. Indevus Pharmaceuticals, Inc., F/K/A American Home Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00925 | 06/01/04 Case No. 04 – 11138 GAO | 06/01/04 |

-15-

| | |
|---|---|
| Barbara Symonds; Arthur Adams; Norma Alderman; Laura Sexton Ambrose; Rachel Chahir; Sandra Forrest; Lee Ann Hillegas; Beverly Brougher; Patsy Cundiff; Shirley Dean v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00926 | **06/01/04** **Case No. 04 – 11139 GAO** | **06/01/04** |
| Lisa Dumond; Valerie Crain; Pamela Gary-Green; Lucille Kincaid; Mary Pendleton; Gail Shinholster; Janice Cooper; Dolly Bethany; Staci Fowler; Joyce Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00927 | **06/01/04** **Case No. 04 – 11140 GAO** | **06/01/04** |
| Josephine Meidinger; Tabitha Trim/Demmings; Linda Volmer; Parniya Whitehead; Sylvia Coleman; Lisa Dignan; Pamela Helmuth; Venita Angela Lane; Joyce Blackshire; Kathy Teal-Simpson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00929 | **06/01/04** **Case No. 04 – 11141 GAO** | **06/01/04** |
| Luise Badger; Karl Baker; Julia Brumfield; Antonia Clark; Mary Crawley; Audrey Decha; Fred Eriamiatoe; Michael Gaito; Angela Hardin; Martin Hymowitz v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00933 | **06/01/04** **Case No. 04 – 11142 GAO** | **06/01/04** |

-16-

| | | |
|---|---|---|
| Barbara A. Rhone; Ruby Barnes-Hauser; Sheila Fisher; Patti Humphrey; Barbara Akers; Alma Bostic; Deloris Bullard; Nancy Guliano; Joyce Harris; Susan Macasevich v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00934 | 06/01/04 Case No. 04 – 11143 GAO | 06/01/04 |
| Patricia Clayton, Paula Clark, Rebecca Cubbage, Joseph Fiscaro, Linda Hebb, Paul Koether, Gregory Krams, Jocelyn LoPuzzo, Katalin Ross, Beverly Schrecongost v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00937 | 06/01/04 Case No. 04 – 11144 GAO | 06/01/04 |
| Linda Wright; Gladys Belcher; Sandra Borer; Veronica Holmquist; Jean Laresca: Ginger Omland; Roxanne Robinson; Deborah A. Gorsuch; Linda Luhtala; Kelli Mann v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00938 | 06/01/04 Case No. 04 – 11146 GAO | 06/01/04 |
| Jules Hansen; Sharon Miller; Lillian Rodriguez; Norma Bozarth; Patricia Dabbs; Frances Dean; Lura Dillard; Linda Dobson; Sha'ron Downing; Alan Dryden v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00939 | 06/01/04 Case No. 04 – 11145 GAO | 06/01/04 |

-17-

| | | |
|---|---|---|
| Judy Sosa, Myrna Crutcher, Roberta Tarozzi, Wendy Farris, Geraldine Hartman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –01093 | 06/01/04 Case No. 04 – 11147 GAO | 06/01/04 |
| James Hill Sr., Margaret Jackson; Sangeeta Kochlar; Shirley Lankford; Mary Lee; Marjorie Lightfoot; Joanne Martin; Elnora Michael; Christina Mott; Gary Willer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00924 | 06/02/04 Case No. 04 – 11154 GAO | 06/02/04 |
| Hattie Spencer; Nancy Cole; Lina Gold; Charles Leatherbury; Janice Monroe; Tamra D. Steward; Douglas Greenfield; Theresa Russell; Nancy Anderson; Laura Bates v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00928 | 06/02/04 Case No. 04 – 11155 GAO | 06/02/04 |
| Barbara Kozma; Denise Moss; Mary Parsons; Anthony Pelusi; Peter Rothsching; Kim Steinsultz; Margaret Anne Criswell; Barbara Bookson; Ursula Garnett; Eugenia Jupierre v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00930 | 06/02/04 Case No. 04 – 11156 GAO | 06/02/04 |

-18-

| | | |
|---|---|---|
| Anna Krishnappa; Rebecca McCormack; Albert Miller; William Moriarty; Diana O'Neill; Allen Owens; Elizabeth Parsons; Wilhemina Paulin; Antonia Peterman-Clark; Jane Phillips v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –00932 | **06/02/04** Case No. 04 – 11157 GAO | 06/02/04 |
| Jamie Roberts; Debra Rozzelle; Veronica Sanders; Sandra Schacter; Lionel Scott; Ronnie Sloan; Sharon Ullman; Edward Warren; Ronald Wood; Elihu Woodson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –0935 | **06/02/04** Case No. 04 – 11158 GAO | 06/02/04 |
| Lynn Burgess; Kelly Cheney; Tammy Church; Lorenz Fuerst; Faye McCarty; Cloma Padilla; Tamra Redic; Connie Roberts; Donna Schneider; Mary Sims v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc. Middlesex Superior Court 2004 –01036 | **06/02/04** Case No. 04 – 11159 GAO | 06/02/04 |
| Ellen Fletcher, Norma Fuller, Gloria Gerace, Sheryl Irby, Kelli Knippers, Robert Goodman, Kelli Maddux (Knickerbocker) v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01276 | **06/02/04** Case No. 04 – 11160 GAO | 06/02/04 |

LITDOCS/553433.1
LITDOCS/553042.1

| | | |
|---|---|---|
| Vickie M. Bishop, Joyce Lyken, Vicky Pamperin, Clara Rouse, Mable Sexton, Debra Wallin v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01277 | **06/02/04** Case No. 04 – 11161 GAO | 06/02/04 |
| Lynnette Ault, Nan Barber, Jeanne Buhl, Susan Clarke, Debra Dinslage, Janice Everitt, Susan Gieschen, Karie Heuer, Betty Hoops, Carol Hunt, Thomas Kutschkau, Jean Muller, Allen Niedbalski, Mary Parker, Nancy Reimers, Angela Smith, Shirley Stauffer, Karen Stepp, Mel Stewart, Karen Swoboda v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01277 | **06/02/04** Case No. 04 – 11162 GAO | 06/02/04 |
| Linda Benton, Joan Carman, Sylvia Clanton, Dorothy Clark, Debra Conger, Sandra Cook, Shirley Cooper, Linda Douglas, Evelyn Dudley, Brenda Embree, Sharon Englert, Debbie Garlin, Deborah Griffin, Eleanor Harrison, Anna Hogan, Trudy Lincks, Cheryll Maubach, Terry McClay, Lester McMullan, Catherine Milburn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01279 | **06/02/04** Case No. 04 – 11163 GAO | 06/02/04 |
| Sandra Alden, Brenda Scarbrough-Killgore, Darlene Seeley, Juanita Weeks and Mildred White v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01257 | **06/03/04** Case No. 04 – 11176 GAO | 06/03/04 |

-20-

| Caption | Date / Case No. | Date |
|---|---|---|
| Frances Chance, Jane French, Pamela Hammer, Nellie Hazelwood, Vickie Hunter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 –01259 | 06/03/04<br>Case No. 04 – 11177 GAO | 06/03/04 |
| Dorine Harrelson, Brenda Hart, Charles Sullivan, Linda Thompson, Helen Wyatt v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 –01260 | 06/03/04<br>Case No. 04 – 11178 GAO | |
| Linda Bailey, Darlene Brown, Lora Cook, Dean Dornath, Debbie Goldsberry, Ronnie Grooms, Shirley A. Hampton, Jennifer Kokjohn, Carol Marcus v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 –01261 | 06/03/04<br>Case No. 04 – 11179 GAO | 06/03/04 |
| Jim Luckritz, Wanda Barnett v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 –01262 | 06/03/04<br>Case No. 04 – 11180 GAO | 06/03/04 |
| Sanda Kline, Neidra Prince v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 –01264 | 06/03/04<br>Case No. 04 – 11181 GAO | 06/03/04 |

-21-

| | | |
|---|---|---|
| Sue Anderson, Linda W. Jones, Mildred Mock, Barbara Rash, Judy West v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01266 | **06/03/04** Case No. 04 – 11182 GAO | 06/03/04 |
| Linda Dolliver, Kathryn Gamble, Susan Moore, Genelle Neal, Janna Patterson, Cecilia Sargeant, Katherine Sentell, Alice Taylor, Cora Ann Watkins (Burchill), Martha Wonsewitz v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01267 | **06/03/04** Case No. 04 – 11183 GAO | 06/03/04 |
| Dianna Hitchcock, Ruth Messersmith, Virginia Potts, Linda Upton, Linda Van Natta v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01268 | **06/03/04** Case No. 04 – 11184 GAO | 06/03/04 |
| Lorraine Cline, Rene' Haye, Bonnie Bernard, Donna Fleck, Geraldine Mataras, Sharon Westfall v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01269 | **06/03/04** Case No. 04 – 11185 GAO | 06/03/04 |

-22-

| | | |
|---|---|---|
| Russell Arnold, Janet D'Arcy, Rosa Dietiker, Violet Farmer, Susan Fortson, Debbie Ostwinkle, Nina Owens, Gracie Russell, Teresa Sexton, Leneisa Willoughby v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01270 | **06/03/04** Case No. 04 – 11186 GAO | 06/03/04 |
| Elizabeth F. Bischof, Renva Brewer, Dorothy Campbell, Francine Cook, Johnny Cook, Portia Howard, Angela Jones, Mary Latta Lee, Tammy Lovett, Frankie Reager v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01271 | **06/03/04** Case No. 04 – 11187 GAO | 06/03/04 |
| Barbara Bartholomew, Tricia Brown, Sherry Campbell-Drewery; Janet Flecher, Gloria Gardner, Lauren Garland, Patricia Hedgecock, Bonnie McKelvey, Lular Parker, Judy Parsons, Robert Renix, Laura Walter, Claudia Williams v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01272 | **06/03/04** Case No. 04 – 11188 GAO | 06/03/04 |

-23-

| | | |
|---|---|---|
| Evelyn Becker; Daisy Bell; Rita Bicknell, April Boone, Alida Buckner, Aleta Cox, Ronald Daanen, Martha Duncan, Jo Durham, Jeffory Edwards, Terry Fameree, Deborah Feaster, Daniel Grohn, Anna Gustafson; Catherine Hart, Gail Harvey; Katherine Hendrickson, Sandra Jolin, Kathryn Kieffer, Dorothy King, Jeri Mann, Patricia Mantey, Jennifer Moffitt; Julie Muehlbauer, Paul Price, Sharon Ratz, Cynthia Rittase, Sue Rohde-Perry, Donna Sanicola, Laverne Schoonover, Judy Seibert, E. Shepherd, Jerry Simmons, Mitzie Skiles, Diane Stokes, Patricia Stuckey, Helen Taylor, Jackie Turner, Elizabeth Waukau; Dorothea Weyers, Jeffrey Whiting, Christine Wilczek, Lois York, Angeline Zimmerman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 01273 | 06/03/04 Case No. 04 – 11189 GAO | 06/03/04 |
| Debra Barefoot, Devotion Brown, Nancy M. Jones, James McLaurin, Paige Riley, Joyce Sheroan, William Singletary, Dorothy Skaggs, Mary Steele, Janet Walters v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 01274 | 06/04/04 Case No. 04 – 11198 GAO | 06/04/04 |
| Mary Cowell, Suzanne Gibson, Steve Hanson, Sandy Hermann, Theresa Jackson, Sharon Kay Lee, Judith Mullins, Eloise Thrift, Patricia Wilkerson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 01275 | 06/04/04 Case No. 04 – 11199 GAO | 06/04/04 |

-24-

| | | |
|---|---|---|
| Laura Richard, Joyce Richins, Sally Ridner, Roberta Riggins, Catherine Rish, Susan Ritvo, Gwendolyn Robertson, Debra Rogers, Laree Rouse, Grover Rowe, Dorene Rymer, Inez Santangelo, Bobbie Saucier, Ethel Sayers, Joann Schilling, Judith Scott, Nelleen Seal, Barbara Seek, Kevin Semler v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 01281 | 06/04/04<br>Case No. 04 – 11200<br>GAO | 06/04/04 |
| Lisa Sylvester, Bill Tabb, Nell Tarto, Ormal Taylor, Margaret Taylor, Ada Tellis, Shirley Terry, Geraldine Terry, Barbara Tetlow, Veda Thomas, Laura Thomas, Eddy Louise Thomas, Wanda Thompson, Corrinne Thompson, Betty Thompson, Finous Erskine Thorne, Nancy Todd, Tammy Toups, Juanita Travasos, Gloria Travis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 01282 | 06/04/04<br>Case No. 04 – 11201<br>GAO | 06/04/04 |
| Karen Cockrell, Lorilee Cohoon, Stephanie Cole, Emma Cole, Diane Coleman, Lettita Conliffe, Gussie Conner, Lucy Carol Cook, Nancy Courtney, Jan Covington, Nancy Crawford, Donald Crawford, Rita Creel, Jacqueline Creer, June Cristiano, Etta Crocker, Clara Crockett, Nicolee Croteau, Leonora Crump, Ethel Curtis v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 01313 | 06/04/04<br>Case No. 04 – 11202<br>GAO | 06/04/04 |

-25-

| | | |
|---|---|---|
| Hope Duffy, Jacquelynn Duvall, Patricia Earls, Madeline Easterling, Kim Echols, Robert Edwards, Billy Joe Edwards, Charlette Elbert, Dorothy Elder, Earline Elisar, Carol Elliott, Janice Elrod, Patricia Evans, Patricia Fazzio, Debra Fish, Sherman Fisher, Richard Fleming, Julia Fleshman, Georgiana Fontenot, Betty Fontenot v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 01315 | **06/04/04** Case No. 04 – 11203 GAO | 06/04/04 |
| Callie Knott, Michelle LaCombe, Sandra Ladner, Mary A. Landry, Linda Lathan, Rita Lawrence, Frances Lawson, Olga (Cathi) Ledbetter, Patricia Lee, Debra Lemmon, Albertine Lewis, Milton Lindsey, Bessie Littleton, Terri Livingston, Doris London, Patsy Long, Joann Lovito, Sharon Lowry, Shirley Lugo, Michael Malecki v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 –01319 | **06/04/04** Case No. 04 – 11204 GAO | 06/04/04 |
| James Malone, Esther Mark, Selby Martello, Wendellyn Martin, Karen Martin, Alice Martin, Sandra Matherne, Mellissa Matney, Earl Mayer, Susan McAllister, Sonjia McCoy, Muriel McCullough, Rachel McGarity, Karyl McGraw, Sara McKee, Patricia McKee, Connie McNabb, James McTursh, Jr., Betty Meadows, Dorothy Metcalf v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals Middlesex Superior Court 2004 – 01322 | **06/04/04** Case No. 04 – 11205 GAO | 06/04/04 |

-26-

| | | |
|---|---|---|
| Elsa Perschall, Jacqulin Petty, Donna Pickett, Beryl Pitre, Lloyd Plaisance, Susan Pool, Mossie Poole, Christine Porter, Paul Powell, Bobbye Prewitt, Lois Price, Belinda Price, Debra Pruitt, James Racki, Sandra Rademacher, Albert Rahaim, Treva Reed, Suzanne Reeves, Emma Reid, Thomas Reynolds v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 –01323 | 06/04/04<br>Case No. 04 – 11206<br>GAO | 06/04/04 |
| Lisette Brown, Douglas Cain, Michael Campbell, Doria Carson, Bob Clowers, Dolores Colmenero, Jose Cordero, Nancy Cromwell, Sandra Crosby, Dan Darden, Geraldine Desautels, Karen Drew, Lou Dubose, Rickie Dufour, Sandra Edlund, Rosemary Escalante, Yolanda Flores, Yvonne Fluellen, Denise Ford, Mary Fox v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 01339 | 06/04/04<br>Case No. 04 – 11207<br>GAO | 06/04/04 |
| Betty Bennett, Margaret Blow, Connie Byrne, Ladeana Cook, Sue Dilley, Donna Doiron, Joan Duff, Barbara Duffy, Angela Duncan, Brenda Freeman, Gail Fricker, Elizabeth Huffer, Sadie Ivory, Robbie Jones, Barbara Kline, Sylvia Wilson Nancy Wise, Jacqueline Withrow, Mattie Witt, Toni Wright v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 01341 | 06/04/04<br>Case No. 04 – 11208<br>GAO | |

-27-

| | | |
|---|---|---|
| Connie Netherland, Clara Newton, Christine Nichols, Madelyn Normand, Della Norris, Opal Paulette Nuckolls, Darline Nunez, Julia Nunley, Doriene Oliver, Rita O'Neal, Melanie Ory, Cheryl Ory, Robin Palmer, Carl Paolucci, Suzanne Pareti, Tynel Parfait, Beatrice Parker, Lee Alma Patrick, Jessie Pearson, Fran Pearson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 01358 | 06/04/04<br>Case No. 04 – 11209<br>GAO | 06/04/04 |
| Deanna Burton, Deana Burton, Gloria Butler, John Cado, Nathan Cain, Anthony Calderone, Connie Caldwell, Margaret Callender, Joan Candella, Edith Carlin, Mary Jane Caro, Greg Carruth, Sondra Catalinotto, Arthur Causey, Karen Chadwick, Tracy Chapa, Brenda Charles, Nellie Chauffe, Anna Chenault, Agnes Cheramine v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 01362 | 06/04/04<br>Case No. 04 – 11210<br>GAO | 06/04/04 |
| Becky Barry, Jackie Bradford-Thomas, Rhonda Crass, Patricia Duval, Carol Gillaspia, Ernestine Gray, Peggy Grimes, Diane Hudgins, Lorene Jackson, Nicholas Kurusis, Freddie Marcelous, Donald Martin, Daniela Marton, Denise McCormick, Pat McEntire, Paula Milardo, Cecilia Nelson, Effie Page, Lida Paller, Dorothy Thompson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>Middlesex Superior Court 2004 – 01365 | 06/04/04<br>Case No. 04 – 11211<br>GAO | |