-28-

| | | |
|---|---|---|
| Fannie Watson, Wanda Weimer, Winona Wheat, Irene Wheat, Pamela Wheeler, Kay Whitaker, Donna Lynn White, Bettie Wilkins, Desiree Williams, Carolyn Williamson, Rose Willis, Alice Wilson, Vickie Winnes, Charles Winston, Jaclyn Wood-Foster, Joann Woolwine, Donna Wright, Donna Wylie, Myra Yearby, Lola Young-McEwen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1283** | **06/07/04** Case No. 04 – 11224 GAO | 06/07/04 |
| Dana Truxillo, Lucille Tuesno, Norra Louise Tully, Virginia Turner, Josiephine Tutton, Joni Tyler, Glenda Tyler, Marie Tyson-Bullock, Patricia Valega, Camela Vaughan, Hattie Venable, Gloria Venable, Cheryl Vidrine, Julie Vining, Ruth Waguespack, Annie Walker, Kelly Walton-Green, Marilyn Warr, Connie Watkins, Susan Watkinson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1284** | **06/07/04** Case No. 04 – 11225 GAO | 06/07/04 |
| Francise Walker, Jacqueline Walker, Michelle Waller, Brigail Watson, J. Douglas Welborn, Sherry West, Orine White, Vivian Whiten, Jacqueline Williams, Sandra Wood, Linda Wyman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1287** | **06/07/04** Case No. 04 – 11226 GAO | 06/07/04 |

-29-

| | | |
|---|---|---|
| Nicky Antoniou, Janis Barnhart, Tammy Barrett, Penny Cook, Faye Elliott, Jeen Fraley, Gail Gardner, Betty James, Janet Marlett, Carolyn Ray, Judy Roach, Tammie Scott, Janet Spence, Shirley Taylor v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1288** | **06/07/04** Case No. 04 – 11227 GAO | 06/07/04 |
| Darrell M. Stewart v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1289** | **06/07/04** Case No. 04 – 11228 GAO | 06/07/04 |
| Joann Pardue v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1290** | **06/07/04** Case No. 04 – 11229 GAO | 06/07/04 |
| Jody Rome, Consuela Rucker, Janice Savoy, Estelle Selders, Tammara Simmoneaux, Anita Smith, Mary Katherine Smith, Beatrice Stines, William Toombs, Susan Ussery v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1291** | **06/07/04** Case No. 04 – 11230 GAO | 06/07/04 |

-30-

| | | |
|---|---|---|
| Patsy Morris, Sandra Munster, Wendy Naquin, Joyce Paige, Linda Pellegrin, Gloria Pitello, Glenda Price, Leslie Price, Dorothy Rainey, George Reid v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1292** | **06/07/04** Case No. 04 – 11231 GAO | 06/07/04 |
| Pauline Gilmore, Lilly Gisclair, Garnet Granier, Nancy Hebert, Lorene Johnson, Catherine Jones, Sue LaRose, Joyce Milby, Bessie Montgomery, Jake Morreale v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1293** | **06/07/04** Case No. 04 – 11232 GAO | 06/07/04 |
| Pauline Badeaux, Glenda Britton, Kimbra Callahan, Lynda Cervenka, Elnora Chappell, George Dooley, Wilma Dooley, Wayland Durr, Robin Fanguy, Jerry Fornea v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1294** | **06/07/04** Case No. 04 – 11233 GAO | 06/07/04 |
| Sophia Wirkkala, as Adminstratrix of the Estate of Robert H. Haas, and Christopher Manner, as Administrator of the Estate of Francis Manner v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1295** | **06/08/04** Case No. 04 – 11244 GAO | 06/08/04 |

-31-

| | | |
|---|---|---|
| Sharon J. Baker, Elizabeth Calp, Diane Dillamon, Nettie Edwards, Kristen Kruse, Donna Morgan, Linda Nelson, Paul Rowden, William Rowland, Connie Rumfelt, Kenneth Sarver, Sue Shout, Katherine Mary Spiers, Annie Stadtmueller, Louise Stivers, Jeanette Thanupakorn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1297** | **06/08/04** Case No. 04 – 11245 GAO | 06/08/04 |
| Waneta Reital, Donna Thompson, Judy Waggoner, Terrie Westfahl-Meier, Pauline Whipple, Janeth Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1298** | **06/08/04** Case No. 04 – 11246 GAO | 06/08/04 |
| Cherie Beznaigua, Paula Eborn, MaryLynn Gilbert, Terri Headrick (Davidson), Allan Hinman, Trudy Holman, Bonnie Jones, Donna Kelley, Debra Klein, Linda Lange, Nancy Larson, Madellan McConnell, Merrijane Morgheim, Shirley Parker, Janet Perry, Tyliese Schlitt, LaVonne Schultz, Debra Stricker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1299** | **06/08/04** Case No. 04 – 11247 GAO | 06/08/04 |
| Sylvia Bowman, Nellene Bracewell, Jennifer Bright, Jeanne Burke, Frances Crum, Sharon Erban, Ellen Foshay, Pamela Glover, Ocie M. Hudson, Rodney Hurst v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1800** | **06/08/04** Case No. 04 – 11249 GAO | 06/08/04 |

-32-

| | | |
|---|---|---|
| Luvoise Hill, Elaine Hutto, Martha Pedigo, Rosa Scott, Dawn Smith, Deborah Taylor, Carol Tucker, Dorothy Utz, Dorothy Wallace, Waunda Witt, Brenda Zobkiw v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1301** | **06/08/04** Case No. 04 – 11250 GAO | 06/08/04 |
| Larry Ford, Regina Foxx, Deborah Freyder, Mary Fulbright, Genevieve Fullington, Ruby Gaines, Linda Gantt-Horinek, Nancy Garner, Mona Gaspard, Carrie Gautreau, Betty Gillespie, Queen Gilmore, Ruby Givens, Kathy Gobble, Mary Godwin, Pearlie Goodman, June Graham, Satny Grant, Ella Grant, Donna Grassman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1314** | **06/08/04** Case No. 04 – 11251 GAO | 06/08/04 |
| Evangela Henry, Katherine Herring, Deborah Hicks, Richard Highfill, Marcella Hill, Susan Hinderer-Hall, Mary Holliday, Lewanna Holmes, Evie Honea, Bobby Hooker, Jane Hoover, Georgia Hopson, Melba Horn, Sylvia Hoth, Susan Howell, Sherilyn Hudson, LeAnn Hughes, Linda Humphrey, Ona Ann Hurd, Tina Hurley v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1316** | **06/08/04** Case No. 04 – 11252 GAO | 06/08/04 |

-33-

| | | |
|---|---|---|
| Audrey Green, Veronica Griffith, Sharon Griffith, Billie Gros, Doris Guelle, Mona Guitrau, Geraldine Hagan, Michael Haire, Paula Hale, Deloris Thomas Hall, Christina Hall, Cheryl Hamilton-Smith, Victory Hampton, Dianne Hampton, Cherylyn Hans, Suzanne Smith Henderson, Robyn Henderson, Ramona Henderson, Linda Heno, Dolores Henriksen v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1817** | 06/08/04 Case No. 04 – 11253 GAO | 06/08/04 |
| Patricia Ann Irving, Joy Irving-Thompson, Mary Jack, O'Dornia Jackson, Joan Jackson, Joyce Jasmin, Yvette Javius, Lisa Jefferson, Carol Jenkins, Linda Johnson-Skipper, Katie Jones, Allison Jones, Deborah Jones-DeLibertis Lillis, Linda Joseph, Gundella Joseph, Dorothy Justice, Mary Kappell, Mattie Keller, Gloria King, Joy Kirk v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1820** | 06/08/04 Case No. 04 – 11254 GAO | 06/08/04 |
| Eileen Mikel, Jeffery Miles, Victoria Misko, Sam Mitchell, Katherine Monk, Janice Monson, Katherine Moore, Joanna Moore, Lori Moran, Steve Mortillaro, Beverly Moss, Wayne Mueller, Rhonda Munoz-Wilbur, William Murray, Paula Murray, Linda Murray, Francene Myhra, Yvonne Napolitano, Faith Neddermeyer, Mary Neff v. Indevus Pharmaceuticals Inc. Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1821** | 06/08/04 Case No. 04 – 11255 GAO | 06/08/04 |

-34-

| | | |
|---|---|---|
| Joyce Anderson, Betty Pollard, Diane Sturgill, Keith Wainwright, Virginia Wells v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 1325** | **06/08/04**<br>Case No. 04 – 11256<br>GAO | 06/08/04 |
| Diane Simmons, Connie Skidmore, Susan Smits, Diane Sneed, Mary Stangle, Laurel Starr, Darlene Stevens, Donna Stevens, Suzan Stitchick, Roa Sumler, Dale Thompson, Delores Thompson, Mildred Thompson, Barry Truman, Frances Diane Trussell, Sandra Tuck, Alice Turner, Clementine Tyson, Susan Uzelac, Tonya Osborne Van Dyke v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc. Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 1329** | **06/08/04**<br>Case No. 04 – 11257<br>GAO | 06/08/04 |
| George Calkins, Tara Cantwell, Patricia Chester, Ruthie Crim, Karen Daley, Mary Downing, LeAnn Eley, Cheryl Enochs, Robert Flippin, Sharon Gorbett, Patricia Guthrie, Erma Heine, Deborah Hill, Geraldine Hill, Oscar Hinton, Mooneen Holt, Joan Horton, Georgia Hunt, Donna Hurst, Jeanette Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 1336** | **06/09/04**<br>Case No. 04 – 11260<br>GAO | 06/09/04 |

-35-

| Case Name | Case No. / Date | Date |
|---|---|---|
| Doris Lane, Mary Lewis, Donna Love, Tonya Lynn, Laura Makenna, Donna McClellan, Bonnie McLaughlin, Margaret Miller, Clara Monroe, Russell Monroe, Rosann Mussa, Brett Neill, Annie Nelson, Jason Norado, David Norfleet, Susan Nowell, Brenda Parker, Cassandra Patterson, Shirley Phillips, Patricia Riggs v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1337** | **06/09/04** Case No. 04 – 11261 GAO | 06/09/04 |
| Lori Franklin, Margie Garrett, Pamela Gill, Carolyn Grant, Leslie Hail, Cindy Hampton, Julia Hannon, Kimberly Harrington, Mamie Harris, Shirley Hearn, Bobbie Henderson, Diana Herbert, Jimmy Hightower, Mary Hill, Brenda Hord, Bufford Hottle, Joe Jennings, Elizabeth Johnson, William Johnson, Sherry Keller v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1338** | **06/09/04** Case No. 04 – 11262 GAO | 06/09/04 |
| Martin Alvarado, Mary Aubert, Janet Aud, Wanda Bacher, Ronald Bell, Jerri Brown, Kimberly Luther, Donna Malone, Vivian Moss, Louise Plasek, Rebecca Schneider, Ruby Scudder, Patsy Sims, Julia Smith, Ramona Vaughn, Maria Villarreal, Patricia Wendell, Chantz Williams, Beverly Woodard, Patricia Woolen v. Indevus Pharmaceuticals, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1340** | **06/09/04** Case No. 04 – 11264 GAO | 06/09/04 |

-36-

| Case | Case No. / Date | Date |
|---|---|---|
| Vivian Ross, Sandra Shanor, Robert Shelly, Shirley Shipman, Barbara Smith, Debra Smith, Janet Smith, Lula Stansell, Brenda Stuart, Sheri Swift, Camellia Taylor, Judy Thomason, Beverly Thompson, Glenda Turner, Jamison Ward, Chestene Weeks, Frankie Westbrooks, Kimberly Wilie, Angela Williams, Carol Wilson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1342** | **06/09/04** Case No. 04 – 11265 GAO | 06/09/04 |
| Cheryl Horton, Shelly Jones, Stephanie Lanham, Edith Littlefield, Sharon Lugdon, Barbara McAvoy, Maria Moore, Cheryl Murchison, April Peavey, Janet Perkins, Karen Reed, Gail Sargent, Carol Smith, Shirlee Smith, Lillian Sparrow, Mary Stone, Gail Tamboro, Patricia Williams, Tina York v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1343** | **06/09/04** Case No. 04 – 11266 GAO | 06/09/04 |
| Colleen Barlow, Carlos Barrena, Sheron Christensen, Donna Clanton, Tefini Fonua, Marilyn Garner, Satny Grant, Opal Hardy, Shawnna Harmon, Carolyn Johnson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1344** | **06/09/04** Case No. 04 – 11267 GAO | 06/09/04 |

-37-

| | | |
|---|---|---|
| Mary Collins, Esther Colon, Patricia Cooper-Potter, Lucille Corprew, Janice Crissman, Cheryl Currid, Barbara Dalley, Alma Daniels, Edna Daves, Shirley Davidson, Lorelei Davies, Robin Davis, Robert H. Doktor, Dawn Drews, Curtis Drexler, Sara Drossart, Milton Dunaway, Jeffrey Durgin, Betty Edwards, Janet Erickson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1345** | **06/09/04** Case No. 04 – 11268 GAO | 06/09/04 |
| Mary Boomhower, Phyllis Borski, Deborah Braga, Margie Breidel, Carolyn Brown, Kevin Brubaker, Sandra Buck, Ella Calhoun, Marsha Callan, Cathy Carman-Hastings, Rebecca Carrow, Pamela Carver, Diane Causey, Connie Chartier, Ginger Chennault, Catherine Clark, Alisa Cliett, Lena Cloe, Katheryn Coleman, Valerie Collier v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1346** | **06/09/04** Case No. 04 – 11269 GAO | 06/09/04 |
| Connie (Roberson) Althen, Verla Aders, Donalyn Ahlberg, Edna Albers, Denise Andress, Ashley Anello, Erma Irene Aurand, Jacqueline Baker, bearden Bakerink, Nancy Barendt, Pamela D. Bates, Ava Batiste, Marie Bell, Paula Gaye Benbrook, Rodger Benz, Linda Binney, Victoria Blackburn, Betty Blake, Jean Blythe, Judith Boie v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1347** | **06/09/04** Case No. 04 – 11270 GAO | 06/09/04 |

-38-

| | | |
|---|---|---|
| Joan Reed, Cynthia Reeves, LeRoy Remme, Teresa Rich, Cindy Rife, Marilyn Roach, Donald Roberson, Cheryl Roberts, K. Roche, Linda Russell, Rosie Sanders, Robynn Schinkewitz, Glenn Scholz, Paul Schuelke, Barbara Schultz, Timothy Seese, Brenda Sersha, Roberta Sherer, Deborah Shifflett, William Sierer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1350** | **06/10/04** Case No. 04 – 11280 GAO | 06/10/04 |
| James Medlock, Sharon Meekins, Lois Meidl, James Meleen, Patricia Meyer, Judy Milham, Barbara Miller, Leola Mitchell, Robin Mitchell, Elaine Morgan, Virgie Moton, John Moxley, Alexis Murphy, Cheryl Murray-Lee, Gail A. Nolan, Linda Norris, William Nussbaum, Donna Nutter, Ellen O'Boyle, Sue O'Hara v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1351** | **06/10/04** Case No. 04 – 11281 GAO | 06/10/04 |
| Dana Gulledge-Smith, Barbara Haley, Leisa Hall, Mary Hatcher, Tracy Hathcock, Roberta Hawkins, Shirley Hawkins, Phyllis Hazel, Rita Hehrer, Jean Henderson, Carmello Hickman, Julia Hicks, Daniel J. Himmelfarb, Margaret Hoelscher, Gail Hogan, Gregory Holdridge, Susan Horton, Delores Huff, Brenda Hughes, April Ivy v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1354** | **06/10/04** Case No. 04 – 11282 GAO | 06/10/04 |

-39-

| | | |
|---|---|---|
| Thelda Adams, Judy Adams, Brunetta Adams, Anthony Alise, Jr., Essie Ashford, Jeanette Aucoin, Cynthia Austin-Lyon, Phyllis Ayers, Terry Babin, Doris Bagby, Kimberly Banks, Rosalind Barrow, Nancy Baute, Connie Beard, Marilyn Beck, Mary Becnel, Jackie Bell, Murline Bellard, Bonnie Bertrand, Linda Blanchard v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc, Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1361** | **06/10/04** Case No. 04 – 11283 GAO | 06/10/04 |
| Earline Simoneaux, Vera Sims, Carolyn Gwenett Sims, Barbara Singleton, Charlotte Skelton, Patricia Smith, Ingrid Smith, Diana Smith, Norma Smith-Cushenberry, Ella Socha, Lorraine Solomon, Fred Spain, Jr., Victor Spano, Dee Spear, Charles Spencer, Mary Beth Spiker, Linda Spletstsosser, Evelyn Stafford, Henry Stevens, Susan Michelle Stringer v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1357** | **06/10/04** Case No. 04 – 11284 GAO | 06/10/04 |
| Ellis Blankenship, Ann Bobinger, Shawna Bond, Carolyn Booker, Victoria Bovia, Margaret Bowen, Mona Bowman, Janice Boyd, Donna Boyd, Katherine Bozeman, Martha Bradford, Edna Brewer, Tracy Brown, Ruth Brown, Robert Brown, Lillie Brown, Samuel Broyles, Leona Brumfield, Michael Bryant, Willy Bunton v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1363** | **06/10/04** Case No. 04 – 11285 GAO | 06/10/04 |
| | | |

-40-

| Plaintiffs | | |
|---|---|---|
| Carl Daigle, Ann Dardenne, Cassandra Dargin, Patricia Davis, Letha Davis, Carolyn Davis, Ed Dees, Faith Dent, Debra DeVare, Dorothy Dickens, LaWese Dillon, Elizabeth Anne Dilworth, Gerald Divincenti, Doris Jones Dixon, Ruby Dixon, Patsy Domingue, Anlatears Dorsey, Maureen Douglas, Denise Drago, Beverly Dry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1364** | **06/10/04**<br>Case No. 04 – 11286 GAO | 06/10/04 |
| Frances Hoffman, Beth Hollis, Susan Juul, Diane Kauffman, Louis Lacariere, Sheryl Martin, Marilyn McEvoy, Susan Mikesell, Jack Monzon, Kim Morris, Kathleen Morrow, Jennifer Myrick, Venice Newling, Mattie Norman, Suzanne Papcun, Delores Pearson, Peggy Poe, Loni Redman, Lori Romine, Karen Tharp v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1366** | **06/10/04**<br>Case No. 04 – 11287 GAO | 06/10/04 |
| Zebra Akehurst, Murphy Anthony, Pamela Bailey, Janet Baine, Betty Baker, Teresa Billingsley, Terry Boyce, Joyce Campbell, Denise Dillard, Danny Drotts, Deborah Estrem, Kathy Fazekas, Janice Pilcher, Kathryn Pulsifer, Gertrude Rowlands, Dana Shaw, Suzanne Shelly, Caroline Smith, Mary Vanmatre, Brinda Wood v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1367** | **06/10/04**<br>Case No. 04 – 11288 GAO | |

LITDOCS:553433.1
LITDOCS:553042.1

-41-

| | | |
|---|---|---|
| Daryl Valine Campbell, Bernice Ellzey, Mary Kennedy, Kay Lee, Cheryl Libbert, Charli Manross, JoAnn Parks, Linda Phillips, Kathryn Roberts, Eddie Sanders, David Saunders, Donna Simpson, Anita Skinner, Margaret Snell, Wanda Suttle, Sarah Taylor, Janice Washington, Candace Wiley, Lorri Yanez, Carol Yarman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 1369** | **06/10/04** Case No. 04 – 11289 GAO | 06/10/04 |
| Jana Allen, Guy Ames III, Irma Anderson, Peggy Anderson, Annie Baker, Helen Baker, Shirley Barnes, Estele Barrau, Charles Barrett, Helen Jana Blish, Cheryl Brooks, Linda Brooks, Charlene Brown, JoAnn Guthrie, Karol Kowalski, Marjorie Minor, Barbara Reichert, Barbara Sitzman, Joann Smith, Elizabeth Stille v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01368** | **06/14/04** Case No. 04 – 11298 GAO | 06/14/04 |
| Tony Jones, Carol Lawson, James Lee, Michelle Lee Mincey, Sandra Livanec, Thomas Locke, Ned Long, Rebecca Nzeocha, Anna Oliver, Carl Parks, Priscilla Pritt, Joanne Redd, Karen Roach, Billy Rogers, Theodore Rotto, Mary Safieh, Barbara Shrock, Rosemary Terrazas, Evelyn Van, Leslie Vernon v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01370** | **06/14/04** Case No. 04 – 11299 GAO | |

-42-

| | | |
|---|---|---|
| Hebert Kim, Johnson Daphne, Jones Janice, Ledet Elner, Schexnayder Shirley, Stepter Monica R., Theriot Charmaine, Lena Emelio, Ruby Pepitone, Jimmie Robertson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01371** | 06/14/04<br>Case No. 04 – 11302<br>GAO | 06/14/04 |
| Frances Soignet, Pamela Tucker, Kim Beaulieu, Patsy Sheridan, Rhonda Adams, Joan Gaspard, Regina Guedry, Tammy Johnson, Nancy McQuiddy, Clinton Williams v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01372** | 06/14/04<br>Case No. 04 – 11303<br>GAO | 06/14/04 |
| Gordon Amidon, Elise Badon, Gloria Bester, Dessa Borders, Deanna Carbo, Nora Louise Cooper, Marva Dominick, Judy Farmer, Maureen Foster, Antoinette Jackson-Mitchell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 –01373** | 06/14/04<br>Case No. 04 – 11304<br>GAO | 06/14/04 |
| Vivian Cosey, Mary Cotton, Betty Creacy, Tracie Crozat, Patsy Culp, Letha Dauterive, Laverne Dennis, Brenda Douglas, Maudine Douglas, Barbara Edwards v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01374** | 06/14/04<br>Case No. 04 – 11305<br>GAO | 06/14/04 |

LITDOCS:553433.1
LITDOCS/553042.1

-43-

| | |
|---|---|
| Barbara Bourgeois, William Bouvay, James Brodtmann, Martha Gray, Rhonda Brown, Dale Callegan, Sondra Catalinotto, Beatrice Coleman, Liz Comeaux, Melinda Corkern v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01375** | **06/14/04** Case No. 04 – 11306 GAO    06/14/04 |
| Judith Fiore, Maurleen Florent, Lillie Francis, Betty Frederick, Bethany Granger, Mildred Graves, Regina Guillory, Javed Haider, Pamela Holt, David Jackson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01376** | 06/14/04 Case No. 04 – 11307 GAO    06/14/04 |
| Mamie Jefferson, Curtis Johnson, Vernessa Johnson, Constance Lara, Barbara Larkins, Michelle Lenard, Thomas Marckese, Glenda Marshall, Mary McLeod, Joseph McMillan v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01377** | **06/14/04** Case No. 04 – 11308 GAO    06/14/04 |
| Jerry Rhudy, Dawn Sabec, Maria (Elaine) Tanner, Diann Underwood, Shirley Von Dorn, Phyllis Wallace, Tina Walrath, Kim Warren, Sue Weippert, Larry White v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01378** | 06/14/04 Case No. 04 – 11309 GAO    06/14/04 |

-44-

| | | |
|---|---|---|
| Michelle Aroca, Marlene Ausmus, Alan Bohnenkamp, Ann Brandt, Ellen Cravens, Linda Crocker, Liz Diener, Dorothy Downs, Pamela Gill, Gloria Hofer, Janice Kemper, Rochelle Lambert, Eva Lowe, Roxanne Martin, Pam Mizeur, Esther Rogers, Valerie Rogers v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 –01379** | **06/15/04**<br>Case No. 04 – 11319 GAO | 06/15/04 |
| Pat Brandenburg, Joan Farnsworth, Patricia Genuit, Dena Gray, Janice Henderson, Mary Herren, Bobby Hornsby, Janel Johnson, Joan Laaker, Paulette Marchant, Andrew Martinez, Meredith Peterson, Neomi Pierce, Debbie Schelske, Tammy Spader, Todd Trickle, Ona Welch v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 01380** | **06/15/04**<br>Case No. 04 – 11320 GAO | 06/15/04 |
| Joy Banfield, Lynda Griffin, John Lewis, Hazel Mensah, Sheila Merriweather, Annie Mosley, Paulette Nelms, Kathy Postell, Laurie Stoner v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 01381** | **06/15/04**<br>Case No. 04 – 11321 GAO | 06/15/04 |
| Helen Munster, Karen Poirrier, Diane Rulf, Patricia Shephard, Henry Anders, Annette Athmann, Evelyn Aucoin, Diane Beaulieu, Lillie Bell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 01382** | **06/15/04**<br>Case No. 04 – 11323 GAO | 06/15/04 |

-45-

| | | |
|---|---|---|
| LuAnn F. Alderson; Yvonne H. Amos; Harold T. Anderson; Sheila D. Arnold; Bonnie Bailey; Joyce A. Bradley; Karan S. Bruno; Barbara F. Burnett; Lynne Butman; Sandra S. Collum; Kathy L. Dusenbery; Charm L. Fakhrshafaei; Deanna Franklin; Sharon D. Hanna; Sandra Hannam; Barbara J. Hogan; Sharon L. Hoover; Ethel Kelch; Robert-Duane LeGrande; Lauren M. McLeod; Yolanda M. Mosby; Ann E. O'Neill; Merit Vincent; Vicky L. Wilson; William B. Wise v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01702** | **06/15/04** Case No. 04 – 11324 GAO | 06/15/04 |
| Theresa E. Boyd-Taylor; Machell E. Fox; Sharon G. Goodenough; Mark W. Grimm; Judy G. Hallford; Jennifer A. Hensley; Inman L. Jones, Jr.; Kay L. Kotan; Leonard R. Lanzillotti; Thomas F. Moore; Marguerite O'Gara; Donnis L. Payne; Katherine D. Redman; Rochelle M. Rippetoe; Sally M. Sanzone; Melissa A. Seaborn; Deanna M. Smith-Brezny; Janet S. Soulsby; Janette M. Stokes; Carolyn E. Upton; Juliana Wells-Vargas; Rosemarie Wilder; Amie J. Willard; Barbara A. Williams; Kelly M. Word v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01703** | **06/15/04** Case No. 04 – 11325 GAO | 06/15/04 |
| Lawrence J. Bouche; Celia M. Brown; Regina R. Browning; Helen C. Davis; Sharon Doggett; Laverne Gillan; Helen Gultia; Melanie A. Jackman; Connie Jackson; Linda Johnson; Karen Jones; Kathryn A. Lemme; Dawn M. Lindsey-Gregory; Tommie G. Morris; Charlotte Nelson; Phylisa G. Palmer; Cyndie W. Rowlett; Cindy K. Smith; Suzanne M. Tibbitts; Mabruka Whitmore v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01705** | **06/15/04** Case No. 04 – 11326 GAO | 06/15/04 |

-46-

| | | |
|---|---|---|
| Vicki Hampel v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01874** | **06/15/04** Case No. 04 – 11327 GAO | 06/15/04 |
| Staci Putman and Michelle Thaxton v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01926** | **06/15/04** Case No. 04 – 11328 GAO | 06/15/04 |
| Cynthia Williams, Linda Williams, Wingate Williams, Tammy Winders, Donna Zachary v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01384** | **06/16/04** Case No. 04 - 11342 GAO | 06/16/04 |
| Annamarie Tyson, Shirley A. Mayon, Linda F. Lacour, Peggy J. Streetman, Lillie H. Anderson, Sandy Jo Bernard, Grace Cardwell v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01885** | **06/16/04** Case No. 04 - 11343 GAO | 06/16/04 |
| Kathy Anderson, Alice Arnold, Sharon Barnett, Monica Baxter, Annete Beck, Pam Beck, Myra Bickham, Jeffrie Blaze, Claire Damon, Patti Day, Tyise Dunnaway, Ramona Guidry, Sandra Horn, Martha Leach, Gary Lind, Dolores Lumello, Cynthia Martin, Christelle Nunery v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01887** | **06/16/04** Case No. 04 - 11344 GAO | 06/16/04 |

-47-

| | | |
|---|---|---|
| Terrie Campbell, Arthur Channess, Rollie Clark, Lura Ellis, Shirley Gilliam, Eleanor Graves, Michelle Green, Suzie Hake, Madelyn Hamblin, Linda Hamilton, Earlaine Hansen, Melody Hanson, Hilda Harmon, Linda Harris, Jet Hert, Doris Hodges, Glenda Johnston, Yvonne Spradling, Donna Wenger v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 01388** | **06/16/04**<br>Case No. 04 - 11345<br>GAO | 06/16/04 |
| Sara K. Anderberg, Amy Bernstein, Sarah E. Brown, Stephanie L. Brown, Maria E. Carrieri, Nancy Carter, Mary A. Coleman, Cleo M. Daniel, Peter Digilio, Toni Duffy, Polly J. Hineman, Lucille Liggon, Monica G. Lomax, Betty Lundy, April F. Martin, Juanita Mathis, Vickie Merritt, Lois A. Miller, Robert P. Mollenhauer, Mary Padula, Jane Roberts, Lydia K, Tupuola, Melitta S. Valnion, Betty A. Vaughn, Carmen R. Wood v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 01406** | **06/16/04**<br>Case No. 04 - 11346<br>GAO | 06/16/04 |
| Patricia Ellis, Cindy Landry, Wendy Lee, Jacqueline Lovelace, Annie Owens, Sabrina Robinson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation, and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 01643** | **06/16/04**<br>Case No. 04 - 11347<br>GAO | 06/16/04 |
| Kenya Datcher, George Kelly, Virginia Garrett, and Roy Weatherford v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 01645** | **06/16/04**<br>Case No. 04 - 11348<br>GAO | 06/16/04 |

LITDOCS:553433.1
LITDOCS:553042.1

-48-

| | | |
|---|---|---|
| Barnell Capers, Mary Grubbs, Libby Head, and Donna Wooten v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 - 01675** | **06/16/04** Case No. 04 - 11350 GAO | 06/16/04 |
| Penny L. Fowler; Julia C. Graham; Lisa G. Gunter; Marilyn D. Haas; Deborah Haeffner; Sharon R. Harwell; Deborah K. Holt; Trudy Howard; Christine M. Kinley; Shirley K. Maples; Shannon McCarty; Madelene Morales; Terri D. Newsom; Diane O'Neil; Vitina Pacello; Lori A. Rider; LaShawna L. Robinson; Rudy B. Sangston; Barbara Shafer; Faye L. Tentou; Kristina R. Traughber; Tina A. VanBuskirk; Alisha G. White; Karen S. Whomble; Mildred (Millie) L. Young v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 - 01699** | **06/16/04** Case No. 04 - 11351 GAO | 06/16/04 |
| Carolyn J. Allen-Dixon; Kim S. Baker; Carolyn S. Barton-Kohler; Betty Brown; Roselyn Cohoon; Debbie A. Flanary; Sheldon Forman; Kelly Frederickson-Patrick; Calvin K. Greer; Patricia L. Howard; Bruce W. Hunter; Judy Liggett; Bernida A. Mastin-Hill; Doris J. Montoya-Wilson; Mary C. Muccio; David G. Nathaniel; Richard R. Parker; Denise E. Robertson; Leslie D. Robinson; Regina R. Sheridan; Kaylan V. Smith; Joyce K. Sparks; Rhonda Todd; Joanne M. Walker; Zetty Walker v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 - 01700** | **06/16/04** Case No. 04 - 11352 GAO | 06/16/04 |

-49-

| | | |
|---|---|---|
| Sabrina L. Barber; Beth Bartlett; Carrie R. Boots; Rebecca L. Braun; Marlene J. Brewer; Sandra Brooks; Linda S. Butler; Larry R. Carmin; Glenna J. Chamberlin; Mary J. Claspill; Mary F. Conway; Michael D'Agostino; Laura L. Davidson; Lucy Domenech; Camille Fau; Margaret H. Harris-Arhin; Margo M. Lemonis; Donnie J. Lewis; Stephanie Mitchell; Rexanna H. Murphy; Robert Pettis; Sherry L. Reynolds; Marion Thomas; Zenaida T. Varone; Sondra Vincent v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc, Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 01701** | 06/16/04<br>Case No. 04 - 11353<br>GAO | 06/16/04 |
| Paul J. Wellington, Vickie L. West, Courtney Whorton, Debbie Williams, Irene Williams, Sherry Williams, Natasha Wilson, Frances Wood, Susan Woods, Lorna Wooten, Sharon Wunder, Betty Youngs, Aida Ziadeh, Ann Renee Miller, Linda Latino, Glenda Sue Hines, Karen Dunaway, Timothy McNully, Barbara Abelmann, Gail Alix (Hardin) v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 01835** | 06/17/04<br>Case No. 04 11322<br>GAO | 06/17/04 |
| Jerry Vermillion, Vivian Wade, Jane Walden, Lucile Wardell, Lark Wartenberg, Sharon Watkins, Sarah Watson, Debby White, Carolyn Whitehouse, Winnie Wilkes, Shahndra Shonice Williams, Sharon Williams-Acton, Jorline Wilson, Pamela Winrow-Islam, Marilyn Withey, Patricia Witters, Teddy Young, Vernon Young, Judith Ziegert, Debra K. Landrum v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 01348** | 06/17/04<br>Case No. 04 – 11365<br>GAO | |

-50-

| | | |
|---|---|---|
| Joann Adeleke, Lesa Adkins, Sandra Allen, Virginia Anderson, Shelby Antley, Helen R. Austin, Penny Ball, Barbara Baumgarner, Lee Ann Belleti, Jessie A. Best, Vanessa Brannan, Susan Brooks, Gail Brumfield, Glena Brundage, Sonia Burgest, Marion Byrd, Rice Eileen Canjar, Julie Lee Caputo, Tonya Cardozo, Alysia Carter v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc. Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 –01349** | 06/17/04<br>Case No. 04 - 11366<br>GAO | 06/17/04 |
| Linda Kramer, Gloria Lecato, Esther LeGron, Carris Lewis, Wendy Long, Emma M. Love, Alice Luethmers, Arlene Lynch, Cindy Mack, Mary Malosh, Eileen Malvagno, Deborah Mason, Deborah Masters, Vicki L. Mauk, Gina McCone, Mary McDonald, Donna McGee, Beverly McKain, Lucille McKay, Carla McKinzie v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 –01352** | 06/17/04<br>Case No. 04 - 11367<br>GAO | 06/17/04 |
| Mary Jeffries, Davey Jimison, Deborah Johnson, Donna Johnson, Ruth Johnson, Tonia Johnson, Karen Johnston, Cheryl Jones, Shirley Jones, Elizabeth Jonovic, Judy Kaebisch, Ronald Kelley, Kathleen Kemp, Laura Kent, Angelia Khan, John King, Patricia Kirk, Shirley Kitzman, Linda Bunch Koiner, Martha Kologinczak v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals<br>**Middlesex Superior Court 2004 – 01353** | 06/17/04<br>Case No. 04 - 11368<br>GAO | 06/17/04 |

-51-

| | | |
|---|---|---|
| Mary Farnsworth, Michael Feliciotti, Joyce Felts, James Flanigan, Emma Flowers, Lorine Forrest, Sharilyn Franzman, Elsie Freds, Melissa Gaines, Vivian Gibbs, Pauline Gibson, Milton Gilliland, Eunice Golfis, Freda Goode, Richard Gray, Sylvia Gray, Maria Green, Sheri Green, Allison Greene, Connie Grissom v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01355** | **06/17/04** Case No. 04 - 11369 GAO | 06/17/04 |
| Ijoma Omenebelle, Lillie Francis Parker, Melba Parkinson, Phyliss Passalacqua, Christy Perkins, Karen Perkins, Joan Petrak, Rhonda Phillips, Roy Piazza, Patricia Pickell, Pamela Pidgeon, Dianne Pol, Hilda Porter, Thomas Foss, Carla Powell, Lee Powers, Lesley Price, Betty Purviance, Ava Nell Quinn, Maryann Quinn v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01356** | **06/17/04** Case No. 04 - 11370 GAO | 06/17/04 |
| Judy Phipps, Cynthia Poeggel, Marietta Poindexter, Doris Pollard-Samuel, Betty Powell, Esther Powell, Sheila Price, Vernice Pridgeon, Norma Puch, Cynthia Rahali, Judith Ann Rawlinson, Donald Reid, Linda Reynolds, Dena Rhodes, Judith C. Ries, Rita Robertson, Jeanetta Roland, Connie Ross, Robert Ruedrich, Nancy Russ v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01359** | **06/17/04** Case No. 04 - 11371 GAO | 06/17/04 |

-52-

| | | |
|---|---|---|
| Lola Stubbs, Elli Tatarsky, Rhonda Thompson, Citronella Todd, Stephanie Toy, Virginia Treague, Patricia Tyree, Nina Van Cleave, Erica A. Vela, Victoria Veney, Patricia Vicknair, Theresa Wall, Beverly Walters, Dorothy B. Walton, Virginia Ware, Comelia Warren, Linda Warren, Janet Webb, Debra Weber, Carolyn J. Weedon v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01360** | **06/17/04** Case No. 04 - 11872 GAO | 06/17/04 |
| Carla Cressionnie, Shelia Key, Ella Pedrick, Judy Sabatini, Versie Shackelford, Arthur Shackelford, Teresa Thomas, Cynthia Turner-Phipps, Ray Windham v. Indevus Pharmaceuticals, Inc, F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst. Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01644** | **06/17/04** Case No. 04 - 11873 GAO | 06/17/04 |
| Trinchua Dukes; John Fink; Brenda Mallard; Marilyn McKee; Norma Smith; Larry Poston, as Administrator of the Estate of Sylvia Poston v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 - 1732** | **06/17/04** Case No. 04 - 11874 GAO | 06/17/04 |
| Mary Mullany v. Wyeth, Inc.; Wyeth Pharmaceuticals, Inc.; Wyeth-Ayerst International, Inc.; and Interneuron Pharmaceuticals, Inc. **Middlesex Superior Court 2004 - 01771** | **06/17/04** Case No. 04 - 11875 GAO | |

-53-

| | | |
|---|---|---|
| Christina L. Mileo, Halvina Kay Miracle, Janice Morgan, Limmie L. Murphy, Hattie Myles, Ada Nelson, Charles Nelson, Irma Nelson, Sylvia O'Neill, Janine Paciarelli, Rosalie Paige, Janet Parham, Rebecca Parsons, Patricia Patrick, Evelyn Patterson, Elmer Patzkowski, Cynthia Perlson, Connie Perron, Minnie Perry, Nancy Peterson v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01830** | **06/18/04** Case No. 04 - 11386 GAO | 06/18/04 |
| Jennie Jones, Potenciana Juliano, Betty Keavency, Betty Keller, Tammy Kerver, Ellen Kjos, Karen Klauber, Debbie LaBarba, Helen Layaou, Josephine Lotrionte, Judith Manns, Lehman "Thomas" Massey, Eydie May, Linda McCain, Di Di McConnell, Janifer McDonald, Felicia McKay, Nancy McKiernan, Nina McLemore, Kirsten McMurtry v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01831** | **06/18/04** Case No. 04 - 11387 GAO | 06/18/04 |
| Patricia Garvin, Louvon Gearey, Kayle Girvin, Thomas Graves, Claudia Grogan, Amanda Gully, Melissa Harrison, Gilbert Hess III, Dorothy Holcomb, Carolyn Hopson, Yong Horton, Cherie House, Gertha Howard, Sheila Isaac, Gary Jackson, Shirley Jackson, Cindy Jacquet, Elizabeth Jenkins, Geneva Johnson, Lois Jones v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01832** | **06/18/04** Case No. 04 - 11388 GAO | 06/18/04 |

-54-

| | | |
|---|---|---|
| Elizabeth Clark, Carol Clem, Linda Conover, Gloria Coronado, Glyn Cotton, Nona Crawford-Robinson, Melinda Currie, Adalina Delos Reyes, Maurna Devane, Grace Dillon, Betty Donovan, Ruth A. Edelen, Calton Edwards, Vickie Efferson, Dorothy Emery, Mary Farmer, Marjorie Feaster, Lisa Forbes, Sharon Fountain, Patricia Freeman v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01333** | **06/18/04** Case No. 04 - 11389 GAO | 06/18/04 |
| Joseph Russell, Myrtie Schneider, Vicki Schopmyer, Shirley Seaward, Bennes Kay Seydel, Deborah Shavies, Margaret Sisk, Andrea L. Smedley-Hasty, Narcissus Smith, Paul Smith, Raymond J. Smith, Robert Smith, Saralee Smith, William Sosebee, Lisa Sperow, Cheryl Spurlock, Carolyn Stanley, Martha Staples, Caryl Stephens, Velma Stephens v. Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals **Middlesex Superior Court 2004 – 01334** | **06/18/04** Case No. 04 - 11390 GAO | 06/18/04 |