### Wyeth Diet Drug MASTER Plaintiff/Defendant Counsel List
**Massachusetts Cases**

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>Samuel W. Lanham, Jr.<br>Cuddy & Lanham, P.A.<br>470 Evergreen Woods<br>Bangor, ME  04401<br>(207) 942-2898<br><br>Neil D. Overholtz<br>Aylstock, Witkin & Sasser, P.L.C.<br>55 Baybridge Drive<br>P.O. Box 1147<br>Gulf Breeze, FL  32562-1147<br>(850) 916-7450 | Andrus, Mary, et al.<br>Apperson, Kathy, et al.<br>Anderson, Lisa, et al.<br>Amadeo, Theresa, et al.<br>Alexander, Terry, et al.<br>Richard, Laura, et al.<br>Sylvester, Lisa, et al.<br>Watson, Fannie, et al.<br>Truxillo, Dana, et al.<br>Bennett, Carmen, et al.<br>Ausevich, Dorothy, et al.<br>Antoniou, Nicky, et al.<br>Wirkkala, Sophia, et al.<br>Cockrell, Karen, et al.<br>Ford, Larry, et al.<br>Duffy, Hope, et al.<br>Henry, Evangela, et al.<br>Green, Audrey, et al.<br>Knott, Callie, et al.<br>Irving, Patricia Ann, et al.<br>Mikel, Eileen, et al.<br>Malone, James, et al.<br>Perschall, Elsa, et al.<br>Horton, Cheryl, et al.<br>Barlow, Colleen, et al.<br>Simoneaux, Earline, et al.<br>Netherland, Connie, et al.<br>Adams, Thelda, et al.<br>Burton, Deanna, et al.<br>Blakenship, Ellis, et al.<br>Daigle, Carl, et al.<br>Barry, Becky, et al.<br>Banfield, Joy, et al.<br>Jones, Zina, et al.<br>Adkins, Tammy, et al. **(Wyeth not sued)**<br>Ellis, Patricia, et al.<br>Cressionnie, Carla, et al.<br>Datcher, Kenya, et al.<br>Dukes, Trinchua, et al. |

-2-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>Neil D. Overholtz<br>Aylstock, Witkin & Sasser, P.L.C.<br>55 Baybridge Drive<br>P.O. Box 1147<br>Gulf Breeze, FL  32562-1147<br>(850) 916-7450 | Capers, Barnell, et al. |

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA 02114<br>(617) 227-3030<br><br>J. Christopher Ide<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314 | Hill, James Sr.<br>Suber, Scott, et al.<br>Symonds, Barbara, et al.<br>Dumond, Lisa, et al.<br>Spencer, Hattie, et al.<br>Meidinger, Josephine, et al.<br>Kozma, Barbara, et al.<br>Beane, Carol, et al.<br>Krishnappa, Anna, et al.<br>Badger, Luise, et al.<br>Rhone, Barbara A., et al.<br>Roberts, Jamie, et al.<br>Carver, Ruth, et al.<br>Clayton, Patricia, et al.<br>Wright, Linda, et al.<br>Hansen, Julee, et al.<br>Anderson, Joyce, et al.<br>Simmons, Diane, et al.<br>Mileo, Christina, L., et al.<br>Jones, Jennie, et al.<br>Garvin, Patricia, et al.<br>Clark, Elizabeth, et al.<br>Russell, Joseph, et al.<br>Wellington, Paul J., et al.<br>Collins, Mary, et al.<br>Boomhower, Mary, et al.<br>Althen, Connie (Roberson), et al.<br>Vermillion, Jerry, et al.<br>Adeleke, Joann, et al.<br>Reed, Joan, et al.<br>Medlock, James, et al.<br>Kramer, Linda, et al.<br>Jeffries, Mary, et al.<br>Gulledge-Smith, Dana, et al.<br>Farnsworth, Mary, et al.<br>Omenebelle, Ijoma, et al.<br>Phipps, Judy, et al.<br>Stubbs, Lola, et al.<br>Garcia, Josephine **(Wyeth not sued)** |

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>David P. Matthews (Texas Bar No. 13206200)<br>Julie L. Rhoades (Texas Bar No. 16811710)<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX  77002-1776 | Burgess, Lynn, et al.<br>Calkins, George, et al.<br>Lane, Doris, et al.<br>Franklin, Lori, et al.<br>Brown, Lisette, et al.<br>Alvarado, Martin, et al.<br>Bennett, Betty, et al.<br>Ross, Vivian, et al.<br>Allen, Jana, et al.<br>Campbell, Daryl Valine, et al.<br>Jones, Tony, et al.<br>Williams, Cynthia, et al. |

-5-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>Dana G. Kirk (SBN 11507500)<br>Kirk Law Firm<br>4265 San Felipe Street, Suite 1450<br>Houston, TX  77027<br>(713) 651-0050<br><br>Robert J. Binstock (SBN 02328350)<br>Reich & Binstock, LLP<br>4265 San Felipe Street, Suite 1000<br>Houston, TX  77027<br>(713) 622-7271 | Sosa, Judy, et al. |

-6-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>K. Stephen Jackson<br>Joseph L. Tucker<br>K. Stephen Jackson, P.C.<br>2229 First Avenue North<br>Birmingham, AL  35203<br>(205) 252-3535 | Anderson, Gertrude, et al.<br>Perkins, Joseph, et al.<br>Laird, Maryann<br>Walker, Mary<br>Stewart, Darrell M.<br>Pardue, Joann |

-7-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>John R. Oldham<br>Faddis, Oldham & Smith, P.A.<br>2709 W. Fairbank Avenue, Suite 200<br>Winter Park, FL  32789 | Jauregui-Ruiz, Janina, et al.<br>Kajkowski, Chester, et al.<br>Antuono, Jane, et al.<br>Carothers, Sandra, et al.<br>Daily, Debbie, et al.<br>Alkire, Mary, et al.<br>Ellis, Kristin, et al.<br>Cedeno, Gloria, et al.<br>Asbelle, Jacqueline, et al.<br>Erick, Deborah, et al.<br>Saluzzo, Lynne, et al.<br>Miller, Robin, et al.<br>Britton, Kimberly, et al.<br>Balistreri, Dolores, et al.<br>DaCasta, Rhoda, et al. |

-8-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>William R. Gray<br>John A. Purvis<br>Patrick T. Murphy<br>Purvis, Gray & Murphy, LLP<br>1050 Walnut Street, Suite 501<br>Boulder, CO  80302<br><br>Donald G. Beebe<br>William K. Grisham<br>Donald G. Beebe, P.C.<br>P.O. Drawer 85029<br>Mobile, AL  36685-0249 | Armstrong, Angie, et al.<br>Aguilar, Connie, et al.<br>Colerick, Louise, et al.<br>Atherton, Wilma, et al.<br>Fuller, Gloria, et al. |

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>Greg McEwen<br>McEwen Law Firm Ltd.<br>5850 Blackshire Path<br>Inver Grove Heights, MN  55076 | Strong, Amy, et al.<br>Ellingson, Marlys, et al.<br>Chalkline, Harold, et al. |

-10-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA 02114<br>(617) 227-3030<br><br>Robert J. Binstock (SBN 02328350)<br>Reich & Binstock, LLP<br>4265 San Felipe Street, Suite 1000<br>Houston, TX 77027<br>(713) 622-7271 | Hauk, Debbie, et al.<br>Ambroz, Dorothy, et al. |

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>Edward A. Williamson<br>Fenton B. Deweese, II<br>Tashia R. Shannon<br>The Edward A. Williamson Law Firm<br>509 Church Avenue<br>Philadelphia, MS  39350<br>(601) 656-5634 | Miller, Debra M., et al.<br>Ewing, Gloria M., et al. |

-12-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>Riley L. Burnett<br>Johnson, Burnett & Chang, L.L.P.<br>5005 Riverway, Suite 250<br>Houston, TX  77056 | Cole, Jackie, et al.<br>Hunt, Brenda, et al.<br>Adams, Patricia, et al.<br>Taylor, Linda, et al.<br>Jenkins, Carolyn, et al.<br>Arrowood, Charles, et al.<br>Black, Micheal, et al. |

-13-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>Michael A. Lee<br>Stuart V. Kusin<br>Susman Godfrey L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002<br>(713) 651-9366 | Dacus, Jerry, et al.<br>Armstrong, Talisha, et al.<br>Crouch, Patsy, et al.<br>Carr, Elizabeth, et al.<br>Alden, Sandra, et al.<br>Chance, Frances, et al.<br>Harrelson, Dorine, et al.<br>Bailey, Linda, et al.<br>Luckritz, , Jim, et al.<br>Kline, Sanda, et al.<br>Anderson, Sue, et al.<br>Dolliver, Linda, et al.<br>Hitchcock, Dianna, et al.<br>Cline, Lorraine, et al.<br>Arnold, Russell, et al.<br>Bischof, Elizabeth F., et al.<br>Barefoot, Debra, et al.<br>Cowell, Mary, et al.<br>Fletcher, Ellen, et al.<br>Bishop, Vickie M., et al.<br>Ault, Lynnette, et al.<br>Benton, Linda, et al.<br>Baker, Sharon J.<br>Reital, Waneta, et al.<br>Beznaiguia, Cherie, et al.<br>Bowman, Sylvia, et al.<br>Hill, Luvoise, et al. |

-14-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
| --- | --- |
| Dante G. Mummolo (BBO No. 360980)<br>Iannella and Mummolo<br>One Boston Place, Suite 3615<br>Boston, MA  02108<br>(617) 742-1388<br>(617) 742-1424 fax<br><br>Russell T. Abney<br>Watts Law Firm, LLP<br>The Mellie Esperson Building, 16th Floor<br>815 Walker Street<br>Houston, TX  77002<br>(713) 225-0500<br>(713) 225-0566 fax | Bartholomew, Barbara, et al. |

-15-

| **Plaintiffs' Attorney Address** | **Case Name (lead Plaintiff)** |
|---|---|
| Dante G. Mummolo (BBO No. 360980)<br>Iannella and Mummolo<br>One Boston Place, Suite 3615<br>Boston, MA  02108<br>(617) 742-1388<br>(617) 742-1424 fax<br><br>T. Bryan Akin, III<br>Watts Law Firm, LLP<br>The Mellie Esperson Building, 16th Floor<br>815 Walker Street<br>Houston, TX  77002<br>(713) 225-0500<br>(713) 225-0566 fax | Becker, Evelyn, et al. |

-16-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>W. Paul Wilkins<br>LeBlanc & Waddell<br>Essen Centre, Suite 420<br>Baton Rouge, LA  70809 | Walker, Francise, et al.<br>Rome, Jody, et al.<br>Morris, Patsy, et al.<br>Gilmore, Pauline, et al.<br>Badeaux, Pauline, et al.<br>**Kim, Hebert, et al.**<br>**  [should be Hebert, Kim]**<br><br>Soignet, Frances, et al.<br>Amidon, Gordon, et al.<br>Cosey, Vivian, et al.<br>Bourgeois, Barbara, et al.<br>Fiore, Judith, et al.<br>Jefferson, Mamie, et al.<br>Munster, Helen, et al. |

| **Plaintiffs' Attorney Address** | **Case Name (lead Plaintiff)** |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>J. Michael Moore<br>Guerra & Moore, Ltd., LLP<br>440 Louisiana, Suite 1510<br>Houston, TX  77002<br>(713) 223-4311 | Hoffman, Frances, et al.<br>Akehurst, Zebra, et al.<br>Campbell, Terrie, et al.<br>Hampel, Vicki |

-18-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>J. Robert Davis<br>Mignon Angelette Gill<br>Law Offices of J. Robert Davis, LLP<br>440 Louisiana, Suite 1930<br>Houston, TX  77002<br>(713) 425-5255 | Rhudy, Jerry, et al.<br>Anderson, Kathy, et al. |

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
| --- | --- |
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>Adam Pulaski<br>Pulaski & Middleman, L.L.C.<br>1177 West Loop South, Suite 400<br>Houston, TX  77027 | Aroca, Michelle, et al. |

-20-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>Keith M. Jensen<br>Law Offices of Keith M. Jensen, P.C.<br>514 E. Belknap<br>Fort Worth, TX 76102<br>(817) 334-0762 | Brandenburg, Pat, et al. |

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA  02114<br>(617) 227-3030<br><br>Steven W. Harris<br>Harris Law Firm<br>4407 Parliament Drive<br>Alexandria, LA  71315-3701<br>(318) 487-1978 | Tyson, Annamarie, et al. |

-22-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Edward J. Barshak (BBO No. 032040)<br>Michael S. Appel (BBO No. 543898)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA 02114<br>(617) 227-3030<br><br>Robert J. Morris<br>Morris & McAnnally, LLC<br>10365 Holtville Road<br>P.O. Box 220406<br>Deatsville, AL 36022<br>(334) 569-1820 | Putman, Staci, et al. |

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Michael P. Friedman (BBO No. 180200)<br>Brickley, Sears & Sorett, P.A.<br>75 Federal Street<br>Boston, MA  02110<br>(617) 542-0896<br><br>Napoli Kaiser Bern & Associates, LLP<br>3500 Sunrise Highway<br>Suite T-207<br>Great River, NY  11739<br>(631) 224-1133 | Anderberg, Sara K., et al.<br>Fowler, Penny L., et al.<br>Allen-Dixon, Carolyn J., et al.<br>Barber, Sabrina L., et al.<br>Alderson, LuAnn F., et al.<br>Boyd-Taylor, Theresa E., et al.<br>Abraham, Deborah C., et al.<br>Bouche, Lawrence J., et al. |

-24-

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| David C. Strouss (BBO #546253)<br>Marilyn T. McGoldrick (BBO #561766)<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA  02110<br>(617) 720-1333<br><br>Ellen A. Presby (Texas State Bar #16249600)<br>Amy M. Carter (Texas State Bar #24004580)<br>Amy J. Shahan (Texas State Bar #00797564)<br>Jory D. Lange, Jr. (Texas State Bar #24041294)<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>(214) 521-3605 | Johnson, Linda Marlene, et al.<br>Malzahn, Holly Marie, et al.<br>Willette, Susan E., et al. |

| Plaintiffs' Attorney Address | Case Name (lead Plaintiff) |
|---|---|
| Michael R. Hugo (BBO #243890)<br>Lopez, Hodes, Restaino, Milman & Skikos<br>95 Commercial Wharf<br>Boston, MA  02110<br>(617) 973-9777<br>(617) 227-4006 (fax) | Mullany, Mary<br>(Mullaney?) |

Russell T. Abney
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX  77002
(713) 225-0500
(713) 225-0566 fax

T. Bryan Akin, III
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX  77002
(713) 225-0500
(713) 225-0566 fax

Edward J. Barshak (BBO No. 032040)
Michael S. Appel (BBO No. 543898)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA  02114
(617) 227-3030

Donald G. Beebe
William K. Grisham
Donald G. Beebe, P.C.
P.O. Drawer 85029
Mobile, AL  36685-0249

Robert J. Binstock (SBN 02328350)
Reich & Binstock, LLP
4265 San Felipe Street, Suite 1000
Houston, TX  77027
(713) 622-7271

Riley L. Burnett
Johnson, Burnett & Chang, L.L.P.
5005 Riverway, Suite 250
Houston, TX  77056

J. Robert Davis
Mignon Angelette Gill
Law Offices of J. Robert Davis, LLP
440 Louisiana, Suite 1930
Houston, TX  77002
(713) 425-5255

-2-

Michael P. Friedman (BBO No. 180200)
Brickley, Sears & Sorett, P.A.
75 Federal Street
Boston, MA  02110
(617) 542-0896

William R. Gray
John A. Purvis
Patrick T. Murphy
Purvis, Gray & Murphy, LLP
1050 Walnut Street, Suite 501
Boulder, CO  80302

Steven W. Harris
Harris Law Firm
4407 Parliament Drive
Alexandria, LA  71315-3701
(318) 487-1978

Michael R. Hugo (BBO #243890)
Lopez, Hodes, Restaino, Milman & Skikos
95 Commercial Wharf
Boston, MA  02110
(617) 973-9777
(617) 227-4006 (fax)

J. Christopher Ide
Miller & Associates
105 North Alfred Street
Alexandria, VA  22314

K. Stephen Jackson
Joseph L. Tucker
K. Stephen Jackson, P.C.
2229 First Avenue North
Birmingham, AL  35203
(205) 252-3535

Keith M. Jensen
Law Offices of Keith M. Jensen, P.C.
514 E. Belknap
Fort Worth, TX 76102
(817) 334-0762

-3-

Dana G. Kirk (SBN 11507500)
Kirk Law Firm
4265 San Felipe Street, Suite 1450
Houston, TX  77027
(713) 651-0050

Samuel W. Lanham, Jr.
Cuddy & Lanham, P.A.
470 Evergreen Woods
Bangor, ME  04401
(207) 942-2898

Michael A. Lee
Stuart V. Kusin
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX  77002
(713) 651-9366

David P. Matthews (Texas Bar No. 13206200)
Julie L. Rhoades (Texas Bar No. 16811710)
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
800 Commerce Street
Houston, TX  77002-1776

Greg McEwen
McEwen Law Firm Ltd.
5850 Blackshire Path
Inver Grove Heights, MN  55076

J. Michael Moore
Guerra & Moore, Ltd., LLP
440 Louisiana, Suite 1510
Houston, TX  77002
(713) 223-4311

Robert J. Morris
Morris & McAnnally, LLC
10365 Holtville Road
P.O. Box 220406
Deatsville, AL  36022
(334) 569-1820

-4-

Dante G. Mummolo (BBO No. 360980)
Iannella and Mummolo
One Boston Place, Suite 3615
Boston, MA  02108
(617) 742-1388
(617) 742-1424 fax

Napoli Kaiser Bern & Associates, LLP
3500 Sunrise Highway
Suite T-207
Great River, NY  11739
(631) 224-1133

John R. Oldham
Faddis, Oldham & Smith, P.A.
2709 W. Fairbank Avenue, Suite 200
Winter Park, FL  32789

Neil D. Overholtz
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
P.O. Box 1147
Gulf Breeze, FL  32562-1147
(850) 916-7450

Ellen A. Presby (Texas State Bar #16249600)
Amy M. Carter (Texas State Bar #24004580)
Amy J. Shahan (Texas State Bar #00797564)
Jory D. Lange, Jr. (Texas State Bar #24041294)
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
(214) 521-3605

Adam Pulaski
Pulaski & Middleman, L.L.C.
1177 West Loop South, Suite 400
Houston, TX  77027

David C. Strouss (BBO #546253)
Marilyn T. McGoldrick (BBO #561766)
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110
(617) 720-1333

-5-

W. Paul Wilkins
LeBlanc & Waddell
Essen Centre, Suite 420
Baton Rouge, LA  70809

Edward A. Williamson
Fenton B. Deweese, II
Tashia R. Shannon
The Edward A. Williamson Law Firm
509 Church Avenue
Philadelphia, MS  39350
(601) 656-5634