# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY ANDRUS; ELEANOR ARCHAMBEAU; DIANE BONNEAU; LERTIS CALDWELL; PRISCILLA COTE; THERESA DEJOY; LAURAL FANKHAUSER; NANCY KENNEDY; BARBARA WILLIAMS; LUCINDA YOUELL,<br><br>PLAINTIFFS,<br><br>v.<br><br>INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC; F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC.; A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 04-10911 GAO |

### WYETH'S ASSENTED TO MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES IN OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND

Defendant Wyeth[1] requests leave to file an memorandum in excess of twenty (20) pages in opposition to Plaintiffs' Motion for Remand. It is necessary to exceed the 20-page limit to present the relevant facts and legal arguments in a coherent manner and to ensure that the Court adequately understands the issues raised by plaintiffs' motion and Wyeth's opposition thereto. Plaintiffs have assented to this motion.

---

[1] Sued herein as Wyeth, Inc. f/k/a American Home Products Corporation and Wyeth Pharmaceuticals, Inc. f/k/a Wyeth-Ayerst Pharmaceuticals, Inc. a Division of American Home Products Corporation.

WHEREFORE, Wyeth, with the assent of plaintiffs, respectfully requests that the Court allow it leave to file the accompanying memorandum exceeding 20 pages, in opposition to Plaintiffs' Motion for Remand.

/s/ Janice W. Howe_____
William A. McCormack, BBO # 329580
Janice W. Howe, BBO # 242190
David Yamin, BBO # 562216
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated:   June 21, 2004

**CERTIFICATE OF CONFERENCE UNDER LOCAL RULE 7(A)(2)**

On June 21, 2004 Janice W. Howe, Esq., counsel for Wyeth, conferred with Edward J. Barshak, Esq., counsel for plaintiffs, regarding this motion. Mr. Barshak assented to Wyeth's Motion for Leave to File a Memorandum in Excess of Twenty Pages in Opposition to Plaintiffs' Motion for Remand.

/s/ Janice W. Howe_____
Janice W. Howe
*Counsel for Defendants Wyeth*
*and Wyeth Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2004, a true copy of the above document was served upon the following counsel by hand and by United States First Class Mail, postage prepaid:

*Counsel for Plaintiffs*
**By Hand**
Edward J. Barshak (BBO No. 032040)
Michael S. Appel (BBO No. 543898)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

**By United States First Class Mail**
Samuel W. Lanham, Jr.
Cuddy & Lanham, P.A.
470 Evergreen Woods
Bangor, ME 04401

**By United States First Class Mail**
Neil D. Overholtz
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
PO Box 1147
Gulf Breeze, FL 32562-1147

*Counsel for Defendants Indevus*
*Pharmaceuticals, Inc. and Boehringer*
*Ingelheim Pharmaceuticals, Inc.*

**By Hand**
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108

/s/ Janice W. Howe_____
Janice W. Howe
*Counsel for Defendants Wyeth*
*and Wyeth Pharmaceuticals, Inc.*