```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                          - - -

IN RE: DIET DRUGS (Phentermine/:
Fenfluramine/Dexfenfluramine    : MDL DOCKET NO. 1203
PRODUCTS LIABILITY LITIGATION   :     ALL CASES


                    Philadelphia, Pa.
                    March 4, 1998

     BEFORE LOUIS C. BECHTLE, CH. J. EMERITUS

                       HEARING

APPEARANCES:

          LEVIN, FISHBEIN, SEDRAN & BERMAN
          BY:  ARNOLD LEVIN, ESQUIRE,
          MICHAEL FISHBEIN, ESQUIRE and
          LAURENCE S. BERMAN, ESQUIRE and
          JONATHAN SHUB, ESQUIRE
          510 Walnut Street, Suite 500
          Philadelphia, Pa. 19106

          For Plaintiffs Paula Sherman, Faith
          Paone, Donna Jarrell



          DARRYL J. TSCHIRN, ESQUIRE
          416 Gravier Street
          New Orleans, LA  70130

          For Plaintiffs



          LIEFF, CABRASER, HEIMANN &
          BERNSTEIN, LLP
          BY:  ELIZABETH CABRASER, ESQUIRE
          Embarcadero Center West
          275 Battery Street, 30th Floor
          San Francisco, CA  94111-3339

          For Plaintiffs
```

1  convinced are at that point, until ou talked
2  about it. If you can arrive at some sort of a
3  completion of your pretrial work by November 1, I
4  don't have a problem telling Judge Katz he has a
5  case on November 2nd.
6       MR. THISTLE: We will work it out. Thank
7  you for your time.
8       THE COURT: There are one or two things.
9       Let me mention just one or two other items
10 that everyone here has to be concerned about.
11      When cases are transferred here, many times
12 they are transferred here and very little has been
13 done in the transferror court. They have been filed
14 there and they are a tagalong and everything kind of
15 stops, that allows it to work.
16      Although, in many instances there are
17 motions filed in the transferror court, some are
18 motions to remand back to state court. For example,
19 there might be other motions pending in the
20 transferror court at the time that the case is to be
21 transferred here. In virtually every instance, the
22 transferror court, when that court learns that it
23 could become involved in the MDL, they do not rule
24 on any of those motions. Although they have the
25 authority and, indeed, the power to do so, they --

1   it is a matter of custom, do not do it.  It is
2   better if they did, but they don't.
3           Point two.  When the cases come here, all
4   we receive, because of the waiver of the panel rule,
5   all we receive is a copy of the complaint and docket
6   sheet.  We don't get the file, we don't have any
7   file here for all of your cases.  We have a
8   complaint and the docket sheet.  That's all that we
9   have.  That's all that we want.
10          Now, that leaves a question as to what
11  about motions that were pending in the transferror
12  court that aren't here.  Okay.  The answer to that
13  is as follows:  This Court will decide all of those
14  motions.  If the moving party furnishes to the Court
15  -- it is very important, not files, but furnishes
16  to the Court, that means send to chambers, do not
17  file with the clerk -- furnish the Court with a copy
18  of the motion and any papers I need.  That includes
19  opposition, a copy of that, send that to me.  We
20  will decide those motions.
21          Now, if you don't do it, I assume you don't
22  want it decided.  It will remain undecided in the
23  transferror court.
24          So, again, if there is any motion that is
25  pending in a transferror court that was not decided