SENT BY: MORRIS & MCANNALLY L.L.C.;    334 569 1821;    OCT-21-03  5:11PM;    PAGE 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

03 OCT 20 PM 3:49

U.S. DISTRICT COURT
N.D. OF ALABAMA

PAMELA FLOYD, STACIE E. RICHARDS, and )
ANN RUTLEDGE, )
)
Plaintiffs, )
)
vs. )  Civil Action Number
)  03-C-2564-M
WYETH, a corporation; STACY STUBBLEFIELD, )
an individual; MICHAEL T. SULLIVAN, an )
individual; and BETSY R. WEAVER, an individual, )
)
Defendants. )

ENTERED
OCT 20 2003

## REMAND ORDER

Because the removing Defendant has failed to carry its heavy burden of proof of fraudulent joinder, and the attendant lack of complete diversity of the parties, this case is hereby REMANDED to the Circuit Court of Marshall County, Alabama, from whence it was improvidently removed.

The costs of this action are hereby taxed against the removing Defendant.

Done this 20th day of October, 2003.

Chief United States District Judge
U.W. Clemon

10