**Page 1**

```
  1        IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
  2                  ATLANTA DIVISION
  3
  4  IN RE: FEN-PHEN        )
                            ) DOCKET NO. 1:03-MD-1-RLV
  5                         )
                            )
  6                         ) ATLANTA, GEORGIA
                            )
  7                         )
  8  _____ )
  9            PROCEEDINGS
 10  BEFORE THE HONORABLE ROBERT L. VINING, JR., SENIOR UNITED
 11  STATES DISTRICT JUDGE.
 12  APPEARANCES OF COUNSEL:
 13
 14  FOR THE PLAINTIFFS:    ROBERT BUCK
                            ROBERT FINNELL
 15
 16  FOR THE DEFENDANTS:    ROBERT ROSENBAUM
 17
 18
 19
 20
                KIMBERLY C. BRAMLETT
 21             OFFICIAL COURT REPORTER
           P.O. BOX 6226, 600 E. FIRST STREET
 22             ROME, GEORGIA 30162
 23
 24
 25
```

UNITED STATES DISTRICT COURT

**Page 2**

```
  1  (ATLANTA, FULTON COUNTY, GEORGIA, AUGUST 27, 2003, IN
  2  OPEN COURT.)
  3       THE COURT: THIS MICROPHONE WORK? THAT'S UNUSUAL.
  4       LET ME MAKE ONE OR TWO OBSERVATIONS, AND I WILL HEAR
  5  WHAT ANYBODY HAS TO SAY ABOUT THESE CASES AND THE DIRECTION WE
  6  WILL GO IN.
  7       THE CLERK AND I WOULD APPRECIATE IT IF YOU DO NOT
  8  FILE ANY MORE PAPER PERIOD. I THINK THERE IS ENOUGH -- TO BE
  9  HONEST WITH YOU, WE JUST DO NOT HAVE THE SPACE TO TAKE CARE OF
 10  A BIG FILING. THE ONLY EXCEPTION TO THAT IS IF THERE IS AN
 11  EMERGENCY OR NECESSITY TO FILE ANYTHING, I WOULD ONLY WANT IT
 12  FILED IN ONE CASE, WHATEVER CASE YOU WANT TO FILE IT IN IS ALL
 13  RIGHT WITH ME.
 14       THE OTHER POINT I WANT YOU TO UNDERSTAND IS I AM
 15  GOING TO -- I AM GOING TO DISPOSE OF ALL OF THE MOTIONS TO
 16  REMAND THAT I CAN WITHOUT SENDING IT TO THE MULTI DISTRICT
 17  JUDGE, AND I AM GOING TO DO THAT BECAUSE IT IS LOCAL, AND I
 18  THINK IT OUGHT TO BE HANDLED HERE.
 19       SECOND IS, I HAVE READ WHAT HAS BEEN FILED AND THE
 20  HEARINGS BEFORE THE JUDGE, MULTI DISTRICT JUDGE, AND THAT JUDGE
 21  AS I READ IT, JUST DOES NOT WANT TO DEAL WITH THOSE MOTIONS, I
 22  GATHER. I SAY THAT VERY SIMPLY BY BEING ONE OF THE DISTRICT
 23  JUDGES, I KNOW HOW I WOULD FEEL ABOUT DEALING WITH CASES THAT
 24  INVOLVE SAY INDIANA LAW OR OREGON LAW OR CALIFORNIA LAW, AND
 25  WOULD PREFER THE LOCAL PEOPLE DO IT. SO, I AM GOING TO DO ALL
```

**Page 3**

```
  1  OF THE MOTIONS TO REMAND.
  2       I WILL HANDLE THOSE MOTIONS TO REMAND THIS WAY. IT
  3  APPEARS TO ME THAT EVERYTHING HAS -- THE RECORD IS COMPLETE, IT
  4  SEEMS. IF IT IS NOT, YOU CAN TELL ME IN A MINUTE. I WOULD NOT
  5  WANT ANY MORE PAPER FILED DEALING WITH THOSE MOTIONS. IF YOU
  6  WANT ORAL ARGUMENT, I WILL PROVIDE A DATE FOR THAT, AND YOU CAN
  7  HAVE ORAL ARGUMENTS.
  8       NOW, IF ANYONE WANTS TO ADD ANYTHING TO THAT, NOW IS
  9  THE TIME.
 10       MS. WALKER: YOUR HONOR, I AM CHRISNA WALKER
 11  REPRESENTING RUGBY LABORATORIES, ZENITH-GOLDLINE
 12  PHARMACEUTICALS, AND GOLDLINE LABORATORIES. I WOULD ONLY ASK
 13  THAT WE BE ALLOWED TO AT LEAST FILE ANSWERS TO THE COMPLAINT.
 14  MY THREE DEFENDANTS ARE PHENTERMINE, AND THE CASES WERE REMOVED
 15  TO THIS COURT AND SEVERAL OF THE DEFENDANTS HAVE FILED ANSWERS,
 16  BUT I HAVE NOT FILED AN ANSWER BECAUSE OF YOUR HONOR'S STAY.
 17       MR. FINNELL: YOUR HONOR, BOB FINNELL FROM ROME ON
 18  BEHALF OF THE PLAINTIFFS. ON OUR BEHALF, YOUR HONOR, WE ARE
 19  WILLING TO WAIVE ANY TIME BAR SO THEY CAN FILE THEIR ANSWERS IN
 20  A TIMELY MANNER TO SAVE ON THE PAPERWORK.
 21       THE COURT: I WILL GIVE YOU AN EXTENSION TO FILE YOUR
 22  ANSWERS. SO WHAT YOU NEED TO DO IS I WILL GIVE YOU A TIME
 23  LIMIT HERE IN JUST A MINUTE. IF YOU -- DO Y'ALL WANT ORAL
 24  ARGUMENT ON THE MOTION TO REMAND?
 25       MR. FINNELL: YOUR HONOR, OUR CONCERN IS A TIMELY
```