# BINGHAM McCUTCHEN

William A. McCormack
Direct Phone: (617) 951-8335
Direct Fax:    (617) 951-8736
william.mccormack@bingham.com

FILED
IN CLERK'S OFFICE
2004 JUN 29 P 1:13
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 29, 2004

**BY HAND**

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

Mr. Paul Lyness
Courtroom Clerk
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: **Mary Andrus, et al. v. Indevus Pharmaceuticals, Inc., et al.
C.A. No. 04-10911-GAO**

Dear Mr. Lyness:

Wyeth and Wyeth Pharmaceuticals, Inc. (collectively "Wyeth") have now substantially completed the removal of approximately 195 diet drug cases from the Middlesex Superior Court to the Massachusetts Federal District Court. Most of the cases name multiple plaintiffs. Edward Barshak, Esq. and Sugarman, Rogers, Barshak & Cohen represent the plaintiffs in most of these cases. These cases have been assigned to Judge O'Toole.

*Andrus* was the first case to be removed. In it, Wyeth has filed a motion seeking a stay of the cases pending transfer to the MDL court. Also in *Andrus*, the plaintiffs represented by Mr. Barshak and his firm filed a motion to remand.

Motions seeking remand have been filed in some other cases. An opposition and brief to the first of the additional remand motions is due next Tuesday, July 6, 2004. More remand motions and more oppositions and briefs will likely be filed over the next several weeks, unless a more convenient, efficient and less costly process can be arranged. There are other special removal related issues.

Wyeth and the plaintiffs represented by Mr. Barshak jointly request that the Court schedule a status conference to consider removal related issues. If convenient for the Court, these parties would be grateful if a status conference could be held this week before the flow of paperwork is scheduled to begin again on July 6.

Mr. Paul Lyness
June 29, 2004
Page 2

Thank you for considering this request.

Very truly yours,

*William McCormack*

William A. McCormack

/jjb

cc:   Edward J. Barshak, Esq.
      Samuel W. Lanham, Jr., Esq.
      Neil D. Overholtz, Esq.
      Matthew J. Matule, Esq.

Bingham McCutchen LLP
bingham.com