# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY ANDRUS; ELEANOR ARCHAMBEAU; DIANE BONNEAU; LERTIS CALDWELL; PRISCILLA COTE; THERESA DEJOY; LAURAL FANKHAUSER; NANCY KENNEDY; BARBARA WILLIAMS; LUCINDA YOUELL, <br><br> PLAINTIFFS, <br><br> v. <br><br> INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC; F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC.; A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> DEFENDANTS. | CIVIL ACTION <br> NO. 04-10911 GAO |

## WYETH'S MOTION TO ADMIT
## INGO W. SPRIE, JR. PRO HAC VICE

I, Janice W. Howe, a member of the Bar of this Court and a partner with the law firm of Bingham McCutchen LLP, counsel of record for Wyeth and Wyeth Pharmaceuticals, Inc. ("Wyeth") in this case, hereby move pursuant to Rule 83.5.3 of the Local Rules of this Court that Ingo W. Sprie, Jr., a partner in the law firm of Arnold & Porter LLP, be admitted to appear and practice in this Court in this case. Mr. Sprie is a member in good standing of the Bars of the State of New York and the State of New Jersey and the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey, there are no disciplinary proceedings pending against Mr. Sprie in any jurisdiction, and he is familiar with the Local Rules of this Court.

The affidavit of Ingo W. Sprie, Jr. in Support of Motion to Admit *Pro Hac Vice* is submitted herewith.

559769_1

WHEREFORE, Wyeth respectfully requests the Court grant the instant motion.

By their Attorneys,

/s/ Janice W. Howe
William A. McCormack, BBO # 329580
Janice W. Howe, BBO # 242190
David Yamin, BBO # 562216
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: July12, 2004

**CERTIFICATE OF SERVICE**

      This is to certify that I have on this 12th day of July, 2004, served Defendant Wyeth's Motion to Admit Ingo W. Sprie, Jr., upon all parties to the above-captioned action by hand, by United States First Class Mail, postage prepaid, or by Federal Express to the following:

*Counsel for Plaintiffs in Andrus et al v. Indevus Pharmaceuticals, Inc. et al*

Edward J. Barshak (BBO No. 032040)
Michael S. Appel (BBO No. 543898)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

Samuel W. Lanham, Jr.
Cuddy & Lanham, P.A.
470 Evergreen Woods
Bangor, ME 04401

Neil D. Overholtz
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
PO Box 1147
Gulf Breeze, FL 32562-1147

*Counsel of Record in other Massachusetts State Court Diet Drug Actions filed in Middlesex County*

Russell T. Abney
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX 77002
(713) 225-0500
(713) 225-0566 fax

Donald G. Beebe
William K. Grisham
Donald G. Beebe, P.C.
P.O. Drawer 85029
Mobile, AL 36685-0249

*Counsel for Defendants Indevus Pharmaceuticals, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc. in Andrus et al v. Indevus Pharmaceuticals, Inc. et al*

Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108

T. Bryan Akin, III
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX 77002
(713) 225-0500
(713) 225-0566 fax

Robert J. Binstock (SBN 02328350)
Reich & Binstock, LLP
4265 San Felipe Street, Suite 1000
Houston, TX 77027
(713) 622-7271

| | |
|---|---|
| Riley L. Burnett<br>Johnson, Burnett & Chang, L.L.P.<br>5005 Riverway, Suite 250<br>Houston, TX  77056 | J. Robert Davis<br>Mignon Angelette Gill<br>Law Offices of J. Robert Davis, LLP<br>440 Louisiana, Suite 1930<br>Houston, TX  77002<br>(713) 425-5255 |
| Michael P. Friedman (BBO No. 180200)<br>Brickley, Sears & Sorett, P.A.<br>75 Federal Street<br>Boston, MA  02110<br>(617) 542-0896 | William R. Gray<br>John A. Purvis<br>Patrick T. Murphy<br>Purvis, Gray & Murphy, LLP<br>1050 Walnut Street, Suite 501<br>Boulder, CO  80302 |
| Steven W. Harris<br>Harris Law Firm<br>4407 Parliament Drive<br>Alexandria, LA  71315-3701<br>(318) 487-1978 | J. Christopher Ide<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314 |
| K. Stephen Jackson<br>Joseph L. Tucker<br>K. Stephen Jackson, P.C.<br>2229 First Avenue North<br>Birmingham, AL  35203<br>(205) 252-3535 | Keith M. Jensen<br>Law Offices of Keith M. Jensen, P.C.<br>514 E. Belknap<br>Fort Worth, TX 76102<br>(817) 334-0762 |
| Dana G. Kirk (SBN 11507500)<br>Kirk Law Firm<br>4265 San Felipe Street, Suite 1450<br>Houston, TX  77027<br>(713) 651-0050 | David P. Matthews (Texas Bar No. 13206200)<br>Julie L. Rhoades (Texas Bar No. 16811710)<br>Abraham, Watkins, Nichols,<br>   Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX  77002-1776 |
| Michael A. Lee<br>Stuart V. Kusin<br>Susman Godfrey L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002<br>(713) 651-9366 | J. Michael Moore<br>Guerra & Moore, Ltd., LLP<br>440 Louisiana, Suite 1510<br>Houston, TX  77002<br>(713) 223-4311 |
| Greg McEwen<br>McEwen Law Firm Ltd.<br>5850 Blackshire Path<br>Inver Grove Heights, MN  55076 | Dante G. Mummolo (BBO No. 360980)<br>Iannella and Mummolo<br>One Boston Place, Suite 3615<br>Boston, MA  02108<br>(617) 742-1388<br>(617) 742-1424 fax |

John R. Oldham
Faddis, Oldham & Smith, P.A.
2709 W. Fairbank Avenue, Suite 200
Winter Park, FL  32789

Adam Pulaski
Pulaski & Middleman, L.L.C.
1177 West Loop South, Suite 400
Houston, TX  77027

Edward A. Williamson
Fenton B. Deweese, II
Tashia R. Shannon
The Edward A. Williamson Law Firm
509 Church Avenue
Philadelphia, MS  39350
(601) 656-5634

Napoli Kaiser Bern & Associates, LLP
3500 Sunrise Highway
Suite T-207
Great River, NY  11739
(631) 224-1133

W. Paul Wilkins
LeBlanc & Waddell
Essen Centre, Suite 420
Baton Rouge, LA  70809

/s/ Janice W. Howe
Janice W. Howe
*Counsel for Defendants Wyeth*
*and Wyeth Pharmaceuticals, Inc.*