BINGHAM McCUTCHEN

July 12, 2004

**BY HAND**

The Hon. George A. O'Toole, Jr.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617 951 8000
617 951 8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

Re: *Andrus et al. v. Indevus Pharmaceuticals, Inc., et al*,
No. 1:04-cv-10911-GAO and other diet drug cases

Dear Judge O'Toole:

We represent defendant Wyeth in the 193 diet drug cases recently removed to this Court and write to respectfully suggest several agenda items for the status conference on July 13, 2004.

**Wyeth's motion for a stay.** Wyeth has moved to stay all 193 diet drug cases pending transfer to the diet drug MDL Court so that the MDL Court can decide the remand motions (thus far remand motions have been filed in 133 cases and motions are anticipated in all cases). The MDL Court has already decided numerous similar motions. A decision to stay the cases would moot the need to brief and argue the motions for remand in this Court. Wyeth will be prepared to address the merits of the stay motion at the conference if the Court decides to hear the issue at that time.

**Plaintiffs' motions to remand.** In the event the Court wishes the parties to brief the remand motions, Wyeth respectfully suggests that the Court set a schedule for consolidated briefing and argument. All, or substantially all, of the cases present the issue of whether defendant Indevus Pharmaceuticals, Inc. ("Indevus") has been fraudulently joined. Certain other cases also present the issues whether Boehringer Ingelheim Pharmaceuticals, Inc. has been fraudulently joined, whether Wyeth sales representatives have been fraudulently joined, and whether plaintiffs can defeat jurisdiction as to an entire action by misjoining the claims of one plaintiff who is non-diverse from a defendant with the claims of numerous other plaintiffs who are diverse from defendants. Consolidated briefing and argument will eliminate repetition and facilitate orderly resolution of the issues.

NY_203005_1.DOC

The Hon. George A. O'Toole, Jr.
July 12, 2004
Page 2

Bingham McCutchen LLP
bingham.com

**Fraudulent joinder of sales representatives.** Three cases filed by Thornton & Naumes LLP name as defendants 115 Wyeth and Indevus sales representatives. These sales representatives live in 22 different states, and only one defendant out of the 115 is alleged to be a Massachusetts resident. Wyeth believes that these sales representative defendants are fraudulently joined, among other things, because they have no contacts with Massachusetts and are not amendable to service in this state. Wyeth therefore intends to request this Court to order plaintiffs' counsel to disclose to Wyeth, prior to Wyeth's briefing these issues, plaintiffs' counsel's basis for believing that each sales representative is amendable to suit in Massachusetts. That basic information should be readily available to counsel who filed these claims. That information will permit Wyeth and the Court to focus attention on the presumably few, if any, such defendants as to which plaintiffs' claims are not wholly frivolous.

**Other sales representative issues.** Counsel for Wyeth intends to represent its current and former employees and will request additional time to contact these defendants to obtain retainer agreements and to file responsive pleadings.

Thank you for your consideration of these matters.

Respectfully,

*Janice W. Howe*

Janice W. Howe

cc:   Counsel of Record (Via Facsimile)

NY_203005_1.DOC

## Counsel of Record

Russell T. Abney
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX 77002
(713) 225-0500
(713) 225-0566 fax

T. Bryan Akin, III
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX 77002
(713) 225-0500
(713) 225-0566 fax

Edward J. Barshak (BBO No. 032040)
Michael S. Appel (BBO No. 543898)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Donald G. Beebe
William K. Grisham
Donald G. Beebe, P.C.
P.O. Drawer 85029
Mobile, AL 36685-0249

Robert J. Binstock (SBN 02328350)
Reich & Binstock, LLP
4265 San Felipe Street, Suite 1000
Houston, TX 77027
(713) 622-7271

Riley L. Burnett
Johnson, Burnett & Chang, L.L.P.
5005 Riverway, Suite 250
Houston, TX 77056

J. Robert Davis
Mignon Angelette Gill
Law Offices of J. Robert Davis, LLP
440 Louisiana, Suite 1930
Houston, TX 77002
(713) 425-5255

Michael P. Friedman (BBO No. 180200)
Brickley, Sears & Sorett, P.A.
75 Federal Street
Boston, MA 02110
(617) 542-0896

William R. Gray
John A. Purvis
Patrick T. Murphy
Purvis, Gray & Murphy, LLP
1050 Walnut Street, Suite 501
Boulder, CO 80302

Steven W. Harris
Harris Law Firm
4407 Parliament Drive
Alexandria, LA 71315-3701
(318) 487-1978

Michael R. Hugo (BBO #243890)
Lopez, Hodes, Restaino, Milman & Skikos
95 Commercial Wharf
Boston, MA 02110
(617) 973-9777
(617) 227-4006 (fax)

J. Christopher Ide
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314

K. Stephen Jackson
Joseph L. Tucker
K. Stephen Jackson, P.C.
2229 First Avenue North
Birmingham, AL 35203
(205) 252-3535

Keith M. Jensen
Law Offices of Keith M. Jensen, P.C.
514 E. Belknap
Fort Worth, TX 76102
(817) 334-0762

Dana G. Kirk (SBN 11507500)
Kirk Law Firm
4265 San Felipe Street, Suite 1450
Houston, TX 77027
(713) 651-0050

Samuel W. Lanham, Jr.
Cuddy & Lanham, P.A.
470 Evergreen Woods
Bangor, ME 04401
(207) 942-2898

Michael A. Lee
Stuart V. Kusin
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
(713) 651-9366

David P. Matthews (Texas Bar No. 13206200)
Julie L. Rhoades (Texas Bar No. 16811710)
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Greg McEwen
McEwen Law Firm Ltd.
5850 Blackshire Path
Inver Grove Heights, MN 55076

J. Michael Moore
Guerra & Moore, Ltd., LLP
440 Louisiana, Suite 1510
Houston, TX 77002
(713) 223-4311

Robert J. Morris
Morris & McAnnally, LLC
10365 Holtville Road
P.O. Box 220406
Deatsville, AL 36022
(334) 569-1820

Dante G. Mummolo (BBO No. 360980)
Iannella and Mummolo
One Boston Place, Suite 3615
Boston, MA 02108
(617) 742-1388
(617) 742-1424 fax

Napoli Kaiser Bern & Associates, LLP
3500 Sunrise Highway
Suite T-207
Great River, NY 11739
(631) 224-1133

John R. Oldham
Faddis, Oldham & Smith, P.A.
2709 W. Fairbank Avenue, Suite 200
Winter Park, FL 32789

Neil D. Overholtz
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
P.O. Box 1147
Gulf Breeze, FL 32562-1147
(850) 916-7450

Ellen A. Presby (Texas State Bar #16249600)
Amy M. Carter (Texas State Bar #24004580)
Amy J. Shahan (Texas State Bar #00797564)
Jory D. Lange, Jr. (Texas State Bar #24041294)
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605

Adam Pulaski
Pulaski & Middleman, L.L.C.
1177 West Loop South, Suite 400
Houston, TX 77027

David C. Strouss (BBO #546253)
Marilyn T. McGoldrick (BBO #561766)
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

W. Paul Wilkins
LeBlanc & Waddell
Essen Centre, Suite 420
Baton Rouge, LA 70809

Edward A. Williamson
Fenton B. Deweese, II
Tashia R. Shannon
The Edward A. Williamson Law Firm
509 Church Avenue
Philadelphia, MS 39350
(601) 656-5634