William A. McCormack
Direct Phone:  (617) 951-8335
Direct Fax:     (617) 951-8736
william.mccormack@bingham.com


July 14, 2004

Clerk
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**Re:  Mary Andrus, et al. v. Indevus Pharmaceuticals, Inc., et al.
       C.A. No. 04-10911-GAO**

Dear Sir/Madam:

In accordance with Judge O'Toole's order of July 13, 2004, arising out of a status conference on that day concerning the Massachusetts diet drug litigation, enclosed for filing in the above-referenced case is a proposed order designating *Andrus, et al. v. Indevus Pharmaceuticals, et al.*, 04-10911 as the common action in which to file all papers concerning diet drug product liability actions involving Indevus Pharmaceuticals.

A copy of this letter and the attached draft order have been sent to all counsel of record in all of the diet drug cases removed from Middlesex Superior Court to this Court.

Very truly yours,


William A. McCormack

/jjb
Enclosure
cc:    All Plaintiffs' Counsel of Record
       Matthew J. Matule, Esq.
       (each w/Enclosure)

Clerk
July 14, 2004
Page 2

bcc:   Ingo Sprie, Esq. (Via Email)
      Daniel S. Pariser, Esq. (Via Email)
      Keith C. Buell, Esq. (Via Email)
      Janice W. Howe, Esq.
      David Yamin, Esq.
      (each w/Enclosure)