UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mary Andrus; Eleanor Archambeau; Diane Bonneau; Lertis Caldwell; Priscilla Cote; Theresa DeJoy; Laural Fankhauser; Nancy Kennedy; Barbara Williams; Lucinda Youell,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division Of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 04-10911 GAO |

**<u>ORDER</u>**

The words "In Re Massachusetts Diet Drug Litigation" shall precede and become a part of the case name of *Andrus, et al. v. Indevus Pharmaceuticals, Inc., f/k/a Interneuron Pharmaceuticals, Inc., et al.,* Civil Action No. 04-10911 GAO. The cases that currently comprise the Massachusetts Diet Drug Litigation are listed in the attached exhibit. Diet drug cases may be added from time to time by filing a motion to amend the attached case list exhibit. Any party to the Massachusetts Diet Drug Litigation may file a pleading or other document in Civil Action No. 04-10911 GAO designating that it applies to all, or to certain named cases, in the Massachusetts Diet Drug Litigation. The pleading or other document then shall be

LITDOCS/560028.1

2

considered filed in all, or in the cases named, of the Massachusetts Diet Drug Litigation as if it had been filed in all, or in the certain named diet drug cases, with the appropriate caption, individual civil action number and other individual case identifying characteristics. Thus, for example, a party could file one motion to remand in Civil Action No. 04-10911 GAO designating it to apply to all of the Massachusetts diet drug cases. For any pleading or other document so filed, notice by the clerk on behalf of the Court shall be given once only to all counsel of record in the Massachusetts Diet Drug Litigation.

    So Ordered this _____ day of July, 2004.

                                                         Honorable George A. O'Toole