UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mary Andrus; Eleanor Archambeau; Diane Bonneau; Lertis Caldwell; Priscilla Cote; Theresa DeJoy; Laural Fankhauser; Nancy Kennedy; Barbara Williams; Lucinda Youell,<br><br>    Plaintiffs<br><br>v.<br><br>Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division Of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc., | CIVIL ACTION NO.<br>04-10911 GAO |

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY

Michael P. Friedman, as counsel for certain Plaintiffs in diet drug product liability cases that are subject to this court's order dated July 13, 2004 in the above captioned case, hereby moves on behalf of all such Plaintiffs for whom he is counsel in these cases to join in and adopt on behalf of his clients, the Opposition to Defendant's Motion to Stay filed by counsel for the Plaintiff's in the above captioned case.

Respectfully submitted this 22th day of July, 2004.

The Plaintiffs

By their attorneys,

_/s/ Michael Friedman (w/ authority)_
Michael P. Friedman (BBO # 180200)
Brickley, Sears & Sorett P.A.
75 Federal Street, 17th Floor
Boston, MA 02110
(617) 542-0896

Paul J. Napoli *(Motion for Pro Hac Vice to be filed)*
Marc Jay Bern *(Motion for Pro Hac Vice to be filed)*
Napoli Kaiser Bern & Associates, LLP
Sunrise Highway, Suite T-207
Great River, NY 11739
(631) 224-1133

Dated: July 22 2004

## CERTIFICATE OF SERVICE

This is to certify that I have on this 22nd day July, 2004 served Plaintiff's Motion to Remand along with Plaintiff's Opposition to Defendant's Motion to Stay upon all parties to the above captioned action by United States First Class Mail, postage prepaid, or by Federal Express to the following:

Counsel for Defendants Indevus Pharmaceuticals, Inc.
and Boehringer Ingelheim Pharmaceuticals, Inc.

Mathew J. Matule, (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

Counsel for Defendants Wyeth and
Wyeth Pharmaceuticals, Inc.

William A. McCormack, (BBO #329580)
Janice W. Howe, (BBO #242190)
David Yamin, (BBO #562216)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

_____
Michael P. Friedman
Counsel for the Plaintiffs