# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: MASSACHUSETTS DIET DRUG LITIGATION, CONSOLIDATED DOCKET<br>*Andrus, et al. v. Idevus Pharmaceuticals, Inc.* | ) ) ) ) | Civil Action No.:<br>04-10911-GAO |
| | | |
| MARY ANDRUS, *et al*, | ) ) | **REMOVED FROM THE** |
| Plaintiff, | ) ) | **MIDDLESEX COUNTY SUPERIOR COURT** |
| v. | ) ) | **CAUSE NO. 04-1771-Q** |
| WYETH, INC.; WYETH PHARMACEUTICALS, INC.; WYETH-AYERST INTERNATIONAL, INC.; and INDEVUS PHARMACEUTICALS, INC. F/K/A INTERNEURON PHARMACEUTICALS, INC. | ) ) ) ) ) ) | Civil Action No.<br>04-11375-GAO |
| Defendants. | ) | |

### PLAINTIFF MARY MULLANEY'S MOTION TO REMAND, And FOR SANCTIONS, PURSUANT TO F.R.Civ.P. RULE 11 And BRIEF IN SUPPORT THEREOF

*NOTE TO CLERK:*
*THIS PLEADING REFERS ONLY TO PLAINTIFF MARY MULLANEY, CIVIL ACTION NO. 04-11375-GAO, BUT PER ORDER OF JUDGE O'TOOLE IS TO BE FILED IN THE ABOVE CAPTIONED MATTER.*

**PLAINTIFF,** Mary Mullaney, through her counsel, respectfully moves that This Honorable Court remand this action, back to Middlesex County Superior Court, and that it order the defendants to pay all costs attendant to this Motion, as a sanction for violation of F.R.Civ.P. Rule 11.

PLAINTIFFS' MOTION TO REMAND, FOR SANCTIONS, AND BRIEF IN SUPPORT THEREOF –

PAGE 1

Grounds for this Motion are set forth with particularity in the Memorandum of Law, filed herewith.

Dated: July 22, 2004

Respectfully Submitted,
The Plaintiff,
By her attorneys:

Michael R. Hugo, Esq.
BBO # 243890
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
95 Commercial Wharf
Boston, Massachusetts 02110
Tel. (617) 973-9777
e/m mhugo@lopez-hodes.com