IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE MASSACHUSETTS DIET DRUG LITIGATION
*Andrus, et al. v. Indevus Pharmaceuticals, Inc., et al.*
Civil Action No. 04-10911 GOA

Linda Marlene Johnson, Carla S. Alvanchi, Vickie L. Beinlich, Cynthia D. Cargile, Theresa S. Dresher, Terry Robert Gabrich, Sr. and Sharon E. Gabrich; Robert John Golias; Camille Denice Johnson; Edith A. Guffey; Lisa Henkel; Sherry L. Jackson; Linda S. Kennelly; Janice A. Lukacinsky and Sheryl Van Sice; Sally Jane Minzey and Theordore Dale Minzey; Irma Ochoa and Armando Ochoa; Teresa Shuff and Joe Shuff; Bonnie L. Tacy; and, Victoria Vance,

    Plaintiffs.

v.

Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division Of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.; Robert R. DeCapua; Justin D. Crum; Bernice J. Menzies; Michelle L. Carner; Larry D. Bayliff; Gerald E. Lubben; Joseph Schrei; Gail S. Rasak, Marlo F. Ponos (a/k/a/ Marlo F. Tate); Michael D. Zell; Gregory Fountain; Mary Ann Roberts; Lyn A. Adanich; Kathleen A. Welsh; Ronald L. Duemler; Dennis M. Thimm; Lance E. Reno; Cynthia M. Cowgill; Timothy S. Circle; Donell N. Henthorne; Melody Phillips-Williams; Steve Sneider; Richard A. Dilibero; Thomas M. Duggan; Jennifer Hetherington; Joanne M. Izykowski; Zoanne H. Pokriefka; Joseph DiFrancesco; Hope Tileston; Thomas A. Wiehn; Lisa M. Birken (a/k/a Lisa Greenbaum); Shonda S. Shores (a/k/a Shonda S. Kim); Christian K. Miner; Kimberly Ann Owen; Mary M. Bodenhamer; Alicia I. McDougal; Shannon O. Sage; and, John Doe.

    Defendants.

STIPULATION OF DISMISSAL

Civil Action No. 04-11427-GAO

## STIPULATION OF DISMISSAL

The Plaintiffs in the above-referenced matter and the Defendants, Indevus Pharmaceuticals, Inc., Wyeth, Inc., Wyeth Pharmaceuticals, Inc., and Boehringer Ingelheim Pharmaceuticals, Inc., hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(ii), that the Plaintiffs claims against the Defendant Sales Representatives only: Robert R. DeCapua; Justin D. Crum; Bernice J. Menzies; Michelle L. Carner; Larry D. Bayliff; Gerald E. Lubben; Joseph Schrei; Gail S. Rasak, Marlo F. Ponos (a/k/a/ Marlo F. Tate); Michael D. Zell; Gregory Fountain; Mary Ann Roberts; Lyn A. Adanich; Kathleen A. Welsh; Ronald L. Duemler; Dennis M. Thimm; Lance E. Reno; Cynthia M. Cowgill; Timothy S. Circle; Donell N. Henthorne; Melody Phillips-Williams; Steve Sneider; Richard A. Dilibero; Thomas M. Duggan; Jennifer Hetherington; Joanne M. Izykowski; Zoanne H. Pokriefka; Joseph DiFrancesco; Hope Tileston; Thomas A. Wiehn; Lisa M. Birken (a/k/a Lisa Greenbaum); Shonda S. Shores (a/k/a Shonda S. Kim); Christian K. Miner; Kimberly Ann Owen; Mary M. Bodenhamer; Alicia I. McDougal; Shannon O. Sage; and, John Doe, be dismissed without prejudice and without costs.

THE PLAINTIFFS,
BY THEIR ATTORNEYS,

David C. Strouss, (BBO # 546253)
Marilyn T. McGoldrick, (BBO # 561766)
THORNTON & NAUMES, LLP
100 Summer Street, 30th Fl.
Boston, MA 02110
(617) 720-1333

Ellen A. Presby (Texas State Bar # 16249600)
Amy M. Carter (Texas State Bar # 24004580)
Amy J. Shahan (Texas State Bar # 00797564)
Jory D. Lange, Jr. (Texas State Bar # 24041294)
BARON & BUDD, A PROFESSIONAL CORPORATION
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605


COUNSEL FOR DEFENDANTS WYETH AND
WYETH PHARMACEUTICALS, INC.,

_____
William A. McCormack, BBO# 329580
Janice W. Howe, BBO# 242190
David Yamin, BBO# 561766
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110


COUNSEL FOR DEFENDANTS INDEVUS
PHARMACEUTICALS, INC. AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

_____
Matthew J. Matule, BBO# 632075
Skadden, Arps, Slate, Meagher & Flom, LLP
One Beacon Street
Boston, MA 02108
617-573-4800


DATED: July 21, 2004.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Stipulation of Dismissal upon all served parties to the above-captioned action by first class, postage prepaid mail to the following:

Matthew J. Matule
Skadden, Arps, Slate, Meagher & Flom, LLP
One Beacon Street
Boston, MA 02108

Counsel for Indevus Pharmaceuticals, Inc.
and Boehringer Ingelheim Pharmaceuticals, Inc.

Michael D. Birnbaum
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Counsel for Indevus Pharmaceuticals, Inc.
and Boehringer Ingelheim Pharmaceuticals, Inc.

William A. McCormack
Janice Howe
David Yamin
Bingham McCutcheon
150 Federal Street
Boston, MA 02110-1726

Counsel for Defendants Wyeth and
Wyeth Pharmaceuticals, Inc.

Thomas M. Duggan
103 E. Central Street
Franklin, MA 02038

Christian K. Miner
1112 Main Street
Fairfax, VT 05454

Joseph DiFrancesco
1724 East Cathedral Rock
Phoenix, AZ 85048

Gerald E. Lubben
4740 Loyloa Drive
McHenry, IL 60050-0511

Richard A. Dilibero
71 Arrow Way
Cranston, RI 02921

Joanne M. Izykowski
4678 Birchwood Drive
Bay City, MI 48438

Hope Tileston
7101 Teasdale Avenue
San Diego, CA 92122

Cynthia M. Cowgill
279 Cassidy Avenue
Lexington, KY 40502

Gregory Fountain
423 Whitley Drive
Gahanna, OH 43230

Dennis M. Thimm
6121 Prairie
Zeeland, MI 44281

This 21st day of July, 2004.

_____
David C. Strouss, (BBO # 546253)
Marilyn T. McGoldrick, (BBO # 561766)
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Ellen A. Presby, (Texas State Bar # 16249600)
Amy M. Carter, (Texas State Bar # 24004580)
Amy J. Shahan, (Texas State Bar # 00797564)
Jory D. Lange, Jr., (Texas State Bar # 24041294)
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Dallas, TX 75219

COURTESY COPIES TO:

Edward J. Barshak
Michael S. Appel
Sugarman, Rogers, Barshak, & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

Michael P. Friedman
Brickley, Sears, & Sorett, P.A.
75 Federal Street
Boston, MA 02110

Dante G. Mummolo
Iannella and Mummolo
One Boston Place, Suite 3615
Boston, MA 02108

Michael R. Hugo
Lopez, Hodes, Restaino, Milman & Skikos
95 Commercial Wharf
Boston, MA 02110

ATTORNEYS AT LAW
# Thornton & Naumes LLP

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David J. McMorris
Edwin L. Wallace
Robert M. Byrne, Jr.
David C. Strouss
Joseph R. Donohue (ME & MA)
Patricia M. Flannery
Andrew S. Wainwright
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley
Brad J. Mitchell
Kristen Marquis Fritz

100 Summer Street•Boston, Massachusetts 02110•617-720-1333
Toll Free 800-431-4600 FAX# 617-720-2445
www.tenlaw.com

July 21, 2004

**Hand Delivered**
Mr. Mark Barrett,
Docketing Clerk
Civil Clerk's Office
U.S. District Court for
the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: Johnson, et al. v. Indevus, et al.
C.A. # 04-11427-GOA

In Re Massachusetts Diet Drug Litigation, *Andrus, et al. v. Indevus Pharmaceuticals, Inc., et al.*, Civil Action No. 04-10911 GOA

Dear Mr. Barrett:

Enclosed for filing in the above-referenced matter please find Plaintiffs' Stipulation of Service and Certificate of Service.

Thank you for your attention to this matter.

Very truly yours,

Marilyn T. McGoldrick

MTM:mvc
Enclosures
cc David C. Strouss, Esquire (w/o enclosures)
   Amy Carter, Esquire (w/o enclosures)
   Jory Lange, (w/o enclosures)
   Defendant's Counsel of Record