IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| |
|---|
| IN RE MASSACHUSETTS DIET DRUG LITIGATION |
| *Andrus, et al. v. Indevus Pharmaceuticals, Inc., et al.* |
| Civil Action No. . 04-10911 GOA |
| Susan E. Willette; Laura Belles and Jeff Belles; David M. Cohen and Shirley Cohen; Jan Courier; Ricardo Guzman; Debra A. King and Robert E. King; Maria M. Laessig and Robert E. Laessing; Helen Cruz Madla; Maryann McGovran and Harley Duane McGovran; H. Kenneth Roseberry, Jr. and Kristina Roseberry; Jerry E. Smith; Diana Lynn Spector and James R. Spector, II; Yvonne K. Stankey; Ronald A. Waller and Harriet Waller; Susan R. Weiszbrod; Connie L. Weygandt; and Beverly McDuffie Whitaker, |
|     Plaintiffs. |
| v. |
| Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division Of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.; and James A. Edmondson; Linda L. Gonzales (a/k/a Linda L. McElroy); Arturo I. Gonzalez; Andrew D. Morton; Patricia M. Ulrich; Christine K. Wagner; Mark A. Conrad; Mae O. Hence; Dennis L. Westfall; Elutherio Farias; Virginia F. Riley; Jennifer J. Froelich; Michael Topalian; Donna M. Williams; Lisa Elek; Joseph Potter, III; Karen L. Symon; Don LeCocke; Richard E. Martinez; Alberto Rodriguez, I; Debbie K. Anderes; Michael B. Barks; David P. Cauwels; Thomas Meehan; David R. Mrosko; Patricia M. Tessendore; Michael T. Matanguihan; Charles J. Reinert; Kimberle Karen Maddox; Marjorie T. Rylee; Daniel B. Burke; Dean L. Marusak; A. Durwood Neie; Joseph Boswell; James V. Nash; Lisa Sabbagh; Gina M. Sanders; Gregory Garner; Jennifer L. Koelz; Rodney D. Miller; David E. Anderson; Mark D. Cook; Bruce R. Stewart; Paul D. Bowers; Dwane Lyle Hanson; Shanna Midland; David J. Schade; Anthony J. Cain; and John Doe, |
|     Defendants. |

STIPULATION OF
DISMISSAL

Civil Action No.
04-11429-GAO

## STIPULATION OF DISMISSAL

The Plaintiffs in the above-referenced matter and the Defendants, Indevus Pharmaceuticals, Inc., Wyeth, Inc., Wyeth Pharmaceuticals, Inc., and Boehringer Ingelheim Pharmaceuticals, Inc., hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(ii), that the Plaintiffs claims against the Defendant Sales Representatives only: James A. Edmondson; Linda L. Gonzales (a/k/a Linda L. McElroy); Arturo I. Gonzalez; Andrew D. Morton; Patricia M. Ulrich; Christine K. Wagner; Mark A. Conrad; Mae O. Hence; Dennis L. Westfall; Elutherio Farias; Virginia F. Riley; Jennifer J. Froelich; Michael Topalian; Donna M. Williams; Lisa Elek; Joseph Potter, III; Karen L. Symon; Don LeCocke; Richard E. Martinez; Alberto Rodriguez, I; Debbie K. Anderes; Michael B. Barks; David P. Cauwels; Thomas Meehan; David R. Mrosko; Patricia M. Tessendore; Michael T. Matanguihan; Charles J. Reinert; Kimberle Karen Maddox; Marjorie T. Rylee; Daniel B. Burke; Dean L. Marusak; A. Durwood Neie; Joseph Boswell; James V. Nash; Lisa Sabbagh; Gina M. Sanders; Gregory Garner; Jennifer L. Koelz; Rodney D. Miller; David E. Anderson; Mark D. Cook; Bruce R. Stewart; Paul D. Bowers; Dwane Lyle Hanson; Shanna Midland; David J. Schade; Anthony J. Cain; and John Doe, be dismissed without prejudice and without costs.

THE PLAINTIFFS,
BY THEIR ATTORNEYS,

David C. Strouss, (BBO # 546253)
Marilyn T. McGoldrick, (BBO # 561766)
THORNTON & NAUMES, LLP
100 Summer Street, 30th Fl.
Boston, MA 02110
(617) 720-1333

Ellen A. Presby (Texas State Bar # 16249600)
Amy M. Carter (Texas State Bar # 24004580)
Amy J. Shahan (Texas State Bar # 00797564)
Jory D. Lange, Jr. (Texas State Bar # 24041294)
BARON & BUDD, A PROFESSIONAL CORPORATION
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605


COUNSEL FOR DEFENDANTS WYETH AND
WYETH PHARMACEUTICALS, INC.,

*/s/ William A. McCormack*

William A. McCormack, BBO# 329580
Janice W. Howe, BBO# 242190
David Yamin, BBO# 561766
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110


COUNSEL FOR DEFENDANTS INDEVUS
PHARMACEUTICALS, INC. AND BOEHRINGER
INGELHEIM PHARMACEUITICALS, INC.,

*/s/ Matthew J. Matule*

Matthew J. Matule, BBO# 632075
Skadden, Arps, Slate, Meagher & Flom, LLP
One Beacon Street
Boston, MA 02108
617-573-4800


DATED: July 21, 2004.

3

CERTIFICATE OF SERVICE

This is to certify that I have this day served Stipulation of Dismissal upon all served parties to the above-captioned action by first class, postage prepaid mail to the following:

Matthew J. Matule
Skadden, Arps, Slate, Meagher & Flom, LLP
One Beacon Street
Boston, MA  02108

Counsel for Indevus Pharmaceuticals, Inc.
and Boehringer Ingelheim Pharmaceuticals, Inc.

Michael D. Birnbaum
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Counsel for Indevus Pharmaceuticals, Inc.
and Boehringer Ingelheim Pharmaceuticals, Inc.

William A. McCormack
Janice Howe
David Yamin
Bingham McCutchen, LLP
150 Federal Street
Boston, MA  02110-1726

Counsel for Defendants Wyeth and
Wyeth Pharmaceuticals, Inc.

A. Durwood Neie
6706 Gainsborough Road
Amarillo, TX  79106

Dwayne Lyle Hanson
2353 NW Origami Court
Portland, OR

Charles J. Reinert
10171 Tiburon
Florence, KY  41042

David R. Mrosko
6405 Spring Valley Drive
Bakersfield, CA 93308-6512

Elutherio Farias
3321 Springhill
Corpus Christi, TX 78415

Don LeCocke
1806 Shoal Run
San Antonio, TX 78232

Karen L. Symon
12914 McCubbin Lane
Germantown, MD 20874

Lisa Sabbagh
30336 Goodsprings Drive
Agoura Hills, CA 91301

Lisa Elek
13349 Potomac Path Drive
Woodbridge, VA 22191

Mark A. Conrad
309 SE Williamsburg Drive
Lees Summit, OH 64014

David J. Schade
14401 S. Hawthorne Court
Oregon City, OR 97045

Bruce R. Stewart
1542 Wrangler Retreat
Wichita Falls, TX 76308

This 21st day of July, 2004.

_____
David C. Strouss, (BBO # 546253)
Marilyn T. McGoldrick, (BBO # 561766)
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Ellen A. Presby, (Texas State Bar # 16249600)
Amy M. Carter, (Texas State Bar # 24004580)
Amy J. Shahan, (Texas State Bar # 00797564)
Jory D. Lange, Jr., (Texas State Bar # 24041294)
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Dallas, TX 75219

COURTESY COPIES TO:

Edward J. Barshak
Michael S. Appel
Sugarman, Rogers, Barshak, & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

Michael P. Friedman
Brickley, Sears, & Sorett, P.A.
75 Federal Street
Boston, MA 02110

Dante G. Mummolo
Iannella and Mummolo
One Boston Place, Suite 3615
Boston, MA 02108

Michael R. Hugo
Lopez, Hodes, Restaino, Milman & Skikos
95 Commercial Wharf
Boston, MA 02110