IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE MASSACHUSETTS DIET DRUG LITIGATION<br>*Andrus, et al. v. Indevus Pharmaceuticals, Inc., et al.*<br>Civil Action No. 04-10911 GOA | |
| Holly Marie Malzahn and Frederick Charles Malzahn; Kathleen Adele Ailey; Suzanne Ayer; Donna Fay Bische; Jacqueline Brulee; Mary Lou Doeppenschmidt; Fernando I. Dominguez and Mary O. Dominguez; Frederic B. Eisenberg and Patricia Eisenberg; Bert L. Head and Cheryl Head; Connie Klein and Bruce A. Klein; Suzan M. Lamar and Gary Phillip Lamar; Patti J. Luebbert and Dennis C. Luebbert, Sr.; Judith L. Moon and Billy D. Moon; Peggy Moon; Vickie Schultz-Crow and Lester Don Crow; Dorothy Steward; Sylvia B. Thomason; and Theresa A. Waymire,<br><br>    Plaintiffs.<br><br>v.<br><br>Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division Of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.; Patti A. Barker; Gary A. Jones; Kenneth E. Jones; John W. Walker; Keith Cunniff; John E. Mitchell; Susan K. Atherton; Keith H. Kraps; M. Gilberto Olivarez; Angela M. Johnson; Rafael Sanchez; Jill M. Hicks; Susan G. Hanover; Joseph Hartnett; James J. Sgroi, Jr.; Todd E. Meredith; Kari Plaschke Scott; Craig S. Englert; Mitchell J. Hanning; Monica T. Gulyas; Robert L. McCann; Timothy S. Smith; Evangelin Zelios; J. Don Preston; Daniel B. Burke; Mindy N. Fey; A. Durwood Neie; Rodney L. Scott; D. Craig McIntyre; Barbara St. George; Madeline Andress; Andrew B. Biaggi; and Franchesca V. Williams,<br><br>    Defendants. | **STIPULATION OF DISMISSAL**<br><br>Civil Action No.<br>04-11428-GAO |

## STIPULATION OF DISMISSAL

The Plaintiffs in the above-referenced matter and the Defendants, Indevus Pharmaceuticals, Inc., Wyeth, Inc., Wyeth Pharmaceuticals, Inc., and Boehringer Ingelheim Pharmaceuticals, Inc., hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(ii), that the Plaintiffs claims against the Defendant Sales Representatives only: Patti A. Barker; Gary A. Jones; Kenneth E. Jones; John W. Walker; Keith Cunniff; John E. Mitchell; Susan K. Atherton; Keith H. Kraps; M. Gilberto Olivarez; Angela M. Johnson; Rafael Sanchez; Jill M. Hicks; Susan G. Hanover; Joseph Hartnett; James J. Sgroi, Jr.; Todd E. Meredith; Kari Plaschke Scott; Craig S. Englert; Mitchell J. Hanning; Monica T. Gulyas; Robert L. McCann; Timothy S. Smith; Evangelin Zelios; J. Don Preston; Daniel B. Burke; Mindy N. Fey; A. Durwood Neie; Rodney L. Scott; D. Craig McIntyre; Barbara St. George; Madeline Andress; Andrew B. Biaggi; and Franchesca V. Williams, be dismissed without prejudice and without costs.

THE PLAINTIFFS
BY THEIR ATTORNEYS,

_____
David C. Strouss, (BBO # 546253)
Marilyn T. McGoldrick, (BBO # 561766)
THORNTON & NAUMES, LLP
100 Summer Street, 30th Fl.
Boston, MA 02110
(617) 720-1333

Ellen A. Presby (Texas State Bar # 16249600)
Amy M. Carter (Texas State Bar # 24004580)
Amy J. Shahan (Texas State Bar # 00797564)
Jory D. Lange, Jr. (Texas State Bar # 24041294)
BARON & BUDD, A PROFESSIONAL CORPORATION
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219; (214) 521-3605

COUNSEL FOR DEFENDANTS WYETH AND
WYETH PHARMACEUTICALS, INC.,

*/s/ W. McCormack*

William A. McCormack, BBO# 329580
Janice W. Howe, BBO# 242190
David Yamin, BBO# 561766
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110


COUNSEL FOR DEFENDANTS INDEVUS
PHARMACEUTICALS, INC. AND BOEHRINGER
INGELHEIM PHARMACEUITICALS, INC.,

*/s/ Matthew Matule*

Matthew J. Matule, BBO# 632075
Skadden, Arps, Slate, Meagher & Flom, LLP
One Beacon Street
Boston, MA 02108
617-573-4800


DATED: July 21, 2004.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Stipulation of Dismissal upon all served parties to the above-captioned action by first class, postage prepaid mail to the following:

Matthew J. Matule
Skadden, Arps, Slate, Meagher & Flom, LLP
One Beacon Street
Boston, MA  02108

Counsel for Indevus Pharmaceuticals, Inc.
and Boehringer Ingelheim Pharmaceuticals, Inc.

Michael D. Birnbaum
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Counsel for Indevus Pharmaceuticals, Inc.
and Boehringer Ingelheim Pharmaceuticals, Inc.

William A. McCormack
Janice Howe
David Yamin
Bingham McCutchen, LLP
150 Federal Street
Boston, MA  02110-1726

Counsel for Defendants Wyeth and
Wyeth Pharmaceuticals, Inc.

A. Durwood Neie
6706 Gainsborough Road
Amarillo, TX  79106

Craig S. Englert
3713 Corinne Avenue
Chalmette, Louisiana  70043

Charles J. Reinert
10171 Tiburon
Florence, KY  41042

James J. Sgroi, Jr.
Two Orange Tree Lane
Liverpool, NY  13090

John E. Mitchell
244 Clems Run
Mullica Hill, NJ  08062

Susan G. Hanover
4328 Trout Lilly Lane
Manius, NY  13104

Rafael Sanchez
4040 Legend Ranch Drive
San Antonio, TX  78230

D. Craig McIntyre
202 Maple Drive
Buda, TX  78610

Robert L. McCann
9554 S. Misty Oaks Circle
S. Jordan, UT  84095

Franchesca V. Williams
11540 Claridge Drive
Rancho Cacam, CA  91730

Gary A. Jones
320 Brentwood
Edmond, OK  73013

This 21st day of July, 2004.

David C. Strouss, (BBO # 546253)
Marilyn T. McGoldrick, (BBO # 561766)
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

Ellen A. Presby, (Texas State Bar # 16249600)
Amy M. Carter, (Texas State Bar # 24004580)
Amy J. Shahan, (Texas State Bar # 00797564)
Jory D. Lange, Jr., (Texas State Bar # 24041294)
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Dallas, TX  75219

COURTESY COPIES TO:

Edward J. Barshak
Michael S. Appel
Sugarman, Rogers, Barshak, & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

Michael P. Friedman
Brickley, Sears, & Sorett, P.A.
75 Federal Street
Boston, MA 02110

Dante G. Mummolo
Iannella and Mummolo
One Boston Place, Suite 3615
Boston, MA 02108

Michael R. Hugo
Lopez, Hodes, Restaino, Milman & Skikos
95 Commercial Wharf
Boston, MA 02110

ATTORNEYS AT LAW
# Thornton & Naumes LLP

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David J. McMorris
Edwin L. Wallace
Robert M. Byrne, Jr.
David C. Strouss
Joseph R. Donohue (ME & MA)
Patricia M. Flannery
Andrew S. Wainwright
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley
Brad J. Mitchell
Kristen Marquis Fritz

100 Summer Street•Boston, Massachusetts 02110•617-720-1333
Toll Free 800-431-4600  FAX# 617-720-2445
www.tenlaw.com

July 21, 2004

**Hand Delivered**
Mr. Mark Barrett,
Docketing Clerk
Civil Clerk's Office
U.S. District Court for
the District of Massachusetts
One Courthouse Way
Boston, MA  02210

Re:   Malzahn, et al. v. Indevus, et al.
      C.A. # 04-11428-GOA

      In Re Massachusetts Diet Drug Litigation, *Andrus, et al. v. Indevus Pharmaceuticals, Inc., et al.*, Civil Action No. 04-10911 GOA

Dear Mr. Barrett:

Enclosed for filing in the above-referenced matter please find Plaintiffs' Stipulation of Dismissal and Certificate of Service.

Thank you for your attention to this matter.

Very truly yours,

Marilyn T. McGoldrick

MTM:mvc
Enclosures
cc  David C. Strouss, Esquire (w/o enclosures)
    Amy Carter, Esquire (w/o enclosures)
    Jory Lange, (w/o enclosures)
    Defendant's Counsel of Record