## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE MASSACHUSETTS DIET DRUG LITIGATION FILED IN ALL CASES | ) ) | |
| MARY ANDRUS; ELEANOR ARCHAMBEAU; DIANE BONNEAU; LERTIS CALDWELL; PRISCILLA COTE; THERESA DEJOY; LAURAL FANKHAUSER; NANCY KENNEDY; BARBARA WILLIAMS; LUCINDA YOUELL, | ) ) ) ) ) ) | |
| PLAINTIFFS, | ) ) | CIVIL ACTION NO. 04-10911 GAO |
| v. | ) ) | |
| INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC., F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) ) | |

### WYETH'S MOTION FOR LEAVE TO FILE
### A MEMORANDUM IN EXCESS OF TWENTY PAGES IN
### OPPOSITION TO ALL PLAINTIFFS' MOTIONS FOR REMAND

Defendant Wyeth[1] requests leave to file an memorandum in excess of

twenty (20) pages in opposition to all plaintiffs' Motions for Remand.  It is

necessary to exceed the 20-page limit to present the relevant facts and legal

arguments in a coherent manner and to ensure that the Court adequately

---

[1]  Sued herein as Wyeth, Inc. f/k/a American Home Products Corporation and Wyeth Pharmaceuticals, Inc. f/k/a Wyeth-Ayerst Pharmaceuticals, Inc. a Division of American Home Products Corporation.

understands the issues raised by plaintiffs' motions and Wyeth's opposition thereto.  Plaintiffs have assented to this motion.

WHEREFORE, Wyeth, with the assent of plaintiffs, respectfully requests that the Court allow it leave to file the accompanying memorandum exceeding 20 pages, in opposition to all plaintiffs' Motions for Remand.

Respectfully submitted,

/s/ Janice W. Howe
William A. McCormack, BBO # 329580
Janice W. Howe, BBO # 242190
David Yamin, BBO # 562216
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Ingo W. Sprie, Jr.
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY  10022-4690
(212) 715-1000

Robert D. Rosenbaum
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
(202) 942-5000

**Counsel for Defendant Wyeth**

Dated: August 9, 2004

3

## CERTIFICATE OF CONFERENCE UNDER LOCAL RULE 7(A)(2)

On August 9, 2004 Mary B. Murrane, Esq., counsel for Wyeth, contacted all plaintiffs' local counsels regarding this motion. Edward Barshak, Esq. of Sugarman, Rogers, Barshak & Cohen, P.C., Michael Friedman, Esq. of Brickley, Sears & Sorrett, P.A., and Marilyn McGoldrick, Esq. of Thornton & Naumes, LLP, assented to the filing of this motion. Ms. Murrane left messages for Michael Hugo, Esq. of Lopez, Hodes, Restaino, Milman & Skikos, , and Dante Mummolo, Esq. of Iannella and Mummolo regarding this motion, but was unable to obtain their assent or opposition prior to filing.

/s/ Janice W. Howe_____
Janice W. Howe
*Counsel for Defendants Wyeth*
*and Wyeth Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2004, a true copy of the above document

was served upon the following counsel by Federal Express.


Russell T. Abney
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX  77002
(713) 225-0500
(713) 225-0566 fax

T. Bryan Akin, III
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX  77002
(713) 225-0500
(713) 225-0566 fax

Edward J. Barshak (BBO No. 032040)
Michael S. Appel (BBO No. 543898)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA  02114
(617) 227-3030

Donald G. Beebe
William K. Grisham
Donald G. Beebe, P.C.
P.O. Drawer 85029
Mobile, AL  36685-0249

Robert J. Binstock (SBN 02328350)
Reich & Binstock, LLP
4265 San Felipe Street, Suite 1000
Houston, TX  77027
(713) 622-7271

Riley L. Burnett
Johnson, Burnett & Chang, L.L.P.
5005 Riverway, Suite 250
Houston, TX  77056

J. Robert Davis
Mignon Angelette Gill
Law Offices of J. Robert Davis, LLP
440 Louisiana, Suite 1930
Houston, TX  77002
(713) 425-5255

Michael P. Friedman (BBO No. 180200)
Brickley, Sears & Sorett, P.A.
75 Federal Street
Boston, MA  02110
(617) 542-0896

William R. Gray
John A. Purvis
Patrick T. Murphy
Purvis, Gray & Murphy, LLP
1050 Walnut Street, Suite 501
Boulder, CO  80302

Steven W. Harris
Harris Law Firm
4407 Parliament Drive
Alexandria, LA  71315-3701
(318) 487-1978

Michael R. Hugo (BBO #243890)
Lopez, Hodes, Restaino, Milman & Skikos
95 Commercial Wharf
Boston, MA  02110
(617) 973-9777
(617) 227-4006 (fax)

J. Christopher Ide
Miller & Associates
105 North Alfred Street
Alexandria, VA  22314

K. Stephen Jackson
Joseph L. Tucker
K. Stephen Jackson, P.C.
2229 First Avenue North
Birmingham, AL  35203
(205) 252-3535

Keith M. Jensen
Law Offices of Keith M. Jensen, P.C.
514 E. Belknap
Fort Worth, TX 76102
(817) 334-0762

Dana G. Kirk (SBN 11507500)
Kirk Law Firm
4265 San Felipe Street, Suite 1450
Houston, TX  77027
(713) 651-0050

Samuel W. Lanham, Jr.
Cuddy & Lanham, P.A.
470 Evergreen Woods
Bangor, ME  04401
(207) 942-2898

Michael A. Lee
Stuart V. Kusin
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX  77002
(713) 651-9366

David P. Matthews (Texas Bar No. 13206200)
Julie L. Rhoades (Texas Bar No. 16811710)
Abraham, Watkins, Nichols,
    Sorrels, Matthews & Friend
800 Commerce Street
Houston, TX  77002-1776

Greg McEwen
McEwen Law Firm Ltd.
5850 Blackshire Path
Inver Grove Heights, MN  55076

J. Michael Moore
Guerra & Moore, Ltd., LLP
440 Louisiana, Suite 1510
Houston, TX  77002
(713) 223-4311

Robert J. Morris
Morris & McAnnally, LLC
10365 Holtville Road
P.O. Box 220406
Deatsvill, AL  36022
(334) 569-1820

Dante G. Mummolo (BBO No. 360980)
Iannella and Mummolo
One Boston Place, Suite 3615
Boston, MA  02108
(617) 742-1388
(617) 742-1424 fax

Napoli Kaiser Bern & Associates, LLP
3500 Sunrise Highway
Suite T-207
Great River, NY  11739
(631) 224-1133

John R. Oldham
Faddis, Oldham & Smith, P.A.
2709 W. Fairbank Avenue, Suite 200
Winter Park, FL  32789

7

| |
|---|
| Ellen A. Presby (Texas State Bar #16249600)<br>Amy M. Carter (Texas State Bar #24004580)<br>Amy J. Shahan (Texas State Bar #00797564)<br>Jory D. Lange, Jr. (Texas State Bar #24041294)<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>(214) 521-3605 |
| Adam Pulaski<br>Pulaski & Middleman, L.L.C.<br>1177 West Loop South, Suite 400<br>Houston, TX 77027 |
| David C. Strouss (BBO #546253)<br>Marilyn T. McGoldrick (BBO #561766)<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110<br>(617) 720-1333 |
| W. Paul Wilkins<br>LeBlanc & Waddell<br>Essen Centre, Suite 420<br>Baton Rouge, LA 70809 |
| Edward A. Williamson<br>Fenton B. Deweese, II<br>Tashia R. Shannon<br>The Edward A. Williamson Law Firm<br>509 Church Avenue<br>Philadelphia, MS 39350<br>(601) 656-5634 |

8

*Counsel for Defendants Indevus*
*Pharmaceuticals, Inc. and Boehringer*
*Ingelheim Pharmaceuticals, Inc.*

Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108

Michael D. Birnbaum Esq.
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036