UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re<br>Diet Drug Litigation | ) ) ) ) | |
| Mary Andrus; *et al*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 04-10911 GAO<br>(and all related actions) |
| Indevus Pharmaceuticals, Inc., F/K/A<br>Interneuron Pharmaceuticals, Inc.;<br>Wyeth, Inc., F/K/A American Home<br>Products Corporation;<br>Wyeth Pharmaceuticals, Inc. F/K/A<br>Wyeth-Ayerst Pharmaceuticals,<br>Inc., A Division Of American Home Products<br>Corporation; and Boehringer Ingelheim<br>Pharmaceuticals, Inc., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **WYETH DEFENDANTS' MASTER CORPORATE DISCLOSURE**

Defendants Wyeth[1] (formerly known as American Home Products Corporation ("AHPC") and Wyeth Pharmaceuticals Inc. (collectively, "Wyeth Defendants"), hereby state that both Wyeth and Wyeth Pharmaceuticals Inc. are non-governmental corporate parties. Wyeth, is a publicly traded corporation and has no parent corporation. No publicly held company, person, or entity owns more than ten percent (10%) of Wyeth's common stock. Wyeth, is the parent

---

[1] On March 11, 2002, American Home Products Corporation changed its name to Wyeth. On March 22, 2002, Wyeth-Ayerst Pharmaceuticals Inc. changed its name to Wyeth Pharmaceuticals Inc.

company of Wyeth Pharmaceuticals Inc., and Wyeth, which is a is a publicly traded corporation, owns one hundred percent (100%) of the common stock of Wyeth Pharmaceuticals Inc.

          Respectfully submitted,

/s/ Janice W. Howe
William A. McCormack, BBO # 329580
Janice W. Howe, BBO # 242190
David Yamin, BBO # 562216
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Ingo W. Sprie, Jr.
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000

Robert D. Rosenbaum
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000

**Counsel for Defendant Wyeth**

Dated: August 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2004, a true copy of the above document was served upon the following counsel by U.S. Mail.

Russell T. Abney
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX  77002
(713) 225-0500
(713) 225-0566 fax

T. Bryan Akin, III
Watts Law Firm, LLP
The Mellie Esperson Building, 16th Floor
815 Walker Street
Houston, TX  77002
(713) 225-0500
(713) 225-0566 fax

Edward J. Barshak (BBO No. 032040)
Michael S. Appel (BBO No. 543898)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA  02114
(617) 227-3030

Donald G. Beebe
William K. Grisham
Donald G. Beebe, P.C.
P.O. Drawer 85029
Mobile, AL  36685-0249

Robert J. Binstock (SBN 02328350)
Reich & Binstock, LLP
4265 San Felipe Street, Suite 1000
Houston, TX  77027
(713) 622-7271

Riley L. Burnett
Johnson, Burnett & Chang, L.L.P.
5005 Riverway, Suite 250
Houston, TX  77056

J. Robert Davis
Mignon Angelette Gill
Law Offices of J. Robert Davis, LLP
440 Louisiana, Suite 1930
Houston, TX  77002
(713) 425-5255

Michael P. Friedman (BBO No. 180200)
Brickley, Sears & Sorett, P.A.
75 Federal Street
Boston, MA  02110
(617) 542-0896

William R. Gray
John A. Purvis
Patrick T. Murphy
Purvis, Gray & Murphy, LLP
1050 Walnut Street, Suite 501
Boulder, CO  80302

Steven W. Harris
Harris Law Firm
4407 Parliament Drive
Alexandria, LA  71315-3701
(318) 487-1978

Michael R. Hugo (BBO #243890)
Lopez, Hodes, Restaino, Milman & Skikos
95 Commercial Wharf
Boston, MA  02110
(617) 973-9777
(617) 227-4006 (fax)

J. Christopher Ide
Miller & Associates
105 North Alfred Street
Alexandria, VA  22314

K. Stephen Jackson
Joseph L. Tucker
K. Stephen Jackson, P.C.
2229 First Avenue North
Birmingham, AL  35203
(205) 252-3535

Dana G. Kirk (SBN 11507500)
Kirk Law Firm
4265 San Felipe Street, Suite 1450
Houston, TX  77027
(713) 651-0050

Michael A. Lee
Stuart V. Kusin
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX  77002
(713) 651-9366

Greg McEwen
McEwen Law Firm Ltd.
5850 Blackshire Path
Inver Grove Heights, MN  55076

Robert J. Morris
Morris & McAnnally, LLC
10365 Holtville Road
P.O. Box 220406
Deatsvill, AL  36022
(334) 569-1820

Napoli Kaiser Bern & Associates, LLP
3500 Sunrise Highway
Suite T-207
Great River, NY  11739
(631) 224-1133

Ellen A. Presby (Texas State Bar #16249600)
Amy M. Carter (Texas State Bar #24004580)
Amy J. Shahan (Texas State Bar #00797564)
Jory D. Lange, Jr. (Texas State Bar #24041294)
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
(214) 521-3605

Keith M. Jensen
Law Offices of Keith M. Jensen, P.C.
514 E. Belknap
Fort Worth, TX 76102
(817) 334-0762

Samuel W. Lanham, Jr.
Cuddy & Lanham, P.A.
470 Evergreen Woods
Bangor, ME  04401
(207) 942-2898

David P. Matthews (Texas Bar No. 13206200)
Julie L. Rhoades (Texas Bar No. 16811710)
Abraham, Watkins, Nichols,
    Sorrels, Matthews & Friend
800 Commerce Street
Houston, TX  77002-1776

J. Michael Moore
Guerra & Moore, Ltd., LLP
440 Louisiana, Suite 1510
Houston, TX  77002
(713) 223-4311

Dante G. Mummolo (BBO No. 360980)
Iannella and Mummolo
One Boston Place, Suite 3615
Boston, MA  02108
(617) 742-1388
(617) 742-1424 fax

John R. Oldham
Faddis, Oldham & Smith, P.A.
2709 W. Fairbank Avenue, Suite 200
Winter Park, FL  32789

Adam Pulaski
Pulaski & Middleman, L.L.C.
1177 West Loop South, Suite 400
Houston, TX  77027

| | |
|---|---|
| David C. Strouss (BBO #546253)<br>Marilyn T. McGoldrick (BBO #561766)<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA  02110<br>(617) 720-1333 | W. Paul Wilkins<br>LeBlanc & Waddell<br>Essen Centre, Suite 420<br>Baton Rouge, LA  70809 |
| Edward A. Williamson<br>Fenton B. Deweese, II<br>Tashia R. Shannon<br>The Edward A. Williamson Law Firm<br>509 Church Avenue<br>Philadelphia, MS  39350<br>(601) 656-5634 | |

*Counsel for Defendants Indevus Pharmaceuticals, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc.*

| | |
|---|---|
| Matthew J. Matule (BBO #632075)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts 02108 | Michael D. Birnbaum Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |

/s/ Janice W. Howe_____

*Counsel for Defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc.*