TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

# COMMONWEALTH OF MASSACHUSETTS

..........MIDDLESEX.........., ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-909

MARY ANDRUS, ET AL.
..................................., Plaintiff(s)

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.,
ET AL. ..................................., Defendant(s)

## SUMMONS

To the above-named Defendant:   Indevus Pharmaceuticals, Inc., f/k/a Interneuron Pharmaceuticals, Inc.

You are hereby summoned and required to serve upon .............. Edward J. Barshak, Esquire, Sugarman, Rogers, Barshak & Cohen, P.C. ......... plaintiff's attorney, whose address is ..101 Merrimac Street, Boston, MA 02114-4737 ................................, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ................................... ..........Cambridge...................................... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at .....Cambridge...................................................
the ....................................7th.............. day of ........May...................................................
...................., in the year of our Lord ..two thousand four........ .

*[signature: Edward J Sullivan]*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ...May 7, 2004......................................................
20........., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

```
also served first amended complaint, civil action cover sheet and tracking
order: Served at Corporation Service Company, 84 State St., 5th fl, Boston, MA.
Served in hand to Bernardo Montanez, process clerk for Corporation Service
Company and agent authorized to accept service on behalf of
Indevus Pharmaceuticals, Inc., f/k/a Interneuron Pharmaceuticals, Inc.
```

Michael B. Fixman, Constable
Dated: May 7, 2004        Court Appointed Special Process Server

**N.B. TO PROCESS SERVER:**
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

( _____ )
( May 7, 2004 ........., ........ )
( _____ )

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX ss.
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION
No. ........
............., Plff.
v.
............., Deft.

SUMMONS
(Mass. R. Civ. P. 4)