# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 10, 2004

Honorable Harvey Bartle III
U.S. District Judge
16614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
    Liability Litigation

(See Attached Schedule CTO-126)

Dear Judge Bartle:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Judicial Panel on Multidistrict Litigation in this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ [signature]
   Deputy Clerk

cc: (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 10 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1203

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-126)

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,615 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle III.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997, (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F.Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-126 - TAG ALONG ACTIONS
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. C.A.#

**ARKANSAS EASTERN**
ARE   4  04-617          Mary Ghent v. Wyeth, Inc., et al.

**COLORADO**
CO    1  04-1376         Rene DeMattei, et al. v. Wyeth, et al.

**FLORIDA MIDDLE**
FLM   3  04-384          Patricia White v. Wyeth, et al.

**ILLINOIS SOUTHERN**
ILS   3  04-410          Nanci White, et al. v. Wyeth, et al.

**KENTUCKY EASTERN**
KYE   0  04-103          Diana Adkins, et al. v. W. Rex Duff, et al.

**LOUISIANA EASTERN**
LAE   2  04-1996         Katherine Lewis v. Wyeth, et al.

**LOUISIANA MIDDLE**
LAM   3  04-480          Anne Savell, et al. v. Wyeth, et al.

**MASSACHUSETTS**
MA    1  04-11041        Carol Beane, et al. v. Indevus Pharmaceuticals, Inc., et al.
MA    1  04-11042        Chester Kajkowski, et al. v. Indevus Pharmaceuticals, Inc., et al.
MA    1  04-11043        Jane Antuono, et al. v. Indevus Pharmaceuticals, Inc., et al.
MA    1  04-11051        Sandra Carothers, et al. v. Indevus Pharmaceuticals, Inc., et al.
MA    1  04-11052        Debbie Daily, et al. v. Indevus Pharmaceuticals, Inc., et al.
MA    1  04-11053        Mary Alkire, et al. v. Indevus Pharmaceuticals, Inc., et al.
MA    1  04-11054        Kristin Ellis, et al. v. Indevus Pharmaceuticals, Inc., et al.

**MISSISSIPPI SOUTHERN**
MSS   3  04-531          Myra Sumlin v. American Home Products Corp., et al.

**NORTH CAROLINA WESTERN**
NCW   1  04-99           Sharon Reed v. Wyeth, et al.
NCW   1  04-100          Betty Pittman v. Wyeth, et al.
NCW   1  04-101          Julie Teaster v. Wyeth, et al.
NCW   5  04-73           Sandra Rich v. Wyeth, et al.

**NEW YORK SOUTHERN**
NYS   1  04-3810         Roberta Debono, et al. v. American Home Products Corp., et al.
NYS   1  04-3813         Albert Alfiero, et al. v. American Home Products Corp. et al.
NYS   1  04-3820         Janet Aufiero v. American Home Products Corp., et al.
NYS   1  04-3828         Verna G. Aiken, et al. v. American Home Products Corp., et al.

SCHEDULE OF ACTIONS (CTO-126) - DOCKET NO. 1203                                PAGE 3 OF 3

<u>DISTRICT</u> <u>DIV.</u> <u>C.A.#</u>

| | | | |
|---|---|---|---|
| TXS | 4 | 04-1771 | Pamela J. Gartner v. Wyeth, et al. |
| TXS | 4 | 04-1772 | Deena Petrice Husky-Charity v. Wyeth, et al. |
| TXS | 4 | 04-1773 | Cynthia Anaya v. Wyeth, et al. |
| TXS | 4 | 04-1774 | Debra Wieden v. Wyeth, et al. |
| TXS | 4 | 04-1775 | Christine Morrow v. Wyeth, et al. |
| TXS | 4 | 04-1776 | Diana N. Hackler v. Wyeth, et al. |
| TXS | 4 | 04-1777 | Marty J. Nelson v. Wyeth, et al. |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 5 | 04-479 | Barbara Scott, et al. v. Wyeth, et al. |
| TXW | 6 | 04-102 | Larry Garza, et al. v. Wyeth |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 3 | 04-5247 | Janet Dowling v. Wyeth, et al. |

# INVOLVED JUDGES FOR SCHEDULE CTO-126
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Jerry Buchmeyer
Senior U.S. District Judge
15D28A Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce St.
Dallas, TX 75242-1003

Hon. Franklin D. Burgess
U.S. District Judge
3124 United States Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. Denny Chin
U.S. District Judge
1020 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Ron Clark
U.S. District Judge
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Wiley Y. Daniel
U.S. District Judge
C-218 Bryon G. Rogers U.S. Courthouse
1929 Stout Street
Denver, CO 80294

Hon. Kurt D. Engelhardt
U.S. District Judge
C-317 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130

Hon. Sidney A. Fitzwater
U.S. District Judge
15A3A Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David Hittner
U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sven E. Holmes
Chief Judge, U.S. District Court
4-508 Page Belcher Federal Bldg. &
  U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

INVOLVED JUDGES FOR SCHEDULE CTO-126 - MDL-1203                              PAGE 3 OF 3

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Richard L. Voorhees
U.S. District Judge
250 Charles Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Henry R. Wilhoit, Jr.
Senior U.S. District Judge
320 Federal Building
1405 Greenup Avenue
Ashland, KY 41101

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325