SCHEDULE OF ACTIONS (CTO-126) - DOCKET NO. 1203　　　　　　　　PAGE 2 OF 3

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| NYS | 1 | 04-3830 | Brian Farkas, et al. v. American Home Products Corp., et al. |
| NYS | 1 | 04-3860 | Michael Damato, et al. v. American Home Products Corp., et al. |
| NYS | 1 | 04-4028 | Shelly Amason v. American Home Products Corp., et al. |
| NYS | 1 | 04-4029 | Anni Martin v. American Home Products Corp, et al. |
| NYS | 1 | 04-4030 | David Saxe v. American Home Products Corp., et al. |
| NYS | 1 | 04-4031 | April Luciano v. American Home Products Corp., et al. |

OKLAHOMA NORTHERN
　　OKN　4　04-358　　　　Wilma J. Brooks, et al. v. Wyeth

OKLAHOMA WESTERN
　　OKW　5　04-316　　　　Terry L. Story, et al . v. Wyeth, et al.

TENNESSEE WESTERN
　　TNW　2　04-2291　　　Delores Baker, et al. v. Wyeth
　　TNW　2　04-2376　　　Rebecca Mallard v. Wyeth, Inc.

TEXAS EASTERN
　　TXE　1　04-217　　　　Jo Beth Dowdell, et al. v. Wyeth, et al.
　　TXE　2　04-148　　　　Brigitte Anderson, et al. v. Wyeth, et al.
　　TXE　9　04-89　　　　 Linda C. Talcott v. Wyeth, et al.

TEXAS NORTHERN
　　TXN　3　04-638　　　　Mary Tucker v. Wyeth, et al.
　　TXN　3　04-700　　　　Laura Petty, et al. v. Wyeth, Inc., et al.
　　TXN　3　04-702　　　　Mary Wasson, et al. v. Wyeth, Inc., et al.
　　TXN　3　04-704　　　　Wanda Osborn, et al. v. Wyeth, Inc., et al.
　　TXN　3　04-836　　　　Royce Adams, et al. v. Wyeth
　　TXN　3　04-920　　　　Perry W. Barker, et al. v. Wyeth
　　TXN　3　04-1176　　　 Darlene Herndon Owens v. Wyeth, et al.
　　TXN　3　04-1215　　　 Millie Barton, et al. v. Wyeth, et al.
　　TXN　4　04-277　　　　Darla R. Bassford, et al. v. Wyeth
　　TXN　4　04-316　　　　Mary Joetta Sword, et al. v. Wyeth
　　TXN　7　04-78　　　　 Susan K. Anderson v. Wyeth

TEXAS SOUTHERN
　　TXS　4　04-1428　　　 Sheila A. Jamison v. Wyeth, et al.
　　TXS　4　04-1590　　　 Eugenia Smith v. Wyeth, et al.
　　TXS　4　04-1664　　　 Sheri Ann Lenhardt v. Wyeth, et al.
　　TXS　4　04-1665　　　 Margi A. Hall v. Wyeth, et al.
　　TXS　4　04-1682　　　 Linda K. Pennington v. Wyeth, et al.
　　TXS　4　04-1697　　　 Judy A. Stormes v. Wyeth, et al.
　　TXS　4　04-1698　　　 Cheryl L. Englert v. Wyeth, et al.
　　TXS　4　04-1699　　　 Brenda Daniels v. Wyeth, et al.
　　TXS　4　04-1700　　　 Sherri Wedding v. Wyeth, et al.
　　TXS　4　04-1701　　　 Faith L. Redd v. Wyeth, et al.
　　TXS　4　04-1702　　　 Norma J. Morgan v. Wyeth, et al.
　　TXS　4　04-1703　　　 Suzanne E. Henson v. Wyeth, et al.
　　TXS　4　04-1704　　　 Nehemiah Ross v. Wyeth, et al.
　　TXS　4　04-1770　　　 Jonnalee M. Whitehead-Maneval v. Wyeth, et al.

INVOLVED JUDGES FOR SCHEDULE CTO-126 MDL-1203      PAGE 2 OF 3

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Samuel H. Mays, Jr.
U.S. District Judge
United States District Court
1111 Clifford Davis Federal Bldg.
167 North Main Street
Memphis, TN 38103

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Michael B. Mukasey
Chief Judge
U.S. District Court
2240 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. George A. O'Toole, Jr.
U.S. District Judge
4710 U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. John D. Rainey
U.S. District Judge
406 Martin Luther King U.S. Post
 Office & Courthouse
312 Main Street
Victoria, TX 77901

Hon. Michael J. Reagan
U.S. District Judge
U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Xavier Rodriguez
U.S. District Judge
United States District Court
John H. Wood, Jr. U.S. Courthouse
655 East Durango Blvd.
San Antonio, TX 78206

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Barefoot Sanders
Senior U.S. District Judge
15E6C Earle Cabell Federal Bldg.
 & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. Harvey E. Schlesinger
U.S. District Judge
300 N. Hogan Street
Suite 11-150
Jacksonville, FL 32202

Hon. Walter S. Smith, Jr.
Chief Judge, U.S. District Court
301 Federal Building
800 Franklin Avenue
Waco, TX 76701

Hon. Jorge A. Solis
U.S. District Judge
13B31 Earle Cabell Federal Bldg.
 & U.S. Courthouse
1100 Commerce St.
Dallas, TX 75242-1003

Hon. Lacy H. Thornburg
U.S. District Judge
241 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801