# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 17, 2004

Honorable Harvey Bartle III
U.S. District Judge
16614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
    Liability Litigation

(See Attached Schedule CTO-127)

Dear Judge Bartle:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Judicial Panel on Multidistrict Litigation in this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Deputy Clerk

cc:   (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 17 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1203

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-127)

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,615 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle III.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997, (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F.Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-127 - TAG ALONG ACTIONS
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

DISTRICT DIV. C.A.#

**ALABAMA MIDDLE**
ALM  3  04-377       Lisa Ketcham v. Wyeth, Inc., et al.

**ALABAMA NORTHERN**
ALN  3  04-1340      Betsy Kalaku v. Wyeth
ALN  3  04-1341      Peggy Jo Fuller v. Wyeth

**ARKANSAS EASTERN**
ARE  3  04-234       Melba J. Oakes, et al. v. Wyeth, Inc., et al.

**ARKANSAS WESTERN**
ARW  5  04-5165      Orphea Wyatt, et al. v. Wyeth, Inc., et al.

**CALIFORNIA CENTRAL**
CAC  2  04-2355      Frank Rodriguez v. American Home Products Corp., et al.
CAC  2  04-2471      Cathy D. Stratton, et al. v. Wyeth, Inc., et al.
CAC  2  04-2472      Alex Martinez, et al. v. Wyeth, Inc., et al.
CAC  2  04-3523      Lucille D. Kress v. Wyeth, et al.
CAC  2  04-3524      Emily Sommerville v. Wyeth, et al.
CAC  2  04-3675      Joseph S. Fisher v. American Home Products Corp., et al.
CAC  2  04-3676      Sally A. Nystrom v. Wyeth, et al.
CAC  2  04-3763      Tracy Hidalgo v. American Home Products Corp., et al.
CAC  2  04-3765      Judith Douglas v. American Home Products Corp., et al.
CAC  2  04-3840      Penny Balogh v. Wyeth, et al.
CAC  2  04-3843      Shirlee A. Edwards v. Wyeth, et al.
CAC  2  04-3890      Cruzita Struck v. Wyeth, et al.
CAC  2  04-3963      Judy Kear v. American Home Products Corp., et al.
CAC  2  04-3966      Kathy J. Wagner v. Wyeth, et al.
CAC  8  04-557       Carol L. Kelley v. American Home Products Corp., et al.
CAC  8  04-600       Sheri Gardner v. Wyeth, et al.
CAC  8  04-619       Jacqueline I. Moran v. Wyeth, et al.

**FLORIDA MIDDLE**
FLM  3  04-483       John Palumbo, et al. v. Wyeth, et al.
FLM  5  04-241       Amanda Sierra v. Wyeth, et al.
FLM  5  04-280       Peggy Lee Allen, et al. v. Wyeth, et al.
FLM  5  04-281       G. Elailne Anderson, et al. v. Wyeth, et al.
FLM  5  04-282       Emma Mills, et al. v. Wyeth, et al.
FLM  5  04-283       Corliss Hall v. Wyeth, et al.
FLM  5  04-284       Joanne Fortune-Cotton v. Wyeth, et al.
FLM  5  04-285       Vondell Lespi, et al. v. Wyeth, et al.
FLM  5  04-286       Wanda Lauscare v. Wyeth, et al.
FLM  5  04-287       Kimberly Evangelista, et al. v. Wyeth, et al.
FLM  5  04-288       Trudi M. Hart v. Wyeth, et al.

SCHEDULE OF ACTIONS (CTO-127) - DOCKET NO. 1203                                PAGE 3 OF 7

DISTRICT DIV. C.A.#

| DISTRICT | DIV. | C.A.# | Case |
|---|---|---|---|
| FLM | 8 | 04-1351 | Marcia New v. Wyeth, et al. |
| FLM | 8 | 04-1352 | Pearline Thomas v. Wyeth, et al. |
| FLM | 8 | 04-1353 | Teresa Fowler v. Wyeth, et al. |
| FLM | 8 | 04-1354 | Mary Giraldo v. Wyeth, et al. |
| FLM | 8 | 04-1366 | Judith Naugle v. Wyeth, et al. |
| FLM | 8 | 04-1367 | Amanda Allen, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1368 | Janice Swain v. Wyeth, et al. |
| FLM | 8 | 04-1369 | Loretta Rachlewicz, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1370 | William Nance, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1371 | Holly Montes, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1372 | Cheryl Hernann, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1373 | Tamera Rubio v. Wyeth, et al. |
| FLM | 8 | 04-1374 | Germaine Washington v. Wyeth, et al. |
| FLM | 8 | 04-1375 | Michael Heine, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1376 | Beverly Rayfield v. Wyeth, et al. |
| FLM | 8 | 04-1377 | Alice Kinzer-O'Brien v. Wyeth, et al. |
| FLM | 8 | 04-1378 | Barbara Wise v. Wyeth, et al. |
| FLM | 8 | 04-1379 | Penny Stump v. Wyeth, et al. |
| FLM | 8 | 04-1380 | Teresa Izquierdo v. Wyeth, et al. |
| FLM | 8 | 04-1381 | Priscilla Soben v. Wyeth, et al. |
| FLM | 8 | 04-1382 | Kimberly Carlson v. Wyeth, et al. |
| FLM | 8 | 04-1383 | Catherine Dawson v. Wyeth, et al. |
| FLM | 8 | 04-1384 | Jennifer Tovrea, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1385 | Joann Rogers, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1386 | Paula Eckard, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1387 | Joellen Ferullo, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1400 | Lisa Morrison v. Wyeth, et al. |
| FLM | 8 | 04-1450 | Mary Green v. Wyeth, et al. |
| FLM | 8 | 04-1451 | Lucy Ann Cates, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1452 | Louella Kannaly v. Wyeth, et al. |
| FLM | 8 | 04-1454 | Mary Ingoglia, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1461 | Robin Patascher, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1462 | Lynda Jacoby v. Wyeth, et al. |
| FLM | 8 | 04-1463 | Ernestine Davis, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1464 | Karen Bishop, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1465 | Eileen Dean, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1466 | Cheryl Mullins, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1467 | Donna Nolet, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1468 | Valerie Bruno v. Wyeth, et al. |
| FLM | 8 | 04-1469 | Irene Haggar, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1470 | Catherine Cyrus v. Wyeth, et al. |
| FLM | 8 | 04-1472 | Jenneverette Wilder v. Wyeth, et al. |
| FLM | 8 | 04-1473 | Cheri Burgess v. Wyeth, et al. |
| FLM | 8 | 04-1474 | Hazel Crawmer, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1475 | Thomas Mulkey, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1476 | Stacey Whitaker, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1477 | Martha McKenzie, et al. v. wyeth, et al. |
| FLM | 8 | 04-1481 | Paul Raffa v. Wyeth, et al. |

SCHEDULE OF ACTIONS (CTO-127) - DOCKET NO. 1203                                      PAGE 5 OF 7

DISTRICT DIV. C.A.#

KENTUCKY EASTERN
- KYE  6  04-181    Vickie L. Matlock v. Wyeth

KENTUCKY WESTERN
- KYW  3  04-396    Katherine Perkins, et al. v. W. Rex Duff, et al.
- KYW  5  04-118    Brigitte Garnett, et al. v. American Home Products Corp., et al.
- KYW  5  04-119    Randy Lee, et al. v. American Home Products Corp., et al.

LOUISIANA EASTERN
- LAE  2  04-2057   Sharon Bergeron v. Wyeth, et al.
- LAE  2  04-2058   Carolyn Robertson, et al. v. Wyeth, et al.

LOUISIANA MIDDLE
- LAM  3  04-485    Ruth Waguespack v. Wyeth, et al.
- LAM  3  04-486    Mary Boutte, et al. v. Wyeth, et al.
- LAM  3  04-491    Janet Greene, et al. v. American Home Products Corp., et al.

MASSACHUSETTS
- MA  1  04-10911   Mary Andrus, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11034   Mary Walker v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11035   Joseph Perkins, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11036   Janina Jauregui-Ruiz, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11037   Ruth Carver, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11038   Gertrude Anderson, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11039   Theresa Amadeo, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11040   Maryann Laird v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11090   Carolyn Jenkins, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11091   Charles Arrowood, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11092   Michael Black, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11093   Dorothy Ambroz, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11094   Gloria M. Ewing, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11095   Jerry Dacus, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11096   Talisha Armstrong, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11097   Patsy Crouch, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11098   Elizabeth Carr, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11099   Zina Jones, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11104   Marlys Ellingson, etc. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11105   Carmen Bennett, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11106   Dorothy Ausevich, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11138   Scott Suber, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11139   Barbara Symonds, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11140   Lisa Dumond, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11141   Josephine Meidinger, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11142   Luise Badger, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11143   Barbara A. Rhone, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11144   Patricia Clayton, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11145   Julee Hansen, et. al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11146   Linda Wright, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11147   Judy Sosa, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11154   James Hill, et al. v. Indevus Pharmaceuticals, Inc., et al.
- MA  1  04-11155   Hattie Spencer, et al. v. Indevus Pharmaceuticals, Inc., et al.

SCHEDULE OF ACTIONS (CTO-127) - DOCKET NO. 1203                                    PAGE 7 OF 7

DISTRICT DIV. C.A.#

| District | Div | C.A.# | Case |
|---|---|---|---|
| TNW | 2 | 04-2375 | George Abernathy et al. v. Wyeth, Inc., et al. |
| TNW | 2 | 04-2495 | Sandra Armstrong, et al. v. Wyeth, Inc., et al. |
| TNW | 2 | 04-2496 | Kimberly Black-Hall, et al. v. Wyeth, Inc., et al. |
| TNW | 2 | 04-2497 | Yvonne Jacox, et al. v. Wyeth, Inc., et al. |

TEXAS EASTERN

| District | Div | C.A.# | Case |
|---|---|---|---|
| TXE | 1 | 04-267 | Bobbie L. Hargraves, et al. v. Wyeth |
| TXE | 4 | 04-192 | Patricia Flannery, et al. v. Wyeth |
| TXE | 5 | 04-114 | Doris M. Nickels v. Wyeth, et al. |
| TXE | 5 | 04-155 | Minnie White, et al. v. Wyeth, et al. |
| TXE | 6 | 04-200 | Tami J. Abernathy, et al. v. Wyeth et al. |
| TXE | 6 | 04-207 | Tona Lawhorn, et al. v. Wyeth, et al. |
| TXE | 6 | 04-208 | Regina Grizzle, et al. v. Wyeth, et al. |
| TXE | 6 | 04-209 | Mary S. Clayton, et al. v. Wyeth, et al. |
| TXE | 6 | 04-210 | Glenda K. Coffman, et al. v. Wyeth, et al. |
| TXE | 6 | 04-224 | Thelma I. Ramsey v. Wyeth, et al. |
| TXE | 9 | 04-85 | Brenda York v. Wyeth, et al. |

TEXAS NORTHERN

| District | Div | C.A.# | Case |
|---|---|---|---|
| TXN | 3 | 04-901 | Jim Robinson v. Wyeth |
| TXN | 4 | 04-323 | Tanji Bailey, et al. v. Wyeth |
| TXN | 5 | 04-99 | Cher A. MacKenzie v. Wyeth |

TEXAS SOUTHERN

| District | Div | C.A.# | Case |
|---|---|---|---|
| TXS | 2 | 04-234 | Jody L. Keys v. Wyeth |
| TXS | 4 | 04-1763 | Juana B. Kennedy v. Wyeth |
| TXS | 5 | 04-360 | Steven P. Chandler v. Wyeth |

PAGE 1 OF 4

# INVOLVED JUDGES FOR SCHEDULE CTO-127
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Lance M. Africk
U.S. District Judge
B-335 Hale Boggs Federal Bldg.
501 Magazine Street
New Orleans, LA 70130

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Susan C. Bucklew
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. David O. Carter
U.S. District Judge
1053 Ronald Reagan Federal Bldg.
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Hon. Ron Clark
U.S. District Judge
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street
Suite 11-350
Jacksonville, FL 32202

Hon. Samuel R. Cummings
U.S. District Judge
C-210 George H. Mahon Federal Bldg.
& U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Bernice Bouie Donald
U.S. District Judge
341 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Hon. James C. England
U.S. District Judge
United States Courts
United States Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65808

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office Building
500 N. State Line Avenue
Texarkana, TX 75501

Hon. Mark E. Fuller
Chief Judge, U.S. District Court
A-300 U.S. Courthouse
One Church Street
Montgomery, AL 36104

Hon. John Gleeson
U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

INVOLVED JUDGES FOR SCHEDULE CTO-127 - MDL-1203

Hon. Steven D. Merryday
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. James S. Moody, Jr.
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal
  Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
Melvin Price Federal Building & U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201-2954

Hon. George A. O'Toole, Jr.
U.S. District Judge
4710 U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Michael J. Reagan
U.S. District Judge
U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Danny C. Reeves
U.S. District Judge
207 United States Courthouse
300 South Main Street
London, KY 40741

Hon. M. Casey Rodgers
U.S. District Judge
U.S. District Court
One North Palafox Street
Pensacola, FL 32501-5625

Hon. Xavier Rodriguez
U.S. District Judge
United States District Court
John H. Wood, Jr. U.S. Courthouse
655 East Durango Blvd.
San Antonio, TX 78206

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Howard F. Sachs
Senior U.S. District Judge
7462 Charles E. Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Richard A. Schell
U.S. District Judge
United States Courthouse Annex
200 North Travis Street
Sherman, TX 75090

Hon. Patricia A. Seitz
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 5th Floor
Miami, FL 33128

Hon. James V. Selna
U.S. District Judge
1053 Ronald Regan Federal Building
  & U.S. Courthouse
411 West Fourth Street
Santa Anna, CA 92701-4516

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202