SCHEDULE OF ACTIONS (CTO-127) - DOCKET NO. 1203                PAGE 2 OF 7

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| FLM | 5 | 04-289 | Majorie Harrison, et al. v. Wyeth, et al. |
| FLM | 5 | 04-292 | Anne Marie Holt, et al. v. Wyeth, et al. |
| FLM | 5 | 04-293 | Traci Bokash v. Wyeth, et al. |
| FLM | 5 | 04-294 | Regina Leedock, et al. v. Wyeth, et al. |
| FLM | 5 | 04-295 | James Verity, et al. v. Wyeth, et al. |
| FLM | 5 | 04-296 | Susan Sperraza v. Wyeth, et al. |
| FLM | 5 | 04-298 | Mary L. Pearce v. Wyeth, et al. |
| FLM | 5 | 04-299 | Debra J. Forester, et al. v. Wyeth, et al. |
| FLM | 5 | 04-300 | Roxie Bartlett, et al. v. Wyeth, et al. |
| FLM | 5 | 04-301 | Lorrie A. Goodwin, et al. v. Wyeth, et al. |
| FLM | 5 | 04-305 | Rhonda Smart, et al . v. Wyeth, et al. |
| FLM | 8 | 04-795 | Linda Kathman, et al. v. Wyeth, Inc., et al. |
| FLM | 8 | 04-872 | Dawn Castignoli v. Wyeth, Inc., et al. |
| FLM | 8 | 04-891 | Pamela Tanner et al. v. Wyeth, Inc., et al. |
| FLM | 8 | 04-892 | Judy Ivan v. Wyeth, Inc., et al. |
| FLM | 8 | 04-893 | John Mace v. Wyeth, Inc., et al. |
| FLM | 8 | 04-894 | Angela Kropuenske v. Wyeth, Inc., et al. |
| FLM | 8 | 04-1212 | Diane J. Cottongim, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1214 | Joanne Schindler, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1215 | Ramona Manteiga v. Wyeth, et al. |
| FLM | 8 | 04-1217 | Judith Maines, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1218 | Mary Ann Difrank v. Wyeth, et al. |
| FLM | 8 | 04-1222 | Marijtje Newman, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1223 | Birgit Van Atter v. Wyeth, et al. |
| FLM | 8 | 04-1224 | Linda Jordan v. Wyeth, et al. |
| FLM | 8 | 04-1225 | Florence D. Toole, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1226 | Robert Gagliano v. Wyeth, et al. |
| FLM | 8 | 04-1294 | Sharon S. Hart, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1296 | Joan T. Bird, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1308 | Gloria Ponte, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1310 | Lois Morton, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1311 | Donna Givens, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1315 | Karen Burke, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1316 | Dawn Bass, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1317 | Diana Merritt, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1324 | Maria Mikulicz, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1325 | Claire Morgan, et al., v. Wyeth, et al. |
| FLM | 8 | 04-1326 | Kevin Womack, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1327 | Marie Durham, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1328 | Debra McLaughlin v. Wyeth, et al. |
| FLM | 8 | 04-1335 | Dorothy Freeman v. Wyeth, et al. |
| FLM | 8 | 04-1336 | Pauline Nigels, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1337 | Diana Doherty, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1338 | Mary Meredith v. Wyeth, et al. |
| FLM | 8 | 04-1344 | Theresa Ricciardi v. Wyeth, et al. |
| FLM | 8 | 04-1345 | Roberta Breyne v. Wyeth, et al. |
| FLM | 8 | 04-1346 | Kathy Makar, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1347 | Sharlotte Henderson v. Wyeth, et al. |
| FLM | 8 | 04-1348 | Rebecca Grim v. Wyeth, et al. |
| FLM | 8 | 04-1349 | Joan Farrell-Cox, et al. v. Wyeth, et al. |
| FLM | 8 | 04-1350 | Kelly Sattley-Kehoe v. Wyeth, et al. |

SCHEDULE OF ACTIONS (CTO-127) - DOCKET NO. 1203        PAGE 4 OF 7

DISTRICT DIV. C.A.#

**FLORIDA NORTHERN**
| | | | |
|---|---|---|---|
| FLN | 3 | 04-181 | Jolynne Hall v. Indevus Pharmaceuticals, Inc., et al. |

**FLORIDA SOUTHERN**
| | | | |
|---|---|---|---|
| FLS | 0 | 04-60576 | Julie Petkevich v. Wyeth, Inc., et al. |
| FLS | 1 | 04-21078 | Vladimir Mischutin v. Wyeth, et al. |
| FLS | 1 | 04-21384 | Zoraida Economopoulos, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| FLS | 2 | 04-14113 | Mary S. Clline, et al. v. Wyeth, et al. |
| FLS | 2 | 04-14120 | Cari Whitehead v. Wyeth, et al. |
| FLS | 2 | 04-14153 | Eileen Dejesus, et al. v. Wyeth, et al. |
| FLS | 2 | 04-14154 | Nadine Robinson v. Wyeth, et al. |
| FLS | 2 | 04-14155 | Raymond J. Misinonile v. Wyeth, et al. |
| FLS | 2 | 04-14156 | Elizabeth Gregg v. Wyeth, et al. |
| FLS | 2 | 04-14157 | Mary F Hannah v. Wyeth, et al. |
| FLS | 9 | 04-80417 | Sylvia Appleman, et al. v. Wyeth, Inc., et al. |

**GEORGIA NORTHERN**
| | | | |
|---|---|---|---|
| GAN | 1 | 04-1524 | Bontia Herman v. Wyeth Pharmaceuticals, Inc., et al. |
| GAN | 1 | 04-1525 | Vickie Jensen v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1526 | Sandra Kates v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1527 | Terry Koyano v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1528 | Michelle S. Lee v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1529 | Shelly Lesowske v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1530 | Mary Lords v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1531 | Theresa Anderson v. Wyeth, et al. |
| GAN | 1 | 04-1532 | Linda May v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1533 | Sharon Beard v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1534 | Carla Campbell v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1535 | Mary J. Ghorley v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1536 | Kimara Godinez v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1537 | Diane Griffin v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1538 | Beverly Groseclose v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1539 | Kathryn Harding v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1540 | Debra Wayne v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1541 | Leta Wilde v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1542 | Marjorie Ziebarth v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1543 | Charlene T. White v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1544 | Cecil McKendrick v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1545 | Ellizabeth Muije v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1546 | Deborah Porter v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1547 | Nancy Richardson v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1548 | Cecelia Schmaltz v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1549 | Laurel Schneiter v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1550 | Lenna Siepert v. Wyeth, Inc., et al. |
| GAN | 1 | 04-1556 | Earlene Turnquisst v Wyeth, Inc., et al. |
| GAN | 1 | 04-1582 | Melissa Houston, et al. v. Wyeth, Inc., et al. |
| GAN | 4 | 04-125 | Larry R. Burris, et al. v. Wyeth, Inc., et al. |

**ILLINOIS SOUTHERN**
| | | | |
|---|---|---|---|
| ILS | 3 | 04-406 | Jamica Bertocchi, et al. v. Wyeth, Inc., et al. |
| ILS | 3 | 04-407 | Gayla Alspach, et al. v. Wyeth, Inc., et al. |

SCHEDULE OF ACTIONS (CTO-127) - DOCKET NO. 1203                                    PAGE 6 OF 7

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| MA | 1 | 04-11156 | Barbara Kozma, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11157 | Anna Krishnappa, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11158 | Jamie Roberts, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11159 | Lynn Burgess, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11160 | Ellen Fletcher, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11161 | Vickie M. Bishop, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11162 | Lynnette Ault, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11163 | Linda Benton, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11177 | Frances Chance, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11178 | Dorine Harrelson, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11179 | Linda Bailey, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11180 | Jim Luckritz, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11181 | Sandra Kline, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11182 | Sue Anderson, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11183 | Linda Dolliver, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11184 | Dianna Hitchcock, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11185 | Lorraine Cline, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11186 | Russell Arnold, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11187 | Elizabeth F. Bischof, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11188 | Barbara Bartholomew, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11189 | Evelyn Becker, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11198 | Debra Barefoot, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11199 | Mary Cowell, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11200 | Laura Richard, et al. v. Indevus Pharmaceuticals, Inc., et al. |

MAINE
| | | | |
|---|---|---|---|
| ME | 1 | 04-51 | Lisa J. King v. Wyeth, et al. |

MINNESOTA
| | | | |
|---|---|---|---|
| MN | 0 | 04-3095 | Sandra Baker, et al. v. Wyeth Pharmaceuticals, Inc., et al. |

MISSOURI WESTERN
| | | | |
|---|---|---|---|
| MOW | 4 | 04-428 | Laura Maple-Kerns, et al. v. Wyeth, Inc., et al. |
| MOW | 6 | 04-3143 | Deborah A. Branson, et al. v. Wyeth |

MISSISSIPPI SOUTHERN
| | | | |
|---|---|---|---|
| MSS | 2 | 02-848 | Chris Gholar v. American Home Products Corp., et al. |

NEW YORK EASTERN
| | | | |
|---|---|---|---|
| NYE | 1 | 04-2488 | Kevin Murry v. American Home Products Corp., et al. |

TENNESSEE WESTERN
| | | | |
|---|---|---|---|
| TNW | 2 | 04-2320 | Roger Beller, et al. v. Wyeth, Inc., et al. |
| TNW | 2 | 04-2354 | Toney Booker, etc. v. Wyeth, Inc., et al. |
| TNW | 2 | 04-2355 | Sandra Justice v. Wyeth, Inc., et al. |
| TNW | 2 | 04-2356 | Glorene Beale, et al. v. Wyeth, Inc., et al. |
| TNW | 2 | 04-2357 | Rita Austin, et al. v. Wyeth, Inc., et al. |
| TNW | 2 | 04-2358 | Cathy Ring v. Wyeth, Inc., et al. |
| TNW | 2 | 04-2359 | Mary Adams, et al. v. Wyeth, Inc., et al. |
| TNW | 2 | 04-2360 | Julie Abushanab, et al. v. Wyeth, Inc., et al. |
| TNW | 2 | 04-2361 | Gary Staheli v. Wyeth, Inc., et al. |