INVOLVED JUDGES FOR SCHEDULE CTO-127 - MDL-1203

Hon. David C. Godbey
U.S. District Judge
United States District Court
1358 Earle Cabell Federal Bldg. & U.S. Cthse.
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Donald L. Graham
U.S. District Judge
James Lawrence King Federal Justice Building
99 Northeast Fourth Street
Miami, FL 33132

Hon. Terry J. Hatter, Jr.
U.S. District Judge
312 North Spring Street
Los Angeles, CA 90012

Hon. Hayden W. Head, Jr.
Chief Judge, U.S. District Court
U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
P.O. Box 3487
Fayetteville, AR 72702-3487

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. William M. Hoeveler
Senior U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7797

Hon. Elizabeth A. Kovachevich
U.S. District Judge
1730 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Kenneth A. Marra
U.S. District Judge
205E United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Hon. Samuel H. Mays, Jr.
U.S. District Judge
United States District Court
1111 Clifford Davis Federal Bldg.
167 North Main Street
Memphis, TN 38103

Hon. Jon P. McCalla
U.S. District Judge
907 Clifford Davis Federal Bldg.
167 Federal Building
Memphis, TN 38103

Hon. A. J. McNamara
Senior U.S. District Judge
C-107A U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3342

Hon. Terry R. Means
U.S. District Judge
201 U.S. Courthouse
501 West 10th St.
Fort Worth, TX 76102

INVOLVED JUDGES FOR SCHEDULE CTO-127 - MDL-1203                    PAGE 4 OF 4

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. William M. Steger
Senior U.S. District Judge
P.O. Box 1109
Tyler, TX 75710

Hon. Gary L. Taylor
U.S. District Judge
1053 Ronald Reagan Federal Building
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Hon. Robert L. Vining, Jr.
Senior U.S. District Judge
P.O. Box 6226
Rome, GA 30162-6226

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. John A. Woodcock, Jr.
U.S. District Judge
202 Harlow Street
P.O. Box 756
Bangor, ME 04402

Hon. Jay C. Zainey
U.S. District Judge
C-508 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3367