# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Robert A. Cahn
Executive Attorney

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 25, 2004

Honorable George A. O'Toole, Jr.
U.S. District Judge
4710 U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

*(SEE ATTACHED SCHEDULE OF ACTIONS)*

Dear Judge O'Toole:

Presently before the Panel pursuant to 28 U.S.C. § 1407 is a notice of opposition to the Panel's conditional transfer order in the above-described matter. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. The purpose of this letter is to apprise you of the effect of the pendency of the actions before the Panel. Panel Rule 1.5, 199 F.R.D. 425, 427 (2001), provides:

> The pendency of a motion, order to show cause, conditional transfer order or conditional remand order before the Panel concerning transfer or remand of an action pursuant to 28 U.S.C. § 1407 does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court.

Thus your jurisdiction continues until any transfer ruling becomes effective. If you have a motion pending before you in any of the actions – particularly a motion to remand to state court (if the action was removed to your court) – you are encouraged to rule on the motion unless you conclude that the motion raises issues likely to arise in other actions in the transferee court, should we order transfer, and would best be decided there.

Please feel free to contact our staff in Washington with any questions.

Kindest regards,

/s/ Wm. Terrell Hodges

Wm. Terrell Hodges
Chairman

# SCHEDULE OF ACTIONS
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

<u>District of Massachusetts</u>

*Carol Beane, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11041
*Chester Kajkowski, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11042
*Jane Antuono, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11043
*Sandra Carothers, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11051
*Debbie Daily, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11052
*Mary Alkire, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11053
*Kristin Ellis, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11054

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 25, 2004

Neil D. Overholtz, Esq.
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

*(SEE ATTACHED SCHEDULE OF ACTIONS/PANEL SERVICE LIST)*

Motion and Brief Due on or before: September 9, 2004

Dear Mr. Overholtz :

We have received and filed your Notice of Opposition to the proposed transfer of the referenced action for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

1) Pursuant to Panel Rules 5.12(a), 5.13 and 7.4(d), **an original and eleven copies of your Motion and Brief to Vacate the Conditional Transfer Order, as well as a computer readable disk of the pleading in WordPerfect for Windows format, must be received in the Panel offices by the due date listed above. Fax transmission of your motion and brief will not be accepted.** *See* Panel Rule 5.12(d). Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.

2) **Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service.** (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

3) **Rule 5.3 corporate disclosure statements are due within eleven days of the filing of the motion to vacate.**

4) **Failure to file and serve the required motion and brief within the allotted fifteen days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.**

Any recent official change in the status of a referenced action should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
   Deputy Clerk

Enclosure
cc:   Panel Service List
      Transferee Judge: Judge Harvey Bartle III
      Transferor Judge: Judge George A. O'Toole, Jr.

JPML Form 37

# SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-126)
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

District of Massachusetts
- *Carol Beane, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11041
- *Chester Kajkowski, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11042
- *Jane Antuono, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11043
- *Sandra Carothers, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11051
- *Debbie Daily, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11052
- *Mary Alkire, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11053
- *Kristin Ellis, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11054

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Edward W. Madeira, Jr.
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Matthew J. Matule
Skadden, Arps, Slate, Meagher & Flom
One Beacon Street
Boston, MA 02108-3194

Neil D. Overholtz
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Peter L. Resnik
McDermott, Will & Emery, P.C.
28 State Street
33rd Floor
Boston, MA 02109-1775

Michael T. Scott
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-8100

Edward S. Weltman
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022

David Yamin
Bingham & McCutchen, LLP
150 Federal Street
15th Floor
Boston, MA 02110

James E. Betke
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606

Raymond B. Biagini
McKenna, Long & Aldridge
1900 K Street, N.W.
Suite 100
Washington, DC 20006

Hugh Campbell
Seatrace Pharmaceuticals, Inc.
P.O. Box 7200
Rainbow City, AL 35906

Bruce M. Chadwick
Arnold & Porter
555 12th Street, N.W.
Washington, DC 20004

Daniel S. Pariser
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004

Charles F. Preuss
Drinker Biddle & Reath
225 Bush Street, 15th Floor
San Francisco, CA 94104

Jonathan I. Price
Schneck, Weltman, Hashmall
599 Lexington Avenue
#30
New York, NY 10022-6030

Joseph P. Thomas
Ulmer & Berne
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Thomas E. Wallerstein
Hangley Aronchick Segal & Pudlin
One Logan Square
27th Floor
Philadelphia, PA 19103-6933

Lloyd E. Williams, Jr.
Williams & Montgomery Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606

Alan M. Winchester
Lester, Schwab, Katz & Dwyer
120 Broadway
New York, NY 10271

Frank C. Woodside, III
Dinsmore & Shohl
Suite 1900
255 East Fifth Street
Cincinnati, OH 45202

Peter Zimroth
Arnold & Porter
399 Park Avenue
New York, NY 10022