# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

September 1, 2004

TO INVOLVED JUDGES

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

(See Attached Schedule of Actions)

Dear Judges:

Presently before the Panel pursuant to 28 U.S.C. § 1407 is a notice of opposition to the Panel's conditional transfer order in at least one action before you in the above-described docket. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. The purpose of this letter is to apprise you of the effect of the pendency of the actions before the Panel. Panel Rule 1.5, 199 F.R.D. 425, 427 (2001), provides:

> The pendency of a motion, order to show cause, conditional transfer order or conditional remand order before the Panel concerning transfer or remand of an action pursuant to 28 U.S.C. § 1407 does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court.

Thus your jurisdiction continues until any transfer ruling becomes effective. If you have a motion pending before you in the action – particularly a motion to remand to state court (if the action was removed to your court) – you are encouraged to rule on the motion unless you conclude that the motion raises issues likely to arise in other actions in the transferee court, should we order transfer, and would best be decided there.

Please feel free to contact our staff in Washington with any questions.

Kindest regards,

Wm. Terrell Hodges
Chairman

Attachment

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

September 1, 2004

T. Bryan Akin, Esq.
Watts Law Firm, LLP
815 Walker
16th Floor
Houston, TX 77002

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

(See Attached Schedule of Actions/Panel Service List)

Motion and Brief Due on or before: **SEPTEMBER 16, 2004**

Dear Mr. Akin:

We have received and filed your Notice of Opposition to the proposed transfer of the referenced actions for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

1) Pursuant to Panel Rules 5.12(a), 5.13 and 7.4(d), **an original and eleven copies of your Motion and Brief to Vacate the Conditional Transfer Order, as well as a computer readable disk of the pleading in WordPerfect for Windows format, must be received in the Panel offices by the due date listed above. Fax transmission of your motion and brief will not be accepted.** See Panel Rule 5.12(d). **Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.**

2) **Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service.** (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

3) **Rule 5.3 corporate disclosure statements are due within eleven days of the filing of the motion to vacate.**

4) **Failure to file and serve the required motion and brief within the allotted fifteen days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.**

- 2 -

    Any recent official change in the status of a referenced action should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

                  Very truly,

                  Michael J. Beck
                  Clerk of the Panel

                  By _____
                         Deputy Clerk

Enclosure
cc:    Panel Service List
       Transferee Judge:    Judge Harvey Bartle III
       Transferor Judges:   Judge David Folsom; Judge George A. O'Toole, Jr.;
                               Judge Michael J. Reagan; Judge Charles R. Simpson, III; Judge Robert L. Vining, Jr.

**SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-127)**
**DOCKET NO. 1203**
**IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE)**
**PRODUCTS LIABILITY LITIGATION**

Northern District of Georgia
*Melissa Houston, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:04-1582 (Judge Robert L. Vining, Jr.)

Southern District of Illinois
*Gayla Alspach, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-407 (Judge Michael J. Reagan)

Western District of Kentucky
*Katherine Perkins, et al. v. W. Rex Duff, et al.*, C.A. No. 3:04-396
    (Judge Charles R. Simpson III)

District of Massachusetts
*Barbara Bartholomew, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11188 (Judge George A.
    O'Toole, Jr.)
*Evelyn Becker, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11189
    (Judge George A. O'Toole, Jr.)

Eastern District of Texas
*Minnie White, et al. v. Wyeth, et al.*, C.A. No. 5:04-155 (Judge David Folsom)

T. Bryan Akin
Watts Law Firm, LLP
815 Walker
16th Floor
Houston, TX 77002

David P. Andis
Gaunt & Kruppstadt
1400 Woodloch Forest Drive
Suite 575
The Woodlands, TX 77380

Margaret T. Brenner
Bracewell & Patterson
South Tower Pennzoil Place
Suite 2900
711 Louisiana Street
Houston, TX 77002

Stephen M. Brooks
Nelson, Mullins, Riley &
Scarborough
999 Peachtree Street, N.E.
First Union Plaza, Suite 1400
Atlanta, GA 30309-3964

John P. Cunningham
Brown & James
120 West Main Street
Suite 214
Belleville, IL 62221

Andrew D. Dill
Woodward, Hobson & Fulton, LLP
2500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3175

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

James N. Haltom
James N. Haltom, P.C.
6500 North Summerhill Rd.
Crown Executive Center, Suite 1A
P.O. Box 6227
Texarkana, TX 75505

William H. Hoagland
Hoagland, Fitzgerald, et al.
401 Market Street
P.O. Box 130
Alton, IL 62002

Charles L. Joley
Donovan, Rose, Nester & Joley
8 East Washington Street
Belleville, IL 62220

Arnold Levin
Levin, Fishbein, Sedran &
Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

David Stanley Lill
Clark, Thomas & Winters
300 West 6th Street, 15th Floor
Suite 1500
P.O. Box 1148
Austin, TX 78767

Edward W. Madeira, Jr.
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Melanie S. Marrs
Lynn, Fulkerson, Nichols &
Kinkel
267 West Short Street
Lexington, KY 40507

Matthew J. Matule
Skadden, Arps, Slate, Meagher
& Flom
One Beacon Street
Boston, MA 02108-3194

SCHEDULE OF ACTIONS/PANEL SERVICE LIST - MDL-1203 (EXCERPTED FROM CTO-127)   Page 2 of 2

Darren Nicholson
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1202

M. Elizabeth O'Neill
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Peter L. Resnik
McDermott, Will & Emery, P.C.
28 State Street
33rd Floor
Boston, MA 02109-1775

Michael T. Scott
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-8100

Paul E. Stallings
Vinson & Elkins
1001 Fannin Street
Suite 2300
Houston, TX 77002-6760

Peter A. Tomaras
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 2800
Chicago, IL 60606

Dan K. Webb
Winston & Strawn LLP
35 West Wacker Drive
46th Floor
Chicago, IL 60601

Edward S. Weltman
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022

David Yamin
Bingham & McCutchen, LLP
150 Federal Street
15th Floor
Boston, MA 02110

James E. Betke
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606

Raymond B. Biagini
McKenna, Long & Aldridge
1900 K Street, N.W.
Suite 100
Washington, DC 20006

Hugh Campbell
Seatrace Pharmaceuticals, Inc.
P.O. Box 7200
Rainbow City, AL 35906

Bruce M. Chadwick
Arnold & Porter
555 12th Street, N.W.
Washington, DC 20004

Daniel S. Pariser
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004

Charles F. Preuss
Drinker Biddle & Reath
225 Bush Street, 15th Floor
San Francisco, CA 94104

Jonathan I. Price
Schneck, Weltman, Hashmall
599 Lexington Avenue, #30
New York, NY 10022-6030

Joseph P. Thomas
Ulmer & Berne
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Thomas E. Wallerstein
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

Lloyd E. Williams, Jr.
Williams & Montgomery Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606

Alan M. Winchester
Lester, Schwab, Katz & Dwyer
120 Broadway
New York, NY 10271

Frank C. Woodside, III
Dinsmore & Shohl
1900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202

Peter Zimroth
Arnold & Porter
399 Park Avenue
New York, NY 10022

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

September 1, 2004

Neil D. Overholtz, Esq.
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

(See Attached Schedule of Actions/Panel Service List)

Motion and Brief Due on or before: **SEPTEMBER 16, 2004**

Dear Mr. Overholtz:

We have received and filed your Notice of Opposition to the proposed transfer of the referenced actions for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

1) Pursuant to Panel Rules 5.12(a), 5.13 and 7.4(d), **an original and eleven copies of your Motion and Brief to Vacate the Conditional Transfer Order, as well as a computer readable disk of the pleading in WordPerfect for Windows format, must be received in the Panel offices by the due date listed above. Fax transmission of your motion and brief will not be accepted.** See Panel Rule 5.12(d). Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.

2) **Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service.** (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

3) **Rule 5.3 corporate disclosure statements are due within eleven days of the filing of the motion to vacate.**

4) **Failure to file and serve the required motion and brief within the allotted fifteen days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.**

Any recent official change in the status of a referenced action should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Enclosure
cc:  Panel Service List
     Transferee Judge:   Judge Harvey Bartle III
     Transferor Judge:   Judge George A. O'Toole, Jr.

JPML Form 37

Page 1 of 2

# SCHEDULE OF ACTIONS/PANEL SERVICE LIST (Excerpted from CTO-127)
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

### District of Massachusetts

*Mary Andrus, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-10911
*Mary Walker v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11034
*Joseph Perkins, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11035
*Janina Jauregui-Ruiz, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11036
*Ruth Carver, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11037
*Gertrude Anderson, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11038
*Theresa Amadeo, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11039
*Maryann Laird v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11040
*Carolyn Jenkins, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11090
*Charles Arrowood, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11091
*Michael Black, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11092
*Dorothy Ambroz, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11093
*Gloria M. Ewing, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11094
*Jerry Dacus, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11095
*Talisha Armstrong, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11096
*Patsy Crouch, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11097
*Elizabeth Carr, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11098
*Zina Jones, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11099
*Marlys Ellingson, etc. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11104
*Carmen Bennett, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11105
*Dorothy Ausevich, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11106
*Scott Suber, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11138
*Barbara Symonds, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11139
*Lisa Dumond, et al. v. Indevus Pharmaceuticals, Inc, et al.*, C.A. No. 1:04-11140
*Josephine Meidinger, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11141
*Luise Badger, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11142
*Barbara A. Rhone, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11143
*Patricia Clayton, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11144
*Julee Hansen, et. al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11145
*Linda Wright, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11146
*Judy Sosa, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11147
*James Hill, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11154
*Hattie Spencer, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11155
*Barbara Kozma, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11156
*Anna Krishnappa, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11157
*Jamie Roberts, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11158
*Lynn Burgess, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11159
*Ellen Fletcher, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11160
*Vickie M. Bishop, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11161
*Lynnette Ault, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11162
*Linda Benton, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11163
*Frances Chance, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11177
*Dorine Harrelson, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11178
*Linda Bailey, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11179
*Jim Luckritz, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11180
*Sandra Kline, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11181
*Sue Anderson, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11182
*Linda Dolliver, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11183
*Dianna Hitchcock, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11184
*Lorraine Cline, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11185

SCHEDULE OF ACTIONS/PANEL SERVICE LIST - MDL-1203 (EXCERPTED FROM CTO-127)    Page 2 of 2

*Russell Arnold, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11186
*Elizabeth F. Bischof, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11187
*Debra Barefoot, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11198
*Mary Cowell, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11199
*Laura Richard, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11200

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Edward W. Madeira, Jr.
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Matthew J. Matule
Skadden, Arps, Slate, Meagher & Flom
One Beacon Street
Boston, MA 02108-3194

Neil D. Overholtz
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Peter L. Resnik
McDermott, Will & Emery, P.C.
28 State Street
33rd Floor
Boston, MA 02109-1775

Michael T. Scott
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-8100

Edward S. Weltman
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022

David Yamin
Bingham & McCutchen, LLP
150 Federal Street
15th Floor
Boston, MA 02110

James E. Betke
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606

Raymond B. Biagini
McKenna, Long & Aldridge
1900 K Street, N.W.
Suite 100
Washington, DC 20006

Hugh Campbell
Seatrace Pharmaceuticals, Inc.
P.O. Box 7200
Rainbow City, AL 35906

Bruce M. Chadwick
Arnold & Porter
555 12th Street, N.W.
Washington, DC 20004

Daniel S. Pariser
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004

Charles F. Preuss
Drinker Biddle & Reath
225 Bush Street, 15th Floor
San Francisco, CA 94104

Jonathan I. Price
Schneck, Weltman, Hashmall
599 Lexington Avenue, #30
New York, NY 10022-6030

Joseph P. Thomas
Ulmer & Berne
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Thomas E. Wallerstein
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

Lloyd E. Williams, Jr.
Williams & Montgomery Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606

Alan M. Winchester
Lester, Schwab, Katz & Dwyer
120 Broadway
New York, NY 10271

Frank C. Woodside, III
Dinsmore & Shohl
1900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202

Peter Zimroth
Arnold & Porter
399 Park Avenue
New York, NY 10022