# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

September 17, 2004

Honorable Harvey Bartle III
U.S. District Judge
16614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
    Liability Litigation

(See Attached Schedule CTO-128)

Dear Judge Bartle:

    For your information, I am enclosing a copy of a conditional transfer order filed today by the Judicial Panel on Multidistrict Litigation in this matter.

        Very truly,

        Michael J. Beck
        Clerk of the Panel

        By _____
           Deputy Clerk

cc:   (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1203

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-128)**

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,729 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle III.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997, (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F.Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-128 - TAG ALONG ACTIONS
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV.  C.A.#

**ALABAMA MIDDLE**
ALM  1  04-473      Brooksie Berry, et al. v. Wyeth, Inc., et al

**FLORIDA MIDDLE**
FLM  2  04-284      Janet Foster, et al. v. Wyeth, Inc., et al.
FLM  3  04-405      Janice M. Streetman v. Indevus Pharmaceuticals, Inc., et al.
FLM  3  04-574      Barbara Glisson, et al. v. Wyeth, et al.
FLM  5  04-297      Larry Krause, et al. v. Wyeth, et al.
FLM  8  04-1216     Rita Bahler, et al. v. Wyeth, et al.
FLM  8  04-1449     Karen Vitanza v. Wyeth, et al.
FLM  8  04-1603     Antoinette A. Wozniak, et al. v. Wyeth, et al.
FLM  8  04-1604     Marga H. Peltzer, et al. v. Wyeth, et al.
FLM  8  04-1605     Edwin N. McGee, et al. v. Wyeth, et al.
FLM  8  04-1606     Lindsay L. Ribaya v. Wyeth, et al.

**FLORIDA NORTHERN**
FLN  1  04-62       Kathleen Barrett, et al. v. Wyeth, Inc., et al.
FLN  3  04-229      Sherrie Veasey, et al. v. Wyeth, Inc., et al.

**FLORIDA SOUTHERN**
FLS  0  04-60704    Dorothy Krinsky v. Indevus Pharmaceuticals, Inc., et al.
FLS  1  04-21225    Michael W. Milan, et al. v. American Home Products Corp., et al.
FLS  1  04-21261    Aurora Gonzalez, et al. v. Indevus Pharmaceuticals, Inc., et al.
FLS  1  04-21262    Miriam M. Saivay v. Indevus Pharmaceuticals, Inc., et al.
FLS  1  04-21644    Annette Berc, et al. v. Wyeth, Inc., et al.
FLS  2  04-14128    Paulette Barnes, et al. v. Wyeth, et al.
FLS  2  04-14129    Terri Tines, et al. v. Wyeth, Inc., et al.
FLS  2  04-14168    Charlotte Barkett, et al. v. Wyeth, Inc., et al.
FLS  2  04-14172    Steven Marabel, et al. v. Wyeth, et al.
FLS  2  04-14175    Margaret Seymour, et al. v. Wyeth, et al.
FLS  2  04-14176    Rose Peters v. Wyeth, et al.
FLS  2  04-14177    Rosalie N. Bruno v. Wyeth, et al.

**GEORGIA MIDDLE**
GAM  4  04-49       Eula Bowen, et al. v. Wyeth, Inc., et al.
GAM  4  04-60       Lisa Angel, et al v. Wyeth, Inc., et al.
GAM  5  04-154      Joe Catlett, et al. v. Wyeth, Inc., et al.

**INDIANA SOUTHERN**
INS  1  04-1070     Gladys Hendrickson, et al. v. American Home Products Corp., et al.

**KENTUCKY EASTERN**
KYE  2  04-119      Anita Commodore, et al. v. American Home Products, Inc., et al.

SCHEDULE OF ACTIONS (CTO-128) - DOCKET NO. 1203                              PAGE 3 OF 8

DISTRICT  DIV.  C.A.#

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| MA | 1 | 04-11233 | Pauline Badeaux, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11244 | Sophia Wirkkala, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11245 | Sharon J. Baker, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11246 | Waneta Reital, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11247 | Cherie Beznaiguia, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11249 | Sylvia Bowman, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11250 | Luvoise Hill, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11251 | Larry Ford, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11252 | Evangelaet Harris, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11253 | Audrey Green, et al. v. Interneuron Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11254 | Patricia Ann Irving, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11255 | Eileen Mikel, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11256 | Joyce Anderson, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11257 | Diane Simmons, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11260 | George Calkins, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11261 | Doris Lane, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11262 | Lori Franklin, et al. v. Indevus Pharmaceucials, Inc., et al. |
| MA | 1 | 04-1126 | Martin Alvarado, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11265 | Vivian Ross, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11266 | Cheryl Horton, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11267 | Colleen Barlow, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11269 | Mary Boomhower, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11270 | Connie Althen, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11280 | Joan Reed, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11281 | James Medlock, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11282 | Dana Gulledge-Smith, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11283 | Thelda Adams, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11284 | Earline Simoneaux, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11285 | Ellis Blankenship, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11286 | Carl Daigle, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11287 | Frances Hoffman, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11288 | Zebra Akehurst, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11289 | Daryl Valine Campbell, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11298 | Jana Allen, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11299 | Tony Jones, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11302 | Hebert Kim, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11303 | Frances Soignet, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11304 | Gordon Amidon, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11305 | Vivian Cosey, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11306 | Barbara Bourgeois, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11307 | Judith Fiore, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11308 | Mamie Jefferson, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11309 | Jerry Rhudy, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11319 | Michelle Aroca, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11320 | Pat Brandenburg, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11321 | Joy Banfield, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11322 | Paul J. Wellington, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11323 | Helen Munster, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11324 | LuAnn F. Alderson, et al. v. Indevus Pharmaceuticals, Inc., et al. |
| MA | 1 | 04-11325 | Theresa E. Boyd-Taylor, et al. v. Indevus Pharmaceuticals, Inc., et al. |

SCHEDULE OF ACTIONS (CTO-128) - DOCKET NO. 1203                                PAGE 5 OF 8

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| NJ | 2 | 04-2574 | Carolyn D. Cleaves v. Wyeth |
| NJ | 2 | 04-2575 | Shannon Vetrano v. Wyeth |
| NJ | 2 | 04-2668 | Melissa Philip, et al. v. Wyeth |
| NJ | 2 | 04-2774 | Malinda J. Gilliam v. Wyeth |
| NJ | 2 | 04-2775 | Carol O. Wiggins v. Wyeth, et al. |
| NJ | 2 | 04-2776 | Monna Walters v. Wyeth, et al. |
| NJ | 2 | 04-2777 | Sandra L. Cooper v. Wyeth |
| NJ | 2 | 04-2778 | Sheila Battiste v. Wyeth, et al. |
| NJ | 2 | 04-2779 | Mary W. Smith v. Wyeth |
| NJ | 2 | 04-2791 | Shirley M. Hodgson v. Wyeth |
| NJ | 2 | 04-2792 | Timothy H. Taylor v. Wyeth |
| NJ | 2 | 04-2832 | Janice S. Collins v. Wyeth |
| NJ | 2 | 04-2899 | Trezette Barnes v. Wyeth |
| NJ | 2 | 04-2901 | Paula J. Stewart v. Wyeth |
| NJ | 2 | 04-2902 | Elizabeth D. Moyers v. Wyeth |
| NJ | 2 | 04-2903 | Sharon Bedwell v. Wyeth |
| NJ | 2 | 04-2904 | Glenda Adams v. Wyeth |
| NJ | 2 | 04-2905 | Mary F. Foreman v. Wyeth |
| NJ | 2 | 04-2906 | Larita Goodrich, et al. v. Wyeth, Inc. |
| NJ | 2 | 04-2949 | Dorris J. Patton, et al. v. Wyeth |
| NJ | 2 | 04-2950 | Terrie D. Pitts v. Wyeth |
| NJ | 2 | 04-2976 | Alice J. Ryan v. Wyeth |
| NJ | 2 | 04-2977 | Sara K. Paul v. Wyeth |
| NJ | 2 | 04-2978 | Bernadean Cox-Gibson v. Wyeth |
| NJ | 2 | 04-2979 | Judi E. Mensack, et al. v. Wyeth |
| NJ | 2 | 04-3010 | Rutricia C. Kenny v. Wyeth |
| NJ | 2 | 04-3011 | Melissa Hunt v. Wyeth |
| NJ | 2 | 04-3042 | Leigh Ward v. Wyeth |
| NJ | 2 | 04-3043 | Sandra Morris-Matthews v. Wyeth |
| NJ | 2 | 04-3044 | Vera Redic v. Wyeth |
| NJ | 2 | 04-3175 | Yolanda Jackson v. Wyeth |
| NJ | 2 | 04-3176 | Dorothy Lewis v. Wyeth |
| NJ | 2 | 04-3311 | Adeline Stewart v. Wyeth |

NEVADA

| District | Div. | C.A.# | Case |
|---|---|---|---|
| NV | 2 | 04-353 | Allura Smith, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-673 | Annabelle Nitti, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-674 | Marilyn Nail, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-675 | Olga MacQueen, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-677 | Ena Figueredo, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-678 | Colleen Hoyle, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-680 | Leonard Holdren, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-681 | Marianne Freeman, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-682 | Cheryl Goodwin, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-683 | Gianni Geer, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-684 | Donna Bledsoe, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-685 | Stephanie T. Baumert, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-686 | Patricia Ann Barnes, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-687 | Nancy Wilson Bartlett, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-689 | Leo Andrews, et al. v. Wyeth, Inc., et al. |
| NV | 2 | 04-690 | Lisa O'Keefe, et al. v. Wyeth, Inc., et al. |

SCHEDULE OF ACTIONS (CTO-128) - DOCKET NO. 1203                     PAGE 7 OF 8

**DISTRICT  DIV.  C.A.#**

| District | Div. | C.A.# | Case |
|---|---|---|---|
| NYS | 1 | 04-3832 | Lawrence Abruzzo, et al. v. American Home Products Corp., et al. |
| NYS | 1 | 04-4443 | Kim McCandless v. American Home Products Corp., et al. |
| NYS | 1 | 04-4444 | Dennis Macgee v. American Home Products Corp., et al. |
| NYS | 1 | 04-4445 | Christine L. Miscioscia v. American Home Products Corp., et al. |

OREGON

| | | | |
|---|---|---|---|
| OR | 6 | 04-6157 | Darci L. Sherman v. Wyeth, et al. |
| OR | 6 | 04-6219 | Karin E. Meyers v. Wyeth |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 1 | 03-1207 | Lenee M. Wong v. Wyeth, et al. |
| TXE | 1 | 04-168 | Denise Domingue v. Wyeth, et al. |
| TXE | 1 | 04-333 | Betty L. Madison v. Wyeth, et al. |
| TXE | 1 | 04-334 | Wayne E. Dionne v. Wyeth, et al. |
| TXE | 1 | 04-335 | Nelda F. Willey v. Wyeth, et al. |
| TXE | 1 | 04-336 | Melba Daughenbaugh v. Wyeth, et al. |
| TXE | 1 | 04-362 | Frances Whatley v. Wyeth, et al. |
| TXE | 1 | 04-374 | Glynda A. Brown v. Wyeth, et al. |
| TXE | 1 | 04-390 | Janice Regier, et al. v. Wyeth, et al. |
| TXE | 5 | 04-138 | Judy Anderson, et al. v. Wyeth, et al. |
| TXE | 6 | 04-290 | Ennis Dyess, et al. v. Wyeth Ayerst International, Inc., et al. |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 04-228 | Tangelia Gaviano v. Wyeth, et al. |
| TXN | 3 | 04-247 | Johnnie Hawkins v. Wyeth, et al. |
| TXN | 3 | 04-253 | Barbara Jackson v. Wyeth, et al. |
| TXN | 3 | 04-568 | Stacy Berry, et al. v. Wyeth, et al. |
| TXN | 3 | 04-569 | Marcia Brown, et al. v. Wyeth, Inc., et al. |
| TXN | 3 | 04-570 | Danielle Fox, et al. v. Wyeth, Inc., et al. |
| TXN | 3 | 04-571 | Janet Waldon, et al. v. Wyeth, Inc., et al. |
| TXN | 3 | 04-572 | Rhonda Greer, et al. v. Wyeth, Inc., et al. |
| TXN | 3 | 04-630 | Peggy Anderson v. Wyeth, et al. |
| TXN | 3 | 04-701 | Renea Dale, et al. v. Wyeth, Inc., et al. |
| TXN | 3 | 04-705 | Kathy Chamberlain, et al. v. Wyeth, Inc., et al. |
| TXN | 3 | 04-706 | Adriana Rodriguez, et al. v. Wyeth, Inc., et al. |
| TXN | 3 | 04-707 | Pam Venett, et al. v. Wyeth, Inc., et al. |
| TXN | 3 | 04-708 | Pamela Kincaid, et al. v. Wyeth, Inc., et al. |
| TXN | 3 | 04-709 | Linda Hostetler, et al. v. Wyeth, Inc., et al. |
| TXN | 3 | 04-1139 | Burna Presley, et al. v. Wyeth |
| TXN | 3 | 04-1145 | Martha Lou Glenn, et al. v. Wyeth, et al. |
| TXN | 3 | 04-1258 | Mark A. Harden, et al. v. Wyeth, et al. |
| TXN | 4 | 04-171 | Cynthia Coker, et al. v. Wyeth |
| TXN | 4 | 04-187 | Barbara Brashear v. Wyeth, et al. |
| TXN | 4 | 04-321 | Danny Weatherman v. Wyeth |
| TXN | 4 | 04-399 | Kimberly Gopffarth, et al. v. Wyeth |
| TXN | 4 | 04-401 | Mary Francis Berry-Nabors, et al. v. Wyeth, et al. |
| TXN | 4 | 04-402 | Lana Kraeszig v. Wyeth, et al. |
| TXN | 4 | 04-460 | Carla Dooley v. Wyeth |
| TXN | 4 | 04-461 | Cheryl Brown v. Wyeth |
| TXN | 4 | 04-462 | Dolores Thorne v. Wyeth |
| TXN | 7 | 04-124 | Corissa Barnes v. Wyeth, et al. |

# INVOLVED JUDGES FOR SCHEDULE CTO-128
## DOCKET NO. 1203
### IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

Hon. Lance M. Africk
U.S. District Judge
B-335 Hale Boggs Federal Bldg.
501 Magazine Street
New Orleans, LA 70130

Hon. W. Harold Albritton, III
Senior U.S. District Judge
P.O. Box 629
Montgomery, AL 36101-0629

Hon. Henry E. Autrey
U.S. District Judge
10.148 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Carl J. Barbier
U.S. District Judge
C-256 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130

Hon. Richard M. Berman
U.S. District Judge
201 U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. William O. Bertelsman
Senior U.S. District Judge
P.O. Box 1012
Covington, KY 41012

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Jerry Buchmeyer
Senior U.S. District Judge
15D28A Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce St.
Dallas, TX 75242-1003

Hon. Kathleen Cardone
U.S. District Judge
United States Courthouse
511 East San Antonio Avenue
El Paso, TX 79901

Hon. Paul G. Cassell
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Hon. Denny Chin
U.S. District Judge
1020 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Ron Clark
U.S. District Judge
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Howell Cobb
Senior U.S. District Judge
P.O. Box 632
Beaumont, TX 77704-0632

Hon. Thomas Coffin
U.S. Magistrate Judge
U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Hon. John T. Copenhaver, Jr.
U.S. District Judge
Robert C. Byrd U.S. Courthouse
300 Virginia Street East
Room 6009
Charleston, WV 25301

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street
Suite 11-350
Jacksonville, FL 32202

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Michael R. Hogan
U.S. District Judge
260 U.S. Courthouse
211 East 7th Street
Eugene, OR 97401

Hon. Roger L. Hunt
U.S. District Judge
6018 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Hon. Janis Graham Jack
U.S. District Judge
320 United States Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-9958

Hon. Bruce S. Jenkins
Senior U.S. District Judge
421 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Robert C. Jones
U.S. District Judge
U.S. District Court
4085 Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550-1738

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Ed Kinkeade
U.S. District Judge
1625 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Elizabeth A. Kovachevich
U.S. District Judge
1730 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Clay D. Land
U.S. District Judge
United States District Court
P.O. Box 2017
Columbus, GA 31902

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Marcel Livaudais, Jr.
Senior U.S. District Judge
C-405 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3317

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Barefoot Sanders
Senior U.S. District Judge
15E6C Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. Charles P. Sifton
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-9958

Hon. Jorge A. Solis
U.S. District Judge
13B31 Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce St.
Dallas, TX 75242-1003

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. John E. Steele
U.S. District Judge
2-194 U.S. Courthouse & Federal Building
2110 First Street
Ft. Myers, FL 33901

Hon. Brian T. Stewart
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2106

Hon. John D. Tinder
U.S. District Judge
304 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. C. Roger Vinson
U.S. District Judge
517 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32502-5625

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201