JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1203

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the 57 District of Massachusetts actions listed on the attached Schedule A on August 17, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the actions filed notices of opposition to the proposed transfer and the subsequent motions and briefs to vacate the conditional transfer order. The Panel has now been advised that the 57 actions were remanded to Massachusetts superior court by the Honorable George A. O'Toole, Jr., in an order signed on September 17, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-127" filed on August 17, 2004, is VACATED insofar as it relates to these 57 actions.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**SCHEDULE A**

<u>MDL-1203 – In re Diet Drugs/Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation</u>

<u>District of Massachusetts</u>

*Mary Andrus, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-10911
*Mary Walker v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11034
*Joseph Perkins, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11035
*Janina Jauregui-Ruiz, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11036
*Ruth Carver, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11037
*Gertrude Anderson, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11038
*Theresa Amadeo, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11039
*Maryann Laird v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11040
*Carolyn Jenkins, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11090
*Charles Arrowood, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11091
*Michael Black, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11092
*Dorothy Ambroz, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11093
*Gloria M. Ewing, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11094
*Jerry Dacus, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11095
*Talisha Armstrong, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11096
*Patsy Crouch, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11097
*Elizabeth Carr, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11098
*Zina Jones, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11099
*Marlys Ellingson, etc. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11104
*Carmen Bennett, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11105
*Dorothy Ausevich, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11106
*Scott Suber, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11138
*Barbara Symonds, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11139
*Lisa Dumond, et al. v. Indevus Pharmaceuticals, Inc, et al.*, C.A. No. 1:04-11140
*Josephine Meidinger, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11141
*Luise Badger, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11142
*Barbara A. Rhone, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11143
*Patricia Clayton, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11144
*Julee Hansen, et. al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11145
*Linda Wright, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11146
*Judy Sosa, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11147
*James Hill, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11154
*Hattie Spencer, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11155
*Barbara Kozma, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11156
*Anna Krishnappa, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11157
*Jamie Roberts, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11158
*Lynn Burgess, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11159

MDL-1203 - SCHEDULE A                                                                      Page 2 of 2

<u>District of Massachusetts</u> (Continued)

*Ellen Fletcher, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11160
*Vickie M. Bishop, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11161
*Lynnette Ault, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11162
*Linda Benton, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11163
*Frances Chance, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11177
*Dorine Harrelson, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11178
*Linda Bailey, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11179
*Jim Luckritz, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11180
*Sandra Kline, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11181
*Sue Anderson, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11182
*Linda Dolliver, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11183
*Dianna Hitchcock, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11184
*Lorraine Cline, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11185
*Russell Arnold, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11186
*Elizabeth F. Bischof, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11187
*Barbara Bartholomew, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11188
*Evelyn Becker, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11189
*Debra Barefoot, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11198
*Mary Cowell, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11199
*Laura Richard, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-11200